IN THE DISTRICT COURT OF CANADIAN COUNTY

STATE OF OKLAHOMA

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY OKLAHOMA
MAR 18 2020
BY [signature] DEPUTY

THE STATE OF OKLAHOMA, )
Plaintiff, ) Case No. CF-2019-188
v. ) F-2020-56
PAUL LEWIS SIMS, )
Defendant. )

COPY

* * * * * * * *

RECEIVED
JUN 22 2020 KB
ATTORNEY GENERAL

DAY ONE

JURY TRIAL

HAD ON THE 2ND DAY OF DECEMBER, 2019

BEFORE THE HONORABLE PAUL HESSE

DISTRICT JUDGE

* * * * * * * *

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
JUN 22 2020
JOHN D. HADDEN
CLERK

APPEARANCES:

MR. ERIC EPPLIN, Assistant District Attorney, 303 North Choctaw, El Reno, Oklahoma 73036, appearing on behalf of the State.

MR. MICHAEL P. ROGALIN, Attorney at Law, 228 Robert S. Kerr, Suite 950, Oklahoma City, Oklahoma 73102, appearing on behalf of the Defendant.

Reported by: JULEE THUMMEL, CSR

(1-236)

# I N D E X


Page

Voir dire examination of jurors......................13

Voir dire examination of alternate jurors...........144

Opening statement by Mr. Epplin.....................161

EVIDENCE ON BEHALF OF THE STATE:

DMS testifies:
Direct Examination by Mr. Epplin..........174

THE COURT: This is case CF-2019-188, State of Oklahoma v. Paul Lewis Sims. Eric Epplin appears for State and the defendant appears with his attorney, Michael Rogalin.

That is Mr. Sims sitting with you, Mr. Rogalin?

MR. ROGALIN: It is, Your Honor.

THE COURT: Also present in the courtroom at this time is Ms. Juman Sweis. She will be serving as an interpreter during these proceedings.

Ms. Sweis, if you would raise your right hand and stand.

*(Interpreter is sworn.)*

THE COURT: Thank you. You can have a seat.

Ms. Sweis, before we get started this morning, have you had an opportunity to speak with Mr. Sims?

THE INTERPRETER: Yes, Your Honor.

THE COURT: Do you believe that you will be able to communicate with him both in English and in Arabic?

THE INTERPRETER: Yes, Your Honor.

THE COURT: Have you had any difficulty communicating with him?

THE INTERPRETER: No.

THE COURT: Mr. Rogalin, are you satisfied that Ms. Sweis can accurately interpret for the defendant from Arabic to English and from English into Arabic?

MR. ROGALIN: Your Honor, I'm just noting for the record that there's a dialectical difference between the Jordanian and the Moroccan Arabic. It appears that they communicate well, and my client has indicated that he's comfortable with those communications.

THE COURT: All right. Thank you.

On November the 27th, the State filed a Second Amended Information.

Mr. Rogalin, have you received a copy of that Amended Information?

MR. ROGALIN: I have, Your Honor.

THE COURT: Have you gone over the Information with Mr. Sims?

MR. ROGALIN: Yes, I have, Your Honor.

THE COURT: Are you prepared to go to trial on that Second Amended Information?

MR. ROGALIN: We are, Your Honor.

THE COURT: Mr. Epplin, is the State ready to proceed?

MR. EPPLIN: Yes, Your Honor.

THE COURT: Mr. Sims, before I call the jury into the courtroom, I want to explain the jury selection process. In a moment, I'm going to have my bailiff call the jury panel into the courtroom. The panel will then be sworn and the attorneys will have an opportunity to

question the jurors concerning their qualifications and their suitability to be a juror in this case.

Mr. Sims, you have the right to challenge an unlimited number of jurors for cause and the right to excuse five jurors with preemptory challenges.

Do you have any questions about the jury selection process?

THE DEFENDANT: No.

THE COURT: The State had filed a motion in limine on October the 25th concerning the rape shield statute. The defendant filed a response to that motion on October the 29th.

Mr. Epplin, would you like to be heard on that motion?

MR. EPPLIN: Judge, just briefly.

I mean, obviously we stand on our motion, but with regard to the defense response -- I do believe there will be testimony about a note or notes that were found from classmates of [redacted] by the defendant. I don't believe -- I believe that those do come in, not the notes themselves but the fact that they were found. I don't have any objection to that, but the rest I don't see as exceptions under the rape shield statute, at least not based on the defense response.

THE COURT: In light of the defendant's witness

and exhibit list that was filed on October the 29th, I am unable to tell what evidence you are anticipating the defense presenting that you think would be objectionable under the rape shield statute.

MR. EPPLIN: Judge, and based upon conversations with Mr. Rogalin and my reading of his response, I believe there's talk about her having sexual -- being sexually active with one person. I believe one person. I agree; I can't tell exactly from the pleadings for D.S.'s sexual activity with a 14-year-old -- I believe 14 -- when she was 14, and some text messages that were apparently sexual in nature allegedly.

I don't believe -- I believe, if I'm understanding right, that that's the information that they are seeking to admit, Judge. And I don't see the relevance.

THE COURT: Mr. Rogalin?

MR. ROGALIN: Judge, I think what we're talking about, in terms of a defense, my client and his wife, Tammy Sims, had been working with the complaining witness, D.S. [redacted], regarding her schooling and her social activities. They were concerned that she was boy crazy, and they had found some videos of her in a state of undress that had been sent to one of these boys prior to the time period we're calling Morocco Number 1, which is the first trip

that [redacted] took with her dad to Morocco.

The case the defense is going to revolve around is the parents' attempts to get her schooling brought back into focus, which was taking her and homeschooling her, and taking her away from the atmosphere from where all these boys were located, and [redacted] then rebelled against that.

So it's pertinent to the defense that it was a parental intrusion upon this young teenager's life and they were trying to control her social activities with these boys. And that's the information that we believe is going to come forward.

We believe, and we heard testimony from Ms. Sims from her CART House interview, the second CART House interview in 2018, that she had been sexually active before the allegations she made against Mr. Sims. This would be relevant to her knowledge and language being used of what sexual activity was like in her descriptions during these -- her testimony about the alleged allegations of rape.

THE COURT: Mr. Rogalin, is there any reason why the alleged victim's sexual history would come up during voir dire?

MR. ROGALIN: I don't believe so, Judge.

THE COURT: All right. I don't feel like I'm in a position right now, with the little I know of this case, for me to bar any testimony or evidence concerning the

alleged victim's sexual history. So I'm going to reserve making a ruling on that issue at this time, but I am going to prohibit the attorneys from discussing that type of evidence with the jury during jury selection, and I'll take this up later. Okay?

Anything else at this time, Mr. Epplin?

MR. EPPLIN: No, Your Honor.

THE COURT: Anything else, Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: All right. Ms. Hicks, if you would call the jury panel into the courtroom, please.

*(Jury pool enters courtroom.)*

THE COURT: You all can be seated.

Good morning, everyone. My name is Paul Hesse. I am one of the district judges in Canadian County, and I will be presiding over this trial.

You all have been called to the courthouse this morning as prospective jurors in a criminal case. The defendant in this case is Paul Lewis Sims, and he is seated at the second table from me. He is charged, by Information filed by the district attorney's office, with the felony offenses of Child Sexual Abuse.

You can have a seat, Mr. Sims. Thank you.

Mr. Sims has entered pleas of not guilty to these crimes.

Mr. Sims is represented by attorney Michael Rogalin, who is seated next to him and is now standing.

Thank you, Mr. Rogalin.

These charges were brought by the State of Oklahoma. In this case, the State of Oklahoma is represented by Assistant District Attorney Eric Epplin. He is the gentleman standing.

Thank you.

In a criminal case such as this, the defendant is presumed to be innocent of the charges brought against him, and the State of Oklahoma has the burden of overcoming this presumption of innocence and proving the defendant guilty of this crime beyond a reasonable doubt. These concepts will be discussed with you at a greater length a little bit later.

Before we go any further, I would like to introduce you to some of the court personnel that will be working with me throughout this trial.

Seated to my left, your right, is our elected court clerk, Marie Hirst. She will be helping me this morning with the jury selection process.

My bailiff is Mary Hicks. She is the one that called you into the courtroom just a moment ago. She will be enforcing all of my orders and court rules. She will also open the court and have personal charge over the jury.

Seated right in front of me is my court reporter, Julee Thummel. She will record everything that is said in court and she will be in charge of all of the evidence and exhibits in this case.

If you have any questions during this trial, please feel free to contact any one of these people. They are here to serve you and make your service as jurors as comfortable as possible.

Throughout this trial, including this morning, I will be giving you instructions that will describe your duties as a juror and that will inform you of the law applicable in this case.

At this time, I have an instruction to read to you that describes your role as a juror.

"For those of you who have been summoned as jurors, I remind you that jury service is a legal obligation as well as a civic duty. Each of you is an officer of the court, just as I am, the attorney representing the State, and the attorney representing the defendant.

"Your office as juror is one of extreme public trust. The services you perform as jurors are as important and essential to the administration of justice as those performed by me and the attorneys.

"As prospective jurors, you will take an oath to

answer completely and truthfully all questions asked by me and the attorneys."

If I could get all of you to please stand and raise your right hand.

*(Jury pool is sworn.)*

THE COURT: All right. Anybody not answer or answer in the negative?

*(No response by prospective jurors.)*

All right. Thank you. Please have a seat.

"Both the State and the defendant are entitled to jurors who approach this case with open minds and agree to keep their minds open until a verdict is reached. Jurors must be as free as humanly possible from bias, prejudice, or sympathy. Jurors must not be influenced by preconceived ideas as to the facts or as to the law.

"From this point until the conclusion of this trial, do not discuss this case with any other person, including family and friends. You should not read or listen to any media discussing this case, nor research this case in any way, including through the Internet or other tools of technology, nor should you use any of these means to communicate to others about this case. It is important that this case be decided solely on the evidence you receive in this courtroom.

"You are undoubtedly qualified to serve as a

juror in this case, but you may not be qualified to serve as a juror in this particular case; hence, the law permits unlimited challenges for cause. Moreover, the law grants both the State and the defendant five preemptory challenges.

"A preemptory challenge permits either the State or the defendant to excuse a prospective juror for any reason allowed by law. If you are excused from being a juror in this case, it is no reflection on you. You may well be chosen to serve as a juror in another case."

We are now going to begin the jury selection process. Ms. Hirst, in just a moment, is going to call the names of 22 people. If your name is called, I need you to come on up and have a seat in the jury box. Bring any personal belongings that you have with you.

The first person whose name is called, if you would have a seat on the back row closest to me, and then we'll fill up that back row and then go to the next row. And again, let's start with the seat closest to me until we fill up all 22 chairs.

If Ms. Hirst mispronounces your name, please correct it so we don't continue to mispronounce it throughout this case.

Ms. Hirst, if you would please call the names of the 22 prospective jurors.

THE COURT CLERK: Amund Hanson, Anita Montgomery, Kelsey Merrill, Elisha White, Desiree Lattimore, Cassidee Baugh, Michael Allen, Barbara Smith, Austin Fransen, Juliana Mullins, Adilia McManus, Jenilee Sergison, Diana Hayhurst, Indra Carrillo, Natalie Wagner, Michele Frejo.

PROSPECTIVE JUROR FREJO: "Frejo."

THE COURT CLERK: "Frejo"?

PROSPECTIVE JUROR FREJO: Yes, ma'am.

THE COURT CLERK: Ramona McPherson, Daniel Brown, Kayla Miles, Erica Brown, James Rock, Jennifer Way.

That's your 22.

THE COURT: Thank you.

Good morning.

I will now ask you a number of questions to determine your qualifications to serve as a juror in this case. To determine your qualifications, I will need to obtain information from each of you, including some personal information. The purpose of these questions is to obtain a fair jury and it is not to embarrass you.

If any of my questions should touch on sensitive subjects that you do not want to have heard by everyone present, you should tell me, and you can come forward so that we can discuss those matters privately.

For those of you that are in the back of the courtroom, you need to listen to all of the questions that

are asked and the answers. In case one of these 22 are unable to serve in this case, we might be calling you to come up and have a seat in their place. Okay?

All right. First question for all of you: Do all of you live in Canadian County?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: Does anyone not live in Canadian County?

Yes, sir, Mr. Allen?

PROSPECTIVE JUROR ALLEN: I'm not exactly sure which county I live in. I just live in Yukon. I never really --

THE COURT: That's Canadian County. So you're good.

Ms. Brown?

PROSPECTIVE JUROR BROWN: Oklahoma County.

THE COURT: Where do you live?

PROSPECTIVE JUROR BROWN: Southwest Oklahoma City.

THE COURT: What's the north-south street?

PROSPECTIVE JUROR BROWN: I-240 and May.

THE COURT: How long have you lived there?

PROSPECTIVE JUROR BROWN: I've lived on that side of town for four years now.

THE COURT CLERK: We should have been notified of

that when you registered.

THE COURT: All right. Ms. Brown, you are excused.

THE COURT CLERK: Samuel Smith.

THE COURT: I'm sorry. You are free to go. If you would take off your badge and just leave it on that railing next to the swinging door.

PROSPECTIVE JUROR BROWN: Okay.

THE COURT CLERK: Thank you, ma'am.

THE COURT: Good morning, Mr. Smith.

PROSPECTIVE JUROR SMITH: Good morning.

THE COURT: Do you live in Canadian County?

PROSPECTIVE JUROR SMITH: Yes, sir.

THE COURT: Okay. As I mentioned earlier, the attorney for the State of Oklahoma is Eric Epplin. He is an assistant district attorney that works in the Canadian County Courthouse.

Do any of you know Mr. Epplin?

*(Prospective jurors answer "no" collectively.)*

THE COURT: If any of you do, please raise your hand.

*(No response from prospective jurors.)*

THE COURT: The attorney representing the defendant is Michael Rogalin.

Do any of you know Mr. Rogalin? If so, raise

your hand.

*(No response from prospective jurors.)*

THE COURT: All right. Thank you.

And, again, the defendant in this case is Paul Sims.

Do any of you know Mr. Sims? If so, please raise your hand.

*(No response from prospective jurors.)*

THE COURT: Thank you, Mr. Sims.

Mr. Epplin, would you call off the names of the witnesses that you expect may be called in this case.

MR. EPPLIN: Yes, Your Honor.

Lieutenant Christopher Brugh of the Yukon Police Department, Sergeant Clay Rush of the Yukon Police Department, Officer Tommy Tran of the Yukon Police Department, Vicki Boan of the CART House, Shanna Shatton of Yukon, Joel Shatton of Yukon, Tammy Sims of Yukon, D.S. [redacted] of Yukon, Dr. Harry Galoob from Ardmore, Dr. Ryan Brown from OU Children's, nurse Sarah Brown from the CART House.

THE COURT: All right.

MR. EPPLIN: Those are the witnesses.

THE COURT: Thank you, Mr. Epplin.

Did any of you recognize any of those names? If so, raise your hand.

*(No response from prospective jurors.)*

THE COURT: Thank you.

Mr. Rogalin, could you call off the names of any witnesses that you expect may be called.

MR. ROGALIN: Other than the State's witnesses, we anticipate calling Tammy Sims, who I think the State has already identified, and Sadek Alumi.

THE COURT: Did any of you recognize those names? If so, raise your hand.

*(No response from prospective jurors.)*

THE COURT: Thank you, Mr. Rogalin.

As I explained to you, what we are attempting to do, through this jury selection process, is find the 12 best of you to hear this particular case. So I am going to spend a few minutes asking some general questions of you, and then I'm going to turn it over to the attorney for the State and the attorney for the defendant to follow up with questioning, to find which 12 of you are best to hear this particular case.

Again, if there is something that is asked of you that you feel uncomfortable discussing in a courtroom full of strangers, please let me know, and you can come up and speak to me in private. Okay?

This is the only time during the course of the trial that we can speak, so it's really important that we

hear from you now if there is some issue with you serving on this case or if, for whatever reason, you don't think you could give both the State and the defense a fair trial. Okay?

Before I get into any questioning specific to this case, what I would like to do is have each of you introduce yourself.

I will start with Mr. Hanson. And if I could just get you to state your full name, Mr. Hanson, your spouse's name if you're married, your occupation, your spouse's occupation, the number of children you have if you have any, and what your favorite hobby is. Okay?

If you could start us off, please, Mr. Hanson.

PROSPECTIVE JUROR HANSON: My name is Amund Robert Hanson. My wife's name is Marina Ann Hanson, maiden name is Tilley. I'm a consultant in the oil and gas industry and my wife is an administrative assistant at United Engines in Oklahoma City.

THE COURT: How do you like to spend your free time?

PROSPECTIVE JUROR HANSON: I shoot quite a bit. So mostly shooting.

THE COURT: Target practice or hunting?

PROSPECTIVE JUROR HANSON: Target.

THE COURT: Target. All right. Thank you.

Ms. Montgomery?

PROSPECTIVE JUROR MONTGOMERY: Anita Montgomery. My husband's name is David. I'm a retired executive administrative assistant and my husband is a retired sales manager for an insurance company.

And hobbies?

THE COURT: Yes.

PROSPECTIVE JUROR MONTGOMERY: I like to read. I have grandchildren. They take up a lot of my time. And I do a little bit of mineral management, for friends and family mostly.

THE COURT: What do you like to read?

PROSPECTIVE JUROR MONTGOMERY: Fiction.

THE COURT: Any particular type?

PROSPECTIVE JUROR MONTGOMERY: Historical and romance. Christian-based, usually.

THE COURT: Thank you.

Ms. Merrill?

PROSPECTIVE JUROR MERRILL: Kelsey Merrill, my husband is Andrew Merrill, and we have a daughter Isabelle. I'm a dog groomer and my husband works at a bank, NBC Oklahoma. And hobby, I don't think I have a hobby. I just spend time with my family and friends.

THE COURT: Ms. Merrill, I didn't catch your occupation.

PROSPECTIVE JUROR MERRILL: I'm a dog groomer.

THE COURT: A what? Oh, dog groomer. Okay. Where?

PROSPECTIVE JUROR MERRILL: I work from my home.

THE COURT: All right. Thank you.

Ms. White?

PROSPECTIVE JUROR WHITE: My name is Elisha White and my husband is Matt White. I work as a teacher at the El Reno Learning Center, an alternative school. My husband is the mayor of El Reno and a contractor. We have three children, two grandchildren. And I enjoy traveling and spending time with my grandkids.

THE COURT: Thank you.

Ms. Lattimore?

PROSPECTIVE JUROR LATTIMORE: My name is Desiree Lattimore. And I have my son. My son is 36 years old. He's married to his wife, Melinda. Melinda is a stay-at-home mom. And I have three grandchildren. And my son, he works for this company that makes mattresses. My hobbies are crafting. I love to craft.

THE COURT: All right. Thank you.

Is it "Baugh"?

PROSPECTIVE JUROR BAUGH: Yes.

THE COURT: Ms. Baugh?

PROSPECTIVE JUROR BAUGH: I'm Cassidee Baugh and

I'm single and I'm currently looking for a job, for a vet assistant, because I just finished school. And I love watching and hanging out with my nieces and nephews and with my dogs.

THE COURT: When were you last employed?

PROSPECTIVE JUROR BAUGH: I wasn't employed.

THE COURT: You haven't ever held a steady job?

PROSPECTIVE JUROR BAUGH: No.

THE COURT: All right. Thank you.

Mr. Allen?

PROSPECTIVE JUROR ALLEN: My name is Michael Allen. I'm single, no kids. I'm an electrical journeyman and my hobbies are mostly just playing video games.

THE COURT: Okay. Thank you.

Ms. Smith?

PROSPECTIVE JUROR SMITH: Barbara Smith. My husband is Colt Smith. I work for a chiropractor and my husband is in the oilfield. We have two kids. And I enjoy going to the movies.

THE COURT: Any particular type of movies you like to watch?

PROSPECTIVE JUROR SMITH: Romance, horror, anything.

THE COURT: All right. Thank you.

Mr. Fransen?

PROSPECTIVE JUROR FRANSEN: My name is Austin Fransen. My wife's name is Mary Fransen. We have one three-year-old. His name is Luke. I work a Lowe's corporate office in Oklahoma City as a sales rep and my wife is a stay-at-home mom. Hobbies, I like sports, especially basketball.

THE COURT: Play or watch?

PROSPECTIVE JUROR FRANSEN: Both.

THE COURT: Both?

PROSPECTIVE JUROR FRANSEN: Both, yeah.

THE COURT: Thank you.

Ms. Mullins?

PROSPECTIVE JUROR MULLINS: My name is Juliana Mullins. I'm a single mom of a five-year-old and a three-year-old. I'm an advanced tech support for Sprint and my hobbies are writing.

THE COURT: What do you like to write about?

PROSPECTIVE JUROR MULLINS: Anything that comes to mind really.

THE COURT: All right. Thank you.

Ms. McManus?

PROSPECTIVE JUROR McMANUS: Yes. My name is Adilia McManus. My husband is Bill McManus. And I work for a project management company and I'm a project specialist, and my husband works for -- is an electrical

engineer and he works for the FAA, and we have a daughter, a seven-year-old daughter. As far as hobbies, I enjoy traveling, crafting, and spending time with my family.

THE COURT: Thank you.

Ms. Sergison?

PROSPECTIVE JUROR SERGISON: I'm Jenilee Sergison. My husband is Ryan Sergison. I'm a stay-at-home mom and he's a financial controller for a plant. We have one daughter, seven-year-old Lily, and I have no hobbies. I'm doing laundry all the time.

THE COURT: Ms. Hayhurst.

PROSPECTIVE JUROR HAYHURST: Yes. I'm Diana Hayhurst. My husband is Daniel Hayhurst. I'm a mortgage loan auditor. He's a mechanic. And I have a 12-year-old and a 25-year-old daughter, new little granddaughter, and I love sports, watching sports.

THE COURT: Thank you.

PROSPECTIVE JUROR HAYHURST: Football, her playing soccer, basketball. She plays soccer, volleyball, basketball.

THE COURT: All year long?

PROSPECTIVE JUROR HAYHURST: Yep.

THE COURT: Thank you.

Ms. Carrillo?

PROSPECTIVE JUROR CARRILLO: My name is Indra

Carrillo. I'm an ESL teacher, English as a Second Language teacher, in Bethany, Oklahoma, with Putnam City Schools. I do not have a husband anymore, but I do have two children. One is a lieutenant police officer with Oklahoma City Police Department, and my younger son is in the Air Force. He's a crypto linguist with the Air Force. And I do have seven grandchildren. And my hobbies are swimming and walking.

THE COURT: Thank you.

Ms. Wagner?

PROSPECTIVE JUROR WAGNER: I'm Natalie Wagner. My husband is Kyle Wagner. I'm a stay-at-home mom. My husband is a geotechnician at an oil company. My hobby is playing board games and card games with my family.

PROSPECTIVE JUROR FREJO: My name is Michelle Renee Frejo. My husband's name is Michael. We have four children. Two are stepchildren to me. I love spending time with my children.

THE COURT: All right. Thank you.

Ms. McPherson?

PROSPECTIVE JUROR McPHERSON: I'm Ramona McPherson. My husband is Steven McPherson. I am an RN case manager for a hospice company. I did work at Integris Baptist for 26 years before I changed careers. He works for the City of Oklahoma City Water Treatment Plant. He's

the chief plant operator. We recently got married April 10th, so it's still kind of new. I have two daughters, one that is 21, one that is 17. And I'm kind of a fathered in grandma, "Gigi," now to a seven-year-old and a six-year-old, and I like to ride motorcycles and travel.

THE COURT: What type of work did you do at Integris.

PROSPECTIVE JUROR McPHERSON: I was -- I worked in the surgery admitting unit there, where I got patients ready for surgery, and I worked in the recovery room.

THE COURT: You didn't recognize the names of any of the medical professionals that Mr. Epplin listed?

PROSPECTIVE JUROR McPHERSON: I listened very carefully. No.

THE COURT: All right. Thank you.

Mr. Brown?

PROSPECTIVE JUROR BROWN: My name is Daniel Brown. My girlfriend's name is Michelle Grant. Just had two baby girl twins three months ago. I also have a stepdaughter. I work as a truckdriver for EquipmentShare. We rent construction equipment. And I played arena football for 14 years professionally, so now I just kind of help my buddies out that are coaches with younger receiver kids.

THE COURT: All right. Ms. Miles?

PROSPECTIVE JUROR MILES: I have a two-year-old daughter. She'll be three December 5th. Not married, but my child's father does reside in our home, as well as his ten-year-old. I work at Option One. It's a specialty infusion pharmacy. I'm a project coordinator, so I work on the administrative side. Hobbies, I have a two-year-old, so crafting, if I have time.

THE COURT: Thank you.

Mr. Smith?

PROSPECTIVE JUROR SMITH: My name is Samuel David Smith, III actually. I don't know what to tell you about. My wife is Carol Smith. She recently retired from Integris Baptist, but she still works one day a week there, just to kind of keep her license and keep her hand in it. I recently basically retired from Francis Tuttle Technology Center where I was the district safety specialist. I also have -- I currently have three small businesses, an Internet business and some things that kind of keep me busy. Hobbies, too lengthy to mention. Woodworking, metalworking. My wife and I like camping. I have a son, Jared, and two grandkids that, when we can get to see them, they keep us pretty occupied.

THE COURT: Thank you.

Mr. Rock?

PROSPECTIVE JUROR ROCK: James Rock. I am

divorced. I share custody of my four-year-old son. Retired Air Force and currently a civilian for the Air Force. Hobbies, any type of sport, watching sports, golfing, and keeping up with my four-year-old.

THE COURT: Thank you.

Ms. Way?

PROSPECTIVE JUROR WAY: My name is Jennifer Way. My wife's name is Deidra. I'm a receiving clerk and she's a sales manager, and we love to travel.

THE COURT: All right. Thank you.

Do any of you know anyone else on the jury panel?

PROSPECTIVE JUROR WHITE: We do.

THE COURT: Okay. Ms. White and Ms. Miles. Okay. How do you all know one another?

Let me start with you, Ms. White.

PROSPECTIVE JUROR WHITE: Well, I went to high school with her mom.

THE COURT: You just know who each other are?

PROSPECTIVE JUROR WHITE: Her mother is one of my best friends, so we know each other that way.

THE COURT: Would you all see any issue with you serving on the same jury panel together?

PROSPECTIVE JUROR WHITE: No.

PROSPECTIVE JUROR MILES: No.

THE COURT: Mr. Epplin named off the witnesses

that he anticipated might be called during this trial. One was an officer from the Yukon Police Department, Christopher Brugh. I don't think he stood, but he is the gentleman standing now.

Does anybody know who Mr. Brugh is?

*(No response from prospective jurors.)*

THE COURT: Sitting on the other side of Mr. Sims is Ms. Sweis. She is an interpreter and she will be helping us out throughout the trial, so she'll be sitting at the defense table throughout the trial. Okay? Does anybody know Ms. Sweis?

*(No response from prospective jurors.)*

THE COURT: All right. Thank you, Ms. Sweis.

Do any of you hold a reserved deputy commission or a special deputy commission or an honorary deputy commission? If so, please raise your hand.

*(No response by prospective jurors.)*

THE COURT: Are any of you friends or have relatives that work in law enforcement? If so, if you would please raise your hand and hold them up.

*(Prospective jurors raising hands.)*

THE COURT: Okay. I got it. Thank you.

Let me start again with you, Mr. Hanson. Would you tell us who you know and how they're affiliated with a law enforcement agency.

PROSPECTIVE JUROR HANSON: My sister-in-law is a detective with the Oklahoma City Police Department, and I have an in-law and also a guy I went to high school that's a sergeant with the Moore Police Department.

THE COURT: Your sister works for the Oklahoma City Police Department?

PROSPECTIVE JUROR HANSON: Sister-in-law.

THE COURT: Sister-in-law. As a detective?

PROSPECTIVE JUROR HANSON: Yes, Your Honor.

THE COURT: In what division, if you know?

PROSPECTIVE JUROR HANSON: I'm not sure.

THE COURT: Do you know what type of cases she investigates?

PROSPECTIVE JUROR HANSON: Last I heard, it was white-collar crime.

THE COURT: Okay. Ms. Lattimore?

PROSPECTIVE JUROR LATTIMORE: Yes.

THE COURT: Could you tell us who you know that is involved or works for a law enforcement agency.

PROSPECTIVE JUROR LATTIMORE: Yes. My sister, she is a correctional officer. And I also have two cousins and a sister that work in Albany and one works in Buffalo and the other one works -- two works in Albany, and they work at the courthouse as lawyers.

THE COURT: Are you originally from New York?

PROSPECTIVE JUROR LATTIMORE: Yes, I am.

THE COURT: Your sister works currently for a prison or at a prison?

PROSPECTIVE JUROR LATTIMORE: At a prison.

THE COURT: Which prison?

PROSPECTIVE JUROR LATTIMORE: In North Carolina.

THE COURT: All right. Thank you.

PROSPECTIVE JUROR WHITE: My son works at the FCI also. I was just thinking, he's not really in law enforcement, but he's a correctional officer.

THE COURT: At the FCI El Reno?

PROSPECTIVE JUROR WHITE: Sorry.

THE COURT: That's all right. Thank you, Ms. White.

If you have any doubts as to whether you should give information, err on the side of sharing with us. Okay? And then we'll decide whether it's important in deciding whether you are a juror in this particular case.

Ms. Smith, you raised your hand?

PROSPECTIVE JUROR SMITH: (Shakes head side to side.)

THE COURT: Who was on the second row that raised their hand? Okay. Mr. Fransen?

PROSPECTIVE JUROR FRANSEN: "Fransen."

THE COURT: "Fransen," I'm sorry.

PROSPECTIVE JUROR FRANSEN: You're good.

So one of my best friends, he's a police officer for the Oklahoma City Police Department. As well as another officer that works in the Moore Police Department, I go to the same church.

THE COURT: Anybody else on the second row from the back? Ms. McManus?

PROSPECTIVE JUROR McMANUS: Yes, sir. My daughter goes to school with -- one of her schoolmates is a police officer from Bethany.

THE COURT: All right.

PROSPECTIVE JUROR McMANUS: So, I mean, I know him.

THE COURT: Okay. Thank you.

Ms. Carrillo?

PROSPECTIVE JUROR CARRILLO: Yes, sir. My son is a lieutenant police officer with the Oklahoma City Police Department in the southwest division.

THE COURT: What type of work does he do?

PROSPECTIVE JUROR CARRILLO: He's a supervisor for the group of police officers.

THE COURT: Patrol officer?

PROSPECTIVE JUROR CARRILLO: Yes, sir.

THE COURT: Thank you.

Ms. Wagner?

PROSPECTIVE JUROR WAGNER: One of our best friends is Officer Jarrett with Oklahoma City Police. He works night shift patrol. And then I have quite a few other friends. I went to school for criminal justice, so I have a lot of friends in policing.

THE COURT: Thank you.

Ms. Frejo?

PROSPECTIVE JUROR FREJO: John Whetsel.

THE COURT: The former sheriff of Oklahoma County?

PROSPECTIVE JUROR FREJO: Yes. I used to work for the county as a nurse. I'm kind of retired now as a nurse.

THE COURT: Did you work at the jail?

PROSPECTIVE JUROR FREJO: Yes, I did.

THE COURT: How long did you do that?

PROSPECTIVE JUROR FREJO: Over eight years.

THE COURT: Okay. Thank you.

PROSPECTIVE JUROR FREJO: And then I have a friend that is a captain of the Oklahoma City Police, Bo Matthews, who I've known forever.

THE COURT: I think his brother used to work at the Yukon Police Department?

PROSPECTIVE JUROR FREJO: Yes, Ronnie.

THE COURT: Okay. Thank you.

Ms. McPherson?

PROSPECTIVE JUROR McPHERSON: My ex-husband, he works for the City of Oklahoma City. He works in the airport section. He did work downtown in the stockyards on a bicycle. And I have a very good friend by the name of Tom Barton that works for the Oklahoma Highway Patrol.

THE COURT: He's a trooper in Canadian County; correct?

PROSPECTIVE JUROR McPHERSON: Uh-huh.

THE COURT: Mr. Brown?

PROSPECTIVE JUROR BROWN: I have a good friend, Kelsey Brown. She's just a patrol officer as far as I know. I played football with her brother-in-law, so we became friends that way.

THE COURT: Okay. Thank you.

Ms. Montgomery, did I skip you?

PROSPECTIVE JUROR MONTGOMERY: No, you didn't skip me, but I thought you just said if we had relatives. You mean acquaintances?

THE COURT: If you know somebody.

PROSPECTIVE JUROR MONTGOMERY: Yes. Our pastor has got two sons. One is a highway patrolman and one is, I think, an Oklahoma City police officer.

THE COURT: All right. Thank you.

Ms. Miles?

PROSPECTIVE JUROR MILES: I have a cousin, Brandon Seward. I think he's still Oklahoma Highway Patrol. I believe he worked on the tactical team or something of that sort.

THE COURT: All right. Anyone else?

Mr. Smith?

PROSPECTIVE JUROR SMITH: I was a police officer in Paducah, Kentucky, back in '79 and '80, and also worked for the sheriff's office there as a dispatcher and auxiliary back in that time frame. Thusly, I know a lot of cops. Most of us have retired out by now, but certainly I know a lot of ex-cops from Kentucky.

THE COURT: All right. Thank you.

Ms. Way?

PROSPECTIVE JUROR WAY: We have a friend that is an undercover detective for the City of Oklahoma City.

THE COURT: Anybody else that you know?

PROSPECTIVE JUROR WAY: That's it.

THE COURT: All right. Thank you.

Have any of you ever served as a juror before? If so, if you would raise your hand and hold them up.

*(Prospective jurors raising hands.)*

THE COURT: All right. Thank you.

Well, again, let's start with you, Mr. Hanson. When and where did you serve?

PROSPECTIVE JUROR HANSON: It was Seward County, Kansas, six or seven years ago.

THE COURT: Criminal case or civil case?

PROSPECTIVE JUROR HANSON: It was a criminal case, a felony assault.

THE COURT: Anything about that experience that you think might impact your ability to serve as a fair juror in this case?

PROSPECTIVE JUROR HANSON: No, Your Honor.

THE COURT: Thank you.

Ms. Montgomery?

PROSPECTIVE JUROR MONTGOMERY: I was on a jury. I think it was in Canadian County, but I've also been called to federal. It's been so long ago, I don't -- I remember being in the room, deliberating. I can't tell you what kind of case or what we decided. I don't remember.

THE COURT: So you don't have any memories today of that experience that you think might impact your ability to be a fair and impartial juror?

PROSPECTIVE JUROR MONTGOMERY: No.

THE COURT: Thank you.

Ms. Lattimore?

PROSPECTIVE JUROR LATTIMORE: In New York, in the Bronx, New York, I served. It was a civil case. It was over the July 4th weekend, and I guess they deliberated at

that time. And we didn't have to go back, but we stayed, like, around two or three days, but it was....

THE COURT: Ms. McManus?

PROSPECTIVE JUROR McMANUS: It was 2013, in May or April, I served on the Becky Bryan -- it was a murder.

THE COURT: Okay. Anything about that experience that you think might impact your ability to be fair and impartial to both the State and the defendant in this case?

PROSPECTIVE JUROR McMANUS: No.

THE COURT: All right. Thank you.

Ms. Frejo?

PROSPECTIVE JUROR FREJO: Here, about 20 years ago. It was a criminal case. Assault.

THE COURT: Do you remember anything about that case?

PROSPECTIVE JUROR FREJO: Not a whole lot. It's been too long ago.

THE COURT: All right. Thank you.

Ms. McPherson?

PROSPECTIVE JUROR McPHERSON: It's been over 30 years ago, actually, and it was in Prague, if you know where that is.

THE COURT: Sure. Out east.

PROSPECTIVE JUROR McPHERSON: And it was a civil case and it was a medical case. I was -- the two separate

times, I was....

THE COURT: All right. Anything about your experiences that you think might affect your ability to serve as a fair and impartial juror in this case?

PROSPECTIVE JUROR McPHERSON: No, sir.

THE COURT: Thank you, Ms. McPherson.

Did I miss anyone?

*(No response from prospective jurors.)*

THE COURT: All right. Okay. In this case, the State has alleged that the defendant committed the crimes of Child Sexual Abuse. The crimes that the defendant has been charged with committing allegedly occurred between September of 2016 and June of 2017.

The alleged victim in this case is DMS. She is now 18 years old.

With just that little information about this case, is there anyone who does not believe or believes that they could not be fair and impartial to both the State and to the defendant?

*(No response from prospective jurors.)*

THE COURT: If so, if you would just raise your hand?

*(Prospective jurors raising hands.)*

THE COURT: Okay. Ms. Merrill, is this something that you feel comfortable talking about in front of

everybody?

PROSPECTIVE JUROR MERRILL: (Shakes head side to side.)

THE COURT: If you want to come on up, please.

*(At bench, outside hearing of the jury panel:)*

THE COURT: If you would just tell us what your concerns are about serving in this case.

PROSPECTIVE JUROR MERRILL: I just assume it's a father-daughter situation, and I have a similar experience.

THE COURT: You've had an experience that you think would affect you?

PROSPECTIVE JUROR MERRILL: Yes.

THE COURT: Could you go in as much detail as you feel comfortable talking about. If Ms. Merrill, if you cannot, I understand.

Ms. Merrill, if you would just take your badge off and leave it on the railing, you are excused. Thank you.

*(Prospective Juror Merrill excused. The following transpired within hearing of the jury panel:)*

THE COURT: Okay. Ms. Hirst, if you would call a juror to replace Ms. Merrill, please.

THE COURT CLERK: Yes, sir.

Lela Pappan.

THE COURT: Did she pronounce your name

correctly?

PROSPECTIVE JUROR PAPPAN: Yes.

THE COURT: "Pappan"?

PROSPECTIVE JUROR PAPPAN: Yes.

THE COURT: Do you have something you want to talk to me about?

PROSPECTIVE JUROR PAPPAN: Yeah.

THE COURT: Gentlemen, if you would come back up here, please.

*(At bench, outside hearing of the jury panel:)*

THE COURT: Okay. Ms. Pappan, you have approached the bench without even having a seat, so you obviously have some concern about sitting on this case.

PROSPECTIVE JUROR PAPPAN: Yes. I cannot be impartial.

THE COURT: Okay.

PROSPECTIVE JUROR PAPPAN: My ex-husband sexually abused both of his daughters, and I cannot do this. Call me for something else, but not this.

THE COURT: Mr. Epplin, do you have any questions for Ms. Pappan?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Pappan, thank you. If you would

take your badge off and leave it on the railing. You are excused.

*(Prospective Juror Pappan excused. The following transpired within hearing of the jury panel:)*

THE COURT: Ms. Hirst, if you would call a another juror for us, please.

THE COURT CLERK: Kristine Timmons.

THE COURT: Ms. Timmons, good morning.

PROSPECTIVE JUROR TIMMONS: Good morning.

THE COURT: Do you live in Canadian County?

PROSPECTIVE JUROR TIMMONS: Yes, sir.

THE COURT: Would you take a moment and tell us your name, your spouse's name, if you're married, children, your occupation, spouse's occupation, and what you like to do in your free time.

PROSPECTIVE JUROR TIMMONS: My name is Kristine Michelle Timmons. My husband is Charles Andrew Timmons. We have two adult daughters, 20 and 25. My daughter is set to give birth on Friday to my first grandson -- or grandchild. I also have a stepson who is getting married in March. My youngest daughter is 20 and in college at East Central.

I work for Shields Family Eye Care as office manager and optician. My husband works for Crossings Community Church as their technical director.

I don't know that I really have any hobbies. I like to hang out with my family and my husband. I'm anticipating greatly my first grandchild, and I plan on spending a lot of time doing that.

THE COURT: Good. All right. Thank you.

Do you hold a reserve deputy commission, a special deputy commission, or an honorary deputy commission?

PROSPECTIVE JUROR TIMMONS: No, Your Honor.

THE COURT: Do you have any family or friends that work for a law enforcement agency?

PROSPECTIVE JUROR TIMMONS: Yes, Your Honor. My father-in-law is a retired Oklahoma City Police Department. He retired probably 20 years ago. And I volunteer. I hold a DOC volunteer badge. I volunteer with my church at Joseph Harp Correctional Center.

THE COURT: What type of work do you do there?

PROSPECTIVE JUROR TIMMONS: We just go -- our church, we have a satellite at Joseph Harp Correctional Center. We go in on Sundays, once a month. My Sunday was yesterday. We go -- mine is the first Sunday. We go in, hand out doughnuts, coffee, hang out with the guys, and watch a service with them and teach them about Jesus.

THE COURT: Do you have much interaction with the inmates?

PROSPECTIVE JUROR TIMMONS: A little bit. We talk to them, like, just general "How was your week?" But not -- and it's select inmates. There's usually, I want to say, 180 gentlemen in there, but there's a set of them who are, I guess, volunteers that are -- have more privileges that I know a little bit better, but not their -- I don't know what any of them have done. It's a "don't ask, don't tell" policy. Unless they offer that information, I have no idea what they're in there for.

THE COURT: Ms. Timmons, have you ever served as a juror before?

PROSPECTIVE JUROR TIMMONS: 1999, right after my second daughter was born, Oklahoma County, civil case, and that is literally all I remember.

THE COURT: All right. Thank you.

PROSPECTIVE JUROR TIMMONS: Thank you.

THE COURT: Did you hear me describe to the other jurors a little bit about this case, what it involves?

PROSPECTIVE JUROR TIMMONS: Yes, Your Honor.

THE COURT: Is there anything about the nature of the charges that gives you concern as to whether you could be fair and impartial to both the State and to the defense?

PROSPECTIVE JUROR TIMMONS: No, Your Honor. I'm good.

THE COURT: All right. Let me open this up to

everybody.

Have any of you had any experiences of any kind that you think might affect your consideration in this case if you are selected as a juror? If so, would you please raise your hand.

THE COURT: Yes, Ms. Lattimore?

PROSPECTIVE JUROR LATTIMORE: Can I come up?

THE COURT: You may.

*(At bench, outside hearing of the jury panel:)*

PROSPECTIVE JUROR LATTIMORE: My brother was charged, in New York, for -- with his girlfriend, for child abuse, but the case was dropped. So it won't affect me because I have an open mind about everything. But I just wanted to let you guys know. Is that okay?

THE COURT: Thank you.

Well, hold on, before you leave.

MR. EPPLIN: What kind of child abuse was it?

PROSPECTIVE JUROR LATTIMORE: I don't know.

THE COURT: Physical or sexual?

PROSPECTIVE JUROR LATTIMORE: It was -- I think it was physical. I'm not sure.

MR. EPPLIN: What's his name?

PROSPECTIVE JUROR LATTIMORE: James Lattimore.

MR. EPPLIN: Is he -- my understanding, and I don't know anything about it, but my understanding, is

there a James Lattimore on the sex offender registry?

PROSPECTIVE JUROR LATTIMORE: He had to register here.

MR. EPPLIN: As a sex offender?

PROSPECTIVE JUROR LATTIMORE: Yes. But it's alleged. It says "alleged sex offender," and he --

MR. EPPLIN: So there was no conviction?

PROSPECTIVE JUROR LATTIMORE: He got everything dropped in New York.

MR. EPPLIN: Okay. That's all I have, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No questions, Judge.

THE COURT: Ms. Lattimore, thank you.

PROSPECTIVE JUROR LATTIMORE: Thank you. Do I sit back down?

THE COURT: Yes.

*(Within hearing of the jury panel:)*

THE COURT: Is there anybody else who has had any experience that you think might impact your ability to serve on this case?

*(No response from prospective jurors:)*

THE COURT: All right. I do not see any hands being raised.

Have any of you had a personal experience with a

sexual assault?

Okay. Ms. Mullins? Ms. Mullins, could you tell us --

PROSPECTIVE JUROR MULLINS: It happened twice. Once when I was seven -- or three times. Once when I was seven, once when I was 12, and then again when I was 16.

THE COURT: Okay. How do you think your experiences might affect your ability to be a fair and impartial juror in this case?

PROSPECTIVE JUROR MULLINS: I have forgiven the person who did it and overcome -- personally overcome it, but I'm very open-minded.

THE COURT: So you don't think it would have an impact on your ability to be fair to both the State and to the defense?

PROSPECTIVE JUROR MULLINS: No, sir, I don't.

THE COURT: Okay. Ms. McPherson, I thought I saw your hand start to raise.

PROSPECTIVE JUROR McPHERSON: It was probably a couple of years ago. I was attacked in a parking lot by two men. I got away.

THE COURT: Go ahead.

PROSPECTIVE JUROR McPHERSON: So...

THE COURT: Was this something that you reported to the police?

PROSPECTIVE JUROR McPHERSON: Yes, sir.

THE COURT: Were charges ever brought against --

PROSPECTIVE JUROR McPHERSON: They couldn't find them.

THE COURT: All right. Were you satisfied with the response by law enforcement?

PROSPECTIVE JUROR McPHERSON: No, sir.

THE COURT: You thought they could have done more than what they did?

PROSPECTIVE JUROR McPHERSON: Yes, sir.

THE COURT: How do you think that experience might affect your ability to serve in this case?

PROSPECTIVE JUROR McPHERSON: I think it would.

THE COURT: Can you explain how you think it might?

PROSPECTIVE JUROR McPHERSON: Well, because, I mean, I feel -- let me come up there.

THE COURT: Come on up.

*(At bench, outside hearing of the jury panel:)*

PROSPECTIVE JUROR McPHERSON: I just have this thing about children being, you know, abused or anything. I've had friends that their children were abused, and I don't think I could actually be impartial. I really couldn't. And I'm being very honest with you.

THE COURT: Thank you. That's what we want to

know from you.

PROSPECTIVE JUROR McPHERSON: And for me, my personal, I didn't get harmed, I didn't get hurt, but it's just -- you asked for personal, and I was being very honest with you.

THE COURT: You probably know this, and I kind of addressed this earlier with everybody else, that Mr. Sims is presumed innocent and that the State has the burden of proving his guilt beyond a reasonable doubt.

Do you not believe you could sit and fairly judge him based on all the evidence that's presented?

PROSPECTIVE JUROR McPHERSON: I probably could. I probably could. I'm being honest.

THE COURT: Mr. Epplin, do you have any questions for Ms. McPherson?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. McPherson. Thank you. Have a seat.

*(Within hearing of the jury panel:)*

THE COURT: Do any of you have any friends or family members that have been a victim of a sexual assault? If you would raise your hand.

*(Prospective jurors raising hands.)*

THE COURT: Ms. Lattimore, is it something other than what we discussed at the bench a second ago?

PROSPECTIVE JUROR LATTIMORE: No.

THE COURT: Okay. All right. Mr. Fransen?

PROSPECTIVE JUROR FRANSEN: Yeah. It was actually my mother-in-law, but it was before I even married into the family.

THE COURT: Okay. Mr. Smith, you raised your hand.

PROSPECTIVE JUROR SMITH: I had a friend in Kentucky who many, many years ago was basically kidnapped and raped. That was a long time ago.

THE COURT: Okay. Anybody else? Ms. Hayhurst?

PROSPECTIVE JUROR HAYHURST: Yes. I have two older stepdaughters from a previous relationship, and their stepfather molested them. Well, the younger one. In Oklahoma County. It's been about 15, 20 years ago.

THE COURT: These were your stepdaughters?

PROSPECTIVE JUROR HAYHURST: Yes.

THE COURT: Were they a part of your life at that time?

PROSPECTIVE JUROR HAYHURST: Yeah, they were a part of my life.

THE COURT: Do you know how --

PROSPECTIVE JUROR HAYHURST: I don't know all the

details, what exactly happened to them, but he did serve time, their stepfather.

THE COURT: All right. So it did get reported to law enforcement, there was a prosecution, and he ended up going to prison?

PROSPECTIVE JUROR HAYHURST: Yes.

THE COURT: Anything about your knowledge of what happened to them that would affect your ability to serve in this case?

PROSPECTIVE JUROR HAYHURST: No. I'm an open-minded person until you hear all the evidence.

THE COURT: All right. Thank you.

Anyone else?

*(No response from prospective jurors.)*

THE COURT: Okay. Have any of you ever been charged or accused of a crime other than for a minor traffic offense? If so, if you would raise your hand.

*(No response from prospective jurors.)*

THE COURT: I do not see any hands raised.

Do any of you have any legal training?

Mr. Brown?

PROSPECTIVE JUROR BROWN: I was a loss prevention supervisor for about six years.

THE COURT: Okay. Did you have any training before you did that type of work?

PROSPECTIVE JUROR BROWN: Just military training. Not as far as law enforcement.

THE COURT: Okay. Let's see. Ms. McManus, you raised your hand?

PROSPECTIVE JUROR McMANUS: Yes. I'm a registered court interpreter, but that's it.

THE COURT: That's it.

PROSPECTIVE JUROR McMANUS: Yeah.

THE COURT: All right. Anybody else?

*(Prospective jurors raising hands.)*

THE COURT: Yes, sir, Mr. Smith?

PROSPECTIVE JUROR SMITH: I was a police officer. And I also have a degree in criminal justice, a bachelor's.

THE COURT: Okay. Anyone else?

Yes, Ms. Wagner?

PROSPECTIVE JUROR WAGNER: I have a bachelor's in criminal justice and sociology. So I don't know if you were talking about law or policing.

THE COURT: No, that's it. Okay.

I'm sorry, what do you do now?

PROSPECTIVE JUROR WAGNER: I'm a stay-at-home mom.

THE COURT: Have you ever worked in the law enforcement field?

PROSPECTIVE JUROR WAGNER: No. I got pregnant

with twins right after graduation, so I didn't go into policing.

THE COURT: Okay. Thank you.

Ms. Miles?

PROSPECTIVE JUROR MILES: I also have a degree in sociology, so there's some criminal classes in that. And I worked for DHS in child welfare for just a little under a year.

THE COURT: All right. Anyone else?

*(No response from prospective jurors.)*

THE COURT: So for those of you who have had at least some legal training, can you tell everyone else what an Information is? Ms. Wagner?

PROSPECTIVE JUROR WAGNER: Information?

THE COURT: Information.

PROSPECTIVE JUROR WAGNER: It's going to be something that's true and --

THE COURT: No.

PROSPECTIVE JUROR WAGNER: No?

THE COURT: Mr. Brown, do you want to give it a go?

PROSPECTIVE JUROR BROWN: I have no clue.

THE COURT: No? Okay. Have any of you ever heard of an Information before?

*(No response from prospective jurors.)*

THE COURT: An Information in a criminal case is the accusatory paper that the district attorney's office files with the court clerk, stating the charge or the charges that have been brought against someone. Okay?

So when you hear something referred to as an Information, it's simply just a piece of paper that identifies the charges that a defendant has been charged with by the district attorney's office. Okay?

*(Prospective jurors nodding heads up and down.)*

THE COURT: Okay. That's all it is.

Okay. Earlier, when we first started, I told you that defendants who have been charged by Information are presumed innocent.

Does everybody understand that?

*(Prospective jurors nodding heads up and down.)*

THE COURT: As Mr. Sims sits at the table right now, he is presumed innocent. One instruction that I will give you is that the defendant is presumed innocent of the crimes charged and the presumption continues unless, after consideration of all the evidence, you are convinced of his guilt beyond a reasonable doubt.

Does everybody understand that?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: Does anyone think that they might have a difficult time presuming the defendant innocent of

the crimes charged?

*(No response from prospective jurors.)*

THE COURT: If so, raise your hand.

*(No response from prospective jurors.)*

THE COURT: Thank you.

Do you-all also understand that the State has the burden of proving the defendant guilty beyond a reasonable doubt? That means the State has the burden of presenting evidence that establishes the guilt of the defendant beyond a reasonable doubt. The defendant must be found not guilty unless the State produces evidence which convinces you beyond a reasonable doubt of each element of the crime.

If selected as a juror in this case, will each of you presume the defendant innocent unless proven guilty beyond a reasonable doubt?

*(Prospective jurors nodding heads up and down.)*

THE COURT: Can all of you do that?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: Does anyone think that they may have a difficult time doing that because he's been charged, because of the nature of the charges, or for any reason you think you may struggle giving him that presumption and holding the State to their burden of proving his guilt beyond a reasonable doubt?

*(No response from prospective jurors.)*

THE COURT: Everyone can do that?

*(Prospective jurors nodding heads up and down.)*

THE COURT: Another instruction that I will give you is that, if you do find the defendant guilty, you will have the duty to assess punishment. The punishment for the crime of Child Sexual Abuse is imprisonment up to life and/or a fine of not less than $500 nor more than 5,000.

If selected as a juror in this case, and you find the defendant guilty beyond a reasonable doubt of Child Sexual Abuse, will each of you assess punishment in accordance with the law? Will all of you do that?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: Is there anyone that thinks that they may have a difficult time considering a crime that has a punishment of up to life in prison? If so, raise your hand.

*(No response from prospective jurors.)*

THE COURT: All right. Thank you.

All right. I told you I'm going to instruct you on the presumption of innocence, the State's burden of proof. I will also be giving you other instructions. I will give you instructions on the law and the rules by which you have to reach a verdict in this case. Your duty as a juror is to accept and follow the law as included in the instructions that I will give you and that I tell you

from the bench.

If selected as a juror, will each of you follow the rules and the law included in the instructions and that I will give you?

*(Prospective jurors nodding heads up and down.)*

THE COURT: Can each of you do that?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: Even if you disagree with the law that I give you?

*(Prospective jurors answer "yes" collectively.)*

THE COURT: I think we've been going at this for about an hour now. I'm going to turn the questioning over to the attorneys in just a moment, but can any of you think of any reason why you could not be fair and impartial in this case for any reason at all?

*(No response from prospective jurors.)*

THE COURT: If so, just raise your hand.

*(No response from prospective jurors.)*

THE COURT: All right. Let's do this. It is almost 10:30 by my clock. Let's take about a ten-minute break, and, when you come back in, I will allow the attorneys to question you. And then, I expect by lunch, we will be able to have a jury of 12 selected.

Keep your badges on when you leave the courtroom. If you get sent out at the same time the other jurors are

out there, try to stay away from them. I don't want you all to end up in a different courtroom. This is the courtroom you need to end up in. Okay?

So for no reason should you all find yourselves in Courtroom Number 2 or some other courtroom. We will bring you back in to Courtroom 1, but don't come back in here until we call you in. Okay?

Leave the badges on. There are bathrooms upstairs, just out these doors on your right side next to the water fountain. There are also bathrooms downstairs right next to the elevators. If any of you need to go outside to smoke, you can do that, but you don't have a whole lot of time. There is also a pop machine and snack machine downstairs as well. Okay?

I will call you-all back in the courtroom in about ten minutes. Okay?

*(Recess was had.)*

THE COURT: We are in the courtroom, outside the presence of the jury.

Anything that we need to take up before I call the panel back into the courtroom, Mr. Epplin?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Hicks, if you would call the jury

panel back into the courtroom, please.

*(Jury panel enters courtroom.)*

THE COURT: You-all can have a seat. If I could get the attorneys to come up. No, you can stay seated.

Ms. Wagner, when we took our break, you had indicated to me that you had a conflict that would essentially prevent you from serving in the afternoons?

PROSPECTIVE JUROR WAGNER: Yes.

THE COURT: All right. I'm going to excuse you. If you would take off your juror badge and leave it on the railing next to the swinging doors, you are free to go.

*(Prospective Juror Wagner excused.)*

THE COURT: Ms. Hirst, if you would call another juror to replace Ms. Wagner.

THE COURT CLERK: Mark Stallings.

THE COURT: Mr. Stallings, did you hear the attorneys announce the names of the witnesses that may be called during this trial?

PROSPECTIVE JUROR STALLINGS: I did.

THE COURT: Did you recognize any of the names?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Do you know Mr. Epplin, the assistant district attorney?

PROSPECTIVE JUROR STALLINGS: I do not.

THE COURT: Mr. Rogalin, the attorney for

Mr. Sims?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Or do you know Mr. Sims?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Would you take a moment and introduce yourself to everybody. Tell us your name, your spouse's name if you're married, if you have any children, your occupation, spouse's occupation, and your hobby.

PROSPECTIVE JUROR STALLINGS: Okay. I'm Randy Stallings. My wife's name is Brenda. My wife is a special ed teacher in the Yukon School District. I'm a senior city planner with the City of Oklahoma City; primarily manage federal grants and revolving loan funds.

I have a grown daughter who is 30. As a matter of disclosure, I do have legal custody of a son who is 15, who is now in DHS custody. We're in the process of relinquishing our parental rights. There's no criminal situation there. We adopted him out of the foster care system about five years ago and had numerous problems with him running away, making death threats, being a harm to himself as well as to others.

THE COURT: Thank you.

Mr. Stallings, are you a reserve deputy?

PROSPECTIVE JUROR STALLINGS: I am not.

THE COURT: Do you hold a special deputy

commission or an honorary deputy commission?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Do you know anyone that works in law enforcement?

PROSPECTIVE JUROR STALLINGS: Not directly. Again, I work for the City, so we do have police officers in and out of the building frequently.

THE COURT: All right. You heard me tell the other jurors a little bit about this case?

PROSPECTIVE JUROR STALLINGS: Yes, sir.

THE COURT: What the defendant is accused of?

PROSPECTIVE JUROR STALLINGS: Yes.

THE COURT: Anything about what you've heard so far give you concern that you could not be fair and impartial to both the State and to the defendant?

PROSPECTIVE JUROR STALLINGS: I feel like I could be fair.

THE COURT: All right. Do you know anybody that has ever been accused of a crime, including yourself?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Have you ever been a victim of a crime?

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: And it could be any type of crime, not necessarily the type that we're here for today.

PROSPECTIVE JUROR STALLINGS: Just auto theft.
THE COURT: You were a victim of an auto theft?
PROSPECTIVE JUROR STALLINGS: Not the auto itself but contents within the auto.
THE COURT: Okay. Have you ever served as a juror before?
PROSPECTIVE JUROR STALLINGS: I have not.
THE COURT: You heard me discuss with the other jurors the legal concepts of the presumption of innocence and the burden of proof that the State has?
PROSPECTIVE JUROR STALLINGS: Yes, sir.
THE COURT: Do you have any questions about any of those concepts?
PROSPECTIVE JUROR STALLINGS: No, sir.
THE COURT: Do you have any thoughts about the presumption of innocence that you think might affect your ability to follow the law that I give you in this case?
PROSPECTIVE JUROR STALLINGS: I do not.
THE COURT: Or the burden that the State has?
PROSPECTIVE JUROR STALLINGS: No, sir.
THE COURT: Okay. Is there anything that you can think of that we should know about you that might affect your ability to serve in this case?
PROSPECTIVE JUROR STALLINGS: The only thing I can think of is that my wife was a victim of sexual abuse

as a young teenager.

THE COURT: How do you think that might affect your ability to be fair in this case?

PROSPECTIVE JUROR STALLINGS: I don't think it would impact me.

THE COURT: You are currently going through legal proceedings where the State is seeking to terminate your parental rights to this child that you adopted?

PROSPECTIVE JUROR STALLINGS: That is correct, sir.

THE COURT: Okay. Is that something that you are fighting?

PROSPECTIVE JUROR STALLINGS: That is something that we initiated. He's been in and out of psychiatric hospitals. And the last time, we just felt that we were not in a position to deal with these issues any further. And we felt that he needed help that he wasn't getting. So we contacted an attorney who advised us to not pick the child up at the time he was discharged from the psychiatric hospital the last time.

THE COURT: And that is happening in Canadian County?

PROSPECTIVE JUROR STALLINGS: That's correct.

THE COURT: Out at the juvenile center?

PROSPECTIVE JUROR STALLINGS: Yes, sir.

THE COURT: Well, you know, typically those type of cases are handled by the district attorney's office. They're the ones that seek to have termination.

Do you understand that?

PROSPECTIVE JUROR STALLINGS: Not clearly, no.

THE COURT: Well, I just want to make sure. Because since the district attorney's office is typically involved, I just want to make sure that you don't have any hard feelings against the district attorney's office because of their role in this case involving your adopted child.

PROSPECTIVE JUROR STALLINGS: No, sir.

THE COURT: Okay. All right. Anything else that you can think of, Mr. Stallings, that might impact your ability to be a fair and impartial juror?

PROSPECTIVE JUROR STALLINGS: Nothing I can think of at this time.

THE COURT: All right. The attorney for the State and the defendant will now ask you questions. Again, the questions are not designed to pry into your personal affairs but to discover if you have any information or opinions concerning this case which you cannot set aside or personal experiences in your life which might cause you to favor or disfavor the State or the defendant or persons who may be witnesses.

The questions may further be designed to ascertain your attitude on social, religious, and moral issues. These questions are necessary to assure the State and the defendant an impartial jury.

The attorney for the State will proceed first.

Mr. Epplin, you may proceed with your examination of the panel.

MR. EPPLIN: Thank you, Your Honor.

Good morning, ladies and gentlemen.

Just the way you wanted to spend -- what do they call it? "Cyber Monday"; right? The Cyber Monday after Thanksgiving. Hey, we're all saving a bunch of money, though, by being in here instead of clicking around, but I'm sure we'll part ways with it soon enough.

As the Judge has introduced you now, my name is Eric Epplin. I'm an assistant district attorney here at the Canadian County Courthouse. My boss is the elected District Attorney, Michael Fields. He is the -- he goes by "Mike." He's the District Attorney for Canadian County. And I represent the State of Oklahoma in criminal matters, and including this case here today. So it's my honor to appear in front of you today as a representative with the State of Oklahoma.

I think it's only fair, since you're answering 20 questions or whatever, that I tell a little bit about

myself and my family. I have a wife, Amanda. She has a degree in interior design. She's a designer and a project manager right now for some freelance design company. She focuses on commercial design, so workstations and cubicles and things like that, nothing exciting. People always think "Oh, your home must be" -- no, it's all -- it's not residential at all, what she does; it's commercial.

We have two children. I have a daughter who just turned 11, and she's in fifth grade. She just got on student council, so I'm real proud. But she ran on a platform of fixing the water fountains, to get them to go the right height, and I keep reminding her she hasn't done it yet.

My son, he's an eight-year-old, he's a third-grader. Both of them are in Yukon schools. He just started karate.

So that's a little bit about myself.

You've already seen, we take breaks. The Judge usually takes, I believe, one in the morning, one in the afternoon. If anybody ever needs to use the restroom other than that, feel free to raise your right hand and let us know.

One thing you've also seen, it's not the largest courthouse we have here in Canadian County. We'll see each other around. I assure you that, when I'm looking at the

floor, and Mr. Rogalin or Lieutenant Brugh, one of us is looking at the floor and not saying, "Hello, how are you doing?" it's not because we're trying to not be friendly; it's because the Judge would get on to us if we talked to you in the hallway, even if it's things about good places to eat here in El Reno.

I know some of you are from Yukon, some of you are from Mustang. We've got the mayor's wife, though, here if you need a lunch recommendation.

Unfortunately, I can't talk to you in the hallway, so just realize nothing is meant to be personal or anything like that.

You've also already seen, a couple of times, it's okay during this time to ask to approach the bench. There's certain things that the State needs to know that the defense needs to know, to make sure that the State and the defense get a fair trial in this matter. And given the nature of what we're talking about, no one is trying to pry, but obviously if there's certain life experiences you think are germane or we need to know about, that you don't want to talk about in front of the whole world, 40, 50 strangers in here, we completely understand. We'll be happy to ask the Judge to approach.

So with that in mind, I would like to start just kind of going person by person. You guys remember you did

these questionnaires. So just a few questions based on that and what we've already talked about.

Mr. Hanson, how are you today?

PROSPECTIVE JUROR HANSON: Fine.

MR. EPPLIN: You mentioned some prior jury service in Kansas, a criminal case.

Do you recall, were you the foreman or the foreperson on that jury?

PROSPECTIVE JUROR HANSON: No, sir.

MR. EPPLIN: And without telling me what the result was, did the jury reach a unanimous verdict in that case?

PROSPECTIVE JUROR HANSON: No, sir. The defendant took a plea deal during the trial.

MR. EPPLIN: Okay. So you didn't actually get to the part where you get to deliberate?

PROSPECTIVE JUROR HANSON: No, sir.

MR. EPPLIN: Okay. The other thing, you noted on your questionnaire you have an undergraduate degree.

What was that field of study?

PROSPECTIVE JUROR HANSON: Mechanical engineering.

MR. EPPLIN: Thank you very much for that.

Ms. Montgomery, how are you today?

PROSPECTIVE JUROR MONTGOMERY: I'm fine.

MR. EPPLIN: I believe you said you didn't remember much about your prior jury service.

Do you happen to remember if you were ever the foreperson on either?

PROSPECTIVE JUROR MONTGOMERY: No, I was not.

MR. EPPLIN: You were not the foreperson, you remember for sure.

PROSPECTIVE JUROR MONTGOMERY: I would remember that.

MR. EPPLIN: Okay. And I think you said you don't remember if it was civil or criminal. You don't remember; is that right?

PROSPECTIVE JUROR MONTGOMERY: No. I think -- no. I think it may have been in Oklahoma City at the federal courthouse.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR MONTGOMERY: It was a long time ago.

MR. EPPLIN: I understand. No, I appreciate that.

You also have an undergraduate degree. What was that field of study?

PROSPECTIVE JUROR MONTGOMERY: Secondary education with a major in English and a minor in business ed.

MR. EPPLIN: Okay. Did you ever teach?

PROSPECTIVE JUROR MONTGOMERY: No.

MR. EPPLIN: Okay. Sometime my grammar is bad, I'll just warn you, with that English background. But the other thing you noted on your questionnaire, but I don't think we've talked about, is that a family member in 1984, or some other time in the '80s, might have been a party to some sort of court case in Canadian County?

PROSPECTIVE JUROR MONTGOMERY: My sister and the man she married had a little boy. And they -- the mother was going to move to England, and they did get custody.

MR. EPPLIN: So it was custody?

PROSPECTIVE JUROR MONTGOMERY: Custody.

MR. EPPLIN: Did you ever have to -- did you attend those court dates?

PROSPECTIVE JUROR MONTGOMERY: Uh-huh.

MR. EPPLIN: Okay. But nothing about that that you think would affect your consideration in this case?

PROSPECTIVE JUROR MONTGOMERY: No.

MR. EPPLIN: All right. Thank you.

Ms. Timmons, how are you?

PROSPECTIVE JUROR TIMMONS: Good morning, sir. How are you?

MR. EPPLIN: All right.

You mentioned being on a jury in a civil case.

Do you recall did the civil jury reach a verdict?

PROSPECTIVE JUROR TIMMONS: I honestly do not remember. I had just given birth to my youngest child four weeks before, so, yeah, I couldn't remember -- I just remember going. That was it.

MR. EPPLIN: I understand. So you don't recall if you were the foreperson?

PROSPECTIVE JUROR TIMMONS: I know I wasn't the foreperson.

MR. EPPLIN: Okay. That's something people tend to remember, if they were the foreperson.

PROSPECTIVE JUROR TIMMONS: I know I wasn't that.

MR. EPPLIN: Yeah. Okay.

You also talked about your DOC volunteer work, and I believe you said, unless the folks you're dealing with bring up things, you don't talk about --

PROSPECTIVE JUROR TIMMONS: We are informed to not ask them, and no one has offered to tell me what they have been convicted of. So I know what none of them are in for.

MR. EPPLIN: That's not what your concern is?

PROSPECTIVE JUROR TIMMONS: That is not what I'm there for. I'm not there to judge them or know what they did. It's best if I don't know.

MR. EPPLIN: Okay. I appreciate that. Thank

you.

Ms. White, how are you today?

PROSPECTIVE JUROR WHITE: Good.

MR. EPPLIN: You mentioned you have a graduate degree on your questionnaire.

What is your field of study?

PROSPECTIVE JUROR WHITE: Not a graduate degree. I have a bachelor's degree.

MR. EPPLIN: I'm sorry. What is that in?

PROSPECTIVE JUROR WHITE: Secondary education, English.

MR. EPPLIN: That's obviously related to your employment?

PROSPECTIVE JUROR WHITE: Yes.

MR. EPPLIN: You may have said this. What grade level do you teach?

PROSPECTIVE JUROR WHITE: High school, ninth through twelfth.

MR. EPPLIN: Okay. Ms. Lattimore, how are you?

PROSPECTIVE JUROR LATTIMORE: I'm doing good.

MR. EPPLIN: You mentioned being on a jury in the Bronx?

PROSPECTIVE JUROR LATTIMORE: Yes.

MR. EPPLIN: That courthouse is probably a little bigger than this one?

PROSPECTIVE JUROR LATTIMORE: Huge.

MR. EPPLIN: Do you recall, on that civil jury, were you the foreperson?

PROSPECTIVE JUROR LATTIMORE: No, I was not.

MR. EPPLIN: Do you recall did you actually reach a verdict in that civil case?

PROSPECTIVE JUROR LATTIMORE: They dismissed the whole thing, so we didn't get to go through.

MR. EPPLIN: Okay. Now, you mention having some family work in a correctional facility in North Carolina. And then you also mentioned, I thought I heard you, that there were some lawyers in the family down the line?

PROSPECTIVE JUROR LATTIMORE: Yes, in Albany. I have a cousin in Albany, a half-sister, yes.

MR. EPPLIN: What kind of law does she practice?

PROSPECTIVE JUROR LATTIMORE: One is criminal -- one is criminal and the other one is civil.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR LATTIMORE: Commercial or something like that.

MR. EPPLIN: Okay. So it's two different?

PROSPECTIVE JUROR LATTIMORE: Yes, two different.

MR. EPPLIN: Okay. Do you ever talk with them? How often do you talk with them?

PROSPECTIVE JUROR LATTIMORE: Oh my goodness.

Hardly ever.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR LATTIMORE: Only regarding the family reunion, because I'm the president of my family reunion.

MR. EPPLIN: Okay. Do you have to go back east for that?

PROSPECTIVE JUROR LATTIMORE: Sometimes I do. Sometimes we take cruises. We travel together.

MR. EPPLIN: Okay. So it doesn't sound like you talk about work with any of them?

PROSPECTIVE JUROR LATTIMORE: No.

MR. EPPLIN: All right. And, Ms. Baugh, how are you today?

PROSPECTIVE JUROR BAUGH: Good.

MR. EPPLIN: You mentioned you just got out of school, I believe in the veterinarian field?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: What again was that, specifically?

PROSPECTIVE JUROR BAUGH: Penn Foster career school for vet assistants.

MR. EPPLIN: Veterinary assistant?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: Now, did they -- do you have any specific specialty with that? Large animal, small animal?

PROSPECTIVE JUROR BAUGH: It's both, but mainly small.

MR. EPPLIN: Okay. And you mentioned, on your questionnaire also, that your sister might have had a court case in Canadian County, but you can't remember when.

PROSPECTIVE JUROR BAUGH: Yeah, I don't remember when.

MR. EPPLIN: What kind of case was that?

PROSPECTIVE JUROR BAUGH: I don't remember.

MR. EPPLIN: Okay. You don't remember if it was, like, a family thing or a criminal thing or a civil thing?

PROSPECTIVE JUROR BAUGH: No.

MR. EPPLIN: So you didn't pay attention to it? You didn't go with her?

PROSPECTIVE JUROR BAUGH: No.

MR. EPPLIN: Now, you mentioned you like to play with your nieces and nephews; correct?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: What are their age ranges?

PROSPECTIVE JUROR BAUGH: Nine to one.

MR. EPPLIN: From one-year-old to nine-year-old?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: Okay. Thank you.

Mr. Allen, hello, how are you?

PROSPECTIVE JUROR ALLEN: Doing all right.

MR. EPPLIN: You mentioned you like to play video games. What's your favorite video game to play?
PROSPECTIVE JUROR ALLEN: Right now, Maddon.
MR. EPPLIN: So you're a sports fan?
PROSPECTIVE JUROR ALLEN: Yes.
MR. EPPLIN: What team do you play with on Maddon?
PROSPECTIVE JUROR ALLEN: I try to rebuild a team, so it doesn't really matter.
MR. EPPLIN: Okay. And then you mentioned you're an electrician?
PROSPECTIVE JUROR ALLEN: Yes.
MR. EPPLIN: How long have you been an electrician?
PROSPECTIVE JUROR ALLEN: Seven to eight years.
MR. EPPLIN: Okay.
Okay. Ms. Smith, how are you?
PROSPECTIVE JUROR SMITH: Good. How are you?
MR. EPPLIN: I'm all right.
You've been in Canadian County for about eight months, it looked like, when you filled out the questionnaire?
PROSPECTIVE JUROR SMITH: Yes, not very long.
MR. EPPLIN: Welcome to Canadian County, here's your jury summons; right?

In your previous place where you worked, did you work in the same -- did you work in banking there too?

PROSPECTIVE JUROR SMITH: Yes.

MR. EPPLIN: Okay. And you mentioned the two kids. What are their age ranges?

PROSPECTIVE JUROR SMITH: Nine and seven.

MR. EPPLIN: You like to watch movies?

PROSPECTIVE JUROR SMITH: Yes.

MR. EPPLIN: What kind of movies do you like to watch?

PROSPECTIVE JUROR SMITH: I like *A Walk to Remember*. And, of course, I get to watch lots of cartoons with the children. And my husband likes action. So everything. I like to watch any kind of movie.

MR. EPPLIN: Okay. I got to see the new *Frozen* movie.

PROSPECTIVE JUROR SMITH: We're going this weekend.

MR. EPPLIN: No spoilers. The plot is intense.

PROSPECTIVE JUROR SMITH: Is it better than the first?

MR. EPPLIN: No spoilers. I'll try not to break out into song.

Mr. Fransen, how are you today?

PROSPECTIVE JUROR FRANSEN: Very good.

MR. EPPLIN: You mentioned, on your questionnaire, that you have an undergraduate degree.
What is that field of study?
PROSPECTIVE JUROR FRANSEN: Business and marketing.
MR. EPPLIN: That's obviously related to your Love's corporate stuff?
PROSPECTIVE JUROR FRANSEN: Yeah, uh-huh.
MR. EPPLIN: You use that?
PROSPECTIVE JUROR FRANSEN: Yeah.
MR. EPPLIN: You mention basketball.
Who is your favorite team?
PROSPECTIVE JUROR FRANSEN: Thunder, of course, and the Spurs.
MR. EPPLIN: Okay. You mentioned friends with -- your best friend works for Oklahoma City Police?
PROSPECTIVE JUROR FRANSEN: Yes.
MR. EPPLIN: What does he do for the Oklahoma City Police?
PROSPECTIVE JUROR FRANSEN: He's pretty new. His name is Tyler Arney.
MR. EPPLIN: Patrol, then, probably?
PROSPECTIVE JUROR FRANSEN: Yeah.
MR. EPPLIN: Not yet a detective?
PROSPECTIVE JUROR FRANSEN: No.

MR. EPPLIN: Do you talk with him a lot about work?

PROSPECTIVE JUROR FRANSEN: Yeah. So, yeah, he just kind of tells me crazy stories.

MR. EPPLIN: Kind of "You wouldn't believe what happened today" type of stuff?

PROSPECTIVE JUROR FRANSEN: Yeah. He was actually in a shootout two weeks ago.

MR. EPPLIN: That's scary.

You mentioned your mother-in-law. There was an incident before you even knew her?

PROSPECTIVE JUROR FRANSEN: Yeah.

MR. EPPLIN: Have you ever spoken with your mother-in-law about it, or is this something you've heard about from your wife?

PROSPECTIVE JUROR FRANSEN: Really vaguely from my mother-in-law, but mostly from my wife. But, yeah, she was a young girl.

MR. EPPLIN: Okay. Nothing you think would affect your consideration of this matter; correct?

PROSPECTIVE JUROR FRANSEN: No.

MR. EPPLIN: Thank you.

Ms. Mullins, how are you?

PROSPECTIVE JUROR MULLINS: I'm good. How are you?

MR. EPPLIN: I'm okay.

You mentioned the two children. Are they seven and 12? Did I write that correctly?

PROSPECTIVE JUROR MULLINS: No. They're -- my daughter is five and my son is three.

MR. EPPLIN: Okay. I take these notes and then I don't know what they mean. I wrote seven, 12, 16. But anyway, that's my problem. Okay.

You like to write. What do you like to write about?

PROSPECTIVE JUROR MULLINS: Anything and everything that comes to mind, really. Nothing in particular. It depends on the day, really.

MR. EPPLIN: Is it like a novel from time to time?

PROSPECTIVE JUROR MULLINS: I've attempted to write a novel, but then I get writer's block really bad, so I just let it sit for a little while until something comes to mind. In the meantime, I just write small stuff, small little stories or poetry.

MR. EPPLIN: Okay. You mentioned the incident where you have forgiven the -- was it the same person?

PROSPECTIVE JUROR MULLINS: (Shakes head side to side.)

MR. EPPLIN: Was it three different people?

PROSPECTIVE JUROR MULLINS: Uh-huh.

MR. EPPLIN: Okay. Ms. McManus, how are you today?

PROSPECTIVE JUROR McMANUS: I'm good.

MR. EPPLIN: You have a graduate degree. What is that degree in?

PROSPECTIVE JUROR McMANUS: International relations.

MR. EPPLIN: Okay. Now, you mentioned that you were on a jury before.

Were you the foreperson on that jury?

PROSPECTIVE JUROR McMANUS: No.

MR. EPPLIN: And you mentioned your child is seven years old; is that correct?

PROSPECTIVE JUROR McMANUS: Yes.

MR. EPPLIN: Ms. Sergison, am I saying it correctly?

PROSPECTIVE JUROR SERGISON: Yes, you are.

MR. EPPLIN: All right. Good. Good.

How old is your child?

PROSPECTIVE JUROR SERGISON: She's seven.

MR. EPPLIN: And you've also -- you're also new to Canadian County?

PROSPECTIVE JUROR SERGISON: Yes, I am.

MR. EPPLIN: And we welcome you with a jury

summons as well.

You mentioned, in your questionnaire, currently you're staying at home with a child?

PROSPECTIVE JUROR SERGISON: Yep.

MR. EPPLIN: But do you have previous work experience?

PROSPECTIVE JUROR SERGISON: I do. I worked in a psychiatric office. I was the scheduling manager.

MR. EPPLIN: Was that back in your former residence?

PROSPECTIVE JUROR SERGISON: Yes, back in Michigan.

MR. EPPLIN: How long did you work there?

PROSPECTIVE JUROR SERGISON: Close to ten years.

MR. EPPLIN: How large was that office?

PROSPECTIVE JUROR SERGISON: Not very. It was a staff of ten, but we had psychiatrists who went to different nursing homes, and we had, like, 50 nursing homes.

MR. EPPLIN: Okay. So did you have much contact with the patients?

PROSPECTIVE JUROR SERGISON: No, none at all. Only the psychiatrists.

MR. EPPLIN: Okay. So you were helping the psychiatrists to manage their schedules?

PROSPECTIVE JUROR SERGISON: Correct.

MR. EPPLIN: Okay. Ms. Hayhurst, how are you?

PROSPECTIVE JUROR HAYHURST: Yes, good. How are you?

MR. EPPLIN: Okay.

Now, you mentioned, on your questionnaire, that just in April of this year you had some court stuff going on in Oklahoma County?

PROSPECTIVE JUROR HAYHURST: With my mother-in-law guardianship.

MR. EPPLIN: Okay. Is that ongoing?

PROSPECTIVE JUROR HAYHURST: No, we've got permanent guardianship.

MR. EPPLIN: Did you ever have to testify or anything during that process?

PROSPECTIVE JUROR HAYHURST: No.

MR. EPPLIN: How many times would you say you had to go to court?

PROSPECTIVE JUROR HAYHURST: Three times.

MR. EPPLIN: Okay. They also have a much larger courthouse than we do, I guess.

PROSPECTIVE JUROR HAYHURST: Uh-huh.

MR. EPPLIN: Okay. Ms. Carrillo, how are you?

PROSPECTIVE JUROR CARRILLO: Well. Thank you, sir.

MR. EPPLIN: Okay. You mentioned, on your questionnaire, you have a graduate degree.

Is that related to your teaching English as a second language?

PROSPECTIVE JUROR CARRILLO: It's a bachelor's degree in the hotel and restaurant administration. And I went to school here when I came from my country, and I graduated as a teacher.

MR. EPPLIN: And what grade level or levels do you teach?

PROSPECTIVE JUROR CARRILLO: Actually, I work at the elementary level. I work with kindergarten level through 3.

MR. EPPLIN: Okay. Do they have you in more than one school? Do you go between their schools?

PROSPECTIVE JUROR CARRILLO: I used to, but not anymore. Now I'm just at one elementary.

MR. EPPLIN: That's probably nice not to be driving around all day.

PROSPECTIVE JUROR CARRILLO: Yes.

MR. EPPLIN: Thank you very much.

Mr. Stallings, how are you today?

PROSPECTIVE JUROR STALLINGS: I'm fine.

MR. EPPLIN: You also have a degree.

What's your degree in?

PROSPECTIVE JUROR STALLINGS: I have an undergraduate degree in leadership administration and a master's in public administration.

MR. EPPLIN: Okay. You mentioned and you talked about with the Judge some about your ongoing court stuff at the juvenile center.

When you originally adopted that child, was that someone who came -- was that a kinship adoption? In other words, was that someone who was biologically from your family?

PROSPECTIVE JUROR STALLINGS: No, sir.

MR. EPPLIN: Okay. So did you start by fostering the child?

PROSPECTIVE JUROR STALLINGS: We did not, but we did adopt him through the foster care system.

MR. EPPLIN: Okay. Thank you.

And, Ms. Frejo, how are you?

PROSPECTIVE JUROR FREJO: I'm fine. Thank you.

MR. EPPLIN: And you also noted a degree.

What's your degree in?

PROSPECTIVE JUROR FREJO: My undergraduate is in science and my master's degree is in education.

MR. EPPLIN: Okay. Did you ever teach?

PROSPECTIVE JUROR FREJO: I was a nurse educator at the Oklahoma County Jail for the nurses there.

MR. EPPLIN: Okay. So you educated the other nurses at the jail?

PROSPECTIVE JUROR FREJO: Yes.

MR. EPPLIN: Okay. Did you have contact with the inmates at the Oklahoma County Jail?

PROSPECTIVE JUROR FREJO: Yes, sir.

MR. EPPLIN: How frequently would you have that contact?

PROSPECTIVE JUROR FREJO: Every day all day.

MR. EPPLIN: I have an aunt who did that for, I think, 25 years. So how long were you at the jail?

PROSPECTIVE JUROR FREJO: Eight years.

MR. EPPLIN: Eight years?

PROSPECTIVE JUROR FREJO: Uh-huh.

MR. EPPLIN: Was that at the jail, the new jail, the -- well, it's not new anymore.

PROSPECTIVE JUROR FREJO: The 13-story one.

MR. EPPLIN: The money pit, they used to call it.

PROSPECTIVE JUROR FREJO: The money pit, yes, sir.

MR. EPPLIN: That was at that facility?

PROSPECTIVE JUROR FREJO: Yes, sir.

MR. EPPLIN: Okay. Obviously, when you had contact with inmates, it was for the purpose of giving them medical care?

PROSPECTIVE JUROR FREJO: Absolutely.
MR. EPPLIN: Did any of them ever try to discuss their cases with you?
PROSPECTIVE JUROR FREJO: No. No. Strictly nurse-patient.
MR. EPPLIN: Similar to Ms. Timmons. You're there to serve your purpose?
PROSPECTIVE JUROR FREJO: Right. They were a patient to me. I didn't care what they were in there for.
MR. EPPLIN: Okay. And nothing about that that you think would affect your view of this case?
PROSPECTIVE JUROR FREJO: No, sir.
MR. EPPLIN: Thank you.
Ms. McPherson, how are you today?
PROSPECTIVE JUROR McPHERSON: I'm fine.
MR. EPPLIN: You mentioned on your questionnaire some college or technical school diploma.
Could you tell me what that --
PROSPECTIVE JUROR McPHERSON: I actually have a -- I have a master's, I have an associate's, and a bachelor's.
MR. EPPLIN: What's your master's in?
PROSPECTIVE JUROR McPHERSON: A master's in education and then a bachelor's in applied science, and an associate's for nursing.

MR. EPPLIN: We always have so many nurses on our juries. And that's the healthcare field. One-sixth of the economy is healthcare, or something like that.

You mentioned some prior civil in Prague, some prior jury service.

Were you the foreperson?

PROSPECTIVE JUROR McPHERSON: No.

MR. EPPLIN: Did they reach a verdict?

PROSPECTIVE JUROR McPHERSON: Yes.

MR. EPPLIN: Okay. And, Mr. Brown, how are you?

PROSPECTIVE JUROR BROWN: Good. How are you?

MR. EPPLIN: What position did you play?

PROSPECTIVE JUROR BROWN: Wide receiver and safety.

MR. EPPLIN: Okay. And you've got three-month-old twins?

PROSPECTIVE JUROR BROWN: Yes, sir.

MR. EPPLIN: You getting much sleep?

PROSPECTIVE JUROR BROWN: No.

MR. EPPLIN: Okay. I think you mentioned some military service in your background?

PROSPECTIVE JUROR BROWN: Yes, sir.

MR. EPPLIN: What branch were you in?

PROSPECTIVE JUROR BROWN: I was a United States Navy corpsman with a Marine recon unit.

MR. EPPLIN: Okay. Thank you very much for your service.

How long were you in the military?

PROSPECTIVE JUROR BROWN: Five years.

MR. EPPLIN: Did you ever serve on a military court-martial similar to jury?

PROSPECTIVE JUROR BROWN: No. We were special ops.

MR. EPPLIN: Okay. Did -- anybody else on the panel with military service?

Okay. Mr. Hanson, thank you for your service. What branch were you?

PROSPECTIVE JUROR HANSON: Army Reserve.

MR. EPPLIN: How long were you in the Army Reserve?

PROSPECTIVE JUROR HANSON: Six years.

MR. EPPLIN: And, Mr. Stallings, I think you mentioned that earlier. What branch was that?

PROSPECTIVE JUROR STALLINGS: Army Reserves, six years.

MR. EPPLIN: Thank you for your service.

Mr. Rock?

PROSPECTIVE JUROR ROCK: Yes, sir.

MR. EPPLIN: What branch?

PROSPECTIVE JUROR ROCK: Air Force.

MR. EPPLIN: And you mentioned that you're retired from the Air Force. You were career Air Force.

PROSPECTIVE JUROR ROCK: Uh-huh.

MR. EPPLIN: Did you ever serve on a court-martial?

PROSPECTIVE JUROR ROCK: No.

MR. EPPLIN: Thank you for your service.

Did I miss anyone else?

*(No response by prospective jurors.)*

MR. EPPLIN: Okay. Ms. Miles, how are you today?

PROSPECTIVE JUROR MILES: I'm well. How are you?

MR. EPPLIN: I'm okay.

You mentioned, on your questionnaire, having a degree. What's that field of study?

PROSPECTIVE JUROR MILES: It's sociology.

MR. EPPLIN: Okay. I think you did mention that later.

Okay. You mentioned you worked for DHS in the child welfare division for a short period of time.

What did you do there?

PROSPECTIVE JUROR MILES: I worked in permanency planning. So, you know, our goal was to reunite the child with the parents. That was straight out of high school.

MR. EPPLIN: Okay. Did you -- was most of your contact --

PROSPECTIVE JUROR MILES: Not straight out of high school. Sorry. Correction, college.

MR. EPPLIN: Did most of the contact, then, come with the parents, or were you dealing more with the children? Who would you --

PROSPECTIVE JUROR MILES: It's both. Yeah. It's a balance, yes.

MR. EPPLIN: And you said that lasted a year?

PROSPECTIVE JUROR MILES: Yes, just short of a year.

MR. EPPLIN: Okay. What did you take from that job, that experience?

PROSPECTIVE JUROR MILES: My hat's off to those that still do it.

MR. EPPLIN: Tough job?

PROSPECTIVE JUROR MILES: Yes.

MR. EPPLIN: Okay. And, Mr. Smith, how are you?

PROSPECTIVE JUROR SMITH: Good, sir.

MR. EPPLIN: You also have a degree. I believe you said it was a bachelor's in criminal justice.

Are my notes right?

PROSPECTIVE JUROR SMITH: I have a bachelor's in criminology and corrections, was actually what it was called. And then a double major. I have a major in journalism also. And then I went back and got a master's

degree in occupational safety and health.

MR. EPPLIN: Okay. What drew you to criminology as a field of study?

PROSPECTIVE JUROR SMITH: Well, my grandfather, kind of an adopted grandfather, was an attorney, and he was really pushing me to go to law school. And the college I was at, that was kind of the closest thing to a prelaw program that they had. So I did that. And, also, I was really into journalism, and I thought, you know, as a writer, you need something to write about. So I thought it kind of gives me a second thing to write about.

MR. EPPLIN: Yeah. They always say if you watch the news or read the paper, most of it is about crime or alleged crime that's going on, I guess.

PROSPECTIVE JUROR SMITH: Yes.

MR. EPPLIN: What kind of law did your -- you said it was an adopted father?

PROSPECTIVE JUROR SMITH: Well, grandfather. Long story there, but kind of adopted my mother during World War II. He was a county judge in Grand Island, Nebraska, and then later became an attorney for the Veterans Administration after the war was over.

MR. EPPLIN: Okay. Did you -- were you ever a journalist? Did you ever use the journalism degree?

PROSPECTIVE JUROR SMITH: Yes, actually, until I

found out there was no money in it.

Started doing work when I was in high school, and worked for the local newspaper, writing high school sports and stuff like that. Anyway, then moved totally away from that.

MR. EPPLIN: Okay. And, Mr. Rock, what was your degree in?

PROSPECTIVE JUROR ROCK: Corporate communication.

MR. EPPLIN: Okay. Have you ever had to testify in court before?

PROSPECTIVE JUROR ROCK: In divorce court for the temporary order.

MR. EPPLIN: Just kind of pro forma?

PROSPECTIVE JUROR ROCK: Yeah.

MR. EPPLIN: Okay. And, Ms. Way, we knew we would get to you eventually; right?

You have college and technical school background. What is that field of study?

PROSPECTIVE JUROR WAY: Psychology.

MR. EPPLIN: Did you ever use your psychology degree professionally?

PROSPECTIVE JUROR WAY: No.

MR. EPPLIN: Okay. And you mentioned a connection with a retired -- excuse me, with an OCPD detective?

PROSPECTIVE JUROR WAY: Yeah. He's an undercover detective.

MR. EPPLIN: And what is your -- is that a friend or family?

PROSPECTIVE JUROR WAY: It's a friend.

MR. EPPLIN: Okay. Do you ever talk with that friend about his or her work?

PROSPECTIVE JUROR WAY: Yes, just some of the crazy things he's had to do.

MR. EPPLIN: Okay. How long has he been an undercover detective?

PROSPECTIVE JUROR WAY: Probably five years or so.

MR. EPPLIN: Does he specialize in any specific type of case?

PROSPECTIVE JUROR WAY: Not that I'm aware of.

MR. EPPLIN: Okay. Well, thank you all. I know that it can get tedious talking about all of these things. And again, if you don't mind me prying a little bit into your lives.

I want to talk next about what my job is. Who thinks -- any volunteers? Who wants to take a stab at what my job is in this case? I know. What a loaded question; right? No one wants to volunteer. I didn't expect anyone to.

But, Ms. McManus, you've got the biggest smile. What do you think is my job to do over the next several days in this case?

PROSPECTIVE JUROR McMANUS: Present evidence.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR McMANUS: And, you know, let the jury pretty much discover and make their -- my words are...

MR. EPPLIN: That's all right.

PROSPECTIVE JUROR McMANUS: Pretty much present the evidence to the jury.

MR. EPPLIN: Right. Present evidence.

Present evidence of what, Ms. Sergison? What do you think I would be trying to present evidence of?

PROSPECTIVE JUROR SERGISON: Probably of guilt.

MR. EPPLIN: Right. Guilt.

How do you know if someone -- to prove what? Guilt of what? You hear a term "child sexual abuse."

Well, Ms. Miles, you come in here, you probably haven't ever opened up the statute book, or maybe you have, and said, "Oh, what is child sexual abuse?" Right? Would you agree you need it to be defined?

PROSPECTIVE JUROR MILES: Right.

MR. EPPLIN: Has anybody ever heard of the term "elements" in the context of a criminal case?

*(Prospective jurors raising hands.)*

MR. EPPLIN: Mr. Smith, where have you heard about that?

PROSPECTIVE JUROR SMITH: Well, in the police academy, they talked about the elements of a crime and also the defenses of a crime; part of the statute.

MR. EPPLIN: How would you best describe to the rest of the jury what are elements of the crime?

PROSPECTIVE JUROR SMITH: The elements, the pieces that have to fit, for you to be guilty of a certain level of crime or a certain crime.

MR. EPPLIN: Right. That's perfect. So elements are another way of, like, thinking of what the definition is.

So I always use an example as a shopping list. When my wife sends me to the store or I go to the store, I usually go myself, because I stick to the list, and my wife will get home and forget three things on the list and come home with ten more things. Which is fine, except for if I was hungry for something.

I always say it's like a shopping list. So if my wife says, "Eric, we're going to make s'mores tonight. We're going to put something on the fire pit and we're going to make s'mores. And here is a list because I don't want you to screw this up."

We all have an idea of s'mores; right? We may come in, similarly, with an idea about child sexual abuse; right? We may think we know what it is, but, ultimately, does it make sense, Ms. Smith, that there are elements, there is a list of here is what child sexual abuse is? Does that make sense to you?

PROSPECTIVE JUROR SMITH: Yes, sir.

MR. EPPLIN: Okay. So in a s'mores example, my wife, if she gives me a shopping list, what do we think would be on the shopping list for s'mores?

*(Prospective jurors listing ingredients.)*

MR. EPPLIN: Graham crackers, marshmallows, and chocolate. Let's stick with those three. I don't know. Maybe some people get more adventurous with s'mores, but that's the thing.

So if she gives me a list, and it says "graham crackers, chocolate bars, and marshmallows," my job, as the shopper, is to come home with those three things. And if I'm smart, maybe some milk or something. But those are the three things on my list. Okay?

Similar in a criminal trial, my job as the prosecutor -- the Judge gives me the list, which he gets from the law, the statutes, which come from the Legislature; right? And it is my job, if I'm bringing this case, to prove everything on that list.

And we'll talk about the level of proof and how we go about proving it in a second. Now, you'll also get definitions. And again, you may have your own ideas and this sort of thing.

So if it just says, on our shopping list -- going back to that example. Mr. Fransen, if it says "graham crackers, chocolate bar, and marshmallows," if that's on my shopping list, and I come home and I've got chocolate graham crackers and Dove chocolate and those little itty bitty marshmallows, have I got everything on that shopping list? You say no?

PROSPECTIVE JUROR FRANSEN: No.

MR. EPPLIN: You say no.

PROSPECTIVE JUROR FRANSEN: Well, yes, it is, technically.

MR. EPPLIN: Technically, right. So technically, yes.

My wife may say -- if I come home, she says, "Little marshmallows? Are you crazy? We'll never be able to make s'mores." I say, "Honey, you put 'marshmallows.' You can't count on me to come up with and think about big marshmallows. You know I'm not good at this shopping thing."

Does that make sense to you?

PROSPECTIVE JUROR: Uh-huh.

MR. EPPLIN: So, similarly, you may have your own ideas in the child sexual abuse context: "Well, boy, I really think this." But, bottom line, can you stick to a list that the Judge gives you?

You're nodding your head. We have a court reporter. Is that an affirmative yes?

PROSPECTIVE JUROR FRANSEN: Yes.

MR. EPPLIN: Okay. Does everybody understand that concept?

*(Prospective jurors answer "yes" collectively.)*

MR. EPPLIN: Okay. Now, I don't think, Ms. Baugh, there's going to be anything in the elements that come as a surprise or that you think, "Oh, I think this," but if there is, if you're in the jury room deliberating, would you be able to stick with the elements that the Judge gave you?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: And follow the law of the State of Oklahoma?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: Ms. Lattimore, do you agree with that?

PROSPECTIVE JUROR LATTIMORE: Yes, I do.

MR. EPPLIN: Ms. White, do you agree with that?

PROSPECTIVE JUROR WHITE: Yes.

MR. EPPLIN: Is there anybody who doesn't believe that following the Judge's definitions, the Judge's shopping list, as it were, is something they can't do; they can't set aside their preconceived notions of what ought to be on the list or what should be on the list?

*(No response from prospective jurors.)*

MR. EPPLIN: No hands raised.

Now, if I come home with -- if I just forget the marshmallows, and I don't have that part of the list, we would all agree I'm in trouble; right? I didn't follow my wife's stopping list.

Does everybody agree with that?

*(Prospective jurors answer "yes" collectively.)*

MR. EPPLIN: So, yes, I always tell people, explain it like this: Certainly no less than the shopping list. Okay? But under the law, thinking back to elements, the State of Oklahoma is not required to prove more either. Okay? More things.

Now, I think certainly there are certainly details that matter. But elements versus details. Does that make sense?

*(No response by prospective jurors.)*

MR. EPPLIN: Okay. Some of the -- I anticipate you'll be instructed on some of the child sexual abuse counts that the child sexual abuse took the form of a crime

in Oklahoma that we call "rape." Obviously, this is a term where people have notions of what rape is.

Mr. Allen, can you accept the Judge's definition of what rape is?

PROSPECTIVE JUROR: Yes.

MR. EPPLIN: Okay. Mr. Allen, if the Judge instructs you that rape can be accomplished with an object other than a genital -- in other words, potentially a finger or something like that -- is that something you can accept?

PROSPECTIVE JUROR ALLEN: Yes.

MR. EPPLIN: Ms. Smith, is that something you can accept?

PROSPECTIVE JUROR SMITH: Yes.

MR. EPPLIN: Mr. Hanson, can you accept that?

PROSPECTIVE JUROR HANSON: Yes.

MR. EPPLIN: I know there used to be some ideas, for example culturally, that if a person did not ejaculate, for example, inside the person of another that there could not be a rape.

If anyone has those views and cannot set them aside, if the Judge instructs you that ejaculation, for example, is not necessary, is there anyone who would not be able to accept the Judge's definitions in this case?

*(No response from prospective jurors.)*

MR. EPPLIN: Okay. No hands raised.

Similarly, and I know this is obviously uncomfortable to talk about, but this is -- I hope you understand these are the allegations in the case. I'm not just frivolously speaking about these things.

Similarly, is there anyone who does not believe that an anus -- that rape can be accomplished anally, that it must be vaginal contact? Is there anyone who has that opinion and could not put it aside if the Judge instructed you otherwise?

*(No response from prospective jurors.)*

MR. EPPLIN: And finally, on that part of it, if the Judge instructs that penetration, even however slight, penetration however slight of either a finger, an object, or a sex organ into a vagina or anus, is what is necessary, along with the other elements, to accomplish the crime of rape, is there anybody who thinks that a slight penetration would not, in your mind, be rape and could not set that opinion aside if the Judge instructed you otherwise?

*(No response from prospective jurors.)*

MR. EPPLIN: So we talked about elements. We talked about the shopping list.

So my job is to prove; right? To prove what? To prove elements.

How? How do I prove things? I'm here in a

courtroom. How do I do it?

Ms. Montgomery, how would you anticipate that I go about trying to prove the elements to you?

PROSPECTIVE JUROR MONTGOMERY: By presenting evidence, witnesses.

MR. EPPLIN: You guys are acing the test so far.

Evidence. Witnesses. That's perfect. The next thing literally says "evidence," so you're onto something. And you even said "witnesses," which we'll get to in a second.

Evidence. And you mentioned one kind.

What kind of evidence -- what do you think of when you think of evidence? What kinds of evidence might there be?

PROSPECTIVE JUROR MONTGOMERY: I think of television shows, and there's usually -- there can be photographs, videos, physical evidence.

MR. EPPLIN: Physical evidence.

PROSPECTIVE JUROR MONTGOMERY: Or testimony from witnesses.

MR. EPPLIN: Testimony.

Does anybody know what is the most common type of evidence presented in American courtrooms? Anybody want to take a stab at it or guess at it?

*(Prospective jurors collectively answering.)*

MR. EPPLIN: Testimony. Yeah. No, that's perfect. So a lot of times people don't think of that.

Testimony is one example of what we call "direct evidence." Has anybody ever heard that term -- "direct evidence?"

Mr. Smith, I'm going to pick on you. What is -- what do you remember about what direct evidence is?

PROSPECTIVE JUROR SMITH: Well, direct evidence is, like, the testimony of a witness who actually saw something versus hearsay evidence, I would say.

MR. EPPLIN: Okay. Yeah. So the most common form of direct evidence is testimony. It can also be a tangible item, like a photograph, a video of some sort.

So I always like to use a snow example. So it didn't snow this weekend, but it did up north, and I think we've all seen snow before.

So, Mr. Smith, if I took the stand and said I remember Christmas Eve -- what was that one year when we had the blizzard?

PROSPECTIVE JUROR MERRILL: 2009.

MR. EPPLIN: 2009, Christmas Eve, I remember watching the snow pile up.

That would be a form of direct evidence. Do you agree with that?

PROSPECTIVE JUROR SMITH: Yes.

MR. EPPLIN: Now, this one is where all the hands definitely shoot up. Who has heard the term -- by a show of hands -- "circumstantial evidence"?

*(Prospective jurors raising hands.)*

MR. EPPLIN: Okay. Basically everybody. I've got head nods and hands up.

And it's circumstantial evidence. Who wants to take a stab at giving a definition for circumstantial evidence?

Ms. White, have you ever heard that term?

PROSPECTIVE JUROR WHITE: I have. Circumstantial is not something that can be actually proven. I can't think of an example right now.

MR. EPPLIN: Yeah. Where do we hear that word a lot -- "circumstantial evidence" -- or that term?

PROSPECTIVE JUROR WHITE: On TV shows.

MR. EPPLIN: On TV shows. Yeah. I remember hearing it going back to *Perry Mason* and those things. I used to watch those reruns in the summertime, and no wonder I ended up here. But anyway.

Circumstantial evidence. And they never really talk about it on what it is. They just say, "Oh, that's circumstantial evidence"; right?

Ms. Timmons, you agree you've heard that phrase on TV before?

PROSPECTIVE JUROR TIMMONS: Yes.

MR. EPPLIN: What do you think of when you hear that term?

PROSPECTIVE JUROR TIMMONS: Something that relates to the circumstances of the case but that can't be proven, maybe.

MR. EPPLIN: Okay. I'll go with you on that. Yeah, the circumstances. That's the key word.

I always tell people, first of all, the Judge will give you a definition of "circumstantial evidence" at the end of the trial. Okay?

But I like to tell people that circumstantial evidence is when circumstances meet your common sense to allow you to reach a conclusion.

Does that make sense?

*(Prospective jurors nodding heads up and down.)*

MR. EPPLIN: Does anybody have an issue with that definition?

*(No response from prospective jurors.)*

MR. EPPLIN: So on the snowing example, Ms. Smith, you mentioned the kiddos -- because we all remember growing up, you like snow days?

PROSPECTIVE JUROR SMITH: Uh-huh.

MR. EPPLIN: And what would you do before you went to bed on a snow day and then the next morning when

you woke up? What would you do?

PROSPECTIVE JUROR SMITH: Look outside and see if it snowed and watch the TV to see if school was canceled.

MR. EPPLIN: Yeah, exactly. I remember doing the same thing.

And, Ms. Frejo, can you relate to that?

PROSPECTIVE JUROR FREJO: (Nods head up and down.)

MR. EPPLIN: So if you go to bed, and there's nothing on the ground, there's brown grass, and you hear the weatherman say, "Hey, it may snow tonight, kids. Wake up early. You may get a snow day" -- of course, now we sometimes make the call earlier and earlier. But back in the day, we waited until the morning of.

And you wake up and you run to the window, there was nothing there, and now there's six inches of stuff there.

What do you think happened while you were asleep?

PROSPECTIVE JUROR FREJO: It snowed.

MR. EPPLIN: It snowed. Yeah.

Did you see it snow?

PROSPECTIVE JUROR FREJO: No.

MR. EPPLIN: Okay. But the circumstances and your common sense led you to that conclusion.

PROSPECTIVE JUROR FREJO: Yes.

MR. EPPLIN: Does that make sense to you?

PROSPECTIVE JUROR FREJO: Yes, sir.

MR. EPPLIN: So if the Judge instructs you that direct and circumstantial evidence, the law makes no distinction -- in other words, you can value as a juror, each one, the law makes no distinction. You can give greater weight to circumstantial evidence or direct evidence, depending on how you view the evidence.

Does that make sense to each of you?

*(Prospective jurors nodding heads up and down.)*

MR. EPPLIN: So if I got up there and I swore to tell the truth, it's direct evidence if I say, "Yeah, guess what? I'm wearing a polka-dotted orange suit right now." I would be lying. Well, that would be direct evidence. Okay?

So direct versus circumstantial, all of you get to make the determination of what weight.

Does that make sense?

*(Prospective jurors nodding heads up and down.)*

MR. EPPLIN: Because you are ultimately the finder of fact.

Now, that takes into account common sense. I usually don't have problems in Canadian County getting jurors to agree. Everybody agree it's okay to use your common sense as a juror?

*(Prospective jurors nodding heads up and down.)*

MR. EPPLIN: Is there anybody who thinks that we should check the common sense at the door? Anybody?

*(No response by prospective jurors.)*

MR. EPPLIN: Generally, in Canadian County, that's not a problem for me. But I always tell people, because we're a bunch of lawyers and that kind of thing, you do get an instruction that says it's okay to use your common sense if you're on the jury. So I don't think that will be a problem.

Let's see. Ms. Frejo, you have the four children. Did you ever have children come to you with a conflict and have different versions of the conflict? What happened?

PROSPECTIVE JUROR FREJO: No, not really.

MR. EPPLIN: Have you had children -- they always all got along with each other?

PROSPECTIVE JUROR FREJO: Well, they're older. They're 34, 32, 28, and my 28-year-old is autistic, severe to profound, and then my youngest is 17.

So they pretty much get along.

MR. EPPLIN: Well, that's good.

PROSPECTIVE JUROR FREJO: Very lucky.

MR. EPPLIN: When you have had to -- have you ever had an occasion in your life when you've had to

determine if someone is telling the truth?

PROSPECTIVE JUROR FREJO: Absolutely.

MR. EPPLIN: What context was that in? Was that with kids or people at work, or do you remember a specific?

PROSPECTIVE JUROR FREJO: I don't, not right off the top of my head.

MR. EPPLIN: And that's fair.

What kind of things do you look for to try to determine if someone is telling the truth?

PROSPECTIVE JUROR FREJO: Body language.

MR. EPPLIN: Okay. What about body language?

PROSPECTIVE JUROR FREJO: How they present their facial expressions. How they talk to you.

MR. EPPLIN: Uh-huh. Okay.

Ms. McPherson, what about you? Have you been in a similar situation where you've had to try to figure out who is telling the truth about something?

PROSPECTIVE JUROR MCPHERSON: Yes.

MR. EPPLIN: And how have you gone about trying to determine that?

PROSPECTIVE JUROR McPHERSON: Well, I mean, it's my daughters.

MR. EPPLIN: Yeah.

PROSPECTIVE JUROR McPHERSON: They argue. And so I would just have to pull them aside and talk to them.

MR. EPPLIN: And you know your daughters?

PROSPECTIVE JUROR McPHERSON: Oh, yeah. One is completely -- they're both different. One is night and day. And I would just have to talk to them and give them ultimatums.

MR. EPPLIN: Okay. And did you feel generally you were good at telling which daughter was being honest and which one wasn't?

PROSPECTIVE JUROR McPHERSON: Yes.

MR. EPPLIN: Now, a situation where someone who you've never met in your life is testifying, obviously that's different than the daughters who you know.

What kind of things -- how would you go about that? Tough job.

PROSPECTIVE JUROR McPHERSON: Just try to keep an open mind.

MR. EPPLIN: Okay. Mr. Stallings, what are your thoughts on this, on trying to determine credibility of a witness?

PROSPECTIVE JUROR STALLINGS: I think sometimes you just get a little bit further into the details. My wife and I were shopping for a TV on Black Friday. The reviews were five stars on one site and one star on the other. Who is telling the truth? Sometimes you have to look a little bit deeper and analyze the technological

issues.

In a criminal context, it would be more of the same; just really getting to the bottom of the questions.

MR. EPPLIN: Focusing on details?

PROSPECTIVE JUROR STALLINGS: Yes, sir.

MR. EPPLIN: Ms. Carrillo, your thoughts?

PROSPECTIVE JUROR CARRILLO: Yes, sir. I do that all the time in my line of work. Where kids come over and they say that somebody hit them or somebody took their pencil or whatever. And sometimes you go through a different level of saying that somebody did something to everybody else.

So it takes a lot of asking questions and trying to find out if anybody else saw anything and listening to both sides separately. And then, of course, trying to make a judgment. And many times I don't know the students, but I have to figure out if it's true or not, what they are saying.

And like the lady said, you have to watch the body language and the reactions of the persons, when you're asking the questions, and try to come up with a fair answer.

MR. EPPLIN: Yeah.

Ms. Hayhurst, one thing -- I just want you to think about this. What if, right now in this room full of

people who you just met this morning, I asked you about a sexual experience. Now, obviously I'm not going to ask you about that in this room. Okay?

Just hearing -- just hearing me bring that up, how does that -- what does that do to you? Is that something you would want to talk about in front of a room full of people?

PROSPECTIVE JUROR HAYHURST: I mean, if it personally happened to me, probably not necessarily, but if I'm listening to something about it, it wouldn't bother me.

MR. EPPLIN: Okay.

So, Ms. Miles, if I had asked you a question like that in a courtroom full of strangers, how do you think that would make you feel, just asking that question?

PROSPECTIVE JUROR MILES: A little uncomfortable.

MR. EPPLIN: Okay. Do you think -- if I was asking you about a sexual experience that happened to you when you were 14, would that increase your level of comfort or decrease it? Or what would that do?

PROSPECTIVE JUROR MILES: I mean, it would depend on the circumstances, the whole broader picture of it. But, yeah, I mean, I would still be pretty uncomfortable.

MR. EPPLIN: Do you think -- for example, some people have talked about body language. Do you think it would be easy -- if you were in that chair up there and I

was asking questions about that, do you think it would be easy, for example, to make eye contact and that sort of thing?

PROSPECTIVE JUROR MILES: No.

MR. EPPLIN: And, Mr. Smith, the same scenario; you were 14. But what if it happened and you were talking about it not only in front of strangers but in front of the person who you say did that to you? Would that be something easy to talk about in that courtroom?

PROSPECTIVE JUROR SMITH: I think it would be --

MR. EPPLIN: Okay.

PROSPECTIVE JUROR SMITH: -- actually.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR SMITH: Because I would assume I had brought this to the Court's attention to start with. So I would want to get my story told, and we have a right in this country to face our accusers.

MR. EPPLIN: Sure. Yeah. Do you agree that -- it sounds like, for you, you think it would be easy to talk about.

Do you agree that different people react differently in situations?

PROSPECTIVE JUROR SMITH: Oh, absolutely. I've never walked in those shoes.

MR. EPPLIN: Yeah. I guess what I'm saying is

there's no one way that someone would act in that situation.

Is that something that -- when considering credibility and the whole set of circumstances, is that something that you could consider that everybody may react in a different way?

PROSPECTIVE JUROR SMITH: Absolutely.

MR. EPPLIN: Okay. Has anyone here had occasion to testify before?

*(Prospective jurors raising hands.)*

MR. EPPLIN: Okay. I'm starting in the back.

Mr. Hanson, could you just tell me what that was regarding?

PROSPECTIVE JUROR HANSON: It was a probate hearing.

MR. EPPLIN: Kind of pro forma testimony, meaning it wasn't really earth-shattering? Or was it?

PROSPECTIVE JUROR HANSON: No, sir. It was when my father passed away and just basically got up and said, "Yep, I'm the executor and that's his will." And that was about it.

MR. EPPLIN: Did that make you nervous at all?

PROSPECTIVE JUROR HANSON: No, sir.

MR. EPPLIN: Mr. Stallings, you raised your hand.

Is this regarding the stuff we already talked

about?

PROSPECTIVE JUROR STALLINGS: No. This was on an eminent domain case when I was working for the City of Asheville in North Carolina.

MR. EPPLIN: Okay. You were testifying in your professional capacity?

PROSPECTIVE JUROR STALLINGS: That's correct.

MR. EPPLIN: And you would agree obviously that's different than testifying about a crime, for example, if you were saying you had been a victim?

PROSPECTIVE JUROR STALLINGS: Yes, sir.

MR. EPPLIN: And I believe, Mr. Smith, you raised your hand.

PROSPECTIVE JUROR SMITH: I was a police officer for a number of years. So yes.

MR. EPPLIN: Yeah. So, again, you probably got used to testifying and didn't get many nerves, that kind of thing?

PROSPECTIVE JUROR SMITH: No. You're always nervous.

MR. EPPLIN: You're always nervous?

PROSPECTIVE JUROR SMITH: Or I was, anyway.

MR. EPPLIN: So even as a police officer testifying on some traffic stop or something, you get nervous?

PROSPECTIVE JUROR SMITH: Oh yeah. You're up there.

MR. EPPLIN: Anybody else ever have to testify? Mr. Rock?

PROSPECTIVE JUROR ROCK: Yes.

MR. EPPLIN: When have you had to testify?

PROSPECTIVE JUROR ROCK: It was just in the temporary order for the divorce.

MR. EPPLIN: Any nerves come along with that?

PROSPECTIVE JUROR ROCK: Just because it was the first one, but everything was pretty much settled.

MR. EPPLIN: Okay. And, Mr. Brown, you raised your hand?

PROSPECTIVE JUROR BROWN: Yes. As a loss prevention supervisor, I made an arrest of a couple of kids, and they ended up having weapons on them when I made the arrest. And I had to testify that when I arrested them that they had the weapons, because they were shooting up car windows before they came in.

MR. EPPLIN: Okay. When you testified, were you nervous at all?

PROSPECTIVE JUROR BROWN: No, because I had all the evidence. I had video evidence. I had the physical. And, I mean, I'm the one who took the weapon away from one of them.

MR. EPPLIN: Would you agree that it would be a different situation, you know, if you had been the victim yourself or something?

PROSPECTIVE JUROR BROWN: Yes.

MR. EPPLIN: And, Ms. Lattimore, I believe you raised your hand?

PROSPECTIVE JUROR LATTIMORE: Yes. It was a friend of mine. He had went to the store to pick up some stuff to bring back, so you're always going to look at him. I had to testify that he left my house and he wasn't going towards the way where the trains were, because somebody pushed him on and murdered him. So I had to testify that he did leave my house and he wasn't out there and the time difference.

MR. EPPLIN: Wow. Obviously a significant case?

PROSPECTIVE JUROR LATTIMORE: Yes.

MR. EPPLIN: How did it feel to have to testify?

PROSPECTIVE JUROR LATTIMORE: I was, you know, nervous, of course, because it was a lot of people. But I told the truth, you know, and I let them know, you know, both sides know, that he wasn't out there; he was at my house and the timing and everything like that.

But, you know, it was just because I was in front of the people, but other than that, you know, I told the truth.

MR. EPPLIN: Okay. But it was hard to talk about it in front of people?

PROSPECTIVE JUROR LATTIMORE: Yes, it was very hard.

MR. EPPLIN: Would you agree -- you kind of heard the scenario -- if you were asked in that setting, where you are already a little nervous in front of people about a sexual experience, or something that happened when you were 14 or something like that --

PROSPECTIVE JUROR LATTIMORE: I wouldn't be afraid to say that, because, just like the gentleman said, if I -- I'm hurt already. So me being hurt already, I'm not going to feel like, you know, I should shield myself, you know, in telling what is the truth, you know, of what happened.

MR. EPPLIN: Would you agree that different people can react different ways?

PROSPECTIVE JUROR: Oh, yes. Everybody has a different personality.

MR. EPPLIN: Anybody else? Did I miss any hands on that? Anybody else testify before?

*(No response from prospective jurors.)*

MR. EPPLIN: So we talked about what's my job? To prove elements. How do I do it? Presenting evidence. And then the Judge talked about this a little. To what

degree? What's my burden of proof?

Ms. Mullins, do you know what the burden of proof is here as we sit here today in a criminal case?

PROSPECTIVE JUROR MULLINS: No.

MR. EPPLIN: Ms. McManus?

PROSPECTIVE JUROR McMANUS: Burden of...

MR. EPPLIN: To what level do I need to prove it?

PROSPECTIVE JUROR McMANUS: Of doubt.

MR. EPPLIN: Doubt. Right.

PROSPECTIVE JUROR McMANUS: Yeah.

MR. EPPLIN: Mr. Fransen, you hear "doubt." What level of doubt? What are we doing?

PROSPECTIVE JUROR FRANSEN: Beyond a reasonable doubt.

MR. EPPLIN: Beyond a reasonable doubt. There you go.

Where do you hear that term?

PROSPECTIVE JUROR FRANSEN: TV.

MR. EPPLIN: Another one on TV; right?

PROSPECTIVE JUROR FRANSEN: Yeah.

MR. EPPLIN: Okay. Mr. Fransen, have you ever heard any other terms on TV that are similar to that?

PROSPECTIVE JUROR FRANSEN: Like "beyond a reasonable doubt"?

MR. EPPLIN: Yeah.

PROSPECTIVE JUROR FRANSEN: I can't think of them off the top of my head.

MR. EPPLIN: Okay. Ms. Sergison, one of them that Perry Mason used to always talk about was "beyond a shadow of a doubt."

Have you heard that one before?

PROSPECTIVE JUROR SERGISON: Yeah.

MR. EPPLIN: That's not the burden in here. The burden is beyond a reasonable doubt. Okay?

Now, I'm not allowed to define that. No one is in the state of Oklahoma. It's up to the jury to decide what beyond a reasonable doubt is.

But, Ms. Sergison, you understand that the burden in the state of Oklahoma in a criminal case, and really in every criminal matter in the United States, is beyond a reasonable doubt?

PROSPECTIVE JUROR SERGISON: Yeah.

MR. EPPLIN: Not beyond a shadow of a doubt, not beyond all doubt.

PROSPECTIVE JUROR SERGISON: Yes.

MR. EPPLIN: Certainly not -- there's some lower standards too, like preponderance of the evidence and clear and convincing.

Beyond a reasonable doubt. Is that something you can accept?

PROSPECTIVE JUROR SERGISON: Yes.

MR. EPPLIN: Ms. Baugh, is that something you can accept?

PROSPECTIVE JUROR BAUGH: Yes.

MR. EPPLIN: Is there anybody who thinks we ought to have to prove it beyond all doubt? Just if you were at the State Legislature and you could "You know what, I'm going to pass a bill today or propose one of our constitutional amendments, get a petition on there to -- let's change it from 'beyond a reasonable doubt' to 'beyond all doubt,'" is there anybody who thinks, "That makes some sense to me"?

*(No response from prospective jurors.)*

MR. EPPLIN: Okay. Mr. Allen, what do you think of that? What do you think of the standard being beyond a reasonable doubt? Do you think that's a -- do you think that's what the standard ought to be in the state of Oklahoma?

PROSPECTIVE JUROR ALLEN: You can't prove when someone else has a certain level of doubt.

MR. EPPLIN: Okay. Okay. Do you see a difference in your mind between "beyond a reasonable doubt" and "beyond all doubt"?

PROSPECTIVE JUROR ALLEN: I guess someone having a strange standard.

MR. EPPLIN: Yeah.

Mr. Hanson, how many things in this world do you know beyond all doubt?

PROSPECTIVE JUROR HANSON: I would say not very many.

MR. EPPLIN: Not very many. Okay. I would agree; right? But would you agree that there are things that you know beyond a reasonable doubt that you don't necessarily know beyond all doubt?

PROSPECTIVE JUROR HANSON: Yes.

MR. EPPLIN: Why do you think the standard in the state of Oklahoma and across the United States is beyond a reasonable doubt?

PROSPECTIVE JUROR HANSON: I think beyond all doubt would be too much of a burden for the State to demonstrate.

MR. EPPLIN: Okay.

PROSPECTIVE JUROR HANSON: Like, unless -- you know, unless the act was caught on, like, high-definition camera from multiple angles, how could you prove it beyond all doubt?

MR. EPPLIN: Right. And then, nowadays, there are these fake videos out there.

PROSPECTIVE JUROR HANSON: Yeah.

MR. EPPLIN: "Deep fakes," they're calling them.

They're saying, "Be on the lookout for deep fakes."

Mr. Brown, does that make sense to you?

PROSPECTIVE JUROR BROWN: Yes.

MR. EPPLIN: So is there anybody who says, "You know what? I can't follow Judge Hesse when he says the burden of proof is beyond a reasonable doubt. I've got my own ideas. It's got to be beyond a shadow, or what I think that means, or beyond all doubt"? Or, conversely, is there anybody who is like "I'm not going to make you prove it beyond a reasonable doubt. You only need preponderance with me"?

Is there anybody who says, "I will not follow Judge Hesse's instructions on this point"?

*(No response by prospective jurors.)*

MR. EPPLIN: We've talked a little bit about TV and things that may or may not be said in some of these TV shows.

Ms. White, do you watch any of these crime or court shows on television?

PROSPECTIVE JUROR WHITE: I have.

MR. EPPLIN: Which ones are your favorite?

PROSPECTIVE JUROR WHITE: I've watched *Snapped,* but it's about real court cases, people who committed real crimes. And, like, *Dateline* and stuff like that.

MR. EPPLIN: Okay. Any of the *CSI* shows?

PROSPECTIVE JUROR WHITE: I've watched them before, but that's not something that I would watch on a regular basis.

MR. EPPLIN: And you would agree that that's TV and Hollywood, and this is real life?

PROSPECTIVE JUROR WHITE: Yes.

MR. EPPLIN: I used to always tell people, "They don't show this part on TV," but then CBS a couple of years came out with this show where they show nothing but, I guess, the jury selection process. Which I don't know. It's not very entertaining, I'm sure.

But, generally, they don't show this part on TV, do they, Ms. White?

PROSPECTIVE JUROR WHITE: No.

MR. EPPLIN: I think there would be a lot of viewers turning off about now.

Ms. Timmons, do you watch any of these crime shows on TV?

PROSPECTIVE JUROR TIMMONS: The fictional ones. More like *NCIS* and *Bull*, which I think is what you're talking about.

MR. EPPLIN: There it is.

PROSPECTIVE JUROR TIMMONS: I just actually started watching that. I kind of find it interesting.

MR. EPPLIN: Well, I can tell you, I don't

believe either side has one of those consultants who's like taking pictures --

PROSPECTIVE JUROR TIMMONS: Turning them red and green?

MR. EPPLIN: Yeah. You know, scouring through social media or whatever they do. I don't watch the show, but -- again, you can set aside television and not hold me to *CSI* standards?

PROSPECTIVE JUROR WHITE: Television is just fictional. It's just entertainment.

MR. EPPLIN: I always tell people I'm glad my wife doesn't hold me to the standard of Horatio or whatever that guy is on *CSI*.

But what's the difference, though -- some people mentioned looking at what are supposedly reality-based versus kind of the pure fiction of *CSI*.

Anybody watch, like, *The First 48*, for example? I see people nodding their head.

Ms. Miles, for the jurors who haven't, what is *The First 48* about?

PROSPECTIVE JUROR MILES: Well, after the crime or homicide has transpired, you've got 48 hours. That's your best timing. I mean, you need to -- I'm not good with words either. I mean, you have a better chance of figuring it out within the 48 hours.

MR. EPPLIN: Yeah. And what do they do on the show?

PROSPECTIVE JUROR MILES: I mean, they interview people, they find evidence.

MR. EPPLIN: Yeah. So it follows the detectives around?

PROSPECTIVE JUROR MILES: Yeah.

MR. EPPLIN: Yeah. And they actually interview people. It's a drastically different show, for example, than *CSI*?

PROSPECTIVE JUROR MILES: Yes.

MR. EPPLIN: Okay. The number one way they get information is from talking to people; right?

PROSPECTIVE JUROR MILES: Uh-huh.

MR. EPPLIN: Which, not coincidentally, like we talked about, the number one type of evidence that you see in court, then, is testimonial evidence.

All right. So there's nobody here that is going to hold me to the *CSI* view of things?

*(No response by prospective jurors.)*

MR. EPPLIN: All right. People always chuckle, but I got to ask it.

Mr. Hanson, would it surprise you if a child did not immediately disclose sexual abuse that is occurring?

PROSPECTIVE JUROR HANSON: It would not.

MR. EPPLIN: Why not?

PROSPECTIVE JUROR HANSON: They might be ashamed to admit that or feel fearful of leveling accusations against a family member, for instance.

MR. EPPLIN: Okay. Ms. Smith, what are your thoughts on that?

PROSPECTIVE JUROR SMITH: They might be scared. Just not -- just afraid of what the outcome could be.

MR. EPPLIN: Okay. Mr. Fransen, do you agree with that?

PROSPECTIVE JUROR FRANSEN: I do.

MR. EPPLIN: Would it surprise you if someone, in fact, initially -- a child initially denied some things and then later indicated that they were true? Would that surprise you?

PROSPECTIVE JUROR FRANSEN: No.

MR. EPPLIN: And why not?

PROSPECTIVE JUROR FRANSEN: They just kind of have a way of processing it. Maybe there's a little bit of denial, a little bit ashamed about it. But maybe as time goes on, they would process things a little bit more.

MR. EPPLIN: Okay. Ms. Mullins, do you agree with that?

PROSPECTIVE JUROR MULLINS: Yes.

MR. EPPLIN: Is there anybody who would be

surprised if a child victim did not immediately outcry? -- is the term sometimes, "immediate outcry."

*(No response from prospective jurors.)*

MR. EPPLIN: Or if initially denied something but then later -- later gave a different account?

Would that surprise anyone?

*(Prospective jurors shaking heads side to side.)*

MR. EPPLIN: Okay. Congratulations, you're all qual -- you can all do my job now, because we've -- no.

At the end of a trial is a verdict. Now, "verdict," I looked it up once, and I guess it's, I think, Latin -- "verus dictum." "Dictum" is "to speak," and "verus," as I understand it, is "the truth." Okay? "Verus dictum."

Would everybody agree that, if everything works right, that a trial is the search for the truth? Is there anybody who would disagree with that?

*(No response by prospective jurors.)*

MR. EPPLIN: And that when the system works best, verus dictum, the verdict, reveals truth.

Is there anybody who disagrees with that?

*(No response from prospective jurors.)*

MR. EPPLIN: Mr. Brown, is that something that you would strive as a juror to do, is to come up with a true verdict?

PROSPECTIVE JUROR BROWN: Yes.

MR. EPPLIN: Obviously, going back to the elements, beyond a reasonable doubt and the elements, did I prove it, and it's either guilty or not guilty, if that makes sense.

PROSPECTIVE JUROR BROWN: Uh-huh.

MR. EPPLIN: Why do you think, Mr. Brown, our system of justice presumes a defendant innocent? Why, in the United States of America, do we have a burden of proof on the State, on the government?

PROSPECTIVE JUROR BROWN: I think if you presume the person guilty, you would tend to have a little more bias towards the guilty side than you would the innocent side.

MR. EPPLIN: Right. And that is contrary to what our Founding Fathers wanted; is that right?

PROSPECTIVE JUROR BROWN: Right.

MR. EPPLIN: Mr. Stallings, do you agree with that?

PROSPECTIVE JUROR STALLINGS: Yes, sir.

MR. EPPLIN: So we would all agree -- or somebody let me know if you wouldn't -- that, for the State of Oklahoma, if we convicted an innocent man, that would be an injustice.

Does everybody agree with that?

*(Prospective jurors answer "yes" collectively.)*

MR. EPPLIN: Along the line with verus dictum, verdict, to speak the truth, if a -- do you also agree that it's an injustice if someone is factually guilty but they are set free, found not guilty?

*(Prospective jurors nodding heads up and down.)*

MR. EPPLIN: Does anybody disagree with that?

*(No response from prospective jurors.)*

MR. EPPLIN: Because ultimately that should be our goal; right? Verus dictum, verdict, to speak the truth, true verdict.

And Judge touched on this a little bit. There's a wide range of punishment for child sexual abuse in the state of Oklahoma. Okay? It's all the way up to life and/or a fine. So it's literally a day in jail up to life, or you could just fine, or both a fine and some jail time. Okay? It's one of the -- I believe it is the widest latitude of any charge on our statutes, for whatever reason.

And Oklahoma happens to be one of the only states -- and I think Nebraska might -- where a jury is charged with sentencing or is responsible for recommending a punishment should they find the defendant guilty.

Ms. Smith, is that something, if you found the State proved the elements beyond a reasonable doubt, using

evidence, and you found guilty, and all 12 of you did, would you be able to consider that full range of punishment?

PROSPECTIVE JUROR SMITH: Yes, sir.

MR. EPPLIN: Up to and including a life sentence?

PROSPECTIVE JUROR SMITH: Yes, sir.

MR. EPPLIN: Mr. Allen, is that something you could do?

PROSPECTIVE JUROR ALLEN: I couldn't consider a fine. I would rather them be punished completely.

MR. EPPLIN: Okay. So it would be hard -- and obviously you don't know the facts of the case, but just hearing the charge "child sexual abuse," it would be hard for you to consider a fine only?

PROSPECTIVE JUROR ALLEN: Yes.

MR. EPPLIN: If the Judge instructed you to consider it, would you consider it along with all the factors and do your best to follow the Judge's instructions?

PROSPECTIVE JUROR ALLEN: If the Judge ordered it, yes.

MR. EPPLIN: Okay. Is there anyone who feels they couldn't consider, if the Judge instructed them, that full range of punishment?

*(No response from prospective jurors.)*

MR. EPPLIN: Anyone who has any moral or religious objections to serving -- excuse me, to sitting in judgment of the actions of another person?

*(No response from prospective jurors.)*

MR. EPPLIN: Mr. Rock, have you heard the term "Let the punishment fit the crime"?

PROSPECTIVE JUROR ROCK: Yes.

MR. EPPLIN: Do you agree with that axiom -- or is that -- yeah -- with that saying?

PROSPECTIVE JUROR ROCK: Yes.

MR. EPPLIN: Okay. Would that -- if you were on the jury and there were a guilty verdict or multiple guilty verdicts, would you attempt to let the punishment that you recommended fit the crime?

PROSPECTIVE JUROR ROCK: Yes.

MR. EPPLIN: Is there anybody who couldn't listen to another juror and consider what they had to say in the course of deliberations?

*(No response from prospective jurors.)*

MR. EPPLIN: Okay. No hands raised. I know that Ms. White and Ms. Miles, you know each other. You said you didn't anticipate any issue. If one of you thought, "Hey, this guy is guilty," and one of you thought, "Oh, they didn't prove it, he's not guilty," would you be able to -- your relationship wouldn't get in the way; you would be

able to talk about that just as you would with any other juror?

PROSPECTIVE JUROR WHITE: Sure.

PROSPECTIVE JUROR MILES: (Nods head up and down.)

MR. EPPLIN: Is there anything -- I always have jurors -- and we mentioned I can't talk to you after this point, in a conversational way, back and forth. But after trial, so often I have had jurors come up to me and say, "Why didn't you ask me this during jury selection? I was sitting there waiting for you to ask me. Like, you really needed to know XYZ about me."

Well, I'm a flawed guy. Okay? Is there anybody sitting there saying, "He needs to ask me this. He needs to know this. Or Mr. Rogalin or the Judge or somebody needs to know this, because I think it's germane or relevant to why we're here today, and I think they would want to know this stuff"?

*(No response from prospective jurors.)*

MR. EPPLIN: Mr. Hanson, if I prove -- if the State proves the case beyond a reasonable doubt to your satisfaction, by use of admissible evidence, what would your verdict be?

PROSPECTIVE JUROR HANSON: In that case, I would render a verdict of guilty.

MR. EPPLIN: Ms. Montgomery, what would your verdict be under those circumstances?

PROSPECTIVE JUROR MONTGOMERY: Guilty.

MR. EPPLIN: Ms. Timmons, what would your verdict be?

PROSPECTIVE JUROR TIMMONS: Guilty.

MR. EPPLIN: Ms. White?

PROSPECTIVE JUROR WHITE: You said "beyond a reasonable doubt"?

MR. EPPLIN: If I proved it beyond a reasonable doubt.

PROSPECTIVE JUROR WHITE: Guilty.

MR. EPPLIN: Ms. Lattimore?

PROSPECTIVE JUROR LATTIMORE: Guilty.

MR. EPPLIN: Ms. Baugh?

PROSPECTIVE JUROR BAUGH: Guilty.

MR. EPPLIN: Is there anybody who, if I proved my case beyond a reasonable doubt, even if -- using evidence, even if you didn't want to for whatever reason, anybody who says, "You know what? Even if you prove it beyond a reasonable doubt, I just can't go there"?

*(No response from prospective jurors.)*

MR. EPPLIN: Your Honor, I pass this panel for cause.

THE COURT: Okay. Could I have the attorneys

come up here for a moment?

*(At bench, outside hearing of the jury panel:)*

THE COURT: Mr. Rogalin, approximately how long do you think you will take with your examination?

MR. ROGALIN: I'm hoping to keep it under 15 minutes.

THE COURT: Okay. Then go ahead.

*(Within hearing of the jury panel:)*

THE COURT: Mr. Rogalin, you may now begin with your examination of the panel.

MR. ROGALIN: Thank you, Your Honor.

Ladies and gentlemen of the jury, my name is Michael Rogalin. I'm an attorney and have been an attorney in Oklahoma for about 40 years. I've tried quite a few cases, and this is going to be a really interesting case to try, because it's -- there's black-and-white issues you're going to have to decide.

We talk about evidence. And I think the Judge and Mr. Epplin have done a great job, so my recitation is going to be a lot shorter. I want to be respectful of your time and the answers that you've already given.

My client is charged with Child Sexual Abuse, I believe five counts on a Second Amended Information.

Is there anyone here who sits in this courtroom that has already formed some kind of opinion, no matter how

small or how large, about his guilt or innocence?

*(No response from prospective jurors.)*

MR. ROGALIN: He has a presumption, a legal presumption that we hold sacred as a lawyer, that he is presumed innocent until the State reaches its burden of proving its case beyond a reasonable doubt.

Now, if that reasonable doubt is in this case, and you believe that reasonable doubt, you cannot vote to convict; you have to come back with a not guilty verdict.

Even though he's accused of horrible, horrible things, and the State fails to meet its burden of proving beyond a reasonable doubt, will you be able to come back with a not guilty verdict?

Raise your hand if you can. Can you come back with a verdict of not guilty if the State does not prove the case beyond a reasonable doubt?

*(Prospective jurors raising hands.)*

MR. ROGALIN: Can everyone hear me? I'll try to speak louder.

Okay. Mr. Epplin talked about evidence. And there's evidence, there's direct evidence, there's circumstantial evidence, a lot of testimony evidence. But we're going to hear from the complaining witness in this case who is the alleged victim of these actions, and we'll most probably hear from the defendant himself. And we'll

probably hear from the mother of the victim who will testify about what's going on.

One thing that Mr. Epplin didn't cover, and something that you have to consider, is in your weighing of the evidence, circumstantial and direct, one of the things you have to look at is motive. What are the people's motive to tell the truth? Is there any evidence that they have a motive to tell the truth or to lie? Well, obviously the defendant has a motive to lie because he's being accused, but does the complaining witness have a motive to lie as well? Is that something you can weigh? All the motives of the people? Because you'll hear evidence of it.

I love Mr. Epplin's discussion of s'mores. It's lunchtime and I'm getting hungry. The s'mores thing kind of got to me.

But one of the things that we have to keep in mind is Mr. Epplin, who is a nice man, who I respect tremendously -- he's a fine, fine lawyer -- what he says is not evidence in the case. What I'm saying is not evidence in the case.

The rules you are going to follow are not coming from the district attorney's office or coming from my office. The rules you're going to follow are going to come from jury instructions that the Judge is going to give you. And I am convinced, based upon what the Judge has asked and

what Mr. Epplin has asked, that you will follow those instructions even if you disagree with them, even if you say, "You know, I don't know about this. I don't know about this rule."

It's the rule of law. And that's how we rule things in this -- just like beyond a reasonable doubt. You're like, "You know, it's just such an ugly case. I just don't know if I can vote not guilty, but I just have some doubt about what's going on." And that doubt is reasonable. And Mr. Epplin has got to prove it beyond that.

You guys are the finder of fact. You're going to hear two stories. They're going to be interwoven with truth. Both of them will agree on a bunch of stuff and some of the stuff they'll disagree on.

Do you have any problem weighing the evidence, looking at the witnesses and evaluating them, looking at their facial features, looking at their emotions? We might even see some other evidence coming in of prior statements from them.

We talked about TV shows, how they always come up with electronic stuff. Would you hold that electronic information more believable or less believable? Because, remember, you have to make the determination of what's believable or not. Is it believable?

We live in a Christian country. My client is not a Christian. My client is a Muslim. He's a follower of the tenets of Islam.

Is there anyone in here who has strong feelings against Islam or believes that it will color your view as to whether this man is guilty or innocent of anything going on?

*(No response by prospective jurors.)*

Let me just put it to you this way: I really like chocolate chip cookies. And if I have a -- because it's lunchtime, I've got to talk about food.

If I have a choice between a chocolate chip cookie and an oatmeal raisin cookie, I'm going to go with the chocolate chip cookie, simply because I like it better. That's a bias. That's a prejudice. We all carry bias and prejudice in our life.

Who in this jury does not have some bias or prejudice? Raise your hand. Does not have.

*(No response by prospective jurors.)*

MR. ROGALIN: We all carry bias and prejudice. What the Judge has told you is, even though you like that chocolate chip cookie better, you're going to treat both of those cookies the same.

Can you do that?

*(Prospective jurors nodding heads up and down.)*

MR. ROGALIN: Our system of justice depends on having 12 people, and an alternate or two, swear an oath that that's exactly what they're going to do when you're swearing an oath to uphold the system in this country that has made this country great for hundreds of years.

Common sense. No one, the DA, nor I, nor the Judge, is going to say you cannot apply your common sense, but you must rule based on the evidence that you hear in this courtroom. The facts that you find have to come from these witnesses.

Does everyone agree to do that?

*(Prospective jurors nodding heads up and down.)*

MR. ROGALIN: No one is asking you to abandon your common sense. You'll need it.

So the question of this case is going to be who's telling the truth. Does anyone have a problem finding that a young lady, who is going to tell a story of horrific abuse, may not be telling the truth? How can you -- can you weigh that evidence and actually go against what she's saying and say, "I just don't believe what she's saying is true?"

Can you do that? Raise your hand.

*(Prospective jurors raising hands.)*

MR. ROGALIN: It's a tough job, but you guys tell us who's telling the truth.

We talked a little bit about motive, that part of your job as a juror is to look at the person's motive. Are they telling the story because they want something? That's something you have to look at.

We ask you not to surrender your common sense. We also ask you not to surrender your view. If you're in a room and 11 people decide one verdict is one way, either guilty or not guilty, and you distinctly believe that they're wrong, you don't have to surrender your belief. You hold on to that belief.

What you say and what you think and what you believe matters to this system. Each and every one of you is an independent juror. You're not 12 that have to be together. The jury -- the verdict has to be unanimous, you all have to agree, but if one of you holds out, there is no verdict. You do not have to surrender your common sense. You do not have to surrender your opinion.

I like talking the Latin. Apparently they're putting together the Latin dictionary. They've been working on it for 200 years, and they think they might be done by 2050. But we need it because have to find words like "verus dictum," and lawyers wouldn't be able to get by if they didn't have a dictionary telling them what all those Latin words meant.

But I agree with Mr. Epplin. What you're here to

do is to tell us the truth based upon your evaluation of the evidence.

Will you be able to tell us what really happened? If you'll do that, raise your hand.

*(Prospective jurors raising hands.)*

MR. ROGALIN: I'll pass this jury, Judge.

THE COURT: All right. When the attorneys are ready, you can come up.

*(At bench, outside hearing of the jury panel:)*

THE COURT: Okay. Mr. Epplin?

MR. EPPLIN: The State excuses Juror Number 5, Ms. Lattimore.

THE COURT: Mr. Rogalin?

MR. ROGALIN: Juror Number 19, Miles.

THE COURT: Mr. Epplin, your number two.

MR. EPPLIN: Juror Number 7, Mr. Allen.

THE COURT: Mr. Rogalin, your number two.

MR. ROGALIN: Number 3, Timmons.

THE COURT: Mr. Epplin, number three.

MR. ROGALIN: Judge, let me go grab a pen real quick. It just ran out.

MR. EPPLIN: Judge, Number 15, Mr. Stallings.

MR. ROGALIN: Number 17, McPherson.

THE COURT: Mr. Epplin, your number four.

MR. EPPLIN: Judge, Number 13, Ms. Hayhurst.

THE COURT: Mr. Rogalin, your number four.
MR. ROGALIN: Number 4, White.
THE COURT: Mr. Epplin, your last one, number five.
MR. EPPLIN: Number 20, Mr. Smith.
THE COURT: Your number five, Mr. Rogalin.
MR. ROGALIN: Number 14, Carrillo.
THE COURT: Mr. Epplin, I have Number 5, 7, 15, 13, and 20.
MR. EPPLIN: Yes.
THE COURT: Mr. Rogalin, I have Number 19, 3, 17, 4, and 14.
MR. ROGALIN: That is correct.
THE COURT: Okay. All right. Thank you.
*(Within hearing of the jury panel:)*
THE COURT: Okay. Ladies and gentlemen, I am going to call off the names of the jurors who are excused. When you hear your name called, you can go ahead and stand up and leave the courtroom. Be sure to take off your juror badge and leave it on the railing next to the swinging door.
All right. Those that are excused are Number 5, Ms. Lattimore, thank you; Number 7, Mr. Allen; Number 15, Mr. Stallings; Number 13, Ms. Hayhurst; Number 20, Mr. Smith; Number 19, Ms. Miles; Number 3, Ms. Timmons;

Number 17, Ms. McPherson; Number 4, Ms. White; and Number 14, Ms. Carrillo.

That should leave us with 12 jurors.

Ms. Frejo, if you would have a seat in seat number 3. Mr. Brown, if you would have a seat in the middle of that back row. Mr. Rock, if you would have that last seat in the back row. All right. Ms. Way, if you would have a seat on the end there.

If I could get all 12 of you to stand up and raise your right hand.

*(Jury is sworn.)*

THE COURT: Anybody answer in the negative or not at all?

*(No response from jury.)*

THE COURT: Thank you. Please have a seat.

All right. I realize that it's 20 after 12:00. We need a little bit more time so I can take care of the folks in the back. What my plan is is to call one alternate juror.

We are going to go through a similar process, but it will hopefully go a lot quicker. So what I'm going to do in just one moment is call three of you to come up and have a seat. If you all would do that on this first row here, seat closest to me. So when you hear your name, come on up and have a seat closest to me and then the next two

seats after that. Okay?

Ms. Hirst, if you would call three names, please.

THE COURT CLERK: Kristen St. John, Hannah Josey, Deanna Davis.

THE COURT: Okay. If I could get the attorneys to come up.

Ms. St. John, if you would come up as well, please.

*(At bench, outside hearing of the jury:)*

THE COURT: During our morning break, Ms. St. John approached me and told me that, given what she knew of the case, that she did not believe that she is well suited for this case and just did not believe that she could be a fair and impartial juror due to things that have happened in her life.

Mr. Epplin, do you have any questions for Ms. St. John?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. St. John, thank you. You're excused. Be sure to take off your juror badge.

*(Within hearing of the jury:)*

THE COURT: Ms. Hirst, if you would call another person to replace Ms. St. John.

THE COURT CLERK: Jerry Nichols.

THE COURT: All right. Good afternoon now.

All right. I'm going to go through, like I said, the similar process that I did with the other jurors.

So starting with you, Mr. Nichols, could you just introduce yourself and tell us a little bit about you and your family and what things you like to do in your spare time?

PROSPECTIVE JUROR NICHOLS: Yes. I'm married. Jean Nichols is my wife. We have two kids, one 19, one 24. And just watch sports pretty much. Yeah.

THE COURT: Okay.

PROSPECTIVE JUROR NICHOLS: That's pretty much what we do.

THE COURT: Okay. Ms. Josey?

PROSPECTIVE JUROR JOSEY: I'm Hannah Josey. I work at Paycom Payroll over there off of Memorial. I am single. I like to travel in my free time and go hiking and just spend time outdoors.

THE COURT: Thank you.

Ms. Davis?

PROSPECTIVE JUROR DAVIS: My name is Deanna Davis. My husband's name is Tom or Thomas. We've been married for 30 years. We have two grown children. I work for an insurance company as a customer service rep. My

husband works for Niagara water bottling company. We just have no real hobbies other than family time.

THE COURT: Okay. Thank you.

Do any of you know Mr. Epplin?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Mr. Rogalin?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Mr. Sims?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Did you hear the names of the witnesses that may be called during this trial?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: Did any of you recognize any of those names?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Have any of you ever served as a juror before?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Do any of you hold a reserve deputy

commission?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Or a special deputy commission?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Or an honorary deputy commission?

*(Prospective alternate jurors answer "no" collectively.)*

THE COURT: Do all three of you live in Canadian County?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: Good.

I already forgot. Did I ask you if you served on a jury?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: I'm just going through my checklist here of things I needed to ask you.

You heard me describe to the other jurors a little bit about this case, what it involves?

PROSPECTIVE JUROR DAVIS: Yes, sir.

THE COURT: Anything about the nature of the case that may make it difficult for you to give both the State

and the defendant a fair trial?

Yes, Ms. Josey?

PROSPECTIVE JUROR JOSEY: May I come up there?

THE COURT: Yes, come on up.

All right. Go ahead. Just talk with my court reporter so she can hear you.

PROSPECTIVE JUROR JOSEY: In 2015, I was sexually assaulted, and I don't think I can give it a fair trial.

THE COURT: Okay. Mr. Epplin, do you have any questions for Ms. Josey?

MR. EPPLIN: No.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Josey, I'm going to excuse you. Thank you. If you'll take your badge off and leave it next to the swinging doors on the railing.

*(Prospective Juror Josey excused.)*

THE COURT: Ms. Hirst, if you would call a juror to replace Ms. Josey.

THE COURT CLERK: Scott Autry.

THE COURT: Good afternoon.

PROSPECTIVE JUROR AUTRY: Good afternoon.

THE COURT: Mr. Autry, could you introduce yourself to everyone?

PROSPECTIVE JUROR AUTRY: My name is Scott Edward

Autry. I work in the moving and storage industry. My hobbies, probably biggest one, is dirt track racing.

THE COURT: Are you married?

PROSPECTIVE JUROR AUTRY: Not married, single, no kids.

THE COURT: Okay. Do you know Mr. Epplin?

PROSPECTIVE JUROR AUTRY: I do not.

THE COURT: Do you know Mr. Rogalin?

PROSPECTIVE JUROR AUTRY: I do not.

THE COURT: Mr. Sims?

PROSPECTIVE JUROR AUTRY: I do not.

THE COURT: Did you recognize any of the names of the witnesses that may be called?

PROSPECTIVE JUROR AUTRY: I do not.

THE COURT: Are you or do you hold a reserve deputy commission?

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: A special deputy commission?

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: Or an honorary deputy commission.

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: Do you have any friends or family in law enforcement?

PROSPECTIVE JUROR AUTRY: Not that I talk to anymore. Some of the kids that I graduated with I know are

cops, but I don't talk to them. They live in other towns.

THE COURT: Have you ever served on a jury before?

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: Mr. Nichols, do you know anyone who works in law enforcement?

PROSPECTIVE JUROR NICHOLS: No, sir.

THE COURT: Ms. Davis?

PROSPECTIVE JUROR DAVIS: No, sir.

THE COURT: Back to you, Mr. Autry. Is there anything about what you've heard about this case so far that gives you some concern about your ability to give the defendant and the State a fair trial?

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: Has there -- and this is to all three of you. Has there been any question that's been asked of the attorneys or me of the other jurors that you think you have some pertinent information to share?

PROSPECTIVE JUROR AUTRY: No, sir.

PROSPECTIVE JUROR DAVIS: No.

THE COURT: Can any of you think of anything that we should know about you to help us decide which one of you we are going to keep as an alternate.

Mr. Nichols?

PROSPECTIVE JUROR NICHOLS: No, sir.

THE COURT: Mr. Autry?

PROSPECTIVE JUROR AUTRY: No, sir.

THE COURT: Ms. Davis?

PROSPECTIVE JUROR DAVIS: No, sir.

THE COURT: I didn't really explain what we're going to do here. Kind of like what we did with the jurors behind you is we are going to strike two of you, just leaving one. So, obviously, the more information we have about you, the better decision we will make. Because although you are an alternate, you still may have an opportunity to deliberate and decide this case like the 12 behind you.

Okay?

*(Prospective alternate jurors nodding heads up and down.)*

THE COURT: All right. Let's see. Have any of you ever been a victim of a crime?

Yes, Ms. Davis?

PROSPECTIVE JUROR DAVIS: My house has been broken into.

THE COURT: Okay. How long ago?

PROSPECTIVE JUROR DAVIS: 15 years, maybe more.

THE COURT: Did you report it to the police?

PROSPECTIVE JUROR DAVIS: Yes.

THE COURT: Were you satisfied with their

response?

PROSPECTIVE JUROR DAVIS: For the most part. We didn't get anything back.

THE COURT: Do you know if charges were ever filed?

PROSPECTIVE JUROR DAVIS: No, there were never charges filed.

THE COURT: Did you have any dealings with the district attorney's office as a result of that?

PROSPECTIVE JUROR DAVIS: No.

THE COURT: Have any of you ever been accused of a crime?

PROSPECTIVE JUROR AUTRY: I was a part of a victim of a crime. My vehicle was stolen last December.

THE COURT: All right. Was that reported to law enforcement?

PROSPECTIVE JUROR AUTRY: It was.

THE COURT: Were you satisfied with the response?

PROSPECTIVE JUROR AUTRY: Oh, I think so. I mean, they finally found it three months later. They did -- I think they did something to the person that was in possession of it. What they did, I don't know. I didn't report it or anything.

PROSPECTIVE JUROR NICHOLS: Can I speak to that also?

THE COURT: Yes, sir, Mr. Nichols.

PROSPECTIVE JUROR NICHOLS: I was involved, just recently, in a drunk driving accident.

THE COURT: Someone hit you?

PROSPECTIVE JUROR NICHOLS: Yes.

THE COURT: Were charges filed against that person?

PROSPECTIVE JUROR NICHOLS: Yes. I don't know the outcome of it yet, but yes.

THE COURT: In what county?

PROSPECTIVE JUROR NICHOLS: Beckham County.

THE COURT: Do any of you have any legal training?

PROSPECTIVE JUROR NICHOLS: No, sir.

THE COURT: You heard me and the attorneys speak to you about some of the legal concepts that are involved in a criminal trial such as this, one being the presumption of innocence, and the other, the burden of proof that the State has of proving the defendant guilty beyond a reasonable doubt?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: Do any of you have any questions about those legal concepts?

*(Prospective alternate jurors answer "no"*

*collectively.)*

THE COURT: Do all three of you believe that you could apply those legal concepts to this case?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: The possible penalty, if you were to find the defendant guilty beyond a reasonable doubt, is life, up to life in prison.

Could all three of you consider that penalty if you found the defendant guilty?

*(Prospective alternate jurors answer "yes" collectively.)*

THE COURT: All right. That's all the questions I have for you.

Mr. Epplin?

MR. EPPLIN: Thank you.

You all heard the discussion earlier today, the legal concepts.

Any issues following the elements the Judge gives you?

*(Prospective alternate jurors answer "no" collectively.)*

MR. EPPLIN: Any issues considering the evidence, both direct and circumstantial, that the Judge rules admissible and giving whatever weight you determine and the

jury as a body determine?

*(Prospective alternate jurors shaking heads side to side.)*

MR. EPPLIN: Any issues with the burden of proof being beyond a reasonable doubt?

*(Prospective alternate jurors shaking heads side to side.)*

MR. EPPLIN: Anything else you guys think I need to know about you?

*(Prospective alternate jurors answer "no" collectively.)*

MR. EPPLIN: All right. I'll pass these three for cause.

THE COURT: Thank you, Mr. Epplin.

Mr. Rogalin?

MR. ROGALIN: You heard what I talked with the jury about in terms of bias and prejudice?

*(Prospective alternate jurors answer "yes" collectively.)*

MR. ROGALIN: Can you set all your bias and prejudice aside?

*(Prospective alternate jurors answer "yes" collectively.)*

MR. ROGALIN: Will you examine all the motives and all the evidence before coming to a verdict?

*(Prospective alternate jurors answer "yes" collectively.)*

MR. ROGALIN: I pass them, Judge.

THE COURT: All right. Thank you.

If you all would come on up, please.

*(At bench, outside hearing of the jury:)*

THE COURT: Okay. Mr. Epplin?

MR. EPPLIN: Judge, Number 2, Mr. Autry.

MR. ROGALIN: Number 3, Ms. Davis.

THE COURT: Thank you.

*(Within hearing of the jury:)*

THE COURT: Mr. Autry, Ms. Davis, you are excused. Thank you for coming in this morning. If you would take off your juror badge and place it on the railing next to the swinging doors, you are free to leave.

Mr. Nichols, if you would please stand and raise your right hand.

*(Alternate Juror Nichols is sworn.)*

THE COURT: All right. Please have a seat.

All right. In just a second we will take a lunch break, but first there's some things that I want to talk to you about.

First, I believe that this case will take two, maybe three, days. I don't think there's really any chance that this trial will last past Wednesday, but if something

comes up -- you know, things can always change, but at least that's the game plan right now.

At all times, I need you all to wear your badges when you're at the courthouse. It is really important that everybody in the courthouse know who you are so they don't ask you questions or talk to you about things that they shouldn't talk to you about. Also, it will help the attorneys and myself readily identify who you are when you're in the courthouse as well. So wear your badges until you get to your car when we're done today. And then as soon as you park your car tomorrow morning, put it back on before you come into the courthouse. Okay?

As Mr. Epplin told you-all earlier, I have instructed the attorneys not to speak with you. All right? So do not take offense if they're in the elevator with you or they pass you in the hallway and ignore you or turn the other way. There are reasons why I ask them to do that, one of which is I don't want people to wonder what they said to you. Okay? So another reason to wear your badges.

During all of our breaks and during lunch, there will be coffee in the jury room which is behind that door to your left. Now, the way to get there, though, isn't through that door; it is through my bailiff's office. So her office is just on the other side of this wall. So you can get there through that hallway. So in the morning

before we start or during breaks or during our lunch, feel free to get coffee.

I will typically take a morning break around 10:30 and an afternoon break around 3:00, but, again, it depends on what's going on in the trial. If we're in the middle of a witness, I may push it back a little bit, but I'll generally give you-all about ten minutes or 15 minutes to take a bathroom break or go get something to eat or drink.

Our lunch today, I'm going to do it a little bit shorter than usual, just because I want to use as much of today as possible. So I'll give you-all an hour for lunch. You're not going to be able to leave El Reno to get lunch. Okay? So don't try to make it to Yukon and back; you're not going to make it.

Most of the restaurants, the fast-food restaurants, are on Country Club, which is a north-south street about a mile west of here, but there are also some restaurants in the downtown area and some on Highway 81 just as you come into town. Okay?

We will try to break each day around 4:30, but, again, it depends on where we are with witnesses. If we finish with a witness before 4:30 and the next witness will take longer than a half hour, I will go ahead and break early. Okay? But that would only be today, tomorrow,

Wednesday, if it goes that long. I doubt that we will use the whole day for testimony or evidence.

Do any of you all have any questions?

*(No response from jury.)*

THE COURT: All right. If I could get you-all back here as close to 1:30. Okay? Have a seat in the lobby. When we're ready for you, we'll call you in. Don't ever come into the courtroom unless you're brought in by my bailiff or somebody else on my staff.

When you come back, there are some instructions that I will read to you. Those will take about ten, maybe 15, minutes to read. When I am finished, then you will hear opening statements. All right?

If there are no questions, I will see you-all back here at 1:30.

*(Noon recess is had.)*

THE COURT: We are back in the courtroom out of the presence of the jury. Mr. Epplin and Mr. Rogalin are back in the courtroom, as well as the defendant and the interpreter.

Mr. Epplin, are there any matters that we need to address before I call the jury back into the courtroom?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: Not at this time, Your Honor.

THE COURT: All right. I would like at this time to take up, again, the motion in limine that the State filed. I had told the parties before jury selection that I would consider that motion at a later time.

What I'm going to do now, before opening statements are given, is grant the State's motion in limine concerning the rape shield statute. The reason cited by Mr. Rogalin for the admissibility of specific instances of sexual behavior by DMS do not warrant that type of evidence being heard by the jury. Also, the provisions of Section 2412 have not been complied with by the defendant.

The defendant may renew his request to allow evidence of specific instances of sexual behavior later and after I hear evidence that may warrant the introduction of this evidence.

Ms. Hicks, do we have all of our jurors?

THE BAILIFF: Yes.

THE COURT: If you would bring them into the courtroom, please.

*(Jury enters courtroom.)*

THE COURT: In the future when you-all come into the courtroom, go ahead and have a seat. Okay?

All right. Let's get started.

*(Jury instructions are read by the Court.)*

THE COURT: The attorney for the State may now

proceed.

Mr. Epplin?

MR. EPPLIN: Thank you, Your Honor.

Ladies and gentlemen of the jury, as Judge Hesse said, it is now my duty under Oklahoma law to read to you the Information which is the formal charging document filed in this case.

*(Information is read by Mr. Epplin.)*

MR. EPPLIN: To these five counts, the defendant has entered pleas of not guilty.

Thousands of miles from home, she sat in a room. The doctor, whoever or whatever he was, didn't speak English. And he conversed with the man she looked to as a father figure, the person who she knew as "Brahim," but whose legal name at some point was changed to "Paul Sims." The three of them in that room in Morocco, thousands of miles from home.

No general anesthetic was used as she sat in that room. She'll tell you what happened, and what happened was some sort of surgical procedure that is foreign to us. It was a procedure that she was told would make her a virgin again.

The words that she used when she talked to Vicki Boan across the street at the CART House -- you'll hear more about that -- was that "They were putting my cherry

back in." She'll talk about, in that moment thousands of miles away, how they tied her arms, tied her feet, and they used some sort of numbing agent but how she could still feel the pain.

She'll tell you what the defendant told her, that she couldn't tell her mom, and that they would never be able to know now.

She'll tell you about the phone call she made the night before in Morocco. You see, she'll tell you that her father figure, the defendant Paul Sims, had learned that there was an investigation going on in Yukon, Oklahoma, the place where she grew up, the place where they were going to return. An investigation about sexual conduct between herself and her father.

And she'll tell you that when he found out about that in Morocco, he lost it, he went ballistic, and he had her call the Yukon Police Department. She called there. They didn't call her. They weren't going to talk to a girl who, by the way, was 15 at the time she sat in that room thousands of miles from home.

They didn't call her. She called them. She'll tell you about the circumstances surrounding that call as he forced her to make that call. And she said, "There's nothing going on here in Morocco." She'll tell you the pressure that she felt in that moment, the fact that

thousands of miles from home, staying with people who didn't speak her language, she didn't feel she had a choice and she told them nothing was going on.

That phone call, she will tell you, was the day before that first surgical procedure in Morocco, the procedure that he told her would revirginize her, would help him apparently cover his tracks.

And you'll hear that the first surgery wasn't enough. She got some sort of infection, some sort of skin condition. Again, 15 years old.

They went back to the same place. Cash only. They tied her arms again. They tied her legs again. They didn't use general anesthetic again. She felt the pain again. And they had the procedure again. 15 years old, a girl from Yukon, Oklahoma, in Morocco, having this odd medical procedure.

Why? It all started at 14 years old, a separate trip to Morocco. Call it Morocco Chapter 1, the first trip to Morocco. DMS at 14 years old was going on a trip with the defendant, Paul Sims, the person she knew as "Brahim," the person she knew as some sort of father figure.

It was her first time to go to Morocco, and she'll tell you that when she lived in Yukon, she lived with Paul, she lived with her mother, Tammy, and she had

three siblings, but, on this trip, it was just her and the defendant.

And they went there, and she'll tell you about going to the defendant's mother or grandmother's house, I believe, and about the sleeping arrangements there. It was a two-bedroom house, and a living room, and some members of the extended family stayed there. She got to meet grandma and some of these other folks, and they didn't speak the same language, but she did her best to communicate and enjoy the trip.

But in one of those bedrooms, she stayed alone with the defendant. And she'll tell you about how he pulled that mat over, the mat on which she slept one night, and the abuse began. DMS was 14 years old.

She'll tell you about how he lifted her nightgown, about how he rubbed her back, touched her buttocks; how that first time he stuck, first, one and then two fingers inside her 14-year-old vagina; about how that made her feel, about how she felt helpless thousands of miles from home; about how she wanted to scream but he covered her mouth with his hand.

Thousands of miles from home, the stinging of the fingers inside her vagina and about how he didn't stop with fingers; about how eventually he stuck his penis inside her vagina and she didn't know what to do. And eventually he

ejaculated onto her body, onto her stomach, wiped it off with her nightgown, which was left in Morocco, and that was the first time the sexual abuse happened; that it didn't stop there.

It happened in that bedroom. It happened sometimes when they would get ready to go swimming and change, and he would pull her head and make her look at his penis, which she would say was sticking up or sticking out, apparently describing an erect penis and say, "Look how horny Daddy is made by you;" about other things he did in Morocco, raping her with his penis, raping her with his hands, with his fingers, touching her breasts, the biting, anal rape, vaginal rape. It will run the gamut. Thousands of miles from home in Morocco.

And then she'll tell you about coming home to Yukon after that first trip to Morocco. She'll tell you why she didn't feel like she could tell anyone. She didn't feel like she could tell her mom. She'll tell you that she didn't know what was going to happen in Yukon but that the abuse kept going.

She returned from Morocco to Yukon on September 1st, 2016, and she remembers that day because it was her 15th birthday. And she'll tell you about the things that happened back in Yukon. And unfortunately, ladies and gentlemen, it was the same: rape of every form, every

fashion, fondling, groping of every form, every fashion. She'll tell you about the biting.

Now, notice she didn't get back until September. She'll tell you she got back home, went back to Yukon High School where she had been a student. But that didn't last long. Her grades were suffering. I think she'll tell you it was because she didn't get back until September 1st, the school year had started; she felt like she was never ahead. Maybe it was that. Maybe it was everything else that was going on. But her parents said she wasn't doing well enough at school. Her parents, meaning Tammy Sims, her mother, and her stepfather, the defendant, who was married to her mother and who seemed like a father figure to her until that day in Morocco.

So the defendant and Tammy Sims, the mother, decided to pull her out of Yukon High School and started homeschooling her, and, that, they did. And both the defendant and Tammy Sims were responsible for homeschooling her.

She'll tell you about what would happen sometimes during homeschooling sessions. She would be ready for a homeschool session. Sometimes her mom would teach her. Sometimes the defendant would teach her. And sometimes Mom, who at the time was unemployed, would go out and go shopping or run some other errand. And that oftentimes is

when she was raped in one way or another.

She'll tell you about one particular time when she felt like her mother almost walked in on a developing situation. She was on the couch in the living room, and there had been a work assignment, and the defendant and her started struggling. And at some point she was holding on to the couch, trying to resist as he was trying to force her, and at that time he said, "Just the butt. Just the butt," which to her meant that all he wanted to do at that time was to anally rape her.

Well, in the midst of this struggle, the mom walks in and sees this and told Detective Brugh how disheveled and strange everything looked and she wondered what was going on and she couldn't get any answers. And DMS described that exact situation in her interview across the street with Vicki Boan at what we'll call the CART House.

That was one situation, but she'll talk about things that happened in the living room, things happened in the bedroom, and, again, rape of every form, every fashion, when she was 15 years old in Canadian County.

Now, ladies and gentlemen, we're in the Canadian County Courthouse. The criminal acts that we are prosecuting here are what happened in Canadian County. Okay? But Morocco is part of the story because it's the

beginning and part of the middle too.

So she'll tell you about going back to Morocco a second time, about how the defendant again only brought her to Morocco, the oldest of the children in the house; that they went back. And then the call, the call from Tammy to the defendant, to Brahim, to Paul Sims, letting him know that there was a DHS investigation. And that is when, the next day, she ends up in that operating room.

So Morocco 2, the two operations, and then they return to Yukon. As I mentioned earlier, the Yukon Police weren't going to take some phone call that they couldn't even verify who was on the other end, that she would acknowledge was her initiating a phone call, saying "This isn't true"; they wanted to sit down with her face to face and have somebody talk to her.

Now, you'll hear, then, that that happened, that she went to the CART House across the street and talked, and she will tell you she, at that time, did not tell the truth. She told them, "I know there's a DHS investigation. There's nothing to it," much like she told Yukon Police on the phone from Morocco.

She'll tell you why she told you that -- why she told them that; that she still -- that she had been threatened by the defendant not to tell, that she was afraid of being separated from her siblings, that she knew

of the economic toll, as the defendant was the breadwinner, and that he would constantly remind her, "I'm the breadwinner. I'm the one who makes the money. Your mom can't make it without me; your siblings." How he threatened to put her on the streets, Tammy and [redacted]. She'll tell about that.

So she, at that time as a 16-year-old, didn't feel that she could tell what happened at that time. She'll tell you about that, and then she'll tell you also that the defendant still lived there during that time. She'll tell you about the threats and the physical abuse that he wielded over her to keep her from telling; about the hitting, about the threats, about the general situation that was going on in the house.

So she kept on and kept her secret and didn't tell the truth at that time. You'll hear that the defendant was very possessive of [redacted], that he wouldn't let her, though she was a highschooler like everyone else, date, that he would get jealous if she talked to boys, that there were all kinds of -- well, that there were all kinds of rules about that sort of thing, some of which weren't necessarily unusual for a house in Yukon, Oklahoma, but some, frankly, a little strict; not talking about boys at all and this sort of thing.

And you'll hear about a note that he found in her

backpack, a note from a boy in high school. My guess -- it's a school day in Yukon today. My guess, at the Yukon High today there's probably a couple hundred of these floating around the hallways of Yukon High; although, now more and more people probably text instead of do notes. But he found this note and he was livid. "You're not supposed to be talking to boys." This was in October or November, you'll hear, of 2018. Livid. Went off.

She was scared. She didn't know what to do in October or November of 2018. And she told her mom, "Mom, I need to talk to you. Mom, I need to talk to you."

And Mom said, "What do you have to say?" "Mom" is Tammy. "What do you have to say?"

"I need to talk to you alone."

"No. Whatever you can say in front of to me -- or to me, you can say in front of him," meaning the defendant.

And she said, "Mom, he's raped me. He's raped me in Morocco. He's raped me in Yukon."

Remember, this is the mom who wasn't allowed to know about the surgical procedures. This is Tammy. This is the mom who's kind of in the middle of it all, and had known about the earlier DHS investigation, but nothing came of it so she, at that time, will tell you she, the mom, didn't do anything. She didn't call the police. She didn't call DHS. She maintained contact with the

defendant.

[redacted] will tell you at that point, after telling an adult who she thought she trusted and nothing happening, she didn't know what else to do. She didn't know what else to do. So that was October, that was November, of 2018.

So there they all were, this ongoing situation, and you'll hear the defendant from time to time, for his job, would be gone for weeks at a time to Texas, and this sort of thing.

And then you'll hear about March of 2019 when [redacted] was finally ready, when [redacted] was finally ready to tell what happened. There was another disagreement with mom, and her mom, who still all these months later hadn't called police, hadn't called DHS. And she went to a family friend's house, the Shattons'.

She'll tell you why she felt she could tell the Shattons. She arrived at the Shattons'. She had bags. She told them what happened. The Shattons, Mr. and Mrs. Shatton, went to the school counselor, talked to law enforcement, talked to DHS, and Yukon Police resumed their investigation.

She went back to the CART House across the street and she talked for two hours -- two hours -- about the rapes that she had endured in Morocco and right in Yukon,

Oklahoma. Right there in Yukon. All forms, all fashion of rape. For two hours, reliving it all. And she'll talk with you again, here in a few minutes, about all of those experiences.

And you'll hear that the CART House and Yukon PD, the investigation continued, and they did what's called a pediatric medical evaluation or exam. And some of you may have heard about a SANE exam. It's a similar-type procedure, and you'll hear about it from a nurse named Sarah Brown.

Sarah Brown will tell you, "I've done hundreds of these evaluations." And these evaluations, they're minimally invasive, but they do visually inspect the vaginal region on a female who is alleging this sort of abuse. And Sarah Brown will tell you, as a nurse who has done hundreds of these, she has never ever seen anything like what she saw in DMS's vaginal area.

She sent it off to a doctor. And you'll hear from Dr. Ryan Brown. You'll hear all about his credentials. He's at the OU Health Sciences Center. And he'll tell you he's the, I think, chief child abuse doctor. They've got some word for it in the state of Oklahoma.

And he looked at it. And he will tell you about scarring, what could be described as a potential injury in the vaginal region. And he'll talk to you about a

procedure called a hymenoplasty, which is something that is not done generally in the United States at all but is done in Morocco. This is a procedure where they, quote/unquote, try to reconstruct a hymen.

And ladies and gentlemen, that's what the defendant thought would help him cover up what had been happening in Morocco, what happened in Yukon. But ladies and gentlemen, I submit, at the end of this trial, you'll know it didn't cover it up; rather, it exposed the defendant's crimes, his rapes.

14 years old is when it started. [redacted] is 18 now, and at the end of this trial, I'm going to ask you to finish what the defendant started, put an end to what the defendant started.

THE COURT: Thank you, Mr. Epplin.

Mr. Rogalin, would you like to give your opening statement now?

MR. ROGALIN: We'll reserve, Your Honor.

THE COURT: Mr. Epplin, would you like to call your first witness?

MR. EPPLIN: Yes, Your Honor. The State calls [redacted].

*(Witness enters courtroom.)*

THE COURT: Good afternoon. If I could get you to raise your right hand, please.

*(Witness is sworn.)*

THE COURT: Okay. Please have a seat in that blue chair and watch out for the step.

Ms. Sims, if you would pull that microphone close to your mouth and then try to speak loud enough for people even in the back of the courtroom to hear you. Okay?

THE WITNESS: Okay.

THE COURT: Go ahead, Mr. Epplin.

MR. EPPLIN: Thank you, Your Honor.

DMS,

Called as a witness, after having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. EPPLIN:

Q. DMS, could you please state your name.

A. DMS.

Q. And what's your middle name?

A. Marie.

Q. What is your birthday?

A. September [redacted], 2001.

Q And how old does that make you now?

A. 18.

Q. Where do you go to school?

A. Yukon High School.

Q. And what's your favorite subject in school?

A. Choir.
Q. Do you have a favorite teacher?
A. No.
Q. Okay. How long have you been in the choir?
A. Two years now.
Q. Okay. Do you know where you were born?
A. I know it's in Oklahoma City.
Q. Okay. Oklahoma City. I'm not asking a particular hospital, but you were born in Oklahoma City?
A. Yes, sir.
Q. Is that where you've been raised as well, the Oklahoma City area?
A. Yukon area.
Q. Okay. And in early 2019, where did you live?
A. I lived in Yukon, 1200 Dawn Avenue, in Sunrise Hills.
Q. Okay. Is Sunrise Hills the name of your neighborhood?
A. Yes.
Q. Okay. And is that in Canadian County?
A. Yes, sir.
Q. How long had you lived on Dawn Avenue?
A. I want to say since 2009.
Q. Okay. That's an estimate; is that right?
A. Yes, sir.
Q. Who lived with you at that residence on Dawn Avenue?
A. Tammy Sims, H.S., J.S., P.S., and

Brahim Elkamli.
Q. And the person you referred to as "Brahim Elkamli," what is -- is he known by another name?
A. Paul Sims.
Q. Now, you mentioned another Paul Sims. Are there two Pauls?
A. Yes.
Q. Who is [redacted].?
A. My little brother.
Q. Okay. Now, you mentioned Tammy Sims. Who is Tammy Sims?
A. My foster mom.
Q. Okay. And at some point did she adopt you?
A. Yes.
Q. And when did she adopt you?
A. Around 2009.
Q. Okay. Now, biologically, is she related to you?
A. No.
Q. Is she related to your three adopted siblings, [redacted], [redacted], and [redacted]?
A. Yes.
Q. How is she related to them?
A. Grandmother.
Q. Okay. But she adopted them as well; correct?
A. Yes.

Q. Okay. Now, who is Brahim or Paul, Sr. to Tammy?
A. Husband.
Q. Okay. Back in from 2010, approaching 2019, what was Brahim's role in the household?
A. Father figure.
Q. Okay. What did you call him?
A. "Dad."
Q. This may sound like a silly question, but it's one I have to ask. Is Paul, Sr., also known as "Brahim," is he at least three years older than you?
A. Yes.
Q. Significantly more than that; correct?
A. Yes, sir.
Q. And do you know where he was from originally?
A. Rabat, Morocco.
Q. Okay. What was the name of the -- was that a village or a city name in Morocco?
A. That was a city.
Q. Do you know how to spell it?
A. R-a-b-a-t.
Q. Okay. And would he ever return to Morocco?
A. Yes.
Q. Did you ever go with him to Morocco?
A. Yes.
Q. When is the first time that you went with him to

Morocco?
A. I was 14, so I want to say 2016.
Q. Okay. You were 14; correct?
A. (Nods head up and down.)
Q. Is that a "yes"?
A. Yes.
Q. Okay. And you returned -- do you remember what day you returned from that first trip?
A. September 1st.
Q. September 1st of 2016?
A. Yes.
Q. And why do you remember that day?
A. It was my 15th birthday.
Q. Okay. So your first trip to Morocco was leading -- was just before that September 1st, 2016, day; is that correct?
A. Yes.
Q. Okay. Had you ever been out of the country before?
A. No.
Q. What was the purpose of your trip to Morocco?
A. To teach me life lessons.
Q. What kind of life lessons?
A. To appreciate what I had.
Q. What else?
A. It was a disciplinary action to see other people and

what they have and what I should be grateful for.
Q. Okay. Did anyone else accompany you and Mr. Sims, also known as "Brahim," on this trip?
A. No.
Q. How did you feel about taking the trip?
A. I was nervous at first and then I was excited that I was going to another country.
Q. What made you nervous?
A. I had never been out of the country before.
Q. Okay. What made you excited?
A. I got to visit another country; see another culture.
Q. Where did you stay on your trip in Morocco?
A. At his mother's farm.
Q. Okay. When you say "his," who are you referring to?
A. Brahim Elkamli.
Q. Where was this farm?
A. It was just outside the city.
Q. Okay. Had you ever -- the city of Rabat; is that correct?
A. Yes, sir.
Q. Had you ever met his mother before?
A. No.
Q. What did you -- how did you address her? What did you call her?
A. "Grandma."

Q. Can you describe the property where Brahim's mother lived?
A. It was sandy dirt. There was a cement house. The first year there, there was no gate, so it was just a porch that just leaned off. And there were stairs coming from the roof. There was a kitchen to the side.
Q. Okay. Now, you mentioned this was a farm; is that correct?
A. Yes, sir.
Q. What kind of things went on at the farm?
A. Are you referring to the animals?
Q. Sure. Yes.
A. There were sheep, cows, dogs, chickens, and there were -- there was corn grown on the property.
Q. Now, you mentioned the first time there was no fence. Was there a second trip to Morocco?
A. Yes, sir.
Q. Okay. And we'll talk about that later, but there was a fence the second time you were there?
A. Uh-huh.
Q Is that a "yes"?
A. Yes, sir.
Q. Can you describe that fence?
A. It was concrete and there was a red metal door.
Q. Did anyone else besides the person you referred to as

"Grandma" and Brahim and yourself stay at that residence in Morocco?
A. Yes.
Q. Can you tell the jury who else stayed there?
A. There were two of his sisters, Hennen and Hadijah. Both -- one is younger, I believe. They were his sisters. And then there was one of his brothers that lived on the farm as well. The husband of one of his sisters lived there with their three kids. And their niece also lived on the farm.
Q. Okay. So there were a good number of people who lived on the farm; is that correct?
A. Yes, sir.
Q. Did any of those other folks speak English?
A. No.
Q. How would you attempt to communicate with them?
A. It would be through Brahim.
Q. Okay. Would you be able to write to them?
A. No.
Q. Why not?
A. They couldn't read.
Q. Okay. Could they read in their native tongue?
A. No.
Q. Okay. So it's not just they couldn't read English; even if you got it translated or interpreted, they couldn't

read.

Is that right?

A. Yes.

Q. What were the sleeping arrangements at the residence in Morocco?

A. There were two rooms and a living room. Almost everybody slept in the living room. And then there were -- there was either one person sleeping in the second room, and then there was a back room where Brahim and I slept.

Q. Okay. So you mentioned there's two bedrooms and a living room; is that correct?

A. Yes.

Q. And you mentioned there was one person in one of the bedrooms.

Who was that?

A. It was either one of his sisters or his brother, depending on the night.

Q. So to you, did you consider them aunts and uncles?

A. I did call them aunts and uncles while I was there.

Q. Sometimes an aunt would stay in the bedroom and sometimes an uncle would?

A. Yes, sir.

Q. And then you and Brahim would stay in the other bedroom; is that right?

A. Yes.

Q. And no one else was in there; is that right?
A. Yes, sir.
Q. And then everyone else was in the living room?
A. Yes.
Q. Did anything unusual happen in the bedroom with the defendant -- or excuse me, with Brahim and you?
A. Yes.
Q. What is the first thing you remember that happened unusual in that bedroom?
A. That would bring me to the first night the rape occurred.
Q. Okay. The first night the rape occurred, how long had you been in Morocco?
A. A few days, up to a week.
Q. Okay. And you said "night." Was it nighttime?
A. Yes, sir.
Q. And were people asleep?
A. They were asleep.
Q. And you said "the first rape."
Could you tell the jury what you mean by that?
A. He placed his private part inside me.
Q. Okay. What -- and let's back up a little.
What were you sleeping on? Were there beds in there?
A. There were mats.
Q. Okay. Can you describe the mats for the jury?

A. Rectangular, stuffed with something, and there was fabric over them.
Q. Okay. Did you have your own mat?
A. Yes, sir.
Q. And did Brahim have his own mat?
A. Yes.
Q. And where were the mats normally in the bedroom in relation to each other?
A. They were on separate sides.
Q. Okay.
A. Mine was halfway in the room, halfway across the room. Like, it was slightly in the middle. And his was almost all the way to the other end.
Q. Okay. And that first night you've talked about, what were you wearing to bed that night?
A. I was wearing a nightgown.
Q. You mentioned where your mats normally were. On that first night, did your mat ever move?
A. Yes, sir.
Q. What caused it to move?
A. Brahim pulled my mat towards his.
Q. Okay. Is this mat any heavier than a blanket?
A. Not really.
Q. Okay. So he slid the mat towards yours. What happened next?

A. He touched my thighs.
Q. Okay. What did he touch your thighs with?
A. His hands.
Q. Okay. What happened next?
A. He whispered, "I'm sorry, baby, but your mom is not giving me any."
Q. Okay. What did you take that to mean?
A. I knew he meant it sexually.
Q. After he said, "I'm sorry, baby, but your mom is not giving me anything," what happened next?
A. He slid my panties off, and it was still attached to one of my ankles, but he managed to pull my right foot from in them.
Q. Okay. So your right foot didn't have any panties around it, but your left ankle still had your panties around it; correct?
A. Yes.
Q. Okay. Can you tell the jury what happened next?
A. He stuck his fingers inside my private part.
Q. And when you say your "private part," can you tell the jury what you're referring to?
A. My vagina.
Q. Okay. And are you more comfortable calling it your private part?
A. Yes, sir.

Q. If you use the term "private part" the rest of the way, will that mean vagina?
A. Yes, sir.
Q. If it means something else, can you make sure that we know?
A. Yes, sir.
Q. Okay. So he stuck, you said, his fingers inside your private part, and you used "fingers" with an "s" on the end, plural.
A. First it was one finger, and he moved to two.
Q. And how did that feel?
A. It stung.
Q. Okay. What happened next?
A. After he kept moving his fingers in and out of me, he stuck his private part, his dick, inside me.
Q. And you used the term now, his private part, and you called it a "dick," and are you comfortable referring to it as a private part?
A. Yes, sir.
Q. And can you just one time for the record explain what you mean by that private part?
A. His male part, his dick.
Q. Are you talking about his penis?
A. Yes, sir.
Q. Okay. And when you refer, similarly, to his private

part, are you going to be talking about his penis?
A. Yes, sir.
Q. But again, you can use that term. Okay?
A. (Nods head up and down.)
Q. And again, what did he do with his private part?
A. He put it in my private part.
Q. Okay. And did it actually go inside your private part?
A. Yes, sir.
Q. How did that feel?
A. It burned even more than the fingers.
Q. Okay. Was he wearing anything on his private part at the time?
A. No.
Q. Okay. Did you make any noise during this first incident?
A. I made a squeak, but he covered my mouth and told me not to scream because, if I did, his family would wake up and we would both be in trouble.
Q. Okay. And so he covered your mouth; is that correct?
A. Yes. It covered half my nose.
Q. Okay. How did this first incident end?
A. I was looking outside the window. And that's all I could look. I was praying that it would stop, and when it did, he pulled out, I looked up, and he released on my

stomach.
Q. When you say "he released on my stomach," do you mean he ejaculated sperm or --
A. Sperm. His sperm was on my stomach.
Q. What happened next?
A. He cleaned it with my nightgown and told me to take it off so it can dry. And he gave me one of his shirts and he woke me up early the next morning to put my nightgown on so his family wouldn't see the change of clothes.
Q. How old were you?
A. I was 14.
Q. You mentioned that was the first time something happened in Morocco?
A. Yes.
Q. Were there other things that happened in Morocco?
A. Yes.
Q. Can you tell the jury what other things happened in Morocco?
A. The next day he took me to the beach. And since they didn't have changing rooms, we had to get dressed in the car.
Q. Okay. What happened on your way to the beach?
A. I got dressed first, and I kept telling him not to look, but he kept looking, and I really didn't feel comfortable. I was afraid that it was going to happen

again.
Q. Okay.
A. And after I was fully dressed, because I hurried up, he got dressed and he forced me to look by pulling my face, and he said, "This is how hard you make Daddy."
Q. Okay. When you say -- where was his hand during this?
A. He grabbed my chin and pulled my head.
Q. And as he said "This is how hard you make Daddy," what did you see or observe?
A. I saw his private part sticking straight up, black pubic hairs and a tan male part, private part.
Q. Okay. Did anything else happen during that incident?
A. I told him I didn't want to look. He got angry with me and he hurried up and put his shorts on.
Q. Okay. What happened next?
A. We went swimming at the ocean and he pretended like nothing was wrong.
Q. Were there other times that you went swimming with him at the ocean during the first trip in Morocco?
A. Yes, sir.
Q. Did anything else happen on trips to go swimming in Morocco?
A. The same thing unless his brother was with us.
Q. So sometimes his brother would come along, and obviously it didn't happen at that time; correct?

A. Yes, sir.
Q. What other types of things happened on the first trip in Morocco?
A. Every night he would rape me.
Q. Okay. How would he rape you?
A. Some nights we would sleep on the roof, and he would pull my mat, and the same things would happen. Or sometimes I managed to push him away, but he would only come back when I was tired and I couldn't fight as much.
Q. Okay. Would he -- you described, with the first incident, that his fingers went inside your vagina and you mentioned his private part in your vagina.
In any of the other Moroccan incidents, did his finger go anywhere other than your vagina?
A. Yes.
Q. And can you tell the jury where that was?
A. He would touch my butt and he would put a couple fingers outside and his middle finger around -- he would --
Q. D.S., would it actually go inside your butthole or anus?
A. Yes.
Q. Okay. Did he touch any other parts of you with his hand?
A. My breasts.
Q. Did you feel that there was anyone in Morocco who you

could tell at that time what was going on?
A. No.
Q. Why not?
A. Because none of them that I knew spoke fluent English. They didn't know what "rape" was.
Q. And I want to make sure I heard you right. Did you say because there was no one there you knew who spoke fluent English?
A. Yes.
Q. And that they didn't know what "rape" was?
A. Yes, sir.
Q. Were there times in Morocco that you attempted to resist Brahim?
A. Yes.
Q. Can you tell the jury about that?
A. He would get mad at me and slap my arm and it would leave bruises on me.
Q. Did you say slap your arm?
A. Yes.
Q. Okay. What did you do to try to resist?
A. I would kick him. I would push.
Q. Okay. What would he -- what types of things would he say in Morocco when things were over, when one of these incidents, one of these rapes, was over?
A. He would tell me that I enjoyed it and that I was wet.

Q. Okay.
A. He would also repeat that when he would rape me.
Q. Okay. Do you remember him saying anything else?
A. That I should be a good girl.
Q. Okay. Did he ever apologize?
A. He did.
Q. What did he say?
A. He said, "I'm sorry. I won't do it again."
Q. What would you say to that?
A. I told him that it's a lie; I don't forgive him. But then he told me I have to forgive him.
Q. So he would tell you "I'm sorry," and you would tell him that you didn't forgive him? Did I hear that correctly?
A. Yes, sir.
Q. When you attempted to resist, did that work?
A. No.
Q. He was still able to rape you?
A. Yes. Every time I tried to close my legs, he would force them apart and he would stick his body in the middle, and then after that, I couldn't move him to get him off me.
Q. You mentioned that he would slap your arm.
Would he use any other physical tactics to overcome your attempts to resist?
A. He would hold my arms down, and my wrists are so tiny,

when you cross them, you could just hold them there with one hand like he did.

Q. What size were you when you were 14 years old in Morocco when this started?

A. I weighed less than 108 pounds.

Q. Okay.

A. I was super skinny. I didn't have much muscle on me.

Q. And at that time, what was the size of Brahim physically?

A. Over 200 pounds.

Q. Okay. Did you ever have ongoing pain in your -- the area around your private part?

A. Yes.

Q. Could you tell the jury about that?

A. It would always burn when I went to go wipe it and it was always swollen.

Q. Did you tell Brahim about those symptoms?

A. He didn't care.

Q. Okay. Did he say anything about it?

A. No.

Q. Okay. Did you get medical attention for that?

A. No.

Q. Now, you mentioned, the first trip to Morocco, returning home on your 15th birthday on September 1st, 2016; is that right?

A. Yes.
Q. Did you -- where did you live when you returned from Morocco?
A. 1200 Dawn Avenue.
Q The same address; is that correct?
A. Yes, sir.
Q. Was it with the same people you lived with prior to leaving?
A. Yes, sir.
Q. Was Brahim still in that house?
A. Yes.
Q. When you returned to Yukon, did you tell your family, your mother, or anyone about what happened in Morocco?
A. No.
Q. Why not?
A. I was scared, and I couldn't tell Tammy because he was the man she loved.
Q. Okay. What were you scared of at that time?
A. My siblings and Tammy, because he was our main source of money, and I've seen the results of him leaving, because he left for three years and my brothers didn't have a father and it affected them the most. And we struggled with money.
Q. When you returned from Morocco the first time to Yukon, was your mother, Tammy, working?

A. No.
Q. Was Brahim working?
A. Slightly.
Q. Okay. He was bringing home some sort of income; is that correct?
A. He worked as an Uber and a Lyft driver.
Q. Okay. My understanding, he also would leave the state from time to time for the oil and gas industry?
A. Yes.
Q. Okay.
A. But first he would just leave for school in Lubbock, Texas.
Q. At Texas Tech; is that right?
A. Yes, sir.
Q. Now, you talked about a time when -- well, would he, at that time, say anything about those factors you mentioned, about being able to pay bills and stuff without him?
A. Yeah, yes.
Q. What would he say?
A. He pretty much told me that if I went to the cops, or if I told Tammy, that we wouldn't have money and we would all suffer and our family would be destroyed; we would all suffer without him.
Q. What did you think, then, would happen if you would

have told at that time?
A. That he would come after me.
Q. What do you mean by "come after" you?
A. He would hurt me.
Q. And why did you believe that?
A. He's always been violent with me. When I first came to live with them, he would beat me to the ground and stand over me or call me stupid and worthless. And he continued doing that through the years, hitting me and getting on top of me.
Q. So when you returned, you didn't tell, you mentioned; correct?
A. Yes.
Q. Now, you returned to Morocco a second time; is that right?
A. Yes.
Q. And how old were you when you returned to Morocco the second time?
A. I was still 15.
THE COURT: Mr. Epplin, let's go ahead and take our afternoon recess at this time.
Ladies and gentlemen, let's go ahead and take a ten-minute break. If you could be back in the lobby ready to come back in at about ten minutes till.
Remember my admonition not to speak with anybody

about the case or allow anyone to speak with you about it. You all are free to sit and talk with one another, just not about the case. Okay?

So we'll be in recess for about ten minutes.

*(Short recess was had.)*

THE COURT: We're in the courtroom, outside the presence of the jury. The attorneys, the defendant, and the interpreter are all in the courtroom.

Mr. Epplin, are there any matters that we need to take up before I call the jury back in the courtroom?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Hicks, if you would call the jury into the courtroom, please.

*(Jury enters courtroom.)*

THE COURT: Please be seated.

All 12 of our jurors and the alternate are back in the courtroom.

Mr. Epplin, are you ready to proceed with your examination?

MR. EPPLIN: Yes, Your Honor.

THE COURT: Go right ahead.

Q. (By Mr. Epplin) Okay. D.S., we talked about your return on your 15th birthday and you went back to Morocco

when you were still 15 for the second trip; is that right?
A. Yes, sir.
Q. And so I want to talk about what happened in Yukon when you were 15 years old. Okay?
A. Yes.
Q. Did anything unusual happen to you in Yukon after you returned from your first Morocco trip?
A. He would come to my room at night and stand on my sister's bed, because we had a bunk bed with a wooden frame. And my sister would already be asleep. And he would stand on her bed and pull me to the edge of my bed so he could reach me, and I would pretend to be asleep. He did this around midnight all the way to 3:00, from those time frames, every night that he was in Yukon.
Q. And you mentioned there was a bunk bed; is that right?
A. Yes, sir.
Q. And which bunk were you, the top or the bottom bunk?
A. I was the top bunk.
Q. And we're talking about this home on Dawn Avenue in Yukon; correct?
A. Yes, sir.
Q. And when he would pull you, what would happen?
A. He would pull me by my arm, and sometimes I would pretend to be asleep, and I would roll over on my stomach so that he couldn't touch my private areas or my breasts.

Q. Did he actually touch your private area or your breasts?
A. Yes, sir.
Q. I'm sorry, I didn't hear.
A. Yes, sir.
Q. Okay. Did he touch anywhere else?
A. My butt.
Q. Okay.
A. When is the first time you remember that happening in Yukon?
A. Two days after we got back. I was scared, and I wasn't supposed to be up, and if I wasn't up, he couldn't talk about it. And that's the part I hated the most, because it reminded me. Because if I'm awake and he raped me, he would talk about it the day after, so I would pretend to be asleep.
Q. So talk about the -- what other things would happen in the bedroom. You mentioned he would touch your private part, your breasts, your buttocks.
Did other things happen in your bedroom?
A. Yes.
Q. Could you tell the jury what those other things were?
A. He has raped me in my bedroom.
Q. Okay. When is the first time you remember him raping you in your bedroom?

A. I was putting up my earrings because my ears started hurting and I wanted to get out of the living room because he was in there. So I went to my bedroom to put my earrings up, and when I turned around, he was right there. And he hugged me from the front so I couldn't move my arms, even though I tried to punch him. He got me on the ground, and I managed to try wiggling away, but he held me there and put his weight on me. I was wearing a nightgown because I was homeschooled, and I would just roam around in my PJs.

Q. Okay. I want to back up.

So this incident that you're talking about with your earrings, is that when you were being homeschooled?

A. Yes, sir.

Q. And was anyone else home on that occasion?

A. No.

Q. Where was your -- where were your siblings?

A. School.

Q. Where was Tammy?

A. I believe she was at the store, but she could have been at the gym.

Q. Okay. And you've described this situation, and on the floor in your room in your nightgown, what happened next?

A. He pushed my panties to the side, after he tried to get me to masturbate for him.

Q. Okay.
A. And I wouldn't do it. I tried to kick him in the private part, and he would go down for a second, but as soon as I turned around to run, he would pull me back because I couldn't get off the floor in time. He pushed my panties to the side after I refused to masturbate for him and he put his private part in mine.
Q. He put his private part inside your private part?
A. Yes.
Q. And it actually went inside?
A. Yes.
Q. Okay. What happened next?
A. He raped me. But he heard Tammy's car, because sometimes, if she's out and about, she'll go shopping around the times it is to pick up the other kids so she could just make one trip instead of two.
She and the kids came home, and our window is right by the driveway, so you could hear the car door. He got up and left the room.
Q. Okay.
A. H.S., my sister, came in and rushed to our room. I couldn't tell her what happened.
Q. Why did you feel you could not tell her?
A. Because I tried to tell her, and she covered her ears, saying she didn't want to hear it.

Q. What is the age difference between you and [redacted]?
A. We are two years apart.
Q. Are you older?
A. Yes, sir.
Q. What other -- what else do you remember happening in the bedroom, if anything?
A. The nights that he came in and I was blocking my front, he would massage my back by rubbing it and then going down. And then he would touch my butt and then he would move around to the front and penetrate my private part with his fingers and then come back to the butt and then just keep doing that.
Q. Okay. And again, when you talk about penetrating your private part with his fingers, you're talking about the vagina; correct?
A. Yes, sir.
Q. And when you talk about him touching your butt, how would he touch your butt? With his hand?
A. With his hand. He would place his hand -- he would put his fingers like that (indicating), put his middle finger inside the crack of my butt, and do that (indicating), and then go to the front and then the back, and just keep repeating that.
Q. And would his finger actually go inside your butthole or anus?

A. Occasionally.
Q. And when you say "occasionally," are you still talking about when you're 15 and happening in Yukon? Is that correct?
A. Yes, sir.
Q. At the address on Dawn Avenue; correct?
A. Yes, sir.
Q. You've mentioned several things that happened in the bedroom. Were there things that happened in other rooms in the house?
A. His room and the living room.
Q. Okay. Before we get there, you briefly mentioned homeschooling. When you returned at first on your 15th birthday from Morocco, where did you go to school at first?
A. Yukon High School.
Q. Did that last?
A. No.
Q. Why not?
A. Because I was failing. My grades weren't good.
Q. Okay. And do you remember when you were pulled out of Yukon High School?
A. Around October or November.
Q. Okay. And talk about homeschooling. Obviously, did you do that in the home?
A. Yes, sir.

Q. And who taught you?
A. Brahim and Tammy.
Q. Okay. And what kind of things would they teach?
A. Brahim taught math and science and Tammy was supposed to teach English, health, and Hebrew and geography.
Q. Now, you mentioned an incident during homeschooling with earrings in the bedroom.
Were there other incidents during homeschooling?
A. Yes.
Q. Can you tell the jury about an incident from homeschooling?
A. The homeschooling that he picked, I had to sit in the living room and watch CDs. This one time, I was sitting on the couch, and he -- he came in there, because he just woke up, and I just finished the math one, video, because he set a schedule for me.
And I just finished math, so I was about to move on to English, and he was trying to touch my butt and penetrate it. He told me, "Please just one time in the butt." I told him, "No, I don't want to." He tried to push me over and I wouldn't let him. I kept fighting and fighting and trying to keep my balance so he didn't push me over.
And Tammy walked in the door. Because I kept saying, "I don't want to," she said, "What the hell is going on here?" And I had to make up a lie.

Q. And what did you say?
A. I told her I was saying I didn't want to because I didn't -- because I was about to start English, and that was her subject, so I was waiting for her to teach me.
Q. What room was that in?
A. The living room.
Q. What -- where were you in the living room when this occurred?
A. I was on one of the couches. And at the time, the front door was right across from that couch.
Q. Okay. Now, you mentioned you were --
A. She could --
Q. Sorry. Please continue.
A. She could see, from the side, where he came and sat down between the arm and me. And she could see me being pushed.
Q. Can you describe what you mean by "being pushed"?
A. He was trying to flip me over on my stomach, and so I was kind of being raised up, and I kept trying to keep staying down on the couch so he couldn't get to my butt. And he kept pushing me and trying to lift me up to push me over.
Q. How were you keeping him from being able to push you over?
A. I was grabbing onto the couch, and I was pushing him

to make him release, because he just kept pushing, so I was pushing back, trying to get him to stop pushing me.

And I knew, if I did get up, that he was going to get me right there on the ground.

Q. Do you remember any other incidents in the living room?

A. Yes.

Q. Could you tell the jury about that?

A. I was sitting down, studying for English, not watching a video, and he came in there. And I was sitting at an angle, so he easily got me on my stomach and pulled down my pants. At this time I was wearing pants, but they were stretchy around the waist so they were easy to get down, and he penetrated my butt with his penis -- private part.

Q. And when you say "penetrated it," it actually went inside your anus or butthole; is that correct?

A. Yes.

Q. And I don't know how I got away, but I ran to the restroom. And it didn't have a lock on it, so he kept trying to push in. Eventually he got in and apologized and said next time, if he did anything to me, if he touched me, if he raped me -- but he didn't say "rape," he said "sex," that I could kill him.

Q. What did you say?

A. I told him I would hold him to that.

Q. Did things happen after that?
A. Yes. We were studying in his room. I had to study for a math test. Since it was quieter in Tammy and Brahim's room, they made me study in there where there was a desk set up next to a computer. And I did struggle with math, so he would move the rolling chair from the computer to the desk, and he would touch my thighs. And I would usually wear a nightgown, so he would touch my thighs and try to penetrate my private areas with his fingers.
And I would tell him no and he would get mad and he would slap me really hard. Or if I had my legs closed, he would somehow get his fingers past it by forcing my legs. No matter how hard I would try keeping them closed, he would force his fingers in further every time.
Q. Where would he slap you?
A. My arms, the back of my head, around my neck, right here (indicating). He would force it forward and it would really hurt my neck. He would slap me there (indicating), and my upper arms were bruised because he would slap with such force that it left fingerprints.
Q. You mentioned several things that he did. Did he ever do anything with his mouth?
A. Yes.
Q. What did he do?
A. He would -- he would hold me down and take my breast

out of my sports bra, which I usually wore, and he would put his mouth on my breast and bite my nipple. And sometimes he would force my legs apart and put his mouth down there in my private part.
Q. Okay. Did the defendant -- well, did Brahim ask you to keep this secret?
A. Yes.
Q. Tell the jury about that.
A. He told me that we would both get in trouble if I turned him into the police or Tammy, and that he would blame it on me, and that it would be all my fault; that I would destroy the family. And I was scared, because if I wasn't quiet, I was afraid he was going to hurt me physically.
Q. You've mentioned several things that happened when you were 15 in Yukon. Have you mentioned everything that happened?
A. No. It happened so many times, the same repeated things. He would touch my butt, my private areas, he would penetrate my private area with his finger and his private part on several occasions, so many that I can't remember.
Q. So that what you told the jury today is just -- is just some of the ones that come to mind when I ask; is that correct?
A. Yes.

Q. When you were still 15, you've testified you returned to Morocco?
A. Yes.
Q. What was the purpose of the second trip to Morocco?
A. He wanted to take me back, and they discussed my sister going with him, but I was afraid that, if she went with him, that he was going to do the same thing to her.
Q. Okay. This is your sister, [redacted]?
A. And he wanted to take me back, so I had to beg, because I didn't want anything to happen to my baby sister.
Q. I want to make sure I heard you right. You went back because you didn't want anything to happen to your sister; is that right?
A. Yes.
Q. And I think you mentioned earlier, this sister, her name is [redacted]; right?
A. Yes.
Q. And she's two years younger than you; is that right?
A. Yes.
Q. So no one traveled with you and Brahim back to Morocco; is that right?
A. That's correct.
Q. Why did Brahim say he wanted to go back to Morocco?
A. He didn't give a reason. He just said that the family wanted to see me again because his family loved me, but

that was all there was to it. Tammy didn't want me to go the second time, but he took me.
Q. To your knowledge, had Tammy ever gone to Morocco?
A. She had not. She's even said that she's never been to Morocco.
Q. Had she ever met, to your knowledge, Brahim's mother?
A. Only over the phone when they FaceTime.
Q. Did the things that you've described continue the second time you went to Morocco?
A. Yes, except the second time he bought condoms.
Q. Okay. Now, you mentioned at least one occasion where he would ejaculate on your stomach.
Was that something that happened more than once?
A. Yes.
Q. And then he went the second time, and you say he bought condoms.
How did you know he bought condoms?
A. He showed them to me.
Q. Okay. Did he use them?
A. Yes. I told him that I didn't want to and that he should just get rid of them. He didn't listen. Later that night, he hid them underneath his pillow and had one in his pocket. Because Moroccan gowns have pockets, the sleeper has pockets. So he had one in his pocket. And he managed to rape me because I finally learned my place.

Q. Did you -- you say you finally learned your place? Or did someone say -- I didn't quite hear your answer. Can you repeat it? I'm so sorry.
A. I said because I've finally learned my place, because I would always fight him, and I still fought him, but he would always win.
Q. Okay.
A. But that night, I was too tired. I tried to give a fight, but I couldn't because it was really late. And he used the condom. And because -- he used the condom until it was filled with his sperm. He took it out, tied it in a knot, and he jiggled it around to make sure it wasn't leaking. His words were "I don't want to get you pregnant."

Then soon after that, a couple of nights later, we got a call from Tammy, but we didn't hear because his phone was shut off. And then we get a call from Tammy the next morning, because we called her back, and she was hysterical. She said that the police knocked on her door late at night, telling her about all the charges and how someone came to the police and told them that I've been raped and I'm pregnant.

He started flipping out after she hung up. His sister came to check on me because I was scared I would lose my siblings, because they always told us that they would try

to separate me and my siblings.
Q. Who always said that?
A. Tammy. Because there's four of us. And first it was us girls. And then the boys came to live with us. And we were going to get separated after this house, my sister and I. We were already separated from my brothers.
Q. That's what you were told?
A. Yeah.
Q. By Tammy?
A. Yes.
Q. Okay. I want to back up.
So there was a call from Tammy to Brahim, indicating that Yukon Police had knocked on the door and said there was some sort of investigation?
A. Yes.
Q. Was it your understanding that any other entity besides Yukon Police was investigating?
A. DHS.
Q. Okay. And is that why you immediately thought about being separated from your siblings?
A. Yes. And Tammy said that they were going to take us away.
Q. When had she told you that?
A. Over the phone.
Q. Okay. So it was all part of the same conversation?

A. Yes.
Q. What -- you mentioned Brahim's sister coming in.
Can you tell the jury more about that?
A. We were on the roof, and she came up the stairs because she heard me crying because I was scared to lose my siblings. I've been with them for a long time. And she told him, "I heard [redacted] crying." I don't know what he said to her, but she checked on me and then she left. And that's when he started getting upset.
Q. Can you describe what you mean -- well, first of all, you say "he."
Are you referring to Brahim?
A. Yes.
Q. Can you explain what you mean by he was getting upset?
A. For days he would start yelling at everybody, especially me, "What are we going to do?" But he would get upset with everybody really quick and he would start yelling and freaking out, saying, "What are we going to do? I'm going to get caught. I'm going to go to jail. You have to protect me."
Q. Okay. So what did you do?
A. I didn't know what to do. I told him that he was going to go to jail for what he did to me.
Q. What did he say?
A. He said I had to protect him. And then we went into

town and he saw this doctor that was supposed to create cherries.
Q. Okay. Let's back up a second. Did you ever talk -- you knew that Yukon Police were investigating, and DHS.
Did you ever talk to anybody at that time from Yukon or DHS?
A. Officer -- it was like "Truechild."
Q. "Truechild" is what you remember? Would Officer Fairchild --
A. Fairchild, yeah.
Q. And how did you talk with Officer Fairchild?
A. Since there's a time difference, Brahim woke me up at 4:00, because it should have been about 10:00 here when he was in the office, the police station.
So Brahim woke me up at 4:00, and I had to talk to him, telling him that I was not raped. And the only true part I said was I was not pregnant.
Q. So --
A. But Brahim was following me around on that rooftop. I tried walking away, but he followed me like a shadow.
Q. So did he dial the number?
A. We called this one lady the previous day, and she gave us the number, but yes.
Q. And as you were talking to Officer Fairchild, you're saying Brahim was following you around?

A. Yes. He told me what to say before I made the call. He said, "Tell them that your Daddy loves you and that he wouldn't do that because it's disgusting. You're not pregnant. You have never been touched by me."
Q. And did you follow his script?
A. Yes.
Q. Okay. You've described now, a couple of times, the roof of your -- who you called "Grandma," your grandmother's house, Brahim's mother.
Can you explain -- obviously, in Oklahoma, most of our roofs are coming up --
A. It's flat with walls around it. There's -- it was cement, but the second year there was tile on it.
Q. Is it part of the living space?
A. Often they would sleep up there.
Q. Okay.
A. But it was the coolest place, so...
Q. And when you say "coolest," you mean temperaturewise?
A. Yes. I spent most of my time on the roof.
Q. How far, if you know, was this residence from the ocean or the sea?
A. It was a few miles in from the sea.
Q. Okay.
A. So there was a little breeze coming through. It would rain early in the mornings just a little.

Q. Okay. You mentioned this call to Officer Fairchild?
A. Yes.
Q. What was -- what happened after that call?
A. He -- I was trying to go back to bed, but he was making a plan to get my virginity back to cover up his tracks.
Q. Okay.
A. He said if I'm a virgin and they look down there that -- if I'm a virgin, there's no way he could have raped me. And when we went to go see the doctor, he only spoke French and Arabic, so Brahim had to translate. And I had the surgery.
Q. Okay. When did that first surgery happen in relation to you calling Officer Fairchild?
A. A couple of days after.
Q. Okay. And what do you remember about that surgery?
A. They tied my legs up to the bed because it had -- you know the armrest in the car? It had two of those, but they were indented. They tied my legs to that and then they tied my hands to the others. And the doctor numbed my private part.

And he told Brahim -- he translated to me that I won't feel a thing, only him poking around. At first I didn't feel him cutting the skin or putting the lab-made cherry in. But the numbing started to wear off as he was

stitching me up, and I could feel everything from the needle penetrating the skin to him pulling it to make sure it was tight.
Q. When you say "pulling it," what was --
A. He had to pull the stitch to make sure it didn't come loose.
Q. And when you say "he," are you referring to --
A. -- the doctor.
Q. Was this done in a town or was this in the country? Where was this?
A. It was in a town. I believe it was Rabat. I didn't really get to pay attention to the signs because they were mostly in Arabic.
Q. Did you want to do this surgery?
A. No.
Q. What did the defendant say -- excuse me -- what did Brahim say about you doing the surgery?
A. That I would be a virgin again and that he couldn't touch me. But I was skeptical because it was a foreign country, and I knew the medical there wasn't very clean.
Q. Did you see how Brahim paid for this procedure?
A. Cash. The doctor accepted cash, untraceable. He even shut off his phone when we went to go see the doctor.
Q. And you mentioned this. Were you ever under -- were you ever unconscious for this procedure?

A. No. I was awake for the whole thing.
Q. You mentioned you have grown up in Yukon; were born in the Oklahoma City area.
Had you ever heard of this type of surgery before?
A. No.
Q. And how old were you when you had this surgery?
A. I was 15.
Q. Did you talk with anyone about the surgery before you had it, other than Brahim?
A. No. The other people couldn't speak English.
Q. What about your mother? Did you talk with your mother?
A. No. Brahim said she couldn't find out.
Q. When did he say that your mother, Tammy, could not find out?
A. When he came to me with the idea.
Q. When he came to you with the idea? Is that what you said?
A. Yes. He told me about it and said that Tammy could not find out.
Q. As we sit here today, have you ever communicated with Tammy about this surgery?
A. No. I've had the surgery twice.
Q. Okay. Let's -- what were the symptoms you had after the first surgery?

A. I was in pain, so I couldn't really go to the restroom. And when I did, I had to wash it with water. And then it ripped because my skin was too soft. And I found blood in my panties. So I told Brahim because I was afraid that I was in a major medical risk, and told him that I need to see a doctor.

He took me back to the doctor. He checked it out, did another surgery, the same thing happened: My skin was too soft and it ripped. This time it caused an infection where it was treated by an unknown medical medicine cream that was just really herby.

Q. When you went back for the second surgery, was that the same place you had the first one?

A. Yes. The same procedure was done. My arms and legs were tied up.

Q And again, you were conscious for the procedure?

A. Yes. And the same thing happened, the numbing wore off, and I was screaming because I could feel the needle go through my skin.

Q. Was it the same doctor?

A. Yes.

Q. And then you mentioned, after that, there was some sort of infection or something again?

A. Yes.

Q. And you were taken somewhere else and got this cream?

A. No. It was the same doctor that gave me the surgery that gave me the cream. He walked into his office, into a glass cabinet with wood supporting the glass, opened it up, and grabbed the cream, and said I had to apply it to get rid of the infection.
Q. At some point did you return to Yukon again?
A. Yes.
Q. When you returned to Yukon, where did you live?
A. The same residence, Dawn Avenue.
Q. Who lived with you? The same people?
A. The same people.
Q. At some point -- you mentioned earlier there was an investigation and you put a call -- at some point when you got back to Yukon, did you meet a woman named Vicki?
A. Yes.
Q. And where did you meet Vicki?
A. In a -- it looked like a house converted into -- into an office. It looked like a house converted into an office. It's across the street.
Q. Okay. Is it a place called the CART House, do you know?
A. Yes.
Q. And what was the purpose for seeing Vicki?
A. Because of the call made. I had to still come back and talk to Vicki and lie to her.

Q. Okay. You say you had to talk to Vicki and you had to lie to her.

Can you explain why you felt you had to lie to Vicki?

A. Brahim told me I had to lie. Tammy thought it was the truth that he never did anything to me because, at the time, she didn't know. But he pulled me aside and he said, "You have to lie. You have to tell them I have never touched you and you were not a virgin already." And I had to tell her that I've had sex before.

Q. Okay. Now, you've mentioned that now. And, in fact, you had, when you were 14, a boyfriend; is that correct?

A. Yes.

Q. Okay. And you had had sex with the boyfriend before?

A. Yes.

Q. And so you went to the CART House and talked to Vicki, and did you tell her about those things?

A. I told her that he never touched me. I followed what he said, that he never touched me, that I was not a virgin. And I turned it all to J.S., Tammy's son. I turned the whole conversation around.

And I told her lies, that he didn't do anything, that he was a good dad, that he loved us.

Q. Okay. What was Tammy's health like at that time?

A. It wasn't very good. She had high blood pressure. She had this thing where her whole left side drooped and

she had to wear an eye patch to sleep.

And I was concerned that if I did tell them -- because I was scared of Brahim, for one, but also, who was going to pay her doctor bill? She would always come in there and tell him, "How am I going to pay this, these doctor bills?" Because she didn't have a job.

Q. Was that -- was her health something that the defendant spoke with you about?

A. No. For all he would tell me about, he never once mentioned her health. That was my concern --

Q. Okay.

A. -- was her health.

Q. So you lied to Vicki?

A. Yes.

Q. And what happened after that?

A. He went to go to the police station while Tammy and I waited in the car. And he said that -- he said he would never touch me and that it was disgusting to think of his daughter in that way.

The police just walked in there, asked him a couple of questions, walked out, came back, asked him if he would take a polygraph test.

Q. Okay. Let's stop there. And then did you mention -- ever tell your mom the truth about what happened?

A. I did.

Q. And when I say "your mom," I'm referring to --
A. -- Tammy.
Q. Tell me about when that was.
A. It was about six months before I came and told Vicki the truth.
Q. Okay.
A. Tell me about when you first told your mom the truth.
Q. Brahim was going through my backpack and found a love letter from my boyfriend at the time. It was two pages full of just reasons why he loved me.
And he was going to get me in trouble, because he always got jealous if a guy looked at me or talked to me.
Q. When you say "he," who are you speaking of?
A. The defendant.
Q. Brahim?
A. Yes.
Q. What were the rules in the house about notes like this and talking --
A. No boyfriends, no nothing.
Q. What about talking to boys?
A. Couldn't.
Q. Dating boys?
A. Not allowed.
Q. Okay. So he found this note in your backpack.
What happened next?

A. He -- Tammy was taking a nap. He said, "Go wake up your mother." And he was trying to get me in trouble with Tammy, because the more he got me in trouble with Tammy, the more he seemed like the good guy and the more I looked like a liar.

So, as soon as she woke up, I got my shoes on and I ran out the back door. I hopped a fence, went to Lakeview, an elementary school, and Skyview, a younger elementary school, where I went through the track to get to the other side of the neighborhood. I crossed the street where I knew that they couldn't see me and I went to my friend Brady Shatton's house.

Q. Okay. Now, before then, had you told your mom about what had happened?

A. No.

Q. When did you tell your mom what happened?

A. A few hours later.

Q. Okay.

A. I knew Tammy would come looking for me and she would always threaten to call the cops.

Q. Okay. So what happened then?

A. I said I had to go home because I was concerned. So I went back to 1200 Dawn Avenue, my home at the time, and Tammy and Brahim came through the door. And they got on to me, said that boys weren't allowed and I know this.

And they were just about to leave to go get pizza, and I turned to Brahim, I said, "You're lucky I don't tell her what you did," because he was always trying to make me seem like I wasn't trustworthy, that I was always doing something wrong.

And I really wanted to tell her, especially then. She came back around the corner and said, "Tell me what?"

I said, "You wouldn't believe me."

And she said, "Go ahead. Tell me what?"

Brahim then crossed the room and sat on the other couch, because I was sitting on the big couch. This time it moved against the wall.

And he said -- and she said, "Go ahead and tell me." And I told her, and I did use cuss words.

I said that "Your husband is an effing rapist." And I finally told her.

She said, "No, you're a liar."

And Brahim said, "Yeah, how could I be a rapist?" trying to be cocky about it. "How did I rape you?" still being cocky.

I told her that "He did rape me in my effing vagina," used that word, "and in my" -- and I used the a-word.

And she said, "Oh my God."

And then she pretty much called us both liars and then went to go get pizza.

She then left me in the car with Brahim, and he turned to me and said, "What about all the love I gave you?"

And I have repeated this line multiple times during the years that he did rape me. I said, "That's not love. That's rape."

I told him that many times.

He would still say, "What about all the love I gave you? What about the love we had?"

Q. So what happened after she returned from going inside to pick up the pizza?
A. He shut up. He didn't talk. He turned to the window and pretended like he didn't say anything.
Q. And this was in?
A. Yukon.
Q. And it was about October or so of 2018?
A. Around there, yeah.
Q. Okay. Did Tammy call the police?
A. No. It was around April, because I remember going to live with the (inaudible) family around April.
Q. Okay. Did --
A. No. It was around October, because it was six months later. Tammy never did anything in those six months.
Q. Okay. So did you try to bring it up with her again after that in that six-month period?
A. We did. Every time he was away, I would ask her, "Why

haven't we turned him into the police?"

She would say, "I'm going to suck that bastard for every penny that he has."

And I told her that it's not right, that we should just turn him into the police. And then she said that she didn't know if I was telling the truth or not. And then she called us both liars.

Q. Okay.

A. But when he was there, they were kissing, hugging, being intimate, and I had to go to her ex-husband's house to get away from Brahim. And sometimes he would still be there when her ex-husband dropped me off at the house, and I would have to block the door with the chair.

Q. What did you call her ex-husband?

A. Papa Ken, because she used to be our grandma and he used to be our grandpa.

Q. Though she wasn't your biological grandmother?

A. No.

Q. You were half-siblings to her biological grandchildren who became your adopted siblings; is that correct?

A. I hate to admit it, but, yes, we were half siblings.

Q. Now, you mentioned this went on for about six months.

What caused the renewal of the investigation in March? Or, as you mentioned, you think it was April of 2019.

A. So I got back from her ex's house, and he called to

check up on me.
Q. And that's Papa Ken?
A. Papa Ken, yes. And he called to check up on me, and Tammy threw a hissy fit, saying why didn't he call her, because he was just checking up on me, asking about dinner and whatnot. And she blew it out of proportion, telling him all of these lies about me, saying that when I went on a date that I was going on a date instead of asking. When I asked, she would get mad and tell me, "Do whatever the hell you want."
I would always ask her, but she kept telling him that I told her when I was going on a date, that I was a manipulative little bitch.
Q. Those were Tammy's words?
A. Yes.
Q. Okay. So what happened?
A. And she told me to get my shit -- and these are her exact words -- and get the hell out.
I tried to leave after that, following what she said. I told her, "Okay. I'll leave."
I packed up my stuff. I had my suitcase and a few bags packed. I got out the door, and she said, "D.S., no," and grabbed my suitcase. She pulled it back into the house and I took that chance to run.
The Shattons are the people I trust the most because

they have always treated me like family, and his mom used to be a schoolteacher and dealt with these kinds of things. She never pried, but she knew there were problems at my house.

But I decided that I was going to tell her because I trusted her. And all the other roads were too long and they were the closest house, so I went to the Shattons' house late at night, crying. Brady Shatton's dad, Joel Shatton, opened the door. And I told him, I said, "May I speak to your wife?" And he said, "Yes. Please come in."

So I stood there, and he walked into the bedroom, saying, "Shannon, you have a visitor."

And then Shannon Shatton, a woman that's always been like my mom, came out, and I was still crying, and I told her some of what happened. I didn't go into very much detail.

But Joel had friends in other departments, because, from my understanding, he worked as -- he busted drugs, but he had friends in departments for kids like me who have been raped and in dangerous houses.

Q. You say, Mr. Shatton, he was law enforcement?
A. Yes.
Q. And he would bust people with drugs?
A. From my understanding, yes.
Q. Okay. So is that where you stayed that night?

A. Yes, for a couple of nights. And --
Q. Go on.
A. His mom, she didn't think it was fair that I was sleeping on the couch, and she knew I deserved much better, so she kept asking me do I have any female friends that I could live with. I told her no. Until Aurora, my sister's friend, offered for me to stay with her.
Q. Now, you mentioned your trust for the Shattons, your close relationship with the Shattons.
What was it about that day in March or April of '19 where you felt you were able that day to tell them?
A. Because I didn't have any reliable people at my school that I could trust or that I thought I could trust, but I knew that I could trust the Shattons. But I wasn't able to go over there often because Tammy and Brahim didn't let us travel very far. To the park and back, or sometimes to Skyview and Lakeview if we're lucky.
Q. You mentioned about six months before that you had run to the Shattons' house.
Why didn't you feel able to tell them on that occasion?
A. It was for -- it was for my siblings, because I was afraid I was going to get separated. Because Shannon Shatton always told me by helping myself, I could help my siblings. And for the longest time, I thought if I helped

myself out of the situation that it was going to destroy the family, like Brahim said. And I should have told them then, but I didn't.

Q. Now, after you told the Shattons and you stayed there that night, what happened the next day?

A. We were driving home from school, and I saw Brahim's car, because we drove down a road, and I saw his car because it was straight down the road before we turned. And I turned to Shannon. I said, "She called my rapist instead of the police," because I was hoping she would call the police so that I could tell them.

But Joel, Mr. Shatton, that night took me to the police station where I told the police and I wrote a statement down.

Q. Okay. And then at some point did you return to the CART House across the street from here and talk to Vicki again?

A. Yes. After I moved in with the Rioses.

Q. And were you able to tell her at that point what had happened to you?

A. Yes.

Q. Do you recall how long that interview was?

A. Two hours.

Q. Did you tell Vicki the truth the second time you spoke with her?

A. Yes.
Q. Why was it that you were able to tell her the truth?
A. Because I was in a safer environment. I wasn't going back to that house where I knew he would be.
Q. Now, also at the CART House, did you undergo -- did you talk to a nurse or visit with a nurse there?
A. A nurse examined me, two of them.
Q. And what do you remember about that evaluation or examination?
A. Whenever they would use these little swabs, that it would really burn and really sting. I told them that they probably wouldn't find DNA because it's been so long. They said they were just checking for infection.
And I don't know what they said after, because they didn't really talk to me. They sent the video to the doctor.
Q. So were they taking video of you during that examination?
A. Yes.
Q. What part of you?
A. My private part.
Q. Okay. You mentioned staying -- after you came forward with this and told the Shattons, you've stayed at several different places; is that correct?
A. Yes, sir.

Q. How many different places have you stayed?
A. Two.
Q. You mentioned that one of the reasons you didn't come forward was you were afraid to lose your siblings?
A. Yes.
Q. Do you live with your siblings now?
A. No.
Q. What is your relationship with your siblings now?
A. They don't talk to me. [redacted] sent something on my -- she texted me on two different things. I posted on Instagram a picture of my birthdad, and she told us that we can go to hell. And then I texted her on Hangouts, Google Hangouts, and she said that I put her dad behind bars and that she never wants to see me again.
Q. [redacted], the person you've referred to as "Brahim" or "Paul Sims, Sr.," the person who you went to Morocco with two times and you described what he did to you, do you see him in the courtroom today?
A. Yes.
Q. Could you tell the jury where he is and what he's wearing?
A. He's wearing a blue shirt, glasses, and what looks to be a brownish-green suit. He's sitting to my right.
MR. EPPLIN: Your Honor, I would ask the record reflect identification.

THE COURT: The record will reflect that the witness has identified the defendant, Paul Sims.

MR. EPPLIN: Your Honor, I would pass the witness.

THE COURT: Okay. All right. Ladies and gentlemen, we're going to adjourn for the day.

If you-all could be back here at 8:50 and check in, we will try to get started right at 9:00. There will be coffee available in my jury room for those of you that want to have coffee before we get started.

Again, let me remind you of my admonition not to speak with anyone or allow anyone to speak to you about this case. I suspect, for those of you that live with somebody, when you get home you're going to be peppered with a lot of questions about what you heard today. Hold off for a couple more days. Okay?

I will see you tomorrow morning at 9:00. Be sure to wear your badges out to the car and put them on when you come back tomorrow morning. I will see you tomorrow.

*(Jury exits courtroom.)*

THE COURT: We are now outside the presence of the jurors.

Counsel, if there are any matters that you-all want to raise or discuss with me before we resume with the testimony of Ms. Sims, if you-all could be in the courtroom

at 20 till 9:00 tomorrow morning. Okay?

We'll be in recess until then.

*(Day One concluded. For further transcription, see Day Two.)*

* * * * * * * *

CERTIFICATE

STATE OF OKLAHOMA )
) SS.
COUNTY OF OKLAHOMA )

I, Julee Thummel, Certified Shorthand Reporter, within and for the State of Oklahoma, duly appointed and qualified reporter in the District Court of Canadian County, State of Oklahoma, do hereby certify that the foregoing transcript in the above case is a true, complete, and accurate transcript of my shorthand notes so taken on December 2, 2019, before Judge Paul Hesse.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 3rd day of March, 2020.

Julee Thummel, CSR #1834

Julee Thummel
State of Oklahoma
Certified Shorthand Reporter

My Certificate Expires 12/31/20

- . -

**.144** [1] 2:4
**.161** [1] 2:5
**.174** [1] 2:8

- 1 -

**10th** [1] 25:2
**12-year-old** [1] 23:14
**1200** [3] 175:15; 194:4; 224:23
**13-story** [1] 84:17
**14-year-old** [2] 6:10; 164:18
**15th** [5] 165:23; 178:13; 193:24; 197:25; 203:13
**16-year-old** [1] 169:7
**1834** [1] 236:20
**1984** [1] 68:6
**1999** [1] 42:12

- 2 -

**2001** [1] 174:20
**2009** [4] 102:20, 21; 175:21; 176:16
**2010** [1] 177:3
**2013** [1] 36:4
**2015** [1] 148:7
**2016** [6] 37:13; 165:22; 178:2, 10, 15; 193:25
**2017** [1] 37:13
**2018** [5] 7:14; 170:8, 10; 171:6; 226:15
**2019** [6] 1:14; 171:11; 175:14; 177:3; 227:24; 236:15
**2020** [1] 236:17
**2050** [1] 140:21
**2412** [1] 160:11
**25-year-old** [1] 23:15
**25th** [1] 5:10
**27th** [1] 4:7
**28-year-old** [1] 107:19
**29th** [2] 5:12; 6:1

- 5 -

**5,000** [1] 54:7

- 7 -

**73036** [1] 1:20
**73102** [1] 1:22

- A -

**a-word** [1] 225:22
**abandon** [1] 139:13
**ability** [14] 35:7, 18; 36:7; 37:3; 44:20; 45:8, 14; 46:12; 49:8; 60:17, 23; 61:3; 62:15; 150:12
**able** [22] 3:17; 55:23; 96:19; 97:15; 99:24; 130:2; 131:24; 132:1; 135:12; 140:22; 141:3; 158:13; 162:7; 181:18; 192:18; 195:17; 205:23; 230:11, 14, 20; 231:19; 232:2
**about** [254] 5:6, 18; 6:7, 19; 7:18; 11:22; 22:17; 26:11; 35:6; 36:6, 12, 14; 37:2, 16, 25; 38:7, 14; 39:6, 13; 41:23; 42:18, 20; 43:13, 25; 46:21; 48:17; 49:7, 23; 50:18; 55:12, 20; 56:16; 58:19; 59:9, 13; 60:12, 15, 22; 63:25; 64:17; 65:5, 18, 20, 21; 66:2; 67:2; 68:6, 17; 69:14, 16; 72:11; 74:20; 77:1, 14, 15; 78:10; 83:5; 85:10; 90:10, 11, 13; 92:7, 18, 21; 94:3, 5; 95:2; 96:1, 2, 21; 100:3, 5, 21, 22; 101:3; 102:7; 103:22; 108:11, 15, 17, 19; 109:13; 110:25; 111:1, 3, 6, 10, 17, 24; 112:1, 7, 9, 20; 113:21; 114:1, 9; 117:1, 7, 23, 25; 119:4; 122:15, 23; 123:16, 21; 124:20; 125:16; 126:20; 132:1, 12; 134:14, 18; 135:1, 20; 136:2; 137:3, 9, 21; 138:11; 140:1; 145:6; 147:22, 24; 150:11, 12, 22; 151:9; 153:16, 24; 155:9, 17; 156:22; 157:6, 7; 158:7, 18; 159:11; 161:25; 162:1, 8, 13, 15, 22; 164:3, 5, 12, 15, 16, 18, 19, 20, 23, 24; 165:10, 15, 23; 166:2, 20; 167:2, 18; 168:2, 3; 169:6, 9, 11, 12, 13, 21, 23, 25; 170:20, 22; 171:11, 24; 172:3, 8, 9, 19, 23, 25; 179:5; 180:18; 184:14; 186:23; 187:1; 191:15; 193:14, 17, 19; 194:13; 195:15, 16, 17; 196:24; 197:1, 3, 4, 24; 198:3, 19; 199:13, 15, 17; 200:12; 201:14; 202:13, 14, 17; 203:3, 23; 204:10, 17; 205:3; 206:8; 208:8; 211:20; 212:19; 213:3; 214:13; 216:16; 217:17; 218:8, 11, 19, 22; 221:16; 222:8, 9, 24; 223:3, 4, 7, 17, 20; 224:13; 225:1, 19; 226:2, 7, 8, 15; 227:22; 228:5, 7; 230:10, 18; 232:8; 234:12, 15
**above** [1] 236:13
**Absolutely** [3] 85:1; 108:2; 113:7
**absolutely** [1] 112:23
**Abuse** [5] 8:22; 37:11; 54:6, 10; 134:22
**abuse** [20] 43:12, 17; 60:25; 93:18, 21; 95:2, 5; 97:2; 98:24, 25; 125:24; 129:13; 130:13; 139:18; 164:14; 165:3, 20;

169:11; 172:15, 21
abused [3] 39:18; 46:21, 22
academy [1] 94:5
accept [8] 54:24; 99:3, 10, 13, 15, 24; 119:25; 120:3
accepted [1] 217:22
accident [1] 153:3
accompany [1] 179:2
accomplish [1] 100:16
accomplished [2] 99:7; 100:7
accordance [1] 54:11
account [2] 106:22; 127:5
accurate [1] 236:13
accurately [1] 3:24
accusations [1] 126:3
accusatory [1] 52:2
accused [6] 49:16; 59:11, 19; 135:10; 136:10; 152:11
accusers [1] 112:17
acing [1] 101:6
acknowledge [1] 168:13
acquaintances [1] 33:19
across [9] 121:12; 161:24; 167:16; 168:17; 171:23; 184:11; 205:10; 220:19; 231:16
action [2] 75:13; 178:25
actions [2] 131:3; 135:24
active [2] 6:8; 7:14
activities [2] 6:21; 7:9
activity [2] 6:10; 7:17
acts [1] 167:23
Actually [1] 82:11
actually [22] 26:11; 36:21; 46:23; 48:6; 66:15; 71:5; 77:8; 85:19; 89:23; 90:25; 102:9; 103:12; 112:12; 123:23; 125:8; 139:19; 187:7; 190:19; 199:1; 201:10; 202:24; 206:15
address [4] 159:22; 179:23; 194:5; 203:6
addressed [1] 47:7
Adilia [2] 13:4; 22:23
adjourn [1] 234:6
Administration [1] 90:22
administration [4] 10:23; 82:6; 83:2, 3
administrative [3] 18:17; 19:4; 26:6
admissibility [1] 160:8
admissible [2] 132:22; 154:25
admit [3] 6:15; 126:3; 227:21
admitting [1] 25:9
admonition [2] 196:25; 234:11
adopt [3] 83:15; 176:13, 15
adopted [10] 58:18; 61:8; 62:10; 83:7; 90:5, 17, 19; 176:19, 24; 227:20
adoption [1] 83:8
adult [2] 40:18; 171:3
advanced [1] 22:15
adventurous [1] 95:14
advised [1] 61:18
affairs [1] 62:21
affect [13] 37:3; 38:11; 43:3, 12; 45:8; 46:12; 49:8; 60:16, 22; 61:2; 68:18; 77:20; 85:11
affected [1] 194:22
affiliated [1] 28:24
affirmative [1] 97:6
afraid [9] 117:11; 126:8; 168:25; 188:25; 208:13; 209:6; 219:5; 230:23; 233:4
After [3] 185:9; 186:14; 231:18
after [38] 42:12; 51:1; 52:19; 63:11; 90:22; 124:21; 132:7, 8; 143:16; 144:1; 160:14; 165:16; 171:2; 174:11; 189:3; 192:21; 196:2, 3; 198:6; 199:11, 15; 200:24; 201:6;
207:1; 211:15, 23; 212:5; 216:3, 15; 218:24; 219:22; 222:15; 226:9, 24; 228:19; 231:4; 232:14, 22
afternoon [7] 64:20; 145:2; 148:21, 22; 158:4; 173:24; 196:21
afternoons [1] 57:7
Again [5] 17:20; 59:6; 62:19; 163:10; 234:11
again [35] 12:19; 16:4; 28:23; 34:24; 45:6; 72:19; 92:19; 96:3; 114:16; 124:7; 158:4, 22; 160:2; 161:22; 163:12, 13, 14; 167:20; 168:3; 172:3; 187:3, 5; 189:1; 192:8; 202:13; 209:25; 217:18; 219:16, 23; 220:6; 226:23; 231:17; 233:14
against [11] 7:6, 15; 9:10; 46:2; 52:4; 62:9; 126:4; 138:5; 139:19; 153:6; 225:12
agency [3] 28:25; 29:19; 41:11
agent [1] 162:3
agree [32] 6:8; 11:11; 93:22; 97:21, 24; 98:10, 12; 102:24; 103:24; 106:24; 112:18, 21;

114:8; 116:1; 117:5, 16; 121:7; 123:4; 126:9, 22; 127:15; 128:18, 21, 25; 129:3; 131:8; 137:14; 139:11; 140:15, 25
**ahead** [13] 45:22; 134:7; 142:18; 148:5; 158:24; 160:22; 166:8; 174:8; 196:20, 22; 197:23; 225:9, 13
**airport** [1] 33:4
**Albany** [4] 29:22, 23; 71:13, 14
**allegations** [3] 7:15, 18; 100:4
**alleged** [9] 7:18, 20; 8:1; 37:10, 14; 44:6; 90:14; 135:24
**allegedly** [2] 6:12; 37:12
**alleging** [1] 172:14
**ALLEN** [14] 14:10; 21:11; 73:25; 74:3, 5, 8, 12, 15; 99:11; 120:19, 24; 130:9, 15, 20
**Allen** [11] 13:3; 14:9; 21:10, 12; 73:24; 99:3, 6; 120:14; 130:7; 141:16; 142:23
**allow** [5] 55:21; 104:14; 160:12; 197:1; 234:12
**allowed** [5] 12:8; 119:10; 170:19; 223:23; 224:25
**Almost** [1] 182:6
**almost** [3] 55:20; 167:3; 184:12
**alone** [2] 164:11; 170:14
**Along** [1] 129:2
**along** [6] 100:16; 107:17, 21; 115:9; 130:17; 189:24
**already** [14] 17:7; 64:18; 65:13; 66:2; 113:25; 117:7, 12; 134:21, 25; 147:15; 198:10; 212:6; 221:8
**Also** [3] 3:7; 157:7; 160:10
**also** [44] 9:25; 25:19; 26:16; 29:3, 21; 30:9; 34:8; 35:13; 40:20; 50:13; 51:5; 53:6; 54:21; 56:10, 13; 64:23; 65:13; 67:21; 69:14; 71:11; 73:4; 79:22; 81:20; 82:24; 83:19; 89:19, 25; 90:8; 94:5; 96:2; 102:12; 129:3; 140:6; 152:25; 158:18; 169:9; 177:9; 179:3; 181:9; 192:2; 195:7; 222:3; 232:5
**Alternate** [1] 156:18
**alternate** [29] 2:4; 139:2; 143:19; 146:5, 8, 11, 15, 19, 23; 147:2, 5, 8, 12, 17; 150:23; 151:10, 14; 153:21, 25; 154:4, 11, 21; 155:2, 6, 10, 18, 22; 156:1; 197:18
**alternative** [1] 20:9
**although** [2] 151:10; 170:4
**Alumi** [1] 17:7
**always** [36] 64:5; 86:1; 90:12; 94:15, 21; 98:14; 102:14; 104:9; 107:6, 16; 114:19, 21; 116:9; 119:4; 123:7; 124:11; 125:21; 132:6; 137:21; 157:1; 193:15, 16; 196:6; 211:5, 6, 25; 212:2; 222:4; 223:12; 224:20; 225:3, 4; 228:11; 229:1, 13; 230:24
**Amanda** [1] 64:1
**Amended** [4] 4:8, 10, 16; 134:23
**amendments** [1] 120:9
**America** [1] 128:9
**American** [1] 101:23
**Amund** [2] 13:1; 18:14
**anal** [1] 165:13
**anally** [2] 100:7; 167:10
**analyze** [1] 109:25
**Andrew** [2] 19:20; 40:17
**anesthetic** [2] 161:18; 163:13
**angle** [1] 206:11
**angles** [1] 121:20
**angry** [1] 189:13
**animal** [2] 72:25
**animals** [1] 180:11
**Anita** [2] 13:1; 19:2
**ankle** [1] 185:15
**ankles** [1] 185:12
**announce** [1] 57:17
**Another** [2] 54:3; 118:19
**another** [20] 12:10; 27:14; 31:4; 40:6; 57:13; 94:13; 99:19; 131:3, 17; 144:24; 157:19; 167:1; 171:13; 176:3, 5; 179:7, 11; 197:2; 219:8
**answer** [36] 11:1, 6, 7; 14:6; 15:19; 52:23; 53:18; 54:12; 55:7, 10; 97:10; 98:13; 110:22; 129:1; 143:12; 146:5, 8, 11, 15, 19, 23; 147:2, 5, 8, 12, 17; 153:21, 25; 154:4, 21; 155:10, 18, 22; 156:1; 211:2
**answering** [2] 63:24; 101:25
**answers** [3] 14:1; 134:21; 167:14
**anticipate** [4] 17:6; 98:23; 101:2; 131:22
**anticipated** [1] 28:1
**anticipating** [2] 6:2; 41:3
**anus** [5] 100:7, 15; 190:20; 202:25; 206:16

**Anybody** [12] 11:6; 31:6; 34:17; 48:13; 50:9; 101:23; 107:3; 115:3; 117:20, 21; 124:17; 143:12
**anybody** [29] 28:5, 11; 44:19; 59:18; 64:20; 87:9; 93:24; 98:1; 100:17; 101:22; 102:4; 104:17; 107:2; 110:14; 120:5; 122:4, 9, 12; 126:25; 127:17, 21; 129:7; 131:16; 132:13; 133:17, 19; 196:25; 214:5
**anymore** [4] 24:3; 82:17; 84:16; 149:25
**Anyone** [5] 34:5; 49:13; 50:14; 51:9; 131:1
**anyone** [31] 14:7; 27:11; 37:7, 17; 52:24; 53:19; 54:13; 59:3; 88:8; 92:24; 99:21, 23; 100:6, 8; 113:8; 127:6; 130:22; 134:24; 138:4; 139:16; 150:5; 165:17; 179:2; 180:25; 190:25; 194:13; 197:1; 200:15; 218:8; 234:12
**Anything** [13] 8:6, 8; 22:18; 35:6; 36:6; 37:2; 49:7; 56:20; 59:13; 62:13; 78:11; 147:24; 155:8
**anything** [36] 21:23; 36:14; 42:20; 43:25; 46:21; 60:21; 65:12; 81:15; 97:12; 110:14; 132:6; 138:6; 150:11, 21; 152:3, 23; 170:24; 172:16; 183:5; 185:10; 187:12; 189:12, 21; 192:3; 193:19; 195:16; 198:6; 202:6; 206:21; 207:22; 209:10, 12; 221:5, 21; 226:12, 22
**Anyway** [1] 91:4
**anyway** [3] 78:8; 103:20; 114:22
**anywhere** [2] 190:14; 199:6
**apart** [3] 192:20; 202:2; 208:3
**apologize** [1] 192:5
**apologized** [1] 206:20
**Apparently** [1] 140:18
**apparently** [3] 6:11; 163:7; 165:9
**appear** [1] 63:22
**APPEARANCES** [1] 1:19
**appearing** [2] 1:20, 22
**appears** [3] 3:2, 3; 4:3
**applicable** [1] 10:12
**applied** [1] 85:24
**apply** [3] 139:7; 154:3; 220:4
**appointed** [1] 236:10
**appreciate** [3] 67:19; 69:25; 178:23
**approach** [3] 11:11; 65:14, 23
**approached** [2] 39:12; 144:11
**approaching** [1] 177:3
**approximately** [1] 134:3
**April** [7] 25:1; 36:5; 81:7; 226:18, 19; 227:24; 230:10
**Arabic** [6] 3:18, 25; 4:3; 216:11; 217:13
**Ardmore** [1] 16:18
**area** [8] 158:19; 172:17; 175:12, 13; 193:12; 199:1; 208:20; 218:3
**areas** [3] 198:25; 207:9; 208:19
**arena** [1] 25:21
**argue** [1] 108:24
**armrest** [1] 216:18
**arms** [7] 162:2; 163:12; 192:25; 200:5; 207:16, 19; 219:14
**Army** [3] 87:13, 14, 19
**Arney** [1] 76:21
**Around** [3] 176:16; 203:22; 226:16
**around** [32] 7:2; 36:2; 63:13; 64:25; 82:19; 125:6; 158:3, 4, 21; 170:4; 185:15, 16; 190:18; 193:12; 198:13; 200:4, 9; 201:4, 15; 202:10; 206:13; 207:16; 211:12; 214:19, 25; 215:12; 216:23; 221:20; 225:7; 226:18, 19, 21
**arrangements** [2] 164:5; 182:4
**arrest** [2] 115:15, 17
**arrested** [1] 115:17
**arrived** [1] 171:18
**ascertain** [1] 63:2
**ashamed** [2] 126:2, 20
**Asheville** [1] 114:4
**aside** [9] 62:22; 98:4; 99:22; 100:9, 19; 108:25; 124:7; 155:21; 221:6
**asked** [13] 11:1; 14:1; 17:20; 47:4; 111:1, 12; 117:6; 136:25; 137:1; 150:16; 222:20, 21; 228:9
**asking** [11] 17:15; 110:13, 21; 111:14, 17; 112:1; 139:13; 175:8; 228:5, 8; 230:5
**asleep** [7] 105:18; 183:17, 18; 198:10, 12, 24; 199:16
**Assault** [1] 36:13
**assault** [3] 35:5; 45:1; 47:23
**assaulted** [1] 148:8
**assess** [2] 54:5, 10

**assignment** [1] 167:5
**Assistant** [2] 1:20; 9:6
**assistant** [7] 15:16; 18:17; 19:4; 21:2; 57:22; 63:16; 72:22
**assistants** [1] 72:21
**associate's** [2] 85:20, 25
**assume** [2] 38:8; 112:14
**assure** [2] 63:3; 64:25
**atmosphere** [1] 7:5
**attached** [1] 185:11
**attacked** [1] 45:20
**attempt** [2] 131:13; 181:16
**attempted** [3] 78:16; 191:12; 192:16
**attempting** [1] 17:12
**attempts** [2] 7:3; 192:24
**attend** [1] 68:15
**attention** [4] 73:13; 112:15; 193:21; 217:12
**attitude** [1] 63:2
**Attorney** [5] 1:20, 22; 9:6; 63:18, 19
**attorney** [20] 3:3; 9:1; 10:18, 19; 15:15, 16, 23; 17:16, 17; 57:23, 25; 61:18; 62:18; 63:5, 16; 90:5, 21; 134:13; 160:25
**attorney's** [8] 8:21; 52:2, 8; 62:2, 7, 9; 136:22; 152:9
**attorneys** [16] 4:25; 8:3; 10:24; 11:2; 55:13, 22; 57:4, 17; 133:25; 141:7; 144:5; 150:17; 153:15; 157:8, 14; 197:7
**auditor** [1] 23:14
**aunt** [2] 84:10; 182:20
**aunts** [2] 182:18, 19
**Aurora** [1] 230:6
**Austin** [2] 13:3; 22:1
**autistic** [1] 107:19
**auto** [4] 60:1, 2, 3, 4
**AUTRY** [18] 148:22, 25; 149:4, 7, 9, 11, 14, 17, 19, 21, 24; 150:4, 14, 19; 151:2; 152:13, 17, 19
**Autry** [7] 148:20, 23; 149:1; 150:10; 151:1; 156:8, 12
**auxiliary** [1] 34:10
**available** [1] 234:9
**Avenue** [8] 175:15, 20, 24; 194:4; 198:19; 203:6; 220:9; 224:23
**awake** [2] 199:14; 218:1
**aware** [1] 92:16
**away** [15] 7:5; 45:21; 56:1; 58:20; 91:4; 113:19; 115:24; 162:2; 190:8; 200:7; 206:18; 212:22; 214:20; 226:25; 227:11
**axiom** [1] 131:8

- B -

**baby** [4] 25:19; 185:5, 9; 209:10
**bachelor's** [8] 50:13, 16; 70:8; 82:5; 85:21, 24; 89:20, 22
**Back** [2] 150:10; 177:3
**back** [96] 7:3; 12:17, 18; 13:24; 31:7; 34:8, 10; 36:1; 39:8; 44:16; 55:21; 56:6, 15, 21; 57:1; 72:6; 80:9, 11; 89:25; 96:6; 98:16; 103:18; 105:13; 113:11; 116:9; 128:2; 132:8; 135:9, 12, 14; 143:6, 7, 18; 152:3; 157:11; 158:6, 14; 159:6, 10, 15, 17, 19, 22; 162:1; 163:11; 164:16; 165:24; 166:3, 4, 7; 168:2; 171:23; 174:6; 182:9; 183:22; 190:9; 196:23, 24; 197:10, 18, 25; 199:11; 200:11; 201:4; 202:8, 11, 22; 206:2; 207:16; 209:5, 9, 11, 20, 23; 211:18; 212:11; 214:3; 216:4, 5; 219:7; 220:14, 24; 222:21; 224:7, 23; 225:7; 227:25; 228:23; 230:16; 232:4; 234:7, 19
**background** [3] 68:4; 86:21; 91:17
**backpack** [3] 170:1; 223:8, 24
**badge** [9] 15:6; 38:16; 40:1; 41:15; 57:10; 142:20; 144:22; 148:15; 156:14
**badges** [6] 55:24; 56:8; 157:3, 9, 19; 234:18
**bags** [2] 171:18; 228:22
**BAILIFF** [1] 160:17
**bailiff** [3] 4:23; 9:22; 159:9
**bailiff's** [1] 157:23
**balance** [2] 89:7; 204:22
**ballistic** [1] 162:16
**bank** [1] 19:21
**banking** [1] 75:2
**Baptist** [2] 24:24; 26:13
**Barbara** [2] 13:3; 21:16
**bars** [2] 95:17; 233:13
**Barton** [1] 33:6
**based** [7] 5:24; 6:5; 47:11; 66:1; 136:25; 139:8; 141:1
**Basically** [1] 103:5
**basically** [3] 26:15; 48:11; 113:19
**basis** [1] 123:3
**basketball** [4] 22:6; 23:19, 20; 76:11

**bastard** [1] 227:2
**bathroom** [1] 158:8
**bathrooms** [2] 56:8, 10
**BAUGH** [20] 20:23, 25; 21:6, 8; 72:15, 18, 20, 23; 73:1, 6, 9, 12, 15, 18, 20, 22; 97:17, 20; 120:4; 133:16
**Baugh** [8] 13:3; 20:22, 24, 25; 72:13; 97:12; 120:2; 133:15
**beach** [2] 188:19, 22
**beat** [1] 196:7
**became** [3] 33:14; 90:21; 227:20
**Because** [19] 62:7; 106:20; 112:14; 129:9; 136:12; 137:23; 151:9; 191:4; 199:14; 201:24; 203:19; 204:23; 210:23; 212:3; 220:24; 222:6; 230:12, 23; 232:3
**because** [95] 21:2; 43:13; 46:16; 53:20, 21; 62:10; 65:3, 4; 72:4; 94:17, 24; 104:21; 107:7; 115:10, 18, 22; 116:11, 19, 23; 117:11; 127:9; 132:16; 134:16; 136:9; 138:10, 14; 140:3, 21; 158:11; 165:22; 166:7; 167:25; 187:18; 189:3; 191:7; 194:16, 19, 20; 198:9; 199:14; 200:1, 2, 9; 201:5, 13; 204:14, 15; 205:2, 3; 206:1; 207:19; 208:12; 209:10, 12, 25; 210:25; 211:4, 9, 10, 16, 18, 24, 25; 213:5; 214:13; 215:3; 216:17; 217:12, 19; 219:3, 4, 18; 221:5; 222:2; 223:11; 224:3, 22; 225:3, 11; 226:18, 21; 227:15; 228:5, 25; 229:5, 17; 230:15, 22; 231:7, 8, 10; 232:12, 14
**Beckham** [1] 153:11
**Becky** [1] 36:5
**bedroom** [16] 165:5; 167:20; 182:20, 24; 183:5, 9; 184:7; 199:18, 20, 23, 25; 200:3; 202:6; 203:9; 204:7; 229:11
**bedrooms** [3] 164:11; 182:10, 14
**beds** [1] 183:23
**been** [60] 6:20, 24; 7:14; 8:17; 10:15; 14:25; 35:13, 14; 36:17, 20; 37:12; 47:23; 48:17; 49:15; 52:4, 7, 12; 53:20; 55:11; 59:19, 21; 61:14; 67:14; 68:7; 69:19; 74:13, 20; 92:10; 108:15; 114:10; 116:2; 134:13; 140:19; 145:23; 150:16; 151:17, 19; 152:11; 160:11; 166:5; 167:5; 168:23; 173:6; 174:11; 175:4, 11; 178:18; 179:9; 183:13; 196:6; 200:21; 210:4; 211:21; 213:6; 214:13; 215:4; 229:13, 20; 232:12
**BEFORE** [1] 1:15
**Before** [3] 9:16; 18:5; 203:12
**before** [52] 3:14; 4:21; 7:14; 24:24; 34:20; 42:11; 43:16; 48:6; 49:25; 51:24; 56:20; 60:6; 69:4; 77:11; 79:10; 91:10; 102:16; 103:25; 104:24; 113:9; 115:19; 117:21; 119:6; 123:2; 146:22; 150:3; 155:25; 157:12; 158:1, 23; 159:22; 160:3; 162:9; 163:5; 178:15, 18; 179:9, 21; 197:10; 215:1; 218:4, 8; 221:9, 13; 223:4; 224:13; 230:18; 231:8; 234:10, 24; 236:15
**began** [1] 164:14
**begin** [2] 12:11; 134:9
**beginning** [1] 168:1
**BEHALF** [1] 2:7
**behalf** [2] 1:20, 23
**behavior** [2] 160:9, 13
**behind** [4] 151:7, 12; 157:21; 233:13
**being** [30] 6:7; 7:16; 12:8; 35:15; 44:24; 46:21, 24; 47:4, 13; 58:20; 63:13; 68:25; 70:21; 109:7; 117:12; 120:15; 136:9; 153:17; 155:5; 160:10; 168:25; 195:17; 200:13; 205:15, 17, 19, 23; 212:20; 225:20; 227:10
**belief** [2] 140:9, 10
**believable** [4] 137:23, 25
**believe** [42] 3:17; 5:17, 20; 6:6, 8, 10, 13; 7:10, 12, 22; 34:3; 37:17; 47:10; 64:19; 67:1; 69:15; 72:17; 77:5; 89:19; 98:1; 100:6; 114:12; 116:5; 124:1; 129:17; 134:23; 135:8; 139:20; 140:8; 144:12, 13; 154:2; 156:23; 164:5; 181:6; 196:5; 200:20; 217:11; 225:8
**believes** [2] 37:17; 138:5
**belongings** [1] 12:15

**bench** [12] 38:5; 39:10, 12; 43:9; 46:19; 48:2; 55:1; 65:14; 134:2; 141:9; 144:9; 156:6
**besides** [2] 180:25; 212:17
**best** [12] 17:14, 18; 27:20; 31:2; 32:1; 69:24; 76:16; 94:7; 124:23; 127:19; 130:18; 164:9
**Bethany** [2] 24:2; 31:10
**better** [7] 42:6; 75:20; 124:24; 138:14, 22; 151:9; 230:4
**between** [8] 4:2; 37:12; 82:15; 120:22; 138:12; 162:13; 202:1; 205:15
**Beyond** [3] 118:13, 15; 119:24
**beyond** [47] 9:13; 47:9; 52:21; 53:7, 9, 12, 15, 24; 54:9; 118:23; 119:4, 9, 12, 15, 18, 19; 120:6, 10, 15, 22, 23; 121:3, 8, 9, 12, 14, 20; 122:6, 7, 8, 10; 128:3; 129:25; 132:21; 133:8, 10, 18, 20; 135:6, 12, 16; 137:6, 10; 153:19; 154:7; 155:5
**bias** [8] 11:13; 128:13; 138:15, 17, 20; 155:17, 20
**bicycle** [1] 33:5
**bigger** [1] 70:25
**biggest** [2] 93:1; 149:2
**Bill** [1] 22:23
**bill** [2] 120:8; 222:4
**bills** [2] 195:17; 222:5
**biological** [2] 227:17, 19
**biologically** [2] 83:9; 176:17
**birth** [2] 40:19; 69:3
**birthdad** [1] 233:11
**birthday** [6] 165:23; 174:19; 178:13; 193:24; 197:25; 203:14
**bitch** [1] 228:13
**bite** [1] 208:2
**biting** [2] 165:12; 166:2
**bitty** [1] 96:10
**Black** [1] 109:22
**black** [1] 189:10
**black-and-white** [1] 134:16
**blame** [1] 208:11
**blanket** [1] 184:22
**blew** [1] 228:6
**blizzard** [1] 102:19
**block** [2] 78:17; 227:13
**blocking** [1] 202:7
**blood** [2] 219:4; 221:24
**blue** [2] 174:3; 233:22
**Boan** [3] 16:16; 161:24; 167:16
**board** [1] 24:14
**Body** [1] 108:10
**body** [6] 108:11; 110:20; 111:24; 155:1; 165:1; 192:20
**book** [1] 93:20
**born** [4] 42:13; 175:6, 9; 218:2
**boss** [1] 63:17
**Both** [7] 11:10; 22:8, 9, 10; 64:15; 137:14; 181:6
**both** [23] 3:18; 12:4; 18:3; 36:8; 37:18; 39:18; 42:22; 45:14; 59:15; 73:1; 89:6; 109:3; 110:15; 116:21; 129:16; 138:22; 147:25; 154:24; 166:17; 187:19; 208:9; 225:24; 227:7
**bother** [1] 111:10
**bottling** [1] 146:1
**bottom** [3] 97:3; 110:3; 198:17
**bought** [3] 210:10, 16, 17
**boyfriend** [3] 221:11, 13; 223:9
**boyfriends** [1] 223:19
**boys** [10] 6:24; 7:6, 10; 169:19, 23; 170:7; 212:4; 223:20, 22; 224:25
**Brady** [2] 224:12; 229:8
**Brahim** [52] 161:14; 163:21; 168:6; 176:1, 2; 177:1, 9; 179:3, 15; 181:1, 17; 182:9, 23; 183:6; 184:5, 21; 191:13; 193:8, 17; 194:10; 195:2; 204:2, 4; 208:5; 209:20, 23; 212:12; 213:12; 214:12, 15, 19, 25; 216:11, 22; 217:17, 21; 218:9, 13; 219:4; 221:4; 222:3; 223:8, 15; 224:24; 225:2, 10, 18; 226:1; 227:11; 230:15; 231:2; 233:15
**Brahim's** [7] 177:4; 180:1; 207:4; 210:6; 213:2; 215:9; 231:6
**branch** [4] 86:23; 87:12, 18, 24
**Brandon** [1] 34:2
**breadwinner** [2] 169:1, 3
**break** [11] 55:21; 57:5; 75:22; 144:10; 156:21; 158:3, 4, 8, 21, 24; 196:23
**breaks** [3] 64:18; 157:20; 158:1
**breast** [2] 207:25; 208:2
**breasts** [5] 165:12; 190:24; 198:25; 199:2, 19
**breeze** [1] 215:24
**Brenda** [1] 58:10
**briefly** [2] 5:15; 203:12
**Bring** [1] 12:14
**bring** [7] 56:6; 69:16; 111:4; 116:9; 160:18; 183:10; 226:23

**bringing** [2] 95:24; 195:4
**broader** [1] 111:21
**broken** [1] 151:20
**Bronx** [2] 35:24; 70:22
**brother** [6] 32:22; 43:10; 176:9; 182:16; 189:23, 24
**brother-in-law** [1] 33:13
**brothers** [3] 181:7; 194:21; 212:6
**brought** [8] 7:3; 9:4, 10; 46:2; 52:4; 112:15; 159:8; 168:3
**BROWN** [26] 14:16, 18, 21, 23; 15:8; 25:17; 33:11; 49:22; 50:1; 51:22; 86:11, 13, 17, 19, 22, 24; 87:4, 7; 115:14, 22; 116:4; 122:3; 128:1, 6, 11, 17
**Brown** [22] 13:9, 10; 14:15; 15:2; 16:19; 25:16, 18; 33:10, 12; 49:21; 51:20; 86:10; 115:12; 122:2; 127:23; 128:7; 143:5; 172:10, 11, 15, 19
**brown** [1] 105:10
**brownish-green** [1] 233:23
**Brugh** [5] 16:13; 28:3, 5; 65:1; 167:12
**bruised** [1] 207:19
**bruises** [1] 191:17
**Bryan** [1] 36:5
**buddies** [1] 25:23
**Buffalo** [1] 29:22
**building** [1] 59:7
**Bull** [1] 123:20
**bunch** [3] 63:12; 107:7; 137:14
**bunk** [5] 198:9, 15, 17, 18
**Burden** [1] 118:6
**burden** [20] 9:11; 47:8; 53:7, 8, 23; 54:20; 60:10, 19; 118:1; 119:8, 9, 13; 121:15; 122:6; 128:9; 135:5, 11; 153:18; 155:4
**burn** [2] 193:15; 232:11
**burned** [1] 187:11
**Business** [1] 76:4
**business** [2] 26:18; 67:24
**businesses** [1] 26:17
**bust** [1] 229:23
**busted** [1] 229:18
**busy** [1] 26:19
**butt** [14] 167:8, 9; 190:17; 199:7; 202:9, 11, 17, 18, 21; 204:18, 19; 205:20; 206:14; 208:19
**butthole** [3] 190:19; 202:24; 206:16
**buttocks** [2] 164:17; 199:19

- C -

**cabinet** [1] 220:3
**Call** [2] 39:18; 163:18
**call** [61] 4:21, 23; 8:11; 12:12, 24; 16:10; 17:3; 38:21; 40:5; 56:7, 15, 20, 25; 57:13; 63:11; 84:18; 99:1; 102:3; 105:13; 142:17; 143:18, 22; 144:2, 24; 148:18; 159:7, 22; 162:8, 17, 18, 21, 22, 23; 163:4; 167:16; 168:5, 11, 13; 170:24, 25; 173:19; 177:6; 179:24; 182:19; 196:8; 197:10, 14; 211:16, 17; 212:12; 215:1; 216:1; 220:13, 24; 224:20; 226:17; 227:14; 228:4; 231:10
**Called** [1] 174:11
**called** [29] 8:17; 9:23; 12:13, 16; 16:11; 17:4; 28:1; 35:14; 57:18; 89:24; 142:18; 146:14; 149:13; 162:17, 21; 171:15; 172:6; 173:1; 186:17; 211:18; 214:22; 215:8; 220:20; 225:24; 227:7, 25; 228:3; 231:9
**calling** [6] 6:25; 14:2; 17:6; 121:25; 185:23; 216:14
**calls** [1] 173:21
**came** [24] 82:7; 83:8; 115:19; 123:9; 170:22; 196:6; 201:17, 21; 202:7; 204:14; 205:14; 206:10; 211:21, 24; 212:4; 213:4; 218:16, 17; 222:21; 223:4; 224:24; 225:7; 229:14; 232:22
**camera** [1] 121:20
**camping** [1] 26:20
**can't** [16] 6:9; 35:15; 65:10; 73:5; 96:21; 98:3, 4; 103:12; 104:5; 119:1; 120:19; 122:5; 132:7; 133:21; 169:4; 208:21
**CANADIAN** [1] 1:1
**Canadian** [26] 8:15; 14:5, 7, 13; 15:12, 16; 33:7; 35:13; 40:10; 61:21; 63:17, 19; 64:24; 68:8; 73:5; 74:20, 24; 79:23; 106:23; 107:5; 147:10; 167:21, 22, 24; 175:18; 236:11
**canceled** [1] 105:3
**cannot** [7] 38:15; 39:14, 18; 62:22; 99:21; 135:8; 139:7
**capacity** [1] 114:6
**captain** [1] 32:20
**card** [1] 24:14
**Care** [1] 40:23
**care** [6] 58:18; 83:15; 84:25; 85:9; 143:17; 193:18

career [2] 72:20; 88:2
careers [1] 24:24
carefully [1] 25:14
Carol [1] 26:12
Carolina [3] 30:6; 71:10; 114:4
CARRILLO [10] 23:25; 31:16, 20, 23; 81:24; 82:5, 11, 16, 20; 110:7
Carrillo [8] 13:5; 23:24; 24:1; 31:15; 81:23; 110:6; 142:7; 143:2
carry [2] 138:15, 20
CART [13] 7:13; 16:16, 19; 161:24; 167:17; 168:17; 171:23; 172:5; 220:20; 221:15; 231:16; 232:5
cartoons [1] 75:12
Case [1] 1:5
case [116] 3:1; 5:2; 7:2, 24; 8:18, 19; 9:5, 9; 10:4, 12; 11:11, 17, 19, 20, 22, 23; 12:1, 2, 9, 10, 23; 13:16; 14:1, 2; 16:4, 11; 17:14, 19; 18:2, 6; 24:23; 30:18; 35:3, 5, 8, 16, 24; 36:8, 13, 15, 25; 37:4, 14, 17; 38:7; 39:13; 42:13, 18; 43:3, 12; 44:21; 45:9; 46:12; 49:9; 52:1; 53:13; 54:8, 23; 55:15; 59:9; 60:17, 23; 61:3; 62:10, 22; 63:21; 66:6, 12; 68:8, 18, 25; 71:6; 73:5, 8; 85:11; 92:15, 23; 93:3, 25; 95:25; 99:24; 100:4; 104:5; 114:3; 116:15; 118:3; 119:14; 130:12; 132:21, 24; 133:18; 134:15; 135:6, 7, 16, 24; 136:19, 20; 137:7; 139:15; 144:12, 13; 147:22, 24; 150:11; 151:11; 154:3; 156:23; 161:7; 197:1, 3; 234:13; 236:13
cases [5] 29:12; 62:2; 85:3; 122:23; 134:15
Cash [2] 163:11; 217:22
cash [1] 217:22
Cassidee [2] 13:2; 20:25
catch [1] 19:24
caught [2] 121:19; 213:19
cause [5] 5:4; 12:3; 62:23; 133:24; 155:13
caused [3] 184:20; 219:9; 227:23
cement [2] 180:3; 215:13
Center [5] 20:9; 26:16; 41:16, 20; 172:20
center [2] 61:24; 83:6
Central [1] 40:22
certain [5] 65:15, 19; 94:10, 11; 120:20
Certainly [2] 98:15; 119:21
certainly [3] 34:11; 98:19
Certified [1] 236:9
certify [1] 236:12
CF-2019-188 [2] 1:5; 3:1
chair [4] 111:25; 174:3; 207:6; 227:13
chairs [1] 12:20
challenge [2] 5:3; 12:6
challenges [3] 5:5; 12:3, 5
chance [3] 124:24; 156:24; 228:24
change [4] 120:10; 157:1; 165:7; 188:9
changed [2] 24:24; 161:15
changing [1] 188:20
Chapter [1] 163:18
charge [5] 9:25; 10:3; 52:3; 129:18; 130:13
charged [11] 8:20; 37:12; 43:11; 49:16; 52:7, 12, 19; 53:1, 20; 129:21; 134:22
charges [11] 9:4, 10; 42:21; 46:2; 52:4, 7; 53:21; 152:4, 7; 153:6; 211:20
charging [1] 161:6
Charles [1] 40:17
check [5] 107:3; 211:24; 228:1, 3; 234:7
checked [2] 213:8; 219:7
checking [2] 228:5; 232:13
checklist [1] 147:19
cherries [1] 214:2
cherry [2] 161:25; 216:24
chickens [1] 180:13
chief [2] 25:1; 172:21
Child [5] 8:22; 37:11; 54:6, 9; 134:22
child [27] 43:11, 17; 51:7; 61:8, 19; 62:11; 69:3; 79:13, 20; 80:3; 83:7, 13; 88:19, 22; 93:18, 21; 95:2, 5; 97:2; 98:24, 25; 125:23; 126:13; 127:1; 129:13; 130:13; 172:21
child's [1] 26:3
children [18] 18:11; 20:11; 24:3, 17, 18; 40:13; 46:21, 22; 58:7; 64:8; 75:13; 78:2; 89:5; 107:12, 16; 145:24; 168:4
Children's [1] 16:19
chin [1] 189:7
chip [4] 138:10, 12, 14, 22
chiropractor [1] 21:17
chocolate [9] 95:13, 17; 96:7,

8, 9; 138:10, 12, 14, 22
**Choctaw** [1] 1:20
**choice** [2] 138:12; 163:2
**Choir** [1] 175:1
**choir** [1] 175:4
**chosen** [1] 12:10
**Christian** [2] 138:1, 2
**Christian-based** [1] 19:16
**Christmas** [2] 102:18, 21
**Christopher** [2] 16:13; 28:3
**chuckle** [1] 125:21
**Church** [1] 40:25
**church** [3] 31:5; 41:15, 19
**circumstances** [8] 104:5, 8, 13; 105:23; 111:21; 113:4; 133:2; 162:22
**Circumstantial** [2] 103:11, 21
**circumstantial** [13] 103:3, 7, 8, 15, 23; 104:10, 12; 106:4, 7, 16; 135:22; 136:5; 154:24
**cited** [1] 160:7
**City** [32] 1:22; 14:19; 18:18; 22:4; 24:2, 4, 25; 29:2, 6; 31:3, 17; 32:2, 20; 33:3, 23; 34:16; 41:13; 58:12; 59:6; 67:14; 76:16, 19; 114:3; 175:7, 8, 9, 12; 218:3
**city** [5] 58:11; 177:17, 18; 179:17, 18
**civic** [1] 10:17
**civil** [12] 35:3, 24; 36:24; 42:13; 67:11; 68:25; 69:1; 71:2, 6, 17; 73:11; 86:4
**civilian** [1] 27:2
**classes** [1] 51:6
**classmates** [1] 5:19
**Clay** [1] 16:14
**clean** [1] 217:20
**cleaned** [1] 188:6
**clear** [1] 119:22
**clearly** [1] 62:5
**CLERK** [12] 13:1, 7, 9; 14:25; 15:4, 9; 38:23; 40:7; 57:15; 144:3; 145:1; 148:20
**clerk** [3] 9:20; 27:8; 52:3
**clicking** [1] 63:13
**client** [5] 4:4; 6:19; 134:22; 138:1, 2
**clock** [1] 55:20
**Close** [1] 80:14
**close** [4] 159:6; 174:4; 192:19; 230:9
**closed** [2] 207:11, 13
**closest** [6] 12:17, 19; 90:7; 143:24, 25; 229:7
**clothes** [1] 188:9
**Club** [1] 158:17
**clue** [1] 51:22
**coaches** [1] 25:23
**cocky** [2] 225:19, 20
**coffee** [5] 41:22; 157:21; 158:2; 234:9, 10
**coincidentally** [1] 125:15
**collectively** [31] 14:6; 15:19; 52:23; 53:18; 54:12; 55:7, 10; 97:10; 98:13; 101:25; 129:1; 146:6, 9, 12, 16, 20, 24; 147:3, 6, 9, 13, 18; 153:22; 154:1, 5, 12, 22; 155:11, 19, 23; 156:2
**college** [5] 40:21; 85:17; 89:2; 90:6; 91:17
**color** [1] 138:5
**Colt** [1] 21:17
**Come** [1] 46:18
**come** [66] 5:20; 7:11, 20; 12:14; 13:22; 14:3; 17:22; 38:4; 39:8; 43:7; 46:17; 55:21; 56:6; 57:4; 89:3; 93:19; 94:18; 95:2, 18, 23; 96:8, 18, 21; 97:13; 98:8; 107:12; 110:8, 21; 115:9; 127:24; 132:9; 134:1; 135:9, 12, 14; 136:23; 137:21; 139:9; 141:8; 143:22, 24; 144:6, 7; 148:3, 4; 156:5; 157:12; 158:20; 159:8, 10; 160:21; 189:24; 190:9; 196:2, 3, 24; 198:8; 202:11; 208:23; 217:5; 220:24; 222:4; 224:19; 229:10; 233:3; 234:19
**comes** [4] 22:18; 78:12, 18; 157:1
**comfort** [1] 111:18
**comfortable** [7] 4:5; 10:8; 37:25; 38:14; 185:23; 186:17; 188:25
**coming** [10] 136:21, 22; 137:19; 155:25; 156:13; 165:15; 180:5; 213:2; 215:11, 24
**Commercial** [1] 71:19
**commercial** [2] 64:4, 7
**commission** [14] 28:14, 15, 16; 41:6, 7, 8; 59:1; 147:1, 4, 7; 149:16, 18, 20
**committed** [2] 37:10; 122:23
**committing** [1] 37:12
**Common** [1] 139:6
**common** [12] 101:22; 102:11; 104:13; 105:24; 106:22, 25; 107:3, 9; 139:7, 14; 140:5, 16
**communicate** [5] 3:18; 4:4; 11:22; 164:9; 181:16
**communicated** [1] 218:21
**communicating** [1] 3:21
**communication** [1] 91:8
**communications** [1] 4:5
**Community** [1] 40:25

company [8] 19:5; 20:19; 22:24; 24:13, 23; 64:3; 145:25; 146:1
complaining [3] 6:20; 135:23; 136:10
complete [1] 236:13
completely [4] 11:1; 65:22; 109:3; 130:10
complied [1] 160:11
computer [2] 207:5, 6
concept [1] 97:9
concepts [7] 9:13; 60:9, 13; 153:16, 24; 154:3, 18
concern [6] 39:13; 42:21; 59:14; 69:21; 150:12; 222:10
concerned [3] 6:22; 222:2; 224:22
concerning [5] 5:1, 10; 7:25; 62:22; 160:7
concerns [1] 38:7
concluded [1] 235:3
conclusion [3] 11:16; 104:14; 105:24
concrete [1] 180:24
condition [1] 163:10
condom [2] 211:10
condoms [3] 210:10, 16, 17
conduct [1] 162:13

conflict [3] 57:6; 107:13
Congratulations [1] 127:8
connection [1] 91:24
conscious [1] 219:16
consider [12] 113:5; 130:2, 9, 14, 17, 23; 131:17; 136:4; 154:9; 160:4; 182:18
consideration [4] 43:3; 52:20; 68:18; 77:20
considering [3] 54:14; 113:3; 154:23
constantly [1] 169:2
constitutional [1] 120:9
construction [1] 25:21
consultant [1] 18:16
consultants [1] 124:1
contact [10] 10:6; 80:20; 84:4, 8, 24; 88:25; 89:3; 100:8; 112:2; 170:25
contacted [1] 61:18
contents [1] 60:4
context [4] 93:25; 97:2; 108:3; 110:2
continue [3] 12:22; 205:13; 210:8
continued [2] 172:6; 196:8
continues [1] 52:19

contractor [1] 20:10
contrary [1] 128:15
control [1] 7:9
controller [1] 23:8
conversation [2] 212:25; 221:20
conversational [1] 132:8
conversations [1] 6:5
conversed [1] 161:13
conversely [1] 122:8
converted [2] 220:17, 18
convict [1] 135:9
convicted [2] 69:19; 128:23
conviction [1] 44:7
convinced [2] 52:20; 136:25
convinces [1] 53:11
convincing [1] 119:23
cookie [4] 138:13, 14, 22
cookies [2] 138:10, 23
coolest [2] 215:17, 18
coordinator [1] 26:5
cops [4] 34:11; 150:1; 195:21; 224:20
copy [1] 4:9
corn [1] 180:14
corner [1] 225:7
Corporate [1] 91:8
corporate [2] 22:4; 76:7
corpsman [1] 86:25

Correct [1] 81:1
correct [33] 12:22; 33:8; 61:9, 23; 73:17; 77:20; 79:14; 114:7; 142:13; 176:24; 177:12; 178:3, 16; 179:19; 180:8; 181:12; 182:11; 185:16; 187:20; 189:25; 194:5; 195:5; 196:12; 198:20; 202:15; 203:4, 6; 206:16; 208:24; 209:22; 221:11; 227:20; 232:24
Correction [1] 89:2
Correctional [2] 41:16, 19
correctional [3] 29:21; 30:10; 71:10
corrections [1] 89:23
correctly [4] 39:1; 78:3; 79:17; 192:14
couch [9] 167:4, 7; 204:14; 205:10, 20, 25; 225:11; 230:4
couches [1] 205:9
Could [11] 29:18; 38:13; 85:18; 133:25; 154:9; 181:22; 183:20; 193:14; 199:22; 206:8; 233:20
could [70] 11:3; 17:3; 18:3, 8, 13; 37:18; 42:21; 45:2; 46:8, 23; 47:10, 12, 13; 55:14; 57:3; 59:14, 16, 24;

99:19; 100:9; 113:5, 12; 120:7; 121:20; 126:8; 129:16; 130:8; 143:9; 144:5, 13; 145:5; 148:23; 154:3; 159:5; 162:3; 165:17, 18; 169:8; 171:17; 172:24; 173:24; 174:15; 187:24; 191:1; 193:1; 196:23; 198:12; 200:20; 201:16, 18, 23; 205:12, 14, 15; 206:23; 216:9; 217:1; 218:14, 19; 219:18; 225:18; 230:6, 13, 14, 24; 231:11; 234:7, 25
**Couldn't** [1] 223:21
**couldn't** [27] 46:3, 24; 69:4; 130:9, 23; 131:16; 162:6; 167:14; 168:11; 181:21, 24, 25; 190:9; 192:21; 194:16; 198:25; 199:12; 200:5; 201:5, 22; 205:20; 211:9; 217:18; 218:10, 13; 219:1; 224:11
**council** [1] 64:10
**Counsel** [1] 234:23
**counselor** [1] 171:20
**count** [1] 96:21
**Country** [1] 158:17
**country** [11] 82:7; 112:17; 138:1; 139:4, 5; 178:18; 179:7, 9, 11; 217:9, 20
**counts** [3] 98:25; 134:23; 161:9
**COUNTY** [2] 1:1; 236:5
**County** [35] 8:15; 14:5, 8, 13, 16; 15:12, 17; 32:10; 33:7; 35:1, 13; 40:10; 42:13; 48:17; 61:22; 63:17, 19; 64:24; 68:8; 73:5; 74:20, 24; 79:23; 81:8; 83:25; 84:5; 106:23; 107:5; 147:11; 153:11; 167:21, 23, 24; 175:18; 236:11
**county** [4] 14:11; 32:12; 90:20; 153:10
**couple** [12] 45:20; 65:13; 115:15; 123:8; 170:3; 190:17; 211:15; 215:7; 216:15; 222:20; 230:1; 234:16
**course** [7] 17:24; 75:12; 76:13; 105:12; 110:15; 116:19; 131:18
**COURT** [400] 1:1; 3:1, 7, 13, 17, 20, 23; 4:6, 12, 15, 18, 21; 5:9, 25; 6:17; 7:19, 23; 8:8, 10, 13; 11:6; 13:1, 7, 9, 12; 14:7, 13, 17, 20, 22, 25; 15:2, 4, 5, 9, 10, 12, 14, 20, 23; 16:3, 9, 21, 23; 17:2, 8, 11; 18:19, 23, 25; 19:7, 12, 14, 17, 24; 20:2, 5, 13, 21, 24; 21:5, 9, 14, 20, 24; 22:7, 9, 11, 17, 20; 23:4, 11, 17, 21, 23; 24:9, 19; 25:6, 11, 15, 25; 26:8, 23; 27:5, 10, 13, 18, 21, 25; 28:7, 13, 18, 22; 29:5, 8, 10, 12, 16, 18, 25; 30:2, 5, 7, 11, 13, 22, 25; 31:6, 11, 14, 19, 22, 24; 32:6, 9, 14, 16, 18, 22, 25; 33:7, 10, 15, 20, 24; 34:5, 13, 17, 19, 23; 35:3, 6, 10, 17, 21; 36:3, 6, 10, 14, 18, 23; 37:2, 6, 9, 21, 24; 38:4, 6, 10, 13, 21, 23, 25; 39:3, 5, 8, 11, 16, 20, 23, 25; 40:5, 7, 8, 10, 12; 41:5, 10, 17, 24; 42:10, 15, 17, 20, 25; 43:6, 8, 15, 19; 44:12, 14, 17, 19, 23; 45:7, 13, 17, 22, 24; 46:2, 5, 8, 11, 14, 18, 25; 47:6, 14, 17, 19, 22; 48:1, 4, 8, 13, 18, 20, 24; 49:3, 7, 12, 15, 19, 24; 50:3, 7, 9, 11, 14, 19, 23; 51:3, 9, 11, 15, 18, 20, 23; 52:1, 10, 16, 24; 53:3, 5, 17, 19; 54:1, 3, 13, 18; 55:6, 8, 11, 17, 19; 56:18, 23, 25; 57:3, 9, 13, 15, 16, 20, 22, 25; 58:3, 5, 22, 25; 59:3, 8, 11, 13, 18, 21, 24; 60:2, 5, 8, 12, 15, 19, 21; 61:2, 6, 11, 21, 24; 62:1, 6, 13, 18; 133:25; 134:3, 7, 9; 141:7, 10, 13, 15, 17, 19, 24; 142:1, 3, 6, 8, 11, 14, 16; 143:12, 15; 144:3, 5, 10, 19, 21, 24; 145:1, 2, 12, 15, 20; 146:3, 7, 10, 13, 17, 21, 25; 147:4, 7, 10, 14, 19, 24; 148:4, 9, 12, 14, 18, 20, 21, 23; 149:3, 6, 8, 10, 12, 15, 18, 20, 22; 150:2, 5, 8, 10, 15, 21; 151:1, 3, 5, 16, 21, 23, 25; 152:4, 8, 11, 15, 18; 153:1, 4, 6, 10, 12, 15, 23; 154:2, 6, 13; 155:14; 156:4, 7, 10, 12, 19; 159:5, 17, 24; 160:1, 18, 21, 25; 173:15, 19, 24; 174:2, 8; 196:20; 197:6, 12, 14, 17, 23; 234:1, 5, 21
**Court** [2] 160:24; 236:11
**court** [22] 9:17, 20, 24, 25; 10:1, 3, 18; 50:6; 52:3; 68:8, 15; 73:4; 81:7, 18; 83:5; 91:10, 11; 97:5; 122:19, 23; 125:17; 148:5

Court's [1] 112:15
court-martial [2] 87:6; 88:5
Courthouse [3] 15:17; 63:17; 167:23
courthouse [10] 8:17; 29:24; 64:24; 67:15; 70:24; 81:21; 157:4, 5, 9, 12
Courtroom [2] 56:5, 6
courtroom [42] 3:7; 4:22, 24; 8:11, 12; 9:23; 11:24; 13:25; 17:21; 55:24; 56:2, 3, 5, 15, 18, 21; 57:1, 2; 101:1; 111:13; 112:9; 134:24; 139:9; 142:19; 159:8, 17, 19, 22; 160:19, 20, 22; 173:23; 174:6; 197:6, 8, 10, 15, 16, 19; 233:18; 234:20, 25
courtrooms [1] 101:23
cousin [2] 34:1; 71:14
cousins [1] 29:21
cover [5] 136:3; 163:7; 173:6, 9; 216:5
covered [5] 164:21; 187:17, 20, 21; 201:24
cows [1] 180:13
crack [1] 202:21
crackers [4] 95:12, 17; 96:7, 9
craft [1] 20:20
crafting [3] 20:20; 23:3; 26:7
crazy [4] 6:22; 77:4; 92:9; 96:19
cream [4] 219:10, 25; 220:2, 4
create [1] 214:1
credentials [1] 172:20
credibility [2] 109:18; 113:4
crime [27] 9:13; 29:15; 49:16; 53:12; 54:6, 14; 59:19, 22, 24; 90:13, 14; 94:5, 6, 8, 11; 98:25; 100:16; 114:9; 122:18; 123:17; 124:21; 131:6, 14; 151:17; 152:12, 14
crimes [7] 8:25; 37:10, 11; 52:19; 53:1; 122:24; 173:10
Criminal [1] 35:3
criminal [25] 8:18; 9:9; 32:4; 35:4; 36:13; 50:13, 17; 51:6; 52:1; 58:17; 63:20; 66:6; 67:11; 71:16, 17; 73:11; 89:20; 93:25; 95:21; 110:2; 118:3; 119:14, 15; 153:17; 167:23
criminology [2] 89:23; 90:2
cross [1] 193:1
crossed [2] 224:10; 225:10
Crossings [1] 40:24
cruises [1] 72:9
crying [4] 213:5, 7; 229:8, 14
crypto [1] 24:6
cubicles [1] 64:4
culturally [1] 99:18
culture [1] 179:11
currently [6] 21:1; 26:17; 27:2; 30:2; 61:6; 80:2
cuss [1] 225:14
Custody [1] 68:13
custody [5] 27:1; 58:15, 16; 68:11, 12
customer [1] 145:25
cutting [1] 216:24
Cyber [2] 63:11

- D -

Daddy [4] 165:10; 189:5, 8; 215:2
D.S. [2] 2:8; 174:10
D.S. [25] 5:19; 6:20; 7:1, 6; 16:17; 37:14; 160:9; 163:19; 164:14; 167:15; 169:5, 17; 171:2, 12; 172:17; 173:11, 22; 174:15, 16; 190:19; 197:24; 213:7; 228:22; 233:15
D.S.'s [1] 6:9
dangerous [1] 229:20
Daniel [3] 13:9; 23:13; 25:17
date [4] 169:19; 228:8, 12
Dateline [1] 122:24
dates [1] 68:15
Dating [1] 223:22
daughter [15] 19:20; 23:1, 2, 9, 15; 26:2; 31:9; 40:18, 21; 42:13; 58:14; 64:8; 78:5; 109:7; 222:19
daughters [6] 25:2; 39:18; 40:18; 108:22; 109:1, 12
David [2] 19:3; 26:10
DAVIS [11] 145:22; 147:23; 150:9, 20; 151:4, 19, 22, 24; 152:2, 6, 10
Davis [8] 144:4; 145:21, 23; 150:8; 151:3, 18; 156:9, 12
Dawn [8] 175:15, 20, 24; 194:4; 198:19; 203:6; 220:9; 224:23
days [9] 36:2; 93:3; 104:22; 156:24; 183:14; 199:11; 213:15; 216:15; 234:16
deal [2] 61:16; 66:14
dealing [2] 69:15; 89:4
dealings [1] 152:8
dealt [1] 229:2
Deanna [2] 144:4; 145:22
death [1] 58:20
DECEMBER [1] 1:14

**December** [3] 26:2; 152:14; 236:14
**decide** [6] 30:17; 119:11; 134:17; 140:7; 150:22; 151:11
**decided** [4] 11:23; 35:16; 166:16; 229:5
**deciding** [1] 30:18
**decision** [1] 151:9
**decrease** [1] 111:19
**Deep** [1] 121:25
**deep** [1] 122:1
**deeper** [1] 109:25
**DEFENDANT** [1] 5:8
**Defendant** [2] 1:8, 23
**defendant** [75] 3:3, 24; 5:11, 19; 8:19; 9:9, 12; 10:20; 11:10; 12:4, 7; 15:24; 16:4; 17:17; 36:8; 37:10, 11, 19; 52:7, 18, 25; 53:7, 9, 10, 14; 54:4, 9; 59:11, 15; 62:19, 24; 63:4; 66:14; 128:8; 129:23; 135:25; 136:9; 148:1; 150:13; 153:19; 154:7, 10; 159:19; 160:11, 12; 161:9; 162:5, 10; 163:20; 164:2, 12; 166:12, 15, 18, 23; 167:5; 168:3, 6, 24; 169:1, 10, 17; 170:16; 171:1, 8; 173:6, 13, 14; 183:6; 197:7; 208:5; 217:16; 222:8; 223:14; 234:2
**defendant's** [3] 5:25; 164:4; 173:10
**defendants** [1] 52:12
**defense** [12] 5:17, 24; 6:3, 19; 7:2, 7; 18:3; 28:10; 42:22; 45:15; 65:16, 17
**defenses** [1] 94:6
**define** [1] 119:10
**defined** [1] 93:22
**definitely** [1] 103:2
**definition** [5] 94:13; 99:3; 103:8; 104:10, 18
**definitions** [3] 96:3; 98:2; 99:24
**degree** [26] 50:13; 51:5; 64:2; 66:19; 67:21; 70:5, 7, 8; 76:2; 79:5, 6; 82:2, 24, 25; 83:2, 19, 20, 22; 88:14; 89:19; 90:1, 24; 91:7, 21; 118:1
**Deidra** [1] 27:8
**deliberate** [2] 66:16; 151:11
**deliberated** [1] 35:25
**deliberating** [2] 35:15; 97:15
**deliberations** [1] 131:18
**demonstrate** [1] 121:16
**denial** [1] 126:20
**denied** [2] 126:13; 127:4
**Department** [14] 16:14, 15, 16; 24:5; 28:2; 29:2, 4, 6; 31:3, 4, 18; 32:23; 41:13; 162:17
**departments** [2] 229:17, 19
**depend** [1] 111:20
**depending** [2] 106:8; 182:17
**depends** [4] 78:13; 139:1; 158:5, 22
**deputy** [15] 28:14, 15; 41:6, 7; 58:23, 25; 59:1; 146:25; 147:4, 7; 149:16, 18, 20
**describe** [9] 10:10; 42:17; 94:7; 147:21; 180:1, 23; 183:25; 205:17; 213:10
**described** [7] 167:15; 172:24; 190:10; 200:22; 210:8; 215:7; 233:17
**describes** [1] 10:14
**describing** [1] 165:9
**descriptions** [1] 7:17
**deserved** [1] 230:4
**design** [3] 64:2, 3, 4
**designed** [2] 62:20; 63:1
**designer** [1] 64:2
**Desiree** [2] 13:2; 20:15
**desk** [2] 207:5, 7
**destroy** [2] 208:12; 231:1
**destroyed** [1] 195:23
**detail** [2] 38:13; 229:16
**details** [5] 49:1; 98:20; 109:21; 110:4
**Detective** [1] 167:12
**detective** [7] 29:2, 8; 34:16; 76:24; 91:25; 92:2, 11
**detectives** [1] 125:5
**determination** [2] 106:17; 137:24
**determine** [8] 13:15, 16; 108:1, 9, 20; 109:18; 154:25; 155:1
**developing** [1] 167:3
**dial** [1] 214:21
**dialectical** [1] 4:2
**Diana** [2] 13:4; 23:12
**dick** [3] 186:15, 17, 22
**dictionary** [2] 140:19, 23
**Dictum** [1] 127:12
**dictum** [6] 127:12, 14, 20; 129:2, 10; 140:22
**didn't** [97] 19:24; 25:11; 33:17; 36:1; 47:3; 51:1; 66:15; 67:1; 71:8; 73:13, 14; 85:9; 92:24; 98:10; 102:15; 114:17; 131:22,

24; 132:10; 133:19; 136:3; 140:23; 151:5; 152:3, 22; 161:12; 162:18, 21; 163:2, 13; 164:8, 23, 25; 165:3, 17, 19; 166:3, 5, 7; 169:7, 15; 170:9, 24, 25; 171:4; 173:9; 185:14; 188:20, 24; 189:13, 25; 191:5, 10; 192:13; 193:7, 18; 194:21; 196:11; 199:4; 201:25; 204:22; 205:2, 3; 206:19, 22; 209:10, 12, 24; 210:1, 20, 21; 211:2, 16; 213:22; 216:23; 217:5, 11; 221:6, 21; 222:6; 226:11, 12; 227:6; 228:4; 229:15; 230:3, 12, 15, 20; 231:3; 232:15; 233:3
**difference** [6] 4:2; 116:14; 120:22; 124:14; 202:1; 214:12
**different** [21] 56:2; 71:21, 22; 78:25; 80:18; 107:13; 109:3, 12; 110:11; 112:21; 113:6; 114:9; 116:2; 117:16, 17, 19; 125:9; 127:5; 232:24; 233:1, 10
**differently** [1] 112:22
**difficult** [4] 52:25; 53:20; 54:14; 147:25
**difficulty** [1] 3:20
**dinner** [1] 228:5
**diploma** [1] 85:17
**dire** [3] 2:3, 4; 7:21
**DIRECT** [1] 174:13
**Direct** [1] 2:8
**direct** [14] 102:3, 4, 7, 8, 12, 23; 106:4, 7, 12, 14, 16; 135:21; 136:5; 154:24
**directly** [1] 59:5
**director** [1] 40:25
**dirt** [2] 149:2; 180:3
**disagree** [5] 55:8; 127:17; 129:7; 137:2, 15
**disagreement** [1] 171:14
**disagrees** [1] 127:21
**discharged** [1] 61:19
**disciplinary** [1] 178:25
**disclose** [1] 125:24
**disclosure** [1] 58:15
**discover** [2] 62:21; 93:7
**discuss** [5] 11:17; 13:23; 60:8; 85:2; 234:24
**discussed** [3] 9:14; 48:2; 209:5
**discussing** [3] 8:3; 11:19; 17:21
**discussion** [2] 136:13; 154:17
**disfavor** [1] 62:24
**disgusting** [2] 215:3; 222:18
**disheveled** [1] 167:13
**dismissed** [1] 71:7
**dispatcher** [1] 34:9
**distinction** [2] 106:5, 6
**distinctly** [1] 140:8
**DISTRICT** [2] 1:1, 16
**District** [6] 1:20; 9:6; 58:11; 63:18, 19; 236:11
**district** [13] 8:15, 21; 15:16; 26:16; 52:2, 8; 57:23; 62:2, 7, 9; 63:16; 136:22; 152:9
**division** [3] 29:10; 31:18; 88:19
**divorce** [2] 91:11; 115:8
**divorced** [1] 27:1
**doctor** [16] 161:12; 172:18, 21; 214:1; 216:10, 20; 217:8, 22, 23; 219:6, 7, 20; 220:1; 222:4, 5; 232:16
**document** [1] 161:6
**Does** [24] 14:7; 28:5, 10; 52:14, 22, 24; 53:19; 92:14; 95:6; 96:24; 97:8; 98:12, 20; 101:22; 104:15, 17; 106:1, 9, 18; 128:25; 129:7; 138:18; 139:11, 16
**does** [15] 26:3; 31:19; 37:17; 64:7; 71:15; 76:18; 95:4; 100:6; 111:5; 122:2; 135:15; 136:10; 138:17; 174:21
**doesn't** [4] 72:10; 74:9; 98:1; 124:12
**dogs** [2] 21:4; 180:13
**Doing** [1] 73:25
**doing** [13] 23:10; 41:4; 53:20; 65:3; 70:20; 91:2; 105:4; 118:12; 166:10; 196:9; 202:12; 217:17; 225:4
**domain** [1] 114:3
**done** [12] 42:7; 46:8; 64:12; 134:19; 140:21; 157:10; 172:11, 16; 173:2; 217:9; 219:14
**door** [16] 15:7; 107:3; 142:21; 157:21, 23; 180:24; 201:18; 204:23; 205:10; 211:19; 212:13; 224:7, 24; 227:13; 228:22; 229:9
**doors** [4] 56:9; 57:11; 148:16; 156:15
**double** [1] 89:24
**Doubt** [1] 118:9
**doubt** [57] 9:13; 47:9; 52:21;

53:8, 10, 12, 15, 24; 54:9; 118:8, 11, 12, 14, 15, 24; 119:5, 9, 12, 16, 18, 19, 24; 120:6, 10, 11, 16, 20, 22, 23; 121:3, 8, 9, 13, 15, 21; 122:6, 8, 10; 128:3; 129:25; 132:21; 133:9, 11, 18, 21; 135:6, 7, 8, 12, 16; 137:6, 9; 153:20; 154:7; 155:5; 159:1
**doubts** [1] 30:15
**doughnuts** [1] 41:22
**Dove** [1] 96:9
**down** [34] 44:16; 52:9, 15; 53:16; 54:2; 55:5; 71:12; 104:16; 105:8; 106:10, 19; 107:1; 129:6; 132:5; 138:25; 139:12; 151:15; 168:14; 178:4; 187:4; 192:25; 201:3; 202:9; 205:15, 20; 206:9, 11, 13; 207:25; 208:4; 216:8; 231:7, 14
**downstairs** [2] 56:10, 14
**downtown** [2] 33:4; 158:19
**drastically** [1] 125:9
**dressed** [4] 188:20, 23; 189:3, 4
**drew** [1] 90:2
**drink** [1] 158:9
**driver** [1] 195:6
**driveway** [1] 201:18
**driving** [3] 82:19; 153:3; 231:6
**drooped** [1] 221:25
**dropped** [3] 43:12; 44:9; 227:12
**drove** [1] 231:7
**drugs** [2] 229:18, 23
**drunk** [1] 153:3
**duly** [2] 174:11; 236:10
**During** [2] 144:10; 157:20
**during** [27] 3:9; 7:17, 20; 8:4; 10:5; 17:24; 28:1; 57:18; 65:14; 66:14; 81:15; 90:19; 132:10; 146:14; 157:20; 158:1; 166:21; 169:10; 187:15; 189:6, 12, 19; 204:6, 8; 226:3; 232:17
**duties** [1] 10:11
**duty** [4] 10:17; 54:5, 23; 161:5

- E -

**Each** [2] 10:17; 140:12
**each** [16] 13:17; 18:6; 27:18, 20; 53:12, 13; 54:10; 55:2, 6; 64:24; 106:6, 9; 107:17; 131:21; 158:21; 184:8
**Earlier** [1] 52:11
**earlier** [11] 15:14; 47:7; 87:18; 105:13; 154:17; 157:13; 168:10; 170:22; 209:15; 220:12
**early** [5] 105:12; 158:25; 175:14; 188:8; 215:25
**earrings** [4] 200:1, 4, 13; 204:7
**ears** [2] 200:1; 201:24
**earth-shattering** [1] 113:17
**easily** [1] 206:11
**East** [1] 40:22
**east** [2] 36:23; 72:6
**easy** [5] 111:25; 112:2, 9, 19; 206:13
**economic** [1] 169:1
**economy** [1] 86:3
**edge** [1] 198:11
**educated** [1] 84:1
**education** [4] 67:24; 70:10; 83:22; 85:24
**educator** [1] 83:24
**Edward** [1] 148:25
**effing** [2] 225:15, 21
**Eight** [2] 84:12, 13
**eight** [3] 32:17; 74:15, 20
**eight-year-old** [1] 64:14
**either** [10] 12:6; 67:4; 98:17; 100:14; 124:1, 24; 128:4; 140:7; 182:8, 16
**ejaculate** [2] 99:18; 210:12
**ejaculated** [2] 165:1; 188:3
**ejaculation** [1] 99:22
**elected** [2] 9:19; 63:17
**electrical** [2] 21:12; 22:25
**electrician** [2] 74:11, 14
**electronic** [2] 137:22
**element** [1] 53:12
**elementary** [4] 82:12, 17; 224:8
**elements** [19] 93:25; 94:5, 8, 9, 12; 95:4; 97:12, 15; 98:16, 20; 100:16, 21, 24; 101:3; 117:24; 128:3; 129:25; 154:19
**elevator** [1] 157:15
**elevators** [1] 56:11
**Elisha** [2] 13:2; 20:7
**Elkamli** [3] 176:1, 2; 179:15
**else** [44] 8:6, 8; 27:11; 31:6; 34:5, 17; 39:19; 44:19; 47:7; 48:13; 49:13; 50:9, 14; 51:9; 62:13; 87:9; 88:8; 110:12, 14; 115:3; 117:20, 21; 120:20; 155:8; 159:9; 166:9; 169:18; 171:4, 5; 178:24; 179:2; 180:25; 181:4; 183:1, 3; 186:4; 189:12, 21; 192:3; 199:6; 200:15; 202:5; 219:25
**embarrass** [1] 13:19

eminent [1] 114:3
emotions [1] 137:18
employed [2] 21:5, 6
employment [1] 70:13
ended [3] 49:4; 103:20; 115:16
ends [1] 168:8
endured [1] 171:25
enforcement [15] 28:19, 25; 29:19; 30:10; 41:11; 46:6; 49:4; 50:2, 24; 59:4; 149:23; 150:6; 152:16; 171:21; 229:21
enforcing [1] 9:24
engineer [1] 23:1
engineering [1] 66:22
Engines [1] 18:18
England [1] 68:11
English [18] 3:18, 25; 24:1; 67:24; 68:4; 70:11; 82:3; 161:13; 181:14, 24; 191:4, 8; 204:5, 18; 205:3; 206:9; 218:10
enjoy [4] 20:11; 21:18; 23:2; 164:10
enjoyed [1] 191:25
enough [4] 63:14; 163:9; 166:11; 174:5
entered [2] 8:24; 161:10
enters [5] 8:12; 57:2; 160:20; 173:23; 197:16
entertaining [1] 123:11
entertainment [1] 124:10
entitled [1] 11:10
entity [1] 212:16
environment [1] 232:3
EPPLIN [398] 1:20; 4:20; 5:15; 6:5; 8:7; 16:12, 22; 39:22; 43:17, 22, 24; 44:4, 7, 10; 47:16; 56:22; 63:8; 66:5, 10, 15, 18, 23; 67:1, 6, 10, 16, 19; 68:1, 3, 12, 14, 17, 20, 24; 69:6, 10, 13, 21, 25; 70:4, 9, 12, 15, 19, 21, 24; 71:2, 5, 9, 15, 18, 21, 23; 72:2, 6, 10, 13, 16, 19, 22, 24; 73:3, 8, 10, 13, 16, 19, 21, 23; 74:1, 4, 6, 10, 13, 16, 19, 24; 75:4, 7, 9, 15, 19, 22; 76:1, 6, 9, 11, 15, 18, 22, 24; 77:1, 5, 9, 13, 19, 22; 78:1, 6, 14, 21, 25; 79:2, 5, 9, 13, 16, 19, 22, 25; 80:5, 9, 13, 15, 20, 24; 81:2, 5, 11, 14, 17, 20, 23; 82:1, 9, 14, 18, 21, 24; 83:4, 12, 16, 19, 23; 84:1, 4, 7, 10, 13, 15, 18, 21, 23; 85:2, 6, 10, 13, 16, 22; 86:1, 8, 10, 12, 15, 18, 20, 23; 87:1, 5, 9, 14, 17, 21, 24; 88:1, 4, 7, 10, 12, 16, 24; 89:3, 8, 11, 15, 17, 19; 90:2, 12, 16, 23; 91:6, 9, 13, 15, 20, 23; 92:3, 6, 10, 14, 17; 93:5, 9, 12, 16, 24; 94:2, 12; 95:8, 12; 96:13, 16; 97:1, 8, 11, 18, 21, 24; 98:1, 7, 14, 23; 99:6, 12, 15, 17; 100:1, 12, 21; 101:6, 18, 21; 102:1, 11, 21; 103:1, 5, 14, 17; 104:2, 17, 20, 24; 105:4, 9, 20, 23; 106:1, 3, 11, 20; 107:2, 5, 16, 22, 24; 108:3, 7, 11, 14, 19, 23; 109:1, 6, 10, 17; 110:4, 6, 23; 111:11, 16, 23; 112:5, 11, 13, 18, 25; 113:8, 11, 16, 22, 24; 114:5, 8, 12, 16, 21, 23; 115:3, 6, 9, 12, 20; 116:1, 5, 15, 17; 117:1, 5, 16, 20, 23; 118:5, 7, 9, 11, 15, 19, 21, 25; 119:3, 8, 18, 21; 120:2, 5, 14, 21; 121:1, 6, 11, 17, 22, 25; 122:4, 15, 21, 25; 123:4, 7, 15, 22, 25; 124:5, 11; 125:1, 5, 8, 12, 15, 21; 126:1, 5, 9, 12, 17, 22, 25; 127:4, 8, 19, 23; 128:2, 7, 15, 18, 21; 129:2, 7, 9; 130:5, 7, 11, 16, 22; 131:1, 5, 8, 11, 16, 20; 132:6, 20; 133:1, 4, 7, 10, 13, 15, 17, 23; 141:11, 16, 22, 25; 142:5, 10; 144:18; 148:11; 154:16, 23; 155:4, 8, 12; 156:8; 159:23; 161:3, 9; 173:21; 174:9, 14; 197:11, 22; 233:24; 234:3
Epplin [51] 2:5, 8; 3:2; 4:18; 5:13; 8:6; 9:6; 15:15, 18; 16:10, 23; 25:12; 27:25; 39:20; 47:14; 56:21; 57:22; 63:6, 16; 134:19; 135:20; 136:3, 17; 137:1, 10; 140:25; 141:10, 15, 19, 24; 142:3, 8; 144:16; 146:4; 148:9; 149:6; 154:15; 155:14; 156:7; 157:13; 159:18, 21; 161:2, 8; 173:15, 19; 174:8; 196:20; 197:9, 20, 24
Epplin's [1] 136:13
equipment [1] 25:21
EquipmentShare [1] 25:20
erect [1] 165:9

**ERIC** [1] 1:20
**Eric** [5] 3:2; 9:6; 15:15; 63:16; 94:22
**Erica** [1] 13:10
**errand** [1] 166:25
**especially** [3] 22:6; 213:16; 225:6
**essential** [1] 10:23
**essentially** [1] 57:7
**establishes** [1] 53:9
**estimate** [1] 175:22
**evaluating** [1] 137:17
**evaluation** [3] 141:1; 172:7; 232:8
**evaluations** [2] 172:12
**Even** [3] 55:8; 133:20; 135:10
**even** [20] 39:12; 48:6; 65:5; 77:11; 100:13; 101:9; 114:23; 133:18, 19; 137:2, 19; 138:21; 168:12; 174:6; 181:25; 187:11; 200:6; 210:4; 217:22
**Eventually** [1] 206:20
**eventually** [3] 91:16; 164:24, 25
**ever** [60] 21:7; 34:20; 42:10; 46:2; 49:15; 50:23; 51:23; 59:19, 21; 60:5; 64:20; 67:3; 68:1, 14; 71:23; 72:1; 77:13; 81:14; 83:23; 85:2; 87:5; 88:4; 90:23, 24; 91:9, 20; 92:6; 93:20, 24; 102:4; 103:10; 107:12, 25; 115:3; 118:21; 146:21; 150:2; 151:17; 152:4, 11; 159:8; 172:16; 177:21, 23; 178:18; 179:18, 21; 184:18; 192:5; 193:11; 207:21; 210:3, 6; 214:3, 5; 217:24, 25; 218:4, 21; 222:24
**Every** [4] 84:9; 190:4; 192:19; 226:25
**every** [11] 119:15; 140:12; 165:25; 166:1; 167:20; 198:14; 207:14; 227:3
**Everybody** [2] 106:24; 117:18
**everybody** [17] 38:1; 43:1; 47:7; 52:14, 22; 58:6; 97:8; 98:12; 103:5; 110:12; 113:5; 127:15; 128:25; 157:5; 182:7; 213:15, 17
**Everyone** [1] 54:1
**everyone** [8] 8:14; 13:21; 51:12; 135:18; 139:11; 148:24; 169:18; 183:3
**everything** [14] 10:2; 43:13; 44:8; 75:14; 78:12; 95:25; 96:10; 115:11; 116:22; 127:15; 166:9; 167:13; 208:16; 217:1
**EVIDENCE** [1] 2:7
**Evidence** [2] 101:7, 11
**evidence** [77] 6:2; 7:25; 8:4; 10:3; 11:23; 47:11; 49:11; 52:20; 53:9; 93:4, 11, 12, 13, 14; 101:5, 8, 12, 13, 17, 18, 23; 102:4, 5, 7, 8, 10, 12, 23; 103:3, 7, 9, 15, 21, 23; 104:10, 13; 106:4, 7, 8, 12, 14; 115:23; 117:24; 119:22; 125:4, 16, 17; 130:1; 132:22; 133:18; 134:18; 135:20, 21, 22; 136:5, 7, 12, 19; 137:16, 19; 139:8, 19; 141:2; 154:23; 155:25; 159:2; 160:10, 13, 14, 15
**ex's** [1] 227:25
**ex-cops** [1] 34:12
**ex-husband** [4] 33:2; 39:17; 227:12, 14
**ex-husband's** [1] 227:10
**exact** [2] 167:15; 228:18
**exactly** [5] 6:9; 14:10; 49:1; 105:4; 139:3
**exam** [2] 172:7, 8
**EXAMINATION** [1] 174:13
**Examination** [1] 2:8
**examination** [8] 2:3, 4; 63:6; 134:4, 10; 197:21; 232:9, 18
**examine** [1] 155:24
**examined** [1] 232:7
**example** [15] 94:15; 95:8; 96:6; 99:18, 19, 23; 102:3, 14; 103:13; 104:20; 111:23; 112:2; 114:9; 124:17; 125:9
**except** [2] 94:19; 210:10
**exceptions** [1] 5:23
**excited** [2] 179:6, 10
**exciting** [1] 64:5
**excuse** [8] 5:5; 12:7; 57:9; 91:24; 131:2; 148:14; 183:6; 217:16
**excused** [12] 12:8; 15:3; 38:17, 19; 40:2, 3; 57:12; 142:17, 22; 144:22; 148:17; 156:13
**excuses** [1] 141:11
**executive** [1] 19:3
**executor** [1] 113:20
**exhibit** [1] 6:1
**exhibits** [1] 10:4
**exits** [1] 234:20
**expect** [4] 16:11; 17:4; 55:22; 92:24

experience [13] 35:6, 18; 36:6; 38:9, 10; 44:20, 25; 46:11; 80:6; 89:12; 111:2; 117:8
experiences [6] 37:3; 43:2; 45:8; 62:23; 65:19; 172:4
explain [8] 4:22; 46:14; 98:15; 151:5; 186:20; 213:14; 215:10; 221:3
explained [1] 17:12
exposed [1] 173:9
expressions [1] 108:13
extended [1] 164:7
extreme [1] 10:21

- F -

fabric [1] 184:2
face [4] 112:17; 168:14; 189:4
FaceTime [1] 210:7
facial [2] 108:13; 137:18
facility [2] 71:10; 84:21
fact [6] 5:21; 106:21; 126:13; 137:12; 162:25; 221:10
factors [2] 130:18; 195:16
facts [3] 11:15; 130:12; 139:9
factually [1] 129:4
failing [1] 203:19
falls [1] 135:11
fair [24] 13:19; 18:3; 35:7, 19; 36:7; 37:4, 18; 42:22; 45:8, 14; 55:14; 59:14, 17; 61:3; 62:15; 63:24; 65:17; 108:7; 110:21; 144:14; 148:1, 8; 150:13; 230:3
Fairchild [6] 214:9, 10, 11, 24; 216:1, 14
fairly [1] 47:10
fake [1] 121:23
fakes [2] 121:25; 122:1
Family [1] 40:23
family [34] 11:18; 19:11, 23; 23:3; 24:14; 41:2, 10; 47:23; 48:7; 64:1; 68:6; 71:10, 12; 72:4; 73:11; 83:10; 92:4; 126:4; 145:7; 146:2; 149:22; 164:7; 171:16; 187:18; 188:9; 194:12; 195:23; 208:12; 209:24, 25; 226:19; 229:1; 231:2
farm [7] 179:13, 16; 180:7, 10; 181:8, 10, 12
fashion [4] 166:1; 167:20; 172:1
fast-food [1] 158:16
Father [1] 177:5
father [9] 26:3; 90:17; 113:19; 161:14; 162:10, 14; 163:21; 166:13; 194:22
father-daughter [1] 38:9
father-in-law [1] 41:13
fathered [1] 25:3
Fathers [1] 128:16
fault [1] 208:11
favor [1] 62:24
favorite [6] 18:12; 74:2; 76:12; 122:21; 174:25; 175:2
fearful [1] 126:3
features [1] 137:18
federal [3] 35:14; 58:13; 67:15
feel [31] 7:23; 10:6; 17:21; 37:25; 38:14; 46:17; 59:16; 64:21; 109:6; 111:14; 116:17; 117:13; 126:3; 158:1; 162:4; 163:2; 164:19; 165:17, 18; 169:8; 179:5; 186:11; 187:10; 188:24; 190:25; 201:23; 216:23, 24; 217:1; 219:18; 230:20
feelings [2] 62:9; 138:4
feels [1] 130:22
feet [1] 162:2
felony [2] 8:21; 35:5
felt [10] 61:15, 17; 162:25; 163:13; 164:19; 166:8; 167:3; 171:17; 221:3; 230:11
female [2] 172:14; 230:5
fence [4] 180:15, 19, 23; 224:7
Fiction [1] 19:13
fiction [1] 124:16
fictional [2] 123:19; 124:10
field [10] 50:24; 66:20; 67:22; 70:6; 72:17; 76:3; 86:2; 88:14; 90:3; 91:18
Fields [1] 63:18
fifth [1] 64:9
fight [3] 190:9; 211:5, 9
fighting [3] 61:12; 204:21
figure [7] 108:16; 110:17; 161:14; 162:10; 163:22; 166:13; 177:5
figuring [1] 124:24
filed [10] 4:7; 5:9, 11; 6:1; 8:21; 152:5, 7; 153:6; 160:3; 161:6
files [1] 52:3
fill [2] 12:18, 20
filled [2] 74:21; 211:11
finally [8] 100:12; 152:20; 171:12; 210:25; 211:1, 4; 225:16
financial [1] 23:8
find [17] 17:13, 18; 46:3; 54:4, 8; 56:4; 110:14; 123:24; 125:4; 129:23; 139:9; 140:21; 154:7; 218:13, 15, 20; 232:12
finder [2] 106:21; 137:12
finding [1] 139:16

Fine [1] 66:4
fine [13] 54:7; 66:25; 82:23; 83:18; 85:15; 94:19; 129:15, 16; 130:10, 14; 136:18
finger [8] 99:9; 100:14; 186:10; 190:13, 18; 202:21, 24; 208:20
fingerprints [1] 207:20
fingers [17] 164:18, 23, 24; 165:12; 185:19; 186:7, 8, 14; 187:11; 190:11, 18; 202:11, 14, 20; 207:9, 12, 14
finish [2] 158:23; 173:13
finished [4] 21:2; 159:12; 204:15, 17
fire [1] 94:23
First [5] 14:4; 124:17, 20; 156:23; 186:10
first [57] 6:25; 12:16; 40:19; 41:3, 21; 52:11; 63:5; 75:21; 104:9; 115:11; 143:23; 156:21; 163:5, 8, 18, 23; 164:17; 165:3, 16; 173:20; 174:11; 177:25; 178:8, 14; 179:6; 180:4, 15; 183:8, 10, 12, 19; 184:14, 18; 187:15, 22; 188:12, 23; 189:19; 190:2, 10; 193:23; 194:24; 195:11; 196:6; 198:7; 199:9, 24; 203:13, 14; 212:3; 213:10; 216:13, 23; 218:25; 219:13; 223:7
Five [1] 87:4
five [10] 5:5; 12:4; 58:19; 78:5; 92:12; 109:23; 134:23; 142:4, 6; 161:9
five-year-old [1] 22:14
fixing [1] 64:11
flat [1] 215:12
flawed [1] 132:13
flip [1] 205:18
flipping [1] 211:23
floating [1] 170:4
floor [4] 65:1, 2; 200:23; 201:5
fluent [2] 191:4, 8
focus [1] 7:4
focuses [1] 64:4
Focusing [1] 110:4
folks [4] 69:15; 143:18; 164:8; 181:14
follow [13] 17:17; 54:24; 55:2; 60:17; 97:18; 98:10; 122:5, 12; 130:18; 136:21, 23; 137:1; 215:5
followed [2] 214:20; 221:17
follower [1] 138:2
following [7] 38:20; 40:3; 98:2; 154:19; 214:19, 25; 228:19
follows [2] 125:5; 174:12
fondling [1] 166:1
food [1] 138:11
foot [2] 185:12, 14
Football [1] 23:18
football [2] 25:22; 33:13
Force [7] 24:5, 6; 27:2, 3; 87:25; 88:2
force [6] 167:7; 192:20; 207:14, 17, 20; 208:3
forced [2] 162:23; 189:4
forcing [1] 207:12
foregoing [1] 236:12
foreign [2] 161:20; 217:19
foreman [1] 66:7
foreperson [9] 66:8; 67:4, 6; 69:7, 9, 11; 71:3; 79:11; 86:6
forever [1] 32:21
forget [2] 94:18; 98:8
forgive [3] 192:10, 11, 13
forgiven [2] 45:10; 78:22
forgot [1] 147:15
form [6] 98:25; 102:12, 23; 165:25; 166:1; 167:20
forma [2] 91:13; 113:16
formal [1] 161:6
formed [1] 134:25
former [2] 32:9; 80:9
forms [1] 172:1
forth [1] 132:8
forward [5] 7:11; 13:22; 207:17; 232:22; 233:4
Foster [1] 72:20
foster [3] 58:18; 83:15; 176:12
fostering [1] 83:12
fought [1] 211:5
found [16] 5:18, 21; 6:23; 53:10; 91:1; 129:5, 24; 130:1; 152:20; 154:10; 162:15; 169:25; 170:6; 219:4; 223:8, 24
Founding [1] 128:16
fountain [1] 56:10
fountains [1] 64:11
four [7] 14:24; 24:16; 69:3; 107:11; 141:24; 142:1; 212:3
four-year-old [2] 27:1, 4
frame [2] 34:10; 198:10
frames [1] 198:14
Francis [1] 26:15
frankly [1] 169:23
FRANSEN [31] 22:1, 8, 10; 30:24; 31:1; 48:5; 75:25; 76:4, 8, 10, 13, 17, 20, 23, 25; 77:3, 7, 12, 16, 21; 96:12, 14; 97:7; 118:13, 18, 20, 23; 119:1; 126:11, 16, 18
Fransen [13] 13:3; 21:25; 22:2; 30:23, 24,

25; 48:4; 75:24; 96:6; 118:11, 21; 126:9
**freaking** [1] 213:18
**free** [12] 10:6; 11:13; 15:5; 18:19; 40:15; 57:11; 64:21; 129:5; 145:18; 156:15; 158:2; 197:2
**freelance** [1] 64:3
**FREJO** [38] 13:6, 8; 24:15; 32:8, 11, 15, 17, 19, 24; 36:12, 16; 83:18, 21, 24; 84:3, 6, 9, 12, 14, 17, 19, 22; 85:1, 4, 8, 12; 105:7, 19, 22, 25; 106:2; 107:15, 18, 23; 108:2, 5, 10, 12
**Frejo** [10] 13:5, 6, 7; 24:16; 32:7; 36:11; 83:17; 105:6; 107:11; 143:4
**French** [1] 216:10
**frequently** [2] 59:7; 84:7
**Friday** [2] 40:19; 109:22
**friend** [12] 32:20; 33:5, 11; 34:15; 48:10; 76:16; 92:3, 5, 7; 116:8; 224:11; 230:7
**friend's** [1] 171:16
**friendly** [1] 65:3
**friends** [18] 11:18; 19:10, 23; 27:20; 28:18; 31:2; 32:2, 4, 5; 33:14; 41:10; 46:22; 47:22; 76:15; 149:22; 229:17, 19; 230:5
**frivolously** [1] 100:5
**From** [3] 11:16; 73:21; 229:24
**from** [145] 3:24, 25; 5:19; 6:9; 7:5, 12, 13; 8:3, 20; 11:13; 12:8; 13:17; 15:22; 16:2, 8, 18, 19; 17:1, 10; 18:1; 20:4; 26:12, 15; 28:2, 6, 12; 29:25; 31:6, 10; 34:12; 37:8, 20; 44:22; 47:1; 48:15; 49:14, 18; 51:10, 25; 53:2, 4, 25; 54:17; 55:1, 16, 18; 56:1; 57:7; 61:19; 65:7, 8; 77:15, 16, 17; 78:14; 82:7; 83:9; 88:2; 89:11; 91:4; 95:23; 98:6; 99:25; 100:11, 20; 101:19; 104:19; 115:24; 117:22; 120:10, 13; 121:20; 125:13; 127:3, 22; 129:8; 130:25; 131:4, 19; 132:19; 133:22; 135:2, 23, 25; 136:1, 22, 24; 137:20; 139:9; 143:14; 159:4; 161:11, 17; 162:20; 163:1, 15; 164:20, 22; 165:14, 21; 168:5, 21, 25; 169:12; 170:1; 171:8; 172:9, 19; 177:3, 14; 178:8; 180:5; 185:12; 194:2, 24; 195:8; 198:7, 13; 200:5; 203:14; 204:10; 205:10, 14, 23; 207:6; 211:16, 17; 212:6, 12, 20; 214:5; 215:20, 22; 217:1; 223:9; 226:9; 227:11, 25; 229:18; 231:6, 16
**front** [17] 10:1; 37:25; 63:22; 65:21; 111:6; 112:7; 116:23; 117:2, 7; 170:15, 16; 200:5; 202:8, 10, 22; 205:10
**Frozen** [1] 75:15
**full** [8] 17:21; 18:9; 110:25; 111:7, 13; 130:2, 24; 223:10
**fully** [1] 189:3
**funds** [1] 58:13
**further** [6] 9:16; 61:16; 63:1; 109:21; 207:14; 235:3
**future** [1] 160:21

- G -

**Galoob** [1] 16:18
**game** [2] 74:2; 157:2
**games** [4] 21:13; 24:14; 74:2
**gamut** [1] 165:13
**gate** [1] 180:4
**gave** [8] 97:16; 127:5; 188:7; 214:22; 220:1, 2; 226:2, 7
**general** [5] 17:15; 42:2; 161:18; 163:13; 169:13
**Generally** [1] 107:5
**generally** [4] 109:6; 123:12; 158:7; 173:2
**genital** [1] 99:8
**gentleman** [3] 9:7; 28:4; 117:11
**Gentlemen** [1] 39:8
**gentlemen** [11] 42:4; 63:9; 134:12; 142:16; 161:4; 165:25; 167:22; 173:5, 8; 196:22; 234:6
**geography** [1] 204:5
**geotechnician** [1] 24:13
**germane** [2] 65:20; 132:16
**gets** [1] 95:22
**getting** [9] 40:20; 61:17; 86:18; 106:23; 110:3; 136:14; 196:9; 213:9, 14
**Gigi** [1] 25:4
**girl** [5] 25:19; 77:18; 162:18; 163:15; 192:4
**girlfriend** [1] 43:11
**girlfriend's** [1] 25:18
**girls** [1] 212:4
**give** [24] 18:3; 30:16; 40:19; 51:20; 52:18; 54:3, 22, 25; 55:4, 9; 59:14; 60:17; 104:10;

106:6; 109:4; 136:24; 147:25; 148:8; 150:12; 158:7, 12; 173:16; 209:24; 211:8
**given** [5] 65:17; 69:3; 134:21; 144:11; 160:6
**gives** [8] 42:21; 90:11; 95:9, 16, 22; 97:4; 150:12; 154:19
**giving** [8] 10:10; 53:22; 54:21; 84:24; 103:8; 154:25; 185:6, 10
**glad** [1] 124:11
**glass** [2] 220:3
**glasses** [1] 233:22
**goal** [2] 88:22; 129:10
**goes** [4] 31:9; 63:18; 126:21; 159:1
**going** [118] 4:23; 7:2, 10; 8:1, 2; 12:11, 12; 17:14, 16; 21:19; 49:5; 51:16; 54:19; 55:11, 12; 57:9; 61:6; 65:25; 68:11; 69:5; 75:17; 81:7; 90:14; 94:22, 23, 24; 96:5; 97:12; 102:6; 103:18; 111:2; 116:9, 10; 117:13; 120:8; 122:9; 125:18; 128:2; 134:15, 17, 20; 135:23; 136:2, 21, 23, 24; 137:9, 12, 13; 138:6, 13, 22; 139:3, 7, 15, 17; 142:17; 143:20, 21; 145:3; 147:19; 148:14; 150:23; 151:6, 7; 158:5, 10, 13, 15; 160:5; 162:11, 12, 18, 24; 163:3, 19; 164:4; 165:19, 20; 166:10; 167:14; 168:2, 11; 169:14; 173:12; 179:7; 187:1; 188:25; 191:1; 202:9; 204:24; 206:3; 208:13; 209:6, 7; 212:5, 21; 213:16, 18, 19, 23; 222:3, 5; 223:8, 11; 226:9, 18; 227:2; 228:8, 12; 229:5; 230:23; 231:1; 232:3; 234:6, 14
**golfing** [1] 27:4
**gone** [4] 4:12; 108:19; 171:9; 210:3
**Good** [20] 8:14; 13:13; 15:10, 11; 40:9; 41:5; 63:9; 68:22; 70:3; 72:15; 74:18; 79:19; 86:11; 89:18; 145:2; 147:14; 148:21, 22; 173:24
**good** [22] 14:14; 31:1; 33:5, 11; 40:8; 42:24; 65:5; 70:20; 75:25; 77:24; 79:4; 81:3; 96:22; 107:22; 109:7; 124:23; 181:11; 192:4; 203:19; 221:22, 24; 224:4
**goodness** [1] 71:25
**Google** [1] 233:12
**government** [1] 128:10
**gowns** [1] 210:23
**grab** [1] 141:20
**grabbed** [3] 189:7; 220:4; 228:23
**grabbing** [1] 205:25
**grade** [3] 64:9; 70:15; 82:9
**grades** [2] 166:6; 203:19
**graduate** [4] 70:4, 7; 79:5; 82:2
**graduated** [2] 82:8; 149:25
**graduation** [1] 51:1
**Graham** [1] 95:12
**graham** [3] 95:16; 96:6, 9
**grammar** [1] 68:3
**Grand** [1] 90:20
**grandchild** [2] 40:20; 41:3
**grandchildren** [5] 19:9; 20:11, 18; 24:7; 227:19
**granddaughter** [1] 23:15
**grandfather** [3] 90:4, 5, 18
**grandkids** [2] 20:12; 26:21
**Grandma** [3] 179:25; 181:1; 215:8
**grandma** [3] 25:4; 164:7; 227:15
**Grandmother** [1] 176:23
**grandmother** [1] 227:17
**grandmother's** [2] 164:4; 215:9
**grandpa** [1] 227:16
**grandson** [1] 40:19
**Grant** [1] 25:18
**grant** [1] 160:6
**grants** [2] 12:3; 58:13
**grass** [1] 105:10
**grateful** [1] 179:1
**great** [2] 134:19; 139:5
**greater** [2] 9:14; 106:7
**greatly** [1] 41:3
**green** [1] 124:4
**grew** [1] 162:12
**groomer** [3] 19:21; 20:1, 2
**groping** [1] 166:1
**ground** [4] 105:10; 196:7; 200:6; 206:4
**group** [1] 31:21
**growing** [1] 104:22
**grown** [4] 58:14; 145:24; 180:14; 218:2
**guardianship** [2] 81:10, 13
**guess** [12] 35:25; 42:5; 81:21; 90:14; 101:24; 106:12; 112:25; 120:24; 123:10; 127:11; 170:1, 2
**Guilt** [2] 93:16, 18
**guilt** [6] 47:9; 52:21; 53:9, 23; 93:15; 135:1
**Guilty** [5] 133:3, 6, 12, 14, 16
**guilty** [32] 8:24; 9:12; 53:7, 10, 14; 54:4, 9;

94:10; 128:4, 12, 13; 129:4, 5, 23; 130:1; 131:12, 23, 24; 132:25; 135:9, 13, 15; 137:8; 138:6; 140:8; 153:19; 154:7, 10; 161:10
**guys** [7] 41:22; 43:14; 65:25; 101:6; 137:12; 139:24; 155:8

- H -

**Hadijah** [1] 181:5
**hadn't** [2] 171:15
**hairs** [1] 189:11
**half** [3] 158:24; 187:21; 227:21
**half-siblings** [1] 227:19
**half-sister** [1] 71:14
**halfway** [2] 184:11
**hallway** [4] 65:5, 11; 157:16, 25
**hallways** [1] 170:4
**hand** [44] 3:10; 11:4; 15:21; 16:1, 7, 25; 17:9; 26:14; 28:16, 20; 30:19, 23; 34:21; 37:22; 41:22; 43:5; 45:18; 47:24; 48:9; 49:17; 50:4; 53:3; 54:16; 55:17; 64:21; 113:24; 114:13; 115:13; 116:6; 135:14; 138:18; 139:22; 141:4; 143:10; 156:17; 164:21; 173:25; 189:6; 190:23; 193:2; 202:18, 19; 236:16
**handled** [1] 62:2
**hands** [23] 28:21; 34:22; 37:23; 44:23; 47:25; 49:19; 50:10; 94:1; 98:7; 100:1; 103:1, 3, 4, 6; 113:10; 117:20; 131:20; 135:17; 139:23; 141:5; 165:12; 185:3; 216:20
**hang** [2] 41:2, 22
**hanging** [1] 21:3
**Hangouts** [2] 233:12, 13
**Hannah** [2] 144:3; 145:16
**HANSON** [30] 18:14, 21, 24; 29:1, 7, 9, 11, 14; 35:1, 4, 9; 66:4, 9, 13, 17, 21; 87:13, 16; 99:16; 113:14, 18, 23; 121:4, 10, 14, 18, 24; 125:25; 126:2; 132:24
**Hanson** [15] 13:1; 18:8, 9, 13, 15; 28:23; 34:24; 66:3; 87:11; 99:15; 113:12; 121:2; 125:23; 132:20
**happen** [18] 67:3; 165:19; 166:20; 183:5; 188:25; 189:12, 21, 25; 190:7; 195:25; 198:6, 22; 199:17, 20; 207:1; 209:10, 12; 216:13
**happened** [65] 45:4; 49:1, 8; 77:6; 105:18; 107:14; 111:9, 17; 112:6; 117:8, 15; 141:3; 144:14; 161:19; 165:3, 5, 24; 167:19, 24; 168:16; 169:8; 171:13, 19; 173:7; 183:8; 184:25; 185:4, 10, 18; 186:13; 188:5, 13, 15, 17, 22; 189:15; 190:2; 194:13; 198:3; 200:23; 201:12, 22; 203:8, 9; 208:15, 17, 18; 210:13; 216:3; 219:8, 17; 222:15, 24; 223:25; 224:14, 16, 21; 226:9; 228:16; 229:15; 231:5, 20
**happening** [6] 61:21; 171:4; 173:7; 199:9; 202:5; 203:3
**happens** [1] 129:20
**happy** [1] 65:23
**hard** [9] 62:9; 117:1, 4; 130:11, 13; 189:5, 8; 207:11, 13
**Hardly** [1] 72:1
**harm** [1] 58:20
**harmed** [1] 47:3
**Harp** [2] 41:16, 19
**Harry** [1] 16:18
**hasn't** [1] 64:12
**hat's** [1] 89:13
**hate** [1] 227:21
**hated** [1] 199:13
**haven't** [4] 21:7; 93:20; 124:19; 227:1
**having** [9] 6:7; 39:12; 71:9; 88:13; 115:16; 120:24; 139:2; 163:15; 174:11
**HAYHURST** [16] 23:12, 18, 22; 48:14, 19, 22, 25; 49:6, 10; 81:3, 9, 12, 16, 19, 22; 111:8
**Hayhurst** [9] 13:5; 23:11, 13; 48:13; 81:2; 110:24; 141:25; 142:24
**he'll** [2] 172:21, 25
**He's** [17] 20:17; 23:14; 24:6, 25; 31:20; 33:7; 61:14; 63:19; 76:20; 92:1; 138:2; 170:17, 18; 172:20; 196:6; 233:22, 23
**he's** [17] 4:4; 23:8; 30:9, 10; 31:2; 34:2; 53:20; 64:14; 92:9; 131:24; 135:10; 136:9, 18; 170:17; 172:21; 233:20
**head** [15] 30:20; 38:2; 78:23; 97:5; 103:6; 105:7; 108:6; 119:2; 124:18; 132:4; 165:7; 178:4; 187:4; 189:7; 207:16
**heads** [16] 52:9, 15; 53:16; 54:2; 55:5; 104:16; 106:10, 19; 107:1; 127:7; 129:6; 138:25; 139:12; 151:14; 155:2, 6

Health [1] 172:20
health [6] 90:1; 204:5; 221:23; 222:7, 10, 12
healthcare [2] 86:2, 3
hear [45] 17:14, 18; 18:1; 42:17; 49:11; 52:5; 57:16; 93:18; 103:14; 104:2; 105:10; 118:11, 17; 135:18, 23, 25; 136:1, 12; 137:13; 139:8; 142:18; 143:24; 146:13; 148:6; 159:13; 160:14; 161:24; 163:8; 168:16; 169:16, 25; 170:8; 171:8, 11; 172:5, 9, 18, 19; 174:6; 192:13; 199:4; 201:18, 25; 211:2, 16
heard [34] 5:13; 7:12; 13:21; 29:14; 51:24; 59:8, 13; 60:8; 71:11; 77:14; 93:24; 94:2; 102:4; 103:2, 10, 24; 117:5; 118:22; 119:6; 131:5; 147:21; 150:11; 153:15; 154:17; 155:16; 160:10; 172:8; 191:6; 201:13; 209:11; 213:5, 7; 218:4; 234:15
hearing [21] 38:5, 20; 39:10; 40:4; 43:9; 44:18; 46:19; 47:21; 103:18; 111:4; 113:15; 130:13; 134:2, 8; 141:9; 142:15; 144:9, 23; 156:6, 11
hearsay [1] 102:10
heavier [1] 184:22
Hebrew [1] 204:5
height [1] 64:12
held [2] 21:7; 200:7
hell [4] 204:24; 228:10, 18; 233:12
Hello [1] 65:2
hello [1] 73:24
help [7] 25:23; 61:17; 150:22; 157:7; 163:7; 173:6; 230:24
helped [1] 230:25
helping [4] 9:20; 28:9; 80:24; 230:24
helpless [1] 164:19
hence [1] 12:2
Hennen [1] 181:5
herby [1] 219:11
Here [1] 36:12
here [43] 10:7; 39:9; 44:3; 56:7; 59:25; 63:13, 16, 21; 64:24; 65:6, 8, 22; 82:7; 93:19; 94:24; 95:5; 100:25; 103:20; 113:8; 118:3; 119:8; 125:18; 132:17; 134:1, 24; 138:4; 140:25; 143:24; 147:20; 151:6; 158:18; 159:6, 15; 162:24; 167:24; 172:3; 204:25; 207:17; 214:13; 218:21; 231:16; 234:7
here's [1] 74:24
hereby [1] 236:12
hereunto [1] 236:16
herself [1] 162:14
HESSE [1] 1:15
Hesse [4] 8:14; 122:5; 161:4; 236:15
Hesse's [1] 122:13
Hicks [5] 8:10; 9:22; 56:25; 160:16; 197:14
High [8] 70:17; 166:4, 16; 170:3, 4; 174:24; 203:15, 21
high [8] 27:16; 29:3; 88:23; 89:2; 91:2, 3; 170:1; 221:24
high-definition [1] 121:19
highschooler [1] 169:18
Highway [3] 33:6; 34:2; 158:19
highway [1] 33:22
hiking [1] 145:18
Hills [2] 175:15, 16
himself [2] 58:21; 135:25
Hirst [10] 9:20; 12:12, 21, 24; 38:21; 40:5; 57:13; 144:2; 148:18
hissy [1] 228:4
Historical [1] 19:15
history [2] 7:20; 8:1
hitting [2] 169:13; 196:9
Hobbies [4] 22:5; 26:6, 19; 27:3
hobbies [10] 19:6; 20:20; 21:13; 22:16; 23:2, 9; 24:7; 41:1; 146:2; 149:2
hobby [5] 18:12; 19:22; 24:13; 58:8
Hold [1] 234:15
hold [19] 28:14, 20; 34:21; 41:6, 14; 43:16; 58:25; 124:7, 12; 125:19; 135:4; 137:22; 140:10; 146:25; 149:15; 192:25; 193:1; 206:25; 207:25
holding [2] 53:23; 167:6
holds [1] 140:15
H.S. [7] 175:25; 176:19; 201:21; 202:1; 209:8, 16; 233:9
Hollywood [1] 123:5
home [29] 20:4; 26:3; 64:6; 80:3; 94:18, 19; 95:18; 96:8, 18; 98:8; 161:11, 17; 162:20; 163:1; 164:20, 22; 165:14, 15; 166:4; 193:24; 195:4; 198:19; 200:15; 201:17; 203:24; 224:22, 23; 231:6; 234:14
homes [2] 80:18, 19
homeschool [1] 166:22

**homeschooled** [2] 200:9, 13
**homeschooling** [10] 7:4; 166:17, 18, 21; 203:13, 23; 204:6, 8, 11, 12
**homicide** [1] 124:22
**honest** [4] 46:24; 47:4, 13; 109:7
**honestly** [1] 69:2
**Honey** [1] 96:20
**Honor** [41] 3:6, 16, 19; 4:1, 11, 14, 17, 20; 8:7, 9; 16:12; 29:9; 35:9; 39:22, 24; 41:9, 12; 42:19, 23; 44:11; 47:16, 18; 56:22, 24; 63:8; 133:23; 134:11; 144:18, 20; 148:13; 159:23, 25; 161:3; 173:18, 21; 174:9; 197:11, 13, 22; 233:24; 234:3
**honor** [1] 63:21
**HONORABLE** [1] 1:15
**honorary** [5] 28:15; 41:7; 59:1; 147:7; 149:20
**hope** [1] 100:3
**hopefully** [1] 143:21
**hoping** [2] 134:5; 231:10
**hopped** [1] 224:7
**Horatio** [1] 124:12
**horny** [1] 165:10
**horrible** [2] 135:10
**horrific** [1] 139:17
**horror** [1] 21:22
**hospice** [1] 24:23
**hospital** [2] 61:20; 175:9
**hospitals** [1] 61:15
**hotel** [1] 82:6
**hour** [3] 55:12; 158:12, 24
**hours** [7] 124:22, 25; 171:24; 172:2; 224:17; 231:23
**House** [13] 7:13; 16:16, 20; 161:24; 167:17; 168:17; 171:23; 172:5; 220:20; 221:15; 231:16; 232:5
**house** [28] 116:10, 13, 22; 151:19; 164:4, 6; 168:4; 169:14, 22; 171:16; 180:3; 194:10; 203:10; 212:5; 215:9; 220:17, 18; 223:17; 224:12; 227:10, 12, 25; 228:24; 229:4, 7, 8; 230:19; 232:4
**household** [1] 177:4
**houses** [1] 229:20
**however** [2] 100:13, 14
**Huge** [1] 71:1
**hugged** [1] 200:5
**hugging** [1] 227:9
**humanly** [1] 11:13
**hundred** [1] 170:3
**hundreds** [3] 139:5; 172:11, 16
**hung** [1] 211:23
**hungry** [2] 94:20; 136:14
**hunting** [1] 18:23
**hurried** [2] 189:3, 14
**hurt** [6] 47:3; 117:12; 196:4; 207:18; 208:13
**hurting** [1] 200:2
**Husband** [1] 177:2
**husband** [22] 19:4, 20, 21; 20:8, 9; 21:17, 18; 22:23, 25; 23:7, 13; 24:3, 12, 13, 22; 40:17, 24; 41:2; 75:13; 146:1; 181:8; 225:15
**husband's** [3] 19:3; 24:16; 145:23
**hymen** [1] 173:4
**hymenoplasty** [1] 173:1
**hysterical** [1] 211:19

- I -

**I'll** [10] 8:4; 68:4; 75:22; 104:7; 135:18; 141:6; 155:12; 158:7, 12; 228:20
**I've** [20] 14:23; 32:21; 35:13; 46:22; 78:16; 96:8; 103:5; 112:23; 122:6, 22; 123:1; 134:14; 138:11; 172:11; 194:20; 211:4, 21; 213:6; 218:23; 221:9
**I-240** [1] 14:21
**idea** [5] 42:9; 95:1, 2; 218:16, 17
**ideas** [5] 11:15; 96:3; 97:2; 99:17; 122:7
**identification** [1] 233:25
**identified** [2] 17:7; 234:2
**identifies** [1] 52:7
**identify** [1] 157:8
**ignore** [1] 157:16
**immediate** [1] 127:2
**immediately** [3] 125:24; 127:1; 212:19
**impact** [7] 35:7, 18; 36:7; 44:20; 45:14; 61:5; 62:14
**impartial** [13] 35:19; 36:8; 37:4, 18; 39:15; 42:22; 45:9; 46:23; 55:14; 59:15; 62:15; 63:4; 144:14
**important** [5] 10:22; 11:22; 17:25; 30:17; 157:4
**imprisonment** [1] 54:6
**in-law** [1] 29:3
**inaudible** [1] 226:19
**inches** [1] 105:16
**incident** [9] 77:11; 78:21; 187:16, 22; 189:12; 190:11;

200:12; 204:6, 10
**incidents** [4] 190:13; 191:24; 204:8; 206:5
**included** [2] 54:24; 55:3
**including** [7] 10:9; 11:18, 20; 13:17; 59:19; 63:21; 130:5
**income** [1] 195:4
**increase** [1] 111:18
**indented** [1] 216:19
**independent** [1] 140:13
**indicated** [3] 4:4; 57:6; 126:14
**indicating** [5] 202:20, 22; 207:17, 18; 212:12
**Indra** [2] 13:5; 23:25
**industry** [3] 18:17; 149:1; 195:8
**infection** [5] 163:9; 219:9, 23; 220:5; 232:13
**influenced** [1] 11:14
**inform** [1] 10:11
**Information** [15] 4:8, 10, 12, 16; 8:20; 51:13, 14, 15, 24; 52:1, 6, 12; 134:23; 161:6, 8
**information** [12] 6:14; 7:10; 13:17, 18; 30:16; 37:16; 42:8; 62:21; 125:13; 137:23; 150:18; 151:8
**informed** [1] 69:17
**infusion** [1] 26:5
**ingredients** [1] 95:11
**initially** [3] 126:13; 127:4
**initiated** [1] 61:14
**initiating** [1] 168:13
**injury** [1] 172:24
**injustice** [2] 128:24; 129:4
**inmates** [4] 41:25; 42:3; 84:5, 24
**innocence** [6] 9:12; 54:20; 60:9, 16; 135:1; 153:18
**innocent** [12] 9:10; 47:8; 52:13, 17, 18, 25; 53:14; 128:8, 13, 23; 135:5; 138:6
**inside** [17] 99:19; 164:18, 23, 24; 183:21; 185:19; 186:7, 15; 187:7; 190:11, 19; 201:8, 10; 202:21, 24; 206:16; 226:9
**inspect** [1] 172:13
**Instagram** [1] 233:11
**instance** [1] 126:4
**instances** [2] 160:8, 13
**instead** [5] 63:13; 170:5; 201:16; 228:8; 231:10
**instruct** [1] 54:19
**instructed** [6] 98:24; 100:9, 19; 130:16, 23; 157:14
**instruction** [4] 10:13; 52:17; 54:3; 107:8
**instructions** [11] 10:10; 54:21, 22, 25; 55:3; 122:13; 130:19; 136:24; 137:2; 159:10; 160:24
**instructs** [4] 99:7, 22; 100:13; 106:3
**insurance** [2] 19:5; 145:25
**Integris** [3] 24:23; 25:7; 26:12
**intense** [1] 75:19
**interaction** [1] 41:24
**interesting** [2] 123:24; 134:15
**interior** [1] 64:2
**International** [1] 79:7
**Internet** [2] 11:20; 26:18
**interpret** [1] 3:24
**interpreted** [1] 181:25
**INTERPRETER** [3] 3:16, 19, 22
**Interpreter** [1] 3:12
**interpreter** [5] 3:9; 28:8; 50:6; 159:20; 197:8
**interview** [6] 7:13, 14; 125:3, 8; 167:15; 231:22
**interwoven** [1] 137:13
**intimate** [1] 227:10
**into** [38] 3:25; 4:21, 24; 7:4; 8:11; 9:23; 18:5; 48:7; 51:1; 56:21; 57:1; 62:20; 75:23; 90:9; 92:19; 100:15; 106:22; 109:21; 151:20; 157:12; 158:20; 159:8, 22; 160:18, 21; 197:15; 208:10; 213:25; 220:2, 17, 18; 227:1, 5; 228:23; 229:11, 15
**introduce** [5] 9:17; 18:7; 58:5; 145:6; 148:23
**introduced** [1] 63:15
**introduction** [1] 160:14
**intrusion** [1] 7:8
**invasive** [1] 172:13
**investigates** [1] 29:13
**investigating** [2] 212:17; 214:4
**investigation** [10] 162:11, 13; 168:7, 19; 170:22; 171:22; 172:6; 212:14; 220:13; 227:23
**involved** [4] 29:19; 62:8; 153:2, 16
**involves** [2] 42:18; 147:22
**involving** [1] 62:10
**Isabelle** [1] 19:20
**Islam** [2] 138:3, 5
**Island** [1] 90:20

isn't [2] 157:22; 168:14
issue [5] 8:2; 18:1; 27:21; 104:17; 131:22
issues [7] 61:16; 63:3; 110:1; 134:16; 154:19, 23; 155:4
It's [27] 26:4; 35:14; 36:16, 20; 42:7; 48:17; 51:16; 69:24; 73:1; 82:5; 88:15; 89:6; 92:5; 119:11; 122:7; 123:11; 124:10; 125:9; 129:14, 17; 136:13; 137:5; 139:24; 172:8; 215:12; 220:19
it's [47] 7:7; 17:25; 25:2; 30:17; 38:8; 42:3; 44:5; 47:3; 52:6; 63:21, 24; 64:6, 7, 23; 65:3, 4, 5, 13; 71:21; 84:16; 94:21; 103:7; 106:12, 24; 107:8; 108:21; 110:17; 122:23; 127:11; 128:4; 129:4, 15; 132:16; 134:16; 137:7; 138:11; 143:16; 167:25; 170:2; 175:7; 177:8; 181:24; 192:10; 215:3; 227:4; 232:12
item [1] 102:13
itself [1] 60:3
itty [1] 96:9

- J -

Jail [2] 83:25; 84:5
jail [9] 32:14; 84:2, 11, 15; 129:15, 16; 213:19, 23
James [4] 13:10; 26:25; 43:23; 44:1
Jared [1] 26:21
Jarrett [1] 32:2
jealous [2] 169:19; 223:12
Jean [1] 145:10
Jenilee [2] 13:4; 23:6
Jennifer [2] 13:10; 27:7
Jerry [1] 145:1
Jesus [1] 41:23
jiggled [1] 211:12
Joel [4] 16:17; 229:8, 17; 231:12
John [7] 32:8; 144:3, 7, 11, 17, 21, 25
Jordanian [1] 4:3
Joseph [2] 41:16, 19
JOSEY [3] 145:16; 148:3, 7
Josey [8] 144:3; 145:15, 16; 148:2, 10, 14, 17, 19
journalism [3] 89:25; 90:9, 24
journalist [1] 90:24
journeyman [1] 21:12
JUDGE [1] 1:16
Judge [44] 5:15; 6:5, 15, 18; 7:22; 44:13; 63:15; 64:18; 65:4, 23; 83:5; 95:22; 97:4, 16; 99:6, 22; 100:9, 13, 19; 104:9; 106:3; 117:25; 122:5, 13; 129:12; 130:16, 20, 23; 132:15; 134:18; 136:24, 25; 138:21; 139:7; 141:6, 20, 22, 25; 154:19, 24; 156:3, 8; 161:4; 236:15
judge [3] 47:10; 69:23; 90:20
Judge's [5] 98:2; 99:3, 24; 130:18
judges [1] 8:15
judgment [2] 110:16; 131:3
JULEE [1] 1:25
Julee [3] 10:2; 236:9, 20
Juliana [2] 13:4; 22:13
July [1] 35:25
Juman [1] 3:8
June [1] 37:13
juries [1] 86:2
JUROR [564] 13:6, 8; 14:10, 16, 18, 21, 23; 15:8, 11, 13; 18:14, 21, 24; 19:2, 8, 13, 15, 19; 20:1, 4, 7, 15, 23, 25; 21:6, 8, 11, 16, 22; 22:1, 8, 10, 13, 18, 22; 23:6, 12, 18, 22, 25; 24:11, 15, 21; 25:8, 13, 17; 26:1, 10, 25; 27:7, 12, 16, 19, 23, 24; 29:1, 7, 9, 11, 14, 17, 20; 30:1, 4, 6, 8, 12, 20, 24; 31:1, 8, 12, 16, 20, 23; 32:1, 8, 11, 15, 17, 19, 24; 33:2, 9, 11, 17, 21; 34:1, 7, 15, 18; 35:1, 4, 9, 12, 20, 23; 36:4, 9, 12, 16, 20, 24; 37:5; 38:2, 8, 12; 39:2, 4, 7, 14, 17; 40:9, 11, 16; 41:9, 12, 18; 42:1, 12, 16, 19, 23; 43:7, 10, 18, 20, 23; 44:2, 5, 8, 15; 45:4, 10, 16, 19, 23; 46:1, 3, 7, 10, 13, 16, 20; 47:2, 12; 48:3, 5, 10, 14, 19, 22, 25; 49:6, 10, 22; 50:1, 5, 8, 12, 16, 21, 25; 51:5, 14, 16, 19, 22; 57:8, 19, 21, 24; 58:2, 4, 9, 24; 59:2, 5, 10, 12, 16, 20, 23; 60:1, 3, 7, 11, 14, 18, 20, 24; 61:4, 9, 13, 23, 25; 62:5, 12, 16; 66:4, 9, 13, 17, 21, 25; 67:5, 8, 13, 17, 23; 68:2, 9, 13, 16, 19, 22; 69:2, 8, 12, 17, 22; 70:3, 7, 10, 14, 17, 20, 23; 71:1, 4, 7, 13, 16, 19, 22, 25; 72:3, 8, 12, 15, 18, 20, 23; 73:1, 6, 9, 12, 15, 18, 20, 22, 25; 74:3, 5, 8, 12, 15, 18, 23; 75:3, 6, 8, 11, 17, 20, 25; 76:4, 8, 10, 13, 17, 20, 23, 25; 77:3, 7, 12, 16, 21, 24; 78:4, 11, 16, 23; 79:1, 4, 7, 12, 15,

18, 21, 24; 80:4, 7, 11, 14, 16, 22; 81:1, 3, 9, 12, 16, 19, 22, 24; 82:5, 11, 16, 20, 23; 83:1, 11, 14, 18, 21, 24; 84:3, 6, 9, 12, 14, 17, 19, 22; 85:1, 4, 8, 12, 15, 19, 23; 86:7, 9, 11, 13, 17, 19, 22, 24; 87:4, 7, 13, 16, 19, 23, 25; 88:3, 6, 11, 15, 21; 89:1, 6, 9, 13, 16, 18, 22; 90:4, 18, 25; 91:8, 11, 14, 19, 22; 92:1, 5, 8, 12, 16; 93:4, 6, 10, 15, 23; 94:4, 9; 95:7; 96:12, 14, 25; 97:7, 17, 20, 23, 25; 99:5, 11, 14, 16; 101:4, 15, 19; 102:8, 20, 25; 103:11, 16; 104:1, 4, 23; 105:2, 7, 19, 22, 25; 106:2; 107:15, 18, 23; 108:2, 5, 10, 12, 18, 21, 24; 109:2, 9, 15, 20; 110:5, 7; 111:8, 15, 20; 112:4, 10, 12, 14, 23; 113:7, 14, 18, 23; 114:2, 7, 11, 14, 19, 22; 115:1, 5, 7, 10, 14, 22; 116:4, 7, 16, 18; 117:3, 10, 18; 118:4, 6, 8, 10, 13, 18, 20, 23; 119:1, 7, 17, 20; 120:1, 4, 19, 24; 121:4, 10, 14, 18, 24; 122:3, 20, 22; 123:1, 6, 14, 19, 23; 124:3, 9, 21; 125:3, 7, 11, 14, 25; 126:2, 7, 11, 16, 18, 24; 128:1, 6, 11, 17, 20; 130:4, 6, 9, 15, 20; 131:7, 10, 15; 132:3, 4, 24; 133:3, 6, 8, 12, 14, 16; 145:9, 13, 16, 22; 147:23; 148:3, 7, 22, 25; 149:4, 7, 9, 11, 14, 17, 19, 21, 24; 150:4, 7, 9, 14, 19, 20, 25; 151:2, 4, 19, 22, 24; 152:2, 6, 10, 13, 17, 19, 24; 153:2, 5, 8, 11, 14

**Juror [8]** 38:19; 40:3; 57:12; 141:11, 14, 16; 148:17; 156:18

**juror [42]** 5:2; 10:11, 14, 21; 12:1, 2, 7, 9, 10; 13:15; 30:18; 34:20; 35:8, 19; 37:4; 38:22; 40:6; 42:11; 43:4; 45:9; 53:13; 54:8, 24; 55:2; 57:10, 14; 60:6; 62:15; 106:5, 25; 127:24; 131:17; 132:2; 140:2, 13; 142:19; 143:19; 144:14, 22; 146:22; 148:18; 156:14

**Jurors [2]** 11:12, 14

**jurors [134]** 2:3, 4; 5:1, 4, 5; 8:18; 10:7, 16, 22, 25; 11:8, 11; 12:25; 14:6; 15:19, 22; 16:2, 8; 17:1, 10; 28:6, 12, 17, 21; 34:22; 37:8, 20, 23; 42:18; 44:22; 47:25; 49:14, 18; 50:10; 51:10, 25; 52:9, 15, 23; 53:2, 4, 16, 18, 25; 54:2, 12, 17; 55:5, 7, 10, 16, 18, 25; 59:9; 60:9; 88:9; 94:1; 95:11; 97:10; 98:6, 13, 22; 99:25; 100:11, 20; 101:25; 103:4; 104:16, 19; 106:10, 19, 24; 107:1; 113:10; 117:22; 120:13; 122:14; 124:19; 125:20; 127:3, 7, 18, 22; 129:1, 6, 8; 130:25; 131:4, 19; 132:7, 9, 19; 133:22; 135:2, 17; 138:8, 19, 25; 139:12, 23; 141:5; 142:17; 143:3; 145:4; 146:5, 8, 11, 15, 19, 23; 147:2, 5, 8, 12, 17, 21; 150:17; 151:6, 14; 153:21, 25; 154:4, 11, 21; 155:2, 6, 10, 18, 22; 156:1; 160:16; 197:18; 234:22

**JURY [1]** 1:13

**Jury [8]** 8:12; 11:5; 57:2; 143:11; 160:20, 24; 197:16; 234:20

**jury [98]** 4:21, 22, 24; 5:6; 8:4; 9:21, 25; 10:16; 12:11, 14; 13:19; 17:13; 27:11, 22; 35:12; 38:5, 20; 39:10; 40:4; 43:9; 44:18; 46:19; 47:21; 55:23; 56:19, 25; 63:4; 66:5, 8, 11; 67:2; 68:25; 69:1; 70:21; 71:2; 74:25; 79:10, 11, 25; 86:5; 87:6; 93:7, 11; 94:8; 97:14; 107:9; 119:11; 123:10; 129:21; 131:12; 132:10; 134:2, 8, 12; 136:24; 138:17; 140:14; 141:6, 9; 142:15; 143:14; 144:9, 23; 147:16; 150:2; 155:1, 17; 156:6, 11; 157:21; 159:4, 18, 22; 160:3, 10; 161:4; 181:4; 183:20, 25; 185:18, 21; 188:17; 190:16; 191:15; 193:14; 197:7, 10, 14; 199:22; 204:10; 206:8; 208:8, 22; 213:3; 233:20; 234:9

**justice [7]** 10:23; 32:4; 50:13, 17; 89:20; 128:8; 139:1

**J.S. [3]** 175:25; 176:20; 221:19

**juvenile [2]** 61:24; 83:6

- K -

**Kansas** [2] 35:2; 66:6
**karate** [1] 64:16
**Kayla** [1] 13:10
**Keep** [1] 55:24
**keep** [16] 11:12; 26:14, 18, 22; 64:12; 109:15; 134:5; 136:16; 150:23; 169:12; 202:12, 23; 204:22; 205:19; 208:6
**keeping** [3] 27:4; 205:23; 207:13
**Kelsey** [3] 13:2; 19:19; 33:12
**Kentucky** [3] 34:8, 12; 48:11
**kept** [14] 165:20; 169:15; 186:14; 188:23, 24; 204:21, 23; 205:19, 21; 206:1, 19; 228:11; 230:5
**Kerr** [1] 1:22
**kick** [2] 191:21; 201:2
**kiddos** [1] 104:21
**kidnapped** [1] 48:11
**kids** [15] 21:12, 18; 25:24; 75:5; 105:11; 108:4; 110:8; 115:16; 145:10; 149:5, 25; 181:9; 201:15, 17; 229:19
**kill** [1] 206:23
**Kind** [3] 77:5; 113:16; 151:6
**kind** [39] 25:2, 3, 22; 26:14, 18; 32:12; 35:16; 43:2, 17; 47:6; 65:25; 71:15; 73:8; 75:9, 14; 77:4; 90:5, 7, 11, 16, 19; 91:13; 101:11, 12; 107:7; 108:8; 109:13; 114:17; 117:5; 123:24; 124:16; 126:18; 134:25; 136:14; 170:21; 178:22; 180:10; 204:3; 205:19
**kindergarten** [1] 82:12
**kinds** [4] 101:13; 169:20; 229:2
**kinship** [1] 83:8
**kissing** [1] 227:9
**kitchen** [1] 180:6
**knew** [19] 77:11; 91:15; 144:11; 161:14; 163:20, 21; 168:25; 185:8; 191:4, 7; 206:3; 214:4; 217:20; 224:11, 19; 229:3; 230:4, 14; 232:4
**knocked** [2] 211:19; 212:13
**knot** [1] 211:12
**know** [141] 7:24; 15:18, 25; 16:6; 17:22; 26:11; 27:11, 14, 18, 20; 28:5, 11, 24; 29:10, 12, 18; 31:12; 33:13, 20; 34:10, 12, 17; 36:21; 41:1; 42:6, 7; 43:14, 18, 25; 46:21; 47:1, 6; 48:24, 25; 50:17; 57:22; 58:3; 59:3, 18; 60:22; 62:1; 64:22; 65:7, 15, 16, 20; 69:8, 12, 19, 23, 24; 78:7; 88:22; 90:9; 92:17, 23; 93:6, 17; 95:3, 13; 96:22; 99:17; 100:2; 101:22; 109:1, 12; 110:16; 116:2, 18, 20, 21, 23, 24; 117:13, 14; 118:2; 120:7; 121:3, 8, 9, 19; 122:5; 123:10; 124:5; 128:22; 130:12; 131:20, 21; 132:12, 15, 16, 17; 133:20; 137:3, 7, 8; 146:4; 149:6, 8, 25; 150:5, 22; 152:4, 22; 153:8; 155:9; 157:1, 5; 162:7; 164:25; 165:19; 168:6, 19; 170:9, 20; 171:4, 5; 173:9; 175:6, 7; 177:14, 19; 186:5; 191:5, 10; 206:18; 210:17; 213:7, 22; 215:20; 216:18; 220:21; 221:6; 224:25; 227:6; 232:14
**knowledge** [4] 7:16; 49:7; 210:3
**known** [5] 32:21; 170:22; 176:3; 177:9; 179:3
**Kristen** [1] 144:3
**Kristine** [2] 40:7, 16
**Kyle** [1] 24:12

- L -

**lab-made** [1] 216:24
**Ladies** [5] 134:12; 142:16; 161:4; 196:22; 234:5
**ladies** [5] 63:9; 165:24; 167:22; 173:5, 7
**lady** [3] 110:19; 139:17; 214:22
**Lakeview** [2] 224:7; 230:17
**Language** [1] 24:1
**language** [8] 7:16; 82:4; 108:10, 11; 110:20; 111:24; 163:2; 164:9
**Large** [1] 72:25
**large** [2] 80:15; 135:1
**larger** [1] 81:20
**largest** [1] 64:23
**Last** [1] 29:14
**last** [9] 21:5; 61:15, 20; 142:3; 143:7; 152:14; 156:25; 166:5; 203:16
**lasted** [1] 89:8
**late** [3] 211:9, 20; 229:8
**Later** [1] 210:21
**later** [15] 8:5; 9:15; 88:17; 90:21; 126:14; 127:5; 152:20; 160:4, 13; 171:15; 180:18; 211:15; 224:17; 226:22
**Latin** [4] 127:12; 140:18, 19, 24
**latitude** [1] 129:18
**LATTIMORE** [37] 20:15; 29:17, 20; 30:1, 4, 6; 35:23; 43:7, 10, 18, 20, 23; 44:2, 5, 8,

15; 48:3; 70:20, 23; 71:1, 4, 7, 13, 16, 19, 22, 25; 72:3, 8, 12; 97:23; 116:7, 16, 18; 117:3, 10; 133:14
**Lattimore** [16] 13:2; 20:14, 16; 29:16; 35:22; 43:6, 23; 44:1, 14; 48:1; 70:19; 97:21; 116:5; 133:13; 141:12; 142:23
**laundry** [1] 23:10
**lawyer** [2] 135:4; 136:18
**lawyers** [4] 29:24; 71:12; 107:7; 140:22
**leadership** [1] 83:2
**leading** [1] 178:14
**leaking** [1] 211:13
**leaned** [1] 180:5
**learned** [4] 162:10; 210:25; 211:1, 4
**Learning** [1] 20:9
**least** [5] 5:23; 51:12; 157:2; 177:10; 210:11
**Leave** [1] 56:8
**leave** [19] 15:6; 38:17; 40:1; 43:16; 55:24; 57:10; 116:13; 142:19, 20; 143:3; 148:15; 156:15; 158:13; 191:17; 195:7, 11; 225:1; 228:19, 20
**leaving** [3] 151:8; 194:8, 20
**left** [11] 9:19; 116:10; 157:22; 165:2; 185:15; 194:21; 201:19; 207:20; 213:8; 221:25; 226:1
**legal** [13] 10:16; 49:20; 51:12; 58:15; 60:9; 61:6; 135:3; 153:12, 16, 24; 154:3, 18; 161:15
**Legislature** [2] 95:24; 120:7
**legs** [8] 163:12; 192:19; 207:11, 12; 208:3; 216:17, 19; 219:14
**Lela** [1] 38:24
**length** [1] 9:14
**lengthy** [1] 26:19
**less** [4] 54:7; 98:15; 137:23; 193:5
**lessons** [2] 178:21, 22
**Let's** [10] 50:3; 55:19, 20; 95:13; 107:11; 151:16; 160:23; 214:3; 218:24; 222:23
**let's** [6] 12:19; 34:24; 120:10; 183:22; 196:20, 22
**letter** [1] 223:9
**letting** [1] 168:6
**level** [11] 70:16; 82:9, 12; 94:11; 96:1; 110:11; 111:18; 118:7, 12; 120:20
**leveling** [1] 126:3
**levels** [1] 82:9
**LEWIS** [1] 1:7
**Lewis** [2] 3:2; 8:19
**liar** [2] 224:5; 225:17
**liars** [2] 225:24; 227:7
**license** [1] 26:14
**lied** [1] 222:13
**lies** [2] 221:21; 228:7
**Lieutenant** [2] 16:13; 65:1
**lieutenant** [2] 24:4; 31:17
**life** [19] 7:8; 48:20, 23; 54:6, 15; 62:23; 65:19; 107:25; 109:11; 123:5; 129:14, 15; 130:5; 138:16; 144:15; 154:8; 178:21, 22
**lift** [1] 205:21
**lifted** [1] 164:15
**light** [1] 5:25
**Like** [4] 118:23; 121:18; 132:11; 184:12
**like** [103] 5:13; 7:17, 23; 9:16; 18:6, 19; 19:8, 12; 21:21; 22:5, 17; 25:5; 26:20; 36:2; 40:14; 41:2; 42:2; 59:16; 64:5; 65:12, 24; 71:20; 72:10; 73:11, 16; 74:1, 21; 75:7, 9, 11, 14; 78:9, 14; 80:18; 86:3; 91:4; 94:13, 21; 98:15; 99:9; 102:9, 13, 14; 104:12, 22; 110:19; 111:12; 112:19; 116:22; 117:9, 11, 13; 119:22; 121:19; 122:9, 24; 123:20; 124:1, 17; 125:15; 137:6, 7; 138:10, 14, 21; 140:18, 22; 145:3, 7, 18; 151:6, 11; 160:1; 165:17, 18; 166:8, 13; 167:3; 168:20; 169:18; 172:17; 173:16, 19; 177:8; 189:16; 193:2; 202:20; 214:7, 20; 220:17, 18; 221:23; 223:17; 224:4, 5; 225:4; 226:12; 229:1, 14, 19; 231:2
**likes** [1] 75:13
**Lily** [1] 23:9
**limine** [3] 5:10; 160:2, 6
**line** [5] 71:12; 97:3; 110:8; 129:2; 226:3
**linguist** [1] 24:6
**list** [24] 6:1; 94:15, 17, 18, 21, 24; 95:5, 9, 10, 16, 20, 22, 25; 96:5, 8, 11; 97:4; 98:3, 5, 9, 11, 16; 100:22
**listed** [1] 25:12
**listen** [4] 11:19; 13:25; 131:16; 210:21
**listened** [1] 25:13
**listening** [2] 110:14; 111:10
**listing** [1] 95:11
**literally** [3] 42:14; 101:8; 129:15
**Little** [1] 96:19
**little** [42] 7:24; 9:14; 19:10; 23:15; 37:16; 42:1, 6, 18; 51:7; 59:9; 63:25;

64:17; 68:10; 70:24; 78:18, 20; 92:19; 96:9; 109:21, 25; 111:15; 117:7, 25; 122:15; 126:19, 20, 21; 128:12; 129:12; 140:1; 143:17; 145:6; 147:22; 158:6, 10; 169:23; 176:9; 183:22; 215:24, 25; 228:13; 232:10
**live** [19] 14:5, 7, 11, 17; 15:12; 40:10; 138:1; 147:10; 150:1; 175:14; 194:2; 196:7; 212:4; 220:8; 226:19; 230:6; 233:6; 234:13
**lived** [16] 14:22, 23; 163:24, 25; 169:10; 175:15, 20, 24; 180:2; 181:7, 8, 9, 11; 194:7; 220:10
**lives** [1] 92:20
**Livid** [1] 170:8
**livid** [1] 170:6
**living** [14] 164:6; 167:4, 19; 182:6, 7, 11; 183:3; 200:2; 203:11; 204:13; 205:6, 7; 206:5; 215:14
**loaded** [1] 92:23
**loan** [2] 23:14; 58:13
**lobby** [2] 159:7; 196:23
**local** [1] 91:3
**located** [1] 7:6
**lock** [1] 206:19
**Long** [1] 90:19
**long** [25] 14:22; 23:21; 32:16; 35:14; 36:17; 48:12; 67:17; 74:13, 23; 80:13; 84:11; 87:3, 14; 92:10; 134:3; 151:21; 159:1; 166:6; 175:4, 20; 183:12; 213:6; 229:6; 231:22; 232:12
**longer** [1] 158:24
**longest** [1] 230:25
**Look** [2] 105:2; 165:9
**look** [12] 108:8; 109:25; 116:9; 136:6; 140:2, 4; 165:7; 187:24; 188:24; 189:4, 13; 216:8
**looked** [10] 74:21; 127:11; 161:13; 167:13; 172:23; 187:25; 220:17, 18; 223:12; 224:4
**looking** [10] 21:1; 64:25; 65:2; 124:15; 137:17, 18; 187:23; 188:24; 224:19
**lookout** [1] 122:1
**looks** [1] 233:22
**loose** [1] 217:6
**lose** [3] 211:24; 213:5; 233:4
**loss** [2] 49:22; 115:14
**lost** [1] 162:16
**lots** [1] 75:12
**loud** [1] 174:5
**louder** [1] 135:19
**love** [11] 20:20; 21:2; 23:16; 24:17; 27:9; 136:13; 223:8; 226:2, 4, 7, 8
**Love's** [1] 76:7
**loved** [4] 194:17; 209:25; 221:22; 223:10
**loves** [1] 215:2
**Lowe's** [1] 22:3
**lower** [1] 119:21
**Lubbock** [1] 195:11
**lucky** [3] 107:23; 225:2; 230:17
**Luke** [1] 22:3
**lunch** [8] 55:22; 65:9; 156:20; 157:20; 158:1, 10, 12, 13
**lunchtime** [2] 136:14; 138:11
**Lyft** [1] 195:6
**lying** [1] 106:14

- M -

**ma'am** [2] 13:8; 15:9
**machine** [2] 56:13, 14
**Maddon** [2] 74:3, 7
**made** [13] 7:15; 115:15, 16; 139:5; 162:8; 164:19; 165:10; 179:8, 10; 187:17; 207:4; 215:1; 220:24
**maiden** [1] 18:15
**main** [1] 194:19
**mainly** [1] 73:1
**maintained** [1] 170:25
**major** [4] 67:24; 89:24; 219:5
**make** [47] 10:7; 62:6, 8; 65:16; 93:7; 94:22, 24; 95:4, 6; 96:20, 24; 98:21; 104:15; 105:13; 106:1, 9, 17, 18; 110:15; 111:14; 112:2; 113:22; 122:2, 9; 137:24; 147:25; 151:9; 158:14, 15; 161:21; 162:23; 165:7; 169:4; 174:21; 186:4; 187:15; 189:5, 8; 191:6; 201:16; 204:25; 206:1; 209:11; 211:12; 217:2, 5; 225:3
**makes** [6] 20:19; 106:4, 6; 120:11; 128:5; 169:3
**making** [3] 8:2; 58:20; 216:5
**male** [2] 186:22; 189:11
**manage** [2] 58:12; 80:25
**managed** [4] 185:12; 190:8; 200:7; 210:24
**management** [2] 19:10; 22:24
**manager** [6] 19:5; 24:23; 27:9; 40:24; 64:3; 80:8
**manipulative** [1] 228:13
**many** [13] 48:11; 81:17; 86:1; 110:16; 114:17; 121:2, 5, 6; 208:18, 21; 226:6; 233:1
**March** [5] 40:21; 171:11; 227:23; 230:10; 236:17
**Marie** [2] 9:20; 174:18
**Marina** [1] 18:15

**Marine** [1] 86:25
**Mark** [1] 57:15
**marketing** [1] 76:5
**married** [14] 18:10; 20:17; 25:1; 26:2; 40:13, 20; 48:6; 58:7; 68:10; 145:9, 24; 149:3, 4; 166:12
**marshmallows** [8] 95:12, 17; 96:7, 10, 19, 20, 22; 98:9
**Mary** [2] 9:22; 22:2
**Mason** [2] 103:18; 119:4
**massage** [1] 202:8
**master's** [6] 83:3, 22; 85:20, 22, 23; 89:25
**masturbate** [2] 200:25; 201:6
**math** [5] 204:4, 15, 17; 207:3, 6
**mats** [4] 183:24, 25; 184:7, 17
**Matt** [1] 20:8
**matter** [8] 58:14; 65:17; 74:9; 77:20; 98:20; 119:15; 134:25; 207:13
**matters** [6] 13:23; 63:20; 140:12; 159:21; 197:9; 234:23
**Matthews** [1] 32:21
**mattresses** [1] 20:19
**Maybe** [4] 95:14; 126:19; 166:9
**maybe** [7] 93:20; 95:19; 104:6; 126:20; 151:22; 156:24; 159:11
**mayor** [1] 20:10
**mayor's** [1] 65:8
**McMANUS** [17] 22:22; 31:8, 12; 36:4, 9; 50:5, 8; 79:4, 7, 12, 15; 93:4, 6, 10; 118:6, 8, 10
**McManus** [10] 13:4; 22:21, 23; 31:7; 36:3; 50:3; 79:2; 93:1; 118:5
**MCPHERSON** [1] 108:18
**McPHERSON** [29] 24:21; 25:8, 13; 33:2, 9; 36:20, 24; 37:5; 45:19, 23; 46:1, 3, 7, 10, 13, 16, 20; 47:2, 12; 85:15, 19, 23; 86:7, 9; 108:21, 24; 109:2, 9, 15
**McPherson** [14] 13:9; 24:20, 22; 33:1; 36:19; 37:6; 45:17; 47:15, 19; 85:14; 108:15; 141:23; 143:1
**mean** [24] 5:16; 31:12; 33:19; 46:17; 78:7; 108:21; 111:8, 20, 22; 115:24; 124:23, 24; 125:3; 152:20; 183:20; 185:7; 186:2, 21; 188:2; 196:3; 205:17; 213:10, 14; 215:18
**meaning** [3] 113:16; 166:11; 170:16
**means** [4] 11:21; 53:8; 122:8; 186:4
**meant** [4] 65:11; 140:24; 167:9; 185:8
**meantime** [1] 78:19
**mechanic** [1] 23:14
**Mechanical** [1] 66:21
**media** [2] 11:19; 124:6
**medical** [9] 25:12; 36:25; 84:25; 163:16; 172:7; 193:21; 217:20; 219:5, 10
**medicine** [1] 219:10
**meet** [5] 104:13; 135:11; 164:7; 220:14, 16
**Melinda** [2] 20:17
**member** [2] 68:6; 126:4
**members** [2] 47:23; 164:6
**Memorial** [1] 145:17
**memories** [1] 35:17
**mention** [5] 26:19; 71:9; 76:11; 88:16; 222:23
**mentioned** [74] 15:14; 66:5; 68:25; 70:4, 21; 71:11; 72:16; 73:3, 16; 74:1; 75:4; 76:1, 15; 77:10; 78:2, 21; 79:9, 13; 80:2; 81:6; 82:1; 83:4; 85:16; 86:4, 20; 87:18; 88:1, 13, 18; 91:23; 101:11; 104:21; 124:15; 132:7; 168:10; 176:5, 10; 180:7, 15; 182:10, 13; 184:17; 188:12; 190:12; 192:22; 193:23; 195:17; 196:11; 198:15; 199:18; 203:8, 12; 204:6; 205:11; 207:21; 208:15, 16; 209:15; 210:11; 213:2; 216:1; 217:24; 218:2; 219:22; 220:12; 221:10; 222:10; 227:22, 24; 230:8, 18; 232:22; 233:3
**MERRILL** [7] 19:19; 20:1, 4; 38:2, 8, 12; 102:20
**Merrill** [10] 13:2; 19:18, 19, 20, 24; 37:24; 38:14, 16, 19, 22
**messages** [1] 6:11
**metal** [1] 180:24
**metalworking** [1] 26:20
**MICHAEL** [1] 1:22
**Michael** [8] 3:3; 9:1; 13:3; 15:24; 21:11; 24:16; 63:18; 134:13
**Michele** [1] 13:5
**Michelle** [3] 24:15; 25:18; 40:17
**Michigan** [1] 80:12
**microphone** [1] 174:4
**middle** [9] 143:6; 158:6; 168:1; 170:21; 174:17;

184:12; 190:18; 192:20; 202:20
**midnight** [1] 198:13
**midst** [1] 167:11
**might** [25] 14:2; 28:1; 35:7, 18; 36:7; 37:3; 43:3; 44:20; 45:8; 46:12, 15; 52:24; 60:16, 22; 61:2; 62:14, 23; 68:7; 73:4; 101:13; 126:2, 7; 129:21; 137:18; 140:20
**Mike** [1] 63:19
**mile** [1] 158:18
**MILES** [22] 26:1; 27:24; 34:1; 51:5; 88:11, 15, 21; 89:1, 6, 9, 13, 16; 93:23; 111:15, 20; 112:4; 124:21; 125:3, 7, 11, 14; 132:4
**Miles** [12] 13:10; 25:25; 27:13; 33:25; 51:4; 88:10; 93:19; 111:12; 124:19; 131:21; 141:14; 142:25
**miles** [9] 161:11, 17; 162:2, 20; 163:1; 164:20, 22; 165:14; 215:22
**military** [5] 50:1; 86:21; 87:3, 5, 10
**milk** [1] 95:19
**mind** [11] 22:19; 43:13; 65:24; 78:12, 19; 92:19; 100:18; 109:16; 120:22; 136:17; 208:23
**minds** [2] 11:11, 12
**Mine** [1] 184:11
**mine** [3] 41:21; 116:8; 201:7
**mineral** [1] 19:10
**minimally** [1] 172:13
**minor** [2] 49:16; 67:24
**minutes** [9] 17:15; 56:16; 134:6; 158:7; 159:12; 172:3; 196:24; 197:4
**mispronounce** [1] 12:22
**mispronounces** [1] 12:21
**miss** [3] 37:7; 88:8; 117:20
**molested** [1] 48:16
**moment** [10] 4:23; 9:23; 12:12; 40:12; 55:13; 58:5; 134:1; 143:22; 162:1, 25
**Monday** [2] 63:11
**money** [8] 63:12; 84:18, 19; 91:1; 169:3; 194:20, 23; 195:22
**MONTGOMERY** [23] 19:2, 8, 13, 15; 33:17, 21; 35:12, 20; 66:25; 67:5, 8, 13, 17, 23; 68:2, 9, 13, 16, 19; 101:4, 15, 19; 133:3
**Montgomery** [8] 13:1; 19:1, 2; 33:16; 35:11; 66:24; 101:2; 133:1
**month** [1] 41:20
**months** [9] 25:19; 74:21; 152:20; 171:15; 223:4; 226:21, 22; 227:22; 230:18
**Moore** [2] 29:4; 31:4
**moral** [2] 63:2; 131:1
**More** [2] 98:18; 123:20
**more** [27] 42:5; 46:8; 54:7; 82:14; 89:4; 94:19; 95:14; 98:17; 110:2; 126:21; 128:12; 137:23; 143:17; 151:8, 22; 161:25; 170:5; 177:12; 185:23; 187:11; 210:13; 213:3; 224:3, 4; 234:16
**Moreover** [1] 12:3
**morning** [26] 3:14; 8:14, 18; 9:21; 10:9; 13:13; 15:10, 11; 40:8, 9; 63:9; 64:19; 68:22; 104:25; 105:14; 111:1; 144:10; 156:13; 157:11, 25; 158:3; 188:8; 211:18; 234:17, 19; 235:1
**mornings** [1] 215:25
**Moroccan** [3] 4:3; 190:13; 210:23
**Morocco** [66] 6:25; 7:1; 161:16; 162:9, 16, 24; 163:5, 15, 18, 19, 23; 165:2, 11, 14, 16, 21; 166:14; 167:25; 168:2, 4, 9, 21; 170:18; 171:25; 173:3, 7; 177:15, 17, 21, 23; 178:1, 14, 20; 179:12; 180:16; 181:2; 182:5; 183:13; 188:13, 15, 18; 189:19, 22; 190:3, 25; 191:12, 23; 193:4, 23; 194:3, 13, 24; 196:14, 17; 197:25; 198:7; 203:14; 209:2, 4, 21, 23; 210:3, 9; 233:16
**mortgage** [1] 23:13
**Most** [2] 34:11; 158:16
**most** [12] 88:24; 89:3; 90:13; 101:22; 102:11; 135:25; 152:2; 194:22; 199:13; 215:10, 19; 228:25
**mostly** [5] 18:22; 19:11; 21:13; 77:17; 217:13
**mother** [20] 27:19; 68:10; 90:19; 136:1; 163:25; 164:4; 166:12, 13, 15; 167:3; 179:21; 180:1; 194:13, 25; 210:6; 215:9; 218:11, 12, 14; 224:2
**mother's** [1] 179:13
**mother-in-law** [5] 48:6; 77:10, 14, 17; 81:10
**motion** [7] 5:9, 11, 14, 16; 160:2, 4, 6

**motive** [7] 136:6, 7, 8, 9, 10; 140:1, 2
**motives** [2] 136:12; 155:24
**motorcycles** [1] 25:5
**mouth** [7] 164:21; 174:5; 187:17, 20; 207:22; 208:2, 3
**move** [8] 68:11; 184:18, 20; 192:21; 200:5; 202:10; 204:17; 207:6
**moved** [4] 91:4; 186:10; 225:12; 231:18
**movie** [2] 75:14, 16
**movies** [4] 21:19, 20; 75:7, 9
**moving** [2] 149:1; 186:14
**much** [24] 38:13; 41:24; 66:23; 67:2; 80:20; 81:20; 82:21; 86:18; 87:1; 93:7, 10; 107:21; 115:11; 121:15; 145:11, 13; 158:11; 168:20; 190:9; 193:7; 195:21; 225:24; 229:15; 230:4
**MULLINS** [13] 22:13, 18; 45:4, 10, 16; 77:24; 78:4, 11, 16, 23; 79:1; 118:4; 126:24
**Mullins** [8] 13:4; 22:12, 14; 45:2; 77:23; 118:2; 126:22
**multiple** [3] 121:20; 131:12; 226:3
**murder** [1] 36:5
**murdered** [1] 116:12
**muscle** [1] 193:7
**Muslim** [1] 138:2
**must** [6] 11:13, 14; 53:10; 64:6; 100:8; 139:8
**Mustang** [1] 65:8
**myself** [7] 64:1, 17; 94:17; 117:13; 157:8; 230:24; 231:1

**- N -**

**name** [51] 8:14; 12:13, 16, 21; 18:9, 10, 14, 15, 16; 19:3; 20:7, 15; 21:11; 22:1, 2, 3, 13, 22; 23:25; 24:15, 16; 25:17, 18; 26:10; 27:7, 8; 33:5; 38:25; 40:13, 16; 43:22; 58:6, 7, 10; 63:15; 76:21; 134:12; 142:18; 143:24; 145:22, 23; 148:25; 161:15; 174:15, 17; 175:16; 176:3; 177:16, 17; 209:16
**named** [3] 27:25; 172:9; 220:14
**names** [14] 12:13, 24; 16:10, 24; 17:3, 8; 25:11; 57:17, 20; 142:17; 144:2; 146:13, 18; 149:12
**Natalie** [2] 13:5; 24:11
**native** [1] 181:22
**nature** [5] 6:12; 42:20; 53:21; 65:18; 147:24
**Navy** [1] 86:25
**NCIS** [1] 123:20
**Nebraska** [2] 90:21; 129:21
**necessarily** [4] 59:25; 111:9; 121:9; 169:22
**necessary** [3] 63:3; 99:23; 100:15
**neck** [2] 207:16, 18
**need** [24] 12:13; 13:16, 25; 56:3, 11, 20; 65:9, 20; 90:10; 93:22; 118:7; 122:10; 124:23; 139:14; 140:21; 143:17; 155:8; 157:3; 159:21; 170:11, 14; 197:9; 219:6
**needed** [3] 61:17; 132:12; 147:20
**needle** [2] 217:2; 219:18
**needs** [6] 64:20; 65:15, 16; 132:14, 15
**negative** [2] 11:7; 143:12
**neighborhood** [2] 175:16; 224:10
**nephews** [2] 21:3; 73:17
**nerves** [2] 114:17; 115:9
**nervous** [9] 113:22; 114:20, 21, 25; 115:21; 116:19; 117:7; 179:6, 8
**never** [21] 14:11; 96:19; 103:21; 109:11; 112:24; 152:6; 162:6; 166:8; 172:16; 179:9; 210:4; 215:4; 221:5, 7, 17, 18; 222:9, 18; 226:22; 229:3; 233:14
**news** [1] 90:13
**newspaper** [1] 91:3
**next** [32] 9:2; 12:18; 15:7; 56:9, 11; 57:11; 92:21; 93:2; 101:7; 104:25; 142:20; 143:25; 148:15; 156:15; 158:23; 168:8; 184:25; 185:4, 10, 18; 186:13; 188:5, 8, 19; 189:15; 200:23; 201:12; 206:21; 207:5; 211:17; 223:25; 231:5
**Niagara** [1] 146:1
**nice** [2] 82:18; 136:17
**NICHOLS** [10] 145:9, 13; 150:7, 25; 152:24; 153:2, 5, 8, 11, 14
**Nichols** [8] 145:1, 5, 10; 150:5, 24; 153:1; 156:16, 18
**niece** [1] 181:9
**nieces** [2] 21:3; 73:17
**night** [21] 32:3; 109:3; 162:9; 164:13; 182:17; 183:10, 12, 15; 184:14, 15, 18; 190:4; 198:8, 14; 210:22; 211:8, 20; 229:8, 25; 231:5, 12

nightgown [8] 164:16; 165:2; 184:16; 188:6, 8; 200:8, 23; 207:8
nights [4] 190:6; 202:7; 211:15; 230:1
nighttime [1] 183:15
Nine [2] 73:20; 75:6
nine-year-old [1] 73:21
ninth [1] 70:17
nipple [1] 208:2
nobody [1] 125:18
nodding [15] 52:9, 15; 53:16; 54:2; 55:5; 97:5; 104:16; 106:10, 19; 107:1; 124:18; 129:6; 138:25; 139:12; 151:14
Nods [4] 105:7; 132:4; 178:4; 187:4
nods [1] 103:6
noise [1] 187:15
none [3] 69:19; 80:22; 191:4
Noon [1] 159:16
normally [2] 184:7, 17
North [4] 1:20; 30:6; 71:10; 114:4
north [1] 102:15
north-south [2] 14:20; 158:17
nose [1] 187:21
note [5] 5:18; 169:25; 170:1, 6; 223:24
noted [3] 66:18; 68:5; 83:19
notes [7] 5:18, 20; 78:6; 89:21; 170:5; 223:17; 236:14
Nothing [3] 62:16; 77:19; 78:12
nothing [14] 64:5; 65:11; 68:17; 85:10; 105:10, 16; 123:9; 162:24; 163:3; 168:20; 170:22; 171:3; 189:17; 223:19
notice [1] 166:3
notified [1] 14:25
noting [1] 4:1
notions [2] 98:4; 99:2
novel [2] 78:14, 17
November [5] 4:7; 170:8, 10; 171:6; 203:22
nowadays [1] 121:22
numbed [1] 216:20
Number [26] 6:25; 56:5; 141:11, 14, 16, 18, 22, 23, 25; 142:2, 5, 7, 8, 11, 22, 23, 24, 25; 143:1; 156:8, 9
number [17] 5:4; 13:14; 18:11; 114:15; 125:12, 16; 141:15, 17, 19, 24; 142:1, 3, 6; 143:5; 181:11; 214:21, 23
numbing [3] 162:3; 216:25; 219:17
numerous [1] 58:19
nurse [9] 16:19; 32:12, 13; 83:24; 172:9, 15; 232:6, 7
nurse-patient [1] 85:5
nurses [3] 83:25; 84:2; 86:1
nursing [3] 80:18; 85:25

- O -

oath [3] 10:25; 139:2, 4
oatmeal [1] 138:13
object [2] 99:7; 100:14
objection [1] 5:22
objectionable [1] 6:3
objections [1] 131:2
obligation [1] 10:17
observe [1] 189:9
obtain [2] 13:17, 19
Obviously [5] 84:23; 99:1; 116:15; 128:2; 203:23
obviously [14] 5:16; 39:13; 65:19; 70:12; 76:6; 100:2; 109:11; 111:2; 114:8; 130:12; 136:8; 151:8; 189:25; 215:10
occasion [5] 107:25; 113:8; 200:15; 210:11; 230:21
Occasionally [1] 203:1
occasionally [1] 203:2
occasions [1] 208:21
occupation [7] 18:10, 11; 19:25; 40:14; 58:8
occupational [1] 90:1
occupied [1] 26:22
occurred [4] 37:12; 183:11, 12; 205:8
occurring [1] 125:24
ocean [3] 189:16, 19; 215:21
OCPD [1] 91:24
October [9] 5:10, 12; 6:1; 170:7, 10; 171:5; 203:22; 226:15, 21
offender [3] 44:1, 4, 6
offense [2] 49:17; 157:15
offenses [1] 8:22
offer [1] 42:8
offered [2] 69:18; 230:7
office [21] 8:21; 10:21; 22:4; 34:9; 40:23; 52:2, 8; 62:2, 7, 9; 80:8, 15; 136:22, 23; 152:9; 157:23, 24; 214:14; 220:2, 18, 19
Officer [8] 16:15; 32:2; 214:7, 8, 11, 24; 216:1, 14
officer [16] 10:18; 24:4; 28:2; 29:21; 30:10; 31:2, 4, 10, 17, 22; 33:12, 23; 34:7;

50:12; 114:14, 23
**officers** [2] 31:21; 59:6
**official** [1] 236:17
**Often** [1] 215:15
**often** [3] 71:24; 132:9; 230:15
**oftentimes** [1] 166:25
**oilfield** [1] 21:18
**Okay** [339] 8:5; 14:3; 15:8, 14; 17:23; 18:4, 12; 20:2; 21:14; 27:13, 14; 28:10, 22; 29:16; 30:17, 23; 31:14; 32:18, 25; 33:15; 36:6; 37:9, 24; 38:21; 39:11, 16; 44:10; 45:2, 7, 17; 48:4, 8, 13; 49:15, 24; 50:3, 14, 19; 51:3; 52:4, 8, 10, 11; 56:3, 7, 14, 16; 58:9; 60:5, 21; 61:11; 62:13; 66:15, 18; 67:10, 16; 68:1, 3, 17; 69:10, 13, 25; 70:19; 71:9, 18, 21, 23; 72:2, 6, 10; 73:3, 10, 23; 74:10, 16, 17; 75:4, 15; 76:15; 77:19; 78:6, 8, 21; 79:2, 9; 80:20, 24; 81:2, 5, 11, 20, 23; 82:1, 14; 83:4, 12, 16, 23; 84:1, 4, 23; 85:10; 86:10, 15, 20; 87:1, 9, 11; 88:10, 16, 18, 24; 89:11, 17; 90:2, 23; 91:6, 9, 15, 23; 92:6, 10, 17; 93:5; 95:8, 20; 97:8, 11; 98:16, 18, 23; 99:6; 100:1; 102:11; 103:5; 104:7, 11; 105:23; 106:15; 108:11, 14; 109:6, 17; 111:3, 11, 16; 112:11, 13; 113:8, 11; 114:5; 115:12, 20; 117:1; 118:21; 119:3, 9; 120:14, 21; 121:6, 17; 122:25; 125:12; 126:5, 9, 22; 127:8, 13; 129:14, 17; 130:11, 22; 131:11, 20; 132:13; 133:25; 134:7; 135:20; 141:10; 142:14, 16; 144:1, 5; 145:12, 15; 146:3; 148:9; 149:6; 151:13, 21; 156:7; 157:12, 19; 158:14, 20, 25; 159:6; 160:22; 167:25; 174:2, 6, 7; 175:4, 6, 8, 14, 16, 18, 22; 176:10, 13, 17, 24; 177:1, 3, 6, 16, 21; 178:3, 7, 14, 18; 179:2, 10, 14, 18; 180:7, 18; 181:11, 18, 22, 24; 182:10; 183:12, 15, 22, 25; 184:3, 10, 14, 22, 24; 185:2, 4, 7, 14, 18, 23; 186:7, 13, 25; 187:3, 7, 12, 15, 20, 22; 188:22; 189:2, 6, 12, 15; 190:5, 10, 22; 191:20, 22; 192:1, 3, 5; 193:6, 11, 19, 21; 194:18; 195:4, 7, 10; 197:3, 24; 198:4; 199:6, 8, 24; 200:11, 22; 201:1, 12, 20; 202:13; 203:12, 20, 23; 204:3; 205:11; 208:5; 209:8; 210:11, 19; 211:7; 212:11, 19, 25; 213:21; 214:3; 215:7, 16, 23; 216:1, 7, 13, 16; 218:24; 220:20; 221:1, 10, 13, 23; 222:11, 23; 223:6, 24; 224:13, 18, 21; 226:17, 20, 23; 227:8; 228:16, 20; 229:25; 231:15; 232:22; 234:5, 16; 235:1
**okay** [6] 43:14; 65:14; 78:1; 88:12; 106:24; 107:8
**OKLAHOMA** [4] 1:2; 236:3, 5
**Oklahoma** [65] 1:20, 22; 3:2; 9:5, 11; 14:16, 18; 15:15; 18:18; 19:22; 22:4; 24:2, 4, 25; 29:2, 5; 31:3, 17; 32:2, 9, 20; 33:3, 6, 23; 34:2, 16; 41:13; 42:13; 48:17; 58:12; 63:20, 23; 67:14; 76:16, 18; 81:8; 83:25; 84:5; 97:19; 98:17; 99:1; 119:11, 14; 120:18; 121:12; 128:23; 129:14, 20; 134:14; 161:5; 162:11; 163:15; 169:22; 172:1, 22; 175:7, 8, 9, 11; 215:10; 218:3; 236:10, 12
**older** [4] 48:15; 107:18; 177:10; 202:3
**oldest** [1] 168:4
**Once** [2] 45:5
**once** [5] 41:20; 45:6; 127:11; 210:13; 222:9
**One-sixth** [1] 86:2
**one-year-old** [1] 73:21
**ones** [4] 62:3; 122:21; 123:19; 208:23
**ongoing** [4] 81:11; 83:5; 171:7; 193:11
**Only** [3] 72:3; 80:23; 210:7
**only** [14] 17:24; 60:24; 63:24; 112:7; 122:10; 129:20; 130:14; 158:25; 163:11; 168:3; 190:8; 214:16; 216:10, 23
**onto** [4] 101:8; 165:1; 205:25
**open** [6] 9:25; 11:11, 12; 42:25; 43:13; 109:16
**open-minded** [2] 45:12; 49:11
**opened** [3] 93:20; 220:3; 229:9

**Opening** [1] 2:5
**opening** [3] 159:13; 160:5; 173:16
**operating** [1] 168:8
**operations** [1] 168:9
**operator** [1] 25:1
**opinion** [4] 100:9, 19; 134:25; 140:17
**opinions** [1] 62:22
**opportunity** [3] 3:15; 4:25; 151:11
**optician** [1] 40:24
**Option** [1] 26:4
**orange** [1] 106:13
**order** [2] 91:12; 115:8
**ordered** [1] 130:20
**orders** [1] 9:24
**organ** [1] 100:15
**originally** [3] 29:25; 83:7; 177:14
**Other** [1] 17:5
**other** [74] 11:17, 20; 27:18, 20; 28:7; 29:23; 32:4; 42:17; 48:1; 49:16; 54:21; 55:25; 56:5; 59:9; 60:8; 64:20, 25; 66:18; 68:5, 7; 71:17; 83:8; 84:1; 99:8; 100:16; 106:5; 107:17; 109:24; 116:24; 118:22; 131:21; 132:1; 137:19; 145:4; 146:2; 147:21; 150:1, 17; 153:18; 157:17, 24; 164:8; 165:10; 166:25; 168:12; 178:25; 181:14; 182:23; 184:8, 13; 188:15, 17; 189:18; 190:2, 13, 14, 22; 192:23; 199:17, 20, 22; 201:15; 202:5; 203:9; 204:8; 206:5; 212:16; 218:9, 10; 224:9; 225:10; 229:6, 17
**others** [3] 11:22; 58:21; 216:20
**otherwise** [2] 100:10, 19
**ought** [3] 98:4; 120:5, 17
**outcome** [2] 126:8; 153:9
**outcry** [2] 127:1, 2
**outdoors** [1] 145:19
**outside** [16] 38:5; 39:10; 43:9; 46:19; 56:12, 18; 105:2; 134:2; 141:9; 144:9; 156:6; 179:17; 187:23; 190:18; 197:6; 234:21
**Over** [3] 32:17; 193:10; 212:24
**over** [25] 4:12; 8:16; 9:25; 17:16; 35:25; 36:20; 55:12; 90:22; 93:2; 110:8; 145:17; 164:13; 169:12; 184:2; 191:23, 24; 196:8; 198:24; 204:20, 22; 205:18, 22, 24; 210:7; 230:15
**overcome** [3] 45:11; 192:23
**overcoming** [1] 9:11

- P -

**packed** [2] 228:21, 22
**Paducah** [1] 34:8
**Page** [1] 2:2
**pages** [1] 223:9
**paid** [1] 217:21
**pain** [4] 162:4; 163:13; 193:11; 219:1
**panel** [24] 4:24; 8:11; 27:11, 22; 38:5, 20; 39:10; 40:4; 43:9; 44:18; 46:19; 47:21; 56:21; 57:1, 2; 63:7; 87:10; 133:23; 134:2, 8, 10; 141:9; 142:15
**panties** [6] 185:11, 14, 15; 200:24; 201:6; 219:4
**pants** [2] 206:12
**Papa** [3] 227:15; 228:2, 3
**paper** [3] 52:2, 6; 90:13
**PAPPAN** [5] 39:2, 4, 7, 14, 17
**Pappan** [6] 38:24; 39:3, 11, 21, 25; 40:3
**parental** [3] 7:8; 58:17; 61:8
**parents** [5] 7:3; 88:23; 89:4; 166:10, 11
**park** [2] 157:11; 230:16
**parking** [1] 45:20
**part** [52] 48:20, 23; 63:14; 66:16; 94:6; 98:9; 100:12; 123:8, 12; 140:1; 152:2, 13; 167:25; 168:1; 183:21; 185:19, 20, 24; 186:1, 15, 16, 18, 21, 22; 187:1, 5, 6, 8, 12; 189:10, 11; 190:12; 193:12; 199:13, 19; 201:3, 7, 8; 202:11, 14; 206:14; 208:4, 21; 212:25; 214:17; 215:14; 216:21; 232:20, 21
**particular** [9] 12:2; 17:14, 19; 19:14; 21:20; 30:18; 78:13; 167:2; 175:8
**parties** [1] 160:3
**parts** [1] 190:22
**party** [1] 68:7
**pass** [7] 120:8; 133:23; 141:6; 155:12; 156:3; 157:16; 234:3
**passed** [1] 113:19
**past** [2] 156:25; 207:12
**pastor** [1] 33:21
**patch** [1] 222:1
**patient** [1] 85:9
**patients** [2] 25:9; 80:21
**Patrol** [4] 31:22; 33:6; 34:3; 76:22
**patrol** [2] 32:3; 33:12

**patrolman** [1] 33:22
**PAUL** [2] 1:7, 15
**Paul** [19] 3:2; 8:14, 19; 16:4; 161:15; 162:10; 163:20, 25; 168:6; 175:25; 176:4, 5, 8, 20; 177:1, 9; 233:16; 234:2; 236:15
**Pauls** [1] 176:6
**Paycom** [1] 145:17
**Payroll** [1] 145:17
**pediatric** [1] 172:7
**penalty** [2] 154:6, 9
**pencil** [1] 110:10
**penetrate** [4] 202:10; 204:18; 207:9; 208:20
**penetrated** [2] 206:14, 15
**penetrating** [2] 202:13; 217:2
**penetration** [3] 100:13, 14, 17
**penis** [7] 164:24; 165:8, 9, 11; 186:23; 187:1; 206:14
**Penn** [1] 72:20
**penny** [1] 227:3
**People** [2] 64:5; 125:21
**people** [46] 10:6; 12:13; 69:10; 78:25; 95:14; 98:14; 99:2; 102:2; 104:9, 12; 107:6; 108:4; 111:1, 7, 24; 112:21; 116:19, 24; 117:2, 7, 17; 122:23; 123:7; 124:11, 14, 18; 125:4, 9, 13; 136:12; 139:2; 140:7; 157:18; 163:1; 170:5; 174:5; 178:25; 181:11; 183:17; 194:7; 218:10; 220:10, 11; 228:25; 229:23; 230:12
**people's** [1] 136:6
**peppered** [1] 234:14
**perfect** [3] 94:12; 101:7; 102:2
**perform** [1] 10:22
**performed** [1] 10:24
**period** [3] 6:24; 88:19; 226:24
**permanency** [1] 88:21
**permanent** [1] 81:13
**permits** [2] 12:2, 6
**Perry** [2] 103:18; 119:4
**person** [26] 6:8; 11:17; 12:16; 45:11; 49:11; 65:25; 78:22; 99:18, 19; 112:8; 128:12; 131:3; 144:25; 152:21; 153:7; 161:14; 163:20, 21; 176:2; 180:25; 182:8, 13; 233:15, 16
**person's** [1] 140:2
**personal** [9] 9:25; 12:15; 13:18; 44:25; 47:3, 4; 62:20, 23; 65:11
**personality** [1] 117:19
**personally** [2] 45:11; 111:9
**personnel** [1] 9:17
**persons** [2] 62:24; 110:20
**pertinent** [2] 7:7; 150:18
**petition** [1] 120:9
**pharmacy** [1] 26:5
**phone** [9] 162:8; 163:4; 168:11, 13, 21; 210:7; 211:16; 212:24; 217:23
**photograph** [1] 102:13
**photographs** [1] 101:17
**phrase** [1] 103:24
**Physical** [2] 43:19; 101:18
**physical** [5] 43:21; 101:17; 115:23; 169:11; 192:23
**physically** [2] 193:9; 208:14
**pick** [5] 61:18; 102:6; 116:8; 201:15; 226:10
**picked** [1] 204:12
**picture** [2] 111:21; 233:11
**pictures** [1] 124:2
**piece** [1] 52:6
**pieces** [1] 94:10
**pile** [1] 102:22
**pillow** [1] 210:22
**pizza** [3] 225:1, 25; 226:10
**place** [13] 14:3; 75:1; 156:14; 162:12; 163:11; 202:19; 210:25; 211:1, 4; 215:17; 219:13; 220:20
**placed** [1] 183:21
**places** [3] 65:5; 232:24; 233:1
**Plaintiff** [1] 1:5
**plan** [4] 41:3; 143:18; 157:2; 216:5
**planner** [1] 58:12
**planning** [1] 88:22
**Plant** [1] 24:25
**plant** [2] 23:8; 25:1
**platform** [1] 64:11
**Play** [1] 22:7
**play** [5] 73:16; 74:1, 2, 6; 86:12
**played** [2] 25:21; 33:13
**playing** [3] 21:13; 23:19; 24:14
**plays** [1] 23:19
**plea** [1] 66:14
**pleadings** [1] 6:9
**pleas** [2] 8:24; 161:10
**Please** [8] 11:9; 143:15; 156:19; 174:2; 197:17; 204:19; 205:13; 229:10
**please** [25] 8:11; 10:6; 11:3; 12:21, 24; 15:20; 16:6; 17:22; 18:13; 28:16, 20; 38:4, 22; 39:9; 40:6; 43:4; 57:1; 144:2, 8; 156:5, 16; 160:19; 173:25; 174:15; 197:15

plot [1] 75:19
plural [1] 186:9
pocket [2] 210:23, 24
pockets [2] 210:23, 24
poetry [1] 78:20
point [12] 11:16; 122:13; 132:8; 161:15; 167:6; 171:2; 176:13; 220:6, 12, 13; 231:15, 19
poking [1] 216:23
Police [24] 16:13, 14, 15; 24:5; 28:2; 29:2, 4, 6; 31:3, 4, 17; 32:2, 20, 23; 41:13; 76:16, 19; 162:17; 168:10, 20; 171:21; 212:13, 17; 214:4
police [29] 24:4; 31:2, 10, 17, 21; 33:23; 34:7; 45:25; 50:12; 59:6; 94:4; 114:14, 23; 151:23; 170:24; 171:15; 208:10; 211:19, 21; 214:14; 222:16, 20; 226:17; 227:1; 231:10, 11, 13
policing [3] 32:5; 50:18; 51:2
policy [1] 42:8
polka-dotted [1] 106:13
polygraph [1] 222:22
pool [2] 8:12; 11:5
porch [1] 180:4
position [3] 7:24; 61:16; 86:12
possession [1] 152:22
possessive [1] 169:17
possible [4] 10:8; 11:13; 154:6; 158:12
posted [1] 233:10
potential [1] 172:24
potentially [1] 99:8
pounds [2] 193:5, 10
practice [2] 18:23; 71:15
Prague [2] 36:21; 86:4
praying [1] 187:24
preconceived [2] 11:14; 98:4
preemptory [3] 5:5; 12:4, 6
pregnant [5] 50:25; 211:14, 22; 214:17; 215:4
prejudice [7] 11:13; 138:15, 16, 18, 20; 155:17, 21
prelaw [1] 90:7
prepared [1] 4:15
preponderance [2] 119:22; 122:10
presence [4] 56:19; 159:18; 197:7; 234:21
Present [3] 93:4, 12, 13
present [5] 3:7; 13:22; 93:10, 14; 108:12
presented [2] 47:11; 101:23
Presenting [1] 117:24
presenting [3] 6:3; 53:8; 101:4
president [1] 72:4
presiding [1] 8:16
pressure [2] 162:25; 221:24
presume [2] 53:14; 128:11
presumed [6] 9:10; 47:8; 52:13, 17, 18; 135:5
presumes [1] 128:8
presuming [1] 52:25
presumption [9] 9:12; 52:19; 53:22; 54:20; 60:9, 16; 135:3, 4; 153:17
pretend [3] 198:12, 24; 199:16
pretended [2] 189:16; 226:12
Pretty [1] 93:10
pretty [10] 26:22; 76:20; 93:7; 107:21; 111:22; 115:11; 145:11, 13; 195:21; 225:24
prevent [1] 57:7
prevention [2] 49:22; 115:15
previous [4] 48:15; 75:1; 80:5; 214:22
pried [1] 229:3
primarily [1] 58:12
prior [7] 6:24; 66:5; 67:2; 86:4, 5; 137:19; 194:7
prison [7] 30:3, 4, 5; 49:5; 54:15; 154:8
private [37] 17:23; 183:21; 185:19, 20, 24; 186:1, 8, 15, 16, 18, 21, 25; 187:5, 6, 7, 12; 189:10, 11; 190:12; 193:12; 198:25; 199:1, 18; 201:3, 7, 8; 202:10, 14; 206:14; 207:9; 208:4, 19, 20; 216:21; 232:21
privately [1] 13:23
privileges [1] 42:5
Probably [2] 92:12; 93:15
probably [17] 41:14; 45:19; 47:6, 12, 13; 70:24; 76:22; 82:18; 93:19; 111:9; 114:16; 135:25; 136:1; 149:2; 170:3, 5; 232:12
probate [1] 113:14
problem [5] 78:8; 107:6, 10; 137:16; 139:16
problems [3] 58:19; 106:23; 229:3
procedure [13] 161:20, 21; 163:5, 6, 14, 16; 172:9; 173:1, 3; 217:21, 25; 219:14, 16

**procedures** [1] 170:20
**proceed** [5] 4:19; 63:5, 6; 161:1; 197:20
**proceedings** [2] 3:9; 61:7
**process** [11] 4:23; 5:7; 9:21; 12:12; 17:13; 58:16; 81:15; 123:10; 126:21; 143:20; 145:4
**processing** [1] 126:19
**produces** [1] 53:11
**professional** [1] 114:6
**professionally** [2] 25:22; 91:21
**professionals** [1] 25:12
**profound** [1] 107:20
**program** [1] 90:8
**prohibit** [1] 8:3
**project** [4] 22:24; 26:5; 64:2
**pronounce** [1] 38:25
**proof** [9] 54:21; 60:10; 96:1; 118:1, 2; 122:6; 128:9; 153:18; 155:4
**property** [2] 180:1, 14
**proportion** [1] 228:6
**propose** [1] 120:8
**prosecuting** [1] 167:24
**prosecution** [1] 49:4
**prosecutor** [1] 95:22
**PROSPECTIVE** [564] 13:6, 8; 14:10, 16, 18, 21, 23; 15:8, 11, 13; 18:14, 21, 24; 19:2, 8, 13, 15, 19; 20:1, 4, 7, 15, 23, 25; 21:6, 8, 11, 16, 22; 22:1, 8, 10, 13, 18, 22; 23:6, 12, 18, 22, 25; 24:11, 15, 21; 25:8, 13, 17; 26:1, 10, 25; 27:7, 12, 16, 19, 23, 24; 29:1, 7, 9, 11, 14, 17, 20; 30:1, 4, 6, 8, 12, 20, 24; 31:1, 8, 12, 16, 20, 23; 32:1, 8, 11, 15, 17, 19, 24; 33:2, 9, 11, 17, 21; 34:1, 7, 15, 18; 35:1, 4, 9, 12, 20, 23; 36:4, 9, 12, 16, 20, 24; 37:5; 38:2, 8, 12; 39:2, 4, 7, 14, 17; 40:9, 11, 16; 41:9, 12, 18; 42:1, 12, 16, 19, 23; 43:7, 10, 18, 20, 23; 44:2, 5, 8, 15; 45:4, 10, 16, 19, 23; 46:1, 3, 7, 10, 13, 16, 20; 47:2, 12; 48:3, 5, 10, 14, 19, 22, 25; 49:6, 10, 22; 50:1, 5, 8, 12, 16, 21, 25; 51:5, 14, 16, 19, 22; 57:8, 19, 21, 24; 58:2, 4, 9, 24; 59:2, 5, 10, 12, 16, 20, 23; 60:1, 3, 7, 11, 14, 18, 20, 24; 61:4, 9, 13, 23, 25; 62:5, 12, 16; 66:4, 9, 13, 17, 21, 25; 67:5, 8, 13, 17, 23; 68:2, 9, 13, 16, 19, 22; 69:2, 8, 12, 17, 22; 70:3, 7, 10, 14, 17, 20, 23; 71:1, 4, 7, 13, 16, 19, 22, 25; 72:3, 8, 12, 15, 18, 20, 23; 73:1, 6, 9, 12, 15, 18, 20, 22, 25; 74:3, 5, 8, 12, 15, 18, 23; 75:3, 6, 8, 11, 17, 20, 25; 76:4, 8, 10, 13, 17, 20, 23, 25; 77:3, 7, 12, 16, 21, 24; 78:4, 11, 16, 23; 79:1, 4, 7, 12, 15, 18, 21, 24; 80:4, 7, 11, 14, 16, 22; 81:1, 3, 9, 12, 16, 19, 22, 24; 82:5, 11, 16, 20, 23; 83:1, 11, 14, 18, 21, 24; 84:3, 6, 9, 12, 14, 17, 19, 22; 85:1, 4, 8, 12, 15, 19, 23; 86:7, 9, 11, 13, 17, 19, 22, 24; 87:4, 7, 13, 16, 19, 23, 25; 88:3, 6, 11, 15, 21; 89:1, 6, 9, 13, 16, 18, 22; 90:4, 15, 18, 25; 91:8, 11, 14, 19, 22; 92:1, 5, 8, 12, 16; 93:4, 6, 10, 15, 23; 94:4, 9; 95:7; 96:12, 14, 25; 97:7, 17, 20, 23, 25; 99:5, 11, 14, 16; 101:4, 15, 19; 102:8, 20, 25; 103:11, 16; 104:1, 4, 23; 105:2, 7, 19, 22, 25; 106:2; 107:15, 18, 23; 108:2, 5, 10, 12, 18, 21, 24; 109:2, 9, 15, 20; 110:5, 7; 111:8, 15, 20; 112:4, 10, 12, 14, 23; 113:7, 14, 18, 23; 114:2, 7, 11, 14, 19, 22; 115:1, 5, 7, 10, 14, 22; 116:4, 7, 16, 18; 117:3, 10, 18; 118:4, 6, 8, 10, 13, 18, 20, 23; 119:1, 7, 17, 20; 120:1, 4, 19, 24; 121:4, 10, 14, 18, 24; 122:3, 20, 22; 123:1, 6, 14, 19, 23; 124:3, 9, 21; 125:3, 7, 11, 14, 25; 126:2, 7, 11, 16, 18, 24; 128:1, 6, 11, 17, 20; 130:4, 6, 9, 15, 20; 131:7, 10, 15; 132:3, 4, 24; 133:3, 6, 8, 12, 14, 16; 145:9, 13, 16, 22; 147:23; 148:3, 7, 22, 25; 149:4, 7, 9, 11, 14, 17, 19, 21, 24; 150:4, 7, 9, 14, 19, 20, 25; 151:2, 4, 19, 22, 24; 152:2, 6, 10, 13, 17, 19, 24; 153:2, 5, 8, 11, 14
**Prospective** [63] 14:6; 15:19; 28:21; 34:22; 37:23; 38:19; 40:3; 47:25;

50:10; 52:9, 15, 23; 53:16, 18; 54:2, 12; 55:5, 7, 10; 57:12; 94:1; 95:11; 97:10; 98:13; 101:25; 103:4; 104:16; 106:10, 19; 107:1; 113:10; 127:7; 129:1, 6; 135:17; 138:25; 139:12, 23; 141:5; 146:5, 8, 11, 15, 19, 23; 147:2, 5, 8, 12, 17; 148:17; 151:14; 153:21, 25; 154:4, 11, 21; 155:2, 6, 10, 18, 22; 156:1
**prospective** [50] 8:18; 10:25; 11:8; 12:7, 25; 15:22; 16:2, 8; 17:1, 10; 28:6, 12, 17; 37:8, 20; 44:22; 49:14, 18; 51:10, 25; 53:2, 4, 25; 54:17; 55:16, 18; 88:9; 98:6, 22; 99:25; 100:11, 20; 104:19; 107:4; 117:22; 120:13; 122:14; 125:20; 127:3, 18, 22; 129:8; 130:25; 131:4, 19; 132:19; 133:22; 135:2; 138:8, 19
**protect** [2] 213:20, 25
**proud** [1] 64:10
**prove** [20] 93:17; 95:25; 98:17; 100:23, 24, 25; 101:3; 117:24; 118:7; 120:6, 19; 121:20; 122:9; 128:4; 131:24; 132:20; 133:20; 135:15; 137:10
**proved** [3] 129:25; 133:10, 17
**proven** [3] 53:14; 103:12; 104:6
**proves** [1] 132:21
**proving** [8] 9:12; 47:9; 53:7, 23; 96:2; 135:6, 11; 153:19
**provisions** [1] 160:10
**prying** [1] 92:19
**psychiatric** [3] 61:14, 19; 80:8
**psychiatrists** [3] 80:17, 23, 25
**Psychology** [1] 91:19
**psychology** [1] 91:20
**pubic** [1] 189:11
**public** [2] 10:21; 83:3
**pull** [11] 108:25; 165:7; 166:16; 174:4; 185:12; 190:7; 198:11, 22, 23; 201:4; 217:5
**pulled** [8] 164:13; 184:21; 187:25; 189:7; 203:20; 206:11; 221:6; 228:23
**pulling** [3] 189:4; 217:2, 4
**punch** [1] 200:6
**punished** [1] 130:10
**punishment** [10] 54:5, 10, 15; 129:13, 23; 130:3, 24; 131:6, 13
**pure** [1] 124:16
**purpose** [6] 13:18; 84:24; 85:7; 178:20; 209:4; 220:23
**push** [8] 158:6; 190:8; 191:21; 204:20, 22; 205:21, 23; 206:20
**pushed** [5] 116:12; 200:24; 201:5; 205:16, 17
**pushing** [6] 90:6; 205:21, 25; 206:1
**Putnam** [1] 24:2
**putting** [4] 140:19; 161:25; 200:1; 216:24

- Q -

**qual** [1] 127:9
**qualifications** [3] 5:1; 13:15, 16
**qualified** [3] 11:25; 12:1; 236:10
**question** [9] 5:1; 14:4; 55:22; 92:23; 111:12, 14; 139:15; 150:16; 177:8
**questioning** [3] 17:18; 18:5; 55:12
**questionnaire** [11] 66:19; 68:5; 70:5; 73:4; 74:22; 76:2; 80:2; 81:6; 82:2; 85:16; 88:13
**questionnaires** [1] 66:1
**questions** [31] 5:6; 10:5; 11:1; 13:14, 18, 20, 25; 17:15; 39:20; 44:13; 47:14; 60:12; 62:19, 20; 63:1, 3, 25; 66:1; 110:3, 13, 21; 112:1; 144:16; 148:10; 153:23; 154:13; 157:6; 159:3, 14; 222:21; 234:15
**quick** [2] 141:21; 213:17
**quicker** [1] 143:21
**quiet** [1] 208:13
**quieter** [1] 207:3
**quite** [4] 18:21; 32:3; 134:14; 211:2
**quote** [1] 173:3

- R -

**R-a-b-a-t** [1] 177:20
**Rabat** [3] 177:15; 179:18; 217:11
**racing** [1] 149:2
**railing** [7] 15:7; 38:17; 40:1; 57:11; 142:20; 148:16; 156:14
**rain** [1] 215:25
**Raise** [3] 135:14; 138:18; 139:22
**raise** [24] 3:10; 11:4; 15:20, 25; 16:6, 25; 17:9; 28:16, 20; 34:21; 37:21; 43:5; 45:18; 47:24; 49:17; 53:3; 54:15; 55:17; 64:21; 141:4; 143:10; 156:16; 173:25; 234:24
**raised** [15] 30:19, 22; 44:24; 48:8; 49:19; 50:4; 98:7; 100:1; 113:24;

114:12; 115:12; 116:6; 131:20; 175:11; 205:19
**raisin** [1] 138:13
**raising** [11] 28:21; 34:22; 37:23; 47:25; 50:10; 94:1; 103:4; 113:10; 135:17; 139:23; 141:5
**Ramona** [2] 13:9; 24:21
**Randy** [1] 58:9
**range** [3] 129:13; 130:2, 24
**ranges** [2] 73:19; 75:5
**rape** [34] 5:10, 23; 6:4; 7:18; 99:1, 2, 4, 7, 20; 100:7, 17, 18; 160:7; 165:13, 25; 167:10, 20; 172:2; 183:10, 12, 19; 190:4, 5; 191:5, 10; 192:2, 18; 206:22; 210:25; 225:19, 21; 226:4, 5
**raped** [13] 48:12; 167:1; 170:17, 18; 199:14, 23; 201:13; 206:22; 211:22; 214:16; 216:9; 229:20
**rapes** [3] 171:25; 173:10; 191:24
**raping** [3] 165:11; 199:24
**rapist** [3] 225:15, 18; 231:9
**rather** [2] 130:10; 173:9
**reach** [7] 54:23; 66:11; 69:1; 71:5; 86:8; 104:14; 198:12
**reached** [1] 11:12
**reaches** [1] 135:5
**react** [3] 112:21; 113:5; 117:17
**reactions** [1] 110:20
**read** [14] 10:13; 11:18; 19:8, 12; 90:13; 159:11, 12; 160:24; 161:5, 8; 181:21, 22, 24; 182:1
**readily** [1] 157:8
**reading** [1] 6:6
**ready** [10] 4:18; 25:10; 141:8; 159:7; 165:6; 166:21; 171:12, 13; 196:23; 197:20
**real** [6] 64:10; 122:23; 123:5; 141:20; 146:2
**reality-based** [1] 124:15
**realize** [2] 65:11; 143:16
**Really** [1] 77:16
**really** [38] 14:12; 17:25; 22:19; 30:9; 41:1; 46:23; 74:9; 78:12, 13, 17; 90:6, 9; 97:3; 103:21; 107:15; 110:3; 113:17; 119:14; 132:11; 134:15; 138:9; 141:3; 151:5; 156:24; 157:4; 184:23; 188:24; 207:11, 18; 211:9; 213:17; 217:12; 219:1, 11; 225:6; 232:11, 15
**reason** [12] 7:19; 12:8; 18:2; 53:21; 55:14, 15; 56:4; 129:19; 133:19; 157:19; 160:7; 209:24
**reasonable** [40] 9:13; 47:9; 52:21; 53:7, 10, 12, 15, 24; 54:9; 118:13, 15, 24; 119:9, 12, 16, 24; 120:10, 16, 22; 121:8, 13; 122:6, 10; 128:3; 129:25; 132:21; 133:9, 10, 18, 21; 135:6, 7, 8, 12, 16; 137:6, 10; 153:20; 154:7; 155:5
**reasons** [3] 157:17; 223:10; 233:3
**rebelled** [1] 7:6
**rebuild** [1] 74:8
**recall** [6] 66:7; 69:1, 6; 71:2, 5; 231:22
**receive** [1] 11:24
**received** [1] 4:9
**receiver** [2] 25:23; 86:13
**receiving** [1] 27:8
**recently** [4] 25:1; 26:12, 15; 153:3
**Recess** [1] 56:17
**recess** [5] 159:16; 196:21; 197:4, 5; 235:2
**recitation** [1] 134:19
**recognize** [6] 16:24; 17:8; 25:11; 57:20; 146:17; 149:12
**recommendation** [1] 65:9
**recommended** [1] 131:14
**recommending** [1] 129:22
**recon** [1] 86:25
**reconstruct** [1] 173:4
**record** [5] 4:2; 10:2; 186:20; 233:24; 234:1
**recovery** [1] 25:10
**Rectangular** [1] 184:1
**refer** [1] 186:25
**referred** [4] 52:5; 176:2; 180:25; 233:15
**referring** [7] 179:14; 180:11; 185:21; 186:17; 213:12; 217:7; 223:1
**reflect** [2] 233:25; 234:1
**reflection** [1] 12:9
**refused** [1] 201:6
**regard** [1] 5:17
**regarding** [4] 6:21; 72:3; 113:13, 25
**region** [2] 172:14, 25
**register** [1] 44:2
**registered** [2] 15:1; 50:6
**registry** [1] 44:1
**regular** [1] 123:3
**relate** [1] 105:6
**related** [6] 70:12; 76:6; 82:3; 176:17, 19, 22
**relates** [1] 104:5
**relation** [2] 184:8; 216:13
**relations** [1] 79:8

**relationship** [4] 48:15; 131:25; 230:9; 233:8
**relatives** [2] 28:19; 33:18
**release** [1] 206:1
**released** [2] 187:25; 188:2
**relevance** [1] 6:16
**relevant** [2] 7:16; 132:16
**reliable** [1] 230:12
**religious** [2] 63:2; 131:2
**relinquishing** [1] 58:17
**reliving** [1] 172:2
**Remember** [3] 75:12; 170:19; 196:25
**remember** [41] 35:15, 16; 36:14; 42:14; 65:25; 67:2, 3, 7, 8, 11, 12; 69:3, 5, 11; 73:5, 6, 9, 10; 102:7, 18, 21; 103:17; 104:22; 105:4; 108:4; 137:24; 178:7, 12; 183:8; 192:3; 199:9, 24; 202:5; 203:20; 206:5; 208:21; 214:8; 216:16; 226:18; 232:8
**remembers** [1] 165:22
**remind** [3] 10:16; 169:2; 234:11
**reminded** [1] 199:14
**reminding** [1] 64:12
**render** [1] 132:25
**Renee** [1] 24:16
**renew** [1] 160:12
**renewal** [1] 227:23
**Reno** [6] 1:20; 20:9, 10; 30:11; 65:6; 158:13
**rent** [1] 25:21
**repeat** [2] 192:2; 211:3
**repeated** [2] 208:18; 226:3
**repeating** [1] 202:23
**replace** [4] 38:22; 57:14; 144:25; 148:19
**report** [2] 151:23; 152:23
**Reported** [1] 1:25
**reported** [3] 45:24; 49:3; 152:15
**Reporter** [1] 236:9
**reporter** [4] 10:1; 97:6; 148:6; 236:11
**represent** [1] 63:20
**representative** [1] 63:22
**represented** [2] 9:1, 6
**representing** [3] 10:19; 15:23
**request** [1] 160:12
**required** [1] 98:17
**reruns** [1] 103:19
**research** [1] 11:19
**Reserve** [2] 87:13, 15
**reserve** [6] 8:1; 41:6; 58:23; 146:25; 149:15; 173:18
**reserved** [1] 28:14
**Reserves** [1] 87:19
**reside** [1] 26:3
**residence** [6] 80:10; 175:24; 181:1; 182:4; 215:20; 220:9
**residential** [1] 64:7
**resist** [5] 167:7; 191:13, 20; 192:16, 24
**respect** [1] 136:17
**respectful** [1] 134:20
**response** [55] 5:11, 17, 24; 6:6; 11:8; 15:22; 16:2, 8; 17:1, 10; 28:6, 12, 17; 37:8, 20; 44:22; 46:6; 49:14, 18; 51:10, 25; 53:2, 4, 25; 54:17; 55:16, 18; 88:9; 98:6, 22; 99:25; 100:11, 20; 104:19; 107:4; 117:22; 120:13; 122:14; 125:20; 127:3, 18, 22; 129:8; 130:25; 131:4, 19; 132:19; 133:22; 135:2; 138:8, 19; 143:14; 152:1, 18; 159:4
**responsible** [2] 129:22; 166:18
**rest** [3] 5:22; 94:8; 186:1
**restaurant** [1] 82:6
**restaurants** [3] 158:16, 17, 19
**restroom** [3] 64:20; 206:19; 219:2
**result** [2] 66:11; 152:9
**results** [1] 194:20
**resume** [1] 234:24
**resumed** [1] 171:21
**Retired** [1] 27:2
**retired** [10] 19:3, 4; 26:12, 15; 32:12; 34:11; 41:13, 14; 88:2; 91:24
**return** [6] 162:13; 168:10; 177:21; 197:25; 220:6; 231:15
**returned** [14] 165:21; 178:7, 8; 194:2, 12, 24; 196:11, 14, 17; 198:7; 203:13; 209:1; 220:8; 226:9
**returning** [1] 193:24
**reunion** [2] 72:4, 5
**reunite** [1] 88:22
**reveals** [1] 127:20
**reviews** [1] 109:23
**revirginize** [1] 163:6
**revolve** [1] 7:2
**revolving** [1] 58:13
**ride** [1] 25:5
**Right** [12] 74:3; 85:8; 93:12, 16, 21, 23; 94:12; 118:9; 121:22; 128:15, 17; 172:1

**right** [151] 3:10; 4:6; 5:3, 4; 6:14; 7:23, 24; 8:10; 9:19; 10:1; 11:4, 6, 9; 14:4; 15:2; 16:3, 21; 18:25; 20:5, 21; 21:9, 24; 22:20; 24:19; 25:15, 25; 27:10; 28:13; 30:7, 13; 31:11; 33:24; 34:5, 13, 19, 23; 36:10, 18; 37:2, 9; 41:5; 42:12, 15, 25; 44:23; 46:5; 48:4; 49:3, 12; 50:9; 51:1, 9; 52:16; 54:18, 19; 55:19; 56:9, 11; 57:9; 59:8, 18; 62:13, 18; 63:11; 64:3, 12, 21; 67:12; 68:20, 24; 72:13; 73:25; 74:19, 25; 79:19; 89:21; 91:16; 92:24; 93:9; 95:1, 3, 24; 96:16; 98:10; 100:23; 103:13, 23; 106:13; 108:5; 110:25; 112:16; 118:19; 121:7; 125:13, 18, 21; 127:16; 128:16; 129:10; 141:7; 142:14, 22; 143:7, 10, 16; 145:2, 3; 148:5; 151:16; 152:15; 154:13; 155:12; 156:4, 17, 19, 20; 157:2, 14; 159:5, 13; 160:1, 23; 171:25; 173:25; 175:22; 182:2, 24; 183:1; 185:12, 14; 191:6; 193:25; 195:13; 196:15; 197:23; 198:1, 15; 200:4; 201:17; 205:10; 206:4; 207:16; 209:11, 13, 16, 18, 21; 227:4; 233:23; 234:5, 8
**rights** [2] 58:17; 61:8
**Rioses** [1] 231:18
**ripped** [2] 219:3, 9
**risk** [1] 219:5
**road** [2] 231:7, 8
**roads** [1] 229:6
**roam** [1] 200:9
**Robert** [2] 1:22; 18:15
**ROCK** [14] 26:25; 87:23, 25; 88:3, 6; 91:8, 11, 14; 115:5, 7, 10; 131:7, 10, 15
**Rock** [8] 13:10; 26:24, 25; 87:22; 91:6; 115:4; 131:5; 143:6
**ROGALIN** [40] 1:22; 3:6; 4:1, 11, 14, 17; 6:18; 7:22; 8:9; 17:5; 39:24; 44:13; 47:18; 56:24; 134:5, 11; 135:3, 18; 138:20; 139:1, 13, 24; 141:6, 14, 18, 20, 23; 142:2, 7, 13; 144:20; 148:13; 155:16, 20, 24; 156:3, 9; 159:25; 173:18; 197:13
**Rogalin** [39] 3:4, 5, 23; 4:9; 6:6, 17; 7:19; 8:8; 9:2, 3; 15:24, 25; 17:3, 11; 39:23; 44:12; 47:17; 56:23; 57:25; 65:1; 132:15; 134:3, 9, 13; 141:13, 17; 142:1, 6, 11; 144:19; 146:7; 148:12; 149:8; 155:15; 159:18, 24; 160:8; 173:16; 197:12
**role** [3] 10:14; 62:10; 177:4
**roll** [1] 198:24
**rolling** [1] 207:6
**Romance** [1] 21:22
**romance** [1] 19:16
**Ronnie** [1] 32:24
**roof** [5] 180:6; 190:6; 213:4; 215:8, 19
**roofs** [1] 215:11
**rooftop** [1] 214:19
**room** [40] 25:10; 35:15; 97:14; 110:25; 111:3, 6; 140:7; 157:21; 161:11, 16, 19; 162:19; 164:6; 167:4, 19; 168:8; 182:6, 7, 8, 9, 11; 183:3; 184:11; 198:8; 200:2, 23; 201:19, 21; 203:11; 204:13; 205:5, 6, 7; 206:6; 207:2, 4; 225:10; 234:9
**rooms** [3] 182:6; 188:20; 203:9
**rubbed** [1] 164:16
**rubbing** [1] 202:8
**rule** [4] 137:4, 5; 139:8
**rules** [8] 9:24; 54:22; 55:3; 136:21, 23; 154:24; 169:21; 223:17
**ruling** [1] 8:2
**running** [1] 58:20
**Rush** [1] 16:14
**rushed** [1] 201:21
**Ryan** [3] 16:18; 23:7; 172:19

- S -

**s'mores** [9] 94:22, 24; 95:1, 8, 10, 14; 96:20; 136:13, 14
**sacred** [1] 135:4
**Sadek** [1] 17:7
**safer** [1] 232:3
**safety** [3] 26:16; 86:14; 90:1
**said** [81] 10:2; 33:18; 67:1, 10; 69:15; 70:15; 89:8, 20; 90:17; 93:21; 101:9; 102:17; 110:19; 113:19; 117:11; 122:16; 131:21; 133:8; 145:3; 157:19; 161:5; 162:23; 166:10; 167:8; 170:12, 17; 183:15, 19; 185:9; 186:7; 189:5, 8; 192:8; 204:24; 206:21, 22; 209:24; 210:4; 211:4, 19; 212:2, 13, 21; 213:8, 25; 214:17; 215:2; 216:8; 218:13, 18, 19; 220:4; 221:6, 18; 222:17; 224:1,

22, 25; 225:2, 7, 8, 9, 13, 15, 17, 18, 23; 226:2, 4; 227:5; 228:19, 22; 229:9, 10; 231:2, 9; 232:13, 14; 233:13
**sales** [3] 19:4; 22:4; 27:9
**same** [28] 27:22; 31:5; 55:25; 75:2; 78:22; 105:5; 110:3; 112:5; 138:23; 163:11; 164:9; 165:25; 189:23; 190:7; 194:5, 7; 208:18; 209:7; 212:25; 219:8, 13, 14, 17, 20; 220:1, 9, 10, 11
**Samuel** [2] 15:4; 26:10
**sandy** [1] 180:3
**SANE** [1] 172:8
**Sarah** [4] 16:19; 172:10, 11, 15
**satellite** [1] 41:19
**satisfaction** [1] 132:22
**satisfied** [4] 3:23; 46:5; 151:25; 152:18
**saving** [1] 63:12
**saying** [22] 65:2; 79:16; 110:11, 18; 112:25; 114:10; 122:1; 131:9; 132:14; 136:19; 139:20; 168:13; 192:3; 201:25; 204:23; 205:2; 213:18; 214:25; 228:4, 7; 229:12
**says** [13] 44:6; 94:22; 95:16; 96:5, 6, 18; 101:8; 107:8; 122:4, 5, 12; 133:20; 136:18
**scared** [9] 126:7; 170:9; 194:16, 18; 199:11; 208:12; 211:24; 213:5; 222:3
**scarring** [1] 172:24
**scary** [1] 77:9
**scenario** [2] 112:5; 117:6
**schedule** [1] 204:16
**schedules** [1] 80:25
**scheduling** [1] 80:8
**School** [7] 58:11; 166:5, 16; 174:24; 200:18; 203:15, 21
**school** [32] 20:9; 21:2; 27:17; 29:3; 31:9; 32:4; 70:17; 72:17, 21; 82:7, 15; 85:17; 88:23; 89:2; 90:6; 91:2, 3, 17; 105:3; 166:8, 11; 170:1, 2; 171:20; 174:23, 25; 195:11; 203:14; 224:8, 9; 230:12; 231:6
**schooling** [2] 6:21; 7:3
**schoolmates** [1] 31:9
**Schools** [1] 24:2
**schools** [2] 64:15; 82:15
**schoolteacher** [1] 229:2
**science** [3] 83:22; 85:24; 204:4
**Sciences** [1] 172:20
**Scott** [2] 148:20, 25
**scouring** [1] 124:5
**scream** [2] 164:20; 187:18
**screaming** [1] 219:18
**screw** [1] 94:25
**script** [1] 215:5
**seal** [1] 236:17
**search** [1] 127:16
**seat** [23] 3:13; 8:23; 11:9; 12:14, 17, 19; 14:3; 39:12; 47:20; 57:3; 143:4, 5, 7, 8, 15, 23, 24, 25; 156:19; 159:6; 160:22; 174:2
**Seated** [2] 9:19; 10:1
**seated** [5] 8:13, 19; 9:2; 57:4; 197:17
**seats** [1] 144:1
**Second** [4] 4:7, 16; 24:1; 134:23
**second** [28] 7:13; 8:20; 30:22; 31:6; 42:13; 48:2; 82:4; 90:11; 96:2; 101:10; 156:20; 168:3; 180:16, 19; 182:8; 196:14, 18; 198:1; 201:3; 209:4; 210:2, 9, 10, 15; 214:3; 215:13; 219:12; 231:24
**Secondary** [2] 67:23; 70:10
**secret** [2] 169:15; 208:6
**Section** [1] 160:11
**section** [1] 33:4
**seeing** [1] 220:23
**seek** [1] 62:3
**seeking** [2] 6:15; 61:7
**seem** [1] 225:3
**seemed** [2] 166:13; 224:4
**seen** [6] 64:18, 23; 65:13; 102:16; 172:16; 194:20
**sees** [1] 167:12
**select** [1] 42:3
**selected** [5] 43:4; 53:13; 54:8; 55:2, 23
**selection** [9] 4:22; 5:7; 8:4; 9:21; 12:11; 17:13; 123:10; 132:10; 160:3
**sends** [1] 94:16
**senior** [1] 58:11
**sense** [22] 95:4, 6; 96:24; 98:21; 104:13, 15; 105:24; 106:1, 9, 18, 22, 25; 107:3, 9; 120:12; 122:2; 128:5; 139:6, 7, 14; 140:5, 16
**sensitive** [1] 13:20
**sent** [5] 6:24; 55:25; 172:18; 232:15; 233:9
**sentence** [1] 130:5
**sentencing** [1] 129:22
**separate** [4] 36:25; 163:17; 184:9; 212:1
**separated** [5] 168:25; 212:5, 6, 20; 230:23

**separately** [1] 110:15
**September** [9] 37:13; 165:21; 166:3, 7; 174:20; 178:9, 10, 15; 193:24
**Sergeant** [1] 16:14
**sergeant** [1] 29:4
**SERGISON** [16] 23:6; 79:18, 21, 24; 80:4, 7, 11, 14, 16, 22; 81:1; 93:15; 119:7, 17, 20; 120:1
**Sergison** [8] 13:4; 23:5, 7; 79:16; 93:13; 119:3, 13
**serve** [17] 10:7; 11:25; 12:1, 10; 13:15; 14:2; 34:25; 35:7; 37:4; 44:21; 46:12; 49:1, 8; 60:23; 85:7; 87:5; 88:4
**served** [8] 34:20; 35:24; 36:5; 42:10; 60:5; 146:21; 147:15; 150:2
**service** [13] 10:7, 16; 41:23; 66:6; 67:2; 86:5, 21; 87:2, 10, 11, 21; 88:7; 145:25
**services** [1] 10:22
**serving** [6] 3:8; 18:1; 27:22; 38:7; 57:7; 131:2
**session** [1] 166:22
**sessions** [1] 166:21
**setting** [1] 117:6
**settled** [1] 115:11
**Seven** [1] 74:15
**seven** [9] 24:7; 35:2; 45:5, 6; 75:6; 78:2, 7; 79:14, 21
**seven-year-old** [3] 23:2, 9; 25:4
**several** [6] 93:2; 203:8; 207:21; 208:15, 21; 232:23
**severe** [1] 107:19
**Seward** [2] 34:2; 35:1
**Sexual** [5] 8:22; 37:11; 54:6, 10; 134:22
**sexual** [27] 6:7, 9, 11; 7:17, 20; 8:1; 43:19; 45:1; 47:23; 60:25; 93:18, 21; 95:2, 5; 97:2; 98:24, 25; 111:2, 17; 117:8; 125:24; 129:13; 130:13; 160:9, 13; 162:13; 165:3
**sexually** [5] 6:7; 7:14; 39:17; 148:7; 185:8
**shadow** [4] 119:5, 18; 122:7; 214:20
**Shakes** [3] 30:20; 38:2; 78:23
**shaking** [3] 127:7; 155:2, 6
**Shanna** [1] 16:16
**Shannon** [4] 229:12, 13; 230:23; 231:9
**share** [2] 27:1; 150:18
**sharing** [1] 30:16
**Shatton** [8] 16:16, 17; 171:20; 229:9, 13, 21; 230:24; 231:12
**Shatton's** [2] 224:12; 229:8
**Shattons** [12] 171:16, 18, 19; 228:25; 229:7; 230:8, 9, 14, 19; 231:4; 232:23
**She'll** [19] 26:2; 161:19; 162:1, 8, 21, 24; 164:15; 165:16, 18; 166:2, 4, 20; 167:2; 168:22; 169:6, 9, 11; 171:17
**she'll** [14] 28:9; 162:9, 15; 163:24; 164:3, 12; 165:15, 23; 166:6; 167:18; 168:2; 169:9; 172:2; 201:14
**She's** [4] 33:12; 64:2; 79:21; 210:4
**she's** [7] 27:8; 64:9; 139:19, 20; 201:14; 209:18; 210:4
**sheep** [1] 180:13
**sheriff** [1] 32:9
**sheriff's** [1] 34:9
**shield** [5] 5:10, 23; 6:4; 117:13; 160:7
**Shields** [1] 40:23
**shift** [1] 32:3
**shirt** [1] 233:22
**shirts** [1] 188:7
**shit** [1] 228:17
**shoes** [2] 112:24; 224:6
**shoot** [2] 18:21; 103:2
**shooting** [2] 18:22; 115:18
**shootout** [1] 77:8
**shopper** [1] 95:18
**shopping** [14] 94:15, 21; 95:9, 10; 96:5, 8, 10, 22; 98:3, 15; 100:22; 109:22; 166:25; 201:14
**Short** [1] 197:5
**short** [2] 88:19; 89:9
**shorter** [2] 134:20; 158:11
**Shorthand** [1] 236:9
**shorthand** [1] 236:14
**shorts** [1] 189:14
**should** [21] 11:18, 21; 13:20, 22; 14:25; 30:15; 56:4; 60:22; 98:5; 107:3; 117:13; 129:9, 23; 143:3; 150:22; 179:1; 192:4; 210:21; 214:13; 227:4; 231:2
**shouldn't** [1] 157:7
**show** [8] 103:2; 123:8, 9, 12; 124:6; 125:2, 9
**showed** [1] 210:18
**shows** [8] 101:16; 103:16, 17; 122:17, 19, 25; 123:18; 137:21
**shut** [3] 211:17; 217:23; 226:11
**siblings** [17] 164:1; 168:25;

169:4; 176:19; 194:19; 200:17; 211:25; 212:1, 20; 213:6; 227:20, 21; 230:22, 25; 233:4, 6, 8
**side** [27] 14:23; 26:6; 28:7; 30:16, 20, 21; 38:2, 3; 56:9; 78:23, 24; 124:1; 127:7; 128:13, 14; 155:2, 3, 6, 7; 157:24; 180:6; 200:24; 201:6; 205:14; 221:25; 224:10
**sides** [3] 110:15; 116:21; 184:9
**significant** [1] 116:15
**Significantly** [1] 177:12
**signs** [1] 217:12
**silly** [1] 177:8
**Similar** [2] 85:6; 95:21
**similar** [6] 38:9; 87:6; 108:16; 118:22; 143:20; 145:4
**similar-type** [1] 172:8
**Similarly** [2] 100:2, 6
**similarly** [3] 95:2; 97:1; 186:25
**simply** [2] 52:6; 138:14
**SIMS** [3] 1:7; 2:8; 174:10
**Sims** [60] 3:2, 5, 15; 4:13, 21; 5:3, 19; 6:20, 21; 7:12, 15; 8:19, 23, 24; 9:1; 16:5, 6, 9, 17, 18; 17:6; 28:7; 37:14; 47:7; 52:16; 58:1, 3; 146:10; 149:10; 160:9; 161:15; 162:10; 163:19, 20; 164:14; 166:11, 15, 18; 167:15; 168:6; 171:2, 12; 173:11, 22; 174:4, 16; 175:25; 176:4, 5, 8, 10, 11; 179:2; 233:16; 234:2, 25
**Sims's** [1] 172:17
**Since** [2] 207:3; 214:12
**since** [4] 62:7; 63:24; 175:21; 188:19
**single** [5] 21:1, 12; 22:14; 145:18; 149:4
**sister** [16] 29:5, 20, 22; 30:2; 68:9; 73:4; 198:10; 201:21; 209:6, 8, 10, 12, 15; 211:23; 212:5; 213:2
**sister's** [2] 198:9; 230:6
**Sister-in-law** [2] 29:7, 8
**sister-in-law** [1] 29:1
**sisters** [4] 181:5, 6, 8; 182:16
**site** [1] 109:23
**sits** [2] 52:16; 134:24
**Sitting** [1] 28:7
**sitting** [11] 3:5; 28:9; 39:13; 131:2; 132:11, 14; 204:13; 206:9, 10; 225:11; 233:23
**situation** [13] 38:9; 58:18; 108:16; 109:10; 113:2; 116:2; 167:4, 15, 18; 169:13; 171:7; 200:22; 231:1
**situations** [1] 112:22
**six-month** [1] 226:24
**six-year-old** [1] 25:5
**size** [2] 193:3, 8
**skeptical** [1] 217:19
**skin** [6] 163:9; 216:24; 217:2; 219:3, 8, 19
**skinny** [1] 193:7
**skip** [2] 33:16, 18
**Skyview** [2] 224:8; 230:17
**slap** [7] 191:16, 18; 192:22; 207:11, 15, 18, 19
**sleep** [4] 86:18; 190:6; 215:15; 222:1
**sleeper** [1] 210:23
**sleeping** [5] 164:5; 182:4, 8; 183:23; 230:4
**slept** [3] 164:13; 182:7, 9
**slid** [2] 184:24; 185:11
**slight** [3] 100:13, 14, 17
**Slightly** [1] 195:3
**slightly** [1] 184:12
**small** [6] 26:17; 72:25; 73:2; 78:19; 135:1
**smart** [1] 95:19
**smile** [1] 93:1
**SMITH** [43] 15:11, 13; 21:16, 22; 26:10; 30:20; 34:7; 48:10; 50:12; 74:18, 23; 75:3, 6, 8, 11, 17, 20; 89:18, 22; 90:4, 15, 18, 25; 94:4, 9; 95:7; 99:14; 102:8, 25; 104:23; 105:2; 112:10, 12, 14, 23; 113:7; 114:14, 19, 22; 115:1; 126:7; 130:4, 6
**Smith** [27] 13:3; 15:4, 10; 21:15, 16, 17; 26:9, 11, 12; 30:19; 34:6; 48:8; 50:11; 74:17; 89:17; 94:2; 95:4; 99:12; 102:6, 17; 104:21; 112:5; 114:12; 126:5; 129:24; 142:5, 25
**smoke** [1] 56:12
**snack** [1] 56:13
**Snapped** [1] 122:22
**snow** [9] 102:14, 15, 16, 22; 104:22, 25; 105:11, 12, 21
**snowed** [3] 105:3, 19, 20
**snowing** [1] 104:20
**soccer** [2] 23:19
**social** [4] 6:21; 7:9; 63:2; 124:6

sociology [3] 50:17; 51:6; 88:15
soft [2] 219:3, 9
solely [1] 11:23
Some [3] 98:23; 149:25; 190:6
some [77] 6:11, 23; 9:17; 13:17; 17:15; 18:1; 26:18; 39:13; 51:6, 12; 56:5; 64:3; 65:7; 66:5; 68:7, 8; 71:9, 12; 81:7; 83:5; 85:17; 86:4, 20; 92:8; 95:14, 19; 98:24; 99:17; 102:13; 111:23; 114:24; 116:8; 119:21; 120:11; 122:16; 124:14; 126:13; 129:16; 134:25; 137:9, 15, 19; 138:17; 150:12, 18; 153:16; 156:21; 158:18, 19; 159:10; 161:15, 20; 162:3; 163:9, 21; 164:6, 8; 166:25; 167:6; 168:11; 169:21, 23; 172:7, 22; 176:13; 195:4; 208:23; 212:14; 219:22; 220:6, 12, 13; 229:15; 231:15
somebody [10] 33:20; 110:9, 11; 116:11; 128:21; 132:15; 159:9; 168:15; 234:14
somehow [1] 207:12
Someone [1] 153:4
someone [14] 52:4; 83:8; 93:17; 108:1, 9; 109:10; 113:1; 120:20, 24; 126:12; 129:4; 211:2, 21
Something [1] 104:4
something [61] 17:20; 34:4; 37:24; 39:5, 19; 45:24; 48:1; 51:17; 52:5; 61:11, 13; 69:10; 71:20; 77:14; 78:18; 86:3; 90:10; 94:20, 23; 95:19; 98:3; 99:9, 12; 101:8; 102:10; 103:12; 108:17; 110:11; 111:6, 10; 112:9; 113:3, 5; 114:24; 116:3; 117:8, 9; 119:24; 120:2; 123:2; 127:4, 23; 129:24; 130:7; 136:4, 11; 140:3, 4; 152:21; 156:25; 158:8; 173:1; 184:1; 186:4; 188:12; 210:13; 219:23; 222:7; 225:5; 233:9
Sometime [1] 68:3
Sometimes [6] 72:8, 9; 109:24; 166:22, 23; 182:20
sometimes [15] 105:13; 109:20; 110:10; 127:2; 165:6; 166:20, 23; 182:21; 189:24; 190:8; 198:23; 201:14; 208:3; 227:11; 230:16
somewhere [1] 219:25
song [1] 75:23
sons [1] 33:22
soon [5] 63:14; 157:11; 201:4; 211:15; 224:6
Sorry [3] 30:12; 89:2; 205:13
sorry [10] 15:5; 30:25; 50:20; 70:9; 185:5, 9; 192:8, 12; 199:4; 211:3
sort [17] 34:4; 68:8; 96:4; 102:13; 112:2; 161:20; 162:3; 163:9; 169:21, 24; 171:10; 172:14; 195:4; 212:14; 219:23
sound [2] 72:10; 177:8
sounds [1] 112:19
source [1] 194:19
Southwest [1] 14:18
southwest [1] 31:18
space [1] 215:14
spare [1] 145:7
speak [21] 3:15; 17:23, 25; 127:12; 129:3, 10; 135:19; 152:24; 153:15; 157:14; 161:12; 163:2; 164:8; 174:5; 181:14; 196:25; 197:1; 218:10; 229:10; 234:12
speaking [2] 100:5; 223:13
special [7] 28:15; 41:7; 58:10, 25; 87:7; 147:4; 149:18
specialist [2] 22:25; 26:16
specialize [1] 92:14
specialty [2] 26:4; 72:25
specific [6] 18:5; 72:25; 92:14; 108:4; 160:8, 13
specifically [1] 72:19
spell [1] 177:19
spend [5] 17:15; 18:19; 19:23; 63:10; 145:19
spending [4] 20:12; 23:3; 24:17; 41:4
spent [1] 215:19
Sperm [1] 188:4
sperm [3] 188:3, 4; 211:11
spoilers [2] 75:19, 22
spoke [5] 191:4, 7; 216:10; 222:8; 231:24
spoken [1] 77:13
sport [1] 27:3
sports [8] 22:5; 23:16; 27:3; 74:4; 91:3; 145:11; 208:1
spouse's [6] 18:10, 11; 40:13, 14; 58:6, 8
Sprint [1] 22:15
Spurs [1] 76:14
squeak [1] 187:17
stab [3] 92:22; 101:24; 103:8
staff [2] 80:17; 159:9

**stairs** [2] 180:5; 213:4
**STALLINGS** [41] 57:19, 21, 24; 58:2, 4, 9, 24; 59:2, 10, 12, 16, 20, 23; 60:1, 3, 7, 11, 14, 18, 20, 24; 61:4, 9, 13, 23, 25; 62:5, 12, 16; 82:23; 83:1, 11, 14; 87:19; 109:20; 110:5; 114:2, 7, 11; 128:20
**Stallings** [12] 57:15, 16; 58:10, 23; 62:14; 82:22; 87:17; 109:17; 113:24; 128:18; 141:22; 142:24
**stand** [10] 3:11; 5:16; 11:3; 102:17; 142:18; 143:9; 156:16; 196:7; 198:8, 11
**standard** [5] 120:15, 17, 25; 121:11; 124:12
**standards** [2] 119:22; 124:8
**standing** [3] 9:2, 7; 28:4
**star** [1] 109:23
**stars** [1] 109:23
**start** [14] 12:19; 18:8, 13; 27:15; 28:23; 34:24; 45:18; 65:24; 83:12; 112:15; 158:1; 205:3; 213:15, 17
**Started** [1] 91:2
**started** [19] 3:14; 52:11; 64:16; 123:24; 160:23; 163:17; 166:8, 16; 167:6; 173:11, 13, 14; 193:4; 200:1; 211:23; 213:9; 216:25; 234:8, 10
**starting** [2] 113:11; 145:5
**STATE** [4] 1:2, 4; 2:7; 236:3
**State** [59] 1:21; 3:1, 2; 4:7, 18; 5:9; 9:4, 5, 11; 10:19; 11:10; 12:4; 15:15; 17:6, 17; 18:3; 36:8; 37:10, 18; 42:22; 45:14; 47:8; 53:6, 8, 11, 23; 59:15; 60:10, 19; 61:7; 62:19, 24; 63:3, 5, 20, 23; 65:15, 16; 97:18; 98:17; 120:7; 121:15; 128:10, 22; 129:25; 132:21; 135:5, 11, 15; 141:11; 147:25; 150:13; 153:19; 160:2, 25; 173:21; 236:10, 11
**state** [10] 6:23; 18:9; 119:11, 14; 120:17; 121:12; 129:14; 172:22; 174:15; 195:7
**State's** [3] 17:5; 54:20; 160:6
**statement** [3] 2:5; 173:17; 231:14
**statements** [3] 137:19; 159:13; 160:6
**States** [5] 86:24; 119:15; 121:12; 128:9; 173:2
**states** [1] 129:20
**stating** [1] 52:3
**station** [3] 214:14; 222:16; 231:13
**statute** [6] 5:11, 23; 6:4; 93:20; 94:6; 160:7
**statutes** [2] 95:23; 129:18
**stay** [7] 56:1; 57:4; 179:12; 181:1; 182:20, 23; 230:7
**stay-at-home** [5] 20:18; 22:5; 23:7; 24:12; 50:21
**stayed** [8] 36:1; 164:7, 11; 181:4; 229:25; 231:4; 232:23; 233:1
**staying** [4] 80:3; 163:1; 205:20; 232:22
**steady** [1] 21:7
**step** [1] 174:3
**stepchildren** [1] 24:17
**stepdaughter** [1] 25:20
**stepdaughters** [2] 48:15, 18
**stepfather** [3] 48:16; 49:2; 166:12
**stepson** [1] 40:20
**Steven** [1] 24:22
**stick** [5] 94:17; 95:13; 97:3, 15; 192:20
**sticking** [3] 165:8; 189:10
**still** [24] 25:2; 26:13; 34:2; 89:14; 111:22; 151:10; 162:3; 168:23; 169:10; 171:14; 185:11, 15; 192:18; 194:10; 196:19; 198:1; 203:2; 209:1; 211:5; 220:24; 225:19; 226:7; 227:11; 229:14
**sting** [1] 232:11
**stinging** [1] 164:22
**stitch** [1] 217:5
**stitching** [1] 217:1
**stockyards** [1] 33:4
**stolen** [1] 152:14
**stomach** [8] 165:1; 188:1, 2, 4; 198:24; 205:18; 206:11; 210:12
**stood** [2] 28:3; 229:11
**stop** [6] 114:24; 164:23; 165:4; 187:24; 206:2; 222:23
**stopping** [1] 98:11
**storage** [1] 149:1
**store** [4] 94:16; 116:8; 200:20
**stories** [3] 77:4; 78:20; 137:13
**story** [5] 90:19; 112:16; 139:17; 140:3; 167:25
**straight** [4] 88:23; 89:1; 189:10; 231:8
**strange** [2] 120:25; 167:13
**strangers** [4] 17:22; 65:22; 111:13; 112:7
**street** [9] 14:20; 158:18; 161:24; 167:16; 168:17; 171:23; 220:19; 224:10; 231:16
**streets** [1] 169:5

**stretchy** [1] 206:13
**strict** [1] 169:23
**Strictly** [1] 85:4
**strike** [1] 151:7
**strive** [1] 127:24
**strong** [1] 138:4
**struggle** [3] 53:22; 167:11; 207:5
**struggled** [1] 194:22
**struggling** [1] 167:6
**stuck** [5] 164:17, 24; 185:19; 186:7, 15
**student** [2] 64:10; 166:5
**students** [1] 110:16
**study** [9] 66:20; 67:22; 70:6; 76:3; 88:14; 90:3; 91:18; 207:2, 4
**studying** [2] 206:9; 207:2
**stuff** [16] 76:7; 77:6; 78:19; 81:7; 83:5; 91:4; 105:16; 113:25; 116:9; 122:24; 132:18; 137:14, 15, 22; 195:17; 228:21
**stuffed** [1] 184:1
**stung** [1] 186:12
**stupid** [1] 196:8
**subject** [2] 174:25; 205:4
**subjects** [1] 13:21
**submit** [1] 173:8
**such** [4] 9:9; 137:7; 153:17; 207:20
**suck** [1] 227:2
**suffer** [2] 195:23, 24
**suffering** [1] 166:6
**suit** [2] 106:13; 233:23
**suitability** [1] 5:2
**suitcase** [2] 228:21, 23
**Suite** [1] 1:22
**suited** [1] 144:12
**summertime** [1] 103:19
**summoned** [1] 10:15
**summons** [2] 74:25; 80:1
**Sunday** [2] 41:20, 21
**Sundays** [1] 41:20
**Sunrise** [2] 175:15, 16
**super** [1] 193:7
**supervisor** [3] 31:20; 49:23; 115:15
**support** [1] 22:15
**supporting** [1] 220:3
**supposed** [4] 170:7; 199:12; 204:4; 214:1
**supposedly** [1] 124:15
**Sure** [4] 36:23; 112:18; 132:3; 180:12
**sure** [18] 14:10; 29:11; 43:21; 62:6, 8; 63:14; 65:16; 67:7; 123:11; 142:19; 144:22; 186:4; 191:6; 209:11; 211:12; 217:2, 5; 234:17
**surgery** [17] 25:9, 10; 163:8; 216:12, 13, 16; 217:14, 17; 218:4, 6, 8, 22, 23, 25; 219:8, 12; 220:1
**surgical** [3] 161:20; 163:5; 170:20
**surprise** [5] 97:13; 125:23; 126:12, 15; 127:6
**surprised** [1] 127:1
**surrender** [5] 140:5, 6, 9, 16, 17
**surrounding** [1] 162:22
**suspect** [1] 234:13
**swabs** [1] 232:10
**swear** [1] 139:2
**swearing** [1] 139:4
**Sweis** [7] 3:8, 10, 14, 24; 28:8, 11, 13
**swimming** [5] 24:7; 165:6; 189:16, 18, 21
**swinging** [5] 15:7; 57:11; 142:20; 148:16; 156:15
**swollen** [1] 193:16
**swore** [1] 106:11
**sworn** [7] 3:12; 4:25; 11:5; 143:11; 156:18; 174:1, 11
**sympathy** [1] 11:14
**symptoms** [2] 193:17; 218:24
**system** [7] 58:19; 83:15; 127:19; 128:8; 139:1, 4; 140:12

**- T -**

**table** [3] 8:20; 28:10; 52:16
**tactical** [1] 34:3
**tactics** [1] 192:23
**take** [43] 8:4; 10:25; 15:6; 19:9; 38:16; 40:1, 12; 55:20; 56:20; 57:10; 58:5; 64:18; 72:9; 78:6; 89:11; 92:22; 101:24; 103:8; 134:4; 142:19; 143:17; 144:22; 148:15; 156:14, 20, 23; 157:15; 158:3, 8, 24; 159:11; 160:2; 168:11; 185:7; 188:6; 196:20, 22; 197:10; 207:25; 209:5, 9; 212:21; 222:22
**taken** [2] 219:25; 236:14
**takes** [3] 64:19; 106:22; 110:13
**taking** [6] 7:4, 5; 124:2; 179:5; 224:1; 232:17
**talk** [64] 6:7; 39:6; 42:2; 65:10, 21; 69:16; 71:23, 24; 72:11; 77:1; 92:6, 21; 96:1; 100:3; 103:22; 108:13, 25; 109:4; 111:6; 112:9, 19; 117:1; 119:4; 132:1, 7; 134:18; 138:11; 148:5; 149:24; 150:1; 156:21; 157:6, 7; 162:1, 18; 167:18; 168:15;

170:11, 14; 172:2, 25; 180:18; 197:2; 198:3; 199:13, 15, 17; 202:13, 17; 203:23; 214:3, 5, 11, 15; 218:8, 11; 220:25; 221:1; 226:11; 231:16; 232:6, 15; 233:9
**talked** [29] 65:4; 66:2; 68:6; 69:14; 83:4; 94:5; 100:21, 22; 111:24; 113:25; 117:23, 25; 122:15; 125:16; 135:20; 137:21; 140:1; 155:16; 161:23; 168:17; 169:19; 171:20, 21, 24; 184:14; 195:15; 197:24; 221:15; 223:12
**talking** [21] 6:18; 37:25; 38:14; 50:18; 65:18; 92:18; 112:6; 123:21; 125:13; 140:18; 169:23; 170:7; 186:23; 187:1; 198:19; 200:12; 202:14; 203:2; 214:24; 223:18, 20
**Tammy** [48] 6:19; 16:17; 17:6; 163:25; 166:11, 15, 18; 168:5; 169:5; 170:13, 20; 175:25; 176:10; 177:1; 194:16, 19, 25; 195:22; 200:19; 204:2, 4, 23; 207:3; 208:10; 210:1, 3; 211:16, 17; 212:3, 9, 12, 21; 218:14, 19, 22; 221:4; 222:16; 223:2; 224:1, 3, 19, 24; 226:17, 22; 228:4; 230:15
**Tammy's** [4] 201:13; 221:19, 23; 228:14
**tangible** [1] 102:13
**Target** [3] 18:23, 24, 25
**taught** [2] 204:1, 4
**teach** [11] 41:23; 68:1; 70:16; 82:10; 83:23; 166:22, 23; 178:21; 204:3, 5; 205:4
**teacher** [6] 20:8; 24:1, 2; 58:11; 82:8; 175:2
**teaching** [1] 82:3
**team** [4] 34:3; 74:6, 9; 76:12
**Tech** [1] 195:13
**tech** [1] 22:15
**technical** [3] 40:25; 85:17; 91:17
**Technically** [1] 96:16
**technically** [2] 96:15, 16
**technological** [1] 109:25
**Technology** [1] 26:15
**technology** [1] 11:21
**tedious** [1] 92:18
**teenager** [1] 61:1
**teenager's** [1] 7:8
**Television** [1] 124:9
**television** [3] 101:16; 122:19; 124:7
**Tell** [7] 58:6; 208:8; 215:2; 223:3, 7; 225:7, 9
**tell** [121] 6:2, 9; 13:22; 26:11; 28:24; 29:18; 35:15; 38:6; 40:12; 42:8; 45:2; 51:12; 54:25; 59:8; 63:25; 69:18; 85:18; 98:14; 104:9, 12; 106:12; 107:6; 113:12; 123:7, 25; 124:11; 136:7, 8; 139:17, 24; 141:1, 3; 145:6; 161:19; 162:5, 6, 8, 9, 15, 22, 24; 163:4, 24; 164:3, 12, 15; 165:15, 16, 17, 18, 23; 166:2, 4, 6, 20; 167:2; 168:2, 18, 22, 24; 169:6, 8, 9, 11, 16; 170:23; 171:2, 13, 17; 172:11, 15, 21, 23; 181:4; 183:20; 185:18, 20; 188:17; 190:16; 191:1, 15, 25; 192:12; 193:14, 17; 194:12, 16; 196:11; 199:22; 201:22, 23, 24; 204:10; 206:8; 207:10; 213:3; 221:7, 9, 16; 222:2, 5, 9, 24; 224:16; 225:2, 6, 13; 228:9; 229:5; 230:11, 20; 231:11, 19, 24; 232:2; 233:20
**telling** [20] 66:10; 108:1, 9, 17; 109:7, 24; 117:14; 139:16, 18, 25; 140:3, 23; 169:12; 171:3; 188:23; 211:20; 214:16; 227:6; 228:6, 11
**tells** [1] 77:4
**temperaturewise** [1] 215:18
**temporary** [2] 91:12; 115:8
**ten-minute** [2] 55:20; 196:23
**ten-year-old** [1] 26:4
**tend** [2] 69:10; 128:12
**tenets** [1] 138:3
**term** [14] 93:18, 24; 99:1; 102:4; 103:2, 10, 15; 104:3; 118:17; 127:2; 131:5; 186:1, 16; 187:3
**terminate** [1] 61:7
**termination** [1] 62:3
**terms** [3] 6:19; 118:22; 155:17
**test** [3] 101:6; 207:3; 222:22
**testified** [3] 115:20; 174:12; 209:1
**testifies** [1] 2:8
**testify** [11] 81:14; 91:9; 113:9; 115:3, 6, 17; 116:10, 12, 17; 117:21; 136:2

**testifying** [5] 109:11; 114:5, 9, 17, 24
**testimonial** [1] 125:17
**Testimony** [3] 101:21; 102:1, 3
**testimony** [11] 5:18; 7:12, 18, 25; 101:19; 102:9, 12; 113:16; 135:22; 159:2; 234:25
**Texas** [3] 171:9; 195:12, 13
**text** [2] 6:11; 170:5
**texted** [2] 233:10, 12
**than** [30] 17:5; 46:9; 48:2; 49:16; 54:7; 64:21; 70:25; 75:20; 81:21; 82:14; 98:15; 99:8; 109:12; 114:9; 116:24; 125:10; 128:13; 146:2; 158:11, 24; 177:10, 12; 184:22; 187:11; 190:14; 193:5; 209:18; 210:13; 218:9
**Thank** [93] 3:13; 4:6; 8:23; 9:3, 8; 11:9; 13:12; 15:9; 16:3, 9, 23; 17:2, 11; 18:25; 19:17; 20:5, 13, 21; 21:9, 14, 24; 22:11, 20; 23:4, 17, 23; 24:9, 19; 25:15; 26:8, 23; 27:5, 10; 28:13, 22; 30:7, 13; 31:14, 24; 32:6, 18, 25; 33:15, 24; 34:13, 19, 23; 35:10, 21; 36:10, 18; 37:6; 38:17; 41:5; 42:15, 16; 43:15; 44:15; 46:25; 47:19; 49:12; 51:3; 53:5; 54:18; 58:22; 63:8; 66:23; 68:20; 69:25; 73:23; 77:22; 81:24; 82:21; 83:16, 18; 85:13; 87:1, 21; 88:7; 134:11; 142:14; 143:15; 145:20; 146:3; 148:15; 154:16; 155:14; 156:4, 10, 13; 161:3; 173:15; 174:9
**thank** [6] 39:25; 44:14; 87:11; 92:17; 142:23; 144:21
**Thanksgiving** [1] 63:12
**That's** [32] 13:11; 14:13; 30:13; 34:18; 44:10; 46:25; 50:7; 52:10; 61:23; 69:10, 21; 70:12; 76:6; 77:9; 82:18; 93:9; 94:12; 101:7; 104:8; 114:7; 119:8; 124:22; 138:15; 140:3; 145:13; 154:13; 175:22; 209:22; 212:7; 226:4
**that's** [35] 6:14; 7:10; 29:3; 47:11; 50:6, 19; 51:17; 64:17; 78:8; 86:2; 90:14; 95:15; 96:7; 102:1; 103:22; 107:6, 22; 108:7; 109:12; 113:20; 114:8; 120:16, 17; 123:2, 4; 137:5; 139:3; 150:16; 157:2; 173:5; 187:23; 199:13; 213:9; 228:2; 229:13
**theft** [2] 60:1, 2
**their** [29] 5:1, 2; 11:12; 14:3; 30:23; 40:25; 42:6; 46:22; 48:15; 49:2; 53:23; 62:10; 73:19; 75:5; 80:25; 82:15; 85:3; 93:7; 98:4; 108:12; 110:9; 124:18; 137:18; 151:25; 171:21; 181:9, 22
**them** [86] 26:21; 28:20; 34:21; 41:23; 42:2, 4, 7; 46:4; 48:16; 49:1, 8; 56:1; 64:11, 15; 69:18, 19, 23; 71:23, 24; 72:11; 84:24; 85:2; 99:21; 108:25; 109:4; 110:9; 115:16, 17, 25; 116:20; 119:1, 3; 121:25; 123:1; 124:3; 130:10, 23; 137:2, 14, 17, 20; 140:23; 150:1; 156:3; 157:17; 160:18; 161:16; 162:21; 163:3; 168:19, 23; 171:19; 176:22, 24; 181:16, 18; 182:18, 19; 184:2; 185:13; 191:4; 192:20; 193:1; 194:22; 196:7; 207:13; 210:18, 19, 21, 22; 211:21; 213:6; 215:2; 221:7; 222:2; 230:11, 20; 231:2, 11; 232:7, 11; 234:18
**themselves** [1] 5:21
**Then** [2] 134:7; 211:15
**then** [80] 4:24; 7:6; 12:17, 18; 17:16; 30:17; 32:3, 19; 45:6; 55:22; 71:11; 74:10; 76:22; 78:6, 17; 85:24; 89:3, 24, 25; 90:21; 91:4; 104:25; 107:20; 110:15; 117:25; 121:22; 123:8; 125:17; 126:14; 127:5; 143:25; 157:10; 159:12; 164:17; 165:15; 168:5, 9, 16; 169:9; 171:11; 174:5; 179:6; 181:7; 182:7, 9, 23; 183:3; 192:11, 21; 195:25; 202:8, 9, 11, 12, 22; 210:15; 211:17; 212:4; 213:8, 25; 216:19; 219:3, 22; 222:23; 224:13, 21; 225:6, 10, 24; 226:1; 227:5, 6; 229:13; 231:3, 15; 233:12; 235:2
**There** [15] 56:8, 10, 13; 77:10; 118:15; 123:22;

157:17; 171:13; 180:3, 6, 13; 181:5; 182:6; 183:24; 234:8
there [176] 5:17; 7:19; 14:22; 17:20; 18:1; 25:9; 26:13; 34:9; 37:17; 41:17; 42:4, 9, 20; 44:1, 7, 19; 46:17; 49:4; 54:13; 56:1; 58:18; 60:21; 69:23; 71:12; 75:2; 80:13; 83:25; 85:7, 9; 88:20; 90:19; 91:1; 95:4, 5; 97:14; 98:1, 19; 99:17, 19, 23; 100:6, 8, 17; 101:14, 16; 105:15, 16, 17; 106:11; 107:2; 111:25; 115:2; 116:13, 21; 120:5, 9, 11; 121:7, 22, 23; 122:4, 8, 12; 123:15; 126:25; 127:16, 21; 130:22; 131:12, 16; 132:6, 11, 13, 14; 133:17, 21; 134:24; 136:7; 138:4; 140:15; 143:8; 145:17; 148:3; 150:10, 15, 16; 152:6; 157:20, 22, 25; 158:18; 159:10, 14, 21; 162:11, 17; 164:3, 5, 7; 165:4; 167:5; 168:7; 169:10, 20; 171:7; 172:1; 176:5; 180:4, 5, 13, 14, 15, 16, 18, 19, 24; 181:4, 7, 9, 11; 182:7, 8, 9, 13, 19; 183:1, 23; 184:1; 188:15; 189:18; 190:25; 191:7, 12; 193:1; 197:9; 198:15; 200:3, 4, 7; 203:9, 12; 204:8, 14; 206:4, 10; 207:4, 18; 208:4; 210:1; 212:12, 13; 215:13, 15, 24; 216:8; 217:20; 219:22; 220:12; 222:4, 20, 23; 226:16; 227:9, 12; 229:3, 11; 230:15; 231:4; 232:6; 234:23
There's [7] 42:3; 58:17; 65:15; 129:12; 162:23; 168:20; 215:12
there's [26] 4:2; 6:7; 42:4; 51:6; 65:19; 97:12; 101:16; 105:9, 10, 16; 113:1; 119:21; 125:18; 126:19; 134:16; 135:21; 156:21, 24; 168:19; 170:3; 182:10; 212:3; 214:12; 216:9
These [4] 9:4, 13; 48:18; 63:3
these [38] 3:9; 6:24; 7:5, 9, 17; 8:24; 10:6; 11:21; 13:18; 14:1; 56:9; 61:16; 66:1; 78:6; 92:18; 100:4, 5; 121:23; 122:16, 18; 123:17; 135:24; 139:10; 155:12; 161:9; 164:8; 170:3; 171:14; 172:12, 16; 191:23, 24; 222:5; 228:7, 17; 229:2; 232:10
They [34] 6:22; 10:6; 19:9; 46:3; 71:7; 81:20; 85:8; 90:12; 103:22; 108:24; 123:7; 126:2, 7, 18; 150:1; 152:20; 161:25; 162:18, 21; 163:11, 12; 181:6, 21; 183:18; 184:9; 191:5; 216:17, 19; 232:12, 15; 233:9
they [125] 4:3; 5:21; 6:14, 22; 7:8; 26:22; 29:23; 35:25; 37:18; 42:8; 46:8, 9; 48:20, 22; 52:24; 53:19; 54:13; 63:10; 68:10, 11; 69:11, 18, 23; 72:24; 78:2, 7; 82:14; 84:18; 85:9; 86:8; 90:8; 94:5; 98:3; 103:21; 107:16, 21; 108:12, 13; 110:9, 17; 115:16, 18, 19; 123:9, 12, 13; 124:6; 125:1, 3, 4, 8, 12; 126:14, 21; 129:4, 23; 130:23; 131:17, 23; 132:17; 136:7; 137:21; 140:3, 20, 23; 152:20, 21, 22; 157:5, 6, 16, 18; 162:2, 6, 12; 163:14; 164:3, 8; 165:6; 166:17; 168:5, 9, 11, 14; 171:7; 172:6, 13; 173:3; 179:1; 181:22, 24, 25; 188:19; 191:10; 204:3; 206:12, 13; 207:4; 209:5; 210:7; 211:25; 212:21; 215:15; 216:8, 18, 19; 217:12; 224:11, 24; 225:1; 227:9; 229:1, 7; 232:10, 11, 13, 14, 17
they'll [1] 137:15
They're [5] 62:3; 78:4; 107:19; 122:1; 137:13
they're [10] 28:24; 42:9; 107:18; 109:3; 121:25; 139:3; 140:9, 18; 157:15; 172:12
They've [2] 140:19; 172:22
thighs [4] 185:1, 2; 207:7, 8
thing [33] 46:21; 60:24; 64:23; 66:18; 68:5; 71:8; 73:11; 90:7, 11; 95:15; 96:4, 23; 101:8; 105:5; 107:7; 110:24; 112:3; 114:18; 136:3, 14; 169:21, 24; 171:10; 183:8; 189:23; 209:7; 216:23; 218:1; 219:8, 17; 221:25
things [58] 26:18; 64:5;

65:5, 15; 69:16; 92:9, 18; 94:18, 19; 95:18, 20; 98:18; 100:5, 25; 103:18; 108:8; 109:13; 121:2, 7; 122:16; 125:19; 126:13, 21; 135:11; 136:5, 16; 137:6; 144:14; 145:7; 147:20; 156:21; 157:1, 6; 165:10, 23; 167:19; 180:10; 188:15, 17; 190:2, 7; 191:22, 23; 199:17, 20, 22; 203:8, 9; 204:3; 207:1, 21; 208:15, 19; 210:8; 221:16; 229:2; 233:10
**think** [112] 6:3, 18; 17:6; 18:2; 19:22; 28:3; 32:22; 33:23; 34:2; 35:7, 13, 18; 36:7; 37:3; 38:11; 43:3, 20; 44:20; 45:7, 13; 46:11, 13, 14, 23; 52:24; 53:19, 22; 55:11, 13; 60:16, 22, 25; 61:2, 4; 62:14, 16; 63:24; 64:6; 65:20; 67:10, 13, 14; 68:6; 77:19; 84:11; 85:11; 86:20; 87:17; 88:16; 93:2, 14; 95:3, 9; 96:21; 97:3, 11, 13; 98:19; 101:12, 13, 15; 102:2, 15; 103:13; 104:2; 105:18; 107:9; 109:20; 110:25; 111:13, 16, 23, 24; 112:1, 10, 19; 119:1; 120:14, 15, 16; 121:11, 14; 122:7; 123:15, 20; 127:11; 128:7, 11; 129:21; 132:16, 17; 134:4, 18; 140:11, 20; 148:8; 150:17, 21; 152:19, 21; 155:8; 156:24; 166:6; 172:21; 195:25; 209:15; 222:18; 227:24; 230:3
**thinking** [3] 30:9; 94:13; 98:16
**thinks** [6] 54:13; 92:22; 100:17; 107:2; 120:5, 11
**third-grader** [1] 64:15
**This** [17] 3:1; 7:15; 17:24; 56:2; 114:2; 168:13; 170:7, 20; 173:3; 177:8; 189:5, 8; 204:13; 209:8; 219:9; 225:11
**this** [224] 3:7, 14; 5:2; 7:8, 24; 8:2, 5, 6, 16, 17, 19; 9:5, 9, 11, 13, 18, 20; 10:4, 5, 9, 12, 13; 11:11, 16, 17, 19, 22, 23, 24; 12:1, 2, 9, 23; 13:15; 14:2; 16:4, 11; 17:13, 14, 18; 18:2, 6; 20:19; 28:1; 30:18; 35:8; 36:8; 37:4, 9, 14, 16, 24; 38:7; 39:13, 18, 19; 42:18, 25; 43:3; 44:21; 45:9, 24; 46:12, 20; 47:6, 7; 49:9; 53:13; 54:8, 23; 55:11, 15, 19; 57:18; 59:9; 60:17, 23; 61:3, 8; 62:10, 17, 22; 63:21; 65:14, 17; 68:18; 70:15, 25; 75:17; 77:14, 20; 81:7; 85:11; 92:23; 93:3; 94:25; 95:24; 96:4, 22; 97:3, 14; 98:15; 99:1, 24; 100:2, 3; 102:15; 103:1; 109:18; 110:25; 111:1, 3; 112:15, 17; 113:25; 117:25; 121:2; 122:13; 123:5, 8, 9, 12; 129:12; 131:23; 132:7, 10, 14, 15, 16, 17; 133:23; 134:15, 24; 135:7, 23; 137:3, 4, 6; 138:6, 9, 17; 139:4, 5, 9, 15; 140:12; 141:6; 143:23; 144:13; 146:14; 147:22; 150:11, 15; 151:11; 153:17; 154:3; 156:13, 23, 25; 157:24; 159:25; 160:1, 15; 161:7; 163:15; 164:1; 167:11, 12; 169:24; 170:6, 19; 171:7, 9; 172:14; 173:8, 12; 179:3, 16; 180:7; 184:22; 187:15, 22; 189:6; 193:4; 196:21; 198:13, 19; 200:12, 22; 205:7; 206:12; 208:6; 209:15; 212:5; 214:1, 22; 215:20; 216:1; 217:9, 10, 14, 21, 24, 25; 218:4, 6, 22; 219:25; 221:25; 222:5; 223:17, 24; 224:25; 226:3, 13; 227:22; 232:23; 234:13; 236:17
**Thomas** [1] 145:23
**Those** [4] 16:22; 142:22; 159:11; 228:14
**those** [41] 4:5; 5:20; 10:15, 23; 13:23, 24; 16:24; 17:8; 51:11; 60:13; 62:1; 68:15; 89:13; 95:13, 18, 19; 96:9; 99:21; 103:18, 19; 112:24; 124:1; 133:2; 137:1; 138:23; 140:24; 146:17; 153:24; 154:3; 164:11; 172:3; 181:14; 193:17; 195:16; 198:13; 199:22; 216:18; 221:16; 226:22; 234:9, 13
**Though** [1] 227:17
**though** [8] 63:13; 65:8; 124:14; 135:10; 138:21; 157:22; 169:18; 200:6
**thought** [14] 33:18; 45:17; 46:8; 71:11;

90:9, 10; 131:22, 23; 171:3; 173:6; 212:19; 221:4; 230:13, 25
**thoughts** [4] 60:15; 109:18; 110:6; 126:6
**Thousands** [3] 161:11; 164:22; 165:13
**thousands** [5] 161:16; 162:1, 20; 163:1; 164:19
**threaten** [1] 224:20
**threatened** [2] 168:24; 169:5
**threats** [3] 58:20; 169:11, 13
**Three** [1] 81:19
**three** [29] 20:10, 18; 25:19; 26:2, 17; 36:2; 45:5; 78:5, 25; 94:18; 95:13, 18, 20; 141:19; 143:22; 144:2; 147:10; 150:15; 152:20; 154:2, 9; 155:12; 156:24; 161:16; 164:1; 176:19; 177:10; 181:9; 194:21
**three-month-old** [1] 86:16
**three-year-old** [2] 22:3, 15
**threw** [1] 228:4
**through** [22] 11:20; 17:13; 61:6; 70:18; 71:8; 82:13; 83:15; 110:10; 124:5; 143:20; 145:3; 147:19; 157:23, 25; 181:17; 196:9; 215:24; 219:19; 223:8; 224:9, 24
**Throughout** [1] 10:9
**throughout** [4] 9:18; 12:23; 28:9, 10
**THUMMEL** [1] 1:25
**Thummel** [3] 10:2; 236:9, 20
**Thunder** [1] 76:13
**Thusly** [1] 34:10
**tied** [9] 162:2; 163:12; 211:11; 216:17, 19, 20; 219:15
**tight** [1] 217:3
**tile** [1] 215:13
**till** [2] 196:24; 235:1
**Tilley** [1] 18:16
**time** [114] 3:8; 6:24; 8:2, 6; 10:13; 17:24; 18:20; 19:9, 23; 20:12; 23:3, 10; 24:18; 26:7; 34:10; 36:1; 40:15; 41:4; 48:12, 21; 49:2; 52:25; 53:20; 54:14; 55:25; 56:13; 61:15, 19, 20; 62:17; 65:14; 67:17; 68:7; 78:14, 15; 88:19; 110:8; 116:13; 126:20; 129:16; 134:21; 143:17; 145:8, 18, 19; 146:2; 159:25; 160:1; 162:19; 163:23; 164:17; 165:3; 166:24; 167:2, 8, 10; 168:3, 18; 169:7, 8, 10, 16; 170:23; 171:8, 9; 177:25; 180:15, 19; 186:20; 187:13; 188:12; 189:25; 191:1; 192:19; 193:8; 194:18, 24; 195:8, 15, 16; 196:1, 14, 18, 21; 198:14; 199:9, 24; 201:5; 204:13, 19; 205:9; 206:12, 21; 207:14; 210:2, 9, 10, 15; 213:6; 214:5, 12; 215:19; 219:9; 221:6; 223:9; 224:23; 225:11; 226:25; 230:25; 231:24
**times** [16] 37:1; 45:5; 65:13; 81:17, 19; 102:2; 110:16; 157:3; 189:18; 191:12; 201:15; 208:18; 215:7; 226:3, 6; 233:17
**timing** [2] 116:22; 124:23
**TIMMONS** [23] 40:9, 11, 16; 41:9, 12, 18; 42:1, 12, 16, 19, 23; 68:22; 69:2, 8, 12, 17, 22; 104:1, 4; 123:19, 23; 124:3; 133:6
**Timmons** [12] 40:7, 8, 17; 42:10; 68:21; 85:6; 103:24; 123:17; 133:4; 141:18; 142:25
**tiny** [1] 192:25
**tired** [2] 190:9; 211:8
**today** [28] 35:17; 59:25; 63:21, 22; 66:3, 24; 70:2; 72:14; 75:24; 77:6; 79:3; 82:22; 85:14; 88:10; 118:3; 120:8; 132:17; 154:17; 157:10; 158:10, 12, 25; 170:2, 3; 208:22; 218:21; 233:18; 234:15
**together** [4] 27:22; 72:9; 140:14, 19
**told** [70] 52:11; 54:19; 112:16; 116:20, 24; 138:21; 144:11; 157:13; 160:3; 161:21; 162:5; 163:3, 6; 167:12; 168:19, 20, 22, 23; 170:10; 171:19; 187:17; 188:6; 189:13; 192:10, 11; 195:21, 22; 196:1; 204:19, 20; 205:2; 206:25; 208:9, 22; 210:20; 211:21, 25; 212:7, 23; 213:7, 22; 215:1; 216:22; 218:19; 219:4; 221:4, 17, 21; 223:4, 7; 224:13; 225:14, 16, 21; 226:6; 227:4; 228:12, 17, 20; 229:9, 14; 230:6, 24; 231:2, 4, 13; 232:11, 23; 233:11
**toll** [1] 169:1
**Tommy** [1] 16:15
**tomorrow** [6] 157:11; 158:25; 234:17, 19; 235:1

**tongue** [1] 181:22
**tonight** [2] 94:22; 105:11
**took** [13] 7:1; 57:5; 66:14; 98:25; 102:17; 110:9; 115:24; 188:19; 210:2; 211:11; 219:7; 228:24; 231:12
**tools** [1] 11:21
**totally** [1] 91:4
**touch** [16] 13:20; 185:2; 190:17, 22; 198:25; 199:1, 6, 18; 202:9, 18; 204:18; 207:7, 8; 208:19; 217:19; 222:18
**touched** [8] 129:12; 164:16; 185:1; 206:21; 215:4; 221:8, 17, 18
**touching** [2] 165:12; 202:17
**Tough** [2] 89:15; 109:14
**tough** [1] 139:24
**towards** [4] 116:11; 128:13; 184:21, 24
**town** [5] 14:24; 158:20; 214:1; 217:9, 11
**towns** [1] 150:1
**track** [2] 149:2; 224:9
**tracks** [2] 163:7; 216:6
**traffic** [2] 49:17; 114:24
**training** [5] 49:20, 24; 50:1; 51:12; 153:13
**trains** [1] 116:11
**Tran** [1] 16:15
**transcript** [2] 236:12, 14
**transcription** [1] 235:3
**translate** [1] 216:11
**translated** [2] 181:25; 216:22
**transpired** [3] 38:20; 40:4; 124:22
**travel** [5] 25:5; 27:9; 72:9; 145:18; 230:16
**traveled** [1] 209:20
**traveling** [2] 20:11; 23:3
**treat** [1] 138:22
**treated** [2] 219:10; 229:1
**Treatment** [1] 24:25
**tremendously** [1] 136:18
**TRIAL** [1] 1:13
**trial** [28] 4:15; 8:16; 9:18; 10:5, 9; 11:17; 17:25; 18:3; 28:1, 9, 10; 57:18; 65:17; 66:14; 95:21; 104:11; 127:10, 16; 132:9; 146:14; 148:1, 8; 150:13; 153:17; 156:25; 158:5; 173:8, 12
**tried** [10] 134:14; 192:19; 200:6, 24; 201:2, 24; 204:20; 211:8; 214:20; 228:19
**trip** [21] 6:25; 163:18, 19; 164:1, 10; 165:16; 178:8, 14, 20; 179:3, 5, 12; 180:16; 189:19; 190:2; 193:23; 198:1, 7; 201:16; 209:4
**trips** [1] 189:21
**trooper** [1] 33:7
**trouble** [6] 98:10; 187:19; 208:9; 223:11; 224:2, 3
**truckdriver** [1] 25:20
**true** [9] 51:17; 110:17; 126:14; 127:25; 129:11; 139:21; 168:14; 214:16; 236:13
**Truechild** [2] 214:7, 8
**trust** [6] 10:22; 228:25; 230:8, 13, 14
**trusted** [2] 171:3; 229:6
**trustworthy** [1] 225:4
**truth** [29] 106:12; 108:1, 9, 17; 109:24; 116:20, 25; 117:14; 127:13, 16, 20; 129:3, 11; 136:7, 8; 137:14; 139:16, 18, 25; 141:1; 168:19; 169:16; 221:5; 222:24; 223:5, 7; 227:6; 231:24; 232:2
**truthfully** [1] 11:1
**trying** [22] 7:9; 65:3, 18; 93:14; 101:3; 108:19; 109:18; 110:13, 15; 167:7; 204:18, 22; 205:18, 19, 21; 206:2, 20; 216:4; 224:2; 225:3, 19
**turn** [4] 17:16; 55:12; 157:16; 227:5
**turned** [12] 64:9; 200:4; 201:4; 208:10; 221:19; 225:2; 226:1, 11; 227:1; 231:8, 9
**Turning** [1] 124:3
**turning** [1] 123:16
**Tuttle** [1] 26:15
**twelfth** [1] 70:18
**twice** [2] 45:4; 218:23
**twins** [3] 25:19; 51:1; 86:16
**two-bedroom** [1] 164:6
**two-year-old** [2] 26:1, 6
**Tyler** [1] 76:21
**type** [18] 8:3; 19:14; 21:20; 25:6; 27:3; 29:12; 31:19; 41:17; 49:25; 59:24, 25; 62:1; 77:6; 92:15; 101:22; 125:16; 160:9; 218:4
**types** [2] 190:2; 191:22
**typically** [3] 62:1, 7; 158:3

- U -

**Uber** [1] 195:6
**ugly** [1] 137:7
**Uh-huh** [12] 33:9; 68:16; 79:1; 81:22; 84:14; 88:3; 96:25; 104:23; 108:14; 125:14; 128:6; 180:20
**uh-huh** [1] 76:8

ultimately [3] 95:3; 106:20; 129:9
ultimatums [1] 109:5
unable [2] 6:2; 14:2
unanimous [2] 66:11; 140:14
uncle [1] 182:21
uncles [2] 182:18, 19
uncomfortable [4] 17:21; 100:3; 111:15, 22
unconscious [1] 217:25
under [8] 5:23; 6:4; 51:7; 98:16; 133:2; 134:5; 161:5; 217:24
undercover [3] 34:16; 92:1, 11
undergo [1] 232:5
undergraduate [5] 66:19; 67:21; 76:2; 83:2, 21
underneath [1] 210:22
understand [12] 38:15; 52:14, 22; 53:6; 62:4; 65:22; 67:19; 69:6; 97:8; 100:4; 119:13; 127:13
understanding [7] 6:14; 43:24, 25; 195:7; 212:16; 229:18, 24
undoubtedly [1] 11:25
undress [1] 6:23
unemployed [1] 166:24
Unfortunately [1] 65:10
unfortunately [1] 165:24
unit [2] 25:9; 86:25
United [6] 18:18; 86:24; 119:15; 121:12; 128:9; 173:2
unknown [1] 219:10
Unless [1] 42:8
unless [8] 52:19; 53:11, 14; 69:15; 121:18, 19; 159:8; 189:23
unlimited [2] 5:4; 12:3
unquote [1] 173:3
Until [1] 230:6
until [15] 11:12, 16; 12:19; 49:11; 56:7; 78:18; 90:25; 105:14; 135:5; 157:10; 166:3, 14; 211:10; 235:2
untraceable [1] 217:22
unusual [4] 169:22; 183:5, 9; 198:6
uphold [1] 139:4
upon [4] 6:5; 7:8; 136:25; 141:1
upper [1] 207:19
upset [3] 213:9, 14, 17
upstairs [1] 56:9
used [22] 7:16; 32:11, 22; 82:16; 84:18; 99:17; 103:19; 114:17; 119:4; 123:7; 161:18, 23; 162:3; 186:8, 16; 211:10; 225:22; 227:15, 16; 229:1
using [2] 129:25; 133:18
usual [1] 158:11
usually [8] 19:16; 42:3; 64:19; 94:17; 101:16; 106:23; 207:8; 208:1


- V -


vagina [11] 100:15; 164:18, 23, 25; 185:22; 186:2; 190:11, 12, 14; 202:15; 225:21
vaginal [5] 100:8; 165:13; 172:14, 17, 25
vaguely [1] 77:16
value [1] 106:5
vehicle [1] 152:14
verdict [25] 11:12; 54:23; 66:11; 69:1; 71:6; 86:8; 127:10, 11, 20, 25; 129:3, 10, 11; 131:12; 132:23, 25; 133:2, 4; 135:9, 13, 15; 140:7, 14, 16; 155:25
verdicts [1] 131:13
verify [1] 168:12
versions [1] 107:13
versus [4] 98:20; 102:10; 106:16; 124:16
Verus [2] 127:13; 129:10
verus [5] 127:12, 13, 20; 129:2; 140:22
Very [2] 75:25; 107:23
very [19] 25:13; 33:5; 45:12; 46:24; 47:4; 66:23; 74:23; 80:16; 82:21; 87:1; 117:3; 121:4, 6; 123:11; 169:17; 217:20; 221:24; 229:15; 230:16
Veterans [1] 90:22
veterinarian [1] 72:17
Veterinary [1] 72:22
Vicki [14] 16:16; 161:23; 167:16; 220:14, 16, 23, 25; 221:1, 3, 15; 222:13; 223:4; 231:16, 24
victim [12] 37:14; 47:23; 59:21; 60:2, 25; 114:10; 116:2; 127:1; 135:24; 136:1; 151:17; 152:14
victim's [2] 7:20; 8:1
video [9] 21:13; 74:1, 2; 102:13; 115:23; 204:15; 206:10; 232:15, 17
videos [3] 6:23; 101:17; 121:23
view [5] 85:11; 106:8; 125:19; 138:5; 140:6
viewers [1] 123:16
views [1] 99:21

village [1] 177:16
violent [1] 196:6
virgin [6] 161:21; 216:8, 9; 217:18; 221:8, 18
virginity [1] 216:5
visit [2] 179:11; 232:6
visitor [1] 229:12
visually [1] 172:13
Voir [2] 2:3, 4
voir [1] 7:21
volleyball [1] 23:19
volunteer [5] 41:14, 15; 69:14; 92:24
volunteers [2] 42:5; 92:22
vote [2] 135:8; 137:8

- W -

WAGNER [9] 24:11; 32:1; 50:16, 21, 25; 51:14, 16, 19; 57:8
Wagner [10] 13:5; 24:10, 11, 12; 31:25; 50:15; 51:13; 57:5, 12, 14
waist [1] 206:13
waited [2] 105:14; 222:17
waiting [2] 132:11; 205:4
Wake [1] 105:11
wake [3] 105:15; 187:18; 224:1
Walk [1] 75:11
walked [7] 112:24; 167:3; 204:23; 220:2; 222:20, 21; 229:11
walking [2] 24:8; 214:20
walks [1] 167:12
wall [2] 157:24; 225:12
walls [1] 215:12
want [45] 4:22; 13:21; 38:4; 39:5; 42:3; 46:25; 51:20; 56:1; 62:6, 8; 65:21; 92:21; 94:25; 101:23; 110:24; 111:6; 112:16; 132:17; 133:19; 134:20; 140:3; 156:21; 157:18; 158:11; 175:21; 178:2; 189:13; 191:6; 198:3; 200:11; 201:25; 204:20, 24; 205:2; 209:10, 11, 12; 210:1, 20; 211:13; 212:11; 217:14; 228:10; 234:10, 24
wanted [12] 43:14; 63:10; 128:16; 164:20; 167:9; 168:14; 200:2; 209:5, 9, 23, 25; 225:6
wants [4] 92:22, 24; 103:7; 233:14
warn [1] 68:4
warrant [2] 160:9, 14
wash [1] 219:2
wasn't [22] 21:6; 61:17; 69:8, 12; 109:8; 113:17; 116:10, 13, 21; 163:8; 166:10; 170:19; 199:12; 208:13; 211:12; 217:20; 221:24; 225:4; 227:17; 230:14; 232:3
watch [19] 21:21; 22:7; 41:23; 75:7, 10, 12, 14; 90:12; 103:19; 105:3; 110:19; 122:18; 123:2, 17; 124:6, 17; 145:11; 174:3; 204:13
watched [2] 122:22; 123:1
watching [6] 21:3; 23:16; 27:3; 102:22; 123:24; 206:9
Water [1] 24:25
water [4] 56:10; 64:11; 146:1; 219:2
ways [2] 63:14; 117:17
We'll [5] 64:24; 65:22; 96:19; 173:18; 235:2
we'll [11] 12:18; 30:17; 63:14; 96:1; 101:9; 135:24, 25; 159:7; 167:16; 180:18; 197:4
We're [4] 58:16; 75:17; 94:23; 197:6
we're [19] 6:18, 25; 59:25; 63:12; 65:3, 18; 94:22, 23; 107:7; 132:17; 135:23; 151:5; 157:10; 158:5; 159:7; 167:22; 198:19; 230:17; 234:6
We've [3] 65:8; 122:15; 145:23
we've [6] 55:11; 66:2; 68:6; 81:12; 102:16; 127:9
weapon [1] 115:24
weapons [2] 115:16, 18
wear [7] 157:3, 9, 19; 207:8; 216:25; 222:1; 234:18
wearing [8] 106:13; 184:15, 16; 187:12; 200:8; 206:12; 233:21, 22
weatherman [1] 105:11
Wednesday [2] 156:25; 159:1
week [3] 26:13; 42:2; 183:14
weekend [3] 35:25; 75:18; 102:15
weeks [3] 69:4; 77:8; 171:9
weigh [2] 136:11; 139:19
weighed [1] 193:5
weighing [2] 136:4; 137:16
weight [4] 106:7, 17; 154:25; 200:8
Welcome [1] 74:24
welcome [1] 79:25
welfare [2] 51:7; 88:19
Well [25] 27:16; 34:24; 43:16; 46:16; 48:16; 62:1, 6; 81:24; 90:4, 18; 92:17; 93:19; 94:4; 96:14; 97:2; 102:8; 106:14; 107:18, 22;

108:21; 123:25; 124:21; 132:13; 136:8; 167:11
**well** [23] 4:4; 10:17; 12:10; 26:3; 31:3; 56:14; 58:21; 80:1; 84:16; 88:11; 136:11; 144:7, 12; 157:9; 159:19; 166:10; 169:20; 175:11; 176:24; 181:8; 195:15; 208:5; 213:10
**Went** [1] 170:8
**went** [47] 27:16; 29:3; 32:4; 80:17; 82:7; 89:25; 104:25; 116:8; 162:16; 163:11; 164:3; 166:4; 168:5, 17; 171:16, 20, 23; 177:25; 180:10; 189:16, 18; 190:11; 193:15; 195:21; 197:25; 200:3; 201:10; 206:15; 209:6, 11; 210:9, 15; 213:25; 216:10; 217:23; 219:12; 221:15; 222:16; 224:7, 9, 11, 23; 225:25; 227:22; 228:7; 229:7; 233:16
**Were** [15] 46:2, 5; 48:20; 79:11; 86:6; 151:25; 152:18; 153:6; 183:23; 188:15; 189:18; 191:12; 203:9; 204:8; 217:24
**were** [142] 5:18, 21; 6:11, 22; 7:6, 9; 9:4; 21:5; 46:22; 48:18, 22; 50:18; 60:2; 61:15; 66:7; 67:3, 6; 69:7, 11; 71:3, 12; 79:10; 80:24; 84:11; 85:8, 9; 86:23; 87:3, 7, 12, 14; 88:2; 89:4; 90:23; 98:3; 105:18; 109:7, 22, 23; 111:18, 25; 112:6; 114:5, 10; 115:18, 20; 116:11; 117:6, 8; 120:6; 126:14; 131:11, 12; 152:4, 6; 154:6; 161:25; 162:12; 166:6, 18; 169:20; 171:7; 175:6, 9; 178:3; 180:5, 13, 19; 181:5, 6, 11; 182:4, 6, 7; 183:17, 18, 23, 24; 184:7, 9, 15, 17; 188:10; 191:23; 193:3; 194:18; 196:17; 198:1, 4, 17; 199:22; 200:13, 17; 203:20; 205:7, 11, 23; 206:12, 13; 207:2, 19; 208:16; 209:1; 211:13; 212:5, 6, 7, 21; 213:4; 214:4, 24; 216:19; 217:12, 24; 218:2, 6, 24; 219:15, 16, 25; 221:8, 11; 223:17; 225:1; 227:9, 19, 21; 228:14; 229:3, 6, 7; 230:11; 231:6, 19; 232:2, 13, 17; 233:4
**weren't** [5] 162:18; 168:11; 169:21; 203:19; 224:25
**west** [1] 158:18
**What's** [8] 14:20; 43:22; 74:2; 82:25; 83:20; 85:22; 88:14; 118:1
**what's** [9] 117:23; 124:14; 136:2; 137:9, 24; 158:5; 172:6; 174:17, 25
**Whatever** [1] 170:15
**whatever** [10] 18:2; 63:25; 110:10; 124:6, 12; 129:18; 133:19; 154:25; 161:12; 228:9
**whatnot** [1] 228:6
**Whenever** [1] 232:10
**Where** [12] 14:17; 20:3; 103:14; 110:8; 118:17; 174:23; 179:12, 16; 200:17, 19; 207:15; 217:10
**where** [51] 7:5; 25:9; 26:16; 34:25; 36:22; 61:7; 66:16; 75:1; 78:22; 94:2; 99:2; 103:1; 108:16; 109:10; 116:11; 117:6; 123:9; 129:21; 158:22; 162:12; 166:5; 173:3; 175:6, 11, 14; 177:14; 180:1; 182:9; 184:7, 17; 189:6; 190:16; 194:2; 200:17; 203:14; 205:7, 14; 207:4; 210:11; 219:9; 220:8, 16; 221:25; 224:9, 10; 229:25; 230:11; 231:13; 232:4; 233:20
**WHEREOF** [1] 236:16
**whether** [5] 30:15, 17, 18; 42:21; 138:6
**Whetsel** [1] 32:8
**Which** [5] 30:5; 94:19; 122:21; 123:10; 125:15
**which** [27] 6:25; 7:4; 14:11; 17:18; 53:11; 54:23; 62:22, 23; 95:22, 23; 101:9; 109:7, 8; 123:20; 150:22; 157:18, 21; 158:17; 161:6; 164:13; 165:2, 8; 167:9; 169:21; 173:1; 198:17; 208:1
**whispered** [1] 185:5
**WHITE** [24] 20:7; 27:12, 16, 19, 23; 30:8, 12; 70:3, 7, 10, 14, 17; 97:25; 103:11, 16; 122:20, 22; 123:1, 6, 14; 124:9; 132:3; 133:8, 12
**White** [16] 13:2; 20:6, 7, 8; 27:13, 15; 30:14; 70:2; 97:24; 103:10; 122:18; 123:13; 131:21; 133:7; 142:2; 143:1

**white-collar** [1] 29:15
**who's** [4] 124:1; 139:15, 25; 170:21
**whoever** [1] 161:12
**whole** [10] 36:16; 56:13; 65:21; 71:8; 111:21; 113:4; 159:2; 218:1; 221:20, 25
**whose** [2] 12:16; 161:15
**Wide** [1] 86:13
**wide** [1] 129:13
**widest** [1] 129:17
**wielded** [1] 169:12
**wife** [21] 6:19; 18:17; 20:17; 22:5; 26:12, 20; 58:10; 60:25; 64:1; 65:8; 77:15, 17; 94:16, 17, 22; 95:9; 96:18; 109:22; 124:12; 145:10; 229:10
**wife's** [5] 18:15; 22:2; 27:8; 58:10; 98:11
**wiggling** [1] 200:7
**Will** [3] 54:11; 141:3; 155:24
**will** [78] 3:8, 17; 4:24, 25; 5:18; 8:16; 9:14, 17, 20, 23, 24; 10:2, 3, 10, 11, 25; 13:14, 16; 18:8; 28:8; 52:17; 53:13; 54:3, 4, 10, 21, 22, 25; 55:2, 4, 21, 23; 56:5, 15; 62:19; 63:5; 94:18; 104:10; 107:10; 113:20; 122:12; 134:4; 135:12; 136:1; 137:1, 14; 138:5; 143:21; 151:9; 156:20, 23, 25; 157:7; 158:3, 21, 23, 24; 159:1, 11, 12, 14; 163:4; 165:13; 168:18; 170:23; 171:2; 172:11, 15, 23; 186:2; 234:1, 8, 17, 19
**window** [4] 105:15; 187:23; 201:17; 226:11
**windows** [1] 115:19
**wipe** [1] 193:15
**wiped** [1] 165:1
**Within** [6] 44:18; 47:21; 134:8; 142:15; 144:23; 156:11
**within** [5] 38:20; 40:4; 60:4; 124:25; 236:9
**without** [5] 39:12; 66:10; 169:4; 195:17, 24
**WITNESS** [2] 174:7; 236:16
**Witness** [2] 173:23; 174:1
**witness** [13] 5:25; 6:20; 102:9; 109:19; 135:23; 136:10; 158:6, 23; 173:20; 174:11; 234:2, 4
**Witnesses** [1] 101:7
**witnesses** [15] 16:11, 22; 17:4, 5; 27:25; 57:17; 62:25; 101:5, 9, 20; 137:17; 139:10; 146:14; 149:13; 158:22
**woke** [6] 105:1; 188:8; 204:14; 214:12, 15; 224:6
**woman** [2] 220:14; 229:13
**won't** [3] 43:12; 192:8; 216:22
**wonder** [2] 103:19; 157:18
**wondered** [1] 167:13
**wood** [1] 220:3
**wooden** [1] 198:9
**Woodworking** [1] 26:19
**word** [4] 103:14; 104:8; 172:22; 225:22
**words** [12] 83:9; 93:7; 99:8; 106:5; 124:24; 140:21, 24; 161:23; 211:13; 225:14; 228:14, 18
**wore** [2] 208:1; 219:17
**work** [42] 20:4, 8; 21:17; 22:3, 23; 24:23; 25:6, 20; 26:4, 5; 28:19; 29:22, 24; 31:19; 32:11, 14, 22; 33:4; 40:23; 41:11, 17; 49:25; 59:6; 69:14; 71:10; 72:11; 75:2; 77:2; 80:5, 13; 82:11, 12; 91:2; 92:7; 108:4; 110:8; 145:17, 24; 149:1; 167:5; 192:16
**worked** [13] 25:8, 10; 34:3, 8; 50:23; 51:7; 75:1; 80:7; 88:18, 21; 91:3; 195:6; 229:18
**working** [6] 6:20; 9:18; 114:3; 140:20; 194:25; 195:2
**works** [26] 15:16; 19:21; 20:19; 22:25; 23:1; 24:24; 26:13; 29:5, 19, 22, 23; 30:2, 8; 31:4; 32:3; 33:3, 6; 40:24; 59:3; 76:16; 127:15, 19; 146:1; 150:6
**workstations** [1] 64:4
**World** [1] 90:20
**world** [2] 65:21; 121:2
**worthless** [1] 196:8
**Would** [19] 27:21; 28:23; 40:12; 58:5; 93:21; 112:8; 116:1; 117:5, 16; 126:12, 14; 127:6, 15; 131:11; 137:22; 181:18; 190:10; 192:23; 214:8
**would** [275] 3:10; 5:13; 6:3; 7:15, 20; 8:10; 9:16; 12:17, 24; 15:6; 16:10; 18:6; 28:20; 34:21; 37:21; 38:6, 11, 16, 21; 39:8, 25; 40:5; 43:4; 45:13; 46:13; 47:24; 49:8, 17; 56:25; 57:6, 10, 13; 61:5; 65:4, 24; 67:8; 68:18;

77:19; 81:17; 84:7; 85:11; 89:5; 91:16; 93:14; 94:7; 95:10; 97:15; 98:10; 99:23; 100:18; 101:2; 102:10, 23; 104:24; 105:1; 106:14; 108:25; 109:4, 13; 110:2; 111:6, 14, 18, 19, 20, 22, 25; 112:1, 10, 14, 16, 19; 113:1; 114:8; 116:1; 121:4, 6, 7, 15; 123:2, 4, 15; 125:23, 25; 126:21, 25; 127:17, 24; 128:12, 13, 21, 23; 130:2, 10, 11, 13, 17; 131:13, 24, 25; 132:1, 17, 22, 24; 133:1, 4; 143:4, 6, 8, 23; 144:2, 7, 24; 148:18; 156:5, 14, 16; 158:25; 160:1, 18; 161:21; 162:6; 163:6; 165:6, 7, 8; 166:20, 21, 22, 23, 24; 168:12; 169:2, 19; 171:9; 173:6, 16, 19; 174:4; 177:21; 181:16, 17; 182:20, 21, 23; 183:10; 187:18, 19, 24; 189:24; 190:4, 5, 6, 7, 8, 17, 18, 19; 191:16, 21, 22, 25; 192:2, 9, 12, 19, 20, 22, 25; 193:15; 195:7, 11, 15, 20, 22, 23, 25; 196:2, 4, 7; 197:14; 198:8, 10, 11, 12, 22, 23, 24; 199:15, 17, 18; 200:9; 201:3, 4; 202:8, 9, 10, 18, 19, 24; 204:3; 206:25; 207:6, 7, 8, 10, 11, 12, 13, 14, 15, 17, 18, 19, 25; 208:1, 3, 9, 10, 11, 12, 19; 210:12; 211:5, 6, 24, 25; 213:15, 16, 17; 215:15, 24; 217:18; 222:4, 9, 17, 21; 224:19; 226:7, 25; 227:2, 11, 13; 228:9, 11; 229:23; 231:10; 232:4, 10, 11; 233:24; 234:3

**wouldn't** [14] 77:5; 111:10; 117:10; 128:22; 131:25; 140:22; 169:17; 188:9; 195:22; 201:2; 204:21; 215:3; 225:8; 232:12

**wrists** [1] 192:25

**write** [9] 22:17; 78:3, 9, 17, 19; 90:10, 11; 181:18

**writer** [1] 90:10

**writer's** [1] 78:17

**writing** [2] 22:16; 91:3

**wrong** [3] 140:9; 189:17; 225:5

**wrote** [2] 78:7; 231:13

- Y -

**year** [9] 23:21; 51:8; 81:7; 89:8, 10; 102:18; 166:8; 180:4; 215:13

**years** [48] 14:24; 20:16; 24:24; 25:22; 32:17; 35:2; 36:12, 21; 37:15; 41:14; 45:20; 48:11, 17; 49:23; 58:19; 74:15; 79:14; 80:14; 84:11, 12, 13; 87:4, 16, 20; 92:12; 114:15; 123:8; 134:14; 139:5; 140:20; 145:24; 151:22; 163:10, 14, 17, 19; 164:14; 167:21; 173:11; 175:5; 177:10; 193:3; 194:21; 196:9; 198:4; 202:2; 209:18; 226:4

**yelling** [2] 213:15, 18

**yesterday** [1] 41:21

**York** [5] 29:25; 35:23, 24; 43:11; 44:9

**You'll** [3] 139:14; 169:16; 172:19

**you'll** [16] 96:2; 98:24; 136:12; 141:4; 148:15; 161:24; 163:8; 168:16; 169:25; 170:8; 171:8, 11; 172:5, 9, 18; 173:8

**You're** [14] 31:1; 85:6; 97:5; 114:19, 21; 115:1; 137:7, 12; 140:13; 144:21; 158:13; 170:6; 215:3; 225:2

**you're** [35] 14:13; 18:10; 40:13; 58:7; 63:24; 69:15; 74:4, 10; 79:22; 80:3; 88:1; 97:14; 101:8; 107:9; 110:20; 116:9; 123:20; 127:8; 134:16; 136:23; 138:22; 139:3; 140:6, 25; 157:4, 9; 158:14; 159:8; 185:21; 200:12; 202:14; 203:3; 214:24; 225:17; 234:14

**You've** [7] 38:10; 64:18; 65:13; 74:20; 203:8; 208:15; 215:7

**you've** [21] 59:13; 64:23; 77:14; 79:22; 86:15; 93:1; 103:24; 107:25; 108:16; 109:11; 124:22; 134:21; 150:11; 175:11; 184:14; 200:22; 209:1; 210:8; 221:10; 232:23; 233:15

**You-all** [1] 57:3

**you-all** [11] 53:6; 56:15; 157:13; 158:7, 12; 159:5, 14; 160:21; 234:7, 23, 25

**young** [4] 7:8; 61:1; 77:18; 139:17

**younger** [6] 24:5; 25:23; 48:16; 181:6; 209:18; 224:8

**youngest** [3] 40:21; 69:3; 107:20
**Your** [48] 3:6, 16, 19; 4:1, 11, 14, 17, 20; 8:7, 9; 10:21; 16:12; 29:5, 9; 30:2; 35:9; 39:22, 24; 41:9, 12; 42:19, 23; 44:10; 47:16, 18; 54:23; 56:22, 24; 63:8; 133:23; 134:11; 142:6; 144:18, 20; 148:13; 159:23, 25; 161:3; 169:3; 173:18, 21; 174:9; 197:11, 13, 22; 225:15; 233:24; 234:3
**your** [298] 3:10; 9:19; 10:7, 10, 14; 11:4; 12:13, 21; 13:11, 15, 16; 15:6, 20; 16:1, 7, 25; 17:9; 18:9, 10, 12, 19; 19:24; 28:16, 20; 30:19; 34:21; 35:7, 18; 36:7; 37:2, 3, 21; 38:6, 16, 25; 40:1, 13, 14, 15; 42:2; 43:3, 5; 44:20; 45:7, 8, 14, 18; 46:12; 47:24; 48:8, 18, 20; 49:7, 8, 17; 50:4; 53:3; 54:15; 55:17, 24; 56:9; 57:10; 58:6, 7, 8; 60:16, 23; 61:3, 7; 62:10, 14, 20, 23; 63:2, 6; 64:6, 21; 66:19; 67:2; 68:5, 18; 69:14, 21; 70:5, 6, 12; 73:3, 4, 17; 74:2, 25; 75:1; 76:1, 6, 12, 16; 77:10, 13, 15, 20; 79:13, 20; 80:2, 9; 81:6; 82:1, 3, 25; 83:5, 9, 20; 85:7, 11, 16, 22; 86:21; 87:1, 11, 21; 88:7, 13, 24; 90:16; 91:6, 20; 92:3, 20; 96:3; 97:1, 5; 100:18; 104:13; 105:24; 106:24; 107:8, 25; 109:1, 11, 17; 110:6; 111:18; 113:24; 114:5, 13; 115:13; 116:6; 120:22; 122:21; 124:23; 126:5; 130:18; 131:25; 132:21, 23; 133:1, 4; 134:4, 10, 20; 135:14; 136:4; 138:5, 18; 139:7, 14, 22; 140:2, 5, 6, 9, 16, 17; 141:1, 4, 15, 17, 24; 142:1, 3, 18, 19; 143:10, 24; 144:22; 145:7; 148:15; 150:12; 155:20; 156:14, 17; 157:3, 10, 11, 19, 22; 169:4; 173:16, 20, 25; 174:5, 15, 17, 19, 25; 175:16; 176:19; 178:14, 20; 179:12; 184:3, 17, 18; 185:2, 5, 9, 14, 15, 20, 23; 186:7; 187:7, 20; 188:22; 190:11, 12, 14, 19; 191:18; 192:22, 24; 193:11, 12, 24; 194:12, 13, 25; 197:20, 24, 25; 198:7; 199:1, 18, 19, 20, 25; 200:12, 17, 23; 201:8; 202:13, 17, 18, 24; 203:13; 206:16; 209:8, 12; 210:3, 6, 12; 211:1, 2; 212:16, 20; 215:2, 8; 218:11, 14; 222:24; 223:1, 7, 24; 224:2, 13, 16; 227:17, 20; 229:10; 230:8; 233:4, 6, 8; 234:18
**yours** [1] 184:24
**yourself** [7] 18:7; 58:6; 59:19; 116:3; 145:6; 148:24; 181:1
**yourselves** [1] 56:4
**Yukon** [60] 14:11; 16:13, 14, 15, 17, 18; 28:2; 32:23; 58:11; 64:15; 65:7; 158:14; 162:11, 17; 163:15, 24; 165:16, 19, 21, 24; 166:4, 16; 168:10, 20; 169:22; 170:2, 4, 18; 171:21, 25; 172:1; 173:7; 174:24; 175:13, 15; 194:12, 25; 198:3, 6, 14, 20; 199:10; 203:3, 15, 21; 208:16; 212:13, 17; 214:4, 5; 218:2; 220:6, 8, 14; 226:14