✓



IN THE DISTRICT COURT OF CANADIAN COUNTY

STATE OF OKLAHOMA

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA
MAR 18 2020
BY [signature] DEPUTY

THE STATE OF OKLAHOMA, )
)
Plaintiff, ) Case No. CF-2019-188
) F-2020-56
v. )
)
PAUL LEWIS SIMS, )
)
Defendant. )

COPY

RECEIVED
JUN 22 2020 KB
ATTORNEY GENERAL

* * * * * * * *

DAY TWO

JURY TRIAL

HAD ON THE 3RD DAY OF DECEMBER, 2019

BEFORE THE HONORABLE PAUL HESSE

DISTRICT JUDGE

* * * * * * * *

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
JUN 22 2020
JOHN D. HADDEN
CLERK

APPEARANCES:

MR. ERIC EPPLIN, Assistant District Attorney, 303 North Choctaw, El Reno, Oklahoma 73036, appearing on behalf of the State.

MR. MICHAEL P. ROGALIN, Attorney at Law, 228 Robert S. Kerr, Suite 950, Oklahoma City, Oklahoma 73102, appearing on behalf of the Defendant.

Reported by: JULEE THUMMEL, CSR

(1-215)

# INDEX

**EVIDENCE ON BEHALF OF THE STATE:**


DMS testifies (continued from Day One):
Cross-Examination by Mr. Rogalin............4
Redirect Examination by Mr. Epplin.........52

SARAH BROWN testifies:
Direct Examination by Mr. Epplin...........57
Cross-Examination by Mr. Rogalin...........63
Redirect Examination by Mr. Epplin.........65

VICKI BOAN testifies:
Direct Examination by Mr. Epplin...........67
Cross-Examination by Mr. Rogalin...........78

RYAN BROWN, M.D. testifies:
Direct Examination by Mr. Epplin...........81
Cross-Examination by Mr. Rogalin...........91

State of Oklahoma rests.............................92

Opening statement by Mr. Rogalin....................95


**EVIDENCE ON BEHALF OF THE DEFENDANT:**


TAMMY SIMS testifies:
Direct Examination by Mr. Rogalin..........97
Cross-Examination by Mr. Epplin...........116
Redirect Examination by Mr. Rogalin.......143
Recross-Examination by Mr. Epplin.........150
Further Direct Examination by Mr. Rogalin.153

PAUL SIMS testifies:
Direct Examination by Mr. Rogalin.........157
Cross-Examination by Mr. Epplin...........194
Redirect Examination by Mr. Rogalin.......211


# EXHIBITS

**Defendant's Exhibits:**


1. Love letter (denied admission)..............39
2. Journal entry ...............................52

*(For previous transcription, see Day One.)*

THE COURT: It is Tuesday, December the 3rd. We are in the courtroom, outside the presence of the jury. The attorneys, the defendant, and the interpreter, Ms. Sweis, are here this morning.

Before I call the jury into the courtroom, Mr. Epplin, is there anything that we need to take up?

MR. EPPLIN: Judge, I neglected to do this yesterday. I would like to invoke the rule and ask that Detective -- excuse me, Lieutenant now -- Brugh be designated as our case agent and excepted from the rule.

THE COURT: Any objection to that request, Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: The rule of sequestration has been called for and invoked. Witnesses are to remain outside the courtroom until called to testify. Witnesses are admonished not to discuss their testimony with one another. They are to remain outside the courtroom, subject to call, and may not remain in the courtroom.

If the attorneys would make sure that their witnesses know about the rule of sequestration.

Anything else, Mr. Epplin?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Hicks, if you would call the jury into the courtroom, please.

*(Jury enters courtroom.)*

THE COURT: Please be seated.

All 12 of our jurors and our alternate are back in the courtroom.

THE COURT: Mr. Rogalin, are you ready to begin your cross-examination?

MR. ROGALIN: Yes, Your Honor.

THE COURT: Okay. Ms. Sims, you are still under oath.

Okay?

THE WITNESS: Yes, sir.

THE COURT: Go ahead.

CROSS-EXAMINATION

BY MR. ROGALIN:

Q. Good morning, Ms. Sims. My name is Michael Rogalin. I'm the attorney for Paul Sims.

Ms. Sims, we heard your testimony yesterday and saw your demeanor. It was very painful for you to give your testimony; correct?

A. Yes, sir.

Q. And you've told your story to a number of people, including the people at the CART House; correct?

A. Yes, sir.
Q. Do you remember the name of the person who interviewed you at the CART House?
A. Vicki.
Q. Vicki? Do you remember her last name?
A. No, sir.
Q. Did you know that they were filming when you were taking your --
A. Yes, sir.
Q. Both times?
A. Yes.
Q. Now, the first time you went to the CART House was what date?
A. I can't remember dates very well.
Q. Okay.
A. It was, I believe -- I was still 15. Around 2016, 2017, around there.
Q. Okay. When was the first time you went to Morocco?
A. I was 14. So it was 2016.
Q. And what month, what day of the month, did you go?
A. I was there for three months, so around June, because we stayed there for three months.
Q. Okay. So the first time you went, you're saying you were there for three months?
A. Yes, because I remember returning on my 15th birthday.

Q. And that would have been September 1st?
A. Yes, sir.
Q. Of 20 --
A. -- 16.
Q. 2016.
And you believe you went in June?
A. Yes. Because I remember Tammy and Brahim both said that I would be there for three months, and I remember three months.
Q. And did Mr. Sims have business to take care of in Morocco?
A. The second year.
Q. And what did he have to do the second year?
A. He went to -- it was, like, this oil thing for a couple of days in Marrakesh. It was something to do with petroleum.
Q. Now, there's some people here with you in court today.
Can you identify them? They're back here.
A. My father, my Aunt Kim, and Chelsea.
Q. And who is Chelsea?
A. She works with the state attorney. She works -- she works here is what I know.
Q. Is she here for emotional support for you?
A. Yes, sir.
Q. Now, your bio dad is here?

A. Yes, sir.
Q. His rights to you were terminated, were they not?
A. Yes.
Q. What for?
MR. EPPLIN: Objection to relevance, Judge.
THE COURT: Sustained.
THE WITNESS: Do I answer that?
THE COURT: No.
Q. (By Mr. Rogalin) If you hear an objection to a question I'm posing, don't say anything until the Judge has ruled on it.
A. I forgot what "abstained" means.
Q. Okay. Because you testified yesterday that you went to Morocco and it was a few days before you actually reached the destination?
A. 19-hour flight.
Q. And you flew out of where and got into where?
A. I flew out of Oklahoma, I believe it was Atlanta, Georgia, then Paris, then to Marrakesh. Not Marrakesh. Rabat, Morocco.
Q. Okay. And when you went to Atlanta, did you have a layover there?
A. A delay or a --
Q. Just a layover. Did you have to spend the night in Atlanta?

A. No, we switched flights. On the way back, yes.
Q. But on the way there --
A. No.
Q. -- did you have to stay overnight?
A. It was just a switch. It was just a switched flights.
Q. You did not have to stay overnight in Paris?
A. No.
Q. You just got on the plane and went right on to Morocco?
A. Yes.
Q. Did you fly into Marrakesh, Fes? Where did you fly into?
A. Rabat, the capitol.
Q. Now, you have talked about being a Muslim woman.
Are you still a Muslim woman?
A. No.
Q. Okay. Was that a faith that you took up because that's what your family faith was?
A. Yes.
Q. When you were in Morocco, did you meet someone named Rohar?
A. Zouhar.
Q. Zouhar?
A. Yes.
Q. Who was he?

A. He is my ex-fiance.
Q. You were engaged to him, were you not?
A. Yes.
Q. Did you wear a ring for that engagement?
A. Yes, but it was given to me by Tammy, not him.
Q. Okay. And what hand did you wear that on?
A. My left.
Q. And you were a fiancee to Zouhar.
When were you guys planning on getting married?
A. It was said to be when I turned 18.
Q. Excuse me?
A. It was said to be when I turned 18.
Q. When you turned 18?
A. (Nods head up and down.)
Q. Okay. And were you excited about that marriage?
A. I was nervous. I knew that he was using me to get into the country through marriage.
Q. You were concerned about the cultural differences?
A. No. It was because, by law, if he marries someone in the state, they can stay here.
Q. Okay. So he was wanting to marry you so he could come to the United States?
A. Yes. And Tammy and I have discussed it and our concerns for it.
Q. When you came back from your trip -- how often did you

talk to Zouhar when you were in Morocco?
A. It would depend on --
Q. The first time.
A. The first time, rarely.
The second time, it was more often than not, but he was usually busy. So we didn't really talk as much, but, when we did, I would be over at his house almost all day.
Q. I'm sorry, could you say that again?
A. Brahim would leave me at his house, whenever I went to go visit, for almost a day. Then he would pick me up at night.
Q. Okay. How many days did you spend with Zouhar on your first trip to Morocco?
A. Just a couple. Not very many. I barely met the guy.
Q. Did you like Zouhar?
A. I had a crush on him. I'll admit it.
Q. When you came back to the States, did you stay in touch with Zouhar?
A. Not really the first year. He said he lost his phone.
Q. When you came back, were you able to talk to him by phone sometimes?
A. Sometimes, and it would be that Brahim would have to translate.
Q. He didn't speak English?
A. Very little, not very good English. So he could

write, but he wouldn't really speak that good of English.
Q. So you could write to him in English, and he would understand what you wrote?
A. Not that much. He got confused with most words.
It would be "How are you?" "I am good. How are you?"
Q. Just basic information?
A. Yes. Just pretty much greetings.
Q. When you were in school, before you went to Morocco, how were you doing in school?
A. I was failing.
Before I went to Morocco? I had A's. That was eighth grade. I had A's.
And then I went to Morocco, I came back, and I was put back in school, and I was failing. Then he took me out.
Q. That's when you started -- it was between Morocco 1 and Morocco 2 that you started homeschooling?
A. Yes.
Q. Because you were not doing well in school?
A. Yes.
Q. Were your parents complaining to you about your relationship with boys?
A. Occasionally, but not really.
Q. Yesterday you said it was a big dispute between you and your mom.
A. That was whenever he found out. It wasn't when I was

put back in school. It was after I was homeschooled that there was a big dispute. But before I was homeschooled, there wasn't really a big conflict.

Q. So you started homeschooling. How did your grades do after you started homeschooling?

A. I honestly didn't really keep track. They said I had good grades, so I just went with it. I mean, I did good on tests. But I aced most of my subjects except for English, which I had a B in.

Q. So you were almost straight A's doing homeschooling?

A. Yes.

Q. When you were being homeschooled, were there issues about you going on dates with boys?

A. No. I was isolated.

Q. You were not allowed to go on dates with boys?

A. No. I was barely allowed to leave the house.

Q. Did you go to the park with your parents?

A. Yes, on occasions.

Q. Did you go to the YMCA with your mom?

A. Yes, but I wasn't really allowed to socialize with anybody.

Q. Was that a source of conflict between you and your parents?

A. On occasions.

Q. How frequently would you complain about not being able

to have a social life?
A. Almost all the time. And I came to Tammy one day, I laid some books before her, and I said, "You want to know what's my friends? These books." Because I wasn't allowed to have friends, to keep in touch with anybody.
Q. Okay. Now, you were there. You have three brothers and sisters; correct?
A. Yes, but we usually -- they were usually at school. I was homeschooled, and I wasn't really supposed to play. I was supposed to get back to work. It was Tammy that let me go relax and hang out with my siblings.
But when I was homeschooled, it was mostly study, eat, sleep. When he wasn't there, I was allowed to watch some TV on my lunch breaks.
Other than that, it was study while eating, study after eating, or study until late at night.
Q. And your studying brought your grades to straight A's?
A. Yes, but I never got any free time after it.
Q. Now, you call Paul Sims "Brahim."
He legally had his name changed to Paul Sims; correct?
A. But that's how we know him, and that's what Tammy called him even after his name was legally changed.
Q. Okay. So that's why you call him "Brahim"; right?
A. Yes, sir.
And, sir, could you not refer to Tammy and Brahim as

my parents, please.
Q. I can do that, but legally they're your parents as they sit here right now; correct?
A. I don't believe so.
Q. What's your belief?
A. I'm 18 and he hurt me. He's not my father.
Q. How many people were in the house in Morocco on the first Morocco trip?
A. Brahim's mom, two of his sisters, all of his brothers, one of his sister's husbands, their three kids, and one of his nieces.
Q. Lots of people in that house; correct?
A. Yes, sir.
Q. It's a small house?
A. Yes, sir.
Q. And when it got hot, people would go sleep on the roof; correct?
A. Usually not. They would sleep in the living room.
Q. But you testified yesterday that, when it got hot, they would sleep on the roof.
A. Yes, but there were -- when we were there, they would sleep in the living room.
Q. Would you categorize the family in Morocco as poor, middle class, or rich?
A. Poor.

Q. Mr. Sims didn't stay at the house in Yukon all the time; correct?
A. He would go to school and then he would come back.
Q. Do you know what kind of degrees he earned while he was married to your mom?
A. He was working on his PhD.
Q. Do you know how many master's he got?
A. I think six.
Q. That's a lot of schoolwork, isn't it?
A. Yeah, but he left for three years to do it. And I believe one of those master's was from Morocco.
Q. That's your understanding?
A. Well, he talked about them all the time.
Q. Okay. Didn't he go to school in Texas?
A. He did.
Q. What school did he attend in Texas?
A. Texas Tech University.
Q. And did he get any degrees from Texas Tech?
A. Yes, but I didn't really pay attention to how many he got.
Q. So what you're telling us today, if I understand it, is, when you were in Morocco and it got hot, you would sleep on the roof?
A. Yes.
Q. And because you were there, the other people wouldn't

sleep on the roof? Why wouldn't everyone not go up and sleep on the roof?
A. That beats me. They didn't -- they just slept in the living room. I never really asked why.
Q. As part of the Moroccan culture, they do things differently than we do, don't they?
A. Yes, sir.
Q. They're an Arabic culture; correct?
A. They're an Arabic culture, yes.
Q. And the living room is generally where everyone sleeps; correct?
A. Yes.
Q. They have all their mats laid out and the whole family sleeps together; correct?
A. Yes.
Q. Are you telling this jury that that wasn't what you experienced when you were in Morocco?
A. They slept in the same -- they slept in the living room. Usually the brother or one of the sisters slept in a separate room, and it was usually the brother because, from my understanding, he was a male.
Q. Okay. The ocean, you said, was three miles away?
A. A few miles away. I didn't calculate how many miles, but I knew you could feel the ocean breeze.
Q. So if we told you it was 35, you wouldn't really

dispute that?
A. I wouldn't.
Q. So what you're saying is your testimony yesterday was inaccurate?
MR. EPPLIN: Your Honor, objection. She said a few yesterday as well.
THE COURT: Okay. Overruled.
THE WITNESS: I didn't ask how many miles away the ocean was. I know that you could still feel a breeze and that the winds are very strong around the ocean, and it blows the salty wind inward to where, even when you're in the city, you can smell the salt deep in the city.
Q. (By Mr. Rogalin) Okay. That led you to come to a conclusion that it was pretty close by?
A. Yes.
Q. In one of your interviews, you indicated that some of the cousins are there from Italy and that they --
A. They came to visit the last couple days.
Q. Of Morocco 1 or Morocco 2?
A. 2.
Q. Morocco 2?
A. Yes.
Q. And you had a chance to visit with them and talk to them in English?
A. Not that much. They didn't speak good English. They

didn't understand a lot.
Q. Okay. Would you say that they were more conversant in English than Zouhar?
A. Maybe a little more, but not too much.
Q. You got a call -- Morocco 1, you didn't get a call from anyone; correct?
A. No, I didn't a call.
Q. And you didn't call the Yukon Police Department at Morocco 1?
A. No.
Q. And you didn't tell Zouhar or anyone else about what you're alleging your dad was doing to you -- or what Mr. Sims was doing to you.
A. They didn't understand the meaning of rape. He even told me that.
Q. Did you try to talk to them?
A. I tried to talk in English.
Q. Who did you talk to?
A. I tried to talk to Zouhar in English. Again, he barely understood. And there were two cousins, but I didn't -- like, we didn't really talk much. And Brahim was standing there the whole time while we were at the table, so...

I didn't talk to them that much. And Brahim was at the table, sitting right there. I can't -- I couldn't say

anything when he was around. And he was always there, except for that, I want to say, a few days to a week at the beginning when he went to the petroleum thing. That was the only time he wasn't there.

But no one that spoke English was there with me, so I didn't communicate with anybody.

Q. When Paul Sims was away, is this on Morocco 1 or Morocco 2?
A. 2. Morocco 2 he was away for a little bit.
Q. Okay. And Morocco 2 --
A. It was three days to a week that he was gone.
Q. Okay. So he didn't take you with him --
A. No.
Q. -- to Marrakesh?
A. No.
Q. Do you know why he didn't take you with him?
A. He said it was dangerous because they would be climbing a mountain, and I believe he said there were snakes and I could like --
Q. In the desert there are snakes everywhere, aren't there?
A. Yes.
Q. Were you surprised that he didn't take you with him?
A. I really was, because usually he would always keep an eye on me.

Q. Had he -- in your understanding of the facts, had he already started abusing you?
A. Yes.
Q. So you got to his parents' house in Morocco, and you said it started the first night you got there; correct?
A. Within a couple -- no, "the first night" is referring to the first time he ever did it. It was within a few days of arriving in Morocco, the first time he ever started.
Q. Was this up on the roof or was this in a room?
A. It was in a room.
Q. And you had testified that he did something with your nightgown after --
A. He cleaned up his sperm off my stomach.
Q. With the nightgown?
A. With my nightgown.
Q. And then did you put it in the laundry?
A. No. He had me wake up and put it on the next morning after it dried. He made me wake up before anybody else.
Q. Do you remember talking at the CART House about that same event and saying it was put in the laundry?
A. Well, the laundry was right there. We just threw it right there. The laundry was on the floor, and his sister would come in and wash it whenever it would start piling up.
Q. In Moroccan culture, to your understanding, is

virginity required when you're getting married?
A. Yes.
Q. Is that why in Morocco they have these doctors who perform operations to revirginize --
A. I don't know why they have the doctors.
Q. But you were going to get married to Zouhar; correct?
A. That was his plan.
Q. And virginity is important to the Moroccan culture; correct?
A. I guess, yeah.
Q. So don't you think that the operation you went through was to revirgin --
A. I don't think it was required, because I always knew that I was not going to marry Zouhar, whether he liked it or not. I knew that I was not going to marry him; that I did not need the procedure.
Q. Okay. But you maintained contact with Zouhar and you continued talking to him even after you came back to the United States?
A. Yes.
Q. And you said you were crazy about him; you had a crush on him?
A. I had a crush on him, I'll admit, but that isn't an excuse for someone to turn into full-blown marriage.
Q. And you wore a ring on your hand because you were

betrothed to him?
A. Yes, because Brahim always told me he was going to pick out my fiance. And I had a crush on Zouhar, and he always said it was going to be a Moroccan man.
Q. How do you spell Zouhar?
A. Z-o-u-h-a-r. And depending on who spells it, there could be an E at the end.
Q. Did you express any objection to being fianceed with Zouhar?
A. I did talk -- I told him that what if I wanted to marry another man, and he's like, "But what about that Zouhar kid?" I was like, "He's okay."
So I started talking to Zouhar, and we just -- we didn't -- I didn't -- I had a crush. I didn't expect it to be a full-blown engagement, but when it did, I couldn't object. I feared him. Not Zouhar, but Brahim. If I said no to him, it was a punishment. If I said no to the engagement, he would flip out and accuse me of sleeping with a lot of men.
Q. Well, yesterday you testified you lost your virginity.
It wasn't to Mr. Sims; correct?
A. Yes, it was not to Mr. Sims, but I didn't go around sleeping -- it was one man. It wasn't even a man. It was a boy.
Q. How often did you and your mom clash over issues of

you dating boys?
A. It would be brought up here and there, but I wouldn't say "clash." She was mostly concerned about Brahim finding out.
Q. Because Brahim was of the idea that you needed to study and get straight A's in school; correct?
A. That's what he led everybody to believe.
Q. That's what he got you to do; correct?
A. I wouldn't say that, because there was a lot of abuse put in there. I would say --
Q. Didn't he and Tammy tell you you were going to get homeschooled, and you got homeschooled and then you got straight A's?
A. They just pulled me out of school. They didn't tell me. They told me that I was kicked out of school. And later Tammy admitted that they did just pull me out of school. And I confronted Brahim about it.
Q. When did you confront Brahim about it?
A. I always knew that he pulled me out of school, but he would always lie to me. I told him that Tammy did confess that they just pulled me out of school.
Q. You were failing in school; correct?
A. Yes.
Q. And they figured homeschooling --
A. But so were my other siblings.

Q. Would it surprise you to hear that your other siblings weren't doing as poorly as you are suggesting to this jury?
A. It would surprise me, because Brahim always yelled at them, saying that --
Q. He wanted them to get good grades in school; correct?
A. He wanted them to get good grades.
Q. Would you say it was a very strict household that you lived in?
A. Yeah, but --
Q. A lot of rules?
A. I wouldn't say a lot.
Q. You couldn't socialize. You couldn't date. You had to stay home and work on your school. You couldn't watch TV.
That's kind of the antithesis of an American kid, isn't it?
A. No. American kids are supposed to go out and play. But there is a time for play and there's a time for schooling.
Q. And as part of that scenario, you and Tammy would go to the Y and to the park; correct?
A. Occasionally. Not that often.
Q. Who was working with you on what subject in homeschooling?
A. Tammy was supposed to work with me with Hebrew,

English, geography, and health, while Brahim was supposed to work with me on math and science.

Q. And did they?

A. Tammy said that I could do it on my own, so I did. I did English, Hebrew, science, health, and geography.

Science, I did partly on my own, partly with Brahim. But I did those subjects mostly by myself.

Q. You testified yesterday that he would rape you every night in Morocco?

A. Yes.

Q. But, really, part of the time he wasn't there; correct?

A. No. He was there most of the time. It was only a few days to a week that he wasn't there.

Q. So he didn't rape you all the time because some of the time he wasn't there?

A. But the rest of the time, he did.

Q. That's what you're telling this jury; correct?

A. Yes.

Q. Between Morocco 1 and Morocco 2, is that when the incident on the couch is alleged to have taken place?

A. On the couches, yes.

Q. Okay. So I understood you to say that you were sitting on the middle cushion of the couch?

A. Yes.

Q. And he came and sat next to you?
A. Yes.
Q. And started making untoward advances?
A. Yes.
Q. And started pushing on you and you were pushing back?
A. Yes.
Q. And you kept telling him something?
A. "No." I kept telling him, "No. I don't want to."
Q. "I don't want to." You kept saying, "I don't want to"; right?
A. Yes.
Q. And your mom walks in?
A. Yes.
Q. At what point in time is she walking in? What is she seeing?
A. She's seeing him try to push me. I'm pushing back and I'm trying to stay on the couch.
Q. Would it surprise you that her testimony is different than what you're saying?
MR. EPPLIN: Objection. That's not in evidence.
THE COURT: Sustained.
Q. (By Mr. Rogalin) Is that your testimony today as we stand here?
A. My testimony stays the same as it was yesterday.
Q. Okay. You also testified yesterday that he would

come, after Morocco 2, and maybe between Morocco 1 and Morocco 2 -- and you can clarify that for me.

But your testimony is that he molested you in your bedroom when your sister was there with you?

A. That was between Morocco 1 and Morocco 2.

Q. Okay. And what you're telling the jury is that he came into the bedroom at what time of day?

A. Midnight to 3:00, after he got back from driving Uber or Lyft. When it wasn't busy, he would always come home and he would pretend to study -- well, he studied when Tammy was there. And then when Tammy fell asleep, he would come into my room.

Q. And tell the jury the setup of your room at that time and who was in the room with you.

A. My sister.

When you first walk into the room -- we usually -- when we cleaned it, we moved our bed around a lot. It was by the door. Then it was by the radio stand, against the wall on the other side. And at one point they were separated.

But we were told to put it back, so we just kept it against the wall, between the radio stand and the wall, and the radio stand was right by our closet.

Q. And I believe you testified that he would stand on your sister's bunk and reach across to molest you?

A. Yes. I also testified that he pulled my arm.

Q. And did you ever say, "Stop"?

A. I would pretend to be asleep so he wouldn't talk about it. What's worse than getting raped and then him talking about it the next day?

Q. Did your sister H.S. ever wake up during any of these events?

A. She had told me she had, and we had discussed it. And then, when I finally told Tammy, she denied everything.

Q. So your sister denies that any of this happened? She's denied that to you?

A. Yes. But she's also got expensive gifts from Brahim.

Q. So you're saying that Brahim has paid her off?

A. Yes.

Q. Do you know what gifts that he's bought her?

A. A laptop, an iPad, and then sometimes he would buy her Starbucks, which was her favorite.

Q. One of the things you talked about was being deprived of food.

Do you recall that testimony?

A. When he left for three years. And then whenever he was mad at me.

Q. When he left for three years --

A. -- he left us with nothing.

Q. What years was he gone?

A. Let's see. I was in sixth grade, all the way through eighth grade. I want to say 2014, but my time is pretty messed up from being homeschooled.
Q. Okay. And when he was gone for the three years, was he down in Texas at Texas Tech?
A. We didn't know exactly where he was. He wouldn't tell us.
Q. And when you're talking about "us," you're talking about your brothers and sisters and Tammy?
A. We weren't allowed to ask questions, but it was mostly Tammy, and then she would have us ask questions.
Q. What questions would you have asked?
A. "Where did you go? Why did you leave us?"
We weren't allowed to ask questions. We never got an answer.
Q. Was this because of some issues that Tammy and Brahim were having?
A. We don't know.
Q. Okay.
A. All we knew, we were stuck in the middle, and he was trying to kick us out of our house.
Q. How was he trying to kick you out of the house?
A. Tammy was gone to the store to get milk. He grabbed us kids and literally pushed us out the door.
Q. When did that happen?

A. Right before he left.
Q. So this was when you were in sixth grade?
A. It happened multiple times over the years, but the main part happened right when I was in sixth grade. And one day, we came home, after she sent us to her son's house, and she told us, "Your dad left."
Well, actually, she didn't tell us. It was Big Justin that had to tell us. And then she told us, "Yes, your dad did leave."
Q. So you were told that he left?
A. Yeah, after he just up and left.
Q. And the rest of that is between Tammy and Brahim; correct?
A. Yes.
Q. They're married?
A. Common law, yeah.
Q. In Morocco 2, you said that you volunteered to go to keep your sister from getting hurt?
A. Yes. After what he did to me, there was no telling what he would do to my sister.
Q. What was stopping him from doing anything to your sister at the house?
A. Because I was always there. There was rarely a time --
Q. How would that stop him?

A. Because I was there. I would fight him. I would take it for her. She's my sister and I will protect her through anything.
Q. Even though she sent a text to you that was pretty negative; correct?
A. Yes, but it doesn't stop me from loving her.
Q. What did she text you?
A. That she never wants to see me again, that I sent her dad to jail.
Q. Morocco 2, you received a call saying that the Yukon Police were wanting to talk to you; correct?
A. Yes.
Q. How did they get ahold of you?
A. Tammy called, and then we called the office and asked for the officer on the Sims case. She says that he wasn't there, that he would be back at 10:00 our time right now. So we had to wait until 4:00 to call.
Q. Okay. And Brahim had control of the phone?
A. Yes. That was his phone.
Q. And he made you call the police?
A. Yes. And he told me what to say, that he was innocent, that he never touched me, that it was disgusting and that I was not pregnant.
Q. Did you tell Captain Fairchild -- I think it's Major Fairchild now -- that the accusations made against your

adopted father were false?
A. Yes.
Q. Did you say they were made in retaliation against Brahim because your biological father did not like him?
A. Yes, because Tammy told me that she told Big Justin that I was in Morocco.
Q. And the biological father you're talking about is the gentleman present today?
A. No. That's my siblings' biological father.
Q. So you tell them everything is okay?
A. Yes.
Q. And you come back to the States.
When did you get back to the States?
A. The same scheduled time. We didn't come back early even though we were supposed to.
Q. And in August of 2017 or 2018?
A. I think it was -- it was '17, because I was about to turn 16.
Q. So August of 2017, you come back and you make a trip to the CART House, don't you?
A. Yes.
Q. This was your first trip to the CART House?
A. Yes.
Q. And in that interview, they ask you all kinds of questions?

A. Yes.
Q. And would you say that your hair was done nicely and you were well dressed?
A. I did my hair. I dressed myself. Yes, Tammy bought me clothes, but I always dressed myself.
Q. Okay. You looked very nice; right?
A. I would say, yeah.
Q. You were happy?
A. On the outside.
Q. So you projected this image of happiness?
A. I always do.
Q. You projected this image of happiness. And you told the people at the CART House essentially the same information you told Captain Fairchild; correct?
A. Yes. The things Brahim told me to say.
Q. Was Brahim with you there in that room?
A. No.
Q. Was he there in the building?
A. No, but I knew he was at home, that I had to return to that house. And they couldn't do anything if they got there the next day. I was scared of what was going to happen when I got home and if I lost my siblings.
Q. Okay. But you convinced, very much so, the authorities at CART House that nothing had happened; correct?

MR. EPPLIN: Object to speculation, Judge.
THE COURT: Sustained.
Q. (By Mr. Rogalin) After your stay at the CART House, did anything happen?
A. Not as often. And then --
Q. Were you removed from the house after your visit to the CART House?
A. No, because I lied to them.
Q. When you talked to them about your trip to Morocco, how great it was, was that a lie too?
A. I had to go around the details. I had to talk about the ocean, but I had to leave out that he made me look at him when we got changed. I went around the details. I changed the subjects. I would go off talking about something else, hoping that they would follow, because I was scared.
Q. Very specifically, you told them nothing had happened; correct?
A. Yes.
Q. Very specifically, you told them your mom and your dad were great parents; correct?
A. Yeah, but that's a lie too.
Q. You even called Tammy your bio mom because she meant that much to you; correct? That's what you told them?
A. She used to mean that much. I don't talk to my

biological mom. I don't think of her as a biological mom.
Q. But remember at the CART House, that's what you called her. You said, "I even consider her my bio mom"; correct?
A. Yes.
Q. Did you cry, when you were at the CART House, talking to the investigator?
A. I knew I was lying, so I cried a little bit.
Q. Did they ask you why you were crying?
A. I can't remember. But I know that I was telling a big lie when I went there, and no one knew except Brahim and I.
Q. You testified yesterday that you told your boyfriends what had been going on.
When did you tell them?
A. When it was almost over, but that was after the CART House, because, at the time, I didn't have a boyfriend. At the time, I was still being homeschooled.
Q. When you came back from Morocco the second time?
A. Yes. I was finishing up the homeschooling.
Q. When did you go back to school?
A. A couple of days before my birthday.
Q. And your birthday is September 1st; correct?
A. Yes. We mailed it in overnight, and then Tammy and I went up to the school, after we got the paperwork from Rebecca, proving that I was in school, and then we filed to get me back in regular school.

Q. So that was, like, when you came back from Morocco 1, you were late for starting school; correct?
A. Yes.
Q. How were you doing in your classes?
A. When I came back from Morocco 1, or Morocco 2 when I started school?
Q. Morocco 2, when you started school, how were your grades?
A. Some were up. Some were down. But it was also a new environment, and I did get my grades up to where I only had one F, and that was in geometry.
Q. You like math, don't you?
A. It was -- I was good at it. I wouldn't say I liked it, but I was good at it.
Q. In your CART House interview, that's one of the things they asked is what you liked in school, and you said math?
A. Yeah, but it changes. Like, after the CART House, it wasn't my favorite. English actually turned out to be my favorite, but I've always been told that I was good at math.
Q. When you come back to school, do you see the boys that you had known before?
A. Barely. I saw a couple of them. One tried to talk to me, and I completely ignored him.
Q. During this period of time, were you having more

difficulties with your mom -- excuse me, with Tammy -- about going out and hanging out with boys?
A. Not at this time.
Q. When did that start up again?
A. It started almost a month after I told her what Brahim did. I met this guy that I liked, and he's mentioned in the interview, Gage, and I kept asking Tammy, you know, if I could go on dates. She would get mad, but she let me go on them. She told me I can do whatever the hell I wanted.
Q. It's your testimony here today that Tammy told you you could do whatever the hell you wanted?
A. Yeah. She didn't mean it, but she would always get mad at me like that whenever I asked to go on a date. But things were pretty stable between us.
Q. When you're back after Morocco 2, is Brahim, is Mr. Sims, around in the house?
A. Off and on. He went back to school. He came back to Oklahoma, school, back to Oklahoma. I told my sister. I tried to. She wouldn't listen.
Q. It was after Morocco 2 that you got in trouble for having a note from a boy in your backpack?
A. Yes.
MR. ROGALIN: May I approach the witness, Judge?
THE COURT: Yes.
Q. (By Mr. Rogalin) Ms. Sims, I'm going to hand you

what's been marked as Defendant's Exhibit 1 and ask you if you can identify that document for the Court, please.

A. This is the letter he found.

Q. Yesterday you described it as a two-page letter; correct?

A. That's what I thought it was, because originally, when he gave it to me, it was two pages, front and back. Two pages.

Q. You recognize that as the letter?

A. Yes, the second one.

Q. That's a true and accurate copy; is that right?

A. Yes.

MR. ROGALIN: Judge, we would move for admitting Defendant's Exhibit Number 1.

MR. EPPLIN: Your Honor, may we approach?

THE COURT: Yes.

*(At bench, outside hearing of the jury:)*

MR. EPPLIN: I think the fact of the letter is irrelevant and not necessarily the contents of the letter, so...

THE COURT: What's the relevance of the content of the letter, Mr. Rogalin?

MR. ROGALIN: Judge, one of the things that we're talking about is her continued nonassertion of any problems with Brahim. The letter documents no issues with her

parents whatsoever.

MR. EPPLIN: It's not a letter from her.

MR. ROGALIN: It's just contradictory information.

THE COURT: Okay. I'm not going to admit it. I don't find it to be relevant, the contents.

MR. ROGALIN: Okay. Thank you, Judge.

*(Within hearing of the jury:)*

Q. (By Mr. Rogalin) Did you consider this a love letter from the author?

A. I believe so. And it's been forever since I read the letter, though, so I wouldn't really know much of the content.

Q. But this is a letter that Brahim found in your backpack?

A. Yes.

Q. And confronted you with?

A. Yes. He also found lipstick and threw a hissy fit over that too.

Q. Was your mom present when you guys discussed this letter?

A. No. He started screaming and saying, "Go wake up your mom."

Q. Okay. Did you get physical with him?

A. No. I grabbed my shoes, because I knew that they were

both going to start yelling at me, and I went out the back door. And I went to Lakeview, then I went to Skyview, through the track, through a neighborhood, and then across the street to the Shattons' house.

Q. And you came back how soon?

A. A few hours later.

Q. Was it 30 minutes?

A. No. It was hours. Almost sundown.

Q. What time did you come home?

A. I didn't check the time.

Q. What time did you leave?

A. I didn't check the time. I just grabbed my shoes and went out.

Q. Was it breakfast time, lunchtime, dinnertime?

A. I don't know. I know it was afternoon, I believe.

Q. So was it between lunch and dinner?

A. I wouldn't know. I rarely eat lunch.

Q. Is that by choice?

A. I believe. It was also that, most of the stuff she had, you had to cook. There were stuff you could snack on, but I didn't really want to snack on it, so I would wait until dinner where I could just eat more.

Q. Okay. Did you guys eat Moroccan style?

A. Yes.

Q. Explain to the jury what dining Moroccan style is

like.

A. Depends on the dish. But if it was couscous, in their culture, they would eat with their hands. They would scoop it up like this, make a ball, and then put it in their mouth.

Other ones, they would use bread, like if they're using a tagine, like a chicken and vegetables. The vegetables are soft, and then they break apart the chicken with the bread and the vegetables, and they scoop it up and eat it like that. And then they would use silverware.

Q. And they eat with their right hands; correct?

A. Yes.

Q. That's part of the Muslim tradition; correct?

A. I thought it was just common table manners.

Q. And why do you eat with your right hand?

A. That one I've never been sure of. I thought it was something to do with God.

Q. Who would cook the Morocco dishes?

A. Tammy.

Q. Did Mr. Sims ever cook the food for dinner?

A. Once in a blue moon.

Q. How often?

A. Once in a blue moon. He didn't cook all that often, but when he did, especially when he was mad at me, that was the blue moon. But I see that reference is actually too

rare. He cooked often when he was mad at me, but talking regularly, of all the years I've known him, not really.

Q. And when you eat Moroccan style, don't they put the food out in the middle of the table and everybody piles --

MR. EPPLIN: Judge, I'm going to object to relevance.

THE COURT: Sustained. Let's move on, Mr. Rogalin.

MR. ROGALIN: Judge, may I approach?

THE COURT: Come on up.

*(At bench, outside hearing of the jury:)*

MR. ROGALIN: Judge, one of the abuses that the defendant has talked about here is that she gets deprived of food. I'm trying to show the jury that she can't be deprived of food because, in a Moroccan style, everyone just reaches in and grabs it. It doesn't get served to any individual.

THE COURT: Just ask her how she's deprived.

MR. ROGALIN: Okay.

THE COURT: Okay.

*(Within hearing of the jury:)*

Q. (By Mr. Rogalin) Ms. Sims, you've testified that Brahim would deprive you of food?

A. Yes.

Q. Especially when he was making the food; correct?

A. Yes, but I never specified what type of food it was. Now, he did cook some American foods. And wherever there was Moroccan foods, people always got the option of second plating. We didn't always eat on a big platter.

Q. And what you're saying is that he didn't give you food?

A. No, he wouldn't. He would plate it for everybody else, and Tammy would share her food.

Q. So Tammy would put the food on your plate?

A. Yes.

Q. Okay. You indicated that he was physically abusive to you and caused bruises on your upper arms?

A. Yes. But I also neglected to say that, when he was upset with me, I hid behind my closet door. One time, after he yelled at my sister, I yelled at him, because he was ignoring me. And he yelled at my sister, I believe it was over tea, or something like that, because she said, "Get up and do it yourself," because he always made us do his stuff.

So he yelled at my sister, and I said, "Don't you dare yell at my sister." He said, "I'm not effing talking to you," and yelled at me, and literally almost jumped off the couch.

So I ran to my room; hid behind the closet door. Tammy went to go to the store. And then he went to my

room, he found me behind the closet, and he said, "So this is where you're hiding the boys?"

I did push him. He turned around and hit me straight in the face. Then he hit me in the sides, and I backed up. This is when our beds were separated. I backed up between our beds. He got both the corners of the bed, got up top, and started stomping on me.

And Tammy can testify to that one. My siblings witnessed it. She witnessed it. She's the one that came to save me after that. She walked through the door and had to stop him.

I literally got crushed underneath him because he was stomping on my ribs. But did they ever take me to a doctor? No. I never got ribs checked out, ever.

Q. You had bruising on there? Did Tammy see these bruisings?

A. No, because he stomped on me.

Q. Were you bruised from the stomping?

A. There were some coloring on me, but it wasn't noticeable right away. It happened over a couple-of-day periods.

Q. And when the bruising showed up, did you show it to Tammy?

A. No, because it was in the past. To Tammy, in the past is five minutes. And she said that I've already forgiven

him, because he said I have to forgive him. Because he's Dad, I have to forgive him.

Q. Did you use the word "Dad" in your home, or did you use the term "Baba"?

A. "Baba."

Tammy thought it would be better if we started talking like his country, where they said "Baba." So I started calling him that, and that's how I would talk to him. Because, if I said that, everybody would shut up in Morocco and I could translate stuff through him.

But Tammy said, "I think it would be a great idea if you guys started calling him 'Baba' like in his country."

My brother Paul, he said it sometimes.

THE COURT: Ms. Sims, wait until you're asked a question. Okay?

THE WITNESS: Yes, sir.

Q. (By Mr. Rogalin) Ms. Sims, you've testified at the CART House, or have given your statement at the CART House, and on March 28th, '19, did you give a statement to the CART House?

A. I don't remember dates.

Q. Okay. Do you remember telling Vicki that you had brought a knife into their -- Brahim and Tammy's bedroom --

A. Yes.

Q. -- while you were studying at the desk?

A. Yes.
Q. Can you relate that incident to the jury?
A. We were studying. I was studying. And then Brahim came to help me, but he tried touching me.

I went into the kitchen and I got a butcher knife. I pointed it at him and I said, "If you touch me, I'll kill you." He laughed and waited until I was off guard. Because I was left-handed. He grabbed the knife, called Tammy in there, and they both started laughing. And she went to go put the butcher knife up.

She knew about the physical violence. She didn't know about the rape, but she has witnessed the physical violence. I don't know what went through her head, what she thought of it, but I had to defend myself.
Q. So you gave the knife to your mom and she put it up?
A. No. He took it from me. He gave it to Tammy. She put it up.
Q. If you said that you gave the knife to your mom, previously, that would be incorrect?
A. That would be incorrect. He took it.
Q. When he took it, was he laughing?
A. Yes, but he doesn't really laugh. It's more of a "haha" kind of thing.
Q. Now, would you say that Tammy and Brahim were working together?

A. I think she didn't know anything about the rape before I told her, but in that six months, I think she should have done something.

Q. And that six months is from when to when?

A. From -- I can't say when, but it was the day he found the letter to around April, I believe, was when I started living with Sandy. I can't remember exact dates.

MR. ROGALIN: May I approach the witness, Judge?

THE COURT: Yes.

Q. (By Mr. Rogalin) Ms. Sims, I'm going to hand you what's been marked as Defendant's Exhibit Number 2. I'll ask if you can identify that document for the record, please.

A. Yes. I did write this. It was in one of my journals, but it was kept up in my room.

Q. So this is from your journal. This is you talking frankly; correct?

A. Yes, but I always kept it light. I never mentioned my rape because I was afraid someone was going to find it. And me knowing that my sister and Tammy gets into my stuff, I couldn't mention anything about it.

Q. In it, you say your dad is the worst; correct?

A. Yes.

Q. "He does not feel"?

A. Correct.

Q. "He's trying to kick mom and I out of the house"?
A. Yes.
Q. Tell me about that.
A. When he got mad at me -- a guy would look at me or something like that. Even if I wasn't looking at a guy, and a guy was looking at me, and I made eye contact, he would get mad for some reason, even if I didn't even know that I made eye contact, he would ignore me and try to kick me out of the house and cut off all money to me, including college.
Tammy defended me sometimes, and he told her and I that he will kick us out, cut us -- "cut us dry," I believe is his exact words.
Q. So you're saying he's trying to kick your mom and you out of the house because he said he's going to kick you and your mom out of the house?
A. Yes, and leave us without any money; we can live on the streets.
Q. Doesn't your mom work?
A. No, she didn't.
Q. Does she now?
A. I'm not sure. Possibly.
Q. She has worked in her life, has she not?
A. Yes.
Q. During the three years that Brahim was not at the

house in Yukon, was she working?
A. She got a job, I believe, in the second year. Again, I don't know where she started working, but she started working after. It wasn't much money. We still had to struggle.
Q. In this letter, you're saying that he's mad at you because you're dating Gage?
A. This is after I told Tammy about the rape. He was telling everybody that because I was dating Gage that I was going to get pregnant and that he didn't want that stuff around my siblings. But, again, in the letter, it said Gage would never hurt me, because he wanted covenant, which means no sex until marriage.
He knew I wasn't a virgin.
Q. Where does it say in the letter no sex until marriage?
A. It doesn't, but I was specifying what I meant. In the letter, Gage would never hurt me. Here it says Gage would never think about that; he's too respectful.
Q. It says, starting the sentence, "Gage would never even think about that. He's too respectful. Gage would never hurt me. I hate my dad with a passion."
A. Yes. I hated Brahim for what he did with me, to me. And I hated him for what he did.
Q. Well, what you say in the letter is that, "Since I got here" --

A. Since I got to the house when I was younger, he's always been abusive to me. He beat me down, called me stupid. He would get on top of me, call me worthless.
Q. None of that is in the letter.
A. That's what I was referring to. Because no one was supposed to read this, but I always knew what I meant. I never got into details with my letters.
Again, someone would read them. And I hate writing the word "rape" because it reminded me of how weak I had been; if I could just try a little harder to get him away from me. If I just told someone, I could have prevented it.
Q. But you didn't write any of that in this letter, did you?
A. No, I didn't.
Q. What you did write is "What have I ever done to him?"
A. What had I ever done to him? I had never done anything.
Q. This was you writing to yourself. You did not mention the rape; correct?
A. No. The other one I mentioned rape, I burned it, because I hate using that word.
Q. This is a true and accurate copy of what you wrote?
A. This is exactly what I wrote.
MR. ROGALIN: Move for admission of Defendant's

Exhibit Number 2, Judge.

MR. EPPLIN: No objection.

THE COURT: Defendant's Exhibit Number 2 is admitted.

Mr. Rogalin, let's go ahead and take our morning break at this time. It is almost 10:30 by my clock. Let's take about a ten-minute break.

When you-all are ready to come back into the courtroom, just have a seat in the lobby, and we will call you back in when we're ready.

Again, remember my admonition not to speak with anybody about the case or allow anybody to speak to you. Okay?

We'll be in recess for about ten minutes.

*(Recess was had.)*

THE COURT: We are in the courtroom, outside the presence of the jury. The attorneys, the defendant, and Ms. Sweis, the interpreter, are all back in the courtroom.

Mr. Epplin, any matters that we need to take up before I call the jury back into the courtroom?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Ms. Hicks, call the jury back into the courtroom, please.

*(Jury enters courtroom.)*

THE COURT: Please be seated.

All 12 jurors and the alternate are back in the courtroom.

Mr. Rogalin, you can resume your cross-examination of Ms. Sims.

MR. ROGALIN: Judge, I'll pass the witness.

THE COURT: All right. Mr. Epplin?

REDIRECT EXAMINATION

BY MR. EPPLIN:

Q. Okay. DMS, let's talk about Zouhar.
Do you recall what Zouhar's last name was?
A. Mezda.
Q. And what was his father's name?
A. Mohammad.
Q. Mohammad Mezda?
A. Yes, sir.
Q. And who was Mohammad Mezda?
A. Brahim's friend.
Q. How did you meet Zouhar?
A. Brahim and Zouhar's dad met up, and Zouhar was in the car.
Q. Now, at some point you indicated there was an engagement.
A. Yes.

Q. How did you find out about the engagement?
A. It pretty much took me by surprise.
Q. Who told you?
A. Brahim and Zouhar, at separate times.
Q. Were you -- how would you describe this engagement?
A. Arranged.
Q. Okay. This was an arranged engagement?
A. Yes.
Q. In other words, were you given a choice in the matter?
A. No. Tammy thought I did, but no.
Q. And the plan was to get married when you turned 18; correct?
A. Yes.
Q. How old were you when you had the surgery, the first surgery?
A. I was 15.
Q. Mr. Rogalin asked you about -- he said, "Well, legally, they're your parents." You had asked him not to refer to Tammy and the defendant as your parents.
Do you recall that line of questioning?
A. Can you --
Q. Do you recall Mr. Rogalin asking you?
A. Yes.
Q. Okay. Tammy was your adopted mother at one point; correct?

A. Yes.
Q. Brahim did not ever adopt you?
A. No. He was never on the paperwork. He didn't sign anything.
Q. Okay. But he was -- I believe you said there was a common-law marriage to Tammy?
A. Yes.
Q. A couple times, there was a man named Big Justin, and I don't know if the jury has a clear understanding of who Big Justin is.
First of all, is there a [redacted]?
A. Yes, my little brother, one of my little brothers.
Q. And that's through the adoption, he's your brother; correct?
A. We have the same mom.
MR. ROGALIN: Judge, may we approach?
THE COURT: Yes.
*(At bench, outside hearing of the jury:)*
MR. ROGALIN: Judge, we didn't mention Big Justin on cross-examination. It's improper redirect.
MR. EPPLIN: They absolutely did mention Big Justin. He talked about -- he, in fact, asked, "Isn't that Big Justin out there?" And it wasn't.
THE COURT: I'm going to overrule the objection.
*(Within hearing of the jury:)*

Q. (By Mr. Epplin) Who is [redacted]? You said that was your brother through the adoption; correct?
A. Yes. To be clear, he's my half brother by birth.
Q. Okay. And your three siblings are biologically half siblings?
A. Yes.
Q. But they all had -- and they were the biological grandchildren of Tammy, the adoptive mother?
A. Yes.
Q. Okay. Now, Big Justin, what is he to you?
A. He's -- before adoption, he was my stepdad.
Q. How often do you have contact with Big Justin?
A. I do not.
Q. And there was some pronoun usage, and I want to clear this up. I think Mr. Rogalin said, "In fact, this man here is Big Justin."
Is that Big Justin?
A. No.
Q. Who is that?
A. That is my birth father.
Q. Your biological father; correct?
A. Yes.
Q. Then there was Defendant's Exhibit Number 2 which was introduced.
Do you have that in front of you?

A. Yes, sir.
Q. And on the top right hand of Defendant's Exhibit Number 2, is there a date?
A. Yes.
Q. What is that date?
A. January 28th, 2019.
Q. Okay. So is that something you would do is date your entries in your journal?
A. Yes.
Q. So that appears to be one page from a journal?
A. Yes.
Q. And just to refresh the time line, January 28th of -- well, strike that.

MR. EPPLIN: No more questions, Your Honor.

THE COURT: Mr. Rogalin, do you have any more questions for Ms. Sims?

MR. ROGALIN: We do not, Your Honor.

THE COURT: Okay. Ms. Sims, thank you for your testimony. You can step down.

THE WITNESS: Thank you. Do I leave those up here?

THE COURT: Leave those. Thank you.

MR. EPPLIN: The next witness, Your Honor, will be Sarah Brown.

*(Witness enters courtroom.)*

THE COURT: Good morning. How are you? If you would raise your right hand.

*(Witness is sworn.)*

THE COURT: All right. Thank you. Have a seat in the blue chair and watch out for the step.

Whenever you're ready, Mr. Epplin.

MR. EPPLIN: Thank you.

SARAH BROWN,

Called as a witness, after having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. EPPLIN:

Q. Ma'am, could you please introduce yourself to the jury?

A. Hi. My name is Sarah Brown.

Q. How are you employed?

A. I work as a nursing professor at Oklahoma City Community College. I also am a labor and delivery nurse. And then I do sexual assault exams for the YWCA in Oklahoma City, and for the CART House here in El Reno, for pediatric patients.

Q. What is your educational background?

A. I have a bachelor's degree in nursing and then I have a master's degree in nursing education.

Q. And what experience do you have specifically with

regard to both the sexual assault exams that you do and then the pediatric exams that you do?
A. So for the -- I started for the adult exams in Oklahoma City, or Oklahoma County, in 2011. So basically that consists of a 40-hour course that you take, and then different check-offs that you have to have with physicians to make sure that you can operate the equipment and do the exam appropriately, and then a certain amount of observation. So it takes approximately four to six months to get up to par and get certified to be able to do that.

So I did that and then really enjoyed working with the teenagers and pediatric population, so I wanted to get more education on that. So in 2013, I took the course specifically for pediatric patients, which is basically the same thing: a 40-hour course online and then the observations and meeting with physicians and that sort of thing.
Q. Are there -- so do you get certified to do these examinations?
A. Yes.
Q. And how many sexual assault exams have you done approximately on adults?
A. Well, the Oklahoma County, those are age 13 and up, so that's what they consider -- but I would say probably 400, approximately.

Q. How many have you done on children, or do you include it all as part of the same number?
A. I include it all. I don't know specifically.
Q. So you've done about 400 of these examinations, total?
A. Yes.
Q. What is a pediatric medical evaluation, for example?
A. A pediatric exam differs a little bit from the sexual assault exams. We don't get a verbal history from the child. Part of the advantage of coming to a child advocacy center, like the CART House, is that we don't want them to have to tell their story again and again.
So we get a summary of the accusations or what has happened, and bring them into the room and kind of build a rapport with them first, whether that be blowing bubbles or playing Play-Doh, or whatever is age appropriate for that patient.
We do ask a few questions related to their medical care and that sort of thing, either to the caregiver, or, if they're old enough, to the patient him or herself.
And then we do just kind of a head-to-toe assessment. And we -- it involves mostly visualization of the genital area. We're looking more -- those patients that we see at the child advocacy centers are more, you know, cases that the abuse has been going on for a long time versus an acute situation, you know, where we might be trying to get DNA

off of the child.

So for the pediatric population, more of just visualization of the anatomy and looking for injury and that sort of thing, healing, that we might see in that particular area, or anything abnormal.

Q. You mention that some of these are done at child advocacy centers. In Canadian County, is the CART House across the street from here, is that a child advocacy center?

A. Yes.

Q. And do you have a setup there to actually do these examinations at that location?

A. Yes.

Q. What is the purpose of having them done at that location instead of a doctor's office?

A. Well, a lot of the -- most of the pediatric patients have already been to that facility for an interview. It's basically a really fun house with lots of toys and things like that.

So they have already been there. It's comfortable for them. They recognize it. It's familiar. So we bring them back to that same place that they've already had a positive experience, in order to do the medical evaluation as well.

Q. And you mentioned that a large part of the pediatric medical evaluation is visual in nature.

Do you do something to document the procedure -- not the procedure -- the examination?
A. Yes. We videotape all of our exams for visualization.
Q. Okay. Did you do a pediatric medical evaluation on [redacted]?
A. I did.
Q. Was that April 8th, 2019?
A. I believe so, yes.
Q. At the CART House?
A. Yes.
Q. And what was the reason for her having an exam?
A. Because she had disclosed sexual abuse.
Q. That was the history given to you -- or your understanding of what she had said in her forensic interview; correct?
A. Correct. And that's what she told me as well.
Q. What physical symptoms did [redacted] describe?
A. She said that she had occasional burning, and I believe irritation in the vaginal area, that just came and went.
Q. Did she provide any relevant medical history?
A. Yes. As far as like procedures she had done, or just in general?
Q. Yes. Had she described having procedures done?
A. Yes. She told me that she had had a surgery on her

vaginal area twice; that her father had taken her to Morocco to have a surgery to get her virginity back.

Q. Did you do a visual inspection of her vaginal area?

A. Yes.

Q. Can you describe to the jury the visual inspection of DMS s vaginal area?

A. Yes. Honestly, I -- when I did the exam and visualized that area, I don't know how to say it other than I had never seen anything like that before.

So I -- part of our process there at the CART Center is to take these images and documentation and then submit it to our medical director, Dr. Galoob, and then he makes a final opinion or determination on it.

So I didn't -- I knew what I was seeing was not normal, I knew I had never seen that before, and I just wasn't sure how to -- what words to use to describe it correctly, I guess is the best way to say that.

Q. So in your 400 or so examinations, this was new to you?

A. Correct.

Q. So you submit the video to Dr. Galoob.

Are you familiar with the process -- does he sometimes consult also with a Dr. Ryan Brown?

A. Yes. If there is a positive finding, he will ask Dr. Brown to give his opinion as well.

Q. What do you mean by "positive finding"?
A. That we have noted some type of injury or abnormality or area that we can see that has healed on the anatomy.
Q. You mentioned earlier, in more acute situations, sometimes DNA is collected.
Can you explain -- well, first of all, did you, in the case of [redacted], take DNA swabs?
A. No.
Q. Why not?
A. We can only do that if the abuse or assault has happened within the last 120 hours.
Q. And your understanding from law enforcement and from everyone is that she had been out of the home for more than that amount of time; is that correct?
A. Correct.
MR. EPPLIN: Pass the witness, Your Honor.
THE COURT: Mr. Rogalin.

CROSS-EXAMINATION

BY MR. ROGALIN:
Q. Hi, Ms. Brown. My name is Mike Rogalin. I'm representing the defendant in this case.
A. Okay.
Q. You've read the reports by Dr. Galoob and Dr. Brown?
A. Yes.
Q. And the findings that they found.

They didn't necessarily find sexual abuse, did they?
A. My understanding, from what I read, was they found injury that had healed.
Q. But it was not specific to sexual abuse, was it?
A. I don't know exactly what it said on there.
Q. You don't have the reports with you?
A. I don't.
Q. If it said that it didn't rule out or rule in sexual abuse, would that sound consistent with your reading?
A. That is, in general, kind of the statement that is used, yes.
Q. So it's maybe, maybe not?
A. Yes.
Q. Okay. This was an unusual procedure.
Had you ever seen someone who had been to Morocco before?
A. I mean, somebody that had been to that country?
Q. Yes.
A. Not that I recall. I might have.
Q. The procedure was reported to have been done in Morocco, to you; correct?
A. Yes.
Q. How many times has that procedure before reported to you from a previous 400 examinations?
A. None.

Q. Not something that's common in this country; correct?
A. Correct.
MR. ROGALIN: No further questions, Judge.
THE COURT: Mr. Epplin?

REDIRECT EXAMINATION

BY MR. EPPLIN:
Q. If I have a question about Dr. Brown's report, should I ask Dr. Brown?
A. Yes.
MR. EPPLIN: Okay. No more questions.
THE COURT: Ms. Brown, thank you for your testimony. You can step down.
Mr. Epplin, you can call your next witness.
MR. EPPLIN: The State calls Vicki Boan.
*(Witness enters courtroom.)*
THE COURT: Good morning. Raise your right hand, please.
*(Witness is sworn.)*
THE COURT: Thank you. Please have a seat and watch out for the step.
MR. ROGALIN: Your Honor, may we approach?
THE COURT: Yes.
*(At bench, outside hearing of the jury:)*
MR. ROGALIN: Judge, we anticipate Ms. Boan is going to be discussing the abuse syndrome outlined in

*Davenport*. It would be appropriate for this Court to give a limiting instruction as to what she can discuss in terms of the facts the case, and we would move that she not be allowed to testify since she was the one involved in doing the intake video with the complaining witness.

THE COURT: Okay. Well, I don't know exactly what she's going to testify to, other than I know she interviewed Ms. Sims.

So what is it exactly that you're objecting to?

MR. ROGALIN: Judge, based on *Davenport v. State*, she's going to testify concerning -- let me get the acronym -- CSAAS. The *Davenport* court ruled that they had to limit the interaction by the witness between the examination of the witness and discussion of the syndrome. And the ultimate issue is that would invade the province of the jury as to making a decision as to the applicability of the syndrome.

THE COURT: Mr. Epplin?

MR. EPPLIN: Our intent -- obviously, at the time of the forensic interview, the victim is over the age of child hearsay. So our intent wasn't to introduce anything other than the process of the forensic interview; what exactly the CART House or these people have heard about.

Ms. Boan is trained and experienced in child sexual abuse accommodation syndrome, in general, which we

don't have to let them know, but we did not intend to ask questions about Ms. Sims in particular or anyone in particular, other than maybe the fact that she did them, which is irrelevant.

THE COURT: Mr. Rogalin, just make your objection when you believe an objectionable response is coming, and I'll rule on it then.

MR. ROGALIN: Okay. Thank you, Judge.

THE COURT: Go ahead, Mr. Epplin.

MR. EPPLIN: Thank you.

VICKI BOAN,

Called as a witness, after having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. EPPLIN:

Q Ma'am, could you please introduce yourself to the jury?

A. Yes. My name is Vicki Boan, B-o-a-n.

Q. And how are you employed?

A. I'm employed as a forensic interviewer with Oklahoma Interviewing Services.

Q. What is a forensic interview?

A. A forensic interview is an interview conducted with children ages 3 to 17 when there's an open investigation, either through law enforcement or child welfare, in regard

to basically any type of abuse involving a child.
Q. How long have you been a forensic interviewer?
A. I've been an interviewer for 15 years.
Q. What training, education, and experience do you have that qualifies you to be a forensic interviewer?
A. So I started with the typical 40-hour basic forensic interviewing training. And from there, my training was ongoing at the local, state, and national level. To date, I have just under 900 hours on forensic interviewing of children, as well as child maltreatment.
Q. What is the purpose of conducting a forensic interview of a child rather than interviewing them under traditional circumstances?
A. As a forensic interviewer, I'm a neutral, nonbiased party. I'm not part of law enforcement or child welfare. So I am conducting that interview in a neutral, child-friendly environment, asking questions that are age appropriate, developmentally appropriate, nonleading, nonsuggestive, while attending to the needs of the child.
Q. What is -- could you describe the process and protocol of the forensic interview that you use?
A. The protocol that we utilize is a nationally recognized and research-based protocol called Child First. In this protocol is a semi-structured protocol where one or more of the phases could be eliminated or modified

depending on the age of the child, the developmental level of the age, or the spontaneity of the child.

Q. Is there a peer-review process that you participate in for your interviews?

A. Yes, there is.

Q. Can you describe that for the jury and what its purpose is?

A. Peer review, I actually participate, as well as conduct, local and statewide peer review. I'm also involved at the national level.

It's basically a time for interviewers across the state or region to come together to review their interviews, make sure that we are asking those questions that are age appropriate, developmentally appropriate; are we following best practice and guidelines.

So it's a time for us to do that. And for our agency, like I said, we actually conduct those and provide that feedback for other interviewers across the state.

Q. And did you conduct two forensic interviews of DMS [redacted]?

A. Yes, I did.

Q. Do you recall the date of the first interview?

A. The first interview was August 28th of 2017.

Q. Do you recall the date of the second?

A. Yes. It was April 4th of 2019.

Q. And where -- where did you do those interviews?
A. Those interviews were conducted at the child advocacy center here at Canadian County, and that's called the CART House.
Q. And that's right across the street from where we are now; correct?
A. Yes, it is.
Q. Now, what is a child advocacy center?
A A child advocacy center was created in the -- back in the late '80s, early '90s, essentially to provide a safe and neutral environment for the child and families to come when they're going through an investigation. Instead of the child having to travel to multiple agencies and being interviewed by multiple people, it's done in one place. So those services are consolidated with medical, mental health.
So instead of the child traveling to multiple places, telling their story multiple times, it happens in one location.
Q. In your training and experience, just in general, not with regard to any specific interview, have you ever conducted a forensic interview where no abuse was disclosed and then abuse was later disclosed?
A. Yes, I have.
Q. Is that a common scenario in your training and

experience?
A. It is.
Q. Why do you feel that is?
A. It is because disclosure is a process, so it's something that does happen over time.
Q. What do you mean when you say "disclosure is a process"?
A. Disclosure being a process just means that it's not a one-time event.
MR. ROGALIN: Judge, may we approach?
THE COURT: Overruled.
THE WITNESS: It's not a one-time event, but it is a process that happens over time. There are multiple stages, as well as multiple factors that affect the child being able to tell.
Every child is different and experiences their disclosure process differently. But in my experience, a child tells when they're ready and when they feel safe to do so.
Q. (By Mr. Epplin) In general, if a child is allowed to remain in the care of their abuser, can that affect disclosure?
A. Yes.
Q. How is that?
A. Well, typically the child isn't going to feel safe to

tell when they're in the home with the person that has abused them. Oftentimes, the perpetrator is someone that they know, someone that they love, someone that is in a position of authority over them. So they oftentimes think about how things are going to be, how their life would be affected, how their family would be affected.

Q. In general, what's your training and experience on the stages of disclosure?

A. So there are five different stages of the disclosure process. Those different stages are denial, tentative disclosure, active disclosure, recanting, and then reaffirming.

Q. Let's go through those one by one.

What is denial?

A. So denial is essentially when a child is not able to tell or has not been able to tell. And if a child purposely hasn't made that decision to tell, oftentimes they'll deny that something has happened to them.

Q. What is tentative disclosure?

A. Tentative could be kind of described as just kind of testing the waters. They may give a little bit of information, just to see how people are going to respond or react; what might happen. Will they be believed oftentimes is part of the thought process in that stage.

Q. What is active disclosure?

A. Active disclosure is where a child purposefully makes a statement of something happening to them. Once again, that information can come out over time, depending on a couple of different things: the severity of the abuse, how often the abuse happened, would it affect the child's being able to talk about what happened to them.
Q. What is recantation?
A. Recanting often happens after a child has disclosed. Maybe there's been a negative effect or the child hasn't had any support. They see what happens to the family. Sometimes children are removed. Parents are left without financial support.
So, oftentimes, a child under those circumstances would recant the statements that they made.
Q. What is reaffirmation?
A. Reaffirmation is essentially, after time goes by, reaffirming the statements they made before.
Q. So you talked about these five stages of disclosure. Does every child go through all five?
A. No, they don't.
Q. Can you explain that?
A. Well, every child is different. So if a child tells, and they have a supportive environment, they may not ever recant their statements. So they would possibly not go through the recantation or the reaffirmation stages.

Q. Have you heard the term "delayed disclosure"?
A. Yes.
Q. Is it common for a child to delay their disclosure?
A. It is.
Q. Is it common for a child, in your experience, to disclose after the very first instance of abuse?
A. Not typically. When we see disclosure right after a one-time event, it's typically when the perpetrator is not someone the child knows and trusts, but a stranger. It's easier for them to talk about something that happened by somebody they don't know versus somebody that is in that role of being a trusting authority person over them.
Q. And are there other factors that come into play with regard to delayed disclosure?
A. There are a lot of different factors that do come into play in regard to a child being able to disclose. A lot of times we see fear. There oftentimes have been threats of not telling, what would happen if they did tell. So then a child is fearful for what might happen to them, to their family.

Oftentimes, they're more scared of the unknown than the known. So, what would happen to my family, what would happen to my siblings, will we get split apart. Oftentimes, other factors that are considered is just that will they be believed and will someone think that it's my

fault for not telling, for letting it happen.

And then oftentimes we see embarrassment. Children are just embarrassed to admit or tell what it is that happened to them.

Q. Are you familiar with something called child sexual abuse accommodation syndrome?

A. Yes.

Q. And can you explain what that is.

A. So the child sexual abuse accommodation syndrome was a study that originated with Dr. Roland Summit. And during this study, he observed the behaviors or patterns in children that were sexually abused. And in doing so, he identified five different dynamics that helps us to understand how children experience abuse.

Q. What were those five dynamics?

A. The five dynamics are secrecy, helplessness, entrapment, accommodation, delayed disclosure, and recantation.

Q. And are these -- how did he -- well, strike this.

With regard to secrecy, what was that dynamic?

A. So secrecy, basically he saw, in these children, a commonality that there was threats made, as well as verbal threats, but also just implied threats. This is something that happens when no one is around. This is something that happens -- we don't talk about it. So if the threat wasn't

verbalized, then it's something that was implied.

So secrecy was something that he saw across the board with children who were sexually abused.

Q. What about the dynamic of helplessness?

A. Helplessness, essentially most perpetrators are known to the child; someone that's in a trusting and authoritative-type position, and the child feels helpless to do anything about their situation.

Q. What about entrapment and accommodation?

A. So in looking at the top two dynamics, then a child, for whatever reason, if they were not able to tell, then they feel when can I tell and should I tell now; then if they didn't. So they feel trapped and now they have to accommodate their life. They have to accommodate the abuse that is now happening to them. It becomes part of their lifestyle.

Q. Did he -- what about the delayed disclosure factor?

A. So delayed disclosure was definitely something that was identified. Also, just going back and looking at all the factors that affect a child being able to tell and that do affect the child disclosure process. Just knowing the perpetrator, concerns of what might happen to their family, will they be believed.

So there were a lot of things that played into the child delaying their disclosure.

Q. Then his final was recantation.
What was that?
A. Correct. Just like I talked about earlier, if a child doesn't have a supportive caregiver, doesn't have a support system, then oftentimes the child would recant that information.
And then, also in his study, he saw that about 90 to 95 percent of children who did recant ended up reaffirming their statements of abuse.
Q. Now, similar to the factors earlier, the disclosure factors, these five dynamics, are they present in every case?
A. No.
Q. Why is that?
A. Because every child is different. Every case is different. Every child experiences their abuse different. Every abuse is not the same.
Q. In general, how might physical punishment or the threat of physical punishment impact a child's decision to disclose or not?
A. Well, it could definitely keep them from telling, if it is something that is known to them already. It could be something that they're familiar with and might expect, if they were to say something, and possibly it's a threat that was made to them. So it could definitely keep them from

disclosing about their abuse.
Q. And generally how might a family's financial situation affect these factors, these dynamics?
A. In my training and experience, we've definitely seen multiple cases where the perpetrator is the caregiver or the provider for the family. And so a child knows that and understands the dependency and is oftentimes as concerned about what would happen to their family if something were to happen to that person.
Q. And in your training and experience, generally how might a child's siblings or their relationship with their siblings affect their decision to disclose or not?
A. I've seen it happen different ways. Sometimes a disclosure happens because they're concerned of what might happen to their siblings.
I've also seen the flip side, where they did not disclose because they were concerned about what might happen to them if the disclosure happened, if they were to be split up or put into foster care.
MR. EPPLIN: Pass the witness.
THE COURT: Mr. Rogalin?

CROSS-EXAMINATION

BY MR. ROGALIN:
Q. Ms. Boan, I think what I understood you to say, most importantly, was that every case is different; correct?

A. Yes.
Q. And that you have to look at the facts of each case to see if CSAAS is even applicable?
A. Correct.
Q. And there could be motivation factors different than applied to this syndrome?
A. And I'm not sure I understand what you mean by "motivation factors."
Q. A child could be motivated to lie for different reasons other than what you've discussed?
A. Well, it is the truth that children do lie, yes.
MR. ROGALIN: No further questions, Judge.
THE COURT: Mr. Epplin, do you have any other questions?
MR. EPPLIN: No, Your Honor.
THE COURT: Ms. Boan, thank you for your testimony. You may step down.
THE COURT: Mr. Epplin, do you have a witness available now?
MR. EPPLIN: No, Your Honor. May we approach?
THE COURT: Well, if -- it's the next one that's scheduled for 1:00?
MR. EPPLIN: Yes.
THE COURT: Okay. All right. Ladies and gentlemen, the next scheduled witness will not be here

until 1:00, so I'm going to put us into our lunch recess at this time.

If you-all could be back in the lobby about ten till 1:00, I hope we will start up right at 1:00. Okay?

Once again, remember my admonition. Don't talk with anybody about the case or allow anybody to speak to you, but you all are more than welcome to have lunch together and talk about things, just not about this case. All right?

I will see you at 1:00.

*(Noon recess was had.)*

THE COURT: We are in the courtroom outside the presence of the jury. The attorneys, the defendant, and the interpreter are all present.

Mr. Epplin, are there any matters we need to take up before I call the jury into the courtroom?

MR. EPPLIN: No, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: No, Your Honor.

THE COURT: Okay. Ms. Hicks, if you'll call the jury in, please.

*(Jury enters courtroom.)*

THE COURT: Please be seated.

All 12 jurors and our alternate are back in the courtroom.

Mr. Epplin, are you ready to call your next witness?

MR. EPPLIN: Yes, Your Honor.

THE COURT: Please go ahead.

MR. EPPLIN: The State calls Dr. Ryan Brown.

THE COURT: Good afternoon. Right here. Let me swear you in first. If you would raise your right hand.

*(Witness is sworn.)*

THE COURT: All right. Please have a seat in the blue chair and watch out for the step.

THE COURT: Go ahead, Mr. Epplin.

MR. EPPLIN: Thank you, Your Honor.

RYAN BROWN, M.D.,

Called as a witness, after having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. EPPLIN:

A. My name is Ryan, R-y-a-n, Brown, B-r-o-w-n.

Q. And, sir, how are you employed?

A. I am an attending physician at the Children's Hospital at OU Medical Center. I work part of my time in the emergency department, overseeing students and residents and seeing patients myself.

The other part of my time is as the medical director of the Child Protection Team where I am a child abuse

pediatrician. And we evaluate cases of possible child maltreatment for the ER, the hospital, and for different counties in Oklahoma.

Q. And, Doctor, could you tell the jury about your education?

A. Sure. I have -- my medical degree is from the University of Oklahoma College of Medicine. I did a three-year pediatric residency at the Children's Hospital at OU Medical Center. So I'm board-certified in general pediatrics and a licensed physician in the state of Oklahoma.

I then did five years additional training at Children's Hospital in child abuse pediatrics, so I am subboard-specialized in child abuse pediatrics.

Q. So how long total have you been a doctor?

A. Technically, since 2001, when I graduated medical school. Since 2002, as an unrestricted license in Oklahoma.

Q. And have you testified before regarding child abuse and injuries to children?

A. Yes.

Q. As part of your job -- you mentioned sometimes working with other counties -- do you have occasion to review pediatric medical exams of children who -- when they are done?

A. Yes, sir.
Q. And what is the purpose of you reviewing those?
A. A couple reasons. One, we have certain counties that don't have multidisciplinary teams or child advocacy centers; that they may need us to review some of their medical findings.
Other times, it is to review findings that someone else saw, and they just need a second opinion to help validity -- to verify it or to see if what they're seeing is -- jibes with what we think is going on.
Q. And how do these -- what information do you have when you review one of these exams?
A. It depends. Some places will send us the home medical record, where I have a history. I may have a video of not only the video of the child but a video of an examination. They may just send some pictures.
So it varies as to the amount of information they send to us.
Q. Were you asked to review a forensic examination of a [redacted], date of birth September 1, 2001, an exam occurring on April 8th, 2018?
A. Yes.
Q. What information did you have about that exam at first?
A. So I was asked just to -- it had been reviewed first

by I believe there was a SANE examination done. That exam was reviewed by Dr. Galoob out of Ardmore. And there were some findings that they wanted myself to review, just to make sure that -- they just wanted a second opinion.

So I was sent a DVD, I believe, or a CD of some photo documentations of the exam, Dr. Galoob's report, and as well as the SANE intake.

Q. And what did you observe about that examination?

A. So when I watched, you know, looked at the video, what I called was a sexually matured rating, which is Tanner staging; we used in the old days. And that's just how we kind of classify maturity of the -- of the GU area, the genital area of men and women.

So it goes from 1, which would be a prepupertal, or just the five-, six-, seven-year-old; there's no hair. It's based on pubic hair. All the way up to 5.

And so this examination is, what I said, a Tanner stage or an SMR, sexually mature rating 5, female examination. I saw that on the hymen there was what I said a deep hymenal notch down to the hymenal ring. And there was also -- it looked like some scar tissue at -- from the posterior hymen through down into the posterior fourchette.

Now, that's some long words.

So when we look at a GU exam of a female, when we look at the hymen, we look at it -- or the vagina area, we look

at it as a clock. So most of the exams are done with the patient laying on their back. And so their belly button area would be 12 o'clock, down by their butt/anus area would be 6 o'clock, and then obviously 3 o'clock to the right, and 9 o'clock to the left. And then findings are based on where we see it on that clock face.

Q. So you mentioned a deep hymenal notch at the 3 o'clock position.

What does that mean? What does that look like? What does it indicate?

A. Sure.

So all females have hymens. There is very, very rare, rare, rare, rare, rare occasions for which a female would not have a hymen. So all females basically have hymens.

With a deep hymenal notch -- the hymen is kind of like a doorway, a door frame, if you will, from the outside world into -- because on the other side of the hymen is the vagina. And so a hymenal notch is where there's -- the hymenal tissue is kind of down to the ring.

For example, let's say I had a Styrofoam cup and I put some Saran Wrap on top of that cup. And in the middle, I cut out a circle so that I had that opening into there. And then that Saran Wrap obviously kind of had the barrier around there. And then a hymenal notch would be if I had from that cut out all the way down to the Styrofoam edge.

Now, when we look at certain studies, it can be normal to have a hymenal notch for that, to where it's kind of a little indention. For it to go all the way down to the hymenal circle, to the base, that's pretty unlikely. Usually it can go down to three-fourths. To go all the way down there is very concerning for a transection or a cut or a tear of that hymen down to that area.

Q. Okay.

A. And so that's what the notch is.

Q. Okay. Now, and you mentioned the scar tissue at the 6 o'clock position.

Could you describe that to the jury?

A. Right. So that scar tissue was basically at the 6 o'clock position on the hymen, and it went down into the posterior fourchette. And the posterior fourchette is if you had the hymen, there's a little bit of an area that, when I kind of do my exam, it's just kind of the smooth area right behind or right underneath where the hymen is, between the hymen and the anus.

And there was some scarring, it looked like, that was through there, down into that area, which was concerning for past trauma.

Q. Okay. What are some examples of things that can cause that kind of trauma?

A. Sure.

So I've had some kids have straddle injuries. You know, little girls that will fall and straddle some type of object and get a cut. I've had it in rape cases, to where the hymen is torn, and that tissue is torn, and then as that tissue heals, you get a scar. Just like if you have a scar or a cut, you get scar tissue that forms up from that area.

Just like maybe even surgical techniques, as I heal something up, I can get a surgical scar from where that was healed at.

Q. So it can be any number of things?

A. Yes, sir.

Q. But indicative of some sort of trauma?

A. Yes.

Q. Are you familiar with a medical procedure called a hymenoplasty?

A. Yes.

Q. And could you tell the jury what that is?

A. So a hymenoplasty really is a technique that was devised or thought up years ago in order to give a female back her virginity. It's one that is done around the world. We do it here in the United States. We do it around the world in different countries so that women who have had sex or maybe even had rape, that they can undergo this procedure so that their future husbands can,

quote/unquote, "marry a virgin."

It's just a procedure that it basically repairs the hymen, per se, back to it's virginal appearance. Now, the interesting thing about that is most hymens -- in 96 percent of cases -- excuse me, 94 percent of cases where we've had pregnant teenagers, we can't even tell that the hymen has been injured; we have a normal-looking hymen. And these are pregnant teenagers. Okay? So they've obviously had a penis introduced through the hymen and have been impregnated, and they have a normal-looking hymen.

So, for me, on a medical standpoint, I believe that the hymenoplasty is a money-making gimmick for people to give this false sense of appearance. Because, again, most times people can't even tell that the hymen has been -- we can't even see anything.

But I understand that on certain aspects, it's to rejuvenate or to give that female that sense of virginity back so that they can move forward in their marriage.

Q. You've mentioned that now, even in the United States, you're starting to see this procedure?

A. Correct.

Q. Is that a procedure that you would personally perform on a child?

A. Absolutely not.

Q. In your -- some of the scarring and notching that

you've described, could that be consistent with a hymenoplasty?

A. Yes.

Q. In your report, you indicate that you could not rule in or rule out sexual abuse.

Can you explain that to the jury?

A. Sure.

So, for example, if I punched a wall, and I broke my hand, I broke my hand because I punched the wall. If I also fell from the ceiling onto my hand, and broke my hand, I broke my hand from falling and hitting onto the ground. So I have a broken hand from two different types of injuries, both of which are different.

So with these findings, I can say, well, there's findings that don't seem consistent with just normal finding. I can't say that it's from sexual abuse. It could be from tampon use. It could be from some type of injury. For me, when I have sexual abuse cases, it's what's the history that goes along with it.

So that's -- so the thing is I didn't even have a history to go on. I'm just saying what I saw did not look consistent with a normal finding but could be consistent with a sexual abuse finding when put in context with the story.

Q. So when you refer to history, you're talking about a

medical history that a patient would give?
A. Correct.
Q. And in this case, you never saw personally the patient, [redacted]?
A. No, sir.
Q. And so if [redacted] had reported and given you a medical history that included sexual assaults or rapes, would that influence your opinion?
A. Yes.
Q. So you're saying that sentence about not ruling in or not ruling out sexual abuse is if you're only looking at the video and the material given at that time?
A. Correct.
Q. You mentioned that a Dr. Galoob had looked -- had reviewed this as well.
A. (Nods head up and down.)
Q. Did you -- were your conclusions the same as his?
A. I believe so.
Q. Okay. And is it uncommon to get a second opinion when there's a confirmed finding?
A. So it's not uncommon, because in child sexual abuse, we normally have normal findings. So an abnormal finding is actually abnormal. So whenever we do see abnormal findings, we say, you know what, let's get a second opinion.

Because most of the time, like I said earlier with sexual intercourse, we have no findings; the hymenal tissue is pliable, it's flexible, and we don't see anything. I've done exams on 12- and 13-year-olds who have had confession of perpetrators saying that they had sex with these girls, and they have normal exams.

So whenever we have an abnormal finding, we think, okay, let's get a second opinion and look at it.

MR. EPPLIN: Pass the witness, Your Honor.

THE COURT: Mr. Rogalin?

CROSS-EXAMINATION

BY MR. ROGALIN:

Q. Good afternoon, Doctor. My name is Michael Rogalin. I'm representing the defendant in this case.

A. Yes, sir.

Q. What I'm understanding you to say is that the first thing is you did not look at the medical history relating to this female?

A. Correct.

Q. And that would be normal for you to look at to make a diagnosis more than what you did?

A. Yes, sir.

Q. Okay. What you did say was, in your letter of May 5th, 2019, that your findings does not rule in or rule out sexual abuse?

A. Yes, sir.
Q. Not saying one way or the other?
A. Correct.
Q. And there's no evidence you have that the defendant did anything about this situation?
A. I have no history about what the defendant is even actually here for, sir. I just know that -- but, no, I don't know -- I can't attest that those results are the result from your defendant.
Q. If a female had been sexually active before sexual abuse, could that, within a reasonable medical certainty, have caused a rupture of the hymen?
A. Yes.

MR. ROGALIN: Pass the witness, Judge.

THE COURT: Mr. Epplin, anything else?

MR. EPPLIN: No, Your Honor.

THE COURT: Dr. Brown, thank you for your testimony. You can step down.

Mr. Epplin, you can call your next witness.

MR. EPPLIN: Your Honor, the State rests.

THE COURT: Okay.

Okay. Ladies and gentlemen, we have to discuss some matters outside of your presence. It should only take a few minutes. So how about this? It's about 1:20 on my clock. I'll try to get you all back in here at about 1:30.

Okay?

So if you'll just hang out in the lobby until we call you back in.

*(Jury exits courtroom.)*

THE COURT: You-all can be seated.

We are in the courtroom now, outside the presence of the jury.

Mr. Epplin, moments ago, announced that the State was resting.

Mr. Rogalin, do you have any motions to make at this time?

MR. ROGALIN: Judge, we would issue and request a general demurrer. The State hasn't met its burden of proof.

THE COURT: Okay. Your motion is denied.

Mr. Rogalin, you had indicated yesterday that you were reserving your right to give an opening statement, so I assume that you will be giving that statement when I bring the jury back in?

MR. ROGALIN: I will, Your Honor.

THE COURT: Okay. How many witnesses are you planning on calling this afternoon?

MR. ROGALIN: I anticipate one and resting.

THE COURT: Is that witness your client?

MR. ROGALIN: It is not.

THE COURT: Okay. Have you talked to him about his right to testify?

MR. ROGALIN: I have, and I may be calling him.

THE COURT: How long do you expect your first witness to last?

MR. ROGALIN: Maybe an hour.

THE COURT: All right. I may be calling them in sooner than I thought. All right. So when I bring the jury back in, you can give your opening statement; call your witness. Then I will take a short recess. You can talk with your client about his decision whether to testify or not, and then I will make a record concerning that decision.

Okay?

MR. ROGALIN: Yes, sir.

THE COURT: All right.

*(Jury enters courtroom.)*

THE COURT: All 12 jurors and our alternate are back in the courtroom.

Yesterday, Mr. Rogalin, you announced that you were reserving your right to give an opening statement until later. It is now later.

Would you like to give your opening statement?

MR. ROGALIN: If I may, Your Honor.

THE COURT: Go right ahead.

MR. ROGALIN: Ladies and gentlemen of the jury, I told you this is going to be a difficult case, and it has turned into a really difficult case. There was some very emotional testimony from the witness, but you haven't heard the whole story.

You have heard about the travel to Morocco. You have heard about the conflict. You have heard about some of the letters and the conflict between the mom, dad, and the complaining witness, DMS.

What this is going to boil down to is testimony coming from the mom, which is going to directly contradict what DMS is saying relative to the issues they were having in the house.

DMS wanted to have boyfriends. She wanted to have a real life. And she did. They did go out and they were allowed to go out and do things.

The issues was boys, boys, boys. It was always going to be that issue with DMS. And you'll hear about the incident where Ms. Sims said that the defendant came in and stomped her. Stomped her. Tammy Sims is going to say that didn't happen, that she was told that something happened and she got them separated, but she didn't see any bruise marks consistent with what DMS testified to.

And she doesn't see the same actions from DMS [redacted]. She sees DMS lying about a lot of things and

not being honest about stuff and wanting to have her own way. And [redacted] will do just about anything to have her own way.

Again, this case is all about her desire to go out and hang out with boys, which this conservative family said we don't want you doing. So it is that conflict between them that I think creates the reasonable doubt as to what's going on in this family.

You'll hear, most probably from the defendant, as to what's going on, and I think you'll have to make your decision from that point.

Thank you for your time this afternoon.

THE COURT: Thank you, Mr. Rogalin. You can call your first witness.

MR. ROGALIN: Tammy Sims.

*(Witness enters courtroom.)*

THE COURT: Good afternoon, Ms. Sims. If you would come up here, please.

*(Witness is sworn.)*

THE COURT: Okay. Please have a seat in the blue chair and watch out for the step.

Mr. Rogalin, whenever you're ready.

MR. ROGALIN: Thank you, Your Honor.

TAMMY SIMS,

Called as a witness, after having been first duly sworn,

testified as follows:

DIRECT EXAMINATION

BY MR. ROGALIN:

Q. Would you state your name for the record, please.
A. Tammy Sims.
Q. And where do you live, Ms. Sims?
A. 1200 Dawn Avenue, Yukon.
Q. And are you married?
A. Common-law married, yes.
Q. And who are you married to?
A. Brahim or Paul Sims.
Q. And do you see him in the courtroom?
A. Yes. He's sitting right there.
Q. Could you describe what he's wearing?
A. He's wearing a plaid jacket -- I think it's greenish -- with a blue shirt, glasses.
Q. That's your husband?
A. Yes.

THE COURT: Ms. Sims, could you pull that microphone close to your mouth and speak loud enough for the people in the back of the courtroom to hear you, please.

THE WITNESS: Sorry.

THE COURT: That's all right. Thank you.

Q. (By Mr. Rogalin) Now, you and Mr. Sims have been

married for how long?
A. We been together since 2006.
Q. And have you ever gone through periods of separation?
A. We have.
Q. Tell me about the periods of separation.
A. In 2013, we had separated. He -- we were having some issues where we were arguing quite a bit, so he decided it was best that we separated for a while.
He moved out and moved in with his brother, and then -- and that was in 2013. And then in 2014, they moved to Texas, and he was there, finishing his education.
Q. What kind of degrees does Mr. Sims have?
A. He has four master degrees. One in physics, mechanical engineering, geoscience engineering, and petroleum engineering.
Q. Where did he get those degrees from?
A. He got one of them in Morocco, mechanical engineering he got here at Christian University here in Oklahoma, and the other two he got in Texas Tech.
Q. Now, when you guys were separated, did he help out financially at all?
A. Not at first, no, but later on he did. He was making his own car payments and paying his car insurance. And then there was a couple of times I couldn't make a house payment, and he did help out with that. But 90 percent of

the time, I took care of the finances.
Q. And you make a good living?
A. Yes.
Q. What do you do?
A. I am a store manager. I'm sorry. Because of safety concerns, I would rather not say where.
Q. Tell the Court briefly about your safety concerns and your encounter today.
A. Yesterday I had a gentleman come into the store. He had asked to buy a pack of cigarettes. I told him I needed his ID. He got upset about it. He went out and got his ID. He threw it at me. And I told him, I said, "It's company policy." He said, "I don't care. I'm going to call corporate on you."
I told him what my name was. He said he already knew who I was. He said that he knew all about me and what was going on. He knew, because my kids and his kids went to the same school. He said that he had friends at the Yukon Police Department. And as he was leaving, because I told him to leave the store and not come back, he told me to watch my back.
And the other gentleman that was sitting in the truck had called me a bitch and told me to suck his dick. So I called my boss and then I called 911.
Q. And you had a video from the store of these

encounters?
A. I do have a video, yes.
Q. And you'll be providing that to police?
A. They didn't ask for it. They just told me that if he comes back to call them.
Q. Unfortunate.
A. Yes.
Q. In terms of the kids, when did you guys start taking care of the kids?
A. In 2007.
Q. And who were the kids?
A. DMS, H.S., J.S., and P.S.
Q. How were lives for DMS, H.S., J.S., and P.S. in the Sims household?
A. They were good. They were good.
Q. Did they have problems with Brahim?
A. No. No. No.
Q. What about DMS? Did DMS have problems with Brahim?
A. No. In fact, DMS, she was thrilled to know that he was her foster dad. And there was talk of adoption. And she used to go to school and she used to tell everybody at school that her name was going to be DMS ultimately.
Q. Relative to what the kids did, were they integrated

into society? Did they play outside? Did they have friends?

A. They did. They were always playing outside, riding bikes, skateboards, skating. We used to go for walks around the neighborhood. We used to go down to the lake which is close to us.

Again, go to parks all of the time. We used to go to Lake Hefner. We would have picnics.

Q. What about DMS being able to date boys?

A. We had asked the kids not to have those kind of relationships, that it was best that they concentrated on their schooling and their education, because that was more important; that the other relation types of relationships could come afterwards when they got older.

Q. So you didn't mind them hanging out with other kids?

A. No, they didn't -- no, there was no problems with them talking to the other kids, no.

Q. Did DMS want to have a boyfriend?

A. Yes.

Q. Did that cause some conflict in the family?

A. It did. Back in 2016, while I was working, DMS had a boyfriend. She had allowed several different boys into the house while I was at work.

Q. And did she get in trouble for that?

A. She did. I didn't know about it until afterwards, but

the other kids had finally said -- told what was going on. She had asked them not to say anything and promised them that they could do whatever they wanted to as long as they kept the secret.

Q. She was the eldest one?

A. Yes.

Q. And she would watch out for them?

A. Sometimes, yeah, but not too much, no.

Q. Sometimes you would have [redacted] --

A My oldest son, [redacted], yes, or Papa Ken, my ex-husband.

Q. And you've heard evidence that Big Justin was sometimes watching porn at your house; correct?

A. I had heard that he was in my bedroom.

MR. EPPLIN: Judge, I'm going to object to relevancy.

THE COURT: Sustained.

THE WITNESS: I'm sorry, what does that mean?

THE COURT: That's all right. Don't answer it.

Q. (By Mr. Rogalin) Did you ever see Paul being physically abusive to [redacted]?

A. I've seen him spank her.

Q. How old was she when she got spanked?

A. Nine, ten.

Q. Was it because she was doing something wrong?

A. She would -- her and H.S. didn't like to keep their bedrooms cleaned. And when she was asked to clean her bedroom, she would -- or the both of them would, you know, get upset over it, and she didn't want to clean her bedroom. So she had gotten a spanking for it.
Q. In 2016, there was a trip to Morocco; correct?
A. Correct.
Q. And who went on that trip to Morocco?
A. DMS and my husband.
Q. Why did just DMS and your husband go?
A. I had suggested that DMS go, because, at that time, she was in a rebellious state. And I thought maybe if she saw how other people were living, and didn't have what she had, that she might appreciate things more at home. So I suggested it to him.
Q. Did you have any concerns about her going to Morocco?
A. No.
Q. Have you ever been to Morocco?
A. No.
Q. She went to Morocco. And did she have a good time?
A. She had a great time, yes.
Q. You saw pictures?
A. I saw pictures, yes.
Q. Did the pictures you see show her at the seashore with Brahim and his family?

A. The pictures showed her at the -- yeah, with Brahim, with a couple of his brothers.
Q. Did you ever understand that she and Brahim went to the beach alone?
A. No.
Q. Did you ever see pictures that would have indicated they were at the beach alone?
A. No.
Q. Did you ever find any kind of pictures of them in a romantic kind of a relationship?
A. No.
Q. In fact, did she meet a boy when she was in Morocco the first time?
A. She did.
Q. What was his name?
A. Zouhar.
Q. And tell me about Zouhar.
A. Zouhar is the son of a friend of my husband. They were introduced to each other and then they started talking to each other and talking to each other. And then even after they came back from Morocco, she continued to talk to him on the phone.
Q. How was Zouhar's English?
A. Actually, it's pretty good.
Q. You spoke with him?

A. I spoke with him, yes. You can understand what he's saying and he can understand what you're saying.
Q. Do you think he would have understood if somebody said, "I'm getting raped"?
A. I'm not sure if he would understand what the word is, but I don't -- I'm sure he would.
Q. Okay. Now, what was the relationship between Zouhar and [redacted]?
A. It was a good relationship. They actually fell in love with each other, was talking about getting married. He was wanting to come here to the U.S. and finish his education. They had talked about getting a place together and going to school together.
Q. Okay. Did you ever tell [redacted] that the family finances were dependent upon Mr. Sims and you guys were in a bad way?
A. No, I've never told [redacted] that.
Q. Did you ever discuss family financial matters with her?
A. No.
Q. Did she ever go without?
A. No.
Q. Did you guys ever go hungry?
A. No, never.
Q. There's been an allegation that Mr. Sims would deprive

DMS of food in retaliation for her behaviors.
A. No. I've never seen that happen. Never.
Q. In 2016, after Morocco 1, DMS was going to be -- going back to school; correct?
A. In 2016? Yes. She went back to school, yes.
Q And how long did that last?
A. I'm going to say that lasted for about a month, maybe six weeks.
Q. And what was happening with her grades?
A. Her grades, she had F's. I think she only had one good grade. It was an A in art.
Q. And what did you and Mr. Sims discuss to do?
A. Because I wasn't working at the time, we decided to homeschool her.
Q. How were the other kids doing in school?
A. The other kids were doing better than she was.
Q. So they weren't all flunking out?
A. No.
Q. When she started to get homeschooled, were there restrictions put on her activities?
A. No. All we asked is that she did her homework. She did it by watching videos and books. And she did her homework. And then, when the other kids came home, as long as their homework was done, they were allowed to go outside and do what they wanted to do.

Q. Were restrictions being put on who she could hang out with?
A. Well, we tried to keep her away from the boys because of what had happened when she had allowed the boys to come into the household. We were trying to keep that situation -- keep her away from the boys.
Q. Try to keep her safe?
A. Yes.
Q. Did she like that?
A. Well, she really didn't say whether she liked it or not.
Q. Did she eventually start seeing boys?
A. Not while she was homeschooled.
Q. Okay. So when she was homeschooled, how did she do in school?
A. She did good. In fact, she made the honor roll.
Q. A big change for her; right?
A. A big change, yes.
Q. So homeschooling worked out well?
A. Yes.
Q. During this time period, it's being alleged that Mr. Sims was sexually abusing her?
A. Yes.
Q. You were in the house?
A. Yes, I was.

Q. Did you have any indication that Mr. Sims was abusing your daughter?
A. None.
Q. She never came to you?
A. No.
Q. When did you first hear the allegation from [redacted] that something wrong had been going on?
A. In November 2018. I think it was about a week before Thanksgiving.
Q. Tell the jury about that.
A. I had come home -- I had been at the grocery store. I had come home and I walked in the living room, and my husband was going through the kids' backpacks, which we often did if there was any missing homework or anything and to see if they needed to get their grades up and so forth.
So he had gone through hers and he had found a love letter in her backpack, and he had shown it to me, saying that she had a boyfriend, after she had given us her word that she would not be messing around with the boys and she would concentrate on her schooling.
And then she got upset because he gave me the letter. And then she said, "Mom, I have something to tell you."
I said, "What, [redacted]?"
She says, "No. I need to tell you later when we're alone."

I said, "DMS, go ahead and tell me what's going on."
And she said, "Dad's been raping me."
Q. Did you believe her?
A. I didn't know what to believe, because she had just told everybody, back in 2017, that it wasn't happening. And I did not know what to believe or think at that time.
Q. So when she came back after the Morocco 2 trip, she had gone to the CART House; correct?
A. Yes.
Q. And were you aware of what she said at the CART House?
A. No.
Q. Have you seen the video?
A. Yes.
Q. Is it fair to state that she denied each and every allegation in the video?
A. Yes.
MR. EPPLIN: Objection, Your Honor. That's improper hearsay.
THE COURT: Sustained.
Q. (By Mr. Rogalin) Were there any opportunities for Mr. Sims to engage in nefarious activity with DMS at the house between Morocco 1 and Morocco 2?
A. No. I was there most of the time. He was coming back and forth from Texas. He would -- he would come home for maybe three days at a time. And when he was there, he was

driving for Uber and Lyft of a nighttime and sometimes until 5:00, 6:00, 7:00 in the morning. And I was there every day.

Q. The way the house is set up, if he came in, would he be able to sneak in and get to [redacted] and not be noticed?

A. No. Because I always slept on the couch. And I would call him in the middle of the night to see if he was okay. And any time he was out driving, I was sleeping on the couch.

Q. So if he came in --

A. So if he came in, if the front door opened, I would have heard him coming in.

Q. You're a light sleeper?

A. I am a light sleeper.

Q. There's been testimony concerning an incident involving a knife between [redacted] and Mr. Sims, and then Mr. Sims or [redacted] handed you the knife in your bedroom.

Do you recall that ever happening?

A. No, I don't. The only knife incident that I recall is the one that was given to [redacted] by one of the boys from school, and it was a Buck knife, and she said that it was given to her to protect her from [redacted]

Q. Did she and [redacted]. get into it quite a bit?

A. Yes, they did.

Q. Did you ever tell [redacted] that she could just go

out and go out with the boys anytime she wanted?

A. No, I did not.

Q. In the incident where she told you about the rapes, what happens next?

A. She had gotten up. She was sitting on the living room floor. She got up and she ran out of the house. She ran to, I believe, a friend's house in the neighborhood. My husband and [redacted]. went driving around the neighborhood looking for her. And then the other two children, [redacted] and [redacted], ran out into the field to see if she was anywhere out there. I stayed home to see if she was going to come home.

And when she got home, she was screaming and yelling. She was calling him a liar, saying that he knows what he did to her. And then she, my husband, and I went for a drive so that we could talk, and he had suggested that we go to the police department right then and there. He said, "Let's go down there and talk to them. Let's get this out in the open and find out what's going on."

Q. You were privy to a phone call, while they were in Morocco for the second trip, when the police called you?

A. I didn't hear the conversation. The police had come to my home. I think it was about 12:15, 12:30 at night. They had told me that there was three names mentioned that had called the Yukon Police Department and told them that

DMS was pregnant and she was taken to Morocco to have an abortion. And I told him that wasn't true. He said, "We need to speak to DMS. And I told him, I said, "Well, she's in Morocco." I said, "I can have them call you." And he said, "Okay."

So as soon as he left, I called Morocco and told them what was going on.

Q. Okay. And we know what happened after that. She called --

A. She said -- yeah, she said that she had called and talked to them. Yes.

Q. Was it shortly after that phone call in Morocco, a few days, that they came back?

A. They didn't come back -- they stayed the full trip. They didn't come back until August, about the middle of August.

Q. Okay. So how long after the phone call did it take them to come back?

A. Five or six weeks.

Q. Okay. And when they came back, what happened?

A. When they came back, DHS came to the house to talk to them. And then the kids were -- they talked to both him and DMS. And then they were told that they would have to go the Heart House, so there was -- so there could be an investigation there as well.

Q. And did you take her to the Heart House?
A. No. We were told that we were not allowed to.
Q. Who did?
A. Our family friends that took them.
Q. There's been another incident mentioned that, when you came through the front door, Mr. Sims and DMS were sitting on the couch.
Can you tell the jury what you saw when you came in.
A. As I had told Detective Brugh, I walked through the front door. He's sitting on the couch. His feet are on the table. He has his phone in his hand. He has a couple pillows behind his back. He's squirming around. She's sitting on the cushion next to him, and she's got her math book in her lap. She had her arms like this. And she was pouting. She was upset about something. And I said, "DMS, what's going on?" No, I said, "Guys, what's going on?"
And they said nothing, and then later on DMS told me that he had promised her that she could call and talk to Zouhar and then he took the promise back.
Q. And that's why she was mad?
A. She was upset, yes.
Q. Not because he was pushing her or trying to push her over to try and rape her?
A. No.

Q. When did she stop calling Zouhar?
A. I believe she stopped calling him when she went back to public school in 2018, the fall of 2018.
Q. So after she came back from Morocco 2?
A. Yes.
Q. And just to put it in a time line, Morocco 2 ended in August of --
A. -- 2017.
Q. 2017.
She made an allegation in November?
A. In November of 2018.
Q. So over a year after Morocco?
A. Yes.
Q. And at the time that she made that allegation, the issue was the letter that she had received in her backpack?
A. Yeah. She seemed to be upset with the letter that he found.
Q. Because he was telling her "You can't be hanging out with boys"; right?
A. Right.
MR. EPPLIN: Objection to leading, Judge.
THE COURT: Sustained.
Q. (By Mr. Rogalin) What was your observation about Mr. Sims and DMS's interaction at that point?
A. After the allegations?

Q. Yes.
A. DMS had told me that she did not want to be in the same house as him. He would try to talk to her, and she didn't want to talk to him. So anytime he came home, she would say, "Mom, I don't want to be here." So I would have to make arrangements for her to be somewhere else.
Q. And what arrangements were made?
A. The first arrangement it was on Christmas Break, and she spent some time out at Minco with my sister and with her sister H.S. and with her cousin Anna.
Q. And how did that go?
A. They had a good time.
MR. ROGALIN: May I take a moment, Judge?
THE COURT: You may.
Q. (By Mr. Rogalin) Ms. Sims, have DMS's allegations had a negative impact on your life?
A. Yes, they have.
Q. Can you tell the Court about that?
A. My other kids were taken away. They're in a foster home. I do get unsupervised visits with them now. At first I was struggling financially, because I didn't have a job, but after I started working, everything was going okay. I go to counseling. I go to group sessions.
Q. As DMS's mom, in your heart of hearts, do you believe that Mr. Sims did those things to DMS?

MR. EPPLIN: Objection to relevance.

THE COURT: Sustained.

Q. (By Mr. Rogalin) Did you ever see anything with your eyes or hear anything with your ears that would indicate that any kind of abuse was going on in your house?

A. No. Never.

MR. ROGALIN: Pass the witness, Judge.

THE COURT: All right. Mr. Epplin?

CROSS-EXAMINATION

BY MR. EPPLIN:

Q. Good afternoon.

You mention there were four children in the house; correct?

A. Yes.

Q. And three of those children were biologically your grandchildren; correct?

A. Yes.

Q. And which three were those?

A. H.S., J.S., and P.S..

Q. And that leaves DMS. And she was a half-sibling to those three, biologically; correct?

A. Yes.

Q. And you adopted all four of them; correct?

A. Correct.

Q. And the defendant did not adopt them?

A. No.
Q. Now, you alluded to the fact that you spoke to Lieutenant Brugh here; is that correct?
A. Yes.
Q. You spoke with him first on the day of the second CART House interview; right?
A. CART House interview?
Q. You called it the Heart House. It's CART House.
A. I never spoke to Detective Brugh back in 2017.
Q. The second -- you spoke with him on April 4th?
A. On April 4th, yes, at my home, yes.
Q. You mentioned that you had seen the first CART House interview; correct?
A. Was it the first one? I guess so. I don't know.
Q. Okay. Did you see the second CART House interview?
A. No.
Q. Where were you when you saw the first CART House interview?
A. I was at a lawyer's office.
Q. Okay. And which lawyer was it?
A. Michael.
Q. Okay. Mr. Rogalin?
A. Yes.
Q. Did you -- but you only saw one interview?
A. Yes.

Q. Did you ask to see a second CART House interview?
A. No.
Q. Okay. Did you want to see the allegations in the second CART House interview that DMS had made against your husband?
A. No.
Q. Okay. But you learn of these allegations on April 4th, 2019, and Lieutenant Brugh comes to your home; right?
A. Correct.
Q. And you speak with him; correct?
A. Correct.
Q. And were you honest with him on April 4th, 2019?
A. I told him that I had not seen anything.
Q. My question is were you honest with him on April 4th, 2019?
A. Yes.
Q. And then on April 5th, 2019, you met with Lieutenant Brugh again, this time at the Yukon police station; correct?
A. Correct.
Q. Were you honest with Detective Brugh at the Yukon police station on April 5th, 2019?
A. No.
Q. Okay. You lied to Detective Brugh on April 5th, 2019; is that correct?

A. Correct.
Q. You came to the courthouse and filed for a victim protective order on that same day, April 5th, 2019; correct?
A. Correct.
Q. And you signed the document; correct?
A. Yes.
Q. And you swore under penalty of perjury that you were telling the truth; correct?
A. I had told them --
Q. Is that correct?
A. That's what I did, yes.
Q. Thank you.
You swore in front of this jury to tell the truth as well; correct?
A. Correct.
Q. Did you tell the truth in your petition for protective order?
A. No.
Q. So you lied under oath; is that correct?
A. Sir, I have a question about this.
Q. I've got a lot of questions about this, but please answer my question.
Did you lie under oath?
A. I don't believe it was actually called a lie, sir. I

had questions when I filed the VPO and I can -- and I had told them then that I --

Q. So do you not know if you lied? I would ask you to answer the question "yes," "no," or "I don't know," please.

A. I don't know.

Q. Okay. You don't know if you lied.

On April 4th, 2019, when you met with Lieutenant Brugh at your home, isn't it true he asked you to do a written statement so you could have something before you met the next day?

A. Yes.

Q. Did you lie in the written statement that you provided him the next day on April 5th?

A. I honestly don't remember what I put on that statement, sir.

Q. So "I don't know" is your answer; correct?

A. Okay. I don't know.

Q. Mr. Rogalin asked about a time and a couch and wrestling, and you mentioned a math book and Zouhar.

Do you remember that line of questioning with Mr. Rogalin?

A. Yes.

Q. Do you recall in your written statement that you provided to Lieutenant Brugh stating, "There is the one time I questioned what was going on. When I came home,

they were both on the couch and a lot of sudden movement. I asked what was going on, and, of course, they said nothing."
Do you recall making that in your written statement?
A. Yes.
Q. Was that true?
A. There was some movement, yes.
Q. Was it true that they said nothing?
A. Yes.
Q. Was it true that they -- that you questioned what was going on?
A. Yes.
Q. And isn't it true you didn't mention, in this statement, Zouhar, did you?
A. No, I didn't.
Q. And you didn't mention anything about a math book, did you?
A. I thought I had mentioned that, yes.
Q. Okay. But if it's not in here, it's not in here, you would agree?
A. Okay.
Q. And you would agree that when the next -- that when you met with Lieutenant Brugh at your house on April 4th, 2019, you described the very same thing; you called it a "strange scene," didn't you?

A. I don't remember.
Q. You said "[redacted] and [redacted] were jumping around," didn't you?
A. I don't remember saying that.
Q. You said "The two looked disheveled and they seemed nervous," didn't you?
A. I don't remember saying that.
Q. Well, is it true that they looked disheveled and seemed nervous?
A. No.
Q. So if you told that to Lieutenant Brugh, that would have been a lie; correct?
A. If I told him that, then, yes, that would have been a lie.
Q. That you asked them what was going on and that they couldn't provide an explanation?
A. True.
Q. Okay. So you told -- you agree you told that to Lieutenant Brugh?
A. Yes.
Q. But now you say they did provide an explanation, that there was a math book and that she was upset because she couldn't call Zouhar?
A. It was later on that day that she had told me that.
Q. Okay. Now, had the defendant ever threatened to kick

you and DMS out of the house?
A. He had one time, yes.
Q. Okay. Had he constantly aimed that at you and at DMS?
A. It wasn't constant, no.
Q. So if you said in your written statement that it was constant, that would be incorrect; is that right?
A. I don't remember using the word "constant." So I believe the comment was made twice.
Q. Okay. You would agree, would you not, that you said that the defendant was physically and verbally abusive towards DMS?
A. I had never seen him physically abusive towards DMS. She had said that he had kicked her in the stomach once. But I never witnessed it.
As far as verbally, I know the two of them had argued at times.
Q. Would you agree that, under oath in your VPO petition, you said "The father was also physically abusive towards DMS"? Would you agree that that's a statement that you made?
A. Again, I don't know that she -- I know that he has spanked her a couple of times, but as far as beating on her, no.
Q. Spanking is not physical abuse; correct?

A. Correct.
Q. Would you agree that, in your VPO petition, you said "Father was also physically abusive towards [redacted]"?
A. That's what I said, yes.
Q. And are you saying now that that was a lie?
A. What I'm saying is I had never witnessed it.
Q. Would you agree that you heard, on occasion, screaming and yelling in [redacted]s room?
A. There was a time that I had come home. I believe I had gone to the grocery store, and I come home, and there was some yelling going on in the bedroom, and that's when I walked back there. And [redacted] was sitting on the floor, and I asked what was going on, and [redacted] said, "He kicked me in the stomach."
I turned around, I pushed him, told him to get his things and get out of the house. That's when he pushed me back and I had fallen over in the hallway.
Q. And you told Lieutenant Brugh that he slammed you against the wall; is that correct?
A. When he pushed me, yes, he did push me against the wall.
Q. Okay. And she told you, at the time that he was kicking her, he had kicked her in the stomach; correct?
A. She said that he had kicked her in the stomach.
Q. After November of 2018, you were aware of [redacted]s

allegation; correct?
A. Yes.
Q. After the backpack, the note and the backpack; correct?
A. Correct.
Q. After that had happened, there was a time when you asked the defendant to tell the truth about [redacted] and he kicked you in the leg; correct?
A. I don't remember that happening.
Q. If on clip 3 at 19:45 of the videotaped interview you did with Lieutenant Brugh, you told him that you had asked to tell the truth about [redacted] and he kicked you in the leg, would you have been telling the truth to Lieutenant Brugh, or would you have been lying to Lieutenant Brugh?
A. I don't remember him kicking me in the leg, but I do remember asking him to tell me the truth about what was going on with him and [redacted].
Q. So if you said "kicking in the leg," did he kick you in the leg or not?
A. I don't remember. I don't know.
Q. Is that something you would forget, your husband kicking you in the leg after you asked him to tell the truth about whether he was molesting your daughter?
A. Again, I don't remember him kicking me in the leg.
Q. And he had grabbed you by the neck, as part of this

incident, hadn't he, where he slammed you against the wall?
A. That was back in -- before 2013.
Q. So there was another occasion and he slammed you against the wall by the neck; is that correct?
A. He grabbed me by the neck and pushed me up against the wall, yes.
Q. He would call you stupid; is that correct?
A. He has called me stupid before, yes.
Q. He would call DMS stupid; is that correct?
A. Yes, he would call her stupid as well.
Q. He would call you fat; is that correct?
A. Yeah, he's called me that before.
Q. He would call you ugly; is that correct?
A. Yeah, I think he has called me ugly before.
Q. You described him to Lieutenant Brugh as manipulative; is that correct?
A. Yeah, he can be manipulative.
Q. In fact, you said he's very manipulative; right?
A. I don't remember using "very," but, yes, he can be manipulative.
Q. "Very controlling."
Is that what you told Lieutenant Brugh?
A. I don't remember telling him that, no.
Q. Okay. If you told him that, would that be true, that he's very controlling?

A. No.
Q. Is he controlling?
A. No.
Q. Okay. So if you told that to Lieutenant Brugh at clip 4, 45 minutes in your videotaped interview, would that be a lie?
A. Yes.
Q. Why would you have been lying to Lieutenant Brugh?
A. At the time that I had given that statement, the night before, my kids and I had to leave the home, we had to go to Minco to stay with my sister. A lot of emotions were running through me. I had not slept all night. I was worried about the kids and I. I was worried that the kids were going to be taken away from me.
So when he asked me to come down and give a statement, I did, and I told some lies.
Q. You said you were worried about the kids. Which kids were you worried about?
A. I was worried about all the kids, but I was more worried about the other three being taken away from me.
Q. In fact, one time you agreed to meet with me to talk about this case, and you specifically told me you were worried about the three kids.
Do you recall that conversation?
A. Yes.

Q. I had to remind you that there were four in the picture.

You were worried about losing your kids and getting kicked out of the house, but he had kicked you out of the house before, hadn't he?

A. No.

Q. Okay. So if you told Lieutenant Brugh -- well, do you agree that you told Lieutenant Brugh that one night he had kicked you and the kids out of the house? Do you agree that you had told that to Lieutenant Brugh at segment number 4 at 34:50?

A. I don't remember saying that.

Q. If you said it, would it have been another lie?

A. It wouldn't have been true.

Q. You just would have made that up out of thin air that he had kicked you out before; is that right?

A. Yeah.

Q. Okay. He had told you before -- obviously, he was not the adoptive parent of any of these four, and isn't it true he had told you, "I need somebody to have my own kids"? He had made that statement to you before?

A. Yes, he has.

Q. And with the hindsight of it all, you told Lieutenant Brugh, upon learning about DMS, that that kind of made you wonder, that statement; isn't that true?

A. I had thought about it, yes.
Q. The backpack -- first of all, you say when you were homeschooling, nothing could have happened.
A. Well, I'm there, so, no, I can't.
Q. Okay. Did you ever go to the store?
A. Yes.
Q. Did you ever go to the gym?
A. Yes.
Q. Did you ever go pick up the other kids from school?
A. Yes.
Q. Did you ever go drop off the kids at school?
A. Yes.
Q. Did you ever sleep?
A. Yes.
Q. When he would get home and you would be awakened, would you ever fall back asleep?
A. Yes.
Q. And one such time you were at the grocery store, and you came back, and that's when the backpack incident started, when you came back from the grocery store; correct?
A. Correct.
Q. And he found the letter from the boy at school; correct?
A. Correct.

Q. And he said -- he went crazy, didn't he?
A. He was upset, yes. He was very upset about the letter.
Q. In fact, with Lieutenant Brugh, you used the word "crazy"; correct?
A. I don't remember using that word.
Q. If you did, would it have been true, that he went crazy?
A. No.
Q. Okay. So you would have been lying when you used the word "crazy," but he was upset? Is that where we're at?
A. He was upset, yes.
Q. Okay. He started screaming and yelling; is that correct?
A. When he first found the letter, I wasn't there, so I don't know if he was screaming or yelling.
Q. So if you told Lieutenant Brugh, of your own volition, that he started screaming and yelling, is that something that you imagined or made up?
A. Imagined.
Q. You would have imagined it. Okay.
At some point he said she promised not to have boyfriends; correct?
A. Correct.
Q. And she said, "Mom, I have to tell you something,"

didn't she?
A. Yes.
Q. And you said, "What? Tell me what's going on"; right?
A. Right.
Q. And she said, "I want to wait until we're alone."
A. Yes.
Q. And you wouldn't let her talk to you alone, would you?
A. No. I told her to tell me what was going on. I wanted to know.
Q. And he was there, wasn't he?
A. Yes.
Q. And she said he had been raping her; right?
A. Right.
Q. And then you guys -- that same day, you go on a drive; is that right?
A. Right.
Q. And who's on that drive?
A. DMS, my husband, and I.
Q. So your reaction, after she says this dramatic thing, "Mom, he's been raping me," "Let's the three of us go take a drive"?
A. It wasn't like that, no.
Q. How was it like?
A. She had run away. She had left.
Q. Okay. And then she came back?

A. And then she came back. And I didn't know what was going on. Again, she had already said it never happened, and I didn't know what to think. I didn't know what to believe at that time.
Q. And in that moment, you decided "Let's go for a drive"?
A. I was confused. I didn't know what to do. But I wanted to talk to both of the them, but I didn't want the other kids around.
Q. And you went to get pizza?
A. No.
Q. And you didn't call police, did you, at that time?
A. No, I did not.
Q. You say that was in November, shortly before Thanksgiving in 2018; correct?
A. Correct.
Q. In November, you didn't call.
A. (Shakes head side to side.)
Q. In December, did you call DHS or the police?
A. No.
Q. In January, did you call DHS or the police?
A. No.
Q. In February, did you call DHS or the police?
A. I did not call them at all.
Q. You never called them?

A. No.

After DMS told me what was going on, she didn't talk to me about it anymore. And I didn't know what to think. I didn't know what to believe.

Q. Well, you mentioned that there was the time when you asked them what to believe, and he kicked you, but you don't remember the kicking; right?

A. He swore up and down it never happened. She swears it did. But, again, I'm going back to 2017 where she said it didn't happen.

Q. The video that Mr. Rogalin showed you?

A. Yes.

Q. Not the video you didn't want to see.

In fact, the defendant told you, "If you ever call the cops, I will throw you out on the streets and sell the house from underneath you," didn't he?

A. He has threatened to sell the house out from underneath us, but I don't remember him saying that he was if we called the cops.

Q. Clip number 4 at two minutes. If you told Lieutenant Brugh that he said, "If you ever call the cops, I will throw you out on the streets and sell the house from underneath you," and that this was about three weeks before you were talking with Lieutenant Brugh, did you say that to Lieutenant Brugh?

A. I may have. Again, I don't remember.
Q. Would it have been a true statement if you said it to Lieutenant Brugh?
A. About calling the cops?
Q. In this context, yes. "If you call the cops" -- in the context of all of this stuff where your daughter says your husband is raping her, yes, would that have been a true statement?
A. No.
Q. Okay. It was a lie you told Lieutenant Brugh?
A. (Nods head up and down.)
THE COURT: Ms. Sims, you have to answer that question.
THE WITNESS: Yes.
Q. (By Mr. Epplin) You told Lieutenant Brugh that you feared the defendant would do bodily harm to you if he knew that you were -- that Yukon Police were investigating again; correct?
A. I don't remember saying that.
Q. Would that have been a true statement if you said it?
A. I don't recall him ever saying that to me, no.
Q. So it would have been another lie to Lieutenant Brugh?
A. Yes, sir.
Q. Now, you didn't have a job at that time, did you?
A. No, sir.

Q. Now you have gotten a job; correct?
A. Correct.
I still -- I had income, though.
Q. And, in fact, at one point during a child safety meeting at the Department of Human Services, you indicated that you were having financial troubles, didn't you?
A. I don't recall saying that.
Q. That you had to go through the defendant's attorney, even when he was in jail, to have access to your own money?
A. It wasn't my money. It was the money that he was making. And I needed a house payment made. I had already paid the other bills, but I needed to make a house payment.
Q. So there were financial pressures; correct?
A. Some, yes.
Q. He has multiple degrees, and it's fair to say he was the breadwinner when all of this happened; correct?
A. Correct.
Q. Now, you were asked about the impact on your life by the defense attorney; correct?
A. Correct.
Q. And you said that one of the impacts was that your children are in DHS custody because of this; correct?
A. Correct.
Q. Ms. Sims, that's not the only reason they're in DHS custody, is it?

A. Excuse me?
Q. That's not the only reason they're in DHS custody, is it, because of the things that happened with [redacted]?
A. Because of the things, yes.
Q. There were also other things that happened, weren't there?
A. Such as?
Q. Well, when they took your kids into DHS custody, they filed what's called a deprived petition; correct?
A. Correct.
Q. And you had an attorney; correct?
A. Correct.
Q. And you ended up stipulating that the allegations in this were true; correct?
A. I did.
Q. And that was done in a courthouse at the Gary Miller Center, just a stone's throw to the east from here; correct?
A. Correct.
Q. That was done in front of another judge, not Judge Hesse but another judge; correct?
A. Correct.
Q. And they have said that your children are "deprived children." It's a term of art; right?
A. Right.

Q. And they list on the stipulation -- or, excuse me, on the petition -- that you admitted to why the children are deprived; correct?
A. Correct.
Q. And they didn't just list one reason, did they?
A. No.
Q. In fact, the deprived petition says "The adoptive mother has failed to provide proper parental care and guardianship necessary for the physical and mental well-being of the children"; correct?
A. Correct.
Q. And you stipulated to that; correct?
A. Yes, I did.
Q. That "The adoptive mother has failed to protect her children from the threat of harm"; correct?
A. Yes.
Q. And you stipulated to that?
A. Yes.
Q. That "A sibling to these children has reported being raped by the adoptive mother's common-law husband, Mr. Paul Sims, Sr.; that "Once the adoptive mother became aware of the allegations, she has failed to protect her children from Paul Sims, Sr."; correct?
A. Correct.
Q. And you stipulated to that; correct?

A. Correct.
Q. That "The adoptive mother has also been a victim of Mr. Paul Sims, Sr. in violent attacks, both physical and sexual, and has not protected her children"; correct?
A. Correct.
Q. And you agreed to that; is that right?
A. I did because my lawyer told me that if I wanted to get my kids back that I had to agree --
Q. You've answered the question.
A. Okay.
Q. You agreed in court, across town, that that was true.
So according to DHS and the petition that you stipulated to, it's not just because of -- I think the way you termed it "because of DMS's allegations, they took my kids."
There are other reasons too, aren't there; correct?
A. Yes, sir.
Q. Because you also made allegations against your husband, didn't you?
A. Yes, I did.
Q. You told the Yukon Police Department about the things that he did to you; right?
A. Yes, I did.
Q. You told them he forced you to do sexual things that he didn't want you to do, didn't you?

A. Yes, I did tell them.
Q. Was that a true statement when you told Yukon Police that?
A. Not -- I wouldn't say that it was forceful, but it was things that he wanted that I didn't. But, yet, I gave in to him, but I wouldn't say it was forceful.
Q. So if you told Lieutenant Brugh it was forceful, that was not an accurate statement; is that correct?
A. Correct, and I had even -- correct.
Q. If you told him, "I fought him off, he would fight me back" -- if you told that to Lieutenant Brugh, would that be a correct statement?
A. No.
Q. Okay. That was a "no," I believe?
A. No.
Q. Okay. Did you say that to Lieutenant Brugh?
A. I did.
Q. You did?
A. I did.
Q. Okay. That he would force sex, that he was stronger than you. Did you tell that to Lieutenant Brugh?
A. I did.
Q. And was it true?
A. No.
Q. You told Lieutenant Brugh about an occasion where you

said no, and he said, "We are doing this now," and it hurt.
Did you tell that to Lieutenant Brugh?
A. Yes, I told him that.
Q. Was it true?
A. There were times when he was insistent on doing things, but it wasn't forceful.
Q. That he anally penetrated you against your will.
Did you tell that to Lieutenant Brugh?
A. Yes, I did.
Q. Was it a true statement?
A. No.
Q. That he held you down and ejaculated onto your stomach.
Did you tell that to Lieutenant Brugh?
A. Yes.
Q. Was it true?
A. No.
Q. That sometimes after he raped you, he would tell you he was sorry.
Did you tell that to Lieutenant Brugh?
A. I did.
Q. Was that true?
A. No.
Q. That he sometimes used his fingers against your will.
Did you tell that to Lieutenant Brugh?

A. Yes.
Q. Was that true?
A. No.
Q. That you had told him on occasion it was wrong and that on one occasion he said, "As a Muslim, I can't do things like that anymore."
Did you tell Lieutenant Brugh that he said that?
A. Yes.
Q. And did you tell Lieutenant Brugh that, despite him saying that, he did it again and again and again?
A. I told him that, yes.
Q. And was it true?
A. No.
Q. That he would put his hands over your mouth to keep you from screaming.
Did you tell that to Lieutenant Brugh?
A. Yes.
Q. Was that true?
A. (Shakes head side to side.)
Q. That he forced his penis in your mouth to the point where you were choking.
Did you tell that to Lieutenant Brugh?
A. Yes.
Q. Was that true?
A. Yes.

Q. That was true?
A. Yes.
Q. That he would bite your breast against your will. Did you tell that to Lieutenant Brugh?
A. Yes.
Q. And was that true?
A. Once.
Q. And you told Lieutenant Brugh you didn't tell anybody about this because you had nowhere to go.
A. I don't understand "nowhere to go."
To talk to? Or...
Q. To live. You talked about having the kids.
A. I may have said it, but it's not true.
Q. Okay. And you told Lieutenant Brugh you never mentioned any of these things to DMS; right?
A. I never did.
Q. And that is true? You never told DMS about any of this?
A. I didn't talk about those things with my kids, no.
Q. And you said you were too ashamed to talk to DMS about them; right?
A. Why would I talk to a child about what was going on?
Q. In your VPO that you filed, under oath, you indicated that your husband was sexually abusive towards you and forced unwanted sex.

Was that a true statement in your sworn VPO?
A. I lied.
Q. Was that a lie?
A. Yes, sir.
Q. Okay. You said, in the VPO, that he was keeping control over everything.
Was that a true statement?
A. No. He didn't have -- no.
Q. As of today, have you filed for divorce from your husband?
A. The papers have been filed, yes.
Q. When were they filed?
A. I gave the paperwork to my lawyer two or three months ago, and she said she was working on it.
Q. Okay. Do you plan on divorcing your husband?
A. Yes.
MR. EPPLIN: No more questions, Your Honor.
THE COURT: Mr. Rogalin?

REDIRECT EXAMINATION

BY MR. ROGALIN:
Q. Ms. Sims, do you need a few minutes?
A. (Shakes head side to side.)
Q. You're being presented with some tough choices.
A. (Nods head up and down.)
Q. Tell the jury what your choices are.

MR. EPPLIN: Judge, I don't know if I understand the question. I would ask for a rephrase of the question. Object to the form.

THE COURT: Sustained.

Q. (By Mr. Rogalin) Ms. Sims, you've indicated that on a lot of the information you've provided to Detective Brugh, Lieutenant Brugh, that you lied to him; correct?

A. Yes.

Q. Was there a reason why you lied?

A. I was trying to protect myself and the kids. I honestly don't know what the truth is.

Q. Were you pressured to file the VPO?

A. I was told to go down and file a VPO. And they told me where I had to go to file one. And while I was filling out the paperwork, I wasn't sure how to put down, and I had told the lady in the office that I had not witnessed anything between my husband and my daughter. And they told me that I still had to write it down. So I filed the VPO.

Q. Did you feel that was part of the things they were asking you to do relative to having custody of your kids?

A. Yes.

Q. Has DHS told you what you need to do in order to get your kids back?

A. Yes. I have a plan that I have to work.

Q. Are you going to get your kids back?

A. Yes.
Q. Is part of that plan to divorce Mr. Sims?
A. Yes.
Q. Even though he hasn't been convicted of anything as of today, DHS made the assumption?
A. I guess.
Q. When you were talking to Detective Brugh, were you in a high -- very highly emotional state?
A. Very.
Q. Could you think clearly about what you were doing?
A. No. Like I said earlier, I hadn't had any sleep all night, a lot of emotions running through me. I wasn't thinking clearly.
When I gave the statement, I was just saying things. I don't even know half the things that I was saying. I was scared. I was frustrated. I was angry. I didn't have anybody to talk to. I didn't have a lawyer. I didn't know what to do.
Q. You got a lawyer for the DHS proceedings; correct?
A. Yes.
Q. And were you advised by your lawyer to stipulate?
A. She told me to. She said it was -- to just follow the plan, just to stipulate, and I would get my kids back. So that is what I'm doing.
Q. And that's the choice you were given?

A. That's what she told me, yes, and she told me that I would have to file for divorce.
Q. And do you plan on going through with the divorce?
A. I want my kids home.
Q. What do you have to do?
A. I have to --
Q. Ms. Sims, is that what you want to do?
A. No, it's not. I want my family.
Q. The video you've seen -- Counsel asked you about the video you've seen in my office.
Do you remember the subject of that? It was DMS testifying; right?
A. She was talking about how -- she was talking about my older son, J.S.
MR. EPPLIN: Objection. Nonresponsive.
THE COURT: Sustained.
THE WITNESS: I don't understand.
Q. (By Mr. Rogalin) Do you recall which video you saw?
A. DMS was at the CART House and it was back in 2017. She was talking about how --
MR. EPPLIN: Objection to hearsay, and I think it's been answered.
THE COURT: Sustained.
MR. ROGALIN: Judge, he opened the door on the video.

THE COURT: Sustained.

Q. (By Mr. Rogalin) Ms. Sims, have you ever been physical with Mr. Sims?

A. Yes, I have.

Q. Has he been physical with you in response to you being physical with him?

A. Yes.

Q. Have you called him names?

A. Yes.

Q. And he has called you names?

A. Yes.

Q. Have you forgiven each other?

A. Yes.

Q. As we sit here today in front of this jury, are you telling the jury that you were sexually abused by your husband?

A. No.

Q. You're just in a really unpleasant position?

A. Yes.

Q. Does anything Counsel has asked you changed your responses to what your problems were with your daughter, DMS?

A. I don't understand.

Q. Well, you've talked about having disagreements with her about dating boys?

A. Right.
Q. Was that the central issue in your family?
A. Yeah. It was an issue, yes.
Q. And then -- when the letter came in from the boy that was found in the backpack, that's when the first allegation was made?
A. From her, yes.
Q. Okay. And that was the weekend before Thanksgiving?
A. It was about a week before Thanksgiving in November of 2018, yes.
Q. And where did you guys go for Thanksgiving?
A. We went to Texas.
Q. Was DMS with you?
A. Yes.
Q. Back to normal?
A. Yes.
Q. No problems?
A. None.
Q. From the point in time she made that angry declaration to you after being caught with the boy's letter, did she ever make that accusation against her father to you again?
A. No.
Q. At times in the relationship, have you been manipulative?
A. Yes.

Q. At times in the relationship with Mr. Sims, have you been controlling?
A. Yes.
Q. It's a give-and-take in a relationship, isn't it?
A. Yes, it is.
Q. And I think you said you told lies to keep the kids?
A. (Nods head up and down.)
Q. Would you do it again?
A. Yes.
Q. Mr. Epplin made something of the fourth child.
The fourth child had turned into an adult; correct?
A. Yes.
Q. She was on her own?
A. Right.
Q. She wasn't living in your house?
A. No.
Q. She wasn't one of the four children taken away from you by DHS?
A. No.
Q. DHS only took three kids away from you; correct?
A. Right.
Q. When he asked what about the fourth child, there is no fourth child; there's an adult?
A. There's an adult.
Can I say something, please?

THE COURT: No. Just answer Mr. Rogalin's questions.

THE WITNESS: Okay. I'm sorry. I'm sorry.

Q. (By Mr. Rogalin) When the VPO came up for hearing, did you attend the hearing?

A. I did.

Q. And did you tell the Judge?

A. I was asked if I thought he was a threat, and I said no. And I was asked, by you, if he was to come home, would I allow him back in the house, and I said yes.

Q. But DHS doesn't want him back in the house, do they?

A. No.

MR. ROGALIN: May I have a moment, Judge?

THE COURT: Yes.

MR. ROGALIN: Pass the witness, Judge.

THE COURT: Mr. Epplin, do you have any other questions?

MR. EPPLIN: Yes.

RECROSS-EXAMINATION

BY MR. EPPLIN:

Q. When you spoke with Detective Brugh the last time, it was April 4th and April 5th, 2019; is that correct?

A. Correct.

Q. DMS was still 17; is that correct?

A. Yes.

Q. Your children, at the time you talked with Lieutenant Brugh, had not yet been placed in DHS custody; is that right?
A. Correct.
Q. When you spoke with Lieutenant Brugh, you would agree he never raised his voice; correct?
A. No, he didn't.
Q. He offered you water, soft drinks. He offered to go get your medication.
Would you agree with that?
A. I don't remember the drink offer, but, yes, I told him I needed my medication.
Q. In fact, at one point he left the room and got you a bottle of water; correct?
A. I don't remember.
Q. In fact, out of habit, he unscrewed it for you and then put it down for you.
Does that help you remember?
A. No.
Q. You say that, after the backpack incident, DMS never brought up the allegations with you again; right?
A. Right.
Q. In your written statement that you've provided to Lieutenant Brugh, would you agree that you said "About two months after she first said something, I remember her

telling me that, one night, after he and I went to her room, and tried with her. I asked her why didn't come before."

Would you agree that that's what you wrote in your written statement?

A. I don't remember.

Q. If you wrote that in your written statement, would that be a lie?

A. I don't remember, sir.

Q. Okay. Mr. Rogalin -- strike that.

Mr. Rogalin asked basically if you had it to do all over again, would you do it again, and you said, yes, you would tell the same lies again.

Is that what I understood you to say?

A. To protect the kids, yes.

Q. The three kids?

A. No. DMS wasn't there. She didn't want to be there.

MR. EPPLIN: Okay. No more questions.

THE COURT: Mr. Rogalin?

FURTHER DIRECT EXAMINATION

BY MR. ROGALIN:

Q. This is nitpicking, but I've got to do it.

Mr. Epplin was talking about the fourth child, and that's when you were interviewing with Mr. Epplin; correct?

A. I'm sorry?

Q. You went and talked to Mr. Epplin; correct?
A. Yes.
Q. And he asked you about the fourth child?
A. Yes, I believe so.
Q. DMS was 18 at that point, wasn't she?
A. Yes.
Q. Okay.

MR. ROGALIN: No further questions.

THE COURT: Ms. Sims, thank you for your testimony. You can step down. Watch out for that step.

THE WITNESS: Am I allowed to leave?

THE COURT: You are allowed to leave.

All right. Ladies and gentlemen, let's take our afternoon break. I need to make up for the short break I gave you-all earlier. So let's take about a 15-minute break. If you could be in the lobby ready to come back in at about five minutes after 3:00. Okay? I will see you then.

Remember my admonition not to speak to anyone about the case or allow anyone to speak to you.

*(Jury exits courtroom.)*

THE COURT: We are in the courtroom, outside the presence of the jury.

Mr. Rogalin, I just told the jury that I would give them about a 15-minute break. I would like you to use

this time to speak with your client about his decision to testify or not testify. If you need more time than the time that I gave the jurors for a break, you use as much time as you need.

When you feel like a decision has been made, you can let me know and we will resume with the trial.

MR. ROGALIN: Thank you, Your Honor.

THE COURT: We will be in recess.

*(Recess was had.)*

THE COURT: We are in the courtroom, outside the presence of the jury. Both attorneys, the defendant, and Ms. Sweis are in the courtroom. We just took our afternoon break.

Mr. Rogalin, have you had an opportunity to speak with the defendant about his decision to testify or not testify?

MR. ROGALIN: I have, Your Honor.

THE COURT: Okay. All right. Mr. Sims, do you understand that you have a constitutional right to testify in this case?

THE DEFENDANT: Yes.

THE COURT: If you choose to testify, you subject yourself to cross-examination by the district attorney just like other witnesses.

Do you understand that?

THE WITNESS: Yes, sir.

THE COURT: Do you also understand that you have a constitutional right not to testify?

THE DEFENDANT: (Nods head up and down.)

THE COURT: And if you choose not to testify, your failure to take the stand cannot be used against you.

Do you understand that?

THE DEFENDANT: Yes.

THE COURT: Do you understand that the decision whether to testify is for you to make?

THE DEFENDANT: Yes.

THE COURT: Have you discussed your decision whether or not to testify with your attorney?

THE DEFENDANT: Yes.

THE COURT: Have you made a decision?

THE DEFENDANT: Yes.

THE COURT: What is that decision?

THE DEFENDANT: Yes, sir.

THE COURT: What is your decision?

THE DEFENDANT: I will.

THE COURT: You want to testify?

THE DEFENDANT: Yes, sir.

THE COURT: Mr. Rogalin, have you had sufficient opportunity to thoroughly discuss this case and the decision whether to testify with the defendant?

MR. ROGALIN: I have, Your Honor.

THE COURT: Are you satisfied that he is making the decision knowingly, intelligently, and voluntarily?

MR. ROGALIN: I do, Your Honor.

THE COURT: Is there any other record you want to make concerning the defendant's right to testify and his decision to testify in this case?

MR. ROGALIN: Simply that there was an interpreter present. If he had any trouble with communications, he could avail himself of the interpreter.

THE COURT: All right. Thank you.

Mr. Epplin, are you ready to have the jury called in?

MR. EPPLIN: Yes, Your Honor.

THE COURT: Mr. Rogalin?

MR. ROGALIN: Yes, Your Honor.

THE COURT: Ms. Hicks, if you'll call the jury into the courtroom, please.

*(Jury enters courtroom.)*

THE COURT: Please be seated. All 12 jurors and our alternate are back in the courtroom.

Mr. Rogalin, are you ready to call your next witness?

MR. ROGALIN: I am, Your Honor.

THE COURT: Go ahead.

MR. ROGALIN: The defense would call Mr. Paul Sims.

THE COURT: Mr. Sims, if you would come forward, please. Raise your right hand.

*(Witness is sworn.)*

THE COURT: Please have a seat in the blue chair.

Ms. Sweis, if you would like, you can pull one of those chairs up if you want to sit next to Mr. Sims.

THE COURT: You may proceed, Mr. Rogalin.

PAUL SIMS,

Called as a witness, after having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. ROGALIN:

Q. Would you state your name for the record, please.
A. Paul Sims.
Q. Mr. Sims, do you understand the English language?
A. Yes, sir.
Q. It is your second language; correct?
A. Yes, sir.
Q. You also speak French and Arabic?
A. Yes, sir.
Q. And you're conversant in English; correct?
A. Yes.
Q. You do have an interpreter there with you, so if you

run into any understanding problems, you can converse with the interpreter.

A. Yes, sir.

Q. Mr. Sims, you are charged with five counts of child abuse; correct?

A. Yes, sir.

Q. And those allegations of child abuse center around DMS.

Can you tell the jury who DMS is?

A. I called her my daughter. I never -- she's my stepdaughter. But on paper, it shows she's stepdaughter.

Q. Okay. And you've been present in trial during all of the testimony, including the testimony of DMS; correct?

A. Yes, sir.

Q. Let's start at the beginning of the relationship. When did you first meet DMS?

A. We bought the house in 2007, and we bring the kids in 2008.

Q. Okay. And when did you first meet DMS?

A. I actually met her earlier than 2008 when she was a kid. Then when they move her from one house to another, and my wife and I decide to buy house and to bring kids home, and we bring them home in 2008.

Q. Okay. How was your relationship with DMS at

the beginning?

A. It was fine.

Q. Good kid?

A. Yeah, she was a good kid.

Q. Smart kid?

A. In beginning, she wasn't doing good in school because they don't put her in kindergarten, and we started to work with her to make sure she's on that level to work with -- to go to school with kids. And she wasn't doing good. She was doing very poorly. And my wife and I, we worked with her very hard to make sure she has to get to that level to first grade and second grade.

Then after that, they put her in, like, State help, like to get her extra hours in school. Then she start failing classes again. And then we try to help her out and we helped her over and over. Then anytime she fail, we help her out.

And when she reached the age, she doesn't want to help -- she doesn't need any help, she started getting her -- she worked by herself, like, sixth grade and seventh grade.

Q. Okay. Let's move forward in time to the months before you went to Morocco with DMS for the first time.

What led up to the decision to bring DMS along?

A. Say again. Can you repeat the question?

Q. What were the factors you considered when you were

wanting to bring DMS to Morocco with you the first time?

A. I was trying to take my P.S., baby P.S. with me, because everybody in Morocco didn't know P.S.. Always, when I talk to them on the phone, they see him beside me, either at my back or my side.

And then my wife, she said, well, since she's not doing well, she has to go to Morocco to learn that culture and to see that other kids -- that they don't had what she had and she can do better in school and have a better life. That's my wife's decision.

Q. Your wife asked you to bring DMS along?

A. Yes.

Q. And your wife is?

A. Tammy Sims.

Q. So you and DMS -- DMS has a passport; correct?

A. Yes.

Q. Do the other kids have passports?

A. We're trying to get H.S. a passport and P.S. and J.S., but we did not get to it in enough time to do it. My wife, she has passport, but the others no, except my wife and DMS.

Q. And you have family in Morocco; correct?

A. Yes, big family.

Q. What's the nearest big city you live in or you live close to in Morocco?

A. Nearest city is Rabat, capitol, and I live in Sale. It's just 40 miles from the capitol.
Q. In Fes, Morocco?
A. Sale. It's called Sale. It's another city outside the capitol.
Q. Okay. You've heard Ms. Sims's testimony that you were sexually molesting her and raping her while you were in Morocco.
Can you tell the jury why you believe that that's not true?
A. DMS, she had been telling lies since the beginning. In 2015, she called cops and she lied to the cops and my wife. She told them, "My mom, she hurt me. She hit me all the time."
She run away from home for a few days. I wasn't there. I was at Texas Tech. And my wife, she called me, she said, "Am I going to be in jail?" Then I told her, "You have to call someone to be there with the kids."
I wasn't -- it's not enough time to drive all the way for six hours from there to help. And when the cops show up at the home, they told her, "What's going on?" DMS, she will start crying. And my wife, she said she doesn't want to give her the phone back.
Then after four years, she comes forward to my wife, Tammy, and she says, "I am sorry I lied to the cops and I

told them you hurt me." But after four years. It's not one day.

And, DMS, the same thing when I was working as geologist in Midland, Texas. I come back in November of 2018, and she said -- no. It was in October of 2018. October 2018, I was just first day, one in October -- first day in October, 2018. That's the first day when I have first job; I started working as a geologist. And November 3rd, I come back home, and November, between 8th to 11th, during that time, I said since she's not doing good in job -- in school, I went through my kids' backpack, all my kids' backpack.

And the first one was J.S.. It was just fine. All B's and A's. P.S., he doesn't have anything.

I looked at DMS s, she has that much homework and she has love letter she has over there. I told her, "DMS, you have all D's and F's. What's going on here?" Since then, she freaked out. The only way she has to save herself is to accuse dad and to hurt siblings. It's the only thing she has to do. That's what she did. She lied to my wife.

And I told her -- like my wife, she said, ask her if she can, we can go to police department right now and we're going to clear this mess. She said, "No, it's not right now. I have to wait." And that's it.

Q. Okay. So let's talk -- let's go back to the first visit to Morocco. [redacted] testified that you flew pretty much through Atlanta, then Paris, and then into Morocco.
Do you have any disagreement with that?
A. No, that's true.
Q. And you arrived at your family household.
What were the sleeping arrangements in the family household?
A. We have very small house. The living room is -- like what she said, everybody sleep in living room, it's not true. Living room is between 250 to 350 square feet. That's all we have in the living room. Just small one.
That one is my brother sleeping place. I have a young brother. He's mentally ill, and that's his place where he sleep. The boys, they sleep on one side, and girls, they sleep on one side.
[redacted], she was sleeping with [redacted], my niece, my sister Hennen, my sister Hadijah, her two daughters, [redacted] and [redacted] -- I gave you all the names -- and the little boy. His name is [redacted]. He's a baby. He's still a baby.
And myself, my brother Mohammad, and my brother Saheb, and my mother, we sleep on the other side. That's what we have. That's the rooms we have.
Q. She talked about sleeping on the roof of the house.
Is that something that you guys did?

A. In 2016, we had -- because when we arrive in Morocco the first three days, we stay there as family. I have 12 siblings. The house was full. After three days, we went to Marrakesh, like I told you. We went to Marrakesh for four days -- four nights. Four nights and five days. Four nights, we come back to the capitol. When we went back to house, we had flooring issues and we fix the flooring. Everybody has to sleep on the roof. Girls on one side and boys on one side.
Q. Is that part of the Muslim culture?
A. Yes, for girls to sleep on side and boys to sleep on side, yes.
Q. They segregate the sexes?
A. Yes, that's true.
Q. So you and DMS, did you share a room in private at any point in time?
A. No, no, sir.
Q. She testified about going to the seashore.
What about going to the seashore made you think her story was false?
A. In the first year, we went there four times, two times with my sister and two times with my brother.
Q. You always had somebody with you?
A. Yes. And she has to wear a shirt, like a regular shirt. It's not bra. It's a regular shirt and shorts,

men's shorts. She used to wear my shorts all the way to the ankle to make sure we don't have any issues with the -- it's cultural ways.

Q. In Moroccan culture, is it customary for women to cover their hair?

A. Yes, but she did not do it.

But my sisters, yes.

Q. Even when they swim, they keep their hair covered?

A. Yes, sir.

Q. When did she first meet Zouhar?

A. 2016.

Q. And you were there for how long?

A. 21 days.

Q. So she said three months.

That was not correct?

A. We have airplane ticket. We have all in hand. We have all the stuff in Moroccan. I can go in my email right now. I can show you. It was 21 days.

Q. And your passport gets stamped when you go in and go out?

A. Yes, sir.

Also, I was working at Texas Tech part time at that time.

Q. Okay. So you were there for 21 days?

A. Yes, sir.

Q. Your mother was present in the house with you when DMS was there; correct?
A. Yes, sir.
Q. Would she have allowed you to go sleep in a room with just DMS?
A. No.
Q. The incident that DMS related about undressing in the car, did that happen?
A. No, sir.
Q. Where did you guys get dressed?
A. We have a bathroom for girls and bathroom for boys.
Q. At the beach?
A. At the beach. And you have to pay like $.10, $.20 like that, and you have go inside, put some water on you and dress.
Q. Okay. How often did she see Zouhar?
A. The first year, not that much, because we spend three days with my family and four nights in Marrakesh. Two days, I was working, looking for car. Basically, we have only, like, nine days to drive my car. And first year, probably two or three times. That's it.
Q. When you were there and you went to Marrakesh, did you bring DMS along with you?
A. No. My brother Saheb, his two kids, his wife, my sister, my mom, DMS and I. Seven people.

Q. What were the sleeping arrangements?
A. My mom, [redacted], and I in one room, and my brother and his kids and wife in one room.
Q. So you had your mother in the room with you?
A. Yes, sir.
Q. To a maintain custom?
A. Yes, sir.
And we have a picture. I think you have the other picture when we went to Marrakesh.
Q. The house that you were staying in, your mom's house, tell the jury what it's like in terms of doors and windows.
A. During the summer -- Morocco is African country. It's a very, very hot place. Between my mom house to ocean is between 35 to 40 miles. And our house is between mountains, not hills or anything. The place is hard to get some (inaudible). All windows has to be open. All the doors has to be open. Only things you have to do is, if you close the door, you're going to die, basically. We don't have no (inaudible). It's a poor country. We don't have no fence, except in 2017, I bought two fence to make sure we have circulation in house.
And very small living room is like what I told you, like two to three meters, around 250 to 350 square feet. You have room on this side and room in back. That's what we have. Kitchen outside, like what she mentions. We have

kitchen outside. That's in 2016. We don't have no fence in 2016, except in 2017 -- fortunately, I was there to make sure we have some fence. We cannot have snakes and spiders inside the house.

Q. So the first time you were there, you did not have the fence to keep the snakes out; it's a little more dangerous?

A. Yes, sir.

Q. What kind of snakes do you have there?

A. We have the cobra and we have very bad snakes.

Q. And you told DMS about the snakes, didn't you?

A. Yes, I did.

Q. And you told her to be careful?

A. I told her anytime you step, you have to know -- especially when she goes to cornfield. Like she said, we were raising some corn. I said usually they have snakes in it.

Q. In terms -- you said, I think -- I'm trying to understand you clearly. You said the house has no A/C?

A. No. No. In Morocco, 95 percent of houses in Morocco didn't have no A/C at all. In the country (inaudible).

Q. What temperature does it get to, in Fahrenheit, during the day?

A. Celsius. I'm going to tell you Celsius. Around like 42, 43. In Fahrenheit, like around 110, 108, 100.

Q. Every day?

A. In summers.
Q. And you were there in the summer?
A. Yes, we were there in the summer.
Q. So you would have had to have had the doors open, windows open, to every room, just to breathe?
A. Yes.
Q. What do you and DMS do while you're in Morocco? What activities did you do?
A. In the first year, my mom, she was sick; was taking care of my mom. In the evening, around like 4:00, four times we took her with my sister -- two times with my sister to the ocean and two times with my brother Saheb. It's like four times.
Other things, we take mom to somewhere like, for example, coffee, something to eat, just to get my mom outside from the house, to release that stress that she has. And in farm, usually DMS she's with Z.Z.. She's one year older than her.
As a matter of fact, that Z.Z., DMS, she force my wife to bring her to United States to adopt her because she has another sister in Morocco. She used to sleep behind her all the time. Either she's with her in the cornfield, with the cows or with sheeps or, like what she said, the goat. Anytime, she's around the animals. That's what she wanted to do, anyway, in her life. She wanted to be vet.

That's why she's touching animals a lot and make sure that animals is her patient and stuff.

Q. How many people spoke English at the house in Morocco?

A. In the country, no. In the city, yes. My sister, she speak clearly English, better than me. She used to speak (inaudible).

Q. Okay. But when she was in the country at your mom's house --

A. Yes, my mom's house.

Q. -- you were the only one who spoke English?

A. Yes, sir. But in 2016 --

MR. EPPLIN: Objection to nonresponsive, Judge.

THE COURT: Overruled.

THE WITNESS: Can I speak?

THE COURT: You can answer.

THE WITNESS: In 2016, I was working part time with Texas Tech, and I have to have some way to access the Internet to work online because I have to send emails, because we're working in papers, students education for mathematics. That's why I was part of one group of Dallas area for three million dollars project, and I was the part of that groups to make sure that teachers and high school are doing well in class. And I was part of that groups, and I have to be working with them 20 hours a week, as part time. If you being students, you know, you have to work as

TA. You have to work 20 hours. And I was with her and my mom and my sister and my brother in house in capitol, if I need any emails or anything.

Q. (By Mr. Rogalin) Did you and Tammy ever fight?

A. She hurt me several times. She pushed me. That's why I pushed her. And I told her -- I promised her since then I'm never going to touch her. I apologize to her. That's first is was -- I am (inaudible) what's happened.

But verbally sometimes, yes, she said some words when she gets upset. And since I think 2015-2016, I walked away. Anytime she sent me bad text messages, I don't respond to her. I wait two or three hours. I call her. And she's releasing her stress and I start talking.

Q. So you just wait until she calms down?

A. Yes.

Q. Do you ever call her fat?

A. Before 2013, before I left, we have lots of money issues. I was fat. She was fat. I was 245, 235 pounds. She was close to me. She was like 250 or whatever. And, yes, I said fat. She told me fat too. It was changing words. It was not that bad, but it was, yes, I told her fat, she told me fat.

Q. You weren't trying to be belittling to her?

A. Uh-huh.

Q. After you came back -- in Morocco 1, you didn't get

any phone calls that the police were scared of stuff?
A. What is that?
Q. The first trip to Morocco, did you get any phone calls saying the police were scared about stuff?
A. (Shakes head side to side.)
Q. Do you need to talk to the interpreter?
(Interpreter translates question.)
A. In 2016, no. 2017, yes.
Q. So in 2016, at your mom's house, how many days are you there?
A. 21 days.
Q. You were in Marrakesh for four?
A. Uh-huh.
Q. And then you spent some time at your brother's?
A. Uh-huh.
Q. How many days did you spend at Marrakesh? How many days did you spend at your brother's?
A. Brother's, in and out, and first day -- three days when we land in Morocco. Then after three days, my brother invite me, he said, "We're going to go to Marrakesh." We went there for four days. Then we come back to capitol.
When we come back to capitol that night, because I promise DMS she's going to go to ocean. It was 9:30. She was crying and kicking the car. She said, "I need to go swim right now." I said, "DMS, 9:30 is dangerous.

This one is not going to happen for you."

Since my sister Laal, she speak very well English, she told her, "[redacted]" -- she pulled her to one side and said, "No, you can't do it, because you're going to die and we're going to be in big mess." Tomorrow, she promised her we're going to take her to ocean with my brother and his kids.

And then on Sunday and Monday, I have to look -- Monday, I have to look for car to drive, because I cannot rely on my brother all the time.

And Sunday we stayed there. Monday, was in capitol. I was looking for a car. Monday and Tuesday at 7:00 exactly, I had the car in hand; p.m.

Q. So [redacted] said that you raped her in Morocco at your mom's house every night that you were there.

You weren't there all that much?

A. We have a record. You can put people on phone. My sister, Laal, she speak very well English.

MR. EPPLIN: Judge, I'm going to object. It's nonresponsive.

THE COURT: Sustained.

THE WITNESS: She speak very well English. You can put her on speaker.

THE COURT: Mr. Sims, listen to your attorney's question and try to be as responsive to his question as you can.

THE WITNESS: Okay.

No, I wasn't in the house all the time.

Q. (By Mr. Rogalin) Okay. So you could not have raped her at your mom's house every night while you were in Morocco because you weren't there every night; correct?

A. Yes, sir.

Q. What she testified to was a lie?

A. Yes, sir.

Q. Did you ever have any kind of sexual relations with DMS in Morocco on the first trip that you went?

A. No, sir.

Q. Were you appropriate and respectful of her?

A. Yes, sir.

Q. Did you call her names or abuse her?

A. No, sir.

Q. When you came back from Morocco the first time, did she go back to school?

A. Yes, sir.

Q. What happened with her grades?

A. All F's except one A.

Q. So what did you and -- did you decide to do something, or did you talk to Tammy about it?

A. Both of us, we went in counseling office, and both of us, we made decision.

Q. And what was that decision?

A. To take her for homeschooling.
Q. Okay. And so she's being homeschooled.
Who is handling what subjects?
A. I was handling mathematics and science, in morning, and the rest, my wife, like English, Hebrew, health. And geography is my wife.
Q. Now, in the time period from Morocco 1 to the second time you went to Morocco, that's the time period they're saying that all of these allegations come from.
Do you understand?
A. Yes.
Q. Were you left at home alone with [redacted] long enough to do all of the things that she said you did?
A. No, sir.
Q. Could you tell the Court about that.
A. In Ph.D., you have to take qualification exam. In 2016, '15, I prepared for qualification exam. I did not pass. I passed only one of four. If you are in petroleum, you have production, drilling, reservoir, and formation evaluation. I passed only one of four. Then I am not candidate there. I have to take full-time students and I have to attend to the class.
In 2016, all 2016, I have to prepare for my qualification exam. And I have three. And the only concern I have is I have to accomplish papers and same time

I have to work on my qualification exam. Qualification exam, if you -- for two years, only you pass one, you take about one year. You have three courses to go. And I have to work very hard.

In 2016, I was only show up on the weekend. Sometimes every week. Sometimes I skip one week; every 15 days. And then in 2017 --

Q. Let me stop you right there.

So after Morocco 1, DMS is being homeschooled. You're not there all the time?

A. No.

Q. Tell the Court what your schedule is of time in the house in Yukon at 1200 Dawn?

A. Like my wife said, I show up -- in 2017 and 2018, I show up every three days. Before, I show up every week or every 15 days for two days, like Friday, Saturday, Sunday, I have to leave.

I have to take full time and also I was working as part time for Texas Tech. I have to attend there and I have to work 20 hours. And you cannot do it online because, students, they are not online. Students, they are there in petroleum. You have to be attend to the petroleum. You have to be there to teach them. It's not to come to tell them online what you need or send them text message. You know, you've been in school. You know what

I'm talking about.
Q. So if there are allegations that you were abusing her every night, you weren't there every night?
A. Yes, that's true.
Q. You heard one of the stories from DMS about how she had a butcher knife, she brought a butcher knife into your bedroom, you and Tammy's bedroom.
Do you remember ever doing that?
A. No, sir. I never, no.
Q. Never saw a butcher knife and take it from DMS and hand it to Tammy?
A. No, sir.
Q. Okay. Did DMS ever study in you guys' bedroom?
A. With my son, yes. The only way to close it, nobody be around her. That's where she would study at. And when I am there, my son P.S. always with me, like 99 percent. I wish he's going to be here to tell you guys 100 percent, yes, he was with me all the time.
Q. DMS and P.S.. seemed to fight quite a bit; correct?
A. Yes, sir.
Q. Tell the Court about that.
A. In 2016, when we come back from Morocco, one day I was walking with him and neighbors, he told me, "Dad, our house is almost burned before you went to Morocco."

I said, "What?"

He said, "Yes."

I said, "Can you tell me more?"

He said, "One of [redacted]s boyfriend, he tried to light fire in the house."

MR. EPPLIN: Judge, I'm going to object. This is hearsay.

THE COURT: Sustained.

THE WITNESS: He tried to light --

Q. (By Mr. Rogalin) Mr. Sims, think of the question and just answer the question as simply as you can.

A. Yes.

And since then --

Q. No. No. No. Wait.

A. She always is, yes. She always have.

Q. Okay. So your son [redacted]. was with you most of the time?

A. Yes, sir.

Q. You were also driving for Uber, were you not?

A. Uber and Lyft, yes, sir.

Q. And what time did you start work and what time would you get home?

A. I come back from Texas around 4:00, Thursday, 4:00, 5:00, 6:00. I eat dinner. I start working Thursday right away. From that time to all the way -- like my wife, she

said, sometimes she called me at 4:00 or 5:00 and 2:00. And we have working statement, all that staff from Uber, how many hours I worked. And in 2018, I put, in taxes, 35,000 miles on Uber and Lyft.

Q. And that was in Yukon, Oklahoma?

A. Oklahoma City.

Q. Is that where you did your Uber and Lyft?

A. Oklahoma City and Norman; all the Oklahoma area.

Q. So this is part of the jobs you had to make money to support the family?

A. Yes, sir.

Q. How many hours a week did you actually spend in the house in 1200 Dawn in Yukon?

A. During the day, only Sunday, and Monday morning.

Q. So you really weren't there very much?

A. No.

Q. Did you ever not feed DMS?

A. No, sir.

Q. How would you feed the children?

A. They get their own food when we cooked. Usually, my wife, she serve it. I don't serve it. My wife, she serve it. If not, they go to pick up plate and get what they want.

Q. How far is the pizza place from you?

A. Usually, we get it from All-American Pizza. And you

know where is I-40?

Q. In Moore, Oklahoma?

A. No, I-40. I-40 and Mustang Road.

Q. Okay. I guess one of the incidents that we're concerned with is, one day, when DMS was on the couch, you apparently sat next to her, and DMS says you kept trying to push her over so you could rape her.

What was going on during that exchange?

A. We were talking mainly about Zouhar. And like, my wife, she said, my feet was over the table and I had phone in my hand.

Q. What was the discussion concerning Zouhar?

A. She said, "I don't want to marry him. He doesn't like to talk to me. He always has excuse he doesn't have phone." I said, "DMS, that's between you and him. I'm not going to enter into the situation."

Q. So she was unhappy with Zouhar at this point?

A. Yes, very upset. Like what she said, he always has excuse and doesn't have a phone.

Q. When did that event happen where she was concerned about Zouhar not talking with her enough?

A. When?

Q. When.

A. I don't know, to be honest with you, exactly when.

Q. Okay. How did she get to meet Zouhar?

A. His dad, he was my friend. First, when I have car and I have to go visit my friends, and I stop by his house, we drink coffee together, DMS she crush on that boy. I didn't know what means crush and stuff. After two or three days, she said, "You know what? We have to go back to that place, to that family and stuff."

We went back. And after that one, she told me exactly, "I want to marry that boy." I said, "You know what? I'm going to support you no matter what, that one or a different one. It just has to be a good person who is going to work with you and not be against you all the time."

Q. Okay. So in terms of that discussion, did you talk to Zouhar's dad?

A. No, I did not. I said, "That's between you and him. I am not going to enter the situation."

Q. So this wasn't an arranged marriage?

A. No. I did not talk to his dad. Or my wife.

It's only her and him.

Q. Is it customary in Morocco to have arranged marriages?

A. If you both agree, yes, and then they have to tell the parents.

Q. Okay. But it's still more the two people get together and then tell the parents what's going on?

A. Yes.

Q. Not the parents saying, "This is who you're going to marry"?

A. No. No, sir.

Q. Did you ever hit DMS?

A. No, sir.

Q. Did you ever kick her?

A. I spanked her, yes. Not kicking.

Q. It's been alleged that when you found the letter from the boy in her backpack that you went crazy.

Were you upset?

A. Because she promised us she was going to do a good job, and we look at her grades, all D's and F's.

And I said, "DMS, you promised us. You're not going back to the same situation we had in 2016. We have to go forward, not backward.

Q. You wanted her to do well?

A. Yes. That was our discussion.

Then my wife, when she show up, she said, "Don't give it to my mom," and I gave it to her. I have to be honest with her.

Q. So DMS didn't want you disclosing the boyfriend letter?

A. Yes.

Q. But you did?

A. Yes, I did.

Q. Was it later on that day that she made the first accusation against you?
A. Yes, sir.
Q. How did you feel when you heard her say that you had raped her?
A. I was very upset. And when we were driving, I told my wife, "We have to go to cops to make sure to clear this mess, because this one is going to hurt us."
She said no. [redacted], she said no.
Q. Did you think [redacted] was just saying it for effect?
MR. EPPLIN: Objection to leading, Judge.
THE COURT: Sustained.
THE WITNESS: Because [redacted], she's doing it for --
MR. EPPLIN: Objection, Judge.
THE COURT: Well, he can respond. But, Mr. Rogalin, be more careful with your questions and don't lead the witness.
MR. ROGALIN: I'm trying, Judge, but there's a language barrier.
THE WITNESS: Say again.
Q. (By Mr. Rogalin) So what did [redacted] do in response to your disclosing this letter?
A. What she did?
Q. What did she do?

A. She was very upset.
Q. And what did her mom do?
A. Mom, she was upset too. She said, "You have promised us." It's exactly what I said she said.
Q. Were you looking at her grades at this point in time as well?
A. We pulled her grades in October 2018, before the allegation.
Q. And what were her -- she had gone back to a regular school; right?
A. Yes, sir.
Q. How was she doing in regular school?
A. Very poorly.
Q. Again?
A. Again.
Q. So you were going to be putting her back into homeschooling?
A. That's why she was (inaudible) to do the allegation, because I was trying to put her in homeschooling. That's why.
Q. You heard her testimony. She didn't like being homeschooled and she didn't like to have to stay at home.
Was she required to stay at home?
A. Say again. She acquired?
Q. Was she required -- did you guys, did you and Tammy,

tell her she could not leave the house?
A. Only for doing her homeschooling and homework. After that time, she's free.
Q. Would you let her date boys if she did her homework?
A. Date boys at 16? I wasn't allowed her. That's why I did. I did not allow her to do it, because it's going to lead her to gonna be pregnant and she's going to lose her whole life.
Q. That was what your belief was?
A. That was my belief, yes.
Q. The second time you went to Morocco, what changes were made to the house?
A. Which changes -- in which house? This one?
Q. The house in Morocco, your mom's house.
A. We bought a fence. We bought tiles and flooring and roof. We put new kitchen. And that's it. That's what we did.
Q. Is that something you financed, or did your --
A. I did.
Q. You paid for it?
A. Yes, sir.
Q. Okay. When did you arrive in Morocco for the second Moroccan trip?
A. I don't remember exactly the date. It was in the summer, like June, something like that. I don't know

exactly the date.
Q. Okay. And when did you come back to Oklahoma?
A. August. Two months. We stayed there for two months.
Q. Okay. During that time period, how often did DMS see Zouhar?
A. First -- first 15 days, 20 days, she did not see him, because I was busy with the project I have at the house. And also, I have conference in Marrakesh, and I did not have a chance to do it.
Then Mom, she get ill, and we took her to, like, several doctors to make sure that she could get back to her feet. And after 20 days, she said, "Dad, you promised me to take me to Zouhar." We drove 120 miles to 150 from home, all the way to Casablanca, and she visit him, and we came back to capitol. Then we went to country.
Q. How many people were in the house at the time you and DMS were visiting there?
A. Between 11 and 13 people.
Q. All in that little house?
A. Yes, sir.
Q. Would they leave during the day or would they all stay there day and night?
A. All on farm.
Q. Did you ever sleep on the roof alone with DMS?
A. No, sir.

Q. When it was hot, did everyone get up on the roof?
A. In 2016, yes. 2017, no.
Q. Why didn't they get up on the roof in 2017?
A. We were working on the flooring.
Q. Is that part of the job you were doing there?
A. Yes, sir.
Q. You were doing physical labor?
A. It's not me. I hired some people to do it. One person to do it.
Q. Okay. And in the second Morocco trip, you went to Marrakesh for how many days?
A. For two days.
Q. And did DMS go with you to that?
A. No, sir.
Q. When you went to Marrakesh on the second Moroccan trip, did you go alone?
A. With my brother.
Q. The questions I'm sure everyone wants to hear your testimony on is concerning the operation at the doctor's.
How did that even come about? How did you think about going to the doctor with DMS?
A. Can I explain it?
In 2016, I attend my niece wedding. And in my culture, usually in Morocco, you cannot have any sexual relationship until you married. To be honest and

(inaudible) family and stuff, you have to bring something to show the people, yeah, this girl she never been -- have sex with anyone. To bring some stuff is her blood. That means she has relationship with her man. And when she saw that blood, she said, "What are you talking about?" I said, "The only way you're going to get married here, you have to have cherry."

Then, in 2016, she did not say one word. In 2017, she said, "Dad, I've been raped either when I was two years old, three years old, or four years old." I said, "What do you mean?"

MR. EPPLIN: This is hearsay.

THE COURT: Sustained.

Q. (By Mr. Rogalin) Just let's answer just the question and I'll ask you another question.

A. Uh-huh.

Q. So, in 2016, there was no talk about the operation with the doctor?

A No, sir.

Q. How did you find this doctor?

A. We walk in city and we walk shopping, and I saw a sign flashing at night. And the next day, we went to the doctor.

Q. And did you check this doctor out to make sure he was okay?

A. I went there and we talked to him for, like, 15, 20 minutes, then we left. We did not do any operation or anything. He said, "I am busy. You have to come back in a week or two."

We went back in one week. She was pushing very hard. She wanted to marry Zouhar. And every day she's pushing very hard to go back to the doctor. Finally, it reached one week. She said, "You lied to me." I said, "[redacted], I am not lying to you. I do not have time to go back."

We went back and we did the operation.

Q. You heard [redacted] talk about the operation.

Were you there in the room with her?

A. No, sir. The doctor asked me to do so. I told him I cannot see my daughter; her privacy.

Q. Do you know whether she was tied down to an operating table?

A. I didn't know anything. Only between me and her is like fence, like I am giving her (inaudible) and translate to the doctor whether she's happy or not.

Q. Okay. The doctor did not speak English?

A. Just a little bit. His wife, yes, because she's from east Europe.

Q. Okay. And after the operation, where did you guys go?

A. Straight home.

Q. Was she feeling poorly?

A. No. She was playing with [redacted] and the kids.
Q. That's when she got back?
A. Yeah.
Q. Did she tell you she was having problems with the operation at any point in time?
A. She was told me she hurt a little bit in the beginning. Second time, she didn't. She said, no, she did not hurt.
Q. Was that after the second operation or the first operation?
A. First operation, she told me she was hurting a little bit and stuff.
Q. Then she went back to the doctor?
A. After, like, ten days, he said, "You have to come to check with me before you leave the country," and we went back and he checked her. That cherry did not work. He did, like, another with laser. And he said, "You have to come back after five days," because seven days we're going to leave. And when he checked with that laser, also, it did not work.
Q. Okay. You were there for about 60 days?
A. Two months, yes.
Q. At what point in the trip did you get a call from Tammy saying that the Yukon police were making allegations against you?

A. Second trip.
Q. Same trip, but when in the same trip?
A. I want to call like 20, 22 days, when we were in Morocco.
Q. And when did you get the operation done for [redacted]?
A. We have only like less than 19, 20 days left.
Q. If you thought that there was any merit to the allegations against you of rape, would you have come back to the United States?
A. No way, sir.
Q. You could have just stayed in Morocco and everything would have been fine?
A. Yes, sir.
Q. Did the doctor tell you anything about whether the operation would be something that you could perceive if you underwent an examination?
MR. EPPLIN: Objection. Hearsay.
MR. ROGALIN: Withdraw it, Judge.
THE WITNESS: Say again.
THE COURT: There's no question.
Q. (By Mr. Rogalin) During the Morocco -- second Moroccan trip, did you ever sexually abuse your daughter?
A. No, sir.
Q. I'm talking about [redacted].
A. [redacted], yes.

Q. When she came back, was she well fed and well nourished?
A. Yes, sir.
Q. Was she looking healthy?
A. Yes, sir.
Q. Was she sick?
A. No.
Q. Was she agitated?
A. DMS, she hardly gets sick. No.
Q. Did you ever tell her not to tell anyone that you were abusing her sexually?
A. No, sir.
Q. Did you ever threaten her?
A. No, sir.
Q. Did you ever tell her you would kick them out of the house, her and her mom?
A. I said, "If you're pregnant, yes. I don't want any pregnant woman in my house."
Q. So that was the threat to kick her out?
A. Only if she's pregnant. If not, she's free to stay, like, 20, 25, 30 years. And only she has to go to school.
Q. When you got back, DMS had to go to the CART House to talk to some people; is that correct?
A. Yes, sir.
Q. You knew that?

A. Yes, I know.
Q. But you didn't bring her?
A. No, I didn't.
Q. Did you have a chat with her or talk with her before she went there?
A. No, sir.
Q. Did you ever give her any directions whatsoever on what to say?
A. No, sir.
Q. How many jobs were you working to support that family?
A. A lot. One part time in Texas Tech in mathematics and petroleum. Worked for Uber and Lyft. You know, that's what I do.
Q. How many hours a week did you work?
A. 20 hours, I have to. And 20 hours, I have to. And Uber, I have to drive Thursday, Friday, and Saturday.
Q. So how many hours did that break down to on Uber per week?
A. Uber, between 40 to 50.
Q. So you're working 80 to 90 hours a week?
A. Yeah. Like what you do in the oilfield too.
Q. Did you ever go into DMS and H.S.'s bedroom and molest DMS while H.S. was still in the room?
A No, sir.
Q. Would you have been able to stand up on the bed and

reach over and molest her?
A. No, sir.
Q. Why not?
A. Because her bed is tall. I am -- I was weighing 235 pounds. The light is always on in the girls' room and boys' room and kitchen. And H.S., she has sensitive ears. When I scream, just scream just a little bit in my room, she will tell, "Dad, you have to slow down. I hear you." From my room all the way to her room.
H.S., she has sensitive ears. The first thing you put -- you step your feet in her room, what she's going to do? "Who's there?"
Q. Why do you think -- the big problem with DMS concerned her grades and boys; correct?
A. Yes, sir.
Q. Was she rebellious against those issues?
A. If she's doing poor in school, yes, but if she's not doing poor in school, I usually close my eyes.
Q. Okay.
MR. ROGALIN: I pass the witness, Judge.
THE COURT: Mr. Epplin?

CROSS-EXAMINATION

BY MR. EPPLIN:
Q. Sir, the second time you went to Morocco with DMS you believe was in June of 2017?

A. Yes, sir.
Q. [redacted] was still 15; is that correct?
A. Yes, sir.
Q. You mentioned that you did not believe that a 16-year-old should date; is that correct?
A. I did not say "believe." I said if she's doing good in school, I will close my eyes, just like I said a few minutes ago.
Q. So I thought I heard you say, before that, earlier in your testimony, 16-year-olds shouldn't date; is that correct? Or did I mishear you?
A. Maybe. I said if she's doing poor in school.
Q. That's what you said the second time. I'm just asking if I misheard you the first time.
A. Maybe, yes.
Q. Do you think a 15-year-old, though, should be engaged?
A. 15 should be engaged?
Q. Yes.
A. That's why I said it.
Q. No, I'm asking. Do you think a 15-year-old should be engaged?
A. If she loves someone, yes.
Q. Okay. And she had met Zouhar -- it sounds like during the second trip, she had met him for one day.
You drove 100 to 150 miles?

A. To Casablanca, yeah.
Q. And that's the only time they spent together during Morocco Number 2; right?
A. No. No. That one is she's pushing very hard.
Q. Just "yes" or "no." Is that correct?
A. No.
Q. No? Okay.
How much time did they spend together the first trip?
A. The first trip, I would call three to four times.
Q. Three to four days. Okay.
A. Times.
Q. And the plan was for -- well, there were only 21 days, and you were explaining them away left and right.
So there were multiple days, three to four days, three to four times, several days? How many total days? That's my question.
MR. ROGALIN: Objection, Your Honor. Compound question.
THE COURT: Overruled.
Q. (By Mr. Epplin) How many total days did they spend together during Morocco 1?
A. Three to four days.
Q. Okay. And Zouhar was your friend Mohammad's son; correct?
A. Yes, sir.

Q. You grew up with Mohammad?
A. No.
Q. How long have you known Mohammad?
A. Around 19 years.
Q. Okay. How did you meet Mohammad?
A. He was a friend of my friend.
Q. And the plan was that DMS would get married at 18; is that correct?
A. That's what she planned.
Q. That was the plan; correct?
A. That's her plan, yes.
Q. Okay. And you said you supported the plan?
A. Support the plan if he's doing a good job and to come to do school.
Q. It's just a "yes" or "no."
Did you support the plan?
A. Yeah. I support my daughter, of course.
Q. Thank you.
And he was going to then come to the United States; correct?
A. Yes, sir.
Q. And DMS, your testimony is, had strong feelings for Zouhar; correct?
A. Yes.
Q. She wanted to marry him; correct?

A. Yes, sir.
Q. And that was after Morocco Number 1; correct?
A. Yes.
Q. She was already talking about this; right?
A. Yes.
Q. But, you know, in the meantime, you're concerned about all of these other boys apparently too; is that right?
A. Uh-huh.
Q. Okay. And you talk about the phone call that happened during Morocco Number 2.
You had a phone; correct?
A. Yes.
Q. DMS did not have a phone; correct?
A. No, sir.
Q. You were present when she made the call to Yukon; correct?
A. Yes, sir.
Q. And you heard what she said to the police on the phone call; correct?
A. Yes.
Q. Now, with regard to the surgery, there were two surgeries; correct?
A. Yes, sir.
Q. You paid for both of them; right?
A. I paid for one, and the second one -- because the

first one, it did not work, the second one was free.
Q. The second one was free. Okay. You paid for the first one?
A. Yes. That's basically his process.
Q. So if you botch the first surgery, you get the second free at this place where they do this procedure? Is that what I'm hearing?
A. To make sure that his operation is going to be working.
Q. But it didn't. They actually did a second surgery?
A. Yes.
Q. And your testimony is that 15-year-old DMS wanted those surgeries; correct?
A. Yes, sir.
Q. And you, as her -- you described yourself as her father. You wanted her to have those surgeries because that's what she wanted; correct?
A. That's what she wants. That's why I get -- she have.
Q. And you're familiar with the type of procedure it is; correct?
A. Uh-huh, yes.
Q. You talked to the doctor, you mentioned, beforehand; correct?
A. Yes, sir.
Q. Did you go into the operating room and the doctor show

you around?
A. No, sir.
Q. But you knew that it would involve the doctor and you knew that the doctor would not use what's called general anesthetic, did you not?
A. No, I did not.
Q. Did you think he was going to use general anesthetic?
A. He told me he's going to do it.
Q. Okay. So her testimony was that there was no general anesthetic.
How long was the procedure?
A. I didn't know. Like, 30 minutes or so.
Q. So you think that he would have used general anesthetic and then 30 minutes later she would have been awake and good to go?
A. He used it only in that area. That's why he use it.
Q. Local anesthetic?
A. Yes. That's what he did.
Q. And you heard -- so, in other words, she wasn't all the way asleep?
A. No.
Q. Okay. And you knew that going into the procedure. That was your understanding; right?
A. Yes, sir.
Q. And you knew that that would involve him essentially

stitching her vaginal area; correct?
A. That's what he told her and that's what she was agreeing with.
Q. Now, he told her he didn't speak much English?
A. His wife, she's from east Europe. She speak English.
Q. Did he speak much English?
A. His wife, she's speaking.
Q. Did he speak much English?
A. Just a little bit.
Q. Thank you.
Now, she testified that you spoke with the doctor and you served as a translator for the doctor, but you're saying that is not true; right?
A. No, I did. I told her, yes, I translated to the doctor.
Q. Okay. So you weren't in the room when she talks about her right arm getting tied down?
A. I wasn't in the room. I did not --
Q. You weren't in the room when she told this jury her left arm got tied down, were you?
A. Yeah.
Q. You were in the room?
A. With her?
Q. Yes.
A. In the surgery?

Q. Yes.
A. No, I wasn't.
Q. You weren't in the room when her right leg and left leg got tied down, were you?
A. No.
Q. You weren't in the room when she said she was screaming from pain from the stitch being pulled, were you?
A. No.
Q. But the second surgery that she apparently also wanted, you weren't in the room that time either, you say?
A. No.
Q. Okay. And she wasn't planning on getting married until she was 18; correct?
A. Yes, sir.
Q. And the surgeries happened during your second trip to Morocco; correct?
A. Yes, sir.
Q. And you learned of the investigation from the Yukon Police Department during the second trip to Morocco; correct?
A. Yes, sir.
Q. Mr. Rogalin asked you if you had called your wife fat, and you indicated that you had, in response to her calling you fat; correct?
A. Yes.

Q. And did I -- I want to make sure I heard you right.
Did you say, when you called her fat, you were not trying to belittle her?
A. Yes.
Q. Okay. You talk about the incident on the couch during homeschooling; correct?
A. Yes.
Q. Obviously, that happened on a day when just you and DMS were at home; correct?
A. Yes.
Q. So at least, on that occasion, you were at home alone with DMS; right?
A. For a very short time.
Q. Just answer the question.
A. Yes, sir.
Q. Thank you.
And you, in fact, indicated that you were in charge of homeschooling DMS for some subjects; correct?
A. Math and science. Yes.
Q. Okay. And you would agree that there were times when your wife would go to the store; correct?
A. Yes.
Q. When she would go to the gym; correct?
A. Yes.
Q. When she would sleep; correct?

A. Uh-huh, yes.
Q. We talked about the CART House.
At the time DMS went to the CART House the first time, you lived in the home; correct?
A. Yes, sir, part time.
Q. When you weren't in Texas, you say; correct?
A. Yeah, if I am not in Texas. Yes.
Q. You heard DMS's testimony, and you deny that you ever raped her; correct?
A. Yes, sir.
Q. You heard that, on a previous occasion, your wife made a sworn statement that you were sexually abusive and forced unwanted sex towards her.
Do you deny your wife's sworn statement?
A. Can you repeat the question?
Q. Do you deny your wife's sworn statement that you were sexually abusive towards her and forced her, your wife, into unwanted sex?
A. Yes, sir. Yes.
Q. Do you deny her sworn statement that you had been physically and verbally abusive towards her, towards your wife?
A. Only like what she said, two times.
Q. So you agree that on two times you had been physically and verbally abusive?

A. Verbally, she start it and I push her back. That's it.
Q. Do you deny your wife's sworn statement that you had threatened to kick her and DMS out of the house?
A. If she gets pregnant.
Q. Can you just say "yes" or "no"?
A. Yes, sir.
Q. You do deny it or you don't?
A. Yes, I do. No, I do not deny it. I said it.
Q. Okay. And, in fact, you heard the testimony that, from DMS and your wife, that you had, in fact, kicked them out of the house before; correct?
A. Yes, I did.
Q. You heard your wife's testimony that you could be manipulative.
Do you agree that you can be manipulative?
A. To some extent, yes.
Q Do you agree that you can be controlling?
A. To some extent.
Q. And you've told this jury that, during this time period, you were working hard, you were the financial support for the household; correct?
A. Yes, sir.
Q. During this time period, Tammy wasn't working; right?
A. Partially, because, in 2016, she worked all the way to

summer. And in -- after -- when [redacted], we put her for homeschooling, I said, "You cannot work. You have to stay with [redacted]."

Q. So 2017, she was not working; correct?

A. Yes, sir.

Q. You heard [redacted] talk about a time, at least once, when you held her down and raped her and then ejaculated onto her stomach.

Do you deny that you did that?

A. Yes, sir.

Q. You heard your wife acknowledge telling Lieutenant Brugh that you had held her down, "her" being your wife, and ejaculated on her stomach.

Do you deny that?

A. Yes, sir.

Q. You heard [redacted] say that sometimes, after raping her, you would tell her you were sorry.

Do you deny doing that?

A. Yes, sir.

Q. You heard -- did you say that's true or you deny it?

A. I deny it.

Q. Okay. You heard your wife say that she told Lieutenant Brugh that sometimes, after you raped her, your wife, you would say you were sorry.

Is that true?

A. No.
Q. You heard DMS tell this jury that you raped her with your fingers in her vagina and anus.
Is her statement true?
A. False.
Q. You heard your wife acknowledge to telling Lieutenant Brugh that you had used your fingers to rape her.
Was that true?
A. No. False.
Q. You heard DMS testify that you would place your hand over her mouth to keep her from screaming.
Is that true?
A. False.
Q. You heard your wife testify that she told Lieutenant Brugh that you would place your hand over your wife's mouth to keep her from screaming.
Was that true?
A. False.
Q. You heard your wife testify to this jury today that you forced your penis into your wife's mouth and choked her with your penis. She testified today that that was true.
A. Yes, sir.
Q. Is that true?
A. Yes, sir.
Q. So you forced your -- and that was an act of force, as

you say?
A. It's not act of force. It's pursuing to have sex with your wife.
Q. That was foreplay, I guess.
A. Yes.
Q. Is that what I'm hearing? Choking your wife with your penis.
We heard DMS testify that you would bite her breast or nipple.
Is that a true statement?
A. Can you repeat the question?
Q. Did you bite DMS's breast or nipple?
A. No, sir.
Q. We heard your wife's testimony that you, on one occasion, bit her breast, "her" being your wife.
Is that true?
A. Yes, sir.
Q. The bunk bed in your house in Yukon, how would DMS get to the top bunk?
A. She has to get beside the bed and start to go to the top.
Q. Would there be anything -- you indicated it would be impossible for you to get to the top bunk?
A. Yes, sir.
Q. So it's possible for DMS to get to the top bunk but

not possible for you.
Is that your testimony?
A. Yes, sir. Two hundred and --
Q. Okay. Thank you.
THE WITNESS: Can I explain?
THE COURT: No. Just answer the question.
THE WITNESS: Okay.
Q. (By Mr. Epplin) You heard the testimony about the backpack incident where you found the note; correct?
A. Yes, sir.
Q. When you found that, your wife was at the grocery store; correct?
A. Yes, sir.
Q. This is after you say DMS was engaged to Zouhar; correct?
A. That's right.
Q. Correct?
A. Yes.
Q. Did you start screaming and yelling during this incident?
A. Not that much.
Q. Would you describe yourself as calm during the incident?
A. Not that calm but not that screaming.
Q. How would you describe yourself during that incident?

A. I was very upset because her grade was failing poorly.
Q. And she said, "Mom, I have to tell you something"; correct?
A. She said it, yeah.
Q. And she wanted to tell your wife outside of your presence; right?
A. Yes.
Q. But your wife wouldn't let her; she had to tell her in front of you; correct?
A. Yes, sir.
Q. And then she ran out of the house and returned; correct?
A. For four hours, yes.
Q. And you and your wife and [redacted] went for a drive; correct?
A. Yes, sir.
Q. With regard to the physical abuse, you heard [redacted] testify that you would hit her in the arm and the head; correct?
A. No, sir. Yes, she said it, but I didn't do it.
Q. You heard that Tammy had stipulated to being a victim also of physical abuse, at the juvenile court; correct? You heard her testimony?
A. Yes.
Q. And you deny her testimony? You disagree with your

wife; correct?
A. About what?
Q. About the fact that you physically abused her and sexually abused her, as was alleged in the petition?
A. I deny this.
Q. Okay.
MR. EPPLIN: No more questions.
THE COURT: Mr. Rogalin?

REDIRECT EXAMINATION

BY MR. ROGALIN:
Q. Mr. Sims, you were present during the procedure that DMS underwent in Morocco with a Moroccan doctor; correct?
A. Yes.
Q. You were behind a screen?
A. Like a what's called like a screen, but it's not a screen. Like, separation between his office and the operation.
Q. Could you hear what was going on in the next area?
A. Yes, sir.
Q. Did you ever hear her scream?
A. No, sir.
Q. Did you ever hear her say, "No, stop"?
A. She said "ah" like two or three times, and then she stopped.
Q. Okay. Those are the only noises that you heard?

A. Yes, sir.
Q. That was the first time she got the operation?
A. Yes, sir. Second time it was a laser. It wasn't stitching.
Q. Okay. There were times when you were alone at home with [redacted]. How long would those periods of time be?
A. Very short time.
Q. It's your position that you did not sexually abuse your wife; correct?
A. No.
Q. Did you sexually abuse your wife?
A. No, sir.
Q. Okay. Is that something that you guys talked about?
A. Like what?
Q. In your relationship. Did you discuss sexual things that you had done?
A. With my wife? No.
Q. Did she ever complain to you?
A. No.
Q. Did she ever tell you she didn't want to do that or felt uncomfortable doing that?
A. No, sir.
Q. Would you say you are more or less manipulative than Tammy?
A. Yes, sir.

Q. Are you more manipulative or less manipulative than Tammy?

A. I am a little bit more.

Q. You think you're more manipulative?

A. Than Tammy, yes.

Q. And controlling. Would you say you're more controlling than Tammy or less controlling?

A. She's more controlling.

Q. Counsel asked you how [redacted] climbed up in the bunk bed and asked if you could do it. You said no.

Why is it that you could not climb up the bunk bed?

A. I was weighing between 220 to 240. And I wasn't like this. I was very fat. And the only one climbing in bed has to be, like, kids or something. Like 110, 120 or something. And she was weighing like 98 or 100 pounds.

Q. Because you're just too heavy for the bed?

A. It's going to be off of my daughter, my [redacted], my young kid.

MR. ROGALIN: Pass the witness, Judge.

THE COURT: Mr. Epplin, anything else?

MR. EPPLIN: No, Your Honor.

THE COURT: All right. Mr. Sims, thank you. You can step down.

Okay. Ladies and gentlemen, let's call it a day. If you all could be back in the lobby at 8:50

tomorrow morning, we will hopefully get started right at 9:00. I still anticipate that we will finish tomorrow. Okay?

Keep your badges on until you get to the car, and be sure and put them back on when you get in the parking lot tomorrow.

Remember my admonition not to speak to anybody about the case or allow anyone to speak to you. Okay?

I'll see you tomorrow morning.

*(Jury exits courtroom.)*

THE COURT: All right. We will be in recess until tomorrow morning at 9:00.

*(Day Two concluded. For further transcription, see Day Three.)*

* * * * * * * *

C E R T I F I C A T E

STATE OF OKLAHOMA )
) SS.
COUNTY OF OKLAHOMA )

I, Julee Thummel, Certified Shorthand Reporter, within and for the State of Oklahoma, duly appointed and qualified reporter in the District Court of Canadian County, State of Oklahoma, do hereby certify that the foregoing transcript in the above case is a true, complete, and accurate transcript of my shorthand notes so taken on December 3, 2019, before Judge Paul Hesse.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 17th day of March, 2020.

Julee Thummel, CSR #1834

Julee Thummel
State of Oklahoma
Certified Shorthand Reporter
CSR # 1834
My Certificate Expires 12/31/20

- . -

.116 [1] 2:15
.143 [1] 2:16
.150 [1] 2:16
.157 [1] 2:18
.194 [1] 2:19
.211 [1] 2:19

- 1 -

11th [1] 162:9
1200 [3] 97:7; 176:13; 179:13
13-year-olds [1] 91:4
15-minute [2] 153:15, 25
15-year-old [3] 195:16, 20; 199:12
15th [1] 5:25
16-year-old [1] 195:5
16-year-olds [1] 195:10
17th [1] 215:17
1834 [1] 215:20
19-hour [1] 7:16

- 2 -

2001 [2] 82:16; 83:20
2002 [1] 82:17
2006 [1] 98:2
2007 [2] 100:10; 158:18
2008 [3] 158:19, 21, 24
2011 [1] 58:4
2013 [5] 58:13; 98:6, 10; 126:2; 171:17
2014 [2] 29:2; 98:10
2015 [1] 161:12
2015-2016 [1] 171:10
2016 [26] 5:16, 19; 6:5; 101:21; 103:6; 106:3, 5; 164:1; 165:11; 168:1, 2; 170:11, 16; 172:8, 9; 175:17, 23; 176:5; 177:23; 182:14; 187:2, 23; 188:8, 17; 205:25
2017 [20] 5:17; 32:16, 19; 69:23; 109:5; 114:8, 9; 117:9; 133:9; 146:19; 167:20; 168:2; 172:8; 176:7, 14; 187:2, 3; 188:8; 194:25; 206:4
2018 [16] 32:16; 83:21; 108:8; 114:3, 11; 124:25; 132:15; 148:10; 162:5, 6, 7; 176:14; 179:3; 184:7
2019 [16] 1:14; 56:6; 61:7; 69:25; 91:24; 118:8, 12, 15, 17, 22, 24; 119:3; 120:7; 121:24; 150:22; 215:15
2020 [1] 215:17
28th [4] 45:19; 56:6, 12; 69:23

- 3 -

35,000 [1] 179:4

- 4 -

40-hour [3] 58:5, 15; 68:6

- 7 -

73036 [1] 1:20
73102 [1] 1:22

- A -

able [13] 10:20; 12:25; 58:10; 71:15; 72:15, 16; 73:6; 74:16; 76:11, 20; 101:9; 110:5; 193:25
abnormal [5] 60:5; 90:22, 23; 91:7
abnormality [1] 63:2
abortion [1] 112:2
About [4] 134:4; 151:24; 211:2, 3
about [185] 3:22; 8:14; 9:15, 18; 11:20; 12:13, 25; 15:13; 18:11; 20:19; 21:21; 22:11; 23:3, 17, 18; 28:3, 5, 18; 29:8, 9; 32:7, 17; 34:9, 11, 14; 37:2; 38:24; 42:13; 46:11, 12; 47:1, 21; 48:3; 49:8, 18, 20; 51:7, 12, 14; 52:11; 53:1, 17; 54:22; 59:4; 65:7; 66:23; 67:2; 72:5; 73:6, 18; 74:10; 75:25; 76:4, 8, 9, 17; 77:3, 7; 78:1, 8, 17; 80:3, 6, 8; 82:4; 83:23; 84:8; 88:4; 89:25; 90:10; 92:5, 6, 24, 25; 94:1, 11; 95:6, 7, 18, 25; 96:1, 2, 4; 98:5; 99:7, 11, 16; 100:18; 101:9, 25; 103:16; 104:17; 105:10, 12; 106:7; 108:8, 10; 111:3, 23; 112:15; 113:15; 114:23; 115:18; 119:21, 22; 120:18; 121:16; 125:7, 12, 16, 23; 127:13, 17, 18, 19, 20, 22, 23; 128:3, 24; 129:1; 130:2; 133:3, 23; 135:18; 138:21; 139:25; 142:9, 12, 17, 19, 21, 22; 145:10; 146:9, 13, 20; 147:24, 25; 148:9; 149:22; 152:23; 153:3, 15, 17, 20, 25; 154:1, 15; 163:24; 164:18, 19; 166:7; 168:10; 172:4; 174:22; 175:15; 176:3; 177:1, 5, 22; 180:9, 21; 187:20; 188:5, 17; 189:11; 190:21; 191:14, 24; 198:4, 6, 9; 201:16; 203:5; 204:2; 206:6; 209:8; 212:13; 214:8
above [1] 215:13
Absolutely [1] 88:24
absolutely [1] 54:21
abstained [1] 7:12
abuse [45] 23:9; 59:24; 61:12; 63:10; 64:1, 4, 9; 65:25; 66:25;

68:1; 70:22, 23; 73:4, 5; 74:6; 75:6, 9, 14; 76:14; 77:9, 16, 17; 78:1; 81:25; 82:13, 14, 19; 89:5, 16, 18, 23; 90:11, 21; 91:25; 92:11; 116:5; 123:25; 158:5, 7; 174:14; 191:22; 210:17, 22; 212:8, 11
abused [6] 72:2; 75:12; 76:3; 147:15; 211:3
abuser [1] 71:21
abuses [1] 42:12
abusing [5] 20:2; 107:22; 108:1; 177:2; 192:11
abusive [12] 43:11; 50:2; 102:21; 123:11, 13, 19; 124:3; 142:24; 204:12, 17, 21, 25
access [2] 136:9; 170:17
accommodate [2] 76:14
accommodation [5] 66:25; 75:6, 9, 17; 76:9
accomplish [1] 175:25
according [1] 138:12
accurate [4] 38:11; 50:23; 139:8; 215:13
accusation [2] 148:21; 183:2
accusations [2] 31:25; 59:12
accuse [2] 22:18; 162:19
aced [1] 12:8
acknowledge [2] 206:11; 207:6
acquired [1] 184:24
acronym [1] 66:12
across [8] 27:25; 40:3; 60:8; 69:11, 18; 70:5; 76:2; 138:11
actions [1] 95:24
Active [1] 73:1
active [3] 72:11, 25; 92:10
activities [2] 106:20; 169:8
activity [1] 109:21
Actually [1] 104:24
actually [14] 7:14; 30:7; 36:18; 41:25; 60:11; 69:8, 17; 90:23; 92:7; 105:9; 119:25; 158:21; 179:12; 199:10
acute [2] 59:24; 63:4
A. [1] 163:20
additional [1] 82:12
admission [2] 2:22; 50:25
admit [4] 10:16; 21:23; 39:5; 75:3
admitted [3] 23:16; 51:4; 137:2
admitting [1] 38:13
admonished [1] 3:18
admonition [4] 51:11; 80:5; 153:19; 214:7
adopt [3] 54:2; 116:25; 169:20
adopted [3] 32:1; 53:24; 116:23
adoption [4] 54:13; 55:2, 11; 100:21
adoptive [7] 55:8; 128:19; 137:7, 14, 20, 21; 138:2
adult [4] 58:3; 149:11, 23, 24
adults [1] 58:22
advances [1] 26:3
advantage [1] 59:9
advised [1] 145:21
advocacy [8] 59:9, 23; 60:7, 8; 70:2, 8, 9; 83:4
affect [7] 71:14, 21; 73:5; 76:20, 21; 78:3, 12
affected [2] 72:6
afraid [1] 47:19
African [1] 167:12
After [12] 30:19; 34:3; 114:25; 124:25; 125:3, 6; 133:2; 164:3; 171:25; 181:4; 185:2; 190:14
after [65] 12:1, 5; 13:16, 18, 22; 20:12, 18; 21:18; 27:1, 8; 30:5, 11; 34:6; 35:14, 23; 36:17; 37:5, 15, 20; 43:15; 44:10; 49:4, 8; 57:9; 67:12; 73:8, 16; 74:6, 7; 81:14; 96:25; 104:21; 106:3; 108:18; 109:7; 112:8, 12, 17; 114:4, 12; 115:22; 125:22; 131:19; 140:18; 148:20; 151:20, 25; 152:1; 153:17; 157:11; 159:13; 161:24; 162:1; 172:19; 176:9; 181:7; 186:12; 189:23; 190:9, 18; 198:2; 206:1, 16, 23; 209:14
afternoon [9] 40:15; 81:6; 91:13; 93:22; 96:12, 17; 116:11; 153:14; 154:12
afterwards [2] 101:14, 25
Again [12] 18:19; 49:2; 50:8; 51:11; 96:4; 101:7; 123:22; 125:24; 132:2; 134:1; 184:14, 15
again [26] 10:8; 31:8; 37:4; 49:11; 59:11; 73:2; 80:5; 88:13; 118:18; 133:9; 134:18; 141:10; 148:21; 149:8; 151:21; 152:12, 13; 159:15, 24; 183:21; 184:24; 191:19
against [21] 27:18, 22; 31:25; 32:3; 118:4; 124:19, 20; 126:1, 4, 5; 138:18; 140:7, 24; 142:3; 148:21; 155:6; 181:11; 183:2; 190:25; 191:8; 194:16

agencies [1] 70:13
agency [1] 69:16
agent [1] 3:11
ages [1] 67:24
agitated [1] 192:8
agree [20] 121:20, 22; 122:18; 123:10, 18, 20; 124:2, 7; 128:8, 9; 138:8; 151:5, 10, 24; 152:4; 181:21; 203:20; 204:24; 205:16, 18
agreed [3] 127:21; 138:6, 11
agreeing [1] 201:3
ahead [8] 4:15; 51:5; 67:9; 81:4, 11; 94:25; 109:1; 156:25
ahold [1] 31:13
aimed [1] 123:3
airplane [1] 165:16
All-American [1] 179:25
allegation [9] 105:25; 108:6; 109:15; 114:10, 14; 125:1; 148:5; 184:8, 18
allegations [14] 114:25; 115:15; 118:3, 7; 136:13; 137:22; 138:14, 18; 151:21; 158:7; 175:9; 177:2; 190:24; 191:8
alleged [4] 25:21; 107:21; 182:8; 211:4
alleging [1] 18:12
allow [6] 51:12; 80:6; 150:10; 153:20; 185:6; 214:8
allowed [18] 12:15, 16, 20; 13:4, 13; 29:10, 14; 66:4; 71:20; 95:16; 101:22; 106:24; 107:4; 113:2; 153:11, 12; 166:4; 185:5
alluded [1] 117:2
Almost [2] 13:2; 40:8
almost [8] 10:7, 10; 12:10; 35:14; 37:5; 43:22; 51:6; 177:25
alone [10] 104:4, 7; 108:25; 131:5, 7; 175:12; 186:24; 187:16; 203:11; 212:5
along [4] 89:19; 159:23; 160:11; 166:23
already [10] 20:2; 44:25; 60:17, 20, 22; 77:22; 99:15; 132:2; 135:11; 198:4
Also [2] 76:19; 165:22
also [28] 26:25; 28:1, 12; 36:9; 39:18; 40:19; 43:13; 57:18; 62:23; 69:9; 75:23; 77:7; 78:16; 84:21; 89:10; 123:19; 124:3; 136:5; 138:2, 18; 155:2; 157:21; 176:18; 178:19; 186:8; 190:19; 202:9; 210:22
alternate [5] 4:6; 52:3; 80:24; 94:18; 156:21
Always [1] 160:3
always [30] 19:1, 24; 21:13; 22:2, 4; 23:19, 20; 24:3; 27:9; 30:23; 33:5, 11; 36:19; 37:12; 43:3, 4, 18; 47:18; 50:2, 6; 95:17; 101:3; 110:6; 164:23; 177:16; 178:15; 180:14, 18; 194:5
American [3] 24:15, 17; 43:2
amount [3] 58:8; 63:14; 83:17
anally [1] 140:7
anatomy [2] 60:3; 63:3
anesthetic [5] 200:5, 7, 10, 14, 17
angry [2] 145:16; 148:19
animals [3] 169:24; 170:1, 2
ankle [1] 165:2
Anna [1] 115:10
announced [2] 93:8; 94:20
another [13] 3:18; 22:11; 113:5; 126:3; 128:13; 134:22; 136:20, 21; 158:22; 161:4; 169:21; 188:15; 190:17
answer [13] 7:7; 29:15; 102:19; 119:23; 120:4, 16; 134:12; 150:1; 170:15; 178:11; 188:14; 203:14; 209:6
answered [2] 138:9; 146:22
anticipate [3] 65:24; 93:23; 214:2
antithesis [1] 24:15
anus [3] 85:3; 86:19; 207:3
anybody [11] 12:21; 13:5; 19:6; 20:18; 51:12; 80:6; 142:8; 145:17; 214:7
anymore [2] 133:3; 141:6
anyone [8] 18:6, 11; 67:2; 153:19, 20; 188:3; 192:10; 214:8
Anything [1] 3:23
anything [37] 3:7; 7:10; 19:1; 30:21; 31:3; 33:20; 34:4; 47:1, 21; 50:18; 54:4; 60:5; 62:9; 66:21; 76:8; 88:15; 91:3; 92:5, 15; 96:2; 102:2; 108:14; 116:3, 4; 118:13; 121:16; 144:17; 145:4; 147:20; 162:14; 167:15; 171:3; 189:3, 17; 191:14; 208:22; 213:20
Anytime [2] 169:24; 171:11
anytime [4] 111:1; 115:4; 159:16; 168:13
anyway [1] 169:25
anywhere [1] 111:11

**apart** [2] 41:8; 74:23
**apologize** [1] 171:7
**apparently** [3] 180:6; 198:7; 202:9
**appearance** [2] 88:3, 13
**APPEARANCES** [1] 1:19
**appearing** [2] 1:20, 22
**appears** [1] 56:10
**applicability** [1] 66:16
**applicable** [1] 79:3
**applied** [1] 79:6
**appointed** [1] 215:10
**appreciate** [1] 103:14
**approach** [8] 37:23; 38:15; 42:9; 47:8; 54:16; 65:21; 71:10; 79:20
**appropriate** [7] 59:15; 66:1; 68:18; 69:14; 174:12
**appropriately** [1] 58:8
**approximately** [3] 58:9, 22, 25
**April** [18] 47:6; 61:7; 69:25; 83:21; 117:10, 11; 118:7, 12, 14, 17, 22, 24; 119:3; 120:7, 13; 121:23; 150:22
**Arabic** [3] 16:8, 9; 157:21
**Ardmore** [1] 84:2
**area** [23] 59:22; 60:5; 61:19; 62:1, 3, 6, 8; 63:3; 84:12, 13, 25; 85:3; 86:7, 16, 18, 21; 87:7; 170:21; 179:8; 200:16; 201:1; 211:18
**aren't** [2] 19:20; 138:16
**argued** [1] 123:16
**arguing** [1] 98:7
**arms** [2] 43:12; 113:14
**Around** [3] 5:16; 168:23; 197:4
**around** [31] 5:17, 21; 17:10; 19:1; 22:22; 27:17; 34:11, 13; 37:16; 44:3; 47:6; 49:11; 75:24; 85:24; 87:21, 23; 101:5; 108:19; 111:8; 113:12; 122:2; 124:15; 132:9; 158:7; 167:23; 168:24; 169:10, 24; 177:15; 178:23; 200:1
**Arranged** [1] 53:6
**arranged** [3] 53:7; 181:17, 20
**arrangement** [1] 115:8
**arrangements** [4] 115:6, 7; 163:7; 167:1
**arrive** [2] 164:1; 185:22
**arrived** [1] 163:6
**arriving** [1] 20:8
**ashamed** [1] 142:20
**asked** [40] 16:4; 29:12; 31:14; 36:16; 37:13; 45:14; 53:17, 18; 54:22; 83:19, 25; 99:10; 101:10; 102:2; 103:2; 106:21; 120:8, 18; 121:2; 122:15; 124:13; 125:7, 11, 22; 127:15; 133:6; 135:18; 146:9; 147:20; 149:22; 150:8, 9; 152:2, 11; 153:3; 160:11; 189:13; 202:22; 213:9, 10
**asking** [8] 37:7; 53:22; 68:17; 69:13; 125:16; 144:20; 195:13, 20
**asleep** [4] 27:11; 28:3; 129:16; 200:20
**aspects** [1] 88:16
**assault** [5] 57:19; 58:1, 21; 59:8; 63:10
**assaults** [1] 90:7
**assessment** [1] 59:20
**Assistant** [1] 1:20
**assume** [1] 93:18
**assumption** [1] 145:5
**Atlanta** [4] 7:18, 21, 25; 163:3
**attacks** [1] 138:3
**attend** [6] 15:16; 150:5; 175:22; 176:19, 22; 187:23
**attending** [2] 68:19; 81:20
**attention** [1] 15:19
**attest** [1] 92:8
**Attorney** [2] 1:20, 22
**attorney** [7] 4:19; 6:21; 135:8, 19; 136:11; 154:23; 155:13
**attorney's** [1] 173:23
**attorneys** [5] 3:4, 21; 51:17; 80:13; 154:11
**August** [7] 32:16, 19; 69:23; 112:15, 16; 114:7; 186:3
**Aunt** [1] 6:19
**author** [1] 39:10
**authoritative-type** [1] 76:7
**authorities** [1] 33:24
**authority** [2] 72:4; 74:12
**avail** [1] 156:10
**available** [1] 79:19
**Avenue** [1] 97:7
**awake** [1] 200:15
**awakened** [1] 129:15
**aware** [3] 109:10; 124:25; 137:21
**away** [19] 16:22, 23; 17:8; 19:7, 9; 44:20; 50:10; 107:3, 6; 115:19; 127:14, 20; 131:24; 149:17, 20; 161:15; 171:11; 178:25; 196:13

- B -

**B-o-a-n** [1] 67:18
**B-r-o-w-n** [1] 81:18
**Baba** [4] 45:4, 5, 7, 12

**baby** [3] 160:2; 163:20
**bachelor's** [1] 57:23
**Back** [2] 101:21; 148:15
**back** [133] 4:6; 6:18; 8:1; 9:25; 10:17, 20; 11:13, 14; 12:1; 13:10; 15:3; 21:18; 26:5, 16; 27:8, 21; 31:16; 32:12, 13, 14, 19; 35:17, 19, 25; 36:1, 5, 21; 37:15, 17, 18; 38:7; 40:1, 5; 51:8, 10, 18, 20, 24; 52:3; 60:22; 62:2; 70:9; 76:19; 80:3, 24; 85:2; 87:21; 88:3, 18; 92:25; 93:3, 19; 94:9, 19; 97:21; 99:20, 21; 100:5; 104:21; 106:4, 5; 109:5, 7, 23; 112:13, 14, 15, 18, 20, 21; 113:12, 20; 114:2, 4; 117:9; 124:12, 17; 126:2; 129:16, 19, 20; 131:25; 132:1; 133:9; 138:8; 139:11; 144:23, 25; 145:23; 146:19; 150:10, 11; 153:16; 156:21; 160:5; 161:23; 162:4, 9; 163:1; 164:6; 167:24; 171:25; 172:21, 22; 174:16, 17; 177:23; 178:23; 181:5, 7; 182:14; 184:9, 16; 186:2, 11, 15; 189:3, 5, 7, 9, 10; 190:2, 13, 16, 18; 191:8; 192:1, 22; 205:1; 213:25; 214:5
**backed** [2] 44:4, 5
**background** [1] 57:22
**backpack** [14] 37:21; 39:15; 108:17; 114:15; 125:3; 129:2, 19; 148:5; 151:20; 162:11, 12; 182:9; 209:9
**backpacks** [1] 108:13
**backward** [1] 182:15
**badges** [1] 214:4
**ball** [1] 41:4
**Barely** [1] 36:23
**barely** [3] 10:14; 12:16; 18:20
**barrier** [2] 85:23; 183:20
**base** [1] 86:4
**based** [3] 66:10; 84:16; 85:6
**basic** [2] 11:6; 68:6
**Basically** [1] 166:19
**basically** [12] 58:4, 14; 60:18; 68:1; 69:11; 75:21; 85:14; 86:13; 88:2; 152:11; 167:18; 199:4
**bathroom** [2] 166:11
**beach** [4] 104:4, 7; 166:12, 13
**beat** [1] 50:2
**beating** [1] 123:23
**beats** [1] 16:3
**became** [1] 137:21
**Because** [25] 6:7; 7:13; 11:18; 13:4; 23:5; 30:23; 31:1; 45:1, 9; 46:8; 50:5; 61:12; 77:15; 88:13; 91:1; 99:5; 106:13; 110:6; 114:18; 136:4; 138:18; 182:11; 183:13; 194:4; 213:16
**because** [84] 5:21, 25; 8:17; 9:19; 15:25; 16:20; 19:17, 24; 21:13, 25; 22:2; 23:9; 24:3; 25:15; 29:16; 32:4, 5, 17; 34:8, 15, 23; 35:15; 38:6; 39:25; 42:15; 43:15, 17, 18; 44:12, 17, 24; 45:1; 47:19; 48:15; 49:7, 9, 12; 50:9, 22; 71:4; 78:14, 17; 85:17; 89:9; 90:21; 99:17, 19; 101:12; 102:25; 103:11; 107:3; 108:21; 109:4; 113:23; 115:21; 122:22; 135:22; 136:3; 138:7, 13, 14; 142:9; 159:6; 160:3; 164:1; 166:17; 169:20; 170:18, 19; 172:22; 173:4, 8; 174:5; 176:21; 183:8; 184:19; 185:6; 186:7; 189:21; 190:18; 198:25; 199:16; 205:25; 210:1
**becomes** [1] 76:15
**bedroom** [12] 27:4, 7; 45:23; 102:14; 103:3, 5; 110:17; 124:11; 177:7, 13; 193:22
**bedrooms** [1] 103:2
**beds** [2] 44:5, 6
**been** [78] 3:15; 6:1; 35:12; 36:19; 38:1; 39:11; 41:16; 47:11; 50:2, 10; 57:9; 59:24; 60:17, 20; 63:13; 64:15, 17, 20; 67:12; 68:2, 3; 72:16; 73:9; 74:17; 81:14; 82:15; 83:25; 88:7, 10, 14; 92:10; 96:25; 97:25; 98:2; 103:18; 105:25; 108:7, 11; 109:2; 110:15; 113:5; 122:12, 13; 125:13, 14; 127:8; 128:13, 14; 130:7, 10; 131:12, 20; 134:2, 7, 20, 22; 138:2; 143:11; 145:4; 146:22; 147:2, 5; 148:23; 149:2; 151:2; 154:5; 157:11; 158:12; 161:11; 176:25; 182:8; 188:2, 9; 191:12; 193:25; 200:14; 204:20, 24
**BEFORE** [1] 1:15

**Before** [4] 3:6; 11:11; 171:17; 176:15
**before** [44] 7:14; 11:8; 12:2; 13:3; 20:18; 30:1; 35:20; 36:22; 47:1; 51:20; 55:11; 62:9, 15; 64:16, 23; 73:17; 80:16; 82:19; 92:10; 108:8; 120:9; 126:2, 8, 12, 14; 127:10; 128:5, 16, 18, 21; 132:14; 133:23; 148:8, 9; 152:3; 159:21; 171:17; 177:25; 184:7; 190:15; 193:4; 195:9; 205:12; 215:15
**beforehand** [1] 199:22
**begin** [1] 4:8
**beginning** [6] 19:3; 158:16; 159:1, 6; 161:11; 190:7
**BEHALF** [2] 2:2, 13
**behalf** [2] 1:20, 23
**behaviors** [2] 75:11; 106:1
**behind** [7] 43:14, 24; 44:1; 86:18; 113:12; 169:21; 211:14
**being** [32] 8:14; 12:12, 25; 22:8; 28:18; 29:3; 35:16; 70:13; 71:8, 15; 73:5; 74:12, 16; 76:20; 96:1; 101:9; 102:20; 107:1, 21; 127:20; 137:19; 143:23; 147:5; 148:20; 170:25; 175:2; 176:9; 184:21; 202:7; 206:12; 208:15; 210:21
**belief** [3] 14:5; 185:9, 10
**believe** [41] 5:16; 6:6; 7:18; 14:4; 15:11; 19:18; 23:7; 27:24; 39:11; 40:15, 19; 43:16; 47:6; 48:12; 49:2; 54:5; 61:8, 19; 67:6; 84:1, 5; 88:11; 90:18; 109:3, 4, 6; 111:7; 114:2; 115:25; 119:25; 123:9; 124:9; 132:4; 133:4, 6; 139:14; 153:4; 161:9; 194:25; 195:4, 6
**believed** [3] 72:23; 74:25; 76:23
**belittle** [1] 203:3
**belittling** [1] 171:23
**belly** [1] 85:2
**bench** [4] 38:17; 42:11; 54:18; 65:23
**beside** [2] 160:4; 208:20
**best** [4] 62:17; 69:15; 98:8; 101:11
**betrothed** [1] 22:1
**better** [5] 45:6; 106:16; 160:9; 170:5
**Between** [3] 25:20; 167:13; 186:18
**between** [28] 11:15, 23; 12:22; 27:1, 5, 22; 30:12; 37:14; 40:16; 44:5; 66:13; 86:19; 95:8; 96:7; 105:7; 109:22; 110:16; 144:17; 162:9; 163:11; 167:14; 180:15; 181:15; 189:17; 193:19; 211:16; 213:12
**bikes** [1] 101:4
**bills** [1] 135:12
**biological** [7] 32:4, 7, 9; 35:1; 55:7, 21
**biologically** [3] 55:4; 116:15, 21
**birth** [3] 55:3, 20; 83:20
**birthday** [3] 5:25; 35:20, 21
**bitch** [1] 99:23
**bite** [3] 142:3; 208:8, 12
**blood** [2] 188:3, 5
**blowing** [1] 59:14
**blows** [1] 17:11
**blue** [8] 41:21, 23, 25; 57:5; 81:10; 96:20; 97:16; 157:6
**BOAN** [2] 2:7; 67:11
**Boan** [6] 65:14, 24; 66:24; 67:18; 78:24; 79:16
**board** [1] 76:2
**board-certified** [1] 82:9
**bodily** [1] 134:16
**boil** [1] 95:10
**book** [4] 113:14; 120:19; 121:16; 122:22
**books** [3] 13:3; 106:22
**boss** [1] 99:24
**botch** [1] 199:5
**Both** [3] 5:10; 154:11; 174:23
**both** [14] 6:7; 40:1; 44:6; 46:9; 58:1; 89:13; 103:3; 112:22; 121:1; 132:8; 138:3; 174:23; 181:21; 198:24
**bottle** [1] 151:14
**bought** [6] 28:15; 33:4; 158:18; 167:20; 185:15
**boy's** [1] 148:20
**boyfriend** [6] 35:15; 101:18, 22; 108:18; 178:4; 182:21
**boyfriends** [3] 35:11; 95:14; 130:23
**boys** [31] 11:21; 12:13, 15; 23:1; 36:21; 37:2; 44:2; 95:17; 96:5; 101:9, 22; 107:3, 4, 6, 12; 108:19; 110:20; 111:1; 114:19; 147:25; 163:15; 164:9, 11; 166:11; 185:4, 5; 194:6, 14; 198:7
**Brahim** [45] 6:7; 10:9, 22; 13:19, 23, 25; 18:21, 24; 22:2, 16; 23:3, 5, 17, 18; 24:3; 25:1; 28:12, 13; 29:16; 30:12; 31:18; 32:4; 33:15, 16; 35:10; 37:5, 15; 38:25; 39:14; 42:23; 45:23; 46:3, 24; 48:25; 49:22; 52:21;

53:4; 54:2; 97:11; 100:16, 19; 103:25; 104:1, 3
**Brahim's** [2] 14:9; 52:19
**bread** [2] 41:6, 9
**breadwinner** [1] 135:16
**Break** [1] 115:8
**break** [10] 41:8; 51:6, 7; 153:14, 16, 25; 154:3, 13; 193:17
**breakfast** [1] 40:14
**breaks** [1] 13:14
**breast** [4] 142:3; 208:8, 12, 15
**breathe** [1] 169:5
**breeze** [2] 16:24; 17:9
**briefly** [1] 99:7
**bring** [15] 59:13; 60:21; 93:19; 94:8; 158:18, 23, 24; 159:23; 160:1, 11; 166:23; 169:20; 188:1, 3; 193:2
**broke** [4] 89:8, 9, 10, 11
**broken** [1] 89:12
**brother** [21] 16:19, 20; 45:13; 54:12, 13; 55:2, 3; 98:9; 163:13, 14, 21; 164:22; 166:24; 167:2; 169:12; 171:2; 172:19; 173:6, 9; 187:17
**Brother's** [1] 172:18
**brother's** [2] 172:14, 17
**brothers** [5] 13:6; 14:9; 29:9; 54:12; 104:2
**brought** [5] 13:17; 23:2; 45:23; 151:21; 177:6
**BROWN** [4] 2:5, 9; 57:8; 81:13
**Brown** [11] 56:24; 57:15; 62:23, 25; 63:20, 23; 65:8, 11; 81:5, 18; 92:17
**Brown's** [1] 65:7
**Brugh** [62] 3:10; 113:9; 117:3, 9; 118:8, 18, 21, 24; 120:7, 24; 121:23; 122:11, 19; 124:18; 125:11, 13, 14; 126:15, 22; 127:4, 8; 128:7, 8, 10, 24; 130:4, 17; 133:21, 24, 25; 134:3, 10, 15, 22; 139:7, 11, 16, 21, 25; 140:2, 8, 14, 20, 25; 141:7, 9, 16, 22; 142:4, 8, 14; 144:6, 7; 145:7; 150:21; 151:2, 5, 24; 206:12, 23; 207:7, 15
**bruise** [1] 95:23
**bruised** [1] 44:18
**bruises** [1] 43:12
**bruising** [2] 44:15, 22
**bruisings** [1] 44:16
**bubbles** [1] 59:14
**Buck** [1] 110:21
**build** [1] 59:13
**building** [1] 33:18
**bunk** [7] 27:25; 208:18, 19, 23, 25; 213:9, 11
**burden** [1] 93:13
**burned** [2] 50:21; 177:25
**burning** [1] 61:18
**business** [1] 6:10
**busy** [4] 10:6; 27:9; 186:7; 189:3
**butcher** [5] 46:5, 10; 177:6, 10
**butt** [1] 85:3
**button** [1] 85:2

- C -

**calculate** [1] 16:23
**call** [61] 3:6, 19; 4:2; 13:19, 23; 18:5, 7, 8; 31:10, 17, 20; 50:3; 51:9, 20, 24; 65:13; 80:16, 20; 81:1; 92:19; 93:3; 94:9; 96:13; 99:14; 100:5; 110:7; 111:20; 112:4, 12, 17; 113:19; 122:23; 126:7, 9, 10, 11, 13; 132:12, 17, 19, 21, 23, 24; 133:14, 21; 134:5; 156:17, 22; 157:1; 161:18; 171:12, 16; 174:14; 190:23; 191:3; 196:9; 198:9, 15, 19; 213:24
**Called** [5] 57:9; 67:12; 81:14; 96:25; 157:11
**called** [43] 3:16, 17; 13:22; 31:14; 34:23; 35:2; 46:8; 50:2; 68:23; 70:3; 75:5; 84:10; 87:15; 99:23, 24; 111:21, 25; 112:6, 9, 10; 117:8; 119:25; 121:24; 126:8, 12, 14; 132:25; 133:19; 136:9; 147:8, 10; 156:12; 158:10; 161:4, 12, 16; 179:1; 200:4; 202:22; 203:2; 211:15
**calling** [10] 45:8, 12; 93:22; 94:3, 7; 111:14; 114:1, 2; 134:4; 202:23
**calls** [4] 65:14; 81:5; 172:1, 3
**calm** [2] 209:22, 24
**calms** [1] 171:14
**came** [46] 9:25; 10:17, 20; 11:13; 13:2; 17:18; 21:18; 26:1; 27:7; 30:5; 35:17; 36:1, 5; 37:17; 40:5; 44:9; 46:4; 61:19; 95:19; 104:21; 106:23; 108:4; 109:7; 110:4, 10, 11; 112:13, 20, 21; 113:6, 8; 114:4; 115:4; 119:2; 120:25; 129:19, 20; 131:25; 132:1; 148:4; 150:4; 171:25; 174:16; 186:15; 192:1
**can't** [15] 5:14; 18:25; 35:9; 42:14; 47:5; 88:6, 14, 15;

89:16; 92:8; 114:18; 129:4; 141:5; 173:4
CANADIAN [1] 1:1
Canadian [3] 60:7; 70:3; 215:11
candidate [1] 175:21
cannot [7] 155:6; 168:3; 173:8; 176:20; 187:24; 189:14; 206:2
capitol [10] 8:13; 161:1, 2, 5; 164:6; 171:2; 172:21, 22; 173:10; 186:15
Captain [2] 31:24; 33:14
care [9] 6:10; 59:18; 71:21; 78:19; 99:1, 13; 100:9; 137:8; 169:10
careful [2] 168:12; 183:17
caregiver [3] 59:18; 77:4; 78:5
CART [39] 4:25; 5:3, 12; 20:19; 32:20, 22; 33:13, 24; 34:3, 7; 35:2, 5, 14; 36:15, 17; 45:18, 20; 57:20; 59:10; 60:7; 61:9; 62:10; 66:23; 70:3; 109:8, 10; 117:5, 7, 8, 12, 15, 17; 118:1, 4; 146:19; 192:22; 204:2, 3
Casablanca [2] 186:14; 196:1
Case [1] 1:5
case [24] 3:11; 31:15; 51:12; 63:7, 21; 66:3; 77:12, 15; 78:25; 79:2; 80:6, 8; 90:3; 91:14; 95:2, 3; 96:4; 127:22; 153:20; 154:20; 155:24; 156:7; 214:8; 215:13
cases [7] 59:23; 78:5; 82:1; 87:3; 88:5; 89:18
categorize [1] 14:23
caught [1] 148:20
cause [2] 86:23; 101:20
caused [2] 43:12; 92:12
ceiling [1] 89:10
Celsius [2] 168:23
Center [4] 62:10; 81:21; 82:9; 136:17
center [6] 59:10; 60:9; 70:3, 8, 9; 158:7
centers [3] 59:23; 60:7; 83:5
central [1] 148:2
certain [4] 58:8; 83:3; 86:1; 88:16
certainty [1] 92:11
Certified [1] 215:9
certified [2] 58:10, 18
certify [1] 215:12
CF-2019-188 [1] 1:5
chair [4] 57:5; 81:10; 96:21; 157:6
chairs [1] 157:8
chance [2] 17:23; 186:9
change [2] 107:17, 18
changed [5] 13:20, 22; 34:13, 14; 147:20
changes [3] 36:17; 185:11, 13
changing [1] 171:20
charge [1] 203:17
charged [1] 158:4
chat [1] 193:4
check [4] 40:10, 12; 188:24; 190:15
check-offs [1] 58:6
checked [3] 44:14; 190:16, 19
Chelsea [2] 6:19, 20
cherry [2] 188:7; 190:16
chicken [2] 41:7, 8
Child [2] 68:23; 81:25
child [74] 59:9, 23; 60:1, 6, 8; 66:21, 24; 67:25; 68:1, 10, 12, 15, 19; 69:1, 2; 70:2, 8, 9, 11, 13, 17; 71:14, 16, 18, 20, 25; 72:15, 16; 73:1, 8, 9, 13, 19, 22; 74:3, 5, 9, 16, 19; 75:5, 9; 76:6, 7, 10, 20, 21, 25; 77:3, 5, 15, 16; 78:6; 79:9; 81:25; 82:1, 13, 14, 19; 83:4, 15; 88:23; 90:21; 135:4; 142:22; 149:10, 11, 22, 23; 152:23; 153:3; 158:4, 7
child's [3] 73:5; 77:19; 78:11
child-friendly [1] 68:17
Children [1] 75:2
children [27] 59:1; 67:24; 68:10; 73:11; 75:12, 14, 21; 76:3; 77:8; 79:11; 82:20, 24; 111:9; 116:12, 15; 135:22; 136:23, 24; 137:2, 10, 15, 19, 22; 138:4; 149:17; 151:1; 179:19
Children's [3] 81:20; 82:8, 13
Choctaw [1] 1:20
choice [3] 40:18; 53:9; 145:25
choices [2] 143:23, 25
choked [1] 207:20
Choking [1] 208:6
choking [1] 141:21
choose [2] 154:22; 155:5
Christian [1] 98:18
Christmas [1] 115:8
cigarettes [1] 99:10
circle [2] 85:22; 86:4
circulation [1] 167:21
circumstances [2] 68:13; 73:13

City [6] 1:22; 57:17, 20; 58:4; 179:6, 8
city [7] 17:12; 160:24; 161:1, 4; 170:4; 188:21
clarify [1] 27:2
clash [2] 22:25; 23:3
class [3] 14:24; 170:23; 175:22
classes [2] 36:4; 159:15
classify [1] 84:12
clean [2] 103:2, 4
cleaned [3] 20:13; 27:17; 103:2
clear [5] 54:9; 55:3, 14; 162:24; 183:7
clearly [4] 145:10, 13; 168:18; 170:5
client [3] 93:24; 94:11; 154:1
climb [1] 213:11
climbed [1] 213:9
climbing [2] 19:18; 213:13
Clip [1] 133:20
clip [2] 125:10; 127:4
clock [4] 51:6; 85:1, 6; 92:25
close [9] 17:14; 97:20; 101:6; 160:25; 167:18; 171:19; 177:14; 194:18; 195:7
closet [4] 27:23; 43:14, 24; 44:1
clothes [1] 33:5
cobra [1] 168:9
coffee [2] 169:15; 181:3
collected [1] 63:5
College [2] 57:18; 82:7
college [1] 48:10
coloring [1] 44:19
Come [1] 42:10
come [56] 9:21; 15:3; 17:13; 20:23; 27:1, 9, 12; 32:12, 14, 19; 36:21; 40:9; 51:8; 69:12; 70:11; 73:3; 74:13, 15; 96:18; 99:9, 20; 101:14; 105:11; 107:4; 108:11, 12; 109:24; 111:12, 22; 112:14, 15, 18; 124:9, 10; 127:15; 150:9; 152:2; 153:16; 157:3; 162:4, 9; 164:6; 172:21, 22; 175:9; 176:24; 177:23; 178:23; 186:2; 187:20; 189:3; 190:14, 18; 191:8; 197:13, 19
comes [3] 100:5; 118:8; 161:24
comfortable [1] 60:20
coming [5] 59:9; 67:6; 95:11; 109:23; 110:12
comment [1] 123:9
Common [1] 30:16
common [5] 41:14; 65:1; 70:25; 74:3, 5
Common-law [1] 97:9
common-law [2] 54:6; 137:20
commonality [1] 75:22
communicate [1] 19:6
communications [1] 156:10
Community [1] 57:18
company [1] 99:13
complain [2] 12:25; 212:18
complaining [3] 11:20; 66:5; 95:9
complete [1] 215:13
completely [1] 36:24
Compound [1] 196:17
concentrate [1] 108:20
concentrated [1] 101:11
concern [1] 175:25
concerned [9] 9:18; 23:3; 78:7, 14, 17; 180:5, 20; 194:14; 198:6
concerning [8] 66:11; 86:6, 21; 94:12; 110:15; 156:6; 180:12; 187:19
concerns [5] 9:24; 76:22; 99:6, 7; 103:16
concluded [1] 214:13
conclusion [1] 17:14
conclusions [1] 90:17
conduct [3] 69:9, 17, 19
conducted [3] 67:23; 70:2, 22
conducting [2] 68:11, 16
conference [1] 186:8
confess [1] 23:20
confession [1] 91:4
confirmed [1] 90:20
conflict [6] 12:3, 22; 95:7, 8; 96:6; 101:20
confront [1] 23:18
confronted [2] 23:17; 39:17
confused [2] 11:4; 132:7
conservative [1] 96:5
consider [3] 35:3; 39:9; 58:24
considered [2] 74:24; 159:25
consistent [6] 64:9; 89:1, 15, 22; 95:23
consists [1] 58:5
consolidated [1] 70:15
constant [3] 123:5, 7, 8
constantly [1] 123:3
constitutional [2] 154:19; 155:3
consult [1] 62:23
contact [4] 21:17; 48:6, 8; 55:12
content [2] 38:21; 39:13
contents [2] 38:19; 39:6
context [3] 89:23; 134:5, 6

**continued** [4] 2:3; 21:18; 38:24; 104:21
**contradict** [1] 95:11
**contradictory** [1] 39:3
**control** [2] 31:18; 143:6
**controlling** [9] 126:21, 25; 127:2; 149:2; 205:18; 213:6, 7, 8
**conversant** [2] 18:2; 157:23
**conversation** [2] 111:22; 127:24
**converse** [1] 158:1
**convicted** [1] 145:4
**convinced** [1] 33:23
**cook** [5] 40:20; 41:18, 20, 23; 43:2
**cooked** [2] 42:1; 179:20
**cops** [10] 133:15, 19, 21; 134:4, 5; 161:12, 20, 25; 183:7
**copy** [2] 38:11; 50:23
**corn** [1] 168:15
**corners** [1] 44:6
**cornfield** [2] 168:14; 169:22
**corporate** [1] 99:14
**Correct** [43] 47:25; 61:16; 62:20; 63:15; 65:2; 77:3; 79:4; 88:21; 90:2, 13; 91:19; 92:3; 103:7; 116:24; 118:9, 11, 20; 119:1, 5, 16; 124:1; 125:5; 129:22, 25; 130:24; 132:16; 135:2, 17, 20, 23; 136:10, 12, 19, 22; 137:4, 11, 24; 138:1, 5; 139:9; 150:23; 151:4; 209:17
**correct** [184] 4:22, 25; 13:7, 20; 14:3, 12, 17; 15:2; 16:8, 11, 14; 18:6; 20:5; 21:6, 9; 22:21; 23:6, 8, 22; 24:5, 21; 25:12, 18; 30:13; 31:5, 11; 33:14, 25; 34:18, 21, 24; 35:3, 21; 36:2; 38:5; 41:11, 13; 42:25; 47:17, 22; 50:20; 53:12, 25; 54:14; 55:2, 21; 61:15; 63:14; 64:21; 65:1; 70:6; 78:25; 102:13; 103:6; 106:4; 109:8; 116:13, 16, 21, 23; 117:3, 13; 118:10, 19, 25; 119:4, 9, 11, 15, 20; 120:16; 122:12; 123:25; 124:19, 23; 125:1, 4, 8; 126:4, 7, 9, 11, 13, 16; 129:21, 24; 130:5, 14, 23; 132:15; 134:18; 135:1, 13, 16, 19, 22; 136:9, 11, 14, 18, 21; 137:3, 10, 12, 15, 23, 25; 138:4, 16; 139:8, 9, 12; 144:7; 145:19; 149:11, 20; 150:22, 24; 151:6, 14; 152:24; 153:1; 157:19, 23; 158:5, 14; 160:15, 22; 165:15; 166:2; 174:5; 177:20; 192:23; 194:14; 195:2, 5, 11; 196:5, 24; 197:8, 10, 20, 23, 25; 198:2, 11, 13, 16, 19, 22; 199:13, 17, 20, 23; 201:1; 202:13, 16, 20, 24; 203:6, 9, 18, 21, 23, 25; 204:4, 6, 9; 205:12, 22; 206:4; 209:9, 12, 15; 210:3, 9, 12, 15, 19, 22; 211:1, 12; 212:9
**correctly** [1] 62:17
**couch** [12] 25:21, 24; 26:17; 43:23; 110:6, 9; 113:7, 10; 120:18; 121:1; 180:5; 203:5
**couches** [1] 25:22
**Could** [5] 86:12; 97:14; 145:10; 175:15; 211:18
**could** [58] 9:21; 10:8, 25; 11:2; 13:25; 16:24; 17:9; 19:19; 22:7; 25:4; 37:8, 11; 40:20, 22; 45:10; 50:10, 11; 57:13; 67:16; 68:20, 25; 72:20; 77:21, 22, 25; 79:5, 9; 80:3; 82:4; 87:18; 89:1, 4, 17, 22; 92:11; 97:19; 101:14; 102:3; 107:1; 110:25; 111:16; 112:24; 113:19; 120:9; 129:3; 153:16; 156:10; 174:3; 180:7; 185:1; 186:11; 191:11, 15; 205:14; 213:10, 11, 25
**couldn't** [10] 18:25; 22:15; 24:12, 13; 33:20; 47:21; 98:24; 122:16, 23
**Counsel** [3] 146:9; 147:20; 213:9
**counseling** [2] 115:23; 174:23
**counties** [3] 82:3, 23; 83:3
**countries** [1] 87:23
**country** [12] 9:17; 45:7, 12; 64:17; 65:1; 167:12, 19; 168:20; 170:4, 7; 186:15; 190:15
**counts** [1] 158:4
**COUNTY** [2] 1:1; 215:5
**County** [5] 58:4, 23; 60:7; 70:3; 215:11
**couple** [13] 6:15; 10:14; 17:18; 20:6; 35:20; 36:23; 54:8; 73:4; 83:3; 98:24; 104:2; 113:11; 123:23
**couple-of-day** [1] 44:20
**course** [5] 58:5, 13, 15; 121:2; 197:17

courses [1] 176:3
COURT [141] 1:1; 3:2, 12, 15, 25; 4:2, 5, 8, 11, 15; 7:6, 8; 17:7; 26:21; 34:2; 37:24; 38:16, 21; 39:5; 42:7, 10, 18, 20; 45:14; 47:9; 51:3, 16, 22, 24; 52:2, 8; 54:17, 24; 56:15, 18, 22; 57:1, 4; 63:17; 65:4, 11, 16, 19, 22; 66:6, 18; 67:5, 9; 71:11; 78:21; 79:13, 16, 18, 21, 24; 80:12, 18, 20, 23; 81:4, 6, 9, 11; 91:10; 92:15, 17, 21; 93:5, 15, 21, 24; 94:1, 4, 7, 16, 18, 25; 96:13, 17, 20; 97:19, 24; 102:17, 19; 109:19; 114:22; 115:14; 116:2, 8; 134:12; 143:18; 144:4; 146:16, 23; 147:1; 150:1, 14, 16; 152:19; 153:9, 12, 22; 154:8, 10, 18, 22; 155:2, 5, 9, 12, 15, 17, 19, 21, 23; 156:2, 5, 11, 15, 17, 20, 25; 157:3, 6, 9; 170:13, 15; 173:20, 23; 178:8; 183:12, 16; 188:13; 191:20; 194:21; 196:19; 209:6; 211:8; 213:20, 22; 214:11
Court [8] 38:2; 66:1; 99:7; 115:18; 175:15; 176:12; 177:22; 215:11
court [4] 6:17; 66:12; 138:11; 210:22
courthouse [2] 119:2; 136:16
courtroom [36] 3:3, 6, 17, 19, 20; 4:3, 4, 7; 51:9, 16, 18, 20, 25; 52:1, 4; 56:25; 65:15; 80:12, 16, 22, 25; 93:4, 6; 94:17, 19; 96:16; 97:12, 21; 153:21, 22; 154:10, 12; 156:18, 19, 21; 214:10
couscous [1] 41:2
cousin [1] 115:10
cousins [2] 17:17; 18:20
covenant [1] 49:12
cover [1] 165:5
covered [1] 165:8
cows [1] 169:23
crazy [6] 21:21; 130:1, 5, 8, 11; 182:9
created [1] 70:9
creates [1] 96:7
cried [1] 35:7
CROSS-EXAMINATION [6] 4:16; 63:18; 78:22; 91:11; 116:9; 194:22
Cross-Examination [6] 2:3, 6, 8, 10, 15, 19
cross-examination [4] 4:9; 52:6; 54:20; 154:23
crush [7] 10:16; 21:21, 23; 22:3, 14; 181:3, 4
crushed [1] 44:12
crying [3] 35:8; 161:22; 172:24
CSAAS [2] 66:12; 79:3
cultural [2] 9:18; 165:3
culture [10] 16:5, 8, 9; 20:25; 21:8; 41:3; 160:7; 164:10; 165:4; 187:24
cushion [2] 25:24; 113:13
custody [6] 135:22, 25; 136:2, 8; 144:20; 151:2
custom [1] 167:6
customary [2] 165:4; 181:20

- D -

Dad's [1] 109:2
DMS [1] 2:3
DMS [177] 52:11; 61:5, 17; 62:6; 63:7; 69:19; 83:20; 90:4, 6; 95:9, 12, 14, 18, 23, 24, 25; 96:2; 100:12, 13, 18, 20, 23; 101:9, 18, 21; 102:21; 103:9, 10, 11; 105:8, 14, 17; 106:1, 3; 108:6, 23; 109:1, 21; 110:5, 16, 17, 20, 25; 112:1, 3, 23; 113:6, 16, 18; 115:2, 25; 116:20; 118:4; 122:2; 123:1, 4, 12, 13, 20; 124:3, 12, 13; 125:7, 12, 17; 126:9; 128:24; 131:18; 133:2; 136:3; 142:15, 17, 20; 146:11, 19; 147:22; 148:13; 150:24; 151:20; 152:17; 153:5; 158:8, 9, 13, 17, 20, 25; 159:22, 23; 160:1, 11, 15, 21; 161:11, 21; 162:3, 17; 163:2, 17; 164:15; 166:2, 5, 7, 23, 25; 167:2; 168:10; 169:7, 17, 19; 172:23, 25; 173:3, 13; 174:10; 175:12; 176:9; 177:5, 10, 13, 19; 179:17; 180:5, 6, 15; 181:3; 182:4, 13, 21; 183:9, 10, 13, 22; 186:4, 17, 24; 187:13, 21; 189:8, 11; 191:5, 24, 25; 192:9, 22; 193:22, 23; 194:13, 24; 195:2; 197:7, 22; 198:13; 199:12; 203:9, 12, 18; 204:3; 205:4, 11; 206:1, 3, 6, 16; 207:2, 10; 208:8, 18, 25; 209:14; 210:14, 17; 211:12; 212:6; 213:9
DMS's [10] 114:24; 115:15,

24; 124:8, 25; 138:14; 162:15; 178:4; 204:8; 208:12
**Dallas [1]** 170:20
**dangerous [3]** 19:17; 168:6; 172:25
**dare [1]** 43:20
**Date [1]** 185:5
**date [16]** 5:13; 24:12; 37:13; 56:3, 5, 7; 68:8; 69:22, 24; 83:20; 101:9; 185:4, 24; 186:1; 195:5
**dates [6]** 5:14; 12:13, 15; 37:8; 45:21; 47:7
**dating [4]** 23:1; 49:7, 9; 147:25
**daughter [10]** 108:2; 125:23; 134:6; 144:17; 147:21; 158:10; 189:14; 191:22; 197:17; 213:17
**daughters [1]** 163:18
**Davenport [3]** 66:1, 10, 12
**Dawn [3]** 97:7; 176:13; 179:13
**days [54]** 6:15; 7:14; 10:12; 17:18; 19:2, 11; 20:7; 25:14; 35:20; 84:11; 109:25; 112:13; 161:15; 164:2, 3, 5; 165:13, 18, 24; 166:18, 19, 20; 172:9, 11, 16, 17, 18, 19, 21; 176:6, 15, 16; 181:5; 186:6, 12; 187:11, 12; 190:14, 18, 21; 191:3, 6; 196:10, 12, 14, 15, 20, 22
**DECEMBER [1]** 1:14
**December [3]** 3:2; 132:19; 215:14
**decide [2]** 158:23; 174:21
**decided [3]** 98:7; 106:13; 132:5
**decision [22]** 66:16; 72:17; 77:19; 78:12; 94:11, 13; 96:11; 154:1, 5, 15; 155:9, 12, 15, 17, 19, 25; 156:3, 7; 159:23; 160:10; 174:24, 25
**declaration [1]** 148:19
**deep [4]** 17:12; 84:20; 85:7, 15
**defend [1]** 46:14
**DEFENDANT [10]** 2:13; 154:21; 155:4, 8, 11, 14, 16, 18, 20, 22
**Defendant [2]** 1:8, 23
**defendant [21]** 3:4; 42:13; 51:17; 53:19; 63:21; 80:13; 91:14; 92:4, 6, 9; 95:19; 96:9; 116:25; 122:25; 123:11; 125:7; 133:14; 134:16; 154:11, 15; 155:25
**Defendant's [8]** 2:21; 38:1, 14; 47:11; 50:25; 51:3; 55:23; 56:2
**defendant's [2]** 135:8; 156:6
**defended [1]** 48:11
**defense [2]** 135:19; 157:1
**definitely [4]** 76:18; 77:21, 25; 78:4
**degree [3]** 57:23, 24; 82:6
**degrees [6]** 15:4, 18; 98:12, 13, 16; 135:15
**delay [2]** 7:23; 74:3
**delayed [5]** 74:1, 14; 75:17; 76:17, 18
**delaying [1]** 76:25
**delivery [1]** 57:18
**demeanor [1]** 4:21
**demurrer [1]** 93:13
**denial [3]** 72:10, 14, 15
**denied [5]** 2:22; 28:9, 11; 93:15; 109:14
**denies [1]** 28:10
**deny [15]** 72:18; 204:8, 14, 16, 20; 205:3, 8, 9; 206:9, 14, 18, 20, 21; 210:25; 211:5
**Department [6]** 18:8; 99:19; 111:25; 135:5; 138:21; 202:19
**department [3]** 81:22; 111:17; 162:23
**depend [1]** 10:2
**dependency [1]** 78:7
**dependent [1]** 105:15
**depending [3]** 22:6; 69:1; 73:3
**Depends [1]** 41:2
**depends [1]** 83:13
**deprive [2]** 42:23; 105:25
**deprived [8]** 28:18; 42:13, 15, 18; 136:9, 23; 137:3, 7
**describe [10]** 53:5; 61:17; 62:5, 16; 68:20; 69:6; 86:12; 97:14; 209:22, 25
**described [7]** 38:4; 61:24; 72:20; 89:1; 121:24; 126:15; 199:15
**desert [1]** 19:20
**designated [1]** 3:11
**desire [1]** 96:4
**desk [1]** 45:25
**despite [1]** 141:9
**destination [1]** 7:15
**details [3]** 34:11, 13; 50:7
**Detective [8]** 3:10; 113:9; 117:9; 118:21, 24; 144:6; 145:7; 150:21
**determination [1]** 62:13
**developmental [1]** 69:1
**developmentally [2]** 68:18; 69:14
**devised [1]** 87:20
**diagnosis [1]** 91:21
**dick [1]** 99:23
**Didn't [2]** 15:14; 23:11

**didn't** [124] 10:6, 24; 12:6; 15:1, 19; 16:3, 23; 17:8, 25; 18:1, 5, 7, 8, 11, 14, 21, 24; 19:6, 12, 16, 23; 22:14, 22; 23:14; 25:15; 29:6; 30:7; 32:14; 35:15; 37:12; 40:10, 12, 21; 41:23; 43:4, 5; 46:11; 47:1; 48:7, 20; 49:10; 50:13, 15; 54:3, 19; 62:14; 64:1, 8; 76:13; 89:20; 95:21, 22; 100:4; 101:15, 16, 25; 103:1, 4, 13; 107:10; 109:4; 111:22; 112:14, 15; 115:4, 21; 121:13, 15, 16, 25; 122:2, 6; 130:1; 131:1; 132:1, 3, 7, 8, 12, 17; 133:2, 3, 4, 10, 13, 16; 134:24; 135:6; 137:5; 138:19, 25; 139:5; 142:8, 19; 143:8; 145:16, 17; 151:7; 152:2, 17; 160:3; 168:10, 20; 171:25; 181:4; 182:21; 184:21, 22; 187:3; 189:17; 190:7; 193:2, 3; 199:10; 200:12; 201:4; 210:20; 212:20

**differences** [1] 9:18

**different** [22] 26:18; 58:6; 71:16; 72:9, 10; 73:4, 22; 74:15; 75:13; 77:15, 16; 78:13, 25; 79:5, 9; 82:2; 87:23; 89:12, 13; 101:22; 181:10

**differently** [2] 16:6; 71:17

**differs** [1] 59:7

**difficult** [2] 95:2, 3

**difficulties** [1] 37:1

**dining** [1] 40:25

**dinner** [4] 40:16, 22; 41:20; 178:24

**dinnertime** [1] 40:14

**DIRECT** [6] 57:11; 67:14; 81:16; 97:2; 152:20; 157:13

**Direct** [6] 2:5, 8, 10, 15, 17, 18

**directions** [1] 193:7

**directly** [1] 95:11

**director** [2] 62:12; 81:24

**disagree** [1] 210:25

**disagreement** [1] 163:4

**disagreements** [1] 147:24

**disclose** [5] 74:6, 16; 77:20; 78:12, 17

**disclosed** [4] 61:12; 70:22, 23; 73:8

**disclosing** [3] 78:1; 182:21; 183:23

**Disclosure** [1] 71:8

**disclosure** [24] 71:4, 6, 17, 22; 72:8, 9, 11, 19, 25; 73:1, 18; 74:1, 3, 7, 14; 75:17; 76:17, 18, 21, 25; 77:10; 78:14, 18

**discuss** [7] 3:18; 66:2; 92:22; 105:18; 106:12; 155:24; 212:15

**discussed** [5] 9:23; 28:8; 39:20; 79:10; 155:12

**discussing** [1] 65:25

**discussion** [4] 66:14; 180:12; 181:13; 182:17

**disgusting** [1] 31:22

**dish** [1] 41:2

**dishes** [1] 41:18

**disheveled** [2] 122:5, 8

**dispute** [3] 11:23; 12:2; 17:1

**DISTRICT** [2] 1:1, 16

**District** [2] 1:20; 215:11

**district** [1] 154:23

**divorce** [4] 143:9; 145:2; 146:2

**divorcing** [1] 143:15

**Doctor** [2] 82:4; 91:13

**doctor** [21] 44:14; 82:15; 187:21; 188:18, 20, 23, 24; 189:7, 13, 19, 20; 190:13; 191:14; 199:22, 25; 200:3, 4; 201:11, 12, 15; 211:12

**doctor's** [2] 60:15; 187:19

**doctors** [3] 21:3, 5; 186:11

**document** [4] 38:2; 47:12; 61:1; 119:6

**documentation** [1] 62:11

**documentations** [1] 84:6

**documents** [1] 38:25

**Does** [4] 48:21; 73:19; 147:20; 151:18

**does** [11] 47:24; 49:15; 62:22; 71:5; 85:9, 10; 91:24; 98:12; 102:18; 168:21

**Doesn't** [1] 48:19

**doesn't** [15] 31:6; 42:16; 46:22; 49:16; 77:4; 95:24; 150:11; 159:18, 19; 161:22; 162:14; 180:13, 14, 19

**doing** [37] 11:9, 18; 12:10; 18:12, 13; 24:2; 30:21; 36:4; 66:4; 75:12; 96:6; 102:25; 106:15, 16; 140:1, 5; 145:10, 24; 159:6, 9, 10; 160:7; 162:10; 170:23; 177:8; 183:13; 184:12; 185:2; 187:5, 7; 194:17, 18; 195:6, 12; 197:13; 206:18; 212:21

**dollars** [1] 170:21

**done** [24] 33:2; 47:3; 50:16, 17; 58:21; 59:1, 4; 60:6, 14; 61:22, 24; 64:20; 70:14; 82:25; 84:1; 85:1; 87:21; 91:4; 106:24; 136:16, 20; 191:5; 212:16
**door** [12] 27:18; 29:24; 40:2; 43:14, 24; 44:10; 85:16; 110:11; 113:6, 10; 146:24; 167:18
**doors** [3] 167:11, 17; 169:4
**doorway** [1] 85:16
**doubt** [1] 96:7
**down** [45] 9:14; 29:5; 36:9; 50:2; 56:19; 65:12; 79:17; 84:20, 22; 85:3, 19, 25; 86:3, 5, 6, 7, 14, 21; 90:16; 92:18; 95:10; 101:5; 111:18; 127:15; 133:8; 134:11; 140:12; 143:24; 144:13, 15, 18; 149:7; 151:17; 153:10; 155:4; 171:14; 189:15; 193:17; 194:8; 201:17, 20; 202:4; 206:7, 12; 213:23
**dramatic** [1] 131:19
**dress** [1] 166:15
**dressed** [4] 33:3, 4, 5; 166:10
**dried** [1] 20:18
**drilling** [1] 175:19
**drink** [2] 151:11; 181:3
**drinks** [1] 151:8
**drive** [10] 111:16; 131:14, 17, 21; 132:6; 161:19; 166:20; 173:8; 193:16; 210:14
**driving** [6] 27:8; 110:1, 8; 111:8; 178:19; 183:6
**drop** [1] 129:11
**drove** [2] 186:13; 195:25
**duly** [6] 57:9; 67:12; 81:14; 96:25; 157:11; 215:10
**During** [8] 36:25; 48:25; 107:21; 167:12; 179:14; 186:4; 191:21; 205:24
**during** [20] 28:6; 75:10; 135:4; 158:12; 162:10; 168:21; 180:8; 186:21; 195:23; 196:2, 21; 198:10; 202:15, 19; 203:5; 205:20; 209:19, 22, 25; 211:11
**dynamic** [2] 75:20; 76:4
**dynamics** [6] 75:13, 15, 16; 76:10; 77:11; 78:3

- E -

**each** [7] 79:2; 104:19, 20; 105:10; 109:14; 147:12
**earlier** [8] 63:4; 77:3, 10; 91:1; 145:11; 153:15; 158:21; 195:9
**early** [2] 32:14; 70:10
**earned** [1] 15:4
**ears** [3] 116:4; 194:6, 10
**easier** [1] 74:10
**east** [3] 136:17; 189:22; 201:5
**eating** [2] 13:15, 16
**edge** [1] 85:25
**education** [8] 57:24; 58:13; 68:4; 82:5; 98:11; 101:12; 105:12; 170:19
**educational** [1] 57:22
**effect** [2] 73:9; 183:10
**effing** [1] 43:21
**eighth** [2] 11:11; 29:2
**Either** [1] 169:22
**either** [5] 59:18; 67:25; 160:5; 188:9; 202:10
**ejaculated** [3] 140:12; 206:7, 13
**eldest** [1] 102:5
**eliminated** [1] 68:25
**else** [9] 3:23; 18:11; 20:18; 34:15; 43:8; 83:8; 92:15; 115:6; 213:20
**email** [1] 165:17
**emails** [2] 170:18; 171:3
**embarrassed** [1] 75:3
**embarrassment** [1] 75:2
**emergency** [1] 81:22
**emotional** [3] 6:23; 95:4; 145:8
**emotions** [2] 127:11; 145:12
**employed** [4] 57:16; 67:19, 20; 81:19
**encounter** [1] 99:8
**encounters** [1] 100:1
**ended** [3] 77:8; 114:6; 136:13
**enforcement** [3] 63:12; 67:25; 68:15
**engage** [1] 109:21
**engaged** [5] 9:2; 195:16, 17, 21; 209:14
**engagement** [7] 9:4; 22:15, 18; 52:24; 53:1, 5, 7
**engineering** [4] 98:14, 15, 17
**English** [29] 10:24, 25; 11:1, 2; 12:8; 17:24, 25; 18:3, 17, 19; 19:5; 25:1, 5; 36:18; 104:23; 157:17, 23; 170:3, 5, 10; 173:2, 17, 21; 175:5; 189:20; 201:4, 5, 6, 8
**enjoyed** [1] 58:11
**enough** [6] 59:19; 97:20; 160:19; 161:19; 175:12; 180:21
**enter** [2] 180:16; 181:16
**enters** [8] 4:4; 52:1; 56:25;

65:15; 80:22; 94:17; 96:16; 156:19
entrapment [2] 75:17; 76:9
entries [1] 56:8
entry [1] 2:23
environment [4] 36:10; 68:17; 70:11; 73:23
EPPLIN [61] 1:20; 3:8, 24; 7:5; 17:5; 26:20; 34:1; 38:15, 18; 39:2; 42:5; 51:2, 21; 52:10; 54:21; 56:14, 23; 57:7, 12; 63:16; 65:6, 10, 14; 66:19; 67:10, 15; 78:20; 79:15, 20, 23; 80:17; 81:3, 5, 12, 17; 91:9; 92:16, 20; 102:15; 109:17; 114:21; 116:1, 10; 143:17; 144:1; 146:15, 21; 150:18, 20; 152:18; 156:14; 170:12; 173:18; 178:6; 183:11, 15; 188:12; 191:17; 194:23; 211:7; 213:21
Epplin [39] 2:4, 5, 6, 8, 10, 15, 16, 19; 3:7, 23; 51:19; 52:8; 55:1; 57:6; 65:4, 13; 66:18; 67:9; 71:20; 79:13, 18; 80:15; 81:1, 11; 92:15, 19; 93:8; 116:8; 134:15; 149:10; 150:16; 152:23, 24; 153:1; 156:12; 194:21; 196:20; 209:8; 213:20
equipment [1] 58:7
ERIC [1] 1:20
Especially [1] 42:25
especially [2] 41:24; 168:14
essentially [6] 33:13; 70:10; 72:15; 73:16; 76:5; 200:25
Europe [2] 189:22; 201:5
evaluate [1] 82:1
evaluation [5] 59:6; 60:23, 25; 61:4; 175:20
Even [4] 31:4; 48:5; 145:4; 165:8
even [25] 13:22; 17:11; 18:14; 21:18; 22:23; 32:15; 34:23; 35:3; 48:7; 49:19; 79:3; 87:8, 24; 88:6, 14, 15, 19; 89:20; 92:6; 104:20; 135:9; 139:9; 145:15; 187:20
evening [1] 169:10
event [5] 20:20; 71:9, 12; 74:8; 180:20
events [1] 28:7
eventually [1] 107:12
ever [58] 20:7, 8; 28:2, 6; 41:20; 44:13, 14; 50:16, 17; 54:2; 64:15; 70:21; 73:23; 98:3; 102:20; 103:18; 104:3, 6, 9; 105:14, 18, 21, 23; 110:18, 25; 116:3; 122:25; 129:5, 7, 9, 11, 13, 16; 133:14, 21; 134:21; 147:2; 148:21; 171:4, 16; 174:9; 177:8, 13; 179:17; 182:4, 6; 186:24; 191:22; 192:10, 13, 15; 193:7, 22; 204:9; 211:20, 22; 212:18, 20
Every [5] 71:16; 77:15, 16, 17; 168:25
every [20] 25:8; 73:19, 22; 77:11, 15; 78:25; 109:14; 110:3; 169:5; 173:14; 174:4, 5; 176:6, 15, 16; 177:3; 189:6
Everybody [1] 164:8
everybody [9] 23:7; 42:4; 43:7; 45:9; 49:9; 100:22; 109:5; 160:3; 163:10
everyone [6] 16:1, 10; 42:15; 63:13; 187:1, 18
everything [5] 28:9; 32:10; 115:22; 143:6; 191:11
everywhere [1] 19:20
EVIDENCE [2] 2:2, 13
evidence [3] 26:20; 92:4; 102:12
ex-fiance [1] 9:1
ex-husband [1] 102:11
exact [2] 47:7; 48:13
exactly [12] 29:6; 50:24; 64:5; 66:6, 9, 23; 173:12; 180:24; 181:8; 184:4; 185:24; 186:1
exam [15] 58:8; 59:7; 61:11; 62:7; 83:20, 23; 84:1, 6, 24; 86:17; 175:16, 17, 24; 176:1, 2
EXAMINATION [10] 52:9; 57:11; 65:5; 67:14; 81:16; 97:2; 143:19; 152:20; 157:13; 211:9
Examination [10] 2:4, 5, 6, 8, 10, 15, 16, 17, 18, 19
examination [9] 61:2; 66:14; 83:15, 19; 84:1, 8, 17, 19; 191:16
examinations [5] 58:19; 59:4; 60:12; 62:18; 64:24
example [4] 59:6; 85:20; 89:8; 169:15
examples [1] 86:23
exams [12] 57:19; 58:1, 2, 3, 21; 59:8; 61:3; 82:24; 83:12; 85:1; 91:4, 6
except [7] 12:8; 19:2; 35:10; 160:20; 167:20; 168:2; 174:20
excepted [1] 3:11
exchange [1] 180:8
excited [1] 9:15
Excuse [2] 9:11; 136:1

excuse [7] 3:10; 21:24; 37:1; 88:5; 137:1; 180:14, 19
Exhibit [7] 38:1, 14; 47:11; 51:1, 3; 55:23; 56:2
Exhibits [1] 2:21
exits [3] 93:4; 153:21; 214:10
expect [3] 22:14; 77:23; 94:4
expensive [1] 28:12
experience [11] 57:25; 60:23; 68:4; 70:20; 71:1, 17; 72:7; 74:5; 75:14; 78:4, 10
experienced [2] 16:17; 66:24
experiences [2] 71:16; 77:16
Explain [1] 40:25
explain [6] 63:6; 73:21; 75:8; 89:6; 187:22; 209:5
explaining [1] 196:13
explanation [2] 122:16, 21
express [1] 22:8
extent [2] 205:17, 19
extra [1] 159:14
eyes [3] 116:4; 194:18; 195:7

- F -

face [2] 44:4; 85:6
facility [1] 60:17
fact [21] 38:18; 54:22; 55:15; 67:3; 100:20; 104:12; 107:16; 117:2; 126:18; 127:21; 130:4; 133:14; 135:4; 137:7; 151:13, 16; 169:19; 203:17; 205:10, 11; 211:3
factor [1] 76:17
factors [11] 71:14; 74:13, 15, 24; 76:20; 77:10, 11; 78:3; 79:5, 8; 159:25
facts [3] 20:1; 66:3; 79:2
Fahrenheit [2] 168:21, 24
fail [1] 159:16
failed [3] 137:8, 14, 22
failing [5] 11:10, 14; 23:22; 159:15; 210:1
failure [1] 155:6
fair [2] 109:14; 135:15
Fairchild [3] 31:24, 25; 33:14
faith [2] 8:17, 18
fall [3] 87:2; 114:3; 129:16
fallen [1] 124:17
falling [1] 89:11
False [4] 207:5, 9, 13, 18
false [3] 32:1; 88:13; 164:20
familiar [6] 60:21; 62:22; 75:5; 77:23; 87:15; 199:19
families [1] 70:11
family [29] 8:18; 14:23; 16:13; 72:6; 73:10; 74:20, 22; 76:22; 78:6, 8; 96:5, 8; 101:20; 103:25; 105:14, 18; 113:4; 146:8; 148:2; 160:22, 23; 163:6, 7; 164:2; 166:18; 179:10; 181:6; 188:1; 193:10
family's [1] 78:2
farm [2] 169:17; 186:23
Father [1] 124:3
father [12] 6:19; 14:6; 32:1, 4, 7, 9; 55:20, 21; 62:1; 123:19; 148:21; 199:16
father's [1] 52:14
fault [1] 75:1
favorite [3] 28:17; 36:18, 19
fear [1] 74:17
feared [2] 22:16; 134:16
fearful [1] 74:19
February [1] 132:23
feed [2] 179:17, 19
feedback [1] 69:18
feel [11] 16:24; 17:9; 47:24; 71:3, 18, 25; 76:12, 13; 144:19; 154:5; 183:4
feeling [1] 189:25
feelings [1] 197:22
feels [1] 76:7
feet [6] 113:10; 163:11; 167:23; 180:10; 186:12; 194:11
fell [3] 27:11; 89:10; 105:9
felt [1] 212:21
female [7] 84:18, 24; 85:13; 87:20; 88:17; 91:18; 92:10
females [2] 85:12, 14
fence [7] 167:20; 168:1, 3, 6; 185:15; 189:18
fiance [1] 22:3
fiancee [1] 9:8
fianceed [1] 22:8
field [1] 111:10
fight [4] 31:1; 139:10; 171:4; 177:19
figured [1] 23:24
file [4] 144:12, 13, 14; 146:2
filed [9] 35:24; 119:2; 120:1; 136:9; 142:23; 143:9, 11, 12; 144:18
filling [1] 144:14
filming [1] 5:7
final [2] 62:13; 77:1
Finally [1] 189:7
finally [2] 28:9; 102:1
financed [1] 185:18
finances [2] 99:1; 105:15
financial [6] 73:12; 78:2; 105:18; 135:6, 13; 205:21
financially [2] 98:21; 115:21
find [7] 39:6; 47:19; 53:1; 64:1; 104:9; 111:19; 188:20
finding [9] 23:3; 62:24; 63:1; 89:16, 22, 23; 90:20, 22; 91:7
findings [11] 63:25; 83:6, 7; 84:3; 85:5;

89:14, 15; 90:22, 24; 91:2, 24
fine [3] 159:2; 162:13; 191:12
fingers [3] 140:24; 207:3, 7
finish [2] 105:11; 214:2
finishing [2] 35:18; 98:11
fire [1] 178:5
First [5] 54:11; 68:23; 181:1; 186:6; 190:11
first [79] 5:12, 18, 23; 10:3, 4, 13, 19; 14:8; 20:5, 6, 7, 8; 27:16; 32:22; 53:14; 57:9; 59:14; 63:6; 67:12; 69:22, 23; 74:6; 81:7, 14; 83:24, 25; 91:16; 94:4; 96:14, 25; 98:22; 104:13; 108:6; 115:8, 21; 117:5, 12, 14, 17; 129:2; 130:15; 148:5; 151:25; 157:11; 158:17, 20; 159:12, 22; 160:1; 162:6, 7, 8, 13; 163:1; 164:2; 165:10; 166:17, 20; 168:5; 169:9; 171:8; 172:3, 18; 174:10, 16; 183:1; 186:6; 190:9; 194:10; 195:14; 196:8, 9; 199:1, 3, 5; 204:3; 212:2
Five [1] 112:19
five [14] 44:25; 72:9; 73:18, 19; 75:13, 15, 16; 77:11; 82:12; 84:15; 153:17; 158:4; 164:5; 190:18
flashing [1] 188:22
flew [3] 7:17, 18; 163:2
flexible [1] 91:3
flight [1] 7:16
flights [2] 8:1, 5
flip [2] 22:18; 78:16
floor [3] 20:22; 111:6; 124:12
flooring [4] 164:7; 185:15; 187:4
flunking [1] 106:17
follow [2] 34:15; 145:22
following [1] 69:15
follows [5] 57:10; 67:13; 81:15; 97:1; 157:12
food [13] 28:19; 41:20; 42:4, 14, 15, 23, 25; 43:1, 6, 8, 9; 106:1; 179:20
foods [2] 43:2, 3
force [4] 139:20; 169:19; 207:25; 208:2
forced [7] 138:24; 141:20; 142:25; 204:12, 17; 207:20, 25
forceful [4] 139:4, 6, 7; 140:6
foregoing [1] 215:12
forensic [16] 61:14; 66:20, 22; 67:20, 22, 23; 68:2, 5, 6, 9, 11, 14, 21; 69:19; 70:22; 83:19
foreplay [1] 208:4
forever [1] 39:11
forget [1] 125:21
forgive [2] 45:1, 2
forgiven [2] 44:25; 147:12
forgot [1] 7:12
form [1] 144:3
formation [1] 175:19
forms [1] 87:6
forth [2] 108:15; 109:24
fortunately [1] 168:2
forward [5] 88:18; 157:3; 159:21; 161:24; 182:15
foster [3] 78:19; 100:21; 115:19
fought [1] 139:10
found [16] 11:25; 38:3; 39:14, 18; 44:1; 47:5; 63:25; 64:2; 108:16; 114:17; 129:23; 130:15; 148:5; 182:8; 209:9, 11
Four [2] 164:5
four [26] 58:9; 98:13; 116:12, 23; 128:1, 19; 149:17; 161:24; 162:1; 164:5, 21; 166:18; 169:10, 13; 172:12, 21; 175:18, 20; 188:10; 196:9, 10, 14, 15, 22; 210:13
fourchette [3] 84:22; 86:15
fourth [6] 149:10, 11, 22, 23; 152:23; 153:3
frame [1] 85:16
frankly [1] 47:17
freaked [1] 162:18
free [6] 13:18; 185:3; 192:20; 199:1, 2, 6
French [1] 157:21
frequently [1] 12:25
Friday [2] 176:16; 193:16
friend [6] 52:19; 104:18; 181:1; 196:23; 197:6
friend's [1] 111:7
friends [6] 13:4, 5; 99:18; 101:2; 113:4; 181:2
From [5] 47:5; 148:7, 19; 178:25; 194:9
from [110] 2:3; 3:11; 9:25; 15:11, 18; 16:20; 17:17; 18:6; 27:8; 28:12; 29:3; 30:18, 21; 31:6; 34:6; 35:17, 23; 36:1, 5; 37:21; 39:2, 10; 44:18; 46:16; 47:4, 16; 50:11; 56:10; 59:7, 8; 60:8; 63:12; 64:2, 24; 68:7; 70:5; 77:21, 25; 82:6; 84:14, 21; 85:16, 25; 87:6, 9; 89:10, 11, 12, 16, 17; 92:9; 95:4, 11, 24; 96:9, 11; 98:16; 99:25; 104:21; 107:3; 108:6; 109:24;

110:20, 22; 114:4; 127:14, 20; 129:9, 20, 23; 133:16, 17, 22; 136:17; 137:15, 23; 141:15; 143:9; 148:4; 149:17, 20; 158:22; 161:2, 15, 20; 169:16; 174:16; 175:7, 9; 177:5, 10, 23; 178:23; 179:2, 24, 25; 182:8; 186:13; 189:21; 190:23; 201:5; 202:7, 18; 205:11; 207:11, 16
**front** [9] 38:7; 55:25; 110:11; 113:6, 10; 119:14; 136:20; 147:14; 210:9
**frustrated** [1] 145:16
**full** [3] 112:14; 164:3; 176:18
**full-blown** [2] 21:24; 22:15
**full-time** [1] 175:21
**FURTHER** [1] 152:20
**Further** [1] 2:17
**further** [4] 65:3; 79:12; 153:8; 214:13
**future** [1] 87:25

- G -

**Gage** [8] 37:7; 49:7, 9, 12, 17, 19, 20
**Galoob** [5] 62:12, 21; 63:23; 84:2; 90:14
**Galoob's** [1] 84:6
**Gary** [1] 136:16
**gave** [12] 38:7; 46:15, 16, 18; 108:21; 139:5; 143:13; 145:14; 153:15; 154:3; 163:19; 182:19
**general** [13] 61:23; 64:10; 66:25; 70:20; 71:20; 72:7; 77:18; 82:9; 93:13; 200:4, 7, 9, 13
**generally** [3] 16:10; 78:2, 10
**genital** [2] 59:21; 84:13
**gentleman** [3] 32:8; 99:9, 22
**gentlemen** [5] 79:25; 92:22; 95:1; 153:13; 213:24
**geography** [3] 25:1, 5; 175:6
**geologist** [2] 162:4, 8
**geometry** [1] 36:11
**Georgia** [1] 7:19
**geoscience** [1] 98:14
**gets** [6] 42:13; 47:20; 165:19; 171:10; 192:9; 205:5
**getting** [11] 9:9; 21:1; 28:4; 30:18; 105:4, 10, 12; 128:3; 159:19; 201:17; 202:12
**gifts** [2] 28:12, 15
**gimmick** [1] 88:12
**girl** [1] 188:2
**Girls** [1] 164:8
**girls** [6] 87:2; 91:5; 163:15; 164:11; 166:11; 194:5
**give** [19] 4:21; 43:5; 45:19; 62:25; 66:1; 72:21; 87:20; 88:13, 17; 90:1; 93:17; 94:9, 21, 23; 127:15; 153:25; 161:23; 182:18; 193:7
**give-and-take** [1] 149:4
**given** [11] 9:5; 45:18; 53:9; 61:13; 90:6, 12; 108:18; 110:20, 22; 127:9; 145:25
**giving** [2] 93:18; 189:18
**glasses** [1] 97:16
**goat** [1] 169:24
**goes** [4] 73:16; 84:14; 89:19; 168:14
**going** [115] 12:13; 21:6, 14, 15; 22:2, 4; 23:11; 33:21; 35:12; 37:2, 25; 39:5; 40:1; 42:5; 47:10, 19; 48:15; 49:10; 54:24; 59:24; 65:25; 66:7, 11; 70:12; 71:25; 72:5, 22; 76:19; 80:1; 83:10; 95:2, 10, 11, 18, 20; 96:8, 10; 99:13, 17; 100:23; 102:1, 15; 103:16; 105:13; 106:3, 4, 7; 108:7, 13; 109:1; 111:11, 19; 112:7; 113:16; 115:22; 116:5; 120:25; 121:2, 11; 122:15; 124:11, 13; 125:17; 127:14; 131:3, 8; 132:2; 133:2, 9; 142:22; 144:25; 146:3; 161:17, 21; 162:17, 24; 164:18, 19; 167:18; 168:23; 171:7; 172:20, 23; 173:1, 4, 5, 6, 18; 177:17; 178:6; 180:8, 16; 181:9, 11, 16, 24; 182:1, 11, 13; 183:8; 184:16; 185:6, 7; 187:21; 188:6; 190:18; 194:11; 197:19; 199:8; 200:7, 8, 22; 211:18; 213:17
**gone** [9] 19:11; 28:25; 29:4, 23; 98:3; 108:16; 109:8; 124:10; 184:9
**gonna** [1] 185:7
**Good** [8] 4:18; 57:1; 65:16; 81:6; 91:13; 96:17; 116:11; 159:3
**good** [29] 10:25; 11:1, 5; 12:7; 17:25; 24:5; 36:13, 14, 19; 99:2; 100:15; 103:20; 104:24; 105:9; 106:11; 107:16; 115:12; 159:4, 6, 9; 162:10; 181:10; 182:11; 195:6; 197:13; 200:15
**gotten** [3] 103:5; 111:5; 135:1

grabbed [6] 29:23; 39:25; 40:12; 46:8; 125:25; 126:5
grabs [1] 42:16
grade [11] 11:12; 29:1, 2; 30:2, 4; 106:11; 159:12, 20; 210:1
grades [15] 12:4, 7; 13:17; 24:5, 6; 36:8, 10; 106:9, 10; 108:15; 174:19; 182:12; 184:5, 7; 194:14
graduated [1] 82:16
grandchildren [2] 55:8; 116:16
great [4] 34:10, 21; 45:11; 103:21
greenish [1] 97:15
greetings [1] 11:7
grew [1] 197:1
grocery [5] 108:11; 124:10; 129:18, 20; 209:11
ground [1] 89:11
group [2] 115:23; 170:20
groups [2] 170:22, 23
guard [1] 46:7
guardianship [1] 137:9
guess [6] 21:10; 62:17; 117:14; 145:6; 180:4; 208:4
guidelines [1] 69:15
Guys [1] 113:16
guys [17] 9:9; 39:20; 40:23; 45:12; 98:20; 100:8; 105:15, 23; 131:14; 148:11; 163:25; 166:10; 177:13, 17; 184:25; 189:23; 212:13

- H -

habit [1] 151:16
Hadijah [1] 163:18
hadn't [3] 126:1; 128:5; 145:11
haha [1] 46:23
hair [6] 33:2, 4; 84:15, 16; 165:5, 8
half [3] 55:3, 4; 145:15
half-sibling [1] 116:20
hallway [1] 124:17
hand [24] 9:6; 21:25; 37:25; 41:15; 47:10; 56:2; 57:2; 65:16; 81:7; 89:9, 10, 11, 12; 113:11; 157:4; 165:16; 173:12; 177:11; 180:11; 207:10, 15; 215:16
handed [1] 110:17
handling [2] 175:3, 4
hands [3] 41:3, 11; 141:14
hang [4] 13:11; 93:2; 96:5; 107:1
hanging [3] 37:2; 101:15; 114:18
happen [22] 29:25; 33:22; 34:4; 71:5; 72:23; 74:18, 19, 22, 23; 75:1; 76:22; 78:8, 9, 13, 15, 18; 95:21; 106:2; 133:10; 166:8; 173:1; 180:20
happened [30] 28:10; 30:3, 4; 33:24; 34:17; 44:20; 59:13; 63:11; 72:18; 73:5, 6; 74:10; 75:4; 78:18; 95:22; 107:4; 112:8, 20; 125:6; 129:3; 132:2; 133:8; 135:16; 136:3, 5; 171:8; 174:19; 198:9; 202:15; 203:8
happening [6] 73:2; 76:15; 106:9; 109:5; 110:18; 125:9
happens [8] 70:18; 71:13; 73:8, 10; 75:24, 25; 78:14; 111:4
happiness [2] 33:10, 12
happy [2] 33:8; 189:19
hard [7] 159:11; 167:15; 176:4; 189:5, 7; 196:4; 205:21
harder [1] 50:10
hardly [1] 192:9
harm [2] 134:16; 137:15
hasn't [4] 72:17; 73:9; 93:13; 145:4
hate [3] 49:21; 50:8, 22
hated [2] 49:22, 23
haven't [1] 95:4
having [19] 29:17; 36:25; 37:21; 57:9; 60:14; 61:11, 24; 67:12; 70:13; 81:14; 95:13; 96:25; 98:6; 135:6; 142:12; 144:20; 147:24; 157:11; 190:4
He's [12] 14:6; 22:12; 48:1; 49:20; 55:11; 97:13, 15; 113:10, 12; 163:14, 20
he's [20] 22:11; 28:15; 37:6; 45:1; 48:14, 15; 49:6, 18; 50:1; 54:13; 55:3; 97:14; 105:1; 126:12, 18, 25; 131:20; 177:17; 197:13; 200:8
head [12] 9:14; 46:13; 90:16; 132:18; 134:11; 141:19; 143:22, 24; 149:7; 155:4; 172:5; 210:18
head-to-toe [1] 59:20
heal [1] 87:8
healed [3] 63:3; 64:3; 87:10
healing [1] 60:4
heals [1] 87:5
health [4] 25:1, 5; 70:16; 175:5
healthy [1] 192:4
hear [13] 7:9; 24:1; 95:18; 96:9; 97:21; 108:6; 111:22; 116:4; 187:18; 194:8; 211:18, 20, 22

**heard** [41] 4:20; 66:23; 74:1; 95:4, 6, 7; 102:12, 14; 110:12; 124:7; 161:6; 177:5; 183:4; 184:21; 189:11; 195:9; 198:18; 200:19; 203:1; 204:8, 11; 205:10, 14; 206:6, 11, 16, 20, 22; 207:2, 6, 10, 14, 19; 208:8, 14; 209:8; 210:17, 21, 23; 211:25
**hearing** [11] 38:17; 39:8; 42:11, 21; 54:18, 25; 65:23; 150:4, 5; 199:7; 208:6
**Hearsay** [1] 191:17
**hearsay** [5] 66:21; 109:18; 146:21; 178:7; 188:12
**Heart** [3] 112:24; 113:1; 117:8
**heart** [1] 115:24
**hearts** [1] 115:24
**heavy** [1] 213:16
**Hebrew** [3] 24:25; 25:5; 175:5
**Hefner** [1] 101:8
**held** [3] 140:12; 206:7, 12
**hell** [2] 37:9, 11
**help** [11] 46:4; 83:8; 98:20, 25; 151:18; 159:13, 15, 17, 18, 19; 161:20
**helped** [1] 159:16
**helpless** [1] 76:7
**Helplessness** [1] 76:5
**helplessness** [2] 75:16; 76:4
**helps** [1] 75:13
**Hennen** [1] 163:18
**Here** [1] 49:17
**here** [36] 3:5; 6:17, 18, 22, 23, 25; 9:20; 14:3; 23:2; 26:23; 37:10; 42:13; 49:25; 55:15; 56:21; 57:20; 60:8; 70:3; 79:25; 81:6; 87:22; 92:7, 25; 96:18; 98:18; 105:11; 115:5; 117:3; 121:19; 136:17; 147:14; 162:17; 177:17; 188:6
**hereby** [1] 215:12
**hereunto** [1] 215:16
**hers** [1] 108:16
**herself** [3] 59:19; 159:20; 162:19
**HESSE** [1] 1:15
**Hesse** [2] 136:21; 215:15
[redacted] [1] 163:18
**Hicks** [4] 4:2; 51:24; 80:20; 156:17
**hiding** [1] 44:2
**high** [2] 145:8; 170:22
**highly** [1] 145:8
**hills** [1] 167:15
**himself** [1] 156:10
**hindsight** [1] 128:23
**hired** [1] 187:8
**hissy** [1] 39:18
**history** [11] 59:8; 61:13, 21; 83:14; 89:19, 21, 25; 90:1, 7; 91:17; 92:6
**hitting** [1] 89:11
[redacted] [12] 28:6; 100:12, 13; 103:1; 111:10; 115:10; 116:19; 160:18; 193:23; 194:6, 10; 213:17
[redacted]**'s** [1] 193:22
**home** [46] 24:13; 27:9; 30:5; 33:19, 22; 40:9; 45:3; 63:13; 72:1; 83:13; 103:14; 106:23; 108:11, 12; 109:24; 111:11, 12, 13, 23; 115:4, 20; 117:11; 118:8; 120:8, 25; 124:9, 10; 127:10; 129:15; 146:4; 150:9; 158:24; 161:15, 21; 162:9; 175:12; 178:22; 184:22, 23; 186:14; 189:24; 203:9, 11; 204:4; 212:5
**homeschool** [1] 106:14
**homeschooled** [15] 12:1, 2, 12; 13:9, 12; 23:12; 29:3; 35:16; 106:19; 107:13, 14; 175:2; 176:9; 184:22
**homeschooling** [16] 11:16; 12:4, 5, 10; 23:24; 24:24; 35:18; 107:19; 129:3; 175:1; 184:17, 19; 185:2; 203:6, 18; 206:2
**homework** [7] 106:21, 23, 24; 108:14; 162:15; 185:2, 4
**honest** [7] 96:1; 118:12, 14, 21; 180:24; 182:19; 187:25
**Honestly** [1] 62:7
**honestly** [3] 12:6; 120:14; 144:11
**Honor** [36] 3:14, 24; 4:1, 10; 17:5; 38:15; 51:21, 23; 56:14, 17, 23; 63:16; 65:21; 79:15, 20; 80:17, 19; 81:3, 12; 91:9; 92:16, 20; 93:20; 94:24; 96:23; 109:17; 143:17; 154:7, 17; 156:1, 4, 14, 16, 24; 196:17; 213:21
**honor** [1] 107:16
**HONORABLE** [1] 1:15
**hope** [1] 80:4
**hopefully** [1] 214:1
**hoping** [1] 34:15
**Hospital** [3] 81:20; 82:8, 13
**hospital** [1] 82:2
**hour** [1] 94:6
**hours** [18] 40:6, 8; 63:11; 68:9; 159:14; 161:20; 170:24; 171:1, 12; 176:20; 179:3, 12; 193:14, 15, 17, 20; 210:13

**House** [41] 4:25; 5:3, 12; 20:19; 32:20, 22; 33:13, 24; 34:3, 7; 35:2, 5, 15; 36:15, 17; 45:18, 20; 57:20; 59:10; 60:7; 61:9; 66:23; 70:4; 109:8, 10; 112:24; 113:1; 117:6, 7, 8, 12, 15, 17; 118:1, 4; 146:19; 192:22; 204:2, 3
**house** [93] 10:7, 9; 12:16; 14:7, 12, 14; 15:1; 20:4; 29:21, 22; 30:6, 22; 33:20; 34:6; 37:16; 40:4; 48:1, 9, 15, 16; 49:1; 50:1; 60:18; 95:13; 98:24; 101:23; 102:13; 107:24; 109:22; 110:4; 111:6, 7; 112:21; 115:3; 116:5, 12; 121:23; 123:1; 124:16; 128:4, 5, 9; 133:16, 17, 22; 135:11, 12; 149:15; 150:10, 11; 158:18, 22, 23; 163:9, 24; 164:3, 7; 166:1; 167:10, 13, 14, 21; 168:4, 18; 169:16; 170:3, 8, 9; 171:2; 172:9; 173:14; 174:2, 4; 176:13; 177:24; 178:5; 179:13; 181:2; 185:1, 12, 13, 14; 186:7, 16, 19; 192:16, 18; 205:4, 12; 208:18; 210:11
**household** [6] 24:7; 100:14; 107:5; 163:6, 8; 205:22
**houses** [1] 168:19
**Human** [1] 135:5
**hundred** [1] 209:3
**hungry** [1] 105:23
**hurt** [13] 14:6; 30:18; 49:12, 17, 21; 140:1; 161:13; 162:1, 19; 171:5; 183:8; 190:6, 8
**hurting** [1] 190:11
**husband** [18] 97:17; 103:9, 10; 104:18; 108:13; 111:8, 15; 118:5; 125:21; 131:18; 134:7; 137:20; 138:19; 142:24; 143:10, 15; 144:17; 147:16
**husbands** [2] 14:10; 87:25
**hymen** [19] 84:19, 22, 25; 85:14, 15, 17; 86:7, 14, 16, 18, 19; 87:4; 88:3, 7, 9, 10, 14; 92:12
**hymenal** [10] 84:20; 85:7, 15, 18, 19, 24; 86:2, 4; 91:2
**hymenoplasty** [4] 87:16, 19; 88:12; 89:2
**hymens** [3] 85:12, 14; 88:4



**I'll** [9] 10:16; 21:23; 46:6; 47:11; 52:7; 67:7; 92:25; 188:15; 214:9
**I've** [16] 36:19; 41:16; 42:2; 44:25; 68:3; 78:13, 16; 87:1, 3; 91:3; 102:22; 105:17; 106:2; 119:22; 152:22; 188:9
**I-40** [3] 180:1, 3
**idea** [2] 23:5; 45:11
**identified** [2] 75:13; 76:19
**identify** [3] 6:18; 38:2; 47:12
**ignore** [1] 48:8
**ignored** [1] 36:24
**ignoring** [1] 43:16
**image** [2] 33:10, 12
**images** [1] 62:11
**Imagined** [1] 130:20
**imagined** [2] 130:19, 21
**impact** [3] 77:19; 115:16; 135:18
**impacts** [1] 135:21
**implied** [2] 75:23; 76:1
**important** [2] 21:8; 101:13
**importantly** [1] 78:25
**impossible** [1] 208:23
**impregnated** [1] 88:10
**improper** [2] 54:20; 109:18
**inaccurate** [1] 17:4
**inaudible** [8] 167:16, 19; 168:20; 170:6; 171:8; 184:18; 188:1; 189:18
**incident** [16] 25:21; 46:2; 95:19; 110:15, 19; 111:3; 113:5; 126:1; 129:19; 151:20; 166:7; 203:5; 209:9, 20, 23, 25
**incidents** [1] 180:4
**include** [2] 59:1, 3
**included** [1] 90:7
**including** [3] 4:25; 48:9; 158:13
**income** [1] 135:3
**incorrect** [3] 46:19, 20; 123:7
**indention** [1] 86:3
**indicate** [3] 85:10; 89:4; 116:4
**indicated** [11] 17:16; 43:11; 52:23; 93:16; 104:6; 135:5; 142:23; 144:5; 202:23; 203:17; 208:22
**indication** [1] 108:1
**indicative** [1] 87:13
**individual** [1] 42:17
**influence** [1] 90:8
**information** [10] 11:6; 33:14; 39:4; 72:22; 73:3; 77:6; 83:11, 17, 23; 144:6

injured [1] 88:7
injuries [3] 82:20; 87:1; 89:13
injury [4] 60:3; 63:2; 64:3; 89:18
innocent [1] 31:22
inside [2] 166:14; 168:4
insistent [1] 140:5
inspection [2] 62:3, 5
instance [1] 74:6
Instead [1] 70:12
instead [2] 60:15; 70:17
instruction [1] 66:2
insurance [1] 98:23
intake [2] 66:5; 84:7
integrated [1] 100:25
intelligently [1] 156:3
intend [1] 67:1
intent [2] 66:19, 21
interaction [2] 66:13; 114:24
intercourse [1] 91:2
interesting [1] 88:4
Internet [1] 170:18
Interpreter [1] 172:7
interpreter [8] 3:4; 51:18; 80:14; 156:9, 10; 157:25; 158:2; 172:6
interview [27] 32:24; 36:15; 37:7; 60:17; 61:15; 66:20, 22; 67:22, 23; 68:11, 16, 21; 69:22, 23; 70:21, 22; 117:6, 7, 13, 15, 18, 24; 118:1, 4; 125:10; 127:5
interviewed [3] 5:2; 66:8; 70:14
interviewer [5] 67:20; 68:2, 3, 5, 14
interviewers [2] 69:11, 18
Interviewing [1] 67:21
interviewing [4] 68:7, 9, 12; 152:24
interviews [6] 17:16; 69:4, 13, 19; 70:1, 2
into [49] 3:6; 4:3; 7:17; 8:11, 12; 9:17; 21:24; 27:7, 12, 16; 45:23; 46:5; 47:20; 50:7; 51:8, 20, 24; 59:13; 74:13, 15; 76:24; 78:19; 80:1, 16; 84:22; 85:17, 22; 86:14, 21; 95:3; 99:9; 101:1, 22; 107:5; 110:23; 111:10; 136:8; 149:11; 156:18; 158:1; 163:3; 177:6; 180:16; 184:16; 193:22; 199:25; 200:22; 204:18; 207:20
introduce [3] 57:13; 66:21; 67:16
introduced [3] 55:24; 88:9; 104:19
invade [1] 66:15
investigating [1] 134:17
investigation [4] 67:24; 70:12; 112:25; 202:18
investigator [1] 35:6
invite [1] 172:20
invoke [1] 3:9
invoked [1] 3:16
involve [2] 200:3, 25
involved [2] 66:4; 69:10
involves [1] 59:21
involving [2] 68:1; 110:16
inward [1] 17:11
iPad [1] 28:16
irrelevant [2] 38:19; 67:4
irritation [1] 61:19
Isn't [1] 54:22
isn't [9] 15:9; 21:23; 24:16; 71:25; 120:8; 121:13; 128:19, 25; 149:4
isolated [1] 12:14
issue [6] 66:15; 93:12; 95:18; 114:15; 148:2, 3
issues [11] 12:12; 22:25; 29:16; 38:25; 95:12, 17; 98:7; 164:7; 165:2; 171:18; 194:16
It's [41] 14:14; 37:10; 39:2, 3; 46:22; 54:20; 60:17, 20, 21; 69:11; 71:12; 74:9; 84:16; 87:21; 88:2; 92:24; 99:12; 117:8; 136:24; 149:4; 161:2, 4; 162:1, 19; 164:25; 167:12, 19; 169:13; 173:18; 176:23; 181:19; 182:8; 184:4; 187:8; 197:15; 208:2; 212:8; 213:17
it's [40] 31:24; 39:11; 64:12; 69:16; 70:14; 71:4, 8; 74:8, 25; 76:1; 77:24; 79:21; 86:2, 17; 88:3, 16; 89:16, 18; 90:21; 91:3; 97:15; 104:24; 107:21; 121:19; 135:15; 138:13; 142:13; 146:8, 22; 161:19; 162:24; 163:10; 165:3; 167:11; 168:6; 181:23; 185:6; 208:25; 211:15
Italy [1] 17:17

- J -

jacket [1] 97:15
jail [3] 31:9; 135:9; 161:17
January [3] 56:6, 12; 132:21
jibes [1] 83:10
jobs [2] 179:9; 193:10
Journal [1] 2:23
journal [3] 47:16; 56:8, 10
journals [1] 47:14
JUDGE [1] 1:16
Judge [44] 3:8; 7:5, 10; 34:1; 37:23; 38:13, 23; 39:7; 42:5, 9, 12; 47:8; 51:1; 52:7;

54:16, 19; 65:3, 24; 66:10; 67:8; 71:10; 79:12; 92:14; 93:12; 102:15; 114:21; 115:13; 116:7; 136:20; 144:1; 146:24; 150:7, 13, 15; 170:12; 173:18; 178:6; 183:11, 15, 19; 191:18; 194:20; 213:19; 215:15
judge [2] 136:20, 21
JULEE [1] 1:25
Julee [2] 215:9, 20
jumped [1] 43:22
jumping [1] 122:2
June [4] 5:21; 6:6; 185:25; 194:25
jurors [6] 4:6; 52:3; 80:24; 94:18; 154:3; 156:20
JURY [1] 1:13
Jury [8] 4:4; 52:1; 80:22; 93:4; 94:17; 153:21; 156:19; 214:10
jury [56] 3:3, 6; 4:2; 16:16; 24:2; 25:18; 27:6, 13; 38:17; 39:8; 40:25; 42:11, 14, 21; 46:2; 51:17, 20, 24; 54:9, 18, 25; 57:14; 62:5; 65:23; 66:16; 67:17; 69:6; 80:13, 16, 21; 82:4; 86:12; 87:18; 89:6; 93:7, 19; 94:9; 95:1; 108:10; 113:8; 119:14; 143:25; 147:14, 15; 153:23, 24; 154:11; 156:12, 17; 158:9; 161:9; 167:11; 201:19; 205:20; 207:2, 19
J.S. [23] 30:7; 32:5; 54:8, 10, 11, 19, 22, 23; 55:1, 10, 12, 16, 17; 100:12, 13; 102:9, 10, 12; 111:9; 116:19; 146:14; 160:19; 162:13
juvenile [1] 210:22

- K -

Keep [1] 214:4
keep [17] 12:6; 13:5; 19:24; 30:18; 77:21, 25; 103:1; 107:3, 5, 6, 7; 141:14; 149:6; 165:8; 168:6; 207:11, 16
keeping [1] 143:5
kept [9] 26:7, 8, 9; 27:21; 37:7; 47:15, 18; 102:4; 180:6
Kerr [1] 1:22
kick [13] 29:21, 22; 48:1, 8, 12, 14, 15; 122:25; 125:18; 182:6; 192:15, 19; 205:4
kicked [13] 23:15; 123:14; 124:13, 23, 24; 125:8, 12; 128:4, 9, 16; 133:6; 205:11
kicking [8] 124:23; 125:15, 18, 22, 24; 133:7; 172:24; 182:7
kids [61] 14:10; 24:17; 29:24; 87:1; 99:17; 100:8, 9, 11, 25; 101:10, 15, 17; 102:1; 106:15, 16, 23; 108:13; 112:22; 115:19; 127:10, 13, 17, 19, 23; 128:3, 9, 20; 129:9, 11; 132:9; 136:8; 138:8, 15; 142:12, 19; 144:10, 20, 23, 25; 145:23; 146:4; 149:6, 20; 152:15, 16; 158:18, 23; 159:9; 160:8, 17; 161:18; 162:11, 12; 166:24; 167:3; 173:6; 190:1; 213:14
kill [1] 46:6
kind [24] 15:4; 24:15; 46:23; 59:13, 20; 64:10; 72:20; 84:12; 85:15, 19, 23; 86:2, 17, 24; 98:12; 101:10; 104:9, 10; 116:5; 128:24; 168:8; 174:9
kindergarten [1] 159:7
kinds [1] 32:24
Kitchen [1] 167:25
kitchen [4] 46:5; 168:1; 185:16; 194:6
knew [24] 9:16; 16:24; 21:13, 15; 23:19; 29:20; 33:19; 35:7, 10; 39:25; 46:11; 49:14; 50:6; 62:14, 15; 99:15, 16, 17; 134:16; 192:25; 200:3, 4, 22, 25
knife [13] 45:23; 46:5, 8, 10, 15, 18; 110:16, 17, 19, 21; 177:6
know [87] 3:22; 5:7; 6:22; 13:3, 21; 15:4, 7; 17:9; 19:16; 21:5; 28:15; 29:6, 18; 35:9; 37:7; 39:12; 40:15, 17; 46:11, 13; 47:1; 48:7; 49:3; 54:9; 59:3, 23, 25; 62:8; 64:5; 66:6, 7; 67:1; 72:3; 74:11; 84:9; 87:2; 90:24; 92:7, 8; 100:20; 101:25; 103:3; 109:4, 6; 112:8; 117:14; 120:3, 4, 5, 6, 16, 17; 123:16, 22; 125:20; 130:16; 131:9; 132:1, 7; 133:3, 4; 144:1, 11; 145:15, 17; 154:6; 160:3; 168:13; 170:25; 176:25; 180:1, 24; 181:4, 5, 8; 185:25; 189:15, 17; 193:1, 12; 198:6; 200:12
knowing [2] 47:20; 76:21
knowingly [1] 156:3
known [6] 36:22; 42:2; 74:22;

76:5; 77:22; 197:3
**knows** [3] 74:9; 78:6; 111:14

- L -

**Laal** [2] 173:2, 17
**labor** [2] 57:18; 187:7
**Ladies** [5] 79:24; 92:22; 95:1; 153:13; 213:24
**lady** [1] 144:16
**laid** [2] 13:3; 16:13
**Lake** [1] 101:8
**lake** [1] 101:5
**Lakeview** [1] 40:2
**land** [1] 172:19
**language** [3] 157:17, 19; 183:20
**laptop** [1] 28:16
**large** [1] 60:24
**laser** [3] 190:17, 19; 212:3
**last** [7] 5:5; 17:18; 52:12; 63:11; 94:5; 106:6; 150:21
**lasted** [1] 106:7
**late** [3] 13:16; 36:2; 70:10
**later** [11] 23:16; 40:6; 70:23; 94:22; 98:22; 108:24; 113:18; 122:24; 183:1; 200:14
**laugh** [1] 46:22
**laughed** [1] 46:7
**laughing** [2] 46:9, 21
**laundry** [4] 20:16, 20, 21, 22
**lawyer** [6] 117:20; 138:7; 143:13; 145:17, 19, 21
**lawyer's** [1] 117:19
**laying** [1] 85:2
**layover** [2] 7:22, 24
**lead** [2] 183:18; 185:7
**leading** [2] 114:21; 183:11
**learn** [2] 118:7; 160:7
**learned** [1] 202:18
**learning** [1] 128:24
**least** [2] 203:11; 206:6
**Leave** [1] 56:22
**leave** [17] 10:9; 12:16; 29:13; 30:9; 34:12; 40:11; 48:17; 56:20; 99:20; 127:10; 153:11, 12; 176:17; 185:1; 186:21; 190:15, 19
**leaves** [1] 116:20
**leaving** [1] 99:19
**left** [21] 9:7; 15:10; 28:21, 23, 24; 30:1, 6, 10, 11; 73:11; 85:5; 112:6; 131:24; 151:13; 171:17; 175:12; 189:2; 191:6; 196:13; 201:20; 202:3
**left-handed** [1] 46:8
**legally** [4] 13:20, 22; 14:2; 53:18
**less** [4] 191:6; 212:23; 213:1, 7
**Let's** [10] 29:1; 42:7; 51:6; 72:13; 111:18; 131:20; 132:5; 158:16; 159:21
**let's** [11] 51:5; 52:11; 85:20; 90:24; 91:8; 153:13, 15; 163:1; 188:14; 213:24
**letter** [35] 2:22; 38:3, 4, 9, 18, 19, 22, 25; 39:2, 9, 12, 14, 21; 47:6; 49:6, 11, 15, 17, 24; 50:4, 13; 91:23; 108:17, 21; 114:15, 16; 129:23; 130:3, 15; 148:4, 20; 162:16; 182:8, 22; 183:23
**letters** [2] 50:7; 95:8
**letting** [1] 75:1
**level** [5] 68:8; 69:1, 10; 159:8, 11
**LEWIS** [1] 1:7
**liar** [1] 111:14
**license** [1] 82:17
**licensed** [1] 82:10
**lied** [12] 34:8; 118:24; 119:20; 120:3, 6; 143:2; 144:7, 9; 161:12, 25; 162:20; 189:8
**lies** [4] 127:16; 149:6; 152:13; 161:11
**Lieutenant** [55] 3:10; 117:3; 118:8, 17; 120:7, 24; 121:23; 122:11, 19; 124:18; 125:11, 13, 14; 126:15, 22; 127:4, 8; 128:7, 8, 10, 23; 130:4, 17; 133:20, 24, 25; 134:3, 10, 15, 22; 139:7, 11, 16, 21, 25; 140:2, 8, 14, 20, 25; 141:7, 9, 16, 22; 142:4, 8, 14; 144:7; 151:1, 5, 24; 206:11, 23; 207:6, 14
**life** [10] 13:1; 48:23; 72:5; 76:14; 95:15; 115:16; 135:18; 160:9; 169:25; 185:8
**lifestyle** [1] 76:16
**light** [6] 47:18; 110:13, 14; 178:4, 9; 194:5
**Like** [11] 36:17; 145:11; 168:14; 176:14; 180:18; 193:21; 200:12; 211:15, 16; 212:14; 213:14
**like** [92] 3:9; 6:14; 10:15; 18:21; 19:19; 22:11, 12; 32:4; 36:1, 12; 37:13; 41:1, 6, 7, 10; 43:17; 45:7, 12; 48:5; 59:10; 60:19; 61:22; 62:9; 69:17; 77:3; 84:21; 85:9, 15; 86:20; 87:5, 8; 91:1; 94:23; 103:1; 107:9; 113:14; 131:22, 23; 141:6; 153:25; 154:5, 24; 157:7; 159:13, 14, 20; 162:22; 163:9; 164:4, 24; 166:13, 14, 20; 167:11, 22, 23,

25; 168:23, 24; 169:10, 13, 14, 23; 171:19; 175:5; 176:16; 177:16; 178:25; 180:9, 13; 184:21, 22; 185:25; 186:10; 189:1, 18; 190:14, 17; 191:3, 6; 192:21; 195:7, 23; 204:23; 211:15, 23; 213:12, 14, 15
**liked** [5] 21:14; 36:13, 16; 37:6; 107:10
**limit** [1] 66:13
**limiting** [1] 66:2
**line** [4] 53:20; 56:12; 114:6; 120:20
**lipstick** [1] 39:18
**list** [2] 137:1, 5
**listen** [2] 37:19; 173:23
**literally** [3] 29:24; 43:22; 44:12
**Little** [2] 54:11; 55:1
**little** [21] 10:25; 18:4; 19:9; 35:7; 50:10; 54:12; 59:7; 72:21; 86:3, 16; 87:2; 163:19; 168:6; 186:19; 189:21; 190:6, 11; 194:7; 201:9; 213:3
**live** [6] 48:17; 97:6; 142:12; 160:24; 161:1
**lived** [2] 24:8; 204:4
**lives** [1] 100:13
**Living** [1] 163:11
**living** [15] 14:18, 22; 16:4, 10, 18; 47:7; 99:2; 103:13; 108:12; 111:5; 149:15; 163:9, 10, 12; 167:22
**lobby** [5] 51:9; 80:3; 93:2; 153:16; 213:25
**Local** [1] 200:17
**local** [2] 68:8; 69:9
**location** [3] 60:12, 15; 70:19
**long** [15] 59:24; 68:2; 82:15; 84:23; 94:4; 98:1; 102:3; 106:6, 23; 112:17; 165:12; 175:12; 197:3; 200:11; 212:6
**look** [16] 34:12; 48:4; 79:2; 84:24, 25; 85:9; 86:1; 89:21; 91:8, 17, 20; 173:7, 8; 182:12
**looked** [8] 33:6; 84:9, 21; 86:20; 90:14; 122:5, 8; 162:15
**looking** [12] 48:5, 6; 59:22; 60:3; 76:10, 19; 90:11; 111:9; 166:19; 173:11; 184:5; 192:4
**lose** [1] 185:7
**losing** [1] 128:3
**lost** [3] 10:19; 22:20; 33:22
**Lots** [1] 14:12
**lots** [2] 60:18; 171:17
**loud** [1] 97:20
**Love** [1] 2:22
**love** [5] 39:9; 72:3; 105:10; 108:16; 162:16
**loves** [1] 195:22
**loving** [1] 31:6
**lunch** [5] 13:14; 40:16, 17; 80:1, 7
**lunchtime** [1] 40:14
**Lyft** [6] 27:9; 110:1; 178:20; 179:4, 7; 193:12
**lying** [6] 35:7; 95:25; 125:14; 127:8; 130:10; 189:9

**- M -**

**M.D.** [2] 2:9; 81:13
**Ma'am** [2] 57:13; 67:16
**made** [38] 20:18; 31:20, 25; 32:3; 34:12; 43:18; 48:6, 8; 72:17; 73:14, 17; 75:22; 77:25; 107:16; 114:10, 14; 115:7; 118:4; 123:9, 21; 128:15, 21, 24; 130:19; 135:11; 138:18; 145:5; 148:6, 19; 149:10; 154:5; 155:15; 164:19; 174:24; 183:1; 185:12; 198:15; 204:11
**mailed** [1] 35:22
**main** [1] 30:4
**mainly** [1] 180:9
**maintain** [1] 167:6
**maintained** [1] 21:17
**Major** [1] 31:24
**make** [32] 3:21; 32:19; 41:4; 58:7; 67:5; 69:13; 84:4; 91:20; 93:10; 94:12; 96:10; 98:24; 99:2; 115:6; 135:12; 148:21; 153:14; 155:10; 156:6; 159:8, 11; 165:2; 167:20; 168:2; 170:1, 22; 179:9; 183:7; 186:11; 188:24; 199:8; 203:1
**makes** [2] 62:12; 73:1
**making** [8] 26:3; 42:25; 66:16; 98:22; 121:4; 135:11; 156:2; 190:24
**male** [1] 16:21
**maltreatment** [2] 68:10; 82:2
**manager** [1] 99:5
**manipulative** [11] 126:15, 17, 18, 20; 148:24; 205:15, 16; 212:23; 213:1, 4
**manners** [1] 41:14
**many** [24] 10:12, 14; 14:7; 15:7, 19; 16:23; 17:8; 58:21; 59:1; 64:23; 93:21; 170:3; 172:9, 16; 179:3, 12; 186:16; 187:11; 193:10, 14, 17; 196:15, 20
**March** [2] 45:19; 215:17
**Marie** [1] 100:23
**marked** [2] 38:1; 47:11
**marks** [1] 95:23

**Marrakesh** [16] 6:15; 7:19; 8:11; 19:14; 164:4; 166:18, 22; 167:9; 172:12, 16, 20; 186:8; 187:11, 15
**marriage** [8] 9:15, 17; 21:24; 49:13, 15; 54:6; 88:18; 181:17
**marriages** [1] 181:20
**married** [15] 9:9; 15:5; 21:1, 6; 30:15; 53:11; 97:8, 9, 10; 98:1; 105:10; 187:25; 188:6; 197:7; 202:12
**marries** [1] 9:19
**marry** [10] 9:21; 21:14, 15; 22:11; 88:1; 180:13; 181:8; 182:2; 189:6; 197:25
**master** [1] 98:13
**master's** [3] 15:7, 11; 57:24
**material** [1] 90:12
**Math** [1] 203:19
**math** [8] 25:2; 36:12, 16, 20; 113:13; 120:19; 121:16; 122:22
**mathematics** [3] 170:20; 175:4; 193:11
**mats** [1] 16:13
**matter** [3] 53:9; 169:19; 181:9
**matters** [4] 51:19; 80:15; 92:23; 105:18
**mature** [1] 84:18
**matured** [1] 84:10
**maturity** [1] 84:12
**Maybe** [5] 18:4; 73:9; 94:6; 195:12, 15
**maybe** [9] 27:1; 64:12; 67:3; 87:8, 24; 103:12; 106:7; 109:25
**mean** [10] 12:7; 34:25; 37:12; 63:1; 64:17; 71:6; 79:7; 85:9; 102:18; 188:11
**meaning** [1] 18:14
**means** [5] 7:12; 49:13; 71:8; 181:4; 188:4
**meant** [3] 34:23; 49:16; 50:6
**meantime** [1] 198:6
**mechanical** [2] 98:14, 17
**Medical** [2] 81:21; 82:9
**medical** [20] 59:6, 17; 60:23, 25; 61:4, 21; 62:12; 70:15; 81:24; 82:6, 16, 24; 83:6, 13; 87:15; 88:11; 90:1, 7; 91:17; 92:11
**medication** [2] 151:9, 12
**Medicine** [1] 82:7
**meet** [9] 8:20; 52:20; 104:12; 127:21; 158:17, 20; 165:10; 180:25; 197:5
**meeting** [2] 58:16; 135:5
**men's** [1] 165:1
**mental** [2] 70:15; 137:9
**mentally** [1] 163:14
**mention** [8] 47:21; 50:19; 54:19, 21; 60:6; 116:12; 121:13, 16
**mentioned** [19] 37:6; 47:18; 50:21; 60:24; 63:4; 82:22; 85:7; 86:10; 88:19; 90:14; 111:24; 113:5; 117:12; 120:19; 121:18; 133:5; 142:15; 195:4; 199:22
**mentions** [1] 167:25
**merit** [1] 191:7
**mess** [3] 162:24; 173:5; 183:8
**message** [1] 176:25
**messages** [1] 171:11
**messed** [1] 29:3
**messing** [1] 108:19
**meters** [1] 167:23
**Mezda** [3] 52:13, 16, 18
**MICHAEL** [1] 1:22
**Michael** [3] 4:18; 91:13; 117:21
**microphone** [1] 97:20
**middle** [7] 14:24; 25:24; 29:20; 42:4; 85:21; 110:7; 112:15
**Midland** [1] 162:4
**Midnight** [1] 27:8
**might** [13] 59:25; 60:4; 64:19; 72:23; 74:19; 76:22; 77:18, 23; 78:2, 11, 14, 17; 103:14
**Mike** [1] 63:20
**miles** [9] 16:22, 23; 17:8; 161:2; 167:14; 179:4; 186:13; 195:25
**milk** [1] 29:23
**Miller** [1] 136:16
**million** [1] 170:21
**Minco** [2] 115:9; 127:11
**mind** [1] 101:15
**minutes** [12] 40:7; 44:25; 51:14; 92:24; 127:5; 133:20; 143:21; 153:17; 189:2; 195:8; 200:12, 14
**mishear** [1] 195:11
**misheard** [1] 195:14
**missing** [1] 108:14
**modified** [1] 68:25
**Mohammad** [7] 52:15, 16, 18; 163:21; 197:1, 3, 5
**Mohammad's** [1] 196:23
**molest** [3] 27:25; 193:23; 194:1
**molested** [1] 27:3
**molesting** [2] 125:23; 161:7
**mom's** [7] 167:10; 170:7, 9; 172:9; 173:14; 174:4; 185:14
**moment** [3] 115:13; 132:5; 150:13
**moments** [1] 93:8

**Monday** [5] 173:7, 8, 10, 11; 179:14
**money** [8] 48:9, 17; 49:4; 135:9, 10; 171:17; 179:9
**money-making** [1] 88:12
**month** [4] 5:20; 37:5; 106:7
**months** [15] 5:21, 22, 24; 6:8, 9; 47:2, 4; 58:9; 143:13; 151:25; 159:21; 165:14; 186:3; 190:22
**moon** [3] 41:21, 23, 25
**Moore** [1] 180:2
**more** [36] 10:5; 18:2, 4; 36:25; 40:22; 46:22; 56:14, 15; 58:12; 59:22, 23; 60:2; 63:4, 13; 65:10; 68:25; 74:21; 80:7; 91:21; 101:12; 103:14; 127:19; 143:17; 152:18; 154:2; 168:6; 178:3; 181:23; 183:17; 211:7; 212:23; 213:1, 3, 4, 6, 8
**morning** [12] 3:5; 4:18; 20:17; 51:5; 57:1; 65:16; 110:2; 175:4; 179:14; 214:1, 9, 12
**Moroccan** [15] 16:5; 20:25; 21:8; 22:4; 40:23, 25; 42:3, 15; 43:3; 165:4, 17; 185:23; 187:15; 191:21; 211:12
**Morocco** [122] 5:18; 6:11; 7:14, 20; 8:9, 20; 10:1, 13; 11:8, 11, 13, 15, 16; 14:7, 8, 23; 15:11, 22; 16:17; 17:19, 21; 18:5, 9; 19:7, 8, 9, 10; 20:4, 8; 21:3; 25:9, 20; 27:1, 2, 5; 30:17; 31:10; 32:6; 34:9; 35:17; 36:1, 5, 7; 37:15, 20; 41:18; 45:9; 62:2; 64:15, 21; 95:6; 98:17; 103:6, 8, 16, 18, 20; 104:12, 21; 106:3; 109:7, 22; 111:21; 112:1, 4, 6, 12; 114:4, 6, 12; 159:22; 160:1, 3, 7, 22, 25; 161:3, 8; 163:2, 3; 164:1; 167:12; 168:19; 169:7, 21; 170:3; 171:25; 172:3, 19; 173:13; 174:5, 10, 16; 175:7, 8; 176:9; 177:23, 25; 181:20; 185:11, 14, 22; 187:10, 24; 191:4, 11, 21; 194:24; 196:3, 21; 198:2, 10; 202:16, 19; 211:12
**most** [14] 11:4; 12:8; 25:13; 40:19; 60:16; 76:5; 78:24; 85:1; 88:4, 13; 91:1; 96:9; 109:23; 178:16
**mostly** [5] 13:12; 23:3; 25:7; 29:10; 59:21
**mother** [9] 53:24; 55:8; 137:8, 14, 21; 138:2; 163:22; 166:1; 167:4
**mother's** [1] 137:20
**motion** [1] 93:15
**motions** [1] 93:10
**motivated** [1] 79:9
**motivation** [2] 79:5, 8
**mountain** [1] 19:18
**mountains** [1] 167:15
**mouth** [7] 41:5; 97:20; 141:14, 20; 207:11, 15, 20
**Move** [1] 50:25
**move** [6] 38:13; 42:7; 66:3; 88:18; 158:22; 159:21
**moved** [4] 27:17; 98:9, 10
**movement** [2] 121:1, 7
**much** [25] 10:6; 11:4, 7; 17:25; 18:4, 21, 24; 33:23; 34:24, 25; 39:12; 49:4; 53:2; 102:8; 154:3; 162:15; 163:3; 166:17; 173:15; 179:15; 196:8; 201:4, 6, 8; 209:21
**multidisciplinary** [1] 83:4
**multiple** [10] 30:3; 70:13, 14, 17, 18; 71:13, 14; 78:5; 135:15; 196:14
**Muslim** [5] 8:14, 15; 41:13; 141:5; 164:10
**Mustang** [1] 180:3
**myself** [8] 25:7; 33:4, 5; 46:14; 81:23; 84:3; 144:10; 163:21

- N -

**name** [18] 4:18; 5:2, 5; 13:20, 22; 52:12, 14; 57:15; 63:20; 67:18; 81:18; 91:13; 97:4; 99:15; 100:23; 104:15; 157:15; 163:20
**named** [2] 8:20; 54:8
**names** [5] 111:24; 147:8, 10; 163:19; 174:14
**national** [2] 68:8; 69:10
**nationally** [1] 68:22
**nature** [1] 60:25
**Nearest** [1] 161:1
**nearest** [1] 160:24
**necessarily** [2] 38:19; 64:1
**necessary** [1] 137:9
**neck** [3] 125:25; 126:4, 5
**need** [19] 3:7; 21:16; 51:19; 80:15; 83:5, 8; 108:24; 112:3; 128:20; 143:21; 144:22; 153:14; 154:2, 4; 159:19;

171:3; 172:6, 24; 176:24
**needed** [6] 23:5; 99:10; 108:15; 135:11, 12; 151:12
**needs** [1] 68:19
**nefarious** [1] 109:21
**negative** [3] 31:5; 73:9; 115:16
**neglected** [2] 3:8; 43:13
**neighborhood** [4] 40:3; 101:5; 111:7, 8
**neighbors** [1] 177:24
**nervous** [3] 9:16; 122:6, 9
**neutral** [3] 68:14, 16; 70:11
**Never** [3] 106:2; 116:6; 177:10
**never** [40] 13:18; 16:4; 29:14; 31:8, 22; 41:16; 43:1; 44:14; 47:18; 49:12, 17, 18, 19, 20; 50:7, 17; 54:3; 62:9, 15; 90:3; 105:17, 24; 106:2; 108:4; 117:9; 123:13, 15; 124:6; 132:2, 25; 133:8; 142:14, 16, 17; 151:6, 20; 158:10; 171:7; 177:9; 188:2
**next** [20] 20:17; 26:1; 28:5; 33:21; 56:23; 65:13; 79:21, 25; 81:1; 92:19; 111:4; 113:13; 120:10, 13; 121:22; 156:22; 157:8; 180:6; 188:22; 211:18
**nice** [1] 33:6
**nicely** [1] 33:2
**niece** [2] 163:17; 187:23
**nieces** [1] 14:11
**night** [21] 7:24; 10:11; 13:16; 20:5, 6; 25:9; 110:7; 111:23; 127:9, 12; 128:8; 145:12; 152:1; 172:22; 173:14; 174:4, 5; 177:3; 186:22; 188:22
**nightgown** [3] 20:12, 14, 15
**nights** [4] 164:5, 6; 166:18
**nighttime** [1] 110:1
**Nine** [1] 102:24
**nine** [1] 166:20
**nipple** [2] 208:9, 12
**nitpicking** [1] 152:22
**nobody** [1] 177:14
**Nods** [6] 9:14; 90:16; 134:11; 143:24; 149:7; 155:4
**noises** [1] 211:25
**nonassertion** [1] 38:24
**nonbiased** [1] 68:14
**None** [4] 50:4; 64:25; 108:3; 148:18
**nonleading** [1] 68:18
**Nonresponsive** [1] 146:15
**nonresponsive** [2] 170:12; 173:19
**nonsuggestive** [1] 68:19
**Noon** [1] 80:11
**normal** [8] 62:15; 86:1; 89:15, 22; 90:22; 91:6, 20; 148:15
**normal-looking** [2] 88:7, 10
**normally** [1] 90:22
**Norman** [1] 179:8
**North** [1] 1:20
**notch** [7] 84:20; 85:7, 15, 18, 24; 86:2, 9
**notching** [1] 88:25
**note** [3] 37:21; 125:3; 209:9
**noted** [1] 63:2
**notes** [1] 215:14
**nothing** [7] 28:24; 33:24; 34:17; 113:18; 121:3, 8; 129:3
**noticeable** [1] 44:20
**noticed** [1] 110:5
**nourished** [1] 192:2
**November** [10] 108:8; 114:10, 11; 124:25; 132:14, 17; 148:9; 162:4, 8, 9
**nowhere** [2] 142:9, 10
**Number** [9] 38:14; 47:11; 51:1, 3; 55:23; 56:3; 196:3; 198:2, 10
**number** [5] 4:24; 59:2; 87:11; 128:11; 133:20
**nurse** [1] 57:18
**nursing** [3] 57:17, 23, 24

- O -

**o'clock** [7] 85:3, 4, 5, 7; 86:11, 14
**oath** [5] 4:12; 119:20, 24; 123:18; 142:23
**Object** [2] 34:1; 144:3
**object** [6] 22:16; 42:5; 87:3; 102:15; 173:18; 178:6
**objecting** [1] 66:9
**Objection** [12] 7:5; 26:20; 109:17; 114:21; 116:1; 146:15, 21; 170:12; 183:11, 15; 191:17; 196:17
**objection** [7] 3:12; 7:9; 17:5; 22:8; 51:2; 54:24; 67:5
**objectionable** [1] 67:6
**observation** [2] 58:9; 114:23
**observations** [1] 58:16
**observe** [1] 84:8
**observed** [1] 75:11
**Obviously** [1] 203:8
**obviously** [5] 66:19; 85:4, 23; 88:9; 128:18
**occasion** [9] 82:23; 124:7; 126:3; 139:25; 141:4, 5; 203:11; 204:11; 208:15
**occasional** [1] 61:18

**Occasionally** [2] 11:22; 24:22
**occasions** [3] 12:18, 24; 85:13
**occurring** [1] 83:21
**ocean** [9] 16:22, 24; 17:9, 10; 34:12; 167:13; 169:12; 172:23; 173:6
**October** [5] 162:5, 6, 7; 184:7
**offer** [1] 151:11
**offered** [2] 151:8
**office** [7] 31:14; 60:15; 117:19; 144:16; 146:10; 174:23; 211:16
**officer** [1] 31:15
**official** [1] 215:17
**often** [14] 9:25; 10:5; 22:25; 24:22; 34:5; 41:22, 23; 42:1; 55:12; 73:5, 8; 108:14; 166:16; 186:4
**Oftentimes** [3] 72:2; 74:21, 24
**oftentimes** [8] 72:4, 17, 23; 73:13; 74:17; 75:2; 77:5; 78:7
**oilfield** [1] 193:21
**Okay** [168] 4:11, 13; 5:15, 18, 23; 7:13, 21; 8:17; 9:6, 15, 21; 10:12; 13:6, 23; 15:14; 16:22; 17:7, 13; 18:2; 19:10, 12; 21:17; 25:23; 26:25; 27:6; 29:4, 19; 31:18; 33:6, 23; 39:5, 7, 24; 40:23; 42:19, 20; 43:11; 45:15, 22; 51:13; 52:11; 53:7, 24; 54:5; 55:4, 10; 56:7, 18; 61:4; 63:22; 64:14; 65:10; 66:6; 67:8; 79:24; 80:4, 20; 86:8, 10, 23; 88:8; 90:19; 91:23; 92:21, 22; 93:1, 15, 21; 94:1, 14; 96:20; 105:7, 14; 107:14; 112:5, 8, 17, 20; 117:15, 20, 22; 118:3, 7, 24; 120:6, 17; 121:19, 21; 122:18, 25; 123:3, 10; 124:22; 126:24; 127:4; 128:7; 129:5; 130:10, 13, 21; 131:25; 134:10; 138:10; 139:14, 16, 20; 142:14; 143:5, 15; 148:8; 150:3; 152:10, 18; 153:7, 17; 154:18; 158:12, 20, 25; 159:21; 161:6; 163:1; 165:24; 166:16; 170:7; 174:1, 3; 175:2; 177:13; 178:16; 180:4, 25; 181:13, 23; 185:22; 186:2, 4; 187:10; 189:20, 23; 190:21; 194:19; 195:23; 196:7, 10, 23; 197:5, 12; 198:9; 199:2; 200:9, 22; 201:16; 202:12; 203:5, 20; 205:10; 206:22; 209:4, 7; 211:6, 25; 212:5, 13; 213:24; 214:3, 8
**okay** [6] 22:12; 32:10; 91:8; 110:7; 115:23; 188:25
**OKLAHOMA** [4] 1:2, 4; 215:3, 5
**Oklahoma** [26] 1:20, 22; 2:11; 7:18; 37:18; 57:17, 19; 58:4, 23; 67:20; 82:3, 7, 11, 18; 98:18; 179:5, 6, 8; 180:2; 186:2; 215:10, 12
**older** [3] 101:14; 146:14; 169:18
**oldest** [1] 102:10
**Once** [6] 41:21, 23; 73:2; 80:5; 137:21; 142:7
**once** [2] 123:14; 206:6
**one-time** [3] 71:9, 12; 74:8
**ones** [1] 41:6
**ongoing** [1] 68:8
**online** [5] 58:15; 170:18; 176:20, 21, 24
**Only** [5] 167:17; 185:2; 189:17; 192:20; 204:23
**only** [33] 19:4; 25:13; 36:10; 63:10; 83:15; 90:11; 92:23; 106:10; 110:19; 117:24; 135:24; 136:2; 149:20; 162:18, 20; 166:20; 170:10; 175:18, 20, 24; 176:2, 5; 177:14; 179:14; 181:19; 188:6; 191:6; 192:21; 196:2, 12; 200:16; 211:25; 213:13
**onto** [4] 89:10, 11; 140:12; 206:7
**open** [6] 67:24; 111:19; 167:16, 17; 169:4, 5
**opened** [2] 110:11; 146:24
**Opening** [1] 2:12
**opening** [5] 85:22; 93:17; 94:9, 21, 23
**operate** [1] 58:7
**operating** [2] 189:15; 199:25
**operation** [16] 21:11; 187:19; 188:17; 189:2, 10, 11, 23; 190:5, 9, 10, 11; 191:5, 15; 199:8; 211:17; 212:2
**operations** [1] 21:4
**opinion** [8] 62:13, 25; 83:8; 84:4; 90:8, 19, 25; 91:8
**opportunities** [1] 109:20
**opportunity** [2] 154:14; 155:24
**option** [1] 43:3
**order** [5] 60:23; 87:20; 119:3, 18; 144:22
**originally** [1] 38:6
**originated** [1] 75:10
**Other** [4] 13:15; 41:6; 83:7; 169:14
**other** [51] 15:25; 23:25; 24:1; 27:19; 50:21; 53:9; 62:8; 66:7, 22; 67:3; 69:18;

74:13, 24; 79:10, 13; 81:24; 82:23; 85:17; 92:2; 98:19; 99:22; 101:13, 15, 17; 102:1; 103:13; 104:19, 20; 105:10; 106:15, 16, 23; 111:9; 115:19; 127:20; 129:9; 132:9; 135:12; 136:5; 138:16; 147:12; 150:16; 154:24; 156:5; 160:8, 17; 163:22; 167:8; 198:7; 200:19
**others** [1] 160:20
**outlined** [1] 65:25
**outside** [23] 3:3, 16, 19; 33:9; 38:17; 42:11; 51:16; 54:18; 65:23; 80:12; 85:16; 92:23; 93:6; 101:1, 3; 106:24; 153:22; 154:10; 161:4; 167:25; 168:1; 169:16; 210:5
**over** [28] 10:7; 22:25; 30:3; 35:14; 39:19; 43:17; 44:20; 66:20; 71:5, 13; 72:4; 73:3; 74:12; 103:4; 113:24; 114:12; 124:17; 141:14; 143:6; 152:12; 159:16; 162:16; 180:7, 10; 194:1; 207:11, 15
**overnight** [3] 8:4, 6; 35:22
**overrule** [1] 54:24
**Overruled** [4] 17:7; 71:11; 170:13; 196:19
**overseeing** [1] 81:22

- P -

**p.m.** [1] 173:12
**pack** [1] 99:10
**page** [1] 56:10
**pages** [2] 38:7, 8
**paid** [6] 28:13; 135:12; 185:20; 198:24, 25; 199:2
**pain** [1] 202:7
**painful** [1] 4:21
**Papa** [1] 102:10
**paper** [1] 158:11
**papers** [3] 143:11; 170:19; 175:25
**paperwork** [4] 35:23; 54:3; 143:13; 144:15
**parent** [1] 128:19
**parental** [1] 137:8
**Parents** [1] 73:11
**parents** [13] 11:20; 12:17, 23; 14:1, 2; 20:4; 34:21; 39:1; 53:18, 19; 181:22, 24; 182:1
**Paris** [3] 7:19; 8:6; 163:3
**park** [2] 12:17; 24:21
**parking** [1] 214:5
**parks** [1] 101:7
**Part** [1] 59:9
**part** [29] 16:5; 24:20; 25:11; 30:4; 41:13; 59:2; 60:24; 62:10; 68:15; 72:24; 76:15; 81:21, 24; 82:22; 125:25; 144:19; 145:2; 164:10; 165:22; 170:16, 20, 21, 23, 24; 176:19; 179:9; 187:5; 193:11; 204:5
**Partially** [1] 205:25
**participate** [2] 69:3, 8
**particular** [3] 60:5; 67:2, 3
**partly** [2] 25:6
**party** [1] 68:15
**Pass** [7] 63:16; 78:20; 91:9; 92:14; 116:7; 150:15; 213:19
**pass** [4] 52:7; 175:18; 176:2; 194:20
**passed** [2] 175:18, 20
**passion** [1] 49:21
**passport** [4] 160:15, 18, 20; 165:19
**passports** [1] 160:17
**past** [3] 44:24; 86:22
**patient** [6] 59:16, 19; 85:2; 90:1, 4; 170:2
**patients** [5] 57:21; 58:14; 59:22; 60:16; 81:23
**patterns** [1] 75:11
**PAUL** [4] 1:7, 15; 2:18; 157:10
**Paul** [28] 4:19; 13:19, 20; 19:7; 45:13; 97:11; 100:12, 13; 102:20; 110:22, 23; 111:8; 116:19; 122:2; 137:20, 23; 138:3; 157:1, 16; 160:2, 3, 18; 162:14; 177:16, 19; 178:16; 215:15
**paying** [1] 98:23
**payment** [3] 98:25; 135:11, 12
**payments** [1] 98:23
**pediatric** [12] 57:20; 58:2, 12, 14; 59:6, 7; 60:2, 16, 24; 61:4; 82:8, 24
**pediatrician** [1] 82:1
**pediatrics** [3] 82:10, 13, 14
**Peer** [1] 69:8
**peer** [1] 69:9
**peer-review** [1] 69:3
**penalty** [1] 119:8
**penetrated** [1] 140:7
**penis** [5] 88:9; 141:20; 207:20, 21; 208:7
**people** [25] 4:24, 25; 6:17; 14:7, 12, 16; 15:25; 33:13; 43:3; 66:23; 70:14; 72:22; 88:12, 14; 97:21; 103:13; 166:25; 170:3; 173:16; 181:23; 186:16, 18; 187:8; 188:2; 192:23
**perceive** [1] 191:15

**percent** [7] 77:8; 88:5; 98:25; 168:19; 177:16, 17
**perform** [2] 21:4; 88:22
**period** [7] 36:25; 107:21; 175:7, 8; 186:4; 205:21, 24
**periods** [4] 44:21; 98:3, 5; 212:6
**perjury** [1] 119:8
**perpetrator** [4] 72:2; 74:8; 76:22; 78:5
**perpetrators** [2] 76:5; 91:5
**person** [6] 5:2; 72:1; 74:12; 78:9; 181:10; 187:9
**personally** [2] 88:22; 90:3
**petition** [8] 119:17; 123:18; 124:2; 136:9; 137:2, 7; 138:12; 211:4
**petroleum** [7] 6:16; 19:3; 98:15; 175:18; 176:22, 23; 193:12
**Ph.D.** [1] 175:16
**phases** [1] 68:25
**phone** [21] 10:19, 21; 31:18, 19; 104:22; 111:20; 112:12, 17; 113:11; 160:4; 161:23; 172:1, 3; 173:16; 180:10, 15, 19; 198:9, 11, 13, 18
**photo** [1] 84:5
**physical** [15] 39:24; 46:11, 12; 61:17; 77:18, 19; 123:25; 137:9; 138:3; 147:2, 5, 6; 187:7; 210:17, 22
**physically** [9] 43:11; 102:21; 123:11, 13, 19; 124:3; 204:21, 24; 211:3
**physician** [2] 81:20; 82:10
**physicians** [2] 58:6, 16
**physics** [1] 98:13
**pick** [4] 10:10; 22:3; 129:9; 179:22
**picnics** [1] 101:8
**picture** [3] 128:2; 167:8, 9
**pictures** [7] 83:16; 103:22, 23, 24; 104:1, 6, 9
**piles** [1] 42:4
**piling** [1] 20:23
**pillows** [1] 113:12
**Pizza** [1] 179:25
**pizza** [2] 132:10; 179:24
**place** [13] 25:21; 60:22; 70:14; 105:12; 163:13, 14; 167:13, 15; 179:24; 181:6; 199:6; 207:10, 15
**placed** [1] 151:2
**places** [2] 70:17; 83:13
**plaid** [1] 97:15
**Plaintiff** [1] 1:5
**plan** [14] 21:7; 53:11; 143:15; 144:24; 145:2, 23; 146:3; 196:12; 197:7, 10, 11, 12, 13, 16
**plane** [1] 8:8
**planned** [1] 197:9
**planning** [3] 9:9; 93:22; 202:12
**plate** [3] 43:7, 9; 179:22
**plating** [1] 43:4
**platter** [1] 43:4
**play** [6] 13:9; 24:17, 18; 74:13, 16; 101:1
**Play-Doh** [1] 59:15
**played** [1] 76:24
**playing** [3] 59:15; 101:3; 190:1
**Please** [9] 4:5; 52:2; 65:19; 80:23; 81:4, 9; 96:20; 156:20; 157:6
**please** [18] 4:3; 14:1; 38:2; 47:13; 51:25; 57:13; 65:17; 67:16; 80:21; 96:18; 97:4, 22; 119:22; 120:4; 149:25; 156:18; 157:4, 15
**pliable** [1] 91:3
**point** [17] 26:14; 27:19; 52:23; 53:24; 96:11; 114:24; 130:22; 135:4; 141:20; 148:19; 151:13; 153:5; 164:16; 180:17; 184:5; 190:5, 23
**pointed** [1] 46:6
**Police** [8] 18:8; 31:11; 99:19; 111:25; 134:17; 138:21; 139:2; 202:19
**police** [16] 31:20; 100:3; 111:17, 21, 22; 118:18, 22; 132:12, 19, 21, 23; 162:23; 172:1, 4; 190:24; 198:18
**policy** [1] 99:13
**Poor** [1] 14:25
**poor** [5] 14:23; 167:19; 194:17, 18; 195:12
**poorly** [5] 24:2; 159:10; 184:13; 189:25; 210:1
**population** [2] 58:12; 60:2
**porn** [1] 102:13
**posing** [1] 7:10
**position** [7] 72:4; 76:7; 85:8; 86:11, 14; 147:18; 212:8
**positive** [3] 60:22; 62:24; 63:1
**possible** [3] 82:1; 208:25; 209:1
**Possibly** [1] 48:22
**possibly** [2] 73:24; 77:24
**posterior** [4] 84:22; 86:15
**pounds** [3] 171:18; 194:5; 213:15
**pouting** [1] 113:15
**practice** [1] 69:15
**pregnant** [10] 31:23; 49:10; 88:6, 8; 112:1; 185:7; 192:17, 18, 20; 205:5
**prepare** [1] 175:23
**prepared** [1] 175:17

**prepubertal** [1] 84:14
**presence** [8] 3:3; 51:17; 80:13; 92:23; 93:6; 153:23; 154:11; 210:6
**present** [9] 32:8; 39:20; 77:11; 80:14; 156:9; 158:12; 166:1; 198:15; 211:11
**presented** [1] 143:23
**pressured** [1] 144:12
**pressures** [1] 135:13
**pretend** [2] 27:10; 28:3
**pretty** [9] 11:7; 17:14; 29:2; 31:4; 37:14; 53:2; 86:4; 104:24; 163:2
**prevented** [1] 50:11
**previous** [3] 3:1; 64:24; 204:11
**previously** [1] 46:19
**privacy** [1] 189:14
**private** [1] 164:15
**privy** [1] 111:20
**probably** [3] 58:24; 96:9; 166:21
**problem** [1] 194:13
**problems** [8] 38:24; 100:16, 18; 101:16; 147:21; 148:17; 158:1; 190:4
**procedure** [16] 21:16; 61:1, 2; 64:14, 20, 23; 87:15, 25; 88:2, 20, 22; 199:6, 19; 200:11, 22; 211:11
**procedures** [2] 61:22, 24
**proceed** [1] 157:9
**proceedings** [1] 145:19
**process** [14] 62:10, 22; 66:22; 68:20; 69:3; 71:4, 7, 8, 13, 17; 72:10, 24; 76:21; 199:4
**production** [1] 175:19
**professor** [1] 57:17
**project** [2] 170:21; 186:7
**projected** [2] 33:10, 12
**promise** [2] 113:20; 172:23
**promised** [9] 102:2; 113:19; 130:22; 171:6; 173:5; 182:11, 13; 184:3; 186:12
**pronoun** [1] 55:14
**proof** [1] 93:14
**proper** [1] 137:8
**protect** [6] 31:2; 110:22; 137:14, 22; 144:10; 152:15
**protected** [1] 138:4
**Protection** [1] 81:25
**protective** [2] 119:3, 17
**protocol** [5] 68:20, 22, 23, 24
**provide** [6] 61:21; 69:17; 70:10; 122:16, 21; 137:8
**provided** [4] 120:12, 24; 144:6; 151:23
**provider** [1] 78:6
**providing** [1] 100:3
**province** [1] 66:15
**proving** [1] 35:24
**pubic** [1] 84:16
**public** [1] 114:3
**pull** [3] 23:16; 97:19; 157:7
**pulled** [7] 23:14, 19, 21; 28:1; 173:3; 184:7; 202:7
**punched** [2] 89:8, 9
**punishment** [3] 22:17; 77:18, 19
**purpose** [4] 60:14; 68:11; 69:7; 83:2
**purposefully** [1] 73:1
**purposely** [1] 72:17
**pursuing** [1] 208:2
**push** [6] 26:16; 44:3; 113:23; 124:20; 180:7; 205:1
**pushed** [7] 29:24; 124:15, 16, 20; 126:5; 171:5, 6
**pushing** [7] 26:5, 16; 113:23; 189:5, 6; 196:4
**putting** [1] 184:16

- Q -

**Qualification** [1] 176:1
**qualification** [4] 175:16, 17, 24; 176:1
**qualified** [1] 215:10
**qualifies** [1] 68:5
**question** [26] 7:10; 45:15; 65:7; 118:14; 119:21, 23; 120:4; 134:13; 138:9; 144:2; 159:24; 172:7; 173:24; 178:10, 11; 188:14, 15; 191:20; 196:16, 18; 203:14; 204:15; 208:11; 209:6
**questioned** [2] 120:25; 121:10
**questioning** [2] 53:20; 120:20
**questions** [25] 29:10, 11, 12, 14; 32:25; 56:14, 16; 59:17; 65:3, 10; 67:2; 68:17; 69:13; 79:12, 14; 119:22; 120:1; 143:17; 150:2, 17; 152:18; 153:8; 183:17; 187:18; 211:7
**quite** [3] 98:7; 110:23; 177:19
**quote** [1] 88:1

- R -

**R-y-a-n** [1] 81:18
**Rabat** [3] 7:20; 8:13; 161:1
**radio** [3] 27:18, 22, 23
**Raise** [2] 65:16; 157:4

**raise** [2] 57:2; 81:7
**raised** [1] 151:6
**raising** [1] 168:15
**rape** [16] 18:14; 25:8, 15; 46:12; 47:1, 19; 49:8; 50:9, 20, 21; 87:3, 24; 113:24; 180:7; 191:8; 207:7
**raped** [12] 28:4; 105:4; 137:20; 140:18; 173:13; 174:3; 183:5; 188:9; 204:9; 206:7, 23; 207:2
**rapes** [2] 90:7; 111:3
**raping** [6] 109:2; 131:12, 20; 134:7; 161:7; 206:16
**rapport** [1] 59:14
**rare** [6] 42:1; 85:12, 13
**rarely** [3] 10:4; 30:23; 40:17
**rather** [2] 68:12; 99:6
**rating** [2] 84:10, 18
**reach** [2] 27:25; 194:1
**reached** [3] 7:15; 159:18; 189:7
**reaches** [1] 42:16
**react** [1] 72:23
**reaction** [1] 131:19
**read** [5] 39:11; 50:6, 8; 63:23; 64:2
**reading** [1] 64:9
**ready** [10] 4:8; 51:8, 10; 57:6; 71:18; 81:1; 96:22; 153:16; 156:12, 22
**Reaffirmation** [1] 73:16
**reaffirmation** [2] 73:15, 25
**reaffirming** [3] 72:12; 73:17; 77:8
**real** [1] 95:15
**really** [25] 10:6, 19; 11:1, 22; 12:3, 6, 20; 13:9; 15:19; 16:4, 25; 18:21; 19:24; 25:11; 39:12; 40:21; 42:2; 46:22; 58:11; 60:18; 87:19; 95:3; 107:10; 147:18; 179:15
**reason** [7] 48:7; 61:11; 76:11; 135:24; 136:2; 137:5; 144:9
**reasonable** [2] 92:11; 96:7
**reasons** [3] 79:10; 83:3; 138:16
**Rebecca** [1] 35:24
**rebellious** [2] 103:12; 194:16
**recall** [15] 28:20; 52:12; 53:20, 22; 64:19; 69:22, 24; 110:18, 19; 120:23; 121:4; 127:24; 134:21; 135:7; 146:18
**recant** [4] 73:14, 24; 77:5, 8
**recantation** [4] 73:7, 25; 75:18; 77:1
**Recanting** [1] 73:8
**recanting** [1] 72:11
**received** [2] 31:10; 114:15
**Recess** [2] 51:15; 154:9
**recess** [6] 51:14; 80:1, 11; 94:10; 154:8; 214:11
**recognize** [2] 38:9; 60:21
**recognized** [1] 68:23
**record** [7] 47:12; 83:14; 94:12; 97:4; 156:5; 157:15; 173:16
**RECROSS-EXAMINATION** [1] 150:19
**Recross-Examination** [1] 2:16
**REDIRECT** [4] 52:9; 65:5; 143:19; 211:9
**Redirect** [4] 2:4, 6, 16, 19
**redirect** [1] 54:20
**refer** [3] 13:25; 53:19; 89:25
**reference** [1] 41:25
**referring** [2] 20:6; 50:5
**refresh** [1] 56:12
**regard** [8] 58:1; 67:25; 70:21; 74:14, 16; 75:20; 198:21; 210:17
**regarding** [1] 82:19
**region** [1] 69:12
**regular** [5] 35:25; 164:24, 25; 184:9, 12
**regularly** [1] 42:2
**rejuvenate** [1] 88:17
**relate** [1] 46:2
**related** [2] 59:17; 166:7
**relating** [1] 91:17
**relation** [1] 101:13
**relations** [1] 174:9
**relationship** [13] 11:21; 78:11; 104:10; 105:7, 9; 148:23; 149:1, 4; 158:16, 25; 187:25; 188:4; 212:15
**relationships** [2] 101:11, 13
**Relative** [1] 100:25
**relative** [2] 95:12; 144:20
**relax** [1] 13:11
**release** [1] 169:16
**releasing** [1] 171:13
**relevance** [4] 7:5; 38:21; 42:6; 116:1
**relevancy** [1] 102:16
**relevant** [2] 39:6; 61:21
**rely** [1] 173:9
**remain** [4] 3:16, 19, 20; 71:21
**Remember** [2] 153:19; 214:7
**remember** [42] 5:2, 5, 14, 25; 6:7, 8; 20:19; 35:2, 9; 45:21, 22; 47:7; 51:11; 80:5; 120:14, 20; 122:1, 4, 7; 123:8; 125:9, 15, 16, 20, 24; 126:19, 23; 128:12; 130:6;

133:7, 18; 134:1, 19; 146:11; 151:11, 15, 18, 25; 152:6; 177:8; 185:24
**remind** [1] 128:1
**reminded** [1] 50:9
**removed** [2] 34:6; 73:11
**Reno** [2] 1:20; 57:20
**repairs** [1] 88:2
**repeat** [3] 159:24; 204:15; 208:11
**rephrase** [1] 144:2
**report** [3] 65:7; 84:6; 89:4
**Reported** [1] 1:25
**reported** [4] 64:20, 23; 90:6; 137:19
**Reporter** [1] 215:9
**reporter** [1] 215:11
**reports** [2] 63:23; 64:6
**representing** [2] 63:21; 91:14
**request** [2] 3:12; 93:12
**required** [4] 21:1, 13; 184:23, 25
**research-based** [1] 68:23
**reserving** [2] 93:17; 94:21
**reservoir** [1] 175:19
**residency** [1] 82:8
**residents** [1] 81:22
**respectful** [3] 49:18, 20; 174:12
**respond** [3] 72:22; 171:12; 183:16
**response** [4] 67:6; 147:5; 183:22; 202:23
**responses** [1] 147:21
**responsive** [1] 173:24
**rest** [3] 25:17; 30:12; 175:5
**resting** [2] 93:9, 23
**restrictions** [2] 106:20; 107:1
**rests** [2] 2:11; 92:20
**result** [1] 92:9
**results** [1] 92:8
**resume** [2] 52:5; 154:6
**retaliation** [2] 32:3; 106:1
**return** [1] 33:19
**returned** [1] 210:11
**returning** [1] 5:25
**review** [9] 69:8, 9, 12; 82:23; 83:5, 7, 12, 19; 84:3
**reviewed** [3] 83:25; 84:2; 90:15
**reviewing** [1] 83:2
**revirgin** [1] 21:12
**revirginize** [1] 21:4
**ribs** [2] 44:13, 14
**rich** [1] 14:24
**riding** [1] 101:3
**Right** [12] 30:1; 81:6; 86:13; 114:20; 131:4, 13, 16; 136:25; 148:1; 149:14, 21; 151:22
**right** [92] 8:8; 13:23; 14:3; 18:25; 20:21, 22; 26:10; 27:23; 30:4; 31:16; 33:6; 38:11; 41:11, 15; 44:20; 52:8; 56:2; 57:2, 4; 65:16; 70:5; 74:7; 79:24; 80:4, 9; 81:7, 9; 85:5; 86:18; 93:17; 94:2, 7, 8, 16, 21, 25; 97:13, 24; 102:19; 107:17; 111:17; 114:19; 116:8; 117:6; 118:8; 123:7; 126:18; 128:16; 131:3, 12, 15; 133:7; 136:24; 138:6, 22; 142:15, 21; 146:12; 151:3, 21; 153:13; 154:18, 19; 155:3; 156:6, 11; 157:4; 162:23, 24; 165:17; 172:25; 176:8; 178:24; 184:10; 196:3, 13; 198:4, 7, 24; 200:23; 201:13, 17; 202:3; 203:1, 12; 205:24; 209:16; 210:6; 213:22; 214:1, 11
**rights** [1] 7:2
**ring** [4] 9:4; 21:25; 84:20; 85:19
**Road** [1] 180:3
**Robert** [1] 1:22
**ROGALIN** [67] 1:22; 3:14; 4:1, 10, 17; 37:23; 38:13, 23; 39:3, 7; 42:9, 12, 19; 47:8; 50:25; 51:23; 52:7; 54:16, 19; 56:17; 63:19; 65:3, 21, 24; 66:10; 67:8; 71:10; 78:23; 79:12; 80:19; 91:12; 92:14; 93:12, 20, 23, 25; 94:3, 6, 15, 24; 95:1; 96:15, 23; 97:3; 115:13; 116:7; 143:20; 146:24; 150:13, 15; 152:21; 153:8; 154:7, 17; 156:1, 8, 16, 24; 157:1, 14; 183:19; 191:18; 194:20; 196:17; 211:10; 213:19
**Rogalin** [76] 2:3, 6, 8, 10, 12, 15, 16, 18, 19; 3:13, 25; 4:8, 18; 7:9; 17:13; 26:22; 34:3; 37:25; 38:22; 39:9; 42:8, 22; 45:17; 47:10; 51:5, 22; 52:5; 53:17, 22; 55:15; 56:15; 63:17, 20; 67:5; 78:21; 80:18; 91:10, 13; 93:10, 16; 94:20; 96:13, 22; 97:25; 102:20; 109:20; 114:23; 115:15; 116:3; 117:22; 120:18, 21; 133:11; 143:18; 144:5; 146:18; 147:2; 150:4;

152:10, 11, 19; 153:24; 154:14; 155:23; 156:15, 22; 157:9; 171:4; 174:3; 178:10; 183:17, 22; 188:14; 191:21; 202:22; 211:8
**Rogalin's** [1] 150:1
**Rogalin.153** [1] 2:17
**Rohar** [1] 8:21
**Roland** [1] 75:10
**role** [1] 74:12
**roll** [1] 107:16
**romantic** [1] 104:10
**roof** [12] 14:17, 20; 15:23; 16:1, 2; 20:9; 163:24; 164:8; 185:16; 186:24; 187:1, 3
**room** [51] 14:18, 22; 16:4, 10, 19, 20; 20:9, 10; 27:12, 13, 14, 16; 33:16; 43:24; 44:1; 47:15; 59:13; 108:12; 111:5; 124:8; 151:13; 152:2; 163:9, 10, 11, 12; 164:15; 166:4; 167:2, 3, 4, 22, 24; 169:5; 189:12; 193:23; 194:5, 6, 7, 9, 11; 199:25; 201:16, 18, 19, 22; 202:3, 6, 10
**rooms** [1] 163:23
**rule** [11] 3:9, 11, 15, 22; 64:8; 67:7; 89:4, 5; 91:24
**ruled** [2] 7:11; 66:12
**rules** [1] 24:10
**ruling** [2] 90:10, 11
**running** [2] 127:12; 145:12
**rupture** [1] 92:12
**RYAN** [2] 2:9; 81:13
**Ryan** [3] 62:23; 81:5, 18

- S -

**safe** [4] 70:10; 71:18, 25; 107:7
**safety** [3] 99:5, 7; 135:4
**Saheb** [3] 163:21; 166:24; 169:12
**said** [186] 6:7; 9:10, 12; 10:19; 11:23; 12:6; 13:3; 16:22; 17:5; 19:17, 18; 20:5; 21:21; 22:4, 16, 17; 25:4; 30:17; 35:3; 36:16; 43:17, 20, 21; 44:1, 25; 45:1, 7, 9, 11, 13; 46:6, 18; 48:15; 49:11; 53:17; 54:5; 55:1, 15; 61:14, 18; 64:5, 8; 69:17; 84:17, 19; 91:1; 95:19; 96:6; 99:12, 13, 15, 16, 18; 102:1; 105:4; 108:22, 23; 109:1, 2, 10; 110:21; 111:17; 112:2, 3, 4, 5, 10; 113:15, 16, 18; 121:2, 8; 122:2, 5; 123:6, 10, 14, 19; 124:2, 4, 13, 24; 125:18; 126:18; 127:17; 128:13; 130:1, 22, 25; 131:3, 5, 12; 132:2; 133:9, 21; 134:2, 20; 135:21; 136:23; 140:1; 141:5, 7; 142:13, 20; 143:5, 14; 145:11, 22; 149:6; 150:8, 10; 151:24, 25; 152:12; 160:6; 161:17, 22; 162:5, 10, 22, 24; 163:10; 165:14; 168:14, 15, 17, 18; 169:23; 171:9, 20; 172:20, 24, 25; 173:3, 13; 175:13; 176:14; 178:1, 2, 3, 4; 179:1; 180:10, 13, 15, 18; 181:5, 8, 15; 182:13, 18; 183:9; 184:3, 4; 186:12; 188:5, 6, 9, 10; 189:3, 8; 190:7, 14, 17; 192:17; 195:6, 7, 12, 13, 19; 197:12; 198:18; 202:6; 204:23; 205:9; 206:2; 210:2, 4, 20; 211:23; 213:10
**Sale** [3] 161:1, 4
**salt** [1] 17:12
**salty** [1] 17:11
**Same** [1] 191:2
**same** [22] 16:18; 20:20; 26:24; 32:14; 33:13; 54:15; 58:15; 59:2; 60:22; 77:17; 90:17; 95:24; 99:18; 115:3; 119:3; 121:24; 131:14; 152:13; 162:3; 175:25; 182:14; 191:2
**Sandy** [1] 47:7
**SANE** [2] 84:1, 7
**SARAH** [2] 2:5; 57:8
**Sarah** [2] 56:24; 57:15
**Saran** [2] 85:21, 23
**satisfied** [1] 156:2
**Saturday** [2] 176:16; 193:16
**save** [2] 44:10; 162:18
**saying** [39] 5:23; 17:3; 20:20; 24:4; 26:9, 19; 28:13; 31:10; 39:22; 43:5; 48:14; 49:6; 89:21; 90:10; 91:5; 92:2; 95:12; 105:2; 108:17; 111:14; 122:4, 7; 124:5, 6; 128:12; 133:18; 134:19, 21; 135:7; 141:10; 145:14, 15; 172:4; 175:9; 182:1; 183:10; 190:24; 201:13
**says** [9] 31:15; 49:17, 19; 108:24; 131:19; 134:6; 137:7; 161:25; 180:6
**scar** [7] 84:21; 86:10, 13; 87:5, 6, 9
**scared** [6] 33:21; 34:16; 74:21; 145:16; 172:1, 4
**scarring** [2] 86:20; 88:25

**scenario** [2] 24:20; 70:25
**scene** [1] 121:25
**schedule** [1] 176:12
**scheduled** [3] 32:14; 79:22, 25
**school** [59] 11:8, 9, 14, 18; 12:1; 13:8; 15:3, 14, 16; 23:6, 14, 15, 17, 19, 21, 22; 24:5, 13; 35:19, 23, 24, 25; 36:2, 6, 7, 16, 21; 37:17, 18; 82:17; 99:18; 100:22, 23; 105:13; 106:4, 5, 15; 107:15; 110:21; 114:3; 129:9, 11, 23; 159:6, 9, 14; 160:9; 162:11; 170:22; 174:17; 176:25; 184:10, 12; 192:21; 194:17, 18; 195:7, 12; 197:14
**schooling** [3] 24:19; 101:12; 108:20
**schoolwork** [1] 15:9
**Science** [1] 25:6
**science** [4] 25:2, 5; 175:4; 203:19
**scoop** [2] 41:3, 9
**scream** [3] 194:7; 211:20
**screaming** [12] 39:22; 111:13; 124:7; 130:13, 16, 18; 141:15; 202:7; 207:11, 16; 209:19, 24
**screen** [3] 211:14, 15, 16
**seal** [1] 215:17
**seashore** [3] 103:24; 164:18, 19
**seat** [6] 51:9; 57:4; 65:19; 81:9; 96:20; 157:6
**seated** [5] 4:5; 52:2; 80:23; 93:5; 156:20
**Second** [3] 190:7; 191:1; 212:3
**second** [39] 6:12, 13; 10:5; 35:17; 38:10; 43:3; 49:2; 69:24; 83:8; 84:4; 90:19, 24; 91:8; 111:21; 117:5, 10, 15; 118:1, 4; 157:19; 159:12; 175:7; 185:11, 22; 187:10, 15; 190:9; 191:21; 194:24; 195:13, 24; 198:25; 199:1, 2, 5, 10; 202:9, 15, 19
**secrecy** [4] 75:16, 20, 21; 76:2
**secret** [1] 102:4
**seeing** [6] 26:15, 16; 62:14; 81:23; 83:9; 107:12
**seem** [1] 89:15
**seemed** [4] 114:16; 122:5, 9; 177:19
**seen** [14] 62:9, 15; 64:15; 78:4, 13, 16; 102:22; 106:2; 109:12; 117:12; 118:13; 123:13; 146:9, 10
**sees** [1] 95:25
**segment** [1] 128:10
**segregate** [1] 164:13
**sell** [3] 133:15, 17, 22
**semi-structured** [1] 68:24
**send** [5] 83:13, 16, 17; 170:18; 176:24
**sense** [2] 88:13, 17
**sensitive** [2] 194:6, 10
**sent** [5] 30:5; 31:4, 8; 84:5; 171:11
**sentence** [2] 49:19; 90:10
**separate** [2] 16:20; 53:4
**separated** [6] 27:20; 44:5; 95:22; 98:6, 8, 20
**separation** [3] 98:3, 5; 211:16
**September** [3] 6:1; 35:21; 83:20
**sequestration** [2] 3:15, 22
**serve** [3] 179:21
**served** [2] 42:16; 201:12
**Services** [2] 67:21; 135:5
**services** [1] 70:15
**sessions** [1] 115:23
**setup** [2] 27:13; 60:11
**Seven** [1] 166:25
**seven** [1] 190:18
**seven-year-old** [1] 84:15
**seventh** [1] 159:20
**several** [4] 101:22; 171:5; 186:11; 196:15
**severity** [1] 73:4
**sexes** [1] 164:13
**sexual** [26] 57:19; 58:1, 21; 59:7; 61:12; 64:1, 4, 8; 66:25; 75:5, 9; 89:5, 16, 18, 23; 90:7, 11, 21; 91:2, 25; 92:10; 138:4, 24; 174:9; 187:24; 212:15
**sexually** [16] 75:12; 76:3; 84:10, 18; 92:10; 107:22; 142:24; 147:15; 161:7; 191:22; 192:11; 204:12, 17; 211:4; 212:8, 11
**Shakes** [4] 132:18; 141:19; 143:22; 172:5
**share** [2] 43:8; 164:15
**Shattons** [1] 40:4
**She's** [7] 26:16; 28:11; 31:2; 44:9; 113:12; 169:17; 213:8
**she's** [34] 28:12; 42:18; 66:7, 11; 112:4; 113:13; 158:10, 11; 159:8; 160:6; 162:10; 169:17, 22, 24; 170:1; 171:13; 172:23; 175:2; 183:13; 185:3, 7; 189:6, 19, 21; 192:20; 194:11, 17; 195:6, 12; 196:4; 201:5, 7
**sheeps** [1] 169:23

**shirt** [4] 97:16; 164:24, 25
**shoes** [2] 39:25; 40:12
**shopping** [1] 188:21
**short** [4] 94:10; 153:14; 203:13; 212:7
**Shorthand** [1] 215:9
**shorthand** [1] 215:14
**shortly** [2] 112:12; 132:14
**shorts** [3] 164:25; 165:1
**should** [8] 47:2; 65:7; 76:12; 92:23; 195:5, 16, 17, 20
**shouldn't** [1] 195:10
**show** [12] 42:14; 44:22; 103:24; 161:20; 165:18; 176:5, 14, 15; 182:18; 188:2; 199:25
**showed** [3] 44:22; 104:1; 133:11
**shown** [1] 108:17
**shows** [1] 158:11
**shut** [1] 45:9
**sibling** [1] 137:19
**siblings** [15] 13:11; 23:25; 24:1; 32:9; 33:22; 44:8; 49:11; 55:4, 5; 74:23; 78:11, 12, 15; 162:19; 164:3
**sick** [3] 169:9; 192:6, 9
**side** [21] 27:19; 78:16; 85:17; 132:18; 141:19; 143:22; 160:5; 163:15, 16, 22; 164:8, 9, 11, 12; 167:24; 172:5; 173:3
**sides** [1] 44:4
**sign** [2] 54:3; 188:21
**signed** [1] 119:6
**silverware** [1] 41:10
**similar** [1] 77:10
**Simply** [1] 156:8
**simply** [1] 178:11
**SIMS** [6] 1:7; 2:3, 14, 18; 96:24; 157:10
**Sims** [103] 4:11, 18, 19, 20; 6:10; 13:19, 20; 15:1; 18:13; 19:7; 22:21, 22; 31:15; 37:16, 25; 41:20; 42:22; 45:14, 17; 47:10; 52:6; 56:16, 18; 61:5, 17; 63:7; 66:8; 67:2; 69:20; 83:20; 90:4, 6; 95:9, 12, 14, 19, 20, 23, 25; 96:2, 15, 17; 97:5, 6, 11, 19, 25; 98:12; 100:14, 23; 105:15, 25; 106:12; 107:22; 108:1; 109:21; 110:16, 17, 25; 113:6; 114:24; 115:15, 25; 134:12; 135:24; 137:21, 23; 138:3; 143:21; 144:5; 145:2; 146:7; 147:2, 3; 149:1; 150:24; 153:9; 154:18; 157:2, 3, 8, 16, 17; 158:4, 8, 9, 13, 17, 25; 159:22; 160:14; 173:23; 174:10; 178:10; 179:17; 182:4; 186:24; 191:24, 25; 199:12; 211:11; 213:22
**Sims's** [2] 62:6; 161:6
**Since** [5] 49:24; 50:1; 82:17; 162:18; 173:2
**since** [10] 39:11; 66:4; 82:16; 98:2; 160:6; 161:11; 162:10; 171:6, 10; 178:13
**sister** [29] 20:22; 27:4, 15; 28:6, 10; 30:18, 20, 22; 31:2; 37:18; 43:15, 16, 20, 21; 47:20; 115:9, 10; 127:11; 163:18; 164:22; 166:25; 169:11, 12, 21; 170:4; 171:2; 173:2, 17
**sister's** [2] 14:10; 27:25
**sisters** [5] 13:7; 14:9; 16:19; 29:9; 165:7
**sitting** [9] 18:25; 25:24; 97:13; 99:22; 111:5; 113:7, 10, 13; 124:12
**situation** [8] 59:25; 76:8; 78:2; 92:5; 107:5; 180:16; 181:16; 182:14
**situations** [1] 63:4
**sixth** [4] 29:1; 30:2, 4; 159:20
**skateboards** [1] 101:4
**skating** [1] 101:4
**skip** [1] 176:6
**Skyview** [1] 40:2
**slammed** [3] 124:18; 126:1, 3
**sleep** [22] 13:13; 14:16, 18, 20, 22; 15:23; 16:1, 2; 129:13; 145:11; 163:10, 15, 16, 22; 164:8, 11; 166:4; 169:21; 186:24; 203:25
**sleeper** [2] 110:13, 14
**sleeping** [8] 22:18, 23; 110:8; 163:7, 13, 17, 24; 167:1
**sleeps** [2] 16:11, 14
**slept** [6] 16:3, 18, 19; 110:6; 127:12
**slow** [1] 194:8
**small** [4] 14:14; 163:9, 12; 167:22
**Smart** [1] 159:5
**smell** [1] 17:12
**smooth** [1] 86:17
**snack** [2] 40:20, 21
**snakes** [8] 19:19, 20; 168:3, 6, 8, 9, 10, 15
**sneak** [1] 110:5
**social** [1] 13:1
**socialize** [2] 12:20; 24:12
**society** [1] 101:1
**soft** [2] 41:8; 151:8
**Some** [4] 36:9; 83:13; 135:14
**some** [51] 6:17; 13:3, 13; 17:16; 25:15; 29:16;

43:2; 44:19; 48:7; 52:23; 55:14; 60:6; 63:2; 83:5, 16; 84:3, 5, 21, 23; 85:21; 86:20, 23; 87:1, 2, 13; 88:25; 89:17; 92:23; 95:3, 7; 98:6; 101:20; 115:9; 121:7; 124:11; 127:16; 130:22; 143:23; 166:14; 167:16; 168:3, 15; 170:17; 171:9; 172:14; 187:8; 188:3; 192:23; 203:18; 205:17, 19
**somebody** [6] 64:17; 74:11; 105:3; 128:20; 164:23
**someone** [16] 8:20; 9:19; 21:24; 47:19; 50:8, 11; 64:15; 72:2, 3; 74:9, 25; 76:6; 83:7; 161:18; 195:22
**something** [49] 6:15; 20:11; 26:7; 34:15; 41:17; 43:17; 47:3; 48:5; 56:7; 61:1; 65:1; 71:5; 72:18; 73:2; 74:10; 75:5, 23, 24; 76:1, 2, 18; 77:22, 23, 24; 78:8; 87:9; 95:21; 102:25; 108:7, 22; 113:15; 120:9; 125:21; 130:18, 25; 149:10, 25; 151:25; 163:25; 169:15; 174:21; 185:18, 25; 188:1; 191:15; 210:2; 212:13; 213:14, 15
**Sometimes** [7] 10:22; 73:11; 78:13; 102:8, 9; 176:5, 6
**sometimes** [15] 10:21; 28:16; 45:13; 48:11; 62:22; 63:5; 82:22; 102:13; 110:1; 140:18, 24; 171:9; 179:1; 206:16, 23
**somewhere** [2] 115:6; 169:14
**son's** [1] 30:5
**soon** [2] 40:5; 112:6
**sooner** [1] 94:8
**Sorry** [1] 97:23
**sorry** [10] 10:8; 99:5; 102:18; 140:19; 150:3; 152:25; 161:25; 206:17, 24
**sort** [4] 58:16; 59:18; 60:4; 87:13
**sound** [1] 64:9
**sounds** [1] 195:23
**source** [1] 12:22
**spank** [1] 102:22
**spanked** [3] 102:23; 123:23; 182:7
**Spanking** [1] 123:25
**spanking** [1] 103:5
**speak** [27] 10:24; 11:1; 17:25; 51:11, 12; 80:6; 97:20; 112:3; 118:10; 153:19, 20; 154:1, 14; 157:21; 170:5, 14; 173:2, 17, 21; 189:20; 201:4, 5, 6, 8; 214:7, 8
**speaker** [1] 173:22
**speaking** [1] 201:7
**specific** [2] 64:4; 70:21
**specifically** [6] 34:17, 20; 57:25; 58:14; 59:3; 127:22
**specified** [1] 43:1
**specifying** [1] 49:16
**speculation** [1] 34:1
**spell** [1] 22:5
**spells** [1] 22:6
**spend** [8] 7:24; 10:12; 166:17; 172:16, 17; 179:12; 196:8, 20
**spent** [3] 115:9; 172:14; 196:2
**sperm** [1] 20:13
**spiders** [1] 168:3
**split** [2] 74:23; 78:19
**spoke** [12] 19:5; 104:25; 105:1; 117:2, 5, 9, 10; 150:21; 151:5; 170:3, 10; 201:11
**spontaneity** [1] 69:2
**square** [2] 163:11; 167:23
**squirming** [1] 113:12
**stable** [1] 37:14
**staff** [1] 179:2
**stage** [2] 72:24; 84:18
**stages** [6] 71:14; 72:8, 9, 10; 73:18, 25
**staging** [1] 84:11
**stamped** [1] 165:19
**stand** [7] 26:23; 27:18, 22, 23, 24; 155:6; 193:25
**standing** [1] 18:22
**standpoint** [1] 88:11
**Starbucks** [1] 28:17
**start** [15] 20:23; 37:4; 40:1; 80:4; 100:8; 107:12; 158:16; 159:14; 161:22; 171:13; 178:21, 24; 205:1; 208:20; 209:19
**started** [34] 11:15, 16; 12:4, 5; 20:2, 5, 8; 22:13; 26:3, 5; 36:6, 7; 37:5; 39:22; 44:7; 45:6, 7, 12; 46:9; 47:6; 49:3; 58:3; 68:6; 104:19; 106:19; 115:22; 129:20; 130:13, 18; 159:7, 19; 162:8; 214:1
**starting** [3] 36:2; 49:19; 88:20
**STATE** [4] 1:2, 4; 2:2; 215:3
**State** [11] 1:21; 2:11; 65:14; 66:11; 81:5; 92:20; 93:8, 13; 159:13; 215:10, 11
**state** [11] 6:21; 9:20; 68:8; 69:12, 18; 82:10; 97:4; 103:12;

109:14; 145:8; 157:15
statement [43] 2:12; 45:18, 19; 64:10; 73:2; 93:17, 18; 94:9, 21, 23; 120:9, 12, 15, 23; 121:4, 14; 123:6, 20; 127:9, 15; 128:21, 25; 134:2, 8, 20; 139:2, 8, 12; 140:10; 143:1, 7; 145:14; 151:23; 152:5, 7; 179:2; 204:12, 14, 16, 20; 205:3; 207:4; 208:10
statements [4] 73:14, 17, 24; 77:9
States [10] 9:22; 10:17; 21:19; 32:12, 13; 87:22; 88:19; 169:20; 191:9; 197:19
statewide [1] 69:9
stating [1] 120:24
station [2] 118:18, 22
stay [15] 8:4, 6; 9:20; 10:17; 15:1; 24:13; 26:17; 34:3; 127:11; 164:2; 184:22, 23; 186:21; 192:20; 206:2
stayed [6] 5:22; 111:11; 112:14; 173:10; 186:3; 191:11
staying [1] 167:10
stays [1] 26:24
step [13] 56:19; 57:5; 65:12, 20; 79:17; 81:10; 92:18; 96:21; 153:10; 168:13; 194:11; 213:23
stepdad [1] 55:11
stepdaughter [2] 158:11
still [14] 4:11; 5:16; 8:15; 17:9; 35:16; 49:4; 135:3; 144:18; 150:24; 163:20; 181:23; 193:23; 195:2; 214:2
stipulate [2] 145:21, 23
stipulated [5] 137:12, 17, 25; 138:13; 210:21
stipulating [1] 136:13
stipulation [1] 137:1
stitch [1] 202:7
stitching [2] 201:1; 212:4
stomach [8] 20:13; 123:14; 124:14, 23, 24; 140:13; 206:8, 13
Stomped [1] 95:20
stomped [2] 44:17; 95:20
stomping [3] 44:7, 13, 18
stone's [1] 136:17
Stop [1] 28:2
stop [7] 30:25; 31:6; 44:11; 114:1; 176:8; 181:2; 211:22
stopped [2] 114:2; 211:24
stopping [1] 30:21
store [13] 29:23; 43:25; 99:5, 9, 20, 25; 108:11; 124:10; 129:5, 18, 20; 203:21; 209:12
stories [1] 177:5
story [6] 4:24; 59:11; 70:18; 89:24; 95:5; 164:20
straddle [2] 87:1, 2
Straight [1] 189:24
straight [5] 12:10; 13:17; 23:6, 13; 44:3
strange [1] 121:25
stranger [1] 74:9
street [3] 40:4; 60:8; 70:5
streets [3] 48:18; 133:15, 22
stress [2] 169:16; 171:13
strict [1] 24:7
strike [3] 56:13; 75:19; 152:10
strong [2] 17:10; 197:22
stronger [1] 139:20
struggle [1] 49:5
struggling [1] 115:21
stuck [1] 29:20
Students [1] 176:21
students [5] 81:22; 170:19, 25; 175:21; 176:21
studied [1] 27:10
studies [1] 86:1
study [11] 13:12, 15, 16; 23:6; 27:10; 75:10, 11; 77:7; 177:13, 15
studying [4] 13:17; 45:25; 46:3
stuff [17] 40:19, 20; 43:19; 45:10; 47:20; 49:10; 96:1; 134:6; 165:17; 170:2; 172:1, 4; 181:4, 6; 188:1, 3; 190:12
stupid [5] 50:3; 126:7, 8, 9, 10
style [4] 40:23, 25; 42:3, 15
Styrofoam [2] 85:20, 25
subboard-specialized [1] 82:14
subject [4] 3:19; 24:23; 146:11; 154:22
subjects [5] 12:8; 25:7; 34:14; 175:3; 203:18
submit [2] 62:11, 21
Such [1] 136:7
such [1] 129:18
suck [1] 99:23
sudden [1] 121:1
sufficient [1] 155:23
suggested [3] 103:11, 15; 111:16
suggesting [1] 24:2
Suite [1] 1:22
summary [1] 59:12
summer [5] 167:12; 169:2, 3; 185:25; 206:1
summers [1] 169:1
Summit [1] 75:10

**Sunday** [4] 173:7, 10; 176:16; 179:14
**sundown** [1] 40:8
**Support** [1] 197:13
**support** [10] 6:23; 73:10, 12; 77:4; 179:10; 181:9; 193:10; 197:16, 17; 205:22
**supported** [1] 197:12
**supportive** [2] 73:23; 77:4
**supposed** [7] 13:9, 10; 24:17, 25; 25:1; 32:15; 50:6
**Sure** [4] 82:6; 85:11; 86:25; 89:7
**sure** [25] 3:21; 41:16; 48:22; 58:7; 62:16; 69:13; 79:7; 84:4; 105:5, 6; 144:15; 159:8, 11; 165:2; 167:21; 168:3; 170:1, 22; 183:7; 186:11; 187:18; 188:24; 199:8; 203:1; 214:5
**surgeries** [4] 198:22; 199:13, 16; 202:15
**surgery** [9] 53:14, 15; 61:25; 62:2; 198:21; 199:5, 10; 201:25; 202:9
**surgical** [2] 87:8, 9
**surprise** [4] 24:1, 3; 26:18; 53:2
**surprised** [1] 19:23
**Sustained** [16] 7:6; 26:21; 34:2; 42:7; 102:17; 109:19; 114:22; 116:2; 144:4; 146:16, 23; 147:1; 173:20; 178:8; 183:12; 188:13
**swabs** [1] 63:7
**swear** [1] 81:7
**swears** [1] 133:8
**Sweis** [4] 3:5; 51:18; 154:12; 157:7
**swim** [2] 165:8; 172:25
**switch** [1] 8:5
**switched** [2] 8:1, 5
**swore** [3] 119:8, 14; 133:8
**sworn** [16] 57:3, 9; 65:18; 67:12; 81:8, 14; 96:19, 25; 143:1; 157:5, 11; 204:12, 14, 16, 20; 205:3
**symptoms** [1] 61:17
**syndrome** [7] 65:25; 66:14, 17, 25; 75:6, 9; 79:6
**system** [1] 77:5

- T -

**table** [7] 18:22, 25; 41:14; 42:4; 113:11; 180:10; 189:16
**tagine** [1] 41:7
**take** [33] 3:7; 6:10; 19:12, 16, 23; 31:1; 44:13; 51:5, 7, 19; 58:5; 62:11; 63:7; 80:15; 92:23; 94:10; 112:17; 113:1; 115:13; 131:20; 153:13, 15; 155:6; 160:2; 169:14; 173:6; 175:1, 16, 21; 176:2, 18; 177:10; 186:13
**taken** [8] 25:21; 62:1; 112:1; 115:19; 127:14, 20; 149:17; 215:14
**takes** [1] 58:9
**taking** [3] 5:8; 100:8; 169:9
**talk** [55] 10:1, 6, 20; 17:23; 18:16, 17, 18, 19, 21, 24; 22:10; 28:3; 31:11; 34:11, 25; 36:23; 45:8; 52:11; 73:6; 74:10; 75:25; 80:5, 8; 94:11; 100:21; 104:21; 111:16, 18; 112:21; 113:19; 115:3, 4; 127:21; 131:7; 132:8; 133:2; 142:11, 19, 20, 22; 145:17; 160:4; 163:1; 172:6; 174:22; 180:14; 181:13, 18; 188:17; 189:11; 192:23; 193:4; 198:9; 203:5; 206:6
**talked** [21] 8:14; 15:13; 28:18; 34:9; 42:13; 54:22; 73:18; 77:3; 94:1; 105:12; 112:11, 22; 142:12; 147:24; 151:1; 153:1; 163:24; 189:1; 199:22; 204:2; 212:13
**talking** [32] 20:19; 21:18; 22:13; 28:4; 29:8; 32:7; 34:14; 35:5; 38:24; 42:1; 43:21; 45:6; 47:16; 89:25; 101:17; 104:19, 20; 105:10; 133:24; 145:7; 146:13, 20; 152:23; 171:13; 177:1; 180:9, 21; 188:5; 191:24; 198:4
**talks** [1] 201:16
**tall** [1] 194:4
**TAMMY** [2] 2:14; 96:24
**Tammy** [66] 6:7; 9:5, 23; 13:2, 10, 21, 25; 23:11, 16, 20; 24:20, 25; 25:4; 27:11; 28:9; 29:9, 11, 16, 23; 30:12; 31:14; 32:5; 33:4; 34:23; 35:22; 37:1, 7, 10; 41:19; 43:8, 9, 25; 44:8, 15, 23, 24; 45:6, 11; 46:9, 16, 24; 47:20; 48:11; 49:8; 53:10, 19, 24; 54:6; 55:8; 95:20; 96:15; 97:5; 160:14; 161:25; 171:4; 174:22; 177:11; 184:25; 190:24; 205:24; 210:21; 212:24; 213:2, 5, 7
**Tammy's** [2] 45:23; 177:7
**tampon** [1] 89:17

**Tanner** [2] 84:10, 17
**taxes** [1] 179:3
**teach** [1] 176:23
**teachers** [1] 170:22
**Team** [1] 81:25
**teams** [1] 83:4
**tear** [1] 86:7
**Tech** [9] 15:17, 18; 29:5; 98:19; 161:16; 165:22; 170:17; 176:19; 193:11
**Technically** [1] 82:16
**technique** [1] 87:19
**techniques** [1] 87:8
**teenagers** [3] 58:12; 88:6, 8
**Tell** [8] 48:3; 98:5; 99:7; 108:10; 131:3; 143:25; 176:12; 177:22
**tell** [82] 18:11; 23:11, 14; 27:13; 29:6; 30:7, 8; 31:24; 32:10; 35:13; 59:11; 71:15; 72:1, 16, 17; 74:18; 75:3; 76:11, 12, 20; 82:4; 87:18; 88:6, 14; 100:22; 104:17; 105:14; 108:22, 24; 109:1; 110:25; 113:8; 115:18; 119:14, 17; 125:7, 12, 16, 22; 130:25; 131:8; 139:1, 21; 140:2, 8, 14, 18, 20, 25; 141:7, 9, 16, 22; 142:4, 8; 150:7; 152:13; 158:9; 161:9; 167:11; 168:23; 175:15; 176:24; 177:17; 178:3; 181:21, 24; 185:1; 190:4; 191:14; 192:10, 15; 194:8; 206:17; 207:2; 210:2, 5, 8; 212:20
**telling** [23] 15:21; 16:16; 25:18; 26:7, 8; 27:6; 30:19; 35:9; 45:22; 49:9; 70:18; 74:18; 75:1; 77:21; 114:18; 119:9; 125:13; 126:23; 147:15; 152:1; 161:11; 206:11; 207:6
**tells** [2] 71:18; 73:22
**temperature** [1] 168:21
**ten-minute** [1] 51:7
**Tentative** [1] 72:20
**tentative** [2] 72:10, 19
**term** [3] 45:4; 74:1; 136:24
**termed** [1] 138:14
**terminated** [1] 7:2
**terms** [5] 66:2; 100:8; 167:11; 168:17; 181:13
**testified** [23] 7:13; 14:19; 20:11; 22:20; 25:8; 26:25; 27:24; 28:1; 35:11; 42:22; 45:17; 57:10; 67:13; 81:15; 82:19; 95:23; 97:1; 157:12; 163:2; 164:18; 174:7; 201:11; 207:21
**testifies** [6] 2:3, 5, 7, 9, 14, 18
**testify** [26] 3:17; 44:8; 66:4, 7, 11; 94:2, 11; 154:2, 15, 16, 19, 22; 155:3, 5, 10, 13, 21, 25; 156:6, 7; 207:10, 14, 19; 208:8; 210:18
**testifying** [1] 146:12
**testimony** [35] 3:18; 4:20, 22; 17:3; 26:18, 22, 24; 27:3; 28:20; 37:10; 56:19; 65:12; 79:17; 92:18; 95:4, 10; 110:15; 153:10; 158:13; 161:6; 184:21; 187:19; 195:10; 197:22; 199:12; 200:9; 204:8; 205:10, 14; 208:14; 209:2, 8; 210:23, 25
**testing** [1] 72:21
**tests** [1] 12:8
**Texas** [19] 15:14, 16, 17, 18; 29:5; 98:11, 19; 109:24; 148:12; 161:16; 162:4; 165:22; 170:17; 176:19; 178:23; 193:11; 204:6, 7
**text** [4] 31:4, 7; 171:11; 176:24
**Than** [1] 213:5
**than** [28] 10:5; 13:15; 16:6; 18:3; 26:19; 28:4; 62:8; 63:13; 66:7, 22; 67:3; 68:12; 74:21; 79:5, 10; 80:7; 91:21; 94:8; 106:16; 139:21; 154:2; 158:21; 169:18; 170:5; 191:6; 212:23; 213:1, 7
**Thank** [20] 39:7; 56:20, 22; 57:4, 7; 65:19; 67:8, 10; 81:12; 96:12, 13, 23; 97:24; 119:13; 154:7; 156:11; 197:18; 201:10; 203:16; 209:4
**thank** [6] 56:18; 65:11; 79:16; 92:17; 153:9; 213:22
**Thanksgiving** [5] 108:9; 132:15; 148:8, 9, 11
**That's** [57] 11:15; 15:9, 12; 23:7, 8; 24:15; 25:18; 26:20; 32:9; 34:24; 38:6, 11; 41:13; 50:5; 97:17, 24; 102:19; 109:17; 119:12; 124:4, 16; 136:2; 146:1; 160:10; 162:7, 20; 163:12, 22, 23; 166:21; 167:24; 168:1; 169:24; 170:1, 20; 171:5, 7; 177:15; 181:15; 184:18, 19; 185:5, 16; 190:2; 195:13, 19; 196:15; 197:9, 11; 199:4, 18; 200:16, 18; 201:2; 205:1; 209:16
**that's** [44] 8:18; 13:21, 23; 34:22;

35:2; 36:15; 45:8; 54:13; 58:24; 61:16; 65:1; 70:3, 5; 76:6; 79:21; 84:11, 23; 86:4, 9; 89:20; 113:21; 123:20; 124:11; 129:19; 135:24; 145:25; 148:5; 152:4, 24; 161:9; 162:25; 163:5, 14; 164:14; 175:8; 177:4; 180:15; 185:16; 193:12; 196:2; 199:17; 201:2; 206:20
**their** [47] 3:18, 21; 14:10; 16:13; 41:2, 3, 4, 11; 45:23; 59:11, 17; 69:12; 70:18; 71:16, 21; 72:5, 6; 73:24; 74:3, 19; 76:8, 14, 15, 22, 25; 77:9, 16; 78:1, 8, 11, 12, 15; 83:5; 85:2, 3; 87:25; 88:18; 101:12; 103:1; 106:24; 108:15; 165:5; 179:20
**them** [91] 6:18; 15:13; 17:23, 24; 18:16, 24; 24:4, 5, 6; 32:10; 34:8, 17, 20, 24; 35:13; 36:23; 37:9; 50:8; 59:10, 13, 14; 60:14, 21; 67:1, 3; 68:12; 72:2, 4, 18; 73:2, 6; 74:10, 12, 19; 75:4; 76:15; 77:21, 22, 25; 78:18; 94:7; 95:22; 96:7; 98:17; 100:5; 101:15, 16; 102:2, 7; 103:3; 104:9; 111:18, 25; 112:4, 6, 11, 18, 22; 113:4; 115:20; 116:23, 25; 119:10; 120:2; 122:15; 123:16; 132:8, 24, 25; 133:6; 138:24; 139:1; 142:21; 153:25; 158:24; 160:4; 161:13; 162:1; 170:24; 176:23, 24; 192:15; 196:13; 198:24; 205:12; 214:5
**Then** [21] 10:10; 11:14; 27:18; 44:4; 55:23; 77:1; 94:10; 158:22; 159:13, 14, 16; 161:17, 24; 172:19, 21; 175:20; 182:18; 186:10, 15; 188:8; 190:13
**then** [96] 7:19; 11:13; 15:3; 20:16; 23:12; 27:11; 28:4, 9, 16, 21; 29:11; 30:8; 31:14; 34:5; 35:22, 24; 40:2, 3; 41:4, 8, 10; 43:25; 46:3; 57:19, 23; 58:2, 5, 8, 11, 15; 59:20; 62:11, 12; 67:7; 70:23; 72:11; 74:18; 75:2; 76:1, 10, 11, 12; 77:5; 82:12; 85:4, 5, 23, 24; 87:4; 94:12; 98:9, 10, 24; 99:24; 104:19, 20; 106:23; 108:21, 22; 110:16; 111:9, 15, 17; 112:22, 23; 113:18, 20; 118:17; 120:2; 122:13; 131:14, 25; 132:1; 148:4; 151:17; 153:18; 159:15; 160:6; 162:18; 163:3; 171:6; 172:14; 173:7; 176:7; 178:13; 181:21, 24; 189:2; 197:19; 200:14; 206:7; 210:11; 211:23
**There** [15] 30:23; 40:20; 44:19; 71:13; 74:15, 17; 85:12; 95:3; 120:24; 121:7; 124:9; 136:5; 138:16; 140:5; 212:5
**there** [171] 3:7; 5:17, 21, 22, 24; 6:8; 7:22; 8:2; 12:2, 3, 12; 13:6, 13; 14:21; 15:25; 17:17; 18:20, 22, 25; 19:1, 4, 5, 18, 20, 21; 20:5, 21, 22; 22:6; 23:2, 9, 10; 24:18; 25:11, 13, 14, 16; 27:4, 11; 30:19, 23; 31:1, 16; 33:16, 18, 21; 35:10; 43:2; 44:15; 46:9; 52:23; 54:5, 8, 11, 23; 55:14, 23; 56:3; 58:18; 60:11, 20; 62:10, 24; 64:5; 68:7; 69:3, 5; 72:9; 74:13; 75:22; 76:24; 79:5; 80:15; 84:1, 19, 20; 85:22, 24; 86:6, 20, 21; 97:13; 98:11, 24; 100:21; 101:16; 103:6; 106:19; 108:14; 109:20, 23, 25; 110:2; 111:11, 17, 18, 24; 112:24, 25; 116:12; 122:22; 124:10, 12; 125:6; 126:3; 128:1; 129:4; 130:15; 131:10; 133:5; 135:13; 136:6; 138:16; 144:9; 149:22; 152:17; 156:5, 8; 157:25; 161:16, 18, 20; 162:16; 164:2, 21; 165:12, 24; 166:2, 22; 168:2, 5, 8; 169:2, 3; 172:10, 21; 173:10, 14, 15; 174:5; 175:21; 176:8, 10, 19, 22, 23; 177:2, 3, 16; 179:15; 186:3, 17, 22; 187:5; 188:17; 189:1, 12; 190:21; 191:7; 193:5; 194:12; 196:12, 14; 198:21; 200:9; 203:20; 208:22
**There's** [5] 105:25; 110:15; 113:5; 149:24; 191:20
**there's** [12] 6:17; 24:18; 67:24; 73:9; 84:15; 85:18; 86:16; 89:14; 90:20; 92:4; 149:23; 183:19

**These** [1] 13:4
**these** [27] 21:3; 28:6; 44:15; 58:18; 59:4; 60:6, 11; 62:11; 66:23; 73:18; 75:19, 21; 77:11; 78:3; 83:11, 12; 88:8; 89:14; 91:5; 99:25; 118:7; 128:19; 137:19; 142:15; 175:9; 198:7
**They** [38] 3:19; 12:6; 14:18; 16:3, 13, 18; 17:18, 25; 18:14; 23:14, 15; 41:3; 54:21; 60:21; 64:1; 72:21; 73:10; 76:14; 83:16; 95:15; 100:4, 15; 101:3; 104:18; 105:9, 12; 111:24; 112:14, 15; 115:12; 164:13; 179:20; 199:10
**they** [158] 5:7; 7:2; 9:20; 13:8; 14:3, 20, 21; 16:3, 5, 6, 18; 17:17; 18:2; 19:17; 21:3, 5; 23:16, 21, 24; 25:3; 27:19; 31:13; 32:3, 24; 33:20; 34:15; 35:8; 36:16; 39:25; 41:3, 6, 8, 9, 10, 11; 42:3; 44:13; 45:7; 46:9; 55:7; 58:24; 60:20; 63:25; 64:1, 2; 66:12; 71:18; 72:3, 4, 23; 73:14, 17, 20, 23, 24; 74:11, 18, 25; 76:11, 12, 13, 23; 77:11, 24; 78:16, 17, 18; 82:24; 83:5, 8, 17; 84:3, 4; 87:24; 88:10, 18; 91:5, 6; 95:12, 16; 98:10; 100:16, 25; 101:1, 11, 14, 16; 102:3; 104:7, 19, 21; 106:17, 24, 25; 108:15; 110:24; 111:20; 112:13, 14, 20, 21, 22, 23; 113:18; 115:17; 121:1, 2, 8, 10; 122:5, 8, 15, 21; 136:8, 23; 137:1, 5; 138:14; 143:12; 144:13, 17, 19; 150:11; 158:22; 159:7, 13; 160:4, 8; 161:21; 163:15; 165:8; 168:15; 176:21; 179:22; 181:21; 186:21; 187:3; 196:2, 8, 20; 199:6
**they'll** [1] 72:18
**They're** [5] 6:18; 16:8; 30:15; 115:19
**they're** [14] 14:2; 41:6; 53:18; 59:19; 70:12; 71:18; 72:1; 74:21; 77:23; 78:14; 83:9; 135:24; 136:2; 175:8
**they've** [2] 60:22; 88:8
**thin** [1] 128:15
**thing** [15] 6:14; 19:3; 46:23; 58:15, 17; 59:18; 60:4; 88:4; 89:20; 91:17; 121:24; 131:19; 162:3, 20; 194:10
**things** [35] 16:5; 28:18; 33:15; 36:15; 37:14; 38:23; 60:18; 72:5; 73:4; 76:24; 80:8; 86:23; 87:11; 95:16, 25; 103:14; 115:25; 124:16; 136:3, 4, 5; 138:21, 24; 139:5; 140:6; 141:6; 142:15, 19; 144:19; 145:14, 15; 167:17; 169:14; 175:13; 212:15
**think** [46] 15:8; 21:11, 13; 31:24; 32:17; 35:1; 38:18; 45:11; 47:1, 2; 49:18, 20; 55:15; 72:4; 74:25; 78:24; 83:10; 91:7; 96:7, 10; 97:15; 105:3; 106:10; 108:8; 109:6; 111:23; 126:14; 132:3; 133:3; 138:13; 145:10; 146:21; 149:6; 164:19; 167:8; 168:17; 171:10; 178:10; 183:10; 187:20; 194:13; 195:16, 20; 200:7, 13; 213:4
**thinking** [1] 145:13
**This** [19] 32:22; 38:3; 44:5; 47:16; 49:8; 50:19, 23, 24; 53:7; 64:14; 75:23, 24; 152:22; 173:1; 178:6; 182:1; 185:13; 188:12; 209:14
**this** [109] 3:5, 8; 6:14; 16:16; 19:7; 20:9; 24:2; 25:18; 28:10; 29:16; 30:2; 33:10, 12; 36:25; 37:3; 39:9, 14, 20; 41:4; 44:1; 47:14, 16; 49:6; 50:6, 13; 51:6; 53:5; 55:15; 62:18; 63:21; 65:1; 66:1; 68:24; 75:11, 19; 79:6; 80:2, 8; 84:17; 87:25; 88:13, 20; 90:3, 15; 91:14, 18; 92:5, 24; 93:11, 22; 95:2, 10; 96:4, 5, 8, 12; 107:21; 111:18; 113:14; 118:18; 119:14, 21, 22; 121:13; 125:25; 127:22; 131:19; 133:23; 134:5, 6; 135:16, 22; 136:14; 140:1; 142:9, 18; 147:14; 154:1, 20; 155:24; 156:7; 162:24; 167:24; 179:9; 180:17; 181:17; 183:7, 8, 23; 184:5; 188:2, 20, 24; 198:4; 199:6; 201:19; 205:20, 24; 207:2, 19; 209:19; 211:5; 213:13; 215:17
**thoroughly** [1] 155:24
**Those** [3] 70:2; 72:10; 211:25

**those** [28] 15:11; 25:7; 56:20, 22; 58:23; 59:22; 69:13, 17; 70:1, 15; 72:13; 73:13; 75:15; 83:2; 92:8; 98:16; 101:10; 115:25; 116:15, 18, 21; 142:19; 157:8; 158:7; 194:16; 199:13, 16; 212:6
**though** [6] 31:4; 32:15; 39:12; 135:3; 145:4; 195:16
**thought** [15] 38:6; 41:14, 16; 45:6; 46:14; 53:10; 72:24; 87:20; 94:8; 103:12; 121:18; 129:1; 150:8; 191:7; 195:9
**threat** [6] 75:25; 77:19, 24; 137:15; 150:8; 192:19
**threaten** [1] 192:13
**threatened** [3] 122:25; 133:17; 205:4
**threats** [4] 74:17; 75:22, 23
**Three** [3] 196:10, 22; 214:14
**three** [46] 5:21, 22, 24; 6:8, 9; 13:6; 14:10; 15:10; 16:22; 19:11; 28:21, 23; 29:4; 48:25; 55:4; 109:25; 111:24; 116:15, 18, 21; 127:20, 23; 131:20; 133:23; 143:13; 149:20; 152:16; 164:2, 3; 165:14; 166:17, 21; 167:23; 170:21; 171:12; 172:18, 19; 175:24; 176:3, 15; 181:4; 188:10; 196:9, 14; 211:23
**three-fourths** [1] 86:5
**three-year** [1] 82:8
**threw** [3] 20:21; 39:18; 99:12
**thrilled** [1] 100:20
**through** [30] 9:17; 21:11; 29:1; 31:2; 40:3; 44:10; 45:10; 46:13; 54:13; 55:2; 67:25; 70:12; 72:13; 73:19, 25; 84:22; 86:21; 88:9; 98:3; 108:13, 16; 113:6, 9; 127:12; 135:8; 145:12; 146:3; 162:11; 163:3
**throw** [3] 133:15, 22; 136:17
**THUMMEL** [1] 1:25
**Thummel** [2] 215:9, 20
**Thursday** [3] 178:23, 24; 193:16
**ticket** [1] 165:16
**tied** [4] 189:15; 201:17, 20; 202:4
**tiles** [1] 185:15
**till** [1] 80:4
**time** [152] 5:12, 18, 23; 10:3, 4, 5; 13:2, 18; 15:2, 13; 18:22; 19:4; 20:7, 8; 24:18; 25:11, 13, 15, 16, 17; 26:14; 27:7, 13; 29:2; 30:23; 31:16; 32:14; 35:15, 16, 17; 36:25; 37:3; 40:9, 10, 11, 12, 14; 43:14; 51:6; 56:12; 59:24; 63:14; 66:19; 69:11, 16; 71:5, 13; 73:3, 16; 80:2; 81:21, 24; 90:12; 91:1; 93:11; 96:12; 99:1; 101:7; 103:11, 20, 21; 104:13; 106:13; 107:21; 109:6, 23, 25; 110:8; 114:6, 14; 115:9, 12; 118:18; 120:18, 25; 123:2; 124:9, 22; 125:6; 127:9, 21; 129:18; 132:4, 12; 133:5; 134:24; 148:19; 150:21; 151:1; 154:1, 2, 3, 4; 159:21, 22; 160:1, 19; 161:14, 19; 162:10; 164:16; 165:22, 23; 168:5; 169:22; 170:16, 25; 172:14; 173:9; 174:2, 16; 175:7, 8, 25; 176:10, 12, 18, 19; 177:18; 178:17, 21, 25; 181:12; 184:5; 185:3, 11; 186:4, 16; 189:9; 190:5, 7; 193:11; 194:24; 195:13, 14; 196:2, 8; 202:10; 203:13; 204:3, 4, 5; 205:20, 24; 206:6; 212:2, 3, 6, 7
**Times** [1] 196:11
**times** [31] 5:10; 30:3; 53:4; 54:8; 64:23; 70:18; 74:17; 83:7; 88:14; 98:24; 123:17, 23; 140:5; 148:23; 149:1; 164:21, 22; 166:21; 169:11, 12, 13; 171:5; 196:9, 15; 203:20; 204:23, 24; 211:23; 212:5
**tissue** [8] 84:21; 85:19; 86:10, 13; 87:4, 5, 6; 91:2
**today** [11] 6:17; 15:21; 26:22; 32:8; 37:10; 99:8; 143:9; 145:5; 147:14; 207:19, 21
**together** [12] 16:14; 46:25; 69:12; 80:8; 98:2; 105:12, 13; 181:3, 23; 196:2, 8, 21
**told** [143] 4:24; 16:25; 18:15; 22:2, 10; 23:15, 20; 27:21; 28:8, 9; 30:6, 8, 10; 31:21; 32:5; 33:12, 14, 15; 34:17, 20, 24; 35:11; 36:19; 37:5, 9, 10, 18; 47:2; 48:11; 49:8; 50:11; 53:3; 61:16, 25; 95:2, 21; 99:10, 12, 15, 19, 20, 23; 100:4;

102:1; 105:17; 109:5; 111:3, 24, 25; 112:2, 3, 6, 23; 113:2, 9, 18; 115:2; 118:13; 119:10; 120:2; 122:11, 13, 18, 24; 124:15, 18, 22; 125:11; 126:22, 24; 127:4, 16, 22; 128:7, 8, 10, 18, 20, 23; 130:17; 131:8; 133:2, 14, 20; 134:10, 15; 138:7, 21, 24; 139:2, 7, 10, 11, 25; 140:3; 141:4, 11; 142:8, 14, 17; 144:13, 16, 17, 22; 145:22; 146:1; 149:6; 151:11; 153:24; 161:13, 17, 21; 162:1, 16, 22; 164:4; 167:22; 168:10, 12, 13; 171:6, 20, 21, 22; 173:3; 177:24; 181:7; 183:6; 189:13; 190:6, 11; 200:8; 201:2, 4, 14, 19; 205:20; 206:22; 207:14
**Tomorrow** [1] 173:5
**tomorrow** [5] 214:1, 2, 6, 9, 12
**took** [16] 8:17; 11:14; 46:16, 20, 21; 53:2; 58:13; 99:1; 113:4, 20; 136:8; 138:14; 149:20; 154:12; 169:11; 186:10
**torn** [2] 87:4
**total** [4] 59:4; 82:15; 196:15, 20
**touch** [4] 10:18; 13:5; 46:6; 171:7
**touched** [1] 31:22
**touching** [2] 46:4; 170:1
**tough** [1] 143:23
**towards** [9] 123:12, 13, 19; 124:3; 142:24; 204:13, 17, 21
**town** [1] 138:11
**toys** [1] 60:18
**track** [2] 12:6; 40:3
**tradition** [1] 41:13
**traditional** [1] 68:12
**trained** [1] 66:24
**training** [9] 68:4, 7; 70:20, 25; 72:7; 78:4, 10; 82:12
**transcript** [2] 215:12, 14
**transcription** [2] 3:1; 214:13
**transection** [1] 86:6
**translate** [3] 10:23; 45:10; 189:18
**translated** [1] 201:14
**translates** [1] 172:7
**translator** [1] 201:12
**trapped** [1] 76:13
**trauma** [3] 86:22, 24; 87:13
**travel** [2] 70:13; 95:6
**traveling** [1] 70:17
**TRIAL** [1] 1:13
**trial** [2] 154:6; 158:12
**tried** [9] 18:17, 19; 36:23; 37:19; 46:4; 107:3; 152:2; 178:4, 9
**trip** [26] 9:25; 10:13; 14:8; 32:19, 22; 34:9; 103:6, 8; 109:7; 111:21; 112:14; 172:3; 174:10; 185:23; 187:10, 16; 190:23; 191:1, 2, 22; 195:24; 196:8, 9; 202:15, 19
**trouble** [3] 37:20; 101:24; 156:9
**troubles** [1] 135:6
**truck** [1] 99:22
**True** [1] 122:17
**true** [52] 38:11; 50:23; 112:2; 120:8; 121:6, 8, 10, 13; 122:8; 126:24; 128:14, 19, 25; 130:7; 134:2, 8, 20; 136:14; 138:11; 139:2, 23; 140:4, 10, 16, 22; 141:2, 12, 18, 24; 142:1, 6, 13, 17; 143:1, 7; 161:10; 163:5, 11; 164:14; 177:4; 201:13; 206:20, 25; 207:4, 8, 12, 17, 21, 23; 208:10, 16; 215:13
**trusting** [2] 74:12; 76:6
**trusts** [1] 74:9
**truth** [10] 79:11; 119:9, 14, 17; 125:7, 12, 13, 16, 23; 144:11
**trying** [18] 26:17; 29:21, 22; 42:14; 48:1, 14; 59:25; 107:5; 113:23; 144:10; 160:2, 18; 168:17; 171:23; 180:7; 183:19; 184:19; 203:3
**Tuesday** [2] 3:2; 173:11
**turn** [2] 21:24; 32:18
**turned** [9] 9:10, 12, 13; 36:18; 44:3; 53:11; 95:3; 124:15; 149:11
**twice** [2] 62:1; 123:9
**two-page** [1] 38:4
**type** [6] 43:1; 63:2; 68:1; 87:2; 89:17; 199:19
**types** [2] 89:12; 101:13
**typical** [1] 68:6
**typically** [3] 71:25; 74:7, 8

- U -

**U.S.** [1] 105:11
**Uber** [11] 27:8; 110:1; 178:19, 20; 179:2, 4, 7; 193:12, 16, 17, 19
**ugly** [2] 126:13, 14
**Uh-huh** [7] 171:24; 172:13, 15; 188:16;

198:8; 199:21; 204:1
**ultimate** [1] 66:15
**ultimately** [1] 100:24
**uncomfortable** [1] 212:21
**uncommon** [2] 90:19, 21
**under** [9] 4:11; 68:9, 12; 73:13; 119:8, 20, 24; 123:18; 142:23
**undergo** [1] 87:24
**underneath** [5] 44:12; 86:18; 133:16, 18, 23
**understand** [23] 11:3; 15:21; 18:1, 14; 75:14; 79:7; 88:16; 104:3; 105:1, 2, 5; 142:10; 144:1; 146:17; 147:23; 154:19, 25; 155:2, 7, 9; 157:17; 168:18; 175:10
**understanding** [11] 15:12; 16:21; 20:1, 25; 54:9; 61:14; 63:12; 64:2; 91:16; 158:1; 200:23
**understands** [1] 78:7
**understood** [5] 18:20; 25:23; 78:24; 105:3; 152:14
**underwent** [2] 191:16; 211:12
**undressing** [1] 166:7
**Unfortunate** [1] 100:6
**unhappy** [1] 180:17
**United** [7] 9:22; 21:19; 87:22; 88:19; 169:20; 191:9; 197:19
**University** [3] 15:17; 82:7; 98:18
**unknown** [1] 74:21
**unlikely** [1] 86:4
**unpleasant** [1] 147:18
**unquote** [1] 88:1
**unrestricted** [1] 82:17
**unscrewed** [1] 151:16
**unsupervised** [1] 115:20
**until** [21] 3:17; 7:10; 13:16; 31:17; 40:22; 45:14; 46:7; 49:13, 15; 80:1; 93:2; 94:22; 101:25; 110:2; 112:15; 131:5; 171:14; 187:25; 202:13; 214:4, 12
**untoward** [1] 26:3
**unusual** [1] 64:14
**unwanted** [3] 142:25; 204:13, 18
**upon** [2] 105:15; 128:24
**upper** [1] 43:12
**upset** [19] 43:14; 99:11; 103:4; 108:21; 113:15, 22; 114:16; 122:22; 130:2, 11, 12; 171:10; 180:18; 182:10; 183:6; 184:1, 3; 210:1
**usage** [1] 55:14
**used** [18] 34:25; 64:11; 84:11; 100:22; 101:4, 5, 7; 130:4, 10; 140:24; 155:6; 165:1; 169:21; 170:5; 200:13, 16; 207:7
**using** [6] 9:16; 41:7; 50:22; 123:8; 126:19; 130:6
**Usually** [5] 14:18; 16:19; 86:5; 179:20, 25
**usually** [10] 10:6; 13:8; 16:20; 19:24; 27:16; 168:15; 169:17; 187:24; 194:18
**utilize** [1] 68:22

- V -

**vagina** [3] 84:25; 85:18; 207:3
**vaginal** [5] 61:19; 62:1, 3, 6; 201:1
**validity** [1] 83:9
**varies** [1] 83:17
**vegetables** [3] 41:7, 8, 9
**verbal** [2] 59:8; 75:22
**verbalized** [1] 76:1
**Verbally** [1] 205:1
**verbally** [5] 123:11, 16; 171:9; 204:21, 25
**verify** [1] 83:9
**versus** [2] 59:24; 74:11
**Very** [7] 10:25; 34:17, 20; 126:21; 145:9; 184:13; 212:7
**very** [40] 4:21; 5:14; 10:14, 25; 17:10; 24:7; 33:6, 23; 74:6; 85:12; 86:6; 95:3; 121:24; 126:18, 19, 25; 130:2; 145:8; 159:10, 11; 163:9; 167:13, 22; 168:9; 173:2, 17, 21; 176:4; 179:15; 180:18; 183:6; 184:1; 189:5, 7; 196:4; 203:13; 210:1; 213:13
**VICKI** [2] 2:7; 67:11
**Vicki** [5] 5:4, 5; 45:22; 65:14; 67:18
**victim** [4] 66:20; 119:2; 138:2; 210:21
**video** [17] 62:21; 66:5; 83:14, 15; 84:9; 90:12; 99:25; 100:2; 109:12, 15; 133:11, 13; 146:9, 10, 18, 25
**videos** [1] 106:22
**videotape** [1] 61:3
**videotaped** [2] 125:10; 127:5
**violence** [2] 46:11, 13
**violent** [1] 138:3
**virgin** [2] 49:14; 88:1
**virginal** [1] 88:3
**virginity** [6] 21:1, 8; 22:20;

62:2; 87:21; 88:17
visit [7] 10:10; 17:18, 23; 34:6; 163:2; 181:2; 186:14
visiting [1] 186:17
visits [1] 115:20
visual [3] 60:25; 62:3, 5
visualization [3] 59:21; 60:3; 61:3
visualized [1] 62:8
voice [1] 151:6
volition [1] 130:17
voluntarily [1] 156:3
volunteered [1] 30:17

- W -

Wait [1] 178:14
wait [7] 31:17; 40:21; 45:14; 131:5; 162:25; 171:12, 14
waited [1] 46:7
wake [4] 20:17, 18; 28:6; 39:22
walk [3] 27:16; 188:21
walked [5] 44:10; 108:12; 113:9; 124:12; 171:10
walking [2] 26:14; 177:24
walks [2] 26:12; 101:4
wall [10] 27:19, 22; 89:8, 9; 124:19, 21; 126:1, 4, 6
want [39] 13:3; 19:2; 26:8, 9; 29:2; 40:21; 49:10; 55:14; 59:10; 96:6; 101:18; 103:4; 115:2, 4, 5; 118:3; 131:5; 132:8; 133:13; 138:25; 146:4, 7, 8; 150:11; 152:17; 155:21; 156:5; 157:8; 159:18; 161:23; 179:23; 180:13; 181:8; 182:21; 191:3; 192:17; 203:1; 212:20
wanted [28] 22:10; 24:5, 6; 37:9, 11; 49:12; 58:12; 84:3, 4; 95:14; 102:3; 106:25; 111:1; 131:9; 132:8; 138:7; 139:5; 169:25; 182:16; 189:6; 197:25; 199:13, 16, 17; 202:10; 210:5
wanting [5] 9:21; 31:11; 96:1; 105:11; 160:1
wants [3] 31:8; 187:18; 199:18
wash [1] 20:23
wasn't [53] 11:25; 12:3, 20; 13:4, 9, 13; 16:16; 19:4; 22:21, 23; 25:11, 14, 16; 27:9; 31:15; 36:18; 44:19; 48:5; 49:4, 14; 54:23; 62:16; 66:21; 75:25; 106:13; 109:5; 112:2; 123:5; 130:15; 131:10, 22; 135:10; 140:6; 144:15; 145:12; 149:15, 17; 152:17; 153:5; 159:6, 9; 161:15, 19; 174:2; 181:17; 185:5; 200:19; 201:18; 202:2, 12; 205:24; 212:3; 213:12
Watch [1] 153:10
watch [8] 13:13; 24:13; 57:5; 65:20; 81:10; 96:21; 99:21; 102:7
watched [1] 84:9
watching [2] 102:13; 106:22
water [3] 151:8, 14; 166:14
waters [1] 72:21
ways [2] 78:13; 165:3
We'll [1] 51:14
We're [3] 59:22; 160:18; 172:20
we're [11] 38:23; 51:10; 108:24; 130:11; 131:5; 162:23; 170:19; 173:4, 5; 180:4; 190:18
we've [2] 78:4; 88:6
weak [1] 50:9
wear [4] 9:4, 6; 164:24; 165:1
wearing [2] 97:14, 15
wedding [1] 187:23
week [16] 19:2, 11; 25:14; 108:8; 148:9; 170:24; 176:6, 15; 179:12; 189:4, 5, 8; 193:14, 18, 20
weekend [2] 148:8; 176:5
weeks [3] 106:8; 112:19; 133:23
weighing [3] 194:4; 213:12, 15
welcome [1] 80:7
welfare [2] 67:25; 68:15
Well [23] 15:13; 20:21; 22:20; 30:7; 49:24; 53:17; 58:23; 60:16; 66:6; 71:25; 73:22; 77:21; 79:11, 21; 107:3, 10; 112:3; 122:8; 129:4; 133:5; 136:8; 147:24; 183:16
well [34] 5:14; 11:18; 17:6; 27:10; 33:3; 56:13; 60:23; 61:16; 62:25; 63:6; 68:10; 69:8; 71:14; 75:19, 22; 84:7; 89:14; 90:15; 107:19; 112:25; 119:15; 126:10; 128:7; 160:6, 7; 170:23; 173:2, 17, 21; 182:16; 184:6; 192:1; 196:12
well-being [1] 137:10
went [74] 5:12, 18, 23; 6:6, 14; 7:13, 21; 8:8; 10:9; 11:8, 11, 13; 12:7; 19:3; 21:11; 34:13; 35:10, 23; 37:17; 40:1, 2, 13; 43:25; 46:5, 10, 13; 61:20; 86:14; 99:11, 17; 103:8, 20; 104:3; 106:5; 111:8, 15;

114:2; 130:1, 7; 132:10; 148:12; 152:1; 153:1; 159:22; 162:11; 164:3, 4, 6, 21; 166:22; 167:9; 172:21; 174:10, 23; 175:8; 177:25; 181:7; 182:9; 185:11; 186:15; 187:10, 15; 188:22; 189:1, 5, 10; 190:13, 15; 193:5; 194:24; 204:3; 210:14
**Were** [15] 11:20; 19:23; 34:6; 44:18; 53:5; 83:19; 107:1; 109:20; 118:21; 144:12; 174:12; 175:12; 182:10; 184:5; 189:12
**were** [221] 5:7, 24; 7:2; 8:20; 9:2, 9, 15, 18; 10:1, 20; 11:8, 18; 12:10, 12, 15; 13:6, 8; 14:7, 21; 15:22, 25; 16:17; 18:2, 20, 22; 19:18; 21:6, 21, 25; 23:11, 22, 25; 25:23; 26:5; 27:19, 21; 29:17, 20; 30:2, 10; 31:11; 32:1, 3, 15; 33:3, 8; 34:21; 35:5, 8; 36:2, 4, 7, 9, 25; 37:14; 39:25; 40:20; 44:5, 19; 45:25; 46:3, 24; 53:9, 14; 55:7; 70:2; 75:12, 15; 76:3, 11, 24; 77:24; 78:8, 17, 18; 84:2; 90:17; 93:17; 94:21; 95:12, 16; 98:6, 7, 20; 100:11, 13, 15, 25; 101:3; 103:13; 104:7, 19; 105:15; 106:15, 16, 19, 24; 107:5, 24; 109:10; 111:20; 112:22, 23; 113:2, 6; 115:7, 19; 116:12, 15, 18; 117:17; 118:12, 14; 119:8; 121:1; 122:2; 124:25; 127:11, 14, 17, 18, 22; 128:1, 3; 129:2, 18; 133:24; 134:17; 135:6, 13, 18; 136:5, 14; 140:5; 141:21; 142:20; 143:12; 144:19; 145:7, 10, 21, 25; 147:15, 21; 152:24; 159:25; 161:6, 7; 163:7; 165:12, 24; 166:22; 167:1, 10; 168:5, 15; 169:2, 3; 170:10; 172:1, 4, 12; 173:14; 174:4; 177:2; 178:19; 180:9; 183:6; 184:9, 16; 185:11; 186:16, 17; 187:4, 5, 7; 190:21, 24; 191:3; 192:10; 193:10; 196:12, 13, 14; 198:15, 21; 201:20, 22; 202:4, 7; 203:2, 9, 11, 17, 20; 204:12, 16; 205:21; 206:17, 24; 211:11, 14; 212:5
**weren't** [16] 24:2; 29:10, 14; 106:17; 136:5; 171:23; 173:15; 174:5; 177:3; 179:15; 201:16, 19; 202:3, 6, 10; 204:6
**What's** [6] 14:5; 28:4; 38:21; 160:24; 161:21; 162:17
**what's** [17] 13:4; 38:1; 47:11; 72:7; 89:19; 96:8, 10; 109:1; 111:19; 113:16; 131:3; 136:9; 171:8; 181:24; 200:4; 211:15
**whatever** [6] 37:9, 11; 59:15; 76:11; 102:3; 171:19
**whatsoever** [2] 39:1; 193:7
**Whenever** [1] 57:6
**whenever** [8] 10:9; 11:25; 20:23; 28:21; 37:13; 90:23; 91:7; 96:22
**Where** [6] 8:11; 29:13; 49:15; 98:16; 117:17; 166:10
**where** [49] 7:17; 16:10; 17:11; 29:6; 36:10; 40:22; 44:2; 45:7; 49:3; 59:25; 68:24; 70:1, 5, 22; 73:1; 78:5, 16; 81:25; 83:14; 85:6, 18; 86:2, 18; 87:3, 9; 88:5; 95:19; 97:6; 98:7; 99:6; 111:3; 126:1; 130:11; 133:9; 134:6; 139:25; 141:21; 144:14; 148:11; 163:14; 177:15; 179:7; 180:1, 20; 189:23; 199:6; 209:9
**WHEREOF** [1] 215:16
**wherever** [1] 43:2
**whether** [11] 21:14; 59:14; 94:11; 107:10; 125:23; 155:10, 13, 25; 189:15, 19; 191:14
**Which** [2] 127:17; 185:13
**which** [20] 12:9; 28:17; 49:12; 55:23; 58:14; 66:25; 67:4; 84:10, 14; 85:13; 86:21; 89:13; 95:11; 96:5; 101:6; 108:13; 116:18; 117:20; 146:18; 185:13
**Who's** [1] 194:12
**who's** [1] 131:17
**whole** [4] 16:13; 18:22; 95:5; 185:8
**wife** [53] 158:23; 159:10; 160:6, 11, 13, 20, 21; 161:13, 16, 22, 24; 162:21, 22; 166:24; 167:3; 169:20; 175:5, 6; 176:14; 178:25; 179:21; 180:10; 181:18; 182:18; 183:7; 189:21; 201:5, 7; 202:22; 203:21; 204:11,

17, 22; 205:11; 206:11, 12, 22, 24; 207:6, 14, 19; 208:3, 6, 15; 209:11; 210:5, 8, 14; 211:1; 212:9, 11, 17
wife's [8] 160:10; 204:14, 16; 205:3, 14; 207:15, 20; 208:14
Will [1] 72:23
will [35] 31:2; 48:12; 51:9; 56:23; 62:24; 74:23, 25; 76:23; 79:25; 80:4, 10; 83:13; 85:16; 87:2; 93:18, 20; 94:10, 12; 96:2; 133:15, 21; 140:7, 24; 142:3; 153:17; 154:6, 8; 155:20; 161:22; 194:8; 195:7; 214:1, 2, 11
wind [1] 17:11
windows [3] 167:11, 16; 169:5
winds [1] 17:10
wish [1] 177:17
Withdraw [1] 191:18
Within [4] 20:6; 39:8; 42:21; 54:25
within [4] 20:7; 63:11; 92:11; 215:9
without [3] 48:17; 73:11; 105:21
WITNESS [24] 4:14; 7:7; 17:8; 45:16; 56:20; 71:12; 97:23; 102:18; 134:14; 146:17; 150:3; 153:11; 155:1; 170:14, 16; 173:21; 174:1; 178:9; 183:13, 21; 191:19; 209:5, 7; 215:16
Witness [8] 56:25; 57:3; 65:15, 18; 81:8; 96:16, 19; 157:5
witness [33] 37:23; 47:8; 52:7; 56:23; 57:9; 63:16; 65:13; 66:5, 13, 14; 67:12; 78:20; 79:18, 25; 81:2, 14; 91:9; 92:14, 19; 93:24; 94:5, 10; 95:4, 9; 96:14, 25; 116:7; 150:15; 156:23; 157:11; 183:18; 194:20; 213:19
witnessed [6] 44:9; 46:12; 123:15; 124:6; 144:16
Witnesses [2] 3:16, 17
witnesses [3] 3:22; 93:21; 154:24
woman [3] 8:14, 15; 192:18
women [3] 84:13; 87:23; 165:4
wonder [1] 128:25
word [10] 45:3; 50:9, 22; 105:5; 108:18; 123:8; 130:4, 6, 11; 188:8
words [8] 11:4; 48:13; 53:9; 62:16; 84:23; 171:9, 21; 200:19
wore [1] 21:25
work [24] 13:10; 24:13, 25; 25:2; 48:19; 57:17; 81:21; 101:23; 144:24; 159:7, 8; 170:18, 25; 171:1; 176:1, 4, 20; 178:21; 181:11; 190:16, 20; 193:14; 199:1; 206:2
Worked [1] 193:12
worked [6] 48:23; 107:19; 159:10, 20; 179:3; 205:25
working [29] 15:6; 24:23; 46:24; 49:1, 3, 4; 58:11; 82:22; 101:21; 106:13; 115:22; 143:14; 162:3, 8; 165:22; 166:19; 170:16, 19, 24; 176:18; 178:24; 179:2; 187:4; 193:10, 20; 199:9; 205:21, 24; 206:4
works [3] 6:21, 22
world [3] 85:17; 87:22, 23
worried [8] 127:13, 17, 18, 19, 20, 23; 128:3
worse [1] 28:4
worst [1] 47:22
worthless [1] 50:3
Would [25] 14:23; 18:2; 24:1, 7; 26:18; 94:23; 97:4; 123:18, 20; 124:2, 7; 134:2, 20; 149:8; 151:10; 152:4; 157:15; 166:4; 185:4; 186:21; 193:25; 208:22; 209:22; 212:23; 213:6
would [216] 3:9, 21; 4:2; 6:1, 8; 10:2, 7, 9, 10, 22; 11:2, 5; 12:25; 14:16, 18, 20, 21; 15:3, 22; 19:17, 24; 20:23; 22:18; 23:2, 10, 20; 24:3, 20; 25:8; 26:25; 27:9, 10, 11, 24; 28:3, 16; 29:11, 12; 30:20, 25; 31:1, 16; 33:2, 7; 34:14, 15; 37:8, 12; 38:13; 40:21; 41:3, 10, 18; 42:23; 43:7, 8, 9; 45:6, 8, 9, 11; 46:19, 20, 24; 48:4, 7, 8; 49:12, 17, 19, 20; 50:3, 8; 53:5; 56:7; 57:2; 58:24; 64:9; 66:1, 3, 15; 72:5, 6; 73:5, 14, 24; 74:18, 22; 77:5; 78:8; 81:7; 84:14; 85:3, 4, 13, 24; 88:22; 90:1, 8; 91:20; 93:12; 96:18; 99:6; 101:8; 102:7, 9; 103:1; 104:6; 105:3, 5, 6, 25; 108:19, 20; 109:24; 110:4, 6, 11; 112:23; 115:3, 5; 116:4; 120:3; 121:20, 22; 122:11, 13; 123:7, 10; 125:13, 14, 21;

126:7, 9, 10, 11, 13, 24; 127:5, 8; 128:13, 15; 129:15, 16; 130:7, 10, 21; 131:7; 134:7, 16, 22; 139:10, 11, 20; 140:18; 141:14; 142:3, 22; 144:2; 145:23; 146:2; 150:9; 151:5, 24; 152:7, 12, 13; 153:24, 25; 157:1, 3, 7; 169:4; 177:15; 178:21; 179:19; 186:21; 191:8, 12, 15; 192:15; 196:9; 197:7; 200:3, 4, 13, 14, 25; 203:20, 21, 23, 25; 206:17, 24; 207:10, 15; 208:8, 18, 22; 209:25; 210:18; 212:6
**wouldn't** [20] 11:1; 15:25; 16:1, 25; 17:2; 23:2, 9; 24:11; 28:3; 29:6; 36:13; 37:19; 39:12; 40:17; 43:7; 128:14; 131:7; 139:4, 6; 210:8
**Wrap** [2] 85:21, 23
**wrestling** [1] 120:19
**write** [6] 11:1, 2; 47:14; 50:13, 16; 144:18
**writing** [2] 50:8, 19
**written** [8] 120:8, 12, 23; 121:4; 123:6; 151:23; 152:5, 7
**wrong** [3] 102:25; 108:7; 141:4
**wrote** [5] 11:3; 50:23, 24; 152:4, 7

- Y -

**year** [11] 6:12, 13; 10:19; 49:2; 114:12; 164:21; 166:17, 20; 169:9, 18; 176:3
**years** [19] 15:10; 28:21, 23, 25; 29:4; 30:3; 42:2; 48:25; 68:3; 82:12; 87:20; 161:24; 162:1; 176:2; 188:9, 10; 192:21; 197:4
**yell** [1] 43:21
**yelled** [6] 24:3; 43:15, 16, 20, 22
**yelling** [8] 40:1; 111:13; 124:8, 11; 130:13, 16, 18; 209:19
**Yesterday** [4] 11:23; 38:4; 94:20; 99:9
**yesterday** [12] 3:9; 4:20; 7:13; 14:19; 17:3, 6; 22:20; 25:8; 26:24, 25; 35:11; 93:16
**YMCA** [1] 12:19
**You'll** [1] 96:9
**you'll** [6] 80:20; 93:2; 95:18; 96:10; 100:3; 156:17
**You're** [5] 110:13; 143:23; 147:18; 176:10; 182:13
**you're** [42] 5:23; 15:21; 17:3, 11; 18:12; 21:1; 25:18; 26:19; 27:6; 28:13; 29:8; 32:7; 37:15; 43:5; 44:2; 45:14; 48:14; 49:6, 7; 57:6; 66:9; 88:20; 89:25; 90:10, 11; 96:22; 105:2; 157:23; 167:18; 169:7; 173:4; 182:1; 188:6; 192:17; 193:20; 198:6; 199:19; 201:12; 213:4, 6, 16
**You've** [4] 63:23; 88:19; 138:9; 161:6
**you've** [16] 4:24; 42:22; 45:17; 59:4; 79:10; 89:1; 102:12; 144:5; 146:9, 10; 147:24; 151:23; 158:12; 176:25; 205:20
**You-all** [1] 93:5
**you-all** [3] 51:8; 80:3; 153:15
**young** [2] 163:13; 213:18
**younger** [1] 50:1
**Your** [42] 3:14, 24; 4:1, 10; 17:5; 30:6; 38:15; 51:21, 23; 55:21; 56:14, 17, 23; 63:16; 65:21; 79:15, 20; 80:17, 19; 81:3, 12; 91:9; 92:16, 20; 93:15, 20; 94:24; 96:23; 109:17; 143:17; 151:1; 154:7, 17; 156:1, 4, 14, 16, 24; 160:11; 166:1; 196:17; 213:21
**your** [285] 4:9, 20, 21, 24; 5:8; 6:25; 8:18; 9:25; 10:12; 11:20, 24; 12:4, 19, 22; 13:17; 14:2, 5; 15:5, 12; 17:3, 16; 18:12; 20:1, 11, 25; 21:25; 22:20, 25; 24:1, 13; 26:12, 22; 27:3, 4, 13, 25; 28:6, 10; 29:9; 30:8, 18, 21; 31:25; 32:4, 22; 33:2; 34:3, 6, 9, 20, 23; 35:11, 21; 36:4, 7, 15; 37:1, 10, 21; 39:14, 20, 22; 41:15; 43:9, 12; 45:3, 18; 46:15, 18; 47:16, 22; 48:14, 16, 19; 52:5; 53:18, 19, 24; 54:13; 55:2, 4; 56:7, 8, 18; 57:2, 22; 61:13; 62:18; 63:12; 64:9; 65:11, 13, 16; 67:5; 69:4; 70:20, 25; 72:7; 74:5; 78:10; 79:16; 81:1; 82:4, 22; 88:25; 89:4; 90:8, 17; 91:23, 24; 92:9, 17, 19, 23; 93:17, 24; 94:4, 9, 10, 11, 21, 23; 96:10, 12, 14; 97:4, 17, 20; 99:7, 8; 102:13; 103:10; 108:2; 110:17; 114:23; 115:16, 24; 116:3, 4, 5, 15; 118:5, 8; 119:17;

120:8, 16, 23; 121:4, 23; 123:6, 18; 124:2; 125:21, 23; 127:5; 128:3; 130:17; 131:19; 134:6, 7; 135:9, 18, 21; 136:8, 23; 138:18; 140:7, 12, 24; 141:14, 20; 142:3, 23, 24; 143:1, 9, 15, 25; 144:20, 23, 25; 145:21; 147:15, 20, 21; 148:2; 149:15; 151:9, 23; 152:4, 7; 153:9; 154:1; 155:6, 12, 13, 19; 156:22; 157:4, 15, 19; 158:25; 160:13; 163:6; 165:19; 167:4, 10; 170:7; 172:9, 14, 17; 173:13, 23; 174:4; 176:12; 177:6; 178:16; 179:7; 183:17, 23; 185:9, 14, 18; 187:18; 191:22; 194:11; 195:10; 196:23; 197:22; 199:12; 200:23; 202:15, 22; 203:21; 204:11, 14, 16, 17, 21; 205:3, 11, 14; 206:11, 12, 22, 23; 207:3, 6, 7, 10, 14, 15, 19, 20, 21, 25; 208:3, 6, 14, 15, 18; 209:2, 11; 210:5, 8, 14, 25; 212:8, 9, 11, 15; 214:4

**yourself** [8] 43:18; 50:19; 57:13; 67:16; 154:23; 199:15; 209:22, 25

**Yukon** [19] 15:1; 18:8; 31:10; 49:1; 97:7; 99:18; 111:25; 118:18, 21; 134:17; 138:21; 139:2; 176:13; 179:5, 13; 190:24; 198:15; 202:18; 208:18

**YWCA** [1] 57:19

- Z -

**Z-o-u-h-a-r** [1] 22:6

**Z.Z.** [5] 163:17, 19; 169:17, 19; 190:1

**Zouhar** [46] 8:22, 23; 9:8; 10:1, 12, 15, 18; 18:3, 11, 19; 21:6, 14, 17; 22:3, 5, 9, 12, 13, 16; 52:11, 20, 21; 53:4; 104:16, 17, 18; 105:7; 113:20; 114:1; 120:19; 121:14; 122:23; 165:10; 166:16; 180:9, 12, 17, 21, 25; 186:5, 13; 189:6; 195:23; 196:23; 197:23; 209:14

**Zouhar's** [4] 52:12, 21; 104:23; 181:14

Dear

D.S.

To start off, there is not enough love in the world to describe my love for you. I love you more than anything. The word "Love" is a restraint to how much i love you. The word is not strong enough to describe my feelings for you.

When you tell me what you think our future will be like. I can imagine in clear detail what i want it to look like. Us going to college together, getting our dream jobs, getting a nice house in california to live in, having a child or more, teaching them together, watching them grow up to become wonderful people, growing old together. I want our future to be real and not just a nice idea.

When I first met you, I thought you were crazy. I loved it. You were different. I know I am not the first guy you kissed, or the first guy you "fell in love with". But I do know, I am the best one. You are so beautiful it makes models look like trash. You are absolutely gorgeous and I love everything about you.

I remember the day you left, I was waiting outside in the cold for you. As time went on and first hour came up i had just thought you got sick and stayed home. The next day came, and I was still outside waiting for you. Then the next day, and then the next. Till I was told that you got homeschooled. When I found out the news, my mind started

DEFENDANT'S EXHIBIT 1

I knew Br was going to be bad news. But I tried my best to hold my tongue to make you happy. Because all I want is to make you happy. I knew he didn't like you the way i Love you. I can see it in his eyes, the way he talks, the actions he displays. I read him like a book. But all i wanted to do was make you happy, so i kept quiet

. I may not be the perfect boyfriend you hear about all the time. But i can give what no one else has. My love and passion for you. I know i can be overprotective, clingy, and needy. But i do it to protect you. I do not want anyone to hurt you mentally or physically. Not even myself. Every time you sit in Ga lap or give T a hug, all that is going through my mind is the pure thought of them hurting you and making you cry. I know Ga wouldn't do that. And i know if T tried to make you cry i would beat his ass. I will protect you with my life even if that's what it takes.

You are the perfect girlfriend i could ever have. There is no upgrade to you. There is nothing i want to change about you. Your imperfections make you different from the rest and i love them. Your personality is like no others, and i love that. Yeah, you may be crazy but that makes you different from other people. I love you.

Sincerely, With
all the love in the world,
Your Boyfriend,
♥ C.O. ♥

1-28-19

My dad is the worse. He does not feel. He's trying to kick mom and I Out of the house. He says that I'm gonna get pregnate because I'm dating boys. Ga would never even think about that, he is too respectful. Ga would never hurt me. I hate my dad with a passion. He says that if I were to do anything to stay away from the house. He tries to keep me away from my siblings, but what he doesn't understand is that my siblings and I have a bond that stronger than anything he can throw at us. He has hated me since I got here. What have I ever done to him? Is being liked against the law? Is loving someone so wrong? What ever it is I hope he pulls his crap together

Better subject, well not really. I have random red bumps on my arms. They just showed up during 5th hour, we think it's something I ate.

Best of luck,

DMS

DEFENDANT'S EXHIBIT

2